Fill in this information to identify the case:

Debtor name: **Assuncao Bros., Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express National Bank** c/o Doyle & Hoefs, LLC 2043 Springwood Road Attn: Michael J. Hoefs, Esq. York, PA 17403 | | Breach of Contract Lawsuit | Disputed | | | $216,390.58 |
| **Black Rock Enterprises, LLC** 1316 Englishtown Road Old Bridge, NJ 08857 | | Trade debt | Disputed | | | $522,565.85 |
| **County Concrete Corp.** PO BOX F Kenvil, NJ 07847 | | Trade debt | Disputed | | | $103,077.16 |
| **Diamond Sand and Gravel, Inc.** c/o McELROY, DEUTSCH, MULVANEY 1300 Mount Kemble Ave. Attn: Michael R. Morano | | Pending Lawsuit | Disputed | | | $129,944.00 |
| **Essex County Sheriff's Office Special Services** 50 West Market St. Room 201 Attn: James Spango PR 00710-2000 | | Trade Debt | | | | $98,890.00 |

Debtor **Assuncao Bros., Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JM Ahle, Inc.<br>190 William St Suite 2D<br>South River, NJ 08882 | | Trade debt | | | | $173,052.40 |
| Liberty Building Products<br>193 Christie Street<br>Newark, NJ 07101 | | Trade debt | | | | $137,259.00 |
| NGM Insurance Company<br>c/o MCELROY, DEUTSCH, MULVANEY, et al<br>1300 Mount Kemble Avenue<br>Attn: ADAM R. SCHWARTZ<br>Morristown, NJ 07962-2017 | | Pending Litigation | Disputed | | | $531,540.13 |
| Operating Engineers Local 825<br>65 Springfield Ave<br>Springfield, NJ 07081 | | Union Dues & Benefits | | | | $157,386.00 |
| Pennsylvania Jersey Concrete<br>2819 Fire Road<br>Egg Harbor Township, NJ 08234 | | Trade debt | | | | $172,053.00 |
| Precast Systems, Inc<br>57 Sharon Station Road<br>Allentown, NJ 08501 | | Trade Debt | | | | $89,500.00 |
| Ralph Clayton & Sons<br>PO Box 3015<br>Lakewood, NJ 08701 | | Trade Debt | | | | $297,197.16 |
| Roman Asphalt Corp.<br>32 O'Brien Street<br>Kearny, NJ 07032 | | Trade debt | | | | $687,868.66 |
| Shore Systems Group, LLC<br>PO Box 188<br>Clarksburg, NJ 08510 | | Trade debt | | | | $341,298.00 |

Debtor  **Assuncao Bros., Inc.**                                    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Statewide Striping Corp.**<br>**499 Pomeroy Rd**<br>**Parsippany, NJ 07054** | | **Trade debt** | | | | $82,535.27 |
| **Stavola Flemington Asphalt**<br>**PO Box 482**<br>**Red Bank, NJ 07701** | | **Trade debt** | | | | $82,862.89 |
| **Tiffany Electric**<br>**5 Eastmans Rd**<br>**Parsippany, NJ 07054** | | **Trade debt** | **Unliquidated** | | | $281,665.30 |
| **Union Carpenters**<br>**91 Fieldcrest Ave**<br>**Edison, NJ 08837** | | **Union Dues and Benefits** | | | | $132,175.00 |
| **Union Local- 472 Laborers**<br>**700 Raymond Blvd**<br>**Newark, NJ 07105** | | **Union Dues and Benefits** | | | | $616,092.62 |
| **Zuccaro Inc.**<br>**64 Commerce St.**<br>**Garfield, NJ 07026** | | **Trade debt** | | | | $64,568.71 |