A. Azevedo Trucking
2730 Killian Place
Union, NJ 07083

ABC Supply Co. Inc.
700 E. Lincoln Ave.
Rahway, NJ 07065-5712

Abreu Truck Service
283-299 Frelinghuysen Ave
Newark, NJ 07114

Accredited Analytical Resources, LLC
20 Pershing Avenue
Carteret, NJ 07008

Acrow Corporation of America
181 New Road
Parsippany, NJ 07054

Advanced Testing Company, Inc.
3348 Route 208
Campbell Hall, NY 10916

AIRGAS USA, LLC
PO Box 734445
Chicago, IL 60673-4445

Allegiance Trucks
525 W Linden Ave
Linden, NJ 07036

Ally Bank
PO Box 9001948

Louisville, KY 40290

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438

American Express National Bank
c/o Doyle & Hoefs, LLC
2043 Springwood Road
Attn: Michael J. Hoefs, Esq.
York, PA 17403

American Forensic Engineering
3030 North Rocky Point Dr. West
Tampa, FL 33607

AMEX
PO Box 1270
Newark, NJ 07101

Anchor an Oldcastle Company
331 Newman Springs Rd Ste 236
Red Bank, NJ 07701

ANS Consultants, Inc.
4405 South Clinton Ave.
South Plainfield, NJ 07080

Anthony Lucciola
51 Brookwood Road
Spotswood, NJ 08884

Anthony Philip Enterprises
21 Dead River Road

Warren, NJ 07059

Apple Coring & Sawing, LLC
350 Market Street
Kenilworth, NJ 07033

ASCO
Acetylene Supply Company
475 Route 9 South
Woodbridge, NJ 07095

Atlantic Health System
PO Box 21385
New York, NY 10087

AVS DESIGN INC.
228 Lackawanna Ave
Roosevelt Roads, PR 00742-4000

B2W Software
99 Bow Street Suite 500
Portsmouth, NH 03801

Barclay Brand Ferdon
PO Box 341
South Plainfield, NJ 07080

Barclay Card
PO Box 1337
Philadelphia, PA 19101

BCI Truck, Inc.
356 Highway 31
Flemington, NJ 08822

Belleville Police Department
152 Washington Ave
Belleville, NJ 07109

Bernards Township Police
1 Collyer Lane
Basking Ridge, NJ 07920

BJR Trucking LLC
363 Freehold Rd
Jackson, NJ 08527

Black Rock Enterprises, LLC
1316 Englishtown Road
Old Bridge, NJ 08857

Boa Hora Trucking, LLC
45 Charles Street
South River, NJ 08882

Boro of South Bound Brook
12 Main Street
South Bound Brook, NJ 08880

Borough Of Bernardsville
166 Minebrook Road
Bernardsville, NJ 07924

Boss Landscaping, LLC
14 Maxim Court
Jackson, NJ 08527

Boswell Engineering

330 Phillips Ave
South Hackensack, NJ 07606

Bowco Laboratories
75 Freeman Street
PO Box 1219
Woodbridge, NJ 07095-1219

Brent Material Company
325 Columbia Turnpike Suite 308
Florham Park, NJ 07932-1213

Bruce R Koerner Cranes & Equipment
400 Franklin Ave
Rockaway, NJ 07866

Brucelli Advertising Co., Inc.
310 S. Blakely Street
Scranton, PA 18512

Builders General
PO Box 95
Little Silver, NJ 07739

Burlington County Regional Chamber of
Commerce
520 Fellowship Road, E-502
Mount Laurel, NJ 08054

Buy - Wise
301 Vauxhall
Vauxhall, NJ 07088

C&H Bonding

783 Riverview Drive
P.O. Box 324
Totowa, NJ 07512

Cambria Companies
PO BOX 51061
Newark, NJ 07101-5161

Campbell Foundry Company
800 Bergen St.
Harrison, NJ 07029

Capital One
PO Box 71083
Charlotte, NC 28272-0885

Capital Pix, LLC
22 Fifth St.
South River, NJ 08882

Caspert Managment CO.,Inc
11 Oxford Rd North
Caldwell, NJ 07006

CB Tech Support
1253 Springfield Ave. PMB 182
New Providence, NJ 07974

CCLENJ
1670 NJ 34
Farmingdale, NJ 07727

Cedar Hill Topsoil
127 Cedar Grove Lane

Somerset, NJ 08873

Cesario Construction Company, Inc
18 Birchwood Court
East Hanover, NJ 07936

Chase
Card Member Services
PO Box 1423
Charlotte, NC 28201

City Of East Orange
15 South Munn Avenue
East Orange, NJ 07018

Clayton Block
PO Box 3015
Lakewood, NJ 08701

CMC Truck Repair
1500 Seymour Street South
South Plainfield, NJ 07080

CME Associates
3141 Bordentown Ave.
Parlin, NJ 08859

Cohen Seglias
1600 Market Street 32nd floor
Attn: Accounts Receivable
Philadelphia, PA 19103

Colliers Engineering & Design, Inc
331 Newman Springs Road Suite 203

Red Bank, NJ 07701

Comenity-Williams-Sonoma
PO Box 659705
San Antonio, TX 78265-9705

Construction Information Syst
170 Kinnelon Road
Butler, NJ 07405

Contech Engineered Solutions, LLC
PO Box 936362
Atlanta, GA 31193-6362

County Concrete Corp.
PO BOX F
Kenvil, NJ 07847

County of Essex
Purchasing Dept.
465 Dr. Martin Luther King Blvd
Newark, NJ 07102

County Of Hudson
Office of the Sheriff
567 Pavonia Ave. FL .3
Jersey City, NJ 07306

County of Hunterdon
71 Main Ttreet Bldg.1
2nd FL
Flemington, NJ 08822-2900

County of Ocea

Dept of Purchasing
101 Hooper Ave
Gaylordsville, CT 06755

Custom Bandag Inc.
401 East Linden Ave.
Linden, NJ 07036

D&R Industrial Saw Co.
148 Rome Street
Newark, NJ 07105

Dan Swayze & Son Inc.
2351 Waldheim Ave
Scotch Plains, NJ 07076

Dayton Inspection Services, Inc.
118 Burrs Road C-1
Mount Holly, NJ 08060

Detectable Warning Products, Inc.
4600 Summerlin Rd C-2/ 421
Fort Myers, FL 33919

Diamond Sand and Gravel
33 Demarest Road
Sparta, NJ 07871

Diamond Sand and Gravel, Inc.
c/o McELROY, DEUTSCH, MULVANEY
1300 Mount Kemble Ave.
Attn: Michael R. Morano

DNJ Transport, LLC

PO Box 6819
Elizabeth, NJ 07202

Dock Builders Local 1556
NYC & Vicinity Dist. Council of Carpente
395 Hudson Street 9th Floor
New York, NY 10014

Down's Tree Service
65 Royal Ave
Hawthorne, NJ 07506

Drobach Equipment Rental Co
2240 Route 22 East
Union, NJ 07083

East Trading West Investments LL
DBA American Traffic & Street Sign
200 South Jefferson Street
Orange, NJ 07050

Eastern Concrete Materials Inc
250 Pehle Ave Plaza One, Suite 503
Saddle Brook, NJ 07663

EBF Enterprises LL
PO Box 142
Hope, NJ 07844

EIC Group, LLC
420 Route 46 East Suite 1
Fairfield, NJ 07004

Elizabethtown Gas

PO Box 603
Bellmawr, NJ 08099-6031

Elph Stone, Inc.
PO Box 228
High Bridge, NJ 08829

EP Henry Corp
PO Box 822589
Philadelphia, PA 19182-2589

Essex County Sheriff's Office
Special Services
50 West Market St.  Room 201
Attn: James Spango
PR 00710-2000

Extra Duty Solution
Seacoast Business Funding
PO Box 60479
Charlotte, NC 28260

EZ Auto Glass
322 US HWY 1
Edison, NJ 08817-4489

EZ PASS
PO Box 52009
Newark, NJ 07101

FAI-GON Electric, Inc.
140 Eleventh Street
Piscataway, NJ 08854

Ferriero Engineering, Inc.
180 Main St.
Chester, NJ 07930

Ficor Company, Inc
PO Box 65
Ogdensburg, NJ 07439

Fitzgerald Formliners
1500 E. Chestnut Ave
Santa Ana, CA 92701

FleetPride Truck & Trailer Parts
PO Box 847118
Dallas, TX 75284-7118

Floor Coverings International
178 Route 206
Hillsborough, NJ 08844

French & Parrello
1800 Route 34 Suite 101
Belmar, NJ 07719

Gamka Equipment,Inc.
983 New Durham Road
Edison, NJ 08817

Garden State Bob Cat
999 Route 33
Freehold, NJ 07728

Garden State Precast Inc.
PO Box 702

Farmingdale, NJ 07727

George Logan Towing
371 Old Georges Road North
North Brunswick, NJ 08902

GM Financial
PO Box 183593
Arlington, TX 76096-3834

Great America Financial Services
PO Box 660831
Dallas, TX 75266

GreenRock Recycling, LLC
3 Frontage Road
Clinton, NJ 08809

HD Supply
PO Box 4852
Orlando, FL 32802

High Tech Landscapes, Inc
10 Culnen Drive
Somerville, NJ 08876

Highway Equipment Co, of New Jersey, Inc
PO Box 645866
Pittsburgh, PA 15264-5866

Highway Traffic Control Inc.
60 Moore Place
Belleville, NJ 07109

Hodge Landscaping
7 Hickory Lane
North Brunswick, NJ 08902

Holt Machinery Company
504 Raritan St.
Sayreville, NJ 08872-1429

Hoover Truck Centers
P.O. Box 719
Flanders, NJ 07836

Horizon Blue Cross / Blue Shield of N
PO Box 10130
Newark, NJ 07101

HRRG
PO Box 8486
Pompano Beach, FL 33075

Icon Equipment Distrubitors
300 Ryders Lane
East Brunswick, NJ 08816

IJA SOLUTIONS,LLC
5 Lyons Mall PMB 185
Humacao, PR 00792

Insurance Office of America
1451 Route 34, Suite 101
Farmingdale, NJ 07727

International Bronze Plaque Co.
17031 Alico Commerce Court #3

Fort Myers, FL 33967

Iron Workers Distict Local 399
Council Benefit and Pension Fund
26 East Fleming Pike
Hammonton, NJ 08037

Ironworkers Local No. 11 Benefits Fundsr
12 Edison Place
Springfield, NJ 07081

IRS - Department of Treasury
PO Box 145595
Cincinnati, OH 45250

IRS - Department of Treasury
PO Box 7346
Philadelphia, PA 19101-7346

J.J. Keller & Associates, Inc.
P.O. 6609
Carol Stream, IL 60197-6609

J.M. Santos Trucking, LLC
24 North 9th Street
Kenilworth, NJ 07033

J.W. Goodlife & Son,Inc.
PO Box 69034
Baltimore, MD 21264-9034

JCP&L
Box 3687
Akron, OH 44309-3687

Jerry's Towing and Diesel Repair
1156 Toms River Road
Jackson, NJ 08527

Jersey Coast Fire Equip
377 Asbury Road
Farmingdale, NJ 07727

Jesco, Inc
118 St.Nicholas Avenue South
South Plainfield, NJ 07080-1892

JL Landscaping, LLC
630 Main Street, Suite C
Sayreville, NJ 08872

JL Services
630 Main Street Suite C
Sayreville, NJ 08872

JM Ahle, Inc.
190 William St Suite 2D
South River, NJ 08882

John Deere Credit
PO Box 4450
Carol Stream, IL 60197-4450

Jomig Investments
224C Forsgate Drive
Spotswood, NJ 08884

K&M Construction Services, LLC

6 Wilcox Ave
South River, NJ 08882

KCP Advisory Group
700 Technology Park Drive Suite 212
Billerica, MA 01821

Kenco Corp.
170 PA -271
Ligonier, PA 15658

KIll Surveying & Construction Services
4 Margo Place
Trenton, NJ 08620

KobelCo Financial / Wells Fargo
Wells Fargo Vendor Financial Services
PO Box 07024
Philadelphia, PA 19176-0241

Komatsu Financial Limited Partnership
8770 W Bryn Mawr Ave., Suite 100
Chicago, IL 60631

KTS Heavy Hauling Inc.
9 Pace Drive
Edison, NJ 08820

Kubota Credit Corporation, U.S.A.
P.O. Box 2046
Grapevine, TX 76099

Lakewood Township Police
231 3rd Street

Lakewood, NJ 08701

Lawson Products Inc.
PO BOX 734922
Chicago, IL 60673-4922

LC Equipment, Inc
PO Box 595
394 Route 49
Tuckahoe, NJ 08250

Leisure Village Association
19 Buckingham Drive
Lakewood, NJ 08701

Leon S. Avakian, Inc.
788 Wayside Road
Neptune, NJ 07753

Liberty Building Products
193 Christie Street
Newark, NJ 07101

Lincoln Benefit Life Company
PO Box 856764
Minneapolis, MN 55485

Lisbon Contractors
40 Coyle Street
Parlin, NJ 08859

Lisbon Trucking
40 Coyle Street
Parlin, NJ 08859

Lopes Trucking
390 Spring Valley Road
Old Bridge, NJ 08857

Lorco Petroleum Services
450 South Front Street
Elizabeth, NJ 07202

M&A Tree Service Inc.
150 West End Ave.
Somerville, NJ 08876

M. Olivera Trucking, Inc
794 Parker Street
Newark, NJ 07104

Manasquan Bank
2221 Landmark Place
Attn:  Erin Pensabene
Manasquan, NJ 08736

Mandelbaum Barrett
3 Becker Farm Road Suite 105
Roseland, NJ 07068

Mario's Heavy Equipment
78 Battleground Rd
Millstone Township, NJ 08535

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101

Martin Contracting
PO Box 15
Verona, NJ 07044

Metropolitan Staple Corp
11 Brown Ave.
Springfield, NJ 07081

Mid-Atlantic Truck Center
525 W. Linden Ave
Aguas Buenas, PR 00703-6000

Middlesex County Utilities Authority
Solid Waste Division
53 Edgeboro Road
East Brunswick, NJ 08816

Middlesex Water Company
PO Box 826538
Philadelphia, PA 19182

Miller GMC
920 US -1
Woodbridge, NJ 07095

Morris County, Purchasing Division
10 Court Street
Morristown, NJ 07960

Motor Carrier Services
IRP Section
120 South Stockton Street
PO Box 178
Trenton, NJ 08666

Najarian Associates
1 Industrial Way
Eatontown, NJ 07724

Napco
P.O. BOX 234
Lyndhurst, NJ 07071

National Fence Systems, Inc
1033 Route 1
Avenel, NJ 07001

New Jersey American Water
Box 371331
Pittsburgh, PA 15250-7476

New Jersey Dept of Labor
1 John Fitzh Way
Trenton, NJ 08625

New Jersey Family Support Payment Center
PO Box 4880
Trenton, NJ 08650

New Jersey Turnpike Authority
PO Box 24778
Tampa, FL 33623-4778

Newark Police Department
Outside Employment Unit
22 Franklin Street, 3rd Floor
Newark, NJ 07102

Newark Steel Ironworks
41 Frelinghuysen Ave
Newark, NJ 07114

NGM Insurance Company
c/o MCELROY, DEUTSCH, MULVANEY, et al
1300 Mount Kemble Avenue
Attn: ADAM R. SCHWARTZ
Morristown, NJ 07962-2017

Nischwitz Ashbrook Energies Inc
223 Front Street
South Plainfield, NJ 07080

NJ American Water
1 Water Street
Camden, NJ 08102

NJ Department of the Treasury
Div of Purchase & Property Contract
Compliance Audit Unit
Trenton, NJ 08625-0206

NJ Division of Taxation
Bankruptcy Section
PO Box 295
Trenton, NJ 08695-0245

NJ Division of Taxation
Deferred Pmt Control Center
PO Box 190
Trenton, NJ 08695-0190

NJM Insurance Group

PO Box 1228
Trenton, NJ 08628

NJMVC Revenue Processing Center
PO Box 008
Trenton, NJ 08646

Nobel Equipment & Supplies
1920 US Hwy# 1
Linden, NJ 07036

Northeast Carpenters Funds
C/O Steve Schaefer
Raritan Plaza II
91 Fieldcrest Ave.
NJ 08839

Northwestern Mutual Life Ins.
1201 Troy Schenectady Rd. Ste. 120
Latham, NY 12110

NYP Corp
805 East Grand St.
Elizabeth, NJ 07201

OCA Benefit Services
3705 Quakerbridge Rd Suite 216
Trenton, NJ 08619

Ocean County Engineering
129 Hooper Ave 2nd Floor
Toms River, NJ 08753

Oldcastle Infracture

P.O. BOX 416951
Boston, MA 02241-6951

Oli & Sons Trucking
51 King George Road
Warren, NJ 07059

Operating Engineers Local 825
65 Springfield Ave
Springfield, NJ 07081

Optimum
P.O. Box 371378
Pittsburgh, PA 15250-7378

P.M. Construction Corp.
1310 Central Ave
Hillside, NJ 07205

Peapack & Gladstone Police Department
1 School Street
PO Box 218
Peapack, NJ 07977-0218

Peckham Road Corp
375 Bay Rd. Suite 201
Queensbury, NY 12804

Penafiel Transport, LLC
14 La France Avenue
Bloomfield, NJ 07003

Penn National Insurance
PO BOX 13746

Philadelphia, PA 19101-3746

Pennsylvania Jersey Concrete
2819 Fire Road
Egg Harbor Township, NJ 08234

Photo Dynamics & Maintenance Corp.
367 Central Park Ave
Yonkers, NY 10704

Piscataway Police Department
555 Sidney Road
Piscataway, NJ 08854

Piscataway Twp Municipal Court
555 Sidney Road
Piscataway, NJ 08854

Poland Spring
PO Box 856192
Louisville, KY 40285

POWERPAK
225 N. Route 303
Congers, NY 10920

Precast Systems, Inc
57 Sharon Station Road
Allentown, NJ 08501

Precision Concrete Pumping, Inc.
PO Box 6970
Albany, NY 12206

Pro Green Management
36 Pergola Ave
Monroe Township, NJ 08831

Progressive
PO Box 7247-0311
Philadelphia, PA 19170-0311

Progressive Hydraulics Inc.
2201 S. Clinton Ave
South Plainfield, NJ 07080

Property Fence LLC
IND
Hillside, NJ 07205

PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444

Pumping Services, Inc.
21 Lincoln Blvd.
PO Box 117
Middlesex, NJ 08846-0117

Quantum Software Solutions, Inc.
4228 St Lawrence Ave. #B
Reading, PA 19606

Ralph Clayton & Sons
PO Box 3015
Lakewood, NJ 08701

Raritan Pipe & Supply Co

Raritan Group Branch
100 Raritan Pipe & Supply Co
P.O. Box 10120

Reis Trucking LLC
116 Coolidge Ave
Carteret, NJ 07008

Reme And Associates, LLC
20 Church Street
Allentown, NJ 08501

Rent-A-Fence, Inc.
1033 Route One
Avenel, NJ 07001

Republic - Abeco CC
5 Industrial Dr.
New Brunswick, NJ 08901

Riva Trucking LLC
43 Wilson Ave
South River, NJ 08882

Riverside Supply Co.
6 Washington Rd
Sayreville, NJ 08872

Road Safety Systems LLC
12 Park Drive
Vincentown, NJ 08088

Roche Miseo Barchetto, LLC
99 Cherry Hill Road Suite 110

Parsippany, NJ 07054

Rockborn Trucking & Excavation, Inc
12 Taylor Road
Wharton, NJ 07885-1502

Roman Asphalt Corp.
32 O'Brien Street
Kearny, NJ 07032

S&S Fleet Services
1156 Toms River Road
Jackson, NJ 08527

S. Komma & Company, LLC
4 Strawberry Lane
Monroe Township, NJ 08831

Safety Improvements, LLC
11925 Chesterville Road
Kennedyville, MD 21645

Samson Metal Service
P.O. Box 421
Dayton, NJ 08810-0421

SBA Office of Disaster Assistance
14925 Kingsport RD
Fort Worth, TX 76155

Selective Insurance Company
Box 371468
Pittsburgh, PA 15250-7468

Serv - US, LLC
PO Box 325
Hackettstown, NJ 07840

Service Tire Truck Centers, Inc
3 Sutton Place
Edison, NJ 08817

SF Systems Corporation
PO Box 2455
Edison, NJ 08818

Shore Systems Group, LLC
PO Box 188
Clarksburg, NJ 08510

Silva Recycling & Container Service
100 Riverside Ave.
Newark, NJ 07104

SKY-HY Erectors & Equipment,Inc
456 Hollywood Avenue
South Plainfield, NJ 07080

Somerset-Union Soil Conservation Distric
Somerset County 4-H Center
308 Milltown Rd.
Bridgewater, NJ 08807

SouthEastern Stick Inc.
610 Quail Run
Oneonta, AL 35121

StanleyPaving LLC

27 Erickson Ave.
Monroe Township, NJ 08831

State of New Jersey Department of Labor
& WF Development Div Of Employer Account
PO Box 929
Trenton, NJ 08646-0929

State of NJ - DCA BFCE DORES
PO Box 663
Trenton, NJ 08464-0663

State of NJ Dept. of Community Affairs
Bureau of Fire Code Enforcement
PO Box 809
Trenton, NJ 08625

Statewide Striping Corp.
499 Pomeroy Rd
Parsippany, NJ 07054

Stavola Asphalt
PO Box 482
Red Bank, NJ 07701

Stavola Construction
PO Box 482
Red Bank, NJ 07701

Stavola Flemington Asphalt
PO Box 482
Red Bank, NJ 07701

Structural Services Inc.

3735 Kim St
Bethlehem, PA 18017

Supra Construction, LLC
PO Box 521
South River, NJ 08882

Swenson Granite Works
292 South Main Street
Newtown, CT 06470

T & M Associates
11 Tindall Road
Middletown, NJ 07748

T.R. Weniger, Inc.
1900 New Brunswick Ave.
Piscataway, NJ 08854

Taylor Oil Co.
77 Second Street
PO Box 974
Somerville, NJ 08876-2915

TD Banknorth N.A.
PO Box 5700
Lewiston, ME 04243-5700

The Sherwin Williams Co.
226 Talmadge Rd.
Edison, NJ 08817-2824

Thermal Foams / Syracuse, Inc
PO Box 1981

Cicero, NY 13039

Tiffany Electric
5 Eastmans Rd
Parsippany, NJ 07054

Tiffany Electrical Company Signal
Control Products, Inc.
199 Evans Way
Somerville, NJ 08876

Tilcon New York Inc.
9 Entin Road
Parsippany, NJ 07054

TMT Transportation LLC
805 Dutchess Ln
Woodbridge, NJ 07095

Tonacchio, Spina & Compitello
788 Shrewsbury Ave., Suite 2209
Attn:  Amber Delaney, Esq.
Tinton Falls, NJ 07724

Town of Kearney
402 Kearney Ave.
Kearny, NJ 07032

Township Of East Brunswick
1 Jean Walling Civic Center
East Brunswick, NJ 08816

Township of Edison Division of Fire
100 Municipal Blvd

Edison, NJ 08817

Township Of Irvington Police Department
1 Civic Square
Irvington, NJ 07111

Township of Jackson
95 West Veterans Highway
Jackson, NJ 08527

Township Of Maplewood Police Department
4 Valley Street
Maplewood, NJ 07040

Township Of Millburn Engineering Dept
75 Millburn Avenue
Millburn, NJ 07041

Township of Monroe Department of Police
Municipal Complex 3 Municipal Plaza
Monroe Township, NJ 08831

Township of Montgomery
2261 Rt 206 Belle Mead
Belle Mead, NJ 08502

Township of Piscataway
455 Hoes Lane
Piscataway, NJ 08854

Traffic Lines, Inc.
5100 Asbury Rd
Farmingdale, NJ 07727

Traffic Safety Services LLC
601 Hadley Road
PO Box 615
South Plainfield, NJ 07080

TransEdge Truck Sales and Service
1407 Bulldog Drive
Allentown, PA 18104

Trench Technologies
PO Box 1854
Livingston, NJ 07039

Tulnoy Lumber
1620 Webster Ave
Bronx, NY 10457

U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203

ULMA Form Works, Inc.
16-00 Route 208 Suite LL4
Fair Lawn, NJ 07410

Union Carpenters
91 Fieldcrest Ave
Edison, NJ 08837

Union Local- 472 Laborers
700 Raymond Blvd
Newark, NJ 07105

United Rentals North America,Inc

PO Box 100711
Atlanta, GA 30384-0711

United Site Services
PO Box 130
Keasbey, NJ 08832

USTP
231 St.Nicholas Avenue
South Plainfield, NJ 07080

UVM Medical Center
Payment Deptartmen
O BOX 1854
Brattleboro, VT 05302-1854

Vail Industrial & Supply
3606 Kennedy Rd
South Plainfield, NJ 07080

Verizon
PO Box 16801
Newark, NJ 07101-6801

Verizon Connect NWF, Inc.
PO Box 975544
Dallas, TX 75397-5544

Verizon Wireless Inc.
P.O. Box 408
Newark, NJ 07101-0408

VFS US LLC
P.O. Box 26131

Greensboro, NC 27402

Visual Computer Solutions
4400 US 9 South Suite 3500
Freehold, NJ 07728

Vitelli Trucking Inc.
617 Joyce Kilmer Ave
New Brunswick, NJ 08901

Volvo/Mack Financial
PO Box 7247-0236
Philadelphia, PA 19170-0236

Wayne's Tree Service
314 Grove Street
Somerville, NJ 08876

Weldon Asphalt Inc.
141 Central Avenue
Westfield, NJ 07090-2189

Wells Fargo Vendor Financial Services LL
P.O BOX 35701
Billings, MT 59107

White Cap L.P.
PO Box 4852
Orlando, FL 32802-4852

Wright Express
PO BOX 6293
Carol Stream, IL 60197

York Fence Construction Co, Inc
100 Dukes Parkway East
Hillsborough, NJ 08844

Zuccaro Inc.
64 Commerce St.
Garfield, NJ 07026

**United States Bankruptcy Court**
District of New Jersey

In re    Assuncao Bros., Inc.                                              Case No. _____

                                    Debtor(s)                          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:    August 3, 2022                                    _____

                                                      Martin Assuncao, President and Chief Executive Officer
                                                      Signer/Title