UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone:  (973) 992-4800
Facsimile:  (973) 992-9125

*Proposed Counsel to the Debtor
And Debtor in Possession*

In Re:

ASSUNCAO BROS., INC.

　　　　　　　　　Debtor

Case No.:    22-16159

Chapter:    11 (Subchapter V)

Hearing Date:

Judge:

## ORDER REGARDING APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered two (2) and three (3), is ORDERED.

After review of the Application for Expedited Consideration of First Day Matters, and for good cause shown;

IT IS ORDERED that the following motions are scheduled for hearing before the Honorable _____ in Courtroom # no. _____ located at _____ on the date(s) and time(s) set forth below:

| MATTER | HEARING DATE and TIME |
|---|---|
| 1. Debtor's Motion for Entry of an Order (i) Authorizing the Continued Use of (a) Existing Cash Management System and (b) Existing Bank Accounts and Business Forms; (ii) Providing the United States Trustee with a 60-day Objection Period; and (iii) Granting Related Relief | |
| 2. Debtor's Motion for Entry of an Order Authorizing the Debtor to Pay and Honor Prepetition Employee Wages, Salaries, Benefits, Expenses, and Other Obligations | |
| 3. Debtor's Motion for Entry of Interim and Final Orders (i) Authorizing (a)Post-Petition Financing and (b) Use of Cash Collateral; (ii) Modifying the Automatic Stay; and (iii) Scheduling a Final Hearing | |
| 4. Debtor's Motion for Order Pursuant to Bankruptcy Rule 1007(c) Granting Additional Time for Filing Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases | |

IT IS FURTHER ORDERED, that service of this Order must be made under D.N.J. LBR 9013-5(f); and

IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, may be made under D.N.J. LBR 9013-5(d).

136576906