UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone:  (973) 992-4800
Facsimile:  (973) 992-9125

*Proposed Counsel to the Debtor
And Debtor in Possession*

Order Filed on August 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ASSUNCAO BROS., INC.

Debtor

Case No.: 22-16159

Chapter: 11 (Subchapter V)

Hearing Date: 8/4/22

Judge: Gravelle

## ORDER REGARDING APPLICATION FOR EXPEDITED
## CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered two (2) and three (3), is ORDERED.

**DATED: August 4, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the Application for Expedited Consideration of First Day Matters, and for good cause shown;

IT IS ORDERED that the following motions are scheduled for hearing before the Honorable Christine M. Gravelle in Courtroom # no. 3 located at 402 East State Street Trenton NJ 08608 on the date(s) and time(s) set forth below:

| MATTER | HEARING DATE and TIME |
|---|---|
| 1. Debtor's Motion for Entry of an Order (i) Authorizing the Continued Use of (a) Existing Cash Management System and (b) Existing Bank Accounts and Business Forms; (ii) Providing the United States Trustee with a 60-day Objection Period; and (iii) Granting Related Relief | 8/4/22 at 4:00 pm |
| 2. Debtor's Motion for Entry of an Order Authorizing the Debtor to Pay and Honor Prepetition Employee Wages, Salaries, Benefits, Expenses, and Other Obligations | 8/4/22 at 4:00 pm |
| 3. Debtor's Motion for Entry of Interim and Final Orders (i) Authorizing (a)Post-Petition Financing and (b) Use of Cash Collateral; (ii) Modifying the Automatic Stay; and (iii) Scheduling a Final Hearing | 8/4/22 at 4:00 pm |
| 4. Debtor's Motion for Order Pursuant to Bankruptcy Rule 1007(c) Granting Additional Time for Filing Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases | 8/4/22 at 4:00 pm |

IT IS FURTHER ORDERED, that service of this Order must be made under D.N.J. LBR 9013-5(f); and

IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, may be made under D.N.J. LBR 9013-5(d).

136576906