| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  973-992-4800<br>Fax:  973-992-9125<br>Michael Herz<br>Attorney for Debtor | |
| In Re:<br><br>ASSUNCAO BROS, INC.<br><br>                        Debtor. | Chapter 11<br><br>Case No. 22-16159-CMG<br><br>Judge:  Hon. Christine M. Gravelle |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Fox Rothschild LLP, attorneys for Marc and Amy Lebovitz and hereby demands that all notices and all papers served or required to be served pertaining to the Debtor's chapter 11 be served upon the following:

        Michael R. Herz, Esq.
        Fox Rothschild LLP
        49 Market Street
        Morristown, NJ  07960
        Telephone:  973 548 3330
        Fax:  973 992 9125
        E-mail:  mherz@foxrothschild.com

136584842.1

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes all notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests for petitions, disclosure statements, answer or reply papers, memoranda and briefs in support of any of the above, and any other documents filed or served in the above-captioned chapter 11 case.

        FOX ROTHSCHILD, LLP
        Attorneys for Assncao Bros,. Inc.

        By: */s/ Michael R. Herz*
            Michael R. Herz

Dated:  August 4, 2022