**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Case No.: _____

Hearing Date: _____

Chapter: <u>11 (Small Business Subchapter V)</u>

Judge: _____

**NOTICE OF STATUS HEARING**

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:**    <u>Status Conference</u>

**NOTE:**    **In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the debtor not later than 14 days before the date of the initial status conference. Mandatory** *Local Form Subchapter V Status Report* **can be found at [www.njb.uscourts.gov](www.njb.uscourts.gov) under the "forms" tab.**

**Location of Hearing:**    Courtroom No. _____

_____
_____
_____

**Date and Time:**    _____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES ARE REQUIRED**

DATE: _____        JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20____ this notice was served on the following:    Joseph J. DiPasquale

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*new.2/19/2020*