# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0312–3 | User: admin | Date Created: 8/4/2022 |
| Case: 22–16159–CMG | Form ID: pdf900 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Joseph J. DiPasquale    Jdipasquale@foxrothschild.com

TOTAL: 1