**RIKER DANZIG LLP**
Curtis M. Plaza, Esq. (CP-9111)
Daniel A. Bloom, Esq. (DB-6392)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
cplaza@riker.com
dabloom@riker.com

*Counsel to Manasquan Bank*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ASSUNCAO BROS., INC., | Case. No. 22-16159-CMG |
| Debtor. | Hon. Christine M. Gravelle |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS ON BEHALF OF MANASQUAN BANK**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), Manasquan Bank (the "Bank") hereby appears in the above-captioned case (the "Case") and requests copies of all notices, pleadings and other filings in the Case including, without limitation, those pursuant to Rules 2002 and 9007, to be served on the following persons at the address, telephone number, facsimile and electronic mail indicated:

**RIKER DANZIG LLP**
Curtis M. Plaza, Esq. (cplaza@riker.com)
Daniel A. Bloom, Esq. (dabloom@riker.com)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the Debtor or the Debtor's property.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the above listed persons be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in the Case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended to waive the Bank's rights, including the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court, right to have the reference withdrawn by the United States District Court, right to trial by jury in any proceeding so triable in this Case, or other rights, remedies, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments the Bank expressly reserves.

[*Remainder of page intentionally left blank*]

August 4, 2022
Morristown, New Jersey

**RIKER DANZIG LLP**

By:  /s/ *Curtis M. Plaza*
Curtis M. Plaza, Esq. (CP- 9111)
Daniel A. Bloom, Esq. (DB-6392)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey  07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
cplaza@riker.com
dabloom@riker.com

*Counsel to Manasquan Bank*

5371715v1