| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>McELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, New Jersey 07962<br>Adam R. Schwartz<br>Gary D. Bressler<br>Scott A. Levin<br>Virginia T. Shea<br>aschwartz@mdmc-law.com<br>gbressler@mdmc-law.com<br>slevin@mdmc-law.com<br>vshea@mdmc-law.com<br>Telephone:  (973) 993-8100<br>Facsimile:  (973) 425-0161<br><br>Counsel for Creditor, NGM Insurance Company | |
| In Re:<br><br>ASSUNCAO BROS., INC.<br><br>                Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Judge Christine M. Gravelle |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Adam R. Schwartz, Gary D. Bressler, Scott A. Levin, and Virginia T. Shea of McElroy, Deutsch, Mulvaney & Carpenter, LLP hereby enters their appearances as attorneys for NGM Insurance Company, and pursuant to Bankruptcy Rules 2002 and 9010, requests that their names be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be delivered and served upon the following:

> Adam R. Schwartz
> Gary D. Bressler
> Scott A. Levin
> Virginia T. Shea
> McElroy, Deutsch, Mulvaney & Carpenter, LLP
> 1300 Mt. Kemble Avenue
> P.O. Box 2075
> Morristown, New Jersey 07962
> (973) 993-8100
> (973) 425-0161 (facsimile)

| | |
|---|---|
| **Debtors:** | **Assuncao Bros., Inc.** |
| **Case Nos.:** | **22-16159** |
| **Page #:** | **2** |
| **Caption:** | **Notice of Appearance and Demand for Service of Papers** |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any Orders, Pleadings, Motions, Applications, Complaints, Demands, Hearings, Requests or Petitions, Answering or Reply Papers, Memorandum and Briefs in Support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise.

This Appearance and Request for Notice is made without prejudice to NGM Insurance Company's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit NGM Insurance Company to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a Motion seeking abstention or withdrawal of the case for a proceeding therein.

Dated: August 4, 2022

    McELROY, DEUTSCH, MULVANEY
    & CARPENTER, LLP
    Attorneys for Creditor,
    NGM Insurance Company

    By: */s/ Adam R. Schwartz*
        Adam R. Schwartz
        Gary D. Bressler
        Scott A. Levin
        Virginia T. Shea
        1300 Mt. Kemble Avenue
        P.O. Box 2075
        Morristown, New Jersey 07962
        (973) 993-8100
        (973) 425-0161 (facsimile)