McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Gary D. Bressler, Esq.
Adam R. Schwartz, Esq.
Scott A. Levin, Esq.
Virginia T. Shea, Esq.
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075
Tel: (973) 993-8100
Fax: (973) 425-0161
gbressler@mdmc-law.com
aschwartz@mdmc-law.com
slevin@mdmc-law.com
vshea@mdmc-law.com
*Counsel to Creditor NGM Insurance Company.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERESEY**

| | |
|---|---|
| In re:<br><br>Assuncao Bros., Inc.<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159 (CMG)<br><br>Judge Christine M. Gravelle |

**CERTIFICATE OF SERVICE**

I, Virginia T. Shea, do hereby certify that on Thursday, August 4, 2022, I did cause Creditor *NGM Insurance Company's Limited Objection to the Debtor's Motion for Entry of an Interim Order Authorizing (A) Post-Petition Financing and (B) Use of Cash Collateral and Affording Adequate Protection; (II Modifying the Automatic Stay; and (III) Scheduling a Final Hearing* ("DIP Motion") to be electronically filed via CM/ECF and served upon all parties receiving notice pursuant to the CM/ECF system, as well as by following parties in the manner indicated:

1

|  | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
|---|---|
| Dated: August 4, 2022 | /s/ *Virginia T. Shea* |
|  | Gary D. Bressler, Esq. |
|  | Adam R. Schwartz, Esq. |
|  | Scott A. Levin, Esq. |
|  | Virginia T. Shea, Esq. |
|  | 1300 Mount Kemble Ave. |
|  | Morristown, NJ 07960 |
|  | Phone: 973-993-8100 |
|  | Facsimile: 973-425-0161 |
|  | gbressler@mdmc-law.com |
|  | aschwartz@mdmc-law.com |
|  | slevin@mdmc-law.com |
|  | vshea@mdmc-law.com |

**VIA EMAIL DELIVERY**

Louis A. Modugo
Trif & Modugno LLC
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
**lmodugo@tm-firm.com**

Curtis M. Plaza
Riker Danzig
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962
cplaza@riker.com

Joseph J. DiPasquale
Fox Rothschild, LLP
49 Market Street
Morristown, NJ 07960
jdipasquale@foxrothschild.com