| |
|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone:  (973) 992-4800<br>Facsimile:   (973) 992-9125<br><br>*Proposed Counsel to the Debtor*<br>*And Debtor in Possession* |

Order Filed on August 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ASSUNCAO BROS., INC.,

                    Debtor.

Chapter 11 (Subchapter V)

Case No. 22-16159

Judge:

**ORDER PURSUANT TO BANKRUPTCY RULE 1007(c) GRANTING ADDITIONAL TIME FOR FILING SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND SCHEDULES OF EXECUTORY CONTRACTS AND <u>UNEXPIRED LEASES</u>**

      The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: August 4, 2022**

*[signature]*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

DEBTOR:  Assuncao Bros., Inc.
CASE NO: 22-
CAPTION: **Order Pursuant to Bankruptcy Rule 1007(c) Granting Additional Time for Filing Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases.**

**THIS MATTER**, having been brought before the Court upon the motion (the "Motion")[1] of Assuncao Bros., Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11, subchapter V case (the "Subchapter V Case"), for entry of an order pursuant to Federal Rule of Bankruptcy Procedure 1007 extending the date by which the Debtor shall file certain documents, including its schedules of assets and liabilities, and statement of financial affairs; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion having been provided under the circumstances in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules, and it appearing that no other further notice need be provided; and a hearing (the "Hearing") having been held to consider the relief requested in the Motion; and upon consideration of the *Declaration of Martin Assuncao in Support of Voluntary Petition and First Day Motions*, and the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is necessary and proper and in the best interests of the Debtor, its estate, its creditors, its stakeholders, and all other parties-in-interest, and that the legal and factual basis set forth in the Motion establishes just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED on a final basis as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Page 3 of 3
DEBTOR:  Assuncao Bros., Inc.
CASE NO: 22-
CAPTION: **Order Pursuant to Bankruptcy Rule 1007(c) Granting Additional Time for Filing Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases.**

2. Pursuant to Federal Rule of Bankruptcy Procedure 1007(c), the time by which the Debtor shall file its missing Schedules and Statements is hereby extended through and including thirty (30) days after the filing of the petition commencing the Subchapter V Case.

3. This Order shall be effective immediately upon entry.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

136002442