UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Zazzali, Fagella, Nowak, Kleinbaum & Friedman
570 Broad Street – Suite 1402
Newark, New Jersey 07102
Edward H. O'Hare, Esq.
(973) 623-1822 – Office
(973) 623-2209 – Fax
eohare@zazzali-law.com e-mail

*Attorneys for Heavy and General Laborers Funds of New Jersey*

| In Re: | Case No.: 22-16159 (CMG) |
|---|---|
| **ASSUNCAO BROS., INC.,** | Chapter 11 (Subchapter V) |
| | Judge: Hon. Christine M. Gravelle |
| Debtor | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of the Heavy and General Laborers Funds of New Jersey. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Edward H. O'Hare., Esq.
Zazzali, Fagella, Nowak, Kleinbaum & Friedman
570 Broad Street, Suite 1402
Newark, New Jersey 07102
T: 973-623-1822/F: 973-623-2209
eohare@zazzali-law.com

DOCUMENTS:

☒ All notice entered pursuant to Fed R. Bankr. P. 2002
☒ All documents and pleadings of any nature.

**Signature on other Page**

Dated: Newark, New Jersey
       August 5, 2022

ZAZZALI, FAGELLA, NOWAK,
 KLEINBAUM & FRIEDMAN
Attorneys for Heavy and General
Laborers Funds of New Jersey

By: /s/ Edward H. O'Hare
      Edward H. O'Hare