| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Joseph J. DiPasquale  Esq.<br>jdipasquale@foxrothschild.com<br>Telephone: 973-992-4800<br>Facsimile: 973-992-9125<br>*Proposed Counsel to the Debtor and Debtor in Possession* | |
| In Re:<br><br>ASSUNCAO BROS., INC.,<br><br>                    Debtor. | Chapter 11<br><br>Case No 22-16159-CMG<br><br>Judge:  Hon. Christine M. Gravelle |

## CERTIFICATE OF SERVICE

1.     I, Cathi Brown:

   ☒ am the legal assistant to Joseph J. DiPasquale at Fox Rothschild, LLP, attorney to debtor in the above-mentioned matter.

2.     On August 4, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Order Regarding Application for Expedited Consideration of First Day Matters;

   - Debtor's Motion for Entry of an Order Authorizing the Debtor to Pay and Honor Pre-Petition Employee Wages, Salaries, Benefits, Expenses and Other Obligations;

   - Debtor's Motion of Entry of An Order (I) authorizing the Continues Use of (A) Existing Cash Management System and (B) Existing Bank Accounts and Business Forms, (II) Providing the United States Trustee with a 60-Day Objection Period, and (III) Granting Related Relief;

   - Debtor's Motion Pursuant to Bankruptcy Rule 1007(c) For Entry of Order Granting Additional Time for Filing Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases;

   - Application for Expedited Consideration of First Day Matters;

136610033.1

- Declaration of Martin Assuncao in Support of Voluntary Petition and First Day Motions; and

- Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing (A) Post-Petition Financing and (B) use of Cash Collateral and Affording Adequate Protection; (II) Modifying the Automatic Stay; and (III) Scheduling a Final Hearing

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  August 5, 2022                                    /s/*Cathi Brown*
                                                                          Cathi Brown

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| James Rivera<br>Small Business Administration<br>jamesrivera@sba.gov |  | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>x E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Martha Hildebrandt<br>DOJ-UST<br>One Newark Center<br>1085 Raymond Blvd.<br>21st Floor<br>Newark, NJ 07102<br>Email: martha.hildebrandt@usdoj.gov | Attorney for US Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>x E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| American Express National Bank<br>c/o Doyle & Hoefs, LLC<br>2043 Springwood Road<br>York, PA 17403<br>Attn: Michael J. Hoefs, Esq.<br>contact@doylehoefs.com | 20 largest creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>x E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| **Black Rock Enterprises, LLC**<br>c/o BECKER LLC<br>Joseph G. Harraka, Jr.<br>Erik B. Derr<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>jgharraka@becker.legal | 20 largest creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>x E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

136610033.1

| | | |
|---|---|---|
| County Concrete Corp.<br>PO BOX F<br>Kenvil, NJ 07847<br>john@maccelaw.com | 20 largest creditor | ☐ Hand-delivered<br>x  Regular Mail<br>☐ Certified mail/RR<br>x  E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Diamond Sand and Gravel, Inc.<br>c/o McELROY, DEUTSCH, MULVANEY<br>1300 Mount Kemble Ave.<br>Morristown, NJ 07962-2017<br>Attn: Michael R. Morano<br>mmorano@mdmc-law.com<br>jtarnofsky@mdmc-law.com | 20 largest creditor | ☐ Hand-delivered<br>x  Regular Mail<br>☐ Certified mail/RR<br>x  E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Essex County Sheriff's Office<br>Special Services<br>50 West Market St., Room 201<br>Newark, NJ 07102<br>Attn: James Spango<br>Fax: 973-621-0445 | 20 largest creditor | ☐ Hand-delivered<br>x  Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other __Facsimile_____<br>(as authorized by court*) |
| JM Ahle, Inc.<br>190 William St Suite, 2D<br>South River, NJ 08882<br>vmarchi@jmahle.com | 20 largest creditor | ☐ Hand-delivered<br>x  Regular Mail<br>☐ Certified mail/RR<br>x  E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Liberty Building Products<br>193 Christie Street<br>Newark, NJ 07101<br>Fax: 908-276-7205 | 20 largest creditor | ☐ Hand-delivered<br>x  Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other __Facsimile_____<br>(as authorized by court*) |
| NGM Insurance Company<br>c/o MCELROY, DEUTSCH, MULVANEY, et al<br>1300 Mount Kemble Avenue<br>Attn: ADAM R. SCHWARTZ<br>Morristown, NJ 07962-2017<br>aschwartz@mdmc-law.com | 20 largest creditor | ☐ Hand-delivered<br><br>☐  Regular Mail<br>☐ Certified mail/RR<br>x  E-mail<br>x  Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Operating Engineers Local 825<br>65 Springfield Ave<br>Springfield, NJ 07081<br>Fax:  973-671-9122 | 20 largest creditor | ☐ Hand-delivered<br>x  Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other __Facsimile_____<br>(as authorized by court*) |

136610033.1

| | | |
|---|---|---|
| Pennsylvania Jersey Concrete<br>2819 Fire Road<br>Egg Harbor Township, NJ 08234<br>ar@jeinj.com | 20 largest creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>x E-mail<br>x Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Precast Systems, Inc<br>57 Sharon Station Road<br>Allentown, NJ 08501<br>Fax: 609-208-1966 | 20 largest creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x Other __Facsimile_____<br>(as authorized by court*) |
| Ralph Clayton & Sons<br>PO Box 3015<br>Lakewood, NJ 08701<br>Fax: 732-751-7618 | 20 largest creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x Other __Facsimile_____<br>(as authorized by court*) |
| Roman Asphalt Corp.<br>32 O'Brien Street<br>Kearny, NJ 07032<br>roman@romanasphalt.com | 20 largest creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>x E-mail<br>x Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Stavola Flemington Asphalt<br>PO Box 482<br>Red Bank, NJ 07701<br>tandrews@stavola.com | 20 largest creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>x E-mail<br>x Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Shore Systems Group, LLC<br>PO Box 188<br>Clarksburg, NJ 08510<br>adam@shorellc.com<br>chirs@shorellc.com | 20 largest creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>x E-mail<br>x Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Statewide Striping Corp.<br>499 Pomeroy Rd<br>Parsippany, NJ 07054<br>cathy@statewidestriping.com | 20 largest creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>x E-mail<br>x Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

136610033.1

| | | |
|---|---|---|
| Tiffany Electric<br>5 Eastmans Rd<br>Parsippany, NJ 07054<br>Fax:  973-887-0905 | 20 largest creditor | ☐ Hand-delivered<br>x   Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other __Facsimile_____<br>(as authorized by court*)<br>_____ |
| Union Carpenters<br>91 Fieldcrest Ave<br>Edison, NJ 08837<br>Fax: 732-417-3936 | 20 largest creditor | ☐ Hand-delivered<br>x   Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other __Facsimile_____<br>(as authorized by court*) |
| Union Local- 472 Laborers<br>700 Raymond Blvd<br>Newark, NJ 07105<br>Legal@hglfunds.com | 20 largest creditor | Hand-delivered<br>☐   Regular Mail<br>☐ Certified mail/RR<br>x  E-mail<br>x  Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Zuccaro Inc.<br>64 Commerce St.<br>Garfield, NJ 07026<br>Fax:  973-472-9653 | | ☐ Hand-delivered<br>x   Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other __Facsimile_____<br>(as authorized by court*) |

5

136610033.1