UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone:  (973) 992-4800
Facsimile:   (973) 992-9125

*Proposed Counsel to the Debtor
And Debtor in Possession*



Order Filed on August 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ASSUNCAO BROS., INC.

        Debtor.

Case No.:   22-16159-CMG

Chapter:    11 (Subchapter V)

Judge:      Hon. Christine M. Gravelle

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: August 5, 2022

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of Assuncao Bros., Inc. for a reduction of time for a hearing on *Debtor's Motion for Entry of an Order (i) Authorizing Sale of Certain of the Debtor's Assets to Vollers Excavating and Construction, Inc., (ii) Authorizing Debtor to Enter Into Subcontracts with Vollers for Non-Bonded Projects, and (iii) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases* under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on August 22 at 10:00 a.m. in the United States Bankruptcy Court, _Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, NJ 08608_, Courtroom No._3_.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Secured Creditors and US Trustee
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Unsecured creditors
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to ___Secured Creditors and US Trustee_____

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*Rev.2/1/16*