UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone:  (973) 992-4800
Facsimile:   (973) 992-9125

*Proposed Counsel to the Debtor*
*And Debtor in Possession*

In Re:

ASSUNCAO BROS., INC.

                    Debtor

Order Filed on August 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        22 -16159

Chapter:        11 (Subchapter V)

Hearing Date:        8/4/22

Judge:                Gravelle

**ORDER REGARDING APPLICATION FOR EXPEDITED
CONSIDERATION OF FIRST DAY MATTERS**

The relief set forth on the following pages, numbered two (2) and three (3), is ORDERED.

**DATED: August 4, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the Application for Expedited Consideration of First Day Matters, and for good cause shown;

IT IS ORDERED that the following motions are scheduled for hearing before the Honorable

Christine M. Gravelle       in Courtroom # no.     3     located at

402 East  State Street Trenton NJ 08608       on the date(s) and time(s) set forth below:

| MATTER | HEARING DATE and TIME |
|---|---|
| 1.  Debtor's Motion for Entry of an Order (i) Authorizing the Continued Use of (a) Existing Cash Management System and (b) Existing Bank Accounts and Business Forms; (ii) Providing the United States Trustee with a 60-day Objection Period; and (iii) Granting Related Relief | 8/4/22 at 4:00  pm |
| 2.  Debtor's Motion for Entry of an Order Authorizing the Debtor to Pay and Honor Prepetition Employee Wages, Salaries, Benefits, Expenses, and Other Obligations | 8/4/22 at 4:00  pm |
| 3.  Debtor's Motion for Entry of Interim and Final Orders (i) Authorizing (a)Post-Petition Financing and (b) Use of Cash Collateral; (ii) Modifying the Automatic Stay; and (iii) Scheduling a Final Hearing | 8/4/22 at 4:00  pm |
| 4.  Debtor's Motion for Order Pursuant to Bankruptcy Rule 1007(c) Granting Additional Time for Filing Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases | 8/4/22 at 4:00  pm |

IT IS FURTHER ORDERED, that service of this Order must be made under D.N.J. LBR 9013-5(f); and

IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, may be made under D.N.J. LBR 9013-5(d).

136576906

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 22-16159-CMG

Assuncao Bros., Inc.                                                            Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

**Recip ID              Recipient Name and Address**
db              +  Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022               Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph A. Caneco | on behalf of Debtor Assuncao Bros.  Inc. jcaneco@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Debtor Assuncao Bros.  Inc. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com |
| Louis A. Modugno | on behalf of Other Prof. Vollers Excavating and Contractors  Inc. lmodugno@tm-firm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4