| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone:  (973) 992-4800<br>Facsimile:   (973) 992-9125<br><br>*Proposed Counsel to the Debtor*<br>*And Debtor in Possession* | **Order Filed on August 4, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>       Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159<br><br>Judge: |

**ORDER PURSUANT TO BANKRUPTCY RULE 1007(c) GRANTING ADDITIONAL TIME FOR FILING SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND SCHEDULES OF EXECUTORY CONTRACTS AND <u>UNEXPIRED LEASES</u>**

  The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: August 4, 2022**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2 of 3
DEBTOR: Assuncao Bros., Inc.
CASE NO: 22-
CAPTION: **Order Pursuant to Bankruptcy Rule 1007(c) Granting Additional Time for Filing Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases.**

**THIS MATTER**, having been brought before the Court upon the motion (the "Motion")[1] of Assuncao Bros., Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11, subchapter V case (the "Subchapter V Case"), for entry of an order pursuant to Federal Rule of Bankruptcy Procedure 1007 extending the date by which the Debtor shall file certain documents, including its schedules of assets and liabilities, and statement of financial affairs; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion having been provided under the circumstances in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules, and it appearing that no other further notice need be provided; and a hearing (the "Hearing") having been held to consider the relief requested in the Motion; and upon consideration of the *Declaration of Martin Assuncao in Support of Voluntary Petition and First Day Motions*, and the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is necessary and proper and in the best interests of the Debtor, its estate, its creditors, its stakeholders, and all other parties-in-interest, and that the legal and factual basis set forth in the Motion establishes just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED on a final basis as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Page 3 of 3
DEBTOR: Assuncao Bros., Inc.
CASE NO: 22-
CAPTION: **Order Pursuant to Bankruptcy Rule 1007(c) Granting Additional Time for Filing Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedules of Executory Contracts and Unexpired Leases.**

2. Pursuant to Federal Rule of Bankruptcy Procedure 1007(c), the time by which the Debtor shall file its missing Schedules and Statements is hereby extended through and including thirty (30) days after the filing of the petition commencing the Subchapter V Case.

3. This Order shall be effective immediately upon entry.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-16159-CMG
Assuncao Bros., Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Curtis M Plaza | on behalf of Creditor Manasquan Bank cplaza@riker.com sdechoyan@riker.com |
| Douglas G. Leney | on behalf of Interested Party Martin Assuncao dleney@archerlaw.com ahuber@archerlaw.com,chansen@archerlaw.com |
| Douglas G. Leney | on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com ahuber@archerlaw.com,chansen@archerlaw.com |
| Joseph A. Caneco | on behalf of Debtor Assuncao Bros. Inc. jcaneco@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Debtor Assuncao Bros. Inc. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com |
| Louis A. Modugno | |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Aug 04, 2022 Form ID: pdf903 Total Noticed: 1

|   |   |
|---|---|
|   | on behalf of Other Prof. Vollers Excavating and Contractors Inc. lmodugno@tm-firm.com |
| Margaret Mcgee | |
|   | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael R. Herz | |
|   | on behalf of Debtor Assuncao Bros. Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com |
| U.S. Trustee | |
|   | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | |
|   | on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com |

TOTAL: 10