|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ 07960<br>Joseph J. DiPasquale Esq.<br>jdipasquale@foxrothschild.com<br>Telephone: 973-992-4800<br>Facsimile: 973-992-9125<br>*Proposed Counsel to the Debtor and Debtor in Possession* | |
| In Re:<br><br>ASSUNCAO BROS., INC.,<br><br>                 Debtor. | Chapter 11<br><br>Case No 22-16159-CMG<br><br>Judge: Hon. Christine M. Gravelle |

## CERTIFICATE OF SERVICE

1. I, Cathi Brown:

   ☒ am the legal assistant to Joseph J. DiPasquale at Fox Rothschild, LLP, attorney to debtor in the above-mentioned matter.

2. On August 5, 2022 I sent a copy of the following pleadings and/or documents via first class mail to the parties listed on Schedule A attached:

   - Order Shortening Time Period for Notice Setting Hearing and Limiting Notice (Signed);

   - Debtor's Motion of Entry of An Order (I) Authorizing the Sale of Certain of the Debtor's Assets to Vollers Excavating and Construction, Inc., (II) Approving Settlement, (III) Authorizing Debtor to Enter into Subcontracts with Vollers for Certain Non-Bonded Projects, and (IV) Authorizing The Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases;

   - Proposed Order Shortening Time Period for Notice Setting Hearing and Limiting Notice.

3. On August 5, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

136610033.1

- Order Shortening Time Period for Notice Setting Hearing and Limiting Notice (Signed);

- Debtor's Motion of Entry of An Order (I) Authorizing the Sale of Certain of the Debtor's Assets to Vollers Excavating and Construction, Inc., (II) Approving Settlement, (III) Authorizing Debtor to Enter into Subcontracts with Vollers for Certain Non-Bonded Projects, and (IV) Authorizing The Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases;

- Proposed Order Shortening Time Period for Notice Setting Hearing and Limiting Notice.

4. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 5, 2022                                /s/*Cathi Brown*
                                                      Cathi Brown

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Small Business Administration<br>2 North 20th Street<br>Suite 320<br>Birmingham, AL  35203<br>jamesrivera@sba.gov | Secured creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>x  E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>        (as authorized by court*) |
| Eamonn OHagan<br>Senior Bankruptcy Counsel<br>US Attorneys Office<br>District Of New Jersey<br>970 Broad Street<br>Newark, NJ  07102<br>Eamonn.OHagan@usdoj.gov | Attorney for SBA | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>x  E-mail<br>☐ Notice of Electronic Filing (NEF)<br>X Other ___telephone_____<br>        (as authorized by court*) |
| Scott Rever, Esq.<br>Genova Burns<br>110 Allen Road<br>Basking Ridge, NJ  07920<br>srever@genovaburns.com | Proposed Subchapter V Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>x  E-mail<br>☐ Notice of Electronic Filing (NEF)<br>X Other ___telephone_____<br>        (as authorized by court*) |

136610033.1

| | | |
|---|---|---|
| Maggie McGee, Esq.<br>DOJ-UST<br>One Newark Center<br>1085 Raymond Blvd.<br>21st Floor<br>Newark, NJ 07102<br>Email: maggie.mcgee@usdoj.gov | Attorney for US Trustee | ☐ Hand-delivered<br>☐   Regular Mail<br>☐ Certified mail/RR<br>x   E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other Fed Ex and telephone_____<br>           (as authorized by court*) |
| Manasquan Bank<br>Attn: Erin Pensabene<br>221 Landmark Place<br>Manasquan, NJ  08736 | Secured creditor | ☐ Hand-delivered<br>☐   Regular Mail<br>☐ Certified mail/RR<br>x   E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other Fed Ex and telephone_____<br>           (as authorized by court*) |
| Manasquan Bank<br>c/o Riker Danzig LLP<br>Curtis M. Plaza, Esq.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ  07962-1981 | Attorney for Manasquan Bank | ☐ Hand-delivered<br>☐   Regular Mail<br>☐ Certified mail/RR<br>x   E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other Fed Ex and telephone_____<br>           (as authorized by court*) |
| Komatsu Financial Limited Partnership<br>8770 W. Bryn Mawr Ave<br>Suite 100<br>Chicago, IL  60631 | Secured creditor | ☐ Hand-delivered<br>☐   Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other Fed Ex_____<br>           (as authorized by court*) |
| IRS Dept of Treasury<br>PO box 145595<br>Cincinnati, OH  45250 | Secured creditor | ☐ Hand-delivered<br>☐   Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other Priority Mail<br>           (as authorized by court*) |
| Kubota Credit Corp, USA<br>PO box 2046<br>Grapevine, TX  76099 | Secured creditor | ☐ Hand-delivered<br>☐   Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other Priority Mail |

136610033.1

|  |  | (as authorized by court*) |
| --- | --- | --- |
| Wells Fargo Vendor Financial Services<br>PO Box 35701<br>Billings, MT  59107<br><u>NJSOUCCFILINGS@CSGLOBAL.COM</u> | Secured creditor | ☐ Hand-delivered<br>☐   Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other <u>Priority Mail</u><br>           (as authorized by court*) |
| VFS US LLC<br>PO Box 26131<br>Greensboro, NC  27402 | Secured creditor | ☐ Hand-delivered<br>☐   Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>x  Other <u>Priority Mail</u><br>           (as authorized by court*) |

136610033.1

Assuncao Bros., Inc.
29 Wood Avenue
Edison, NJ 08820-3503

J.M. Ahle Co., Inc.
c/o Richard M. Schlaifer, Esq.
Earp Cohn PC 20 Brace Road
Suite 400
Cherry Hill, NJ 08034

Manasquan Bank
c/o Riker Danzig LLP
One Speedwell Avenue
Morristown, NJ 07960-6838

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608-1507

A. Azevedo Trucking
2730 Killian Place
Union, NJ 07083-6458

ABC Supply Co. Inc.
700 E. Lincoln Ave.
Rahway, NJ 07065-5712

AIRGAS USA, LLC
PO Box 734445
Chicago, IL 60673-4445

AMEX
PO Box 1270
Newark, NJ 07101-1270

ANS Consultants, Inc.
4405 South Clinton Ave.
South Plainfield, NJ 07080-1230

ASCO
Acetylene Supply Company
475 Route 9 South
Woodbridge, NJ 07095

AVS DESIGN INC.
228 Lackawanna Ave
Roosevelt Roads, PR 00742-4000

Abreu Truck Service
283-299 Frelinghuysen Ave
Newark, NJ 07114-1415

Accredited Analytical Resources, LLC
20 Pershing Avenue
Carteret, NJ 07008-3318

Acrow Corporation of America
181 New Road
Parsippany, NJ 07054-5645

Advanced Testing Company, Inc.
3348 Route 208
Campbell Hall, NY 10916-3508

Allegiance Trucks
525 W Linden Ave
Linden, NJ 07036-6507

Ally Bank
PO Box 9001948
Louisville, KY 40290-1948

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438-0901

American Express National Bank
c/o Doyle & Hoefs, LLC
2043 Springwood Road
Attn: Michael J. Hoefs, Esq.
York, PA 17403-4836

American Forensic Engineering
3030 North Rocky Point Dr. West
Tampa, FL 33607-5803

Anchor an Oldcastle Company
331 Newman Springs Rd Ste 236
Red Bank, NJ 07701-6769

Anthony Lucciola
51 Brookwood Road
Spotswood, NJ 08884-1707

Anthony Philip Enterprises
21 Dead River Road
Warren, NJ 07059-6797

Apple Coring & Sawing, LLC
350 Market Street
Kenilworth, NJ 07033-2034

Atlantic Health System
PO Box 21385
New York, NY 10087-1385

B2W Software
99 Bow Street Suite 500
Portsmouth, NH 03801-3846

BCI Truck, Inc.
356 Highway 31
Flemington, NJ 08822-5741

BJR Trucking LLC
363 Freehold Rd
Jackson, NJ 08527-4670

Barclay Brand Ferdon
PO Box 341
South Plainfield, NJ 07080-0341

Barclay Card
PO Box 1337
Philadelphia, PA 19105

Belleville Police Department
152 Washington Ave
Belleville, NJ 07109-2589

Bernards Township Police
1 Collyer Lane
Basking Ridge, NJ 07920-1442

Black Rock Enterprises, LLC
1316 Englishtown Road
Old Bridge, NJ 08857-1577

Boa Hora Trucking, LLC
45 Charles Street
South River, NJ 08882-1605

Boro of South Bound Brook
12 Main Street
South Bound Brook, NJ 08880-1407

Borough Of Bernardsville
166 Minebrook Road
Bernardsville, NJ 07924-2103

Boss Landscaping, LLC
14 Maxim Court
Jackson, NJ 08527-3894

(p)BOSWELL ENGINEERING
ATTN LEGAL DEPARTMENT
330 PHILLIPS AVENUE
SOUTH HACKENSACK NJ 07606-1722

Bowco Laboratories
75 Freeman Street
PO Box 1219
Woodbridge, NJ 07095-7219

(p)BRENT MATERIAL COMPANY
325 COLUMBIA TURNPIKE SUITE 308
FLORHAM PARK NJ 07932-1212

Bruce R Koerner Cranes & Equipment
400 Franklin Ave
Rockaway, NJ 07866-4050

Brucelli Advertising Co., Inc.
310 S. Blakely Street
Scranton, PA 18512-2233

Builders General
PO Box 95
Little Silver, NJ 07739-0095

Burlington County Regional Chamber of
Commerce
520 Fellowship Road, E-502
Mount Laurel, NJ 08054-3417

Buy - Wise
301 Vauxhall
Vauxhall, NJ 07088

C&H Bonding
783 Riverview Drive
P.O. Box 324
Totowa, NJ 07511-0324

CB Tech Support
1253 Springfield Ave. PMB 182
New Providence, NJ 07974-2931

CCLENJ
1670 NJ 34
Farmingdale, NJ 07727

CMC Truck Repair
1500 Seymour Street South
South Plainfield, NJ 07080-1483

CME Associates
3141 Bordentown Ave.
Parlin, NJ 08859-1162

Cambria Companies
PO BOX 51061
Newark, NJ 07101-5161

Campbell Foundry Company
800 Bergen St.
Harrison, NJ 07029-2034

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital Pix, LLC
22 Fifth St.
South River, NJ 08882-2419

Caspert Managment CO.,Inc
11 Oxford Rd North
Caldwell, NJ 07006-4215

Cedar Hill Topsoil
127 Cedar Grove Lane
Somerset, NJ 08873-4718

Cesario Construction Company, Inc
18 Birchwood Court
East Hanover, NJ 07936-3140

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

City Of East Orange
15 South Munn Avenue
East Orange, NJ 07018-3829

Clayton Block
PO Box 3015
Lakewood, NJ 08701-9015

Cohen Seglias
1600 Market Street 32nd floor
Attn: Accounts Receivable
Philadelphia, PA 19103-7210

Colliers Engineering & Design, Inc
331 Newman Springs Road Suite 203
Red Bank, NJ 07701-5691

Comenity-Williams-Sonoma
PO Box 659705
San Antonio, TX 78265-9705

Construction Information Syst
170 Kinnelon Road
Butler, NJ 07405-2316

Contech Engineered Solutions, LLC
PO Box 936362
Atlanta, GA 31193-6362

County Concrete Corp.
PO BOX F
Kenvil, NJ 07847-1005

County Of Hudson
Office of the Sheriff
567 Pavonia Ave. FL .3
Jersey City, NJ 07306-1803

County of Essex
Purchasing Dept.
465 Dr. Martin Luther King Blvd
Newark, NJ 07102

County of Hunterdon
71 Main Ttreet Bldg.1
2nd FL
Flemington, NJ 08822-2900

County of Ocea
Dept of Purchasing
101 Hooper Ave
Gaylordsville, CT 06755

Custom Bandag Inc.
401 East Linden Ave.
Linden, NJ 07036-2411

D&R Industrial Saw Co.
148 Rome Street
Newark, NJ 07105-3488

DNJ Transport, LLC
PO Box 6819
Elizabeth, NJ 07206-6819

Dan Swayze & Son Inc.
2351 Waldheim Ave
Scotch Plains, NJ 07076-2151

Dayton Inspection Services, Inc.
118 Burrs Road C-1
Mount Holly, NJ 08060-4415

Detectable Warning Products, Inc.
4600 Summerlin Rd C-2/ 421
Fort Myers, FL 33919-3005

Diamond Sand and Gravel
33 Demarest Road
Sparta, NJ 07871-3441

Dock Builders Local 1556
NYC & Vicinity Dist. Council of Carpente
395 Hudson Street 9th Floor
New York, NY 10014-7450

Down's Tree Service
65 Royal Ave
Hawthorne, NJ 07506-1916

Drobach Equipment Rental Co
2240 Route 22 East
Union, NJ 07083-8406

EBF Enterprises LL
PO Box 142
Hope, NJ 07844-0142

EIC Group, LLC
420 Route 46 East Suite 1
Fairfield, NJ 07004-1952

EP Henry Corp
PO Box 822589
Philadelphia, PA 19182-2589

EZ Auto Glass
322 US HWY 1
Edison, NJ 08817-4489

EZ PASS
PO Box 52009
Newark, NJ 07101-8209

East Trading West Investments LL
DBA American Traffic & Street Sign
200 South Jefferson Street
Orange, NJ 07050-1409

Eastern Concrete Materials Inc
250 Pehle Ave Plaza One, Suite 503
Saddle Brook, NJ 07663

Elizabethtown Gas
PO Box 603
Bellmawr, NJ 08099-0603

Elph Stone, Inc.
PO Box 228
High Bridge, NJ 08829-0228

Extra Duty Solution
Seacoast Business Funding
PO Box 60479
Charlotte, NC 28260-0479

FAI-GON Electric, Inc.
140 Eleventh Street
Piscataway, NJ 08854-1952

Ferriero Engineering, Inc.
180 Main St.
Chester, NJ 07930-2537

Ficor Company, Inc
PO Box 65
Ogdensburg, NJ 07439-0065

Fitzgerald Formliners
1500 E. Chestnut Ave
Santa Ana, CA 92701-6321

FleetPride Truck & Trailer Parts
PO Box 847118
Dallas, TX 75284-7118

Floor Coverings International
178 Route 206
Hillsborough, NJ 08844-4149

French & Parrello
1800 Route 34 Suite 101
Belmar, NJ 07719-9144

GM Financial
PO Box 183593
Arlington, TX 76096-3593

Gamka Equipment, Inc.
983 New Durham Road
Edison, NJ 08817-2253

Garden State Bob Cat
999 Route 33
Freehold, NJ 07728-8440

Garden State Precast Inc.
PO Box 702
Farmingdale, NJ 07727-0702

George Logan Towing
371 Old Georges Road North
North Brunswick, NJ 08902-4818

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

GreenRock Recycling, LLC
3 Frontage Road
Clinton, NJ 08809

HD Supply
PO Box 4852
Orlando, FL 32802-4852

HRRG
PO Box 8486
Pompano Beach, FL 33075-8486

High Tech Landscapes, Inc
10 Culnen Drive
Somerville, NJ 08876-5400

Highway Equipment Co, of New Jersey, Inc
PO Box 645866
Pittsburgh, PA 15264-5256

Highway Traffic Control Inc.
60 Moore Place
Belleville, NJ 07109-1914

Hodge Landscaping
7 Hickory Lane
North Brunswick, NJ 08902-1311

Holt Machinery Company
504 Raritan St.
Sayreville, NJ 08872-1429

Hoover Truck Centers
P.O. Box 719
Flanders, NJ 07836-0719

Horizon Blue Cross / Blue Shield of N
PO Box 10130
Newark, NJ 07101-3130

IJA SOLUTIONS, LLC
5 Lyons Mall PMB 185
Humacao, PR 00792

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS - Department of Treasury
PO Box 7346
Philadelphia, PA 19101-7346

Icon Equipment Distrubitors
300 Ryders Lane
East Brunswick, NJ 08816-2051

Insurance Office of America
1451 Route 34, Suite 101
Farmingdale, NJ 07727-1614

International Bronze Plaque Co.
17031 Alico Commerce Court #3
Fort Myers, FL 33967-2508

| | | |
|---|---|---|
| Iron Workers Distict Local 399<br>Council Benefit and Pension Fund<br>26 East Fleming Pike<br>Hammonton, NJ 08037-2410 | Ironworkers Local No. 11 Benefits Fundsr<br>12 Edison Place<br>Springfield, NJ 07081-1310 | J.J. Keller & Associates, Inc.<br>P.O. 6609<br>Carol Stream, IL 60197-6609 |
| J.M. Santos Trucking, LLC<br>24 North 9th Street<br>Kenilworth, NJ 07033-1540 | J.W. Goodlife & Son, Inc.<br>PO Box 69034<br>Baltimore, MD 21264-9034 | JCP&L<br>Box 3687<br>Akron, OH 44309-3687 |
| JL Landscaping, LLC<br>630 Main Street, Suite C<br>Sayreville, NJ 08872-1338 | JL Services<br>630 Main Street Suite C<br>Sayreville, NJ 08872-1338 | JM Ahle, Inc.<br>190 William St Suite 2D<br>South River, NJ 08882-1100 |
| Jerry's Towing and Diesel Repair<br>1156 Toms River Road<br>Jackson, NJ 08527-5242 | Jersey Coast Fire Equip<br>377 Asbury Road<br>Farmingdale, NJ 07727-3604 | Jesco, Inc<br>118 St.Nicholas Avenue South<br>South Plainfield, NJ 07080-1892 |
| John Deere Credit<br>PO Box 4450<br>Carol Stream, IL 60197-4450 | Jomig Investments<br>224C Forsgate Drive<br>Spotswood, NJ 08884 | K&M Construction Services, LLC<br>6 Wilcox Ave<br>South River, NJ 08882-1951 |
| KCP Advisory Group<br>700 Technology Park Drive Suite 212<br>Billerica, MA 01821-4134 | KIll Surveying & Construction Services<br>4 Margo Place<br>Trenton, NJ 08620-2434 | KTS Heavy Hauling Inc.<br>9 Pace Drive<br>Edison, NJ 08820-2208 |
| Kenco Corp.<br>170 PA -271<br>Ligonier, PA 15658 | KobelCo Financial / Wells Fargo<br>Wells Fargo Vendor Financial Services<br>PO Box 07024<br>Philadelphia, PA 19149-0024 | (p)KOMATSU AMERICA CORP<br>ATTN BEA BARRY<br>8770 W BRYN MAWR AVENUE STE 100<br>CHICAGO IL 60631-3782 |
| Kubota Credit Corporation, U.S.A.<br>P.O. Box 2046<br>Grapevine, TX 76099-2046 | LC Equipment, Inc<br>PO Box 595<br>394 Route 49<br>Tuckahoe, NJ 08250-0595 | Lakewood Township Police<br>231 3rd Street<br>Lakewood, NJ 08701-3220 |
| Lawson Products Inc.<br>PO BOX 734922<br>Chicago, IL 60673-4922 | Leisure Village Association<br>19 Buckingham Drive<br>Lakewood, NJ 08701-6297 | Leon S. Avakian, Inc.<br>788 Wayside Road<br>Neptune, NJ 07753-2766 |
| Liberty Building Products<br>193 Christie Street<br>Newark, NJ 07105-3915 | Lincoln Benefit Life Company<br>PO Box 856764<br>Minneapolis, MN 55485-6764 | Lisbon Contractors<br>40 Coyle Street<br>Parlin, NJ 08859-1006 |

| | | |
|---|---|---|
| Lisbon Trucking<br>40 Coyle Street<br>Parlin, NJ 08859-1006 | Lopes Trucking<br>390 Spring Valley Road<br>Old Bridge, NJ 08857-3510 | Lorco Petroleum Services<br>450 South Front Street<br>Elizabeth, NJ 07202-3009 |
| M&A Tree Service Inc.<br>150 West End Ave.<br>Somerville, NJ 08876-1834 | M. Olivera Trucking, Inc<br>794 Parker Street<br>Newark, NJ 07104-2318 | Manasquan Bank<br>2221 Landmark Place<br>Attn: Erin Pensabene<br>Manasquan, NJ 08736-1051 |
| Mandelbaum Barrett<br>3 Becker Farm Road Suite 105<br>Roseland, NJ 07068-1726 | Mario's Heavy Equipment<br>78 Battleground Rd<br>Millstone Township, NJ 08535-1023 | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 |
| Martin Contracting<br>PO Box 15<br>Verona, NJ 07044-0015 | Metropolitan Staple Corp<br>11 Brown Ave.<br>Springfield, NJ 07081-2901 | Mid-Atlantic Truck Center<br>525 W. Linden Ave<br>Aguas Buenas, PR 00703-6000 |
| Middlesex County Utilities Authority<br>Solid Waste Division<br>53 Edgeboro Road<br>East Brunswick, NJ 08816-1636 | Middlesex Water Company<br>PO Box 826538<br>Philadelphia, PA 19182-6538 | Miller GMC<br>920 US -1<br>Woodbridge, NJ 07095 |
| Morris County, Purchasing Division<br>10 Court Street<br>Morristown, NJ 07960 | Motor Carrier Services<br>IRP Section<br>120 South Stockton Street<br>PO Box 178<br>Trenton, NJ 08666-0178 | NGM Insurance Company<br>c/o MCELROY, DEUTSCH, MULVANEY, et al<br>1300 Mount Kemble Avenue<br>Attn: ADAM R. SCHWARTZ<br>Morristown, NJ 07960-8009 |
| NJ American Water<br>1 Water Street<br>Camden, NJ 08102-1658 | NJ Department of the Treasury<br>Div of Purchase & Property Contract<br>Compliance Audit Unit<br>Trenton, NJ 08625-0206 | (p)STATE OF NEW JERSEY   DIVISION OF TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08695-0245 |
| (p)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245 | NJM Insurance Group<br>PO Box 1228<br>Trenton, NJ 08628-0277 | NJMVC Revenue Processing Center<br>PO Box 008<br>Trenton, NJ 08646-0008 |
| NYP Corp<br>805 East Grand St.<br>Elizabeth, NJ 07201-2794 | Najarian Associates<br>1 Industrial Way<br>Eatontown, NJ 07724-2255 | Napco<br>P.O. BOX 234<br>Lyndhurst, NJ 07071-0234 |
| National Fence Systems, Inc<br>1033 Route 1<br>Avenel, NJ 07001 | New Jersey American Water<br>Box 371331<br>Pittsburgh, PA 15250-7476 | New Jersey Dept of Labor<br>1 John Fitzh Way<br>Trenton, NJ 08611-1760 |

New Jersey Family Support Payment Center
PO Box 4880
Trenton, NJ 08650-4880

New Jersey Turnpike Authority
PO Box 24778
Tampa, FL 33623-4778

Newark Police Department
Outside Employment Unit
22 Franklin Street, 3rd Floor
Newark, NJ 07102-3536

Newark Steel Ironworks
41 Frelinghuysen Ave
Newark, NJ 07114

Nischwitz Ashbrook Energies Inc
223 Front Street
South Plainfield, NJ 07080-3431

Nobel Equipment & Supplies
1920 US Hwy# 1
Linden, NJ 07036

Northwestern Mutual Life Ins.
1201 Troy Schenectady Rd. Ste. 120
Latham, NY 12110-1028

OCA Benefit Services
3705 Quakerbridge Rd Suite 216
Trenton, NJ 08619-1288

Ocean County Engineering
129 Hooper Ave 2nd Floor
Toms River, NJ 08753-7605

Oldcastle Infracture
P.O. BOX 416951
Boston, MA 02241-6951

Oli & Sons Trucking
51 King George Road
Warren, NJ 07059-7026

Operating Engineers Local 825
65 Springfield Ave
Springfield, NJ 07081-1308

Optimum
P.O. Box 371378
Pittsburgh, PA 15250-7378

P.M. Construction Corp.
1310 Central Ave
Hillside, NJ 07205-2614

POWERPAK
225 N. Route 303
Congers, NY 10920-3001

PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444

Peapack & Gladstone Police Department
1 School Street
PO Box 218
Peapack, NJ 07977-0218

Peckham Road Corp
375 Bay Rd. Suite 201
Queensbury, NY 12804-3013

Penafiel Transport, LLC
14 La France Avenue
Bloomfield, NJ 07003-5632

Penn National Insurance
PO BOX 13746
Philadelphia, PA 19101-3746

Pennsylvania Jersey Concrete
2819 Fire Road
Egg Harbor Township, NJ 08234-4071

Photo Dynamics & Maintenance Corp.
367 Central Park Ave
Yonkers, NY 10704-2907

Piscataway Police Department
555 Sidney Road
Piscataway, NJ 08854-4180

Piscataway Twp Municipal Court
555 Sidney Road
Piscataway, NJ 08854-4180

Poland Spring
PO Box 856192
Louisville, KY 40285-6192

Precast Systems, Inc
57 Sharon Station Road
Allentown, NJ 08501-1902

Precision Concrete Pumping, Inc.
PO Box 6970
Albany, NY 12206-0970

Pro Green Management
36 Pergola Ave
Monroe Township, NJ 08831-1455

Progressive
PO Box 7247-0311
Philadelphia, PA 19170-0311

Progressive Hydraulics Inc.
2201 S. Clinton Ave
South Plainfield, NJ 07080-1473

| | | |
|---|---|---|
| Property Fence LLC<br>IND<br>Hillside, NJ 07205 | Pumping Services, Inc.<br>21 Lincoln Blvd.<br>PO Box 117<br>Middlesex, NJ 08846-0117 | Quantum Software Solutions, Inc.<br>4228 St Lawrence Ave. #B<br>Reading, PA 19606-2894 |
| Ralph Clayton & Sons<br>PO Box 3015<br>Lakewood, NJ 08701-9015 | Reis Trucking LLC<br>116 Coolidge Ave<br>Carteret, NJ 07008-2140 | Reme And Associates, LLC<br>20 Church Street<br>Allentown, NJ 08501-1623 |
| Rent-A-Fence, Inc.<br>1033 Route One<br>Avenel, NJ 07001 | Republic - Abeco CC<br>5 Industrial Dr.<br>New Brunswick, NJ 08901-3633 | Riva Trucking LLC<br>43 Wilson Ave<br>South River, NJ 08882-1548 |
| Riverside Supply Co.<br>6 Washington Rd<br>Sayreville, NJ 08872-1794 | Road Safety Systems LLC<br>12 Park Drive<br>Vincentown, NJ 08088-8994 | Roche Miseo Barchetto, LLC<br>99 Cherry Hill Road Suite 110<br>Parsippany, NJ 07054-1102 |
| Rockborn Trucking & Excavation, Inc<br>12 Taylor Road<br>Wharton, NJ 07885-1502 | Roman Asphalt Corp.<br>32 O'Brien Street<br>Kearny, NJ 07032-4211 | S&S Fleet Services<br>1156 Toms River Road<br>Jackson, NJ 08527-5242 |
| S. Komma & Company, LLC<br>4 Strawberry Lane<br>Monroe Township, NJ 08831-2374 | SBA Office of Disaster Assistance<br>14925 Kingsport RD<br>Fort Worth, TX 76155-2243 | SF Systems Corporation<br>PO Box 2455<br>Edison, NJ 08818-2455 |
| SKY-HY Erectors & Equipment, Inc<br>456 Hollywood Avenue<br>South Plainfield, NJ 07080-4203 | Safety Improvements, LLC<br>11925 Chesterville Road<br>Kennedyville, MD 21645-3565 | Samson Metal Service<br>P.O. Box 421<br>Dayton, NJ 08810-0421 |
| Selective Insurance Company<br>Box 371468<br>Pittsburgh, PA 15250-7468 | Serv - US, LLC<br>PO Box 325<br>Hackettstown, NJ 07840-0325 | Service Tire Truck Centers, Inc<br>3 Sutton Place<br>Edison, NJ 08817-2223 |
| Shore Systems Group, LLC<br>PO Box 188<br>Clarksburg, NJ 08510-0188 | Silva Recycling & Container Service<br>100 Riverside Ave.<br>Newark, NJ 07104-4202 | Somerset-Union Soil Conservation Distric<br>Somerset County 4-H Center<br>308 Milltown Rd.<br>Bridgewater, NJ 08807-3551 |
| SouthEastern Stick Inc.<br>610 Quail Run<br>Oneonta, AL 35121-5644 | StanleyPaving LLC<br>27 Erickson Ave.<br>Monroe Township, NJ 08831-8318 | State of NJ - DCA BFCE DORES<br>PO Box 663<br>Trenton, NJ 08604-0663 |

| | | |
|---|---|---|
| State of NJ Dept. of Community Affairs<br>Bureau of Fire Code Enforcement<br>PO Box 809<br>Trenton, NJ 08625-0809 | State of New Jersey Department of Labor<br>& WF Development Div Of Employer Account<br>PO Box 929<br>Trenton, NJ 08646-0929 | Statewide Striping Corp.<br>499 Pomeroy Rd<br>Parsippany, NJ 07054-2811 |
| Stavola Asphalt<br>PO Box 482<br>Red Bank, NJ 07701-0482 | Stavola Construction<br>PO Box 482<br>Red Bank, NJ 07701-0482 | Stavola Flemington Asphalt<br>PO Box 482<br>Red Bank, NJ 07701-0482 |
| Structural Services Inc.<br>3735 Kim St<br>Bethlehem, PA 18017-1027 | Supra Construction, LLC<br>PO Box 521<br>South River, NJ 08882-0521 | Swenson Granite Works<br>292 South Main Street<br>Newtown, CT 06470-2781 |
| T & M Associates<br>11 Tindall Road<br>Middletown, NJ 07748-2792 | T.R. Weniger, Inc.<br>1900 New Brunswick Ave.<br>Piscataway, NJ 08854-2008 | TD Banknorth N.A.<br>PO Box 5700<br>Lewiston, ME 04243-5700 |
| TMT Transportation LLC<br>805 Dutchess Ln<br>Woodbridge, NJ 07095-3856 | Taylor Oil Co.<br>77 Second Street<br>PO Box 974<br>Somerville, NJ 08876-0974 | The Sherwin Williams Co.<br>226 Talmadge Rd.<br>Edison, NJ 08817-2824 |
| Thermal Foams / Syracuse, Inc<br>PO Box 1981<br>Cicero, NY 13039-1981 | Tiffany Electric<br>5 Eastmans Rd<br>Parsippany, NJ 07054-3721 | Tiffany Electrical Company Signal<br>Control Products, Inc.<br>199 Evans Way<br>Somerville, NJ 08876-4600 |
| Tilcon New York Inc.<br>9 Entin Road<br>Parsippany, NJ 07054-5000 | Tonacchio, Spina & Compitello<br>788 Shrewsbury Ave., Suite 2209<br>Attn: Amber Delaney, Esq.<br>Tinton Falls, NJ 07724-3080 | Town of Kearney<br>402 Kearney Ave.<br>Kearny, NJ 07032-2696 |
| Township Of East Brunswick<br>1 Jean Walling Civic Center<br>East Brunswick, NJ 08816-3529 | Township Of Irvington Police Department<br>1 Civic Square<br>Irvington, NJ 07111-2997 | Township Of Maplewood Police Department<br>4 Valley Street<br>Maplewood, NJ 07040 |
| Township Of Millburn Engineering Dept<br>75 Millburn Avenue<br>Millburn, NJ 07041 | Township of Edison Division of Fire<br>100 Municipal Blvd<br>Edison, NJ 08817-3369 | Township of Jackson<br>95 West Veterans Highway<br>Jackson, NJ 08527-3409 |
| Township of Monroe Department of Police<br>Municipal Complex 3 Municipal Plaza<br>Monroe Township, NJ 08831-1900 | Township of Montgomery<br>2261 Rt 206 Belle Mead<br>Belle Mead, NJ 08502 | Township of Piscataway<br>455 Hoes Lane<br>Piscataway, NJ 08854-5097 |

Traffic Lines, Inc.
5100 Asbury Rd
Farmingdale, NJ 07727-4042

Traffic Safety Services LLC
601 Hadley Road
PO Box 615
South Plainfield, NJ 07080-0615

TransEdge Truck Sales and Service
1407 Bulldog Drive
Allentown, PA 18104-1972

Trench Technologies
PO Box 1854
Livingston, NJ 07039-7454

Tulnoy Lumber
1620 Webster Ave
Bronx, NY 10457-8092

U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203-4002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102-5235

ULMA Form Works, Inc.
16-00 Route 208 Suite LL4
Fair Lawn, NJ 07410-2503

USTP
231 St.Nicholas Avenue
South Plainfield, NJ 07080-1809

UVM Medical Center
Payment Deptartmen
O BOX 1854
Brattleboro, VT 05302-1854

Union Carpenters
91 Fieldcrest Ave
Edison, NJ 08837-3662

Union Local- 472 Laborers
700 Raymond Blvd
Newark, NJ 07105-2909

United Rentals North America,Inc
PO Box 100711
Atlanta, GA 30384-0711

United Site Services
PO Box 130
Keasbey, NJ 08832-0130

VFS US LLC
P.O. Box 26131
Greensboro, NC 27402-6131

Vail Industrial & Supply
3606 Kennedy Rd
South Plainfield, NJ 07080-1802

Verizon
PO Box 16801
Newark, NJ 07101-6801

Verizon Connect NWF, Inc.
PO Box 975544
Dallas, TX 75397-5544

Verizon Wireless Inc.
P.O. Box 408
Newark, NJ 07101-0408

Visual Computer Solutions
4400 US 9 South Suite 3500
Freehold, NJ 07728-4232

Vitelli Trucking Inc.
617 Joyce Kilmer Ave
New Brunswick, NJ 08901-3307

Volvo/Mack Financial
PO Box 7247-0236
Philadelphia, PA 19170-0236

Wayne's Tree Service
314 Grove Street
Somerville, NJ 08876-1606

Weldon Asphalt Inc.
141 Central Avenue
Westfield, NJ 07090-2189

Wells Fargo Vendor Financial Services LL
P.O BOX 35701
Billings, MT 59107-5701

White Cap L.P.
PO Box 4852
Orlando, FL 32802-4852

Wright Express
PO BOX 6293
Carol Stream, IL 60197-6293

York Fence Construction Co, Inc
100 Dukes Parkway East
Hillsborough, NJ 08844-4204

Zuccaro Inc.
64 Commerce St.
Garfield, NJ 07026-3025

Joseph A. Caneco
Fox Rothschild LLP
101 Park Ave, 17th Floor
New York, NY 10178-1700

Boswell Engineering
330 Phillips Ave
South Hackensack, NJ 07606

Brent Material Company
325 Columbia Turnpike Suite 308
Florham Park, NJ 07932-1213

Chase
Card Member Services
PO Box 1423
Charlotte, NC 28201

Great America Financial Services
PO Box 660831
Dallas, TX 75266

IRS - Department of Treasury
PO Box 145595
Cincinnati, OH 45250

Komatsu Financial Limited Partnership
8770 W Bryn Mawr Ave., Suite 100
Chicago, IL 60631

NJ Division of Taxation
Bankruptcy Section
PO Box 295
Trenton, NJ 08695-0245

NJ Division of Taxation
Deferred Pmt Control Center
PO Box 190
Trenton, NJ 08695-0190