UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Michael A. Baselice, Esq.
DeCotiis, FitzPatrick, Cole & Giblin, LLP
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
Telephone: (201) 347-2151
Email: mbaselice@decotiislaw.com
Attorneys for International Union of Operating
Engineers Local 825 Benefit Funds

In Re:

    **ASSUNCAO BROS., INC.,**

                  Debtor.

Case No.: 22-16159-CMG

Chapter: 11 (Subchapter V)

Judge: Christine M. Gravelle

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of IUOE Local 825 Benefit Funds. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Michael A. Baselice, Esq.
                           DeCotiis, FitzPatrick, Cole & Giblin, LLP
                           61 South Paramus Road, Suite 250
                           Paramus, New Jersey 07652

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 8/8/2022                                                       */s/ Michael A. Baselice*
                                                                                Signature