UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 11 |
|  | : |  |
| Assuncao Bros., Inc., | : | Case No.: 22-16159 (CMG) |
|  | : |  |
| Debtor. | : | Honorable Christine M. Gravelle |
|  | : |  |

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Scott S. Rever, Esquire
Genova Burns LLC
110 Allen Rd., Suite 304,
Basking Ridge, NJ 07920
(973) 387-7801
SRever@genovaburns.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9

By:  */s/ Martha R. Hildebrandt*
       Martha R. Hildebrandt
       Assistant United States Trustee

Dated: August 8, 2022