UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Assuncao Bros., Inc., | : | Case No.: 22-16159 (CMG) |
| | : | |
| Debtor. | : | Honorable Christine M. Gravelle |
| | : | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor;

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason; and,

(d) have no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows: (**If you have no connections, write "none".**)

*See Attached*

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an *hourly* rate of $450, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V trustee in this case pursuant to FRBP 2008.

Dated: 8-8-2022

Scott S. Rever

The law firm that I am employed by, Genova Burns, LLC, represents or has represented three parties on the creditor matrix. Scott S. Rever, Esq. has not been involved with these representations. The firm represents or has represented the New Jersey Turnpike Authority but not with respect to any dealings with the debtor. In 2021, the New Jersey Turnpike authority represented .68% of the firm's revenue.

Genova Burns, LLC represents or has represented the Township of Maplewood and Essex County Sheriff's Office as labor counsel.

There are no other connections that I am aware of.