ASSUNCAO BROS., INC.

STATEMENTS OF CASH FLOWS
FOR THE YEARS ENDED DECEMBER 31, 2021 AND 2020

|  | 2021 | 2020 |
|---|---:|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** |  |  |
| Net Income (Loss) | $ (3,365,735) | $ 280,421 |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: |  |  |
| Depreciation | 309,658 | 262,294 |
| Gain on Sale of Assets | - | (2,607) |
| Bad Debts | 30,022 | 2,125 |
| PPP Loan Forgiveness | (875,760) | - |
| (Increase) Decrease in: |  |  |
| Contracts Receivable | (770,297) | (516,841) |
| Costs and Estimated Earnings in Excess of Billings on Uncompleted Contracts | 2,860,926 | (2,091,141) |
| Increase (Decrease) in: |  |  |
| Accounts Payable | 35,125 | 1,716,873 |
| Billings in Excess of Costs and Estimated Earnings on Uncompleted Contracts | (93,174) | 241,081 |
| Other Current Liabilities | 169,841 | 30,163 |
| Net Cash Provided by (Used in) Operating Activities | (1,699,394) | (77,632) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** |  |  |
| Acquisition of Property and Equipment | (26,463) | (14,635) |
| Proceeds from Disposal of Property and Equipment | - | 112,750 |
| Net Cash Provided by (Used in) Investing Activities | (26,463) | 98,115 |

See Accompanying Notes and Independent Accountants' Review Report

ASSUNCAO BROS., INC.

STATEMENTS OF CASH FLOWS (Continued)
FOR THE YEARS ENDED DECEMBER 31, 2021 AND 2020

|  | 2021 | 2020 |
|---|---:|---:|
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| New Borrowings: | | |
|   Obligations Under Line of Credit | 501,000 | 380,000 |
|   PPP Loan | 755,990 | 875,760 |
|   Loan from Stockholder | - | 9,225 |
|   SBA Term Loan | 500,000 | - |
| Debt Reduction: | | |
|   Obligations Under Line of Credit | (500,000) | - |
|   Note Payable - Bank | - | (49,500) |
|   Equipment Obligations | (232,200) | (319,257) |
|   Loan from Stockholder | (9,225) | - |
| Distributions to Stockholder | (76,492) | - |
|   Net Cash Provided by (Used in) Financing Activities | 939,073 | 896,228 |
| Net Increase (Decrease) in Cash and Cash Equivalents | (786,784) | 916,711 |
| Cash and Cash Equivalents, Beginning of Year | 961,906 | 45,195 |
| Cash and Cash Equivalents, End of Year | $ 175,122 | $ 961,906 |
| **SUPPLEMENTAL CASH FLOW INFORMATION** | | |
|   Interest Paid | $ 99,983 | $ 91,291 |
|   State Income Tax Paid | $ 1,500 | $ 1,500 |
| **NON-CASH FINANCING ACTIVITIES** | | |
|   Acquisition of equipment through term loans | $ 313,464 | $ 628,931 |

See Accompanying Notes and Independent Accountants' Review Report

7