# ASSUNCAO BROS., INC.

## BALANCE SHEETS
## DECEMBER 31, 2021 AND 2020

| ASSETS | 2021 | 2020 |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Cash and Cash Equivalents | $ 175,122 | $ 961,906 |
| Contracts Receivable, net | 3,303,315 | 2,563,040 |
| Costs and Estimated Earnings in Excess of Billings on Uncompleted Contracts | 707,324 | 3,568,250 |
| Total Current Assets | 4,185,761 | 7,093,196 |
| **PROPERTY AND EQUIPMENT** | | |
| Machinery and Equipment | 2,541,055 | 2,214,722 |
| Automobiles and Trucks | 1,388,849 | 1,388,849 |
| Furniture and Fixtures | 91,886 | 78,292 |
| Leasehold Improvements | 39,150 | 39,150 |
| Totals | 4,060,940 | 3,721,013 |
| Less: Accumulated Depreciation | 2,873,455 | 2,563,797 |
| Property and Equipment, net | 1,187,485 | 1,157,216 |
| Total Assets | $ 5,373,246 | $ 8,250,412 |

# ASSUNCAO BROS., INC.

## BALANCE SHEETS
## DECEMBER 31, 2021 AND 2020

| LIABILITIES AND STOCKHOLDER'S EQUITY (DEFICIENCY) | 2021 | 2020 |
|---|---:|---:|
| **CURRENT LIABILITIES** | | |
| Obligations Under Line of Credit | $ 1,299,717 | $ 1,298,717 |
| Equipment Obligations, Current Portion | 262,472 | 187,005 |
| SBA Term Loan - Current Portion | 5,542 | - |
| Accounts Payable | 3,255,692 | 3,220,567 |
| Billings in Excess of Costs and Estimated Earnings on Uncompleted Contracts | 147,907 | 241,081 |
| Other Current Liabilities | 293,310 | 123,469 |
| Total Current Liabilities | 5,264,640 | 5,070,839 |
| **LONG-TERM LIABILITIES** | | |
| Loan from Stockholder | - | 9,225 |
| Equipment Obligations, Non-Current Portion | 482,794 | 476,997 |
| SBA Term Loan - Non-Current Portion | 494,458 | - |
| PPP Loan | 755,990 | 875,760 |
| Total Long-Term Liabilities | 1,733,242 | 1,361,982 |
| Total Liabilities | 6,997,882 | 6,432,821 |
| **STOCKHOLDER'S EQUITY (DEFICIENCY)** | | |
| Common Stock, No Par Value, 100 Shares Authorized; 60 Shares issued, and 30 Shares Outstanding | 15,000 | 15,000 |
| Additional Paid-in Capital | 1,095,461 | 1,095,461 |
| Retained Earnings (Deficit) | (2,633,856) | 808,371 |
| Treasury Stock (30 Shares at Cost) | (101,241) | (101,241) |
| Total Stockholder's Equity (Deficiency) | (1,624,636) | 1,817,591 |
| Total Liabilities and Stockholder's Equity (Deficiency) | $ 5,373,246 | $ 8,250,412 |

See Accompanying Notes and Independent Accountants' Review Report