ASSUNCAO BROS., INC.

STATEMENTS OF OPERATIONS AND RETAINED EARNINGS (DEFICIT)
FOR THE YEARS ENDED DECEMBER 31, 2021 AND 2020

| OPERATIONS | 2021 | 2020 |
|---|---:|---:|
| CONTRACT REVENUES | $ 12,244,702 | $ 13,789,390 |
| CONTRACT COSTS | 15,063,133 | 12,332,963 |
| GROSS PROFIT (LOSS) | (2,818,431) | 1,456,427 |
| GENERAL AND ADMINISTRATIVE EXPENSES | 1,354,219 | 1,085,822 |
| INCOME (LOSS) FROM OPERATIONS | (4,172,650) | 370,605 |
| OTHER INCOME (EXPENSE) | | |
|   Interest Expense | (99,983) | (91,291) |
|   Gain on Sale of Assets | - | 2,607 |
|   PPP Loan Forgiveness | 875,760 | - |
|   Other Income | 32,638 | - |
|     Total Other Income (Expense) | 808,415 | (88,684) |
| INCOME (LOSS) BEFORE PROVISION FOR STATE INCOME TAX | (3,364,235) | 281,921 |
| PROVISION FOR STATE INCOME TAX | 1,500 | 1,500 |
| NET INCOME (LOSS) | (3,365,735) | 280,421 |
| RETAINED EARNINGS (DEFICIT) | | |
| BALANCE, BEGINNING OF YEAR | 808,371 | 527,950 |
| DISTRIBUTIONS TO STOCKHOLDER | (76,492) | - |
| BALANCE (DEFICIT), END OF YEAR | $ (2,633,856) | $ 808,371 |

See Accompanying Notes and Independent Accountants' Review Report

5