# United States Bankruptcy Court
### District of New Jersey

In re  **Assuncao Bros., Inc.**                                   Case No.  **22-16159 (CMG)**
                        Debtor(s)                                  Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Assuncao Bros., Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Martin Assuncao**
**29 Wood Ave**
**Edison, NJ 08820**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 10, 2022** | **/s/ Joseph J. DiPasquale** |
| Date | **Joseph J. DiPasquale 016191994** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Assuncao Bros., Inc.** |
| | **Fox Rothschild LLP** |
| | **49 Market Street** |
| | **Morristown, NJ 07960** |
| | **(973) 548-3368 Fax:973-992-9125** |
| | **jdipasquale@foxrothschild.com** |