| Information to identify the case: | | |
|---|---|---|
| Debtor | Assuncao Bros., Inc.<br>Name | EIN: 22−1643306 |
| United States Bankruptcy Court | District of New Jersey | Date case filed for chapter: 11  8/3/22 |
| Case number: | 22−16159−CMG | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**
**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Assuncao Bros., Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 29 Wood Avenue<br>Edison, NJ 08820 | |
| 4. | **Debtor's attorney**<br>Name and address | Joseph J. DiPasquale<br>Fox Rothschild, LLP<br>49 Market Street<br>Morristown, NJ 07960 | Contact phone 973−548−3368<br><br>Email: Jdipasquale@foxrothschild.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Scott S. Rever<br>Wasserman, Jurista & Stolz<br>110 Allen Road, Suite 304<br>Ste 304<br>Basking Ridge, NJ 07920 | Contact phone (973) 346−7603 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676−6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM − 4:00 p.m., Monday − Friday (except holidays)<br><br>Contact phone 609−858−9333<br><br>Date: 8/9/22 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | September 1, 2022 at 12:00 PM  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Location:**  **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim: 10/12/22** For a governmental unit: **1/30/23**  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.  Your claim will be allowed in the amount scheduled unless:  • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice.  If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.  You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.  Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.  **Deadline for filing the complaint:** |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** |

United States Bankruptcy Court
District of New Jersey

In re:  
Assuncao Bros., Inc.  
    Debtor

Case No. 22-16159-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 8  
Date Rcvd: Aug 09, 2022     Form ID: 309F2     Total Noticed: 297

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503 |
| aty | + | Joseph A. Caneco, Fox Rothschild LLP, 101 Park Ave, 17th Floor, New York, NY 10178-1700 |
| aty | + | Michael R. Herz, Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| tr | + | Scott S. Rever, Wasserman, Jurista & Stolz, 110 Allen Road, Suite 304, Ste 304, Basking Ridge, NJ 07920-4500 |
| 519674373 | + | A. Azevedo Trucking, 2730 Killian Place, Union, NJ 07083-6458 |
| 519674374 | | ABC Supply Co. Inc., 700 E. Lincoln Ave., Rahway, NJ 07065-5712 |
| 519674379 | | AIRGAS USA, LLC, PO Box 734445, Chicago, IL 60673-4445 |
| 519674387 | + | ANS Consultants, Inc., 4405 South Clinton Ave., South Plainfield, NJ 07080-1230 |
| 519674391 | | ASCO, Acetylene Supply Company, 475 Route 9 South, Woodbridge, NJ 07095 |
| 519674393 | | AVS DESIGN INC., 228 Lackawanna Ave, Roosevelt Roads, PR 00742-4000 |
| 519674375 | + | Abreu Truck Service, 283-299 Frelinghuysen Ave, Newark, NJ 07114-1415 |
| 519674376 | + | Accredited Analytical Resources, LLC, 20 Pershing Avenue, Carteret, NJ 07008-3318 |
| 519674377 | + | Acrow Corporation of America, 181 New Road, Parsippany, NJ 07054-5645 |
| 519674378 | + | Advanced Testing Company, Inc., 3348 Route 208, Campbell Hall, NY 10916-3508 |
| 519674380 | + | Allegiance Trucks, 525 W Linden Ave, Linden, NJ 07036-6507 |
| 519674383 | + | American Express National Bank, c/o Doyle & Hoefs, LLC, 2043 Springwood Road, Attn: Michael J. Hoefs, Esq., York, PA 17403-4836 |
| 519674384 | + | American Forensic Engineering, 3030 North Rocky Point Dr. West, Tampa, FL 33607-5803 |
| 519674386 | + | Anchor an Oldcastle Company, 331 Newman Springs Rd Ste 236, Red Bank, NJ 07701-6769 |
| 519674388 | + | Anthony Lucciola, 51 Brookwood Road, Spotswood, NJ 08884-1707 |
| 519674389 | + | Anthony Philip Enterprises, 21 Dead River Road, Warren, NJ 07059-6797 |
| 519674390 | + | Apple Coring & Sawing, LLC, 350 Market Street, Kenilworth, NJ 07033-2034 |
| 519674392 | + | Atlantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 519674394 | + | B2W Software, 99 Bow Street Suite 500, Portsmouth, NH 03801-3846 |
| 519674397 | + | BCI Truck, Inc., 356 Highway 31, Flemington, NJ 08822-5741 |
| 519674400 | + | BJR Trucking LLC, 363 Freehold Rd, Jackson, NJ 08527-4670 |
| 519674408 | ++ | BRENT MATERIAL COMPANY, 325 COLUMBIA TURNPIKE SUITE 308, FLORHAM PARK NJ 07932-1212 address filed with court:, Brent Material Company, 325 Columbia Turnpike Suite 308, Florham Park, NJ 07932-1213 |
| 519674395 | + | Barclay Brand Ferdon, PO Box 341, South Plainfield, NJ 07080-0341 |
| 519674398 | + | Belleville Police Department, 152 Washington Ave, Belleville, NJ 07109-2589 |
| 519674399 | + | Bernards Township Police, 1 Collyer Lane, Basking Ridge, NJ 07920-1442 |
| 519674401 | + | Black Rock Enterprises, LLC, 1316 Englishtown Road, Old Bridge, NJ 08857-1577 |
| 519674402 | + | Boa Hora Trucking, LLC, 45 Charles Street, South River, NJ 08882-1605 |
| 519674403 | + | Boro of South Bound Brook, 12 Main Street, South Bound Brook, NJ 08880-1407 |
| 519674404 | + | Borough Of Bernardsville, 166 Minebrook Road, Bernardsville, NJ 07924-2103 |
| 519674405 | + | Boss Landscaping, LLC, 14 Maxim Court, Jackson, NJ 08527-3894 |
| 519674407 | + | Bowco Laboratories, 75 Freeman Street, PO Box 1219, Woodbridge, NJ 07095-7219 |
| 519674409 | + | Bruce R Koerner Cranes & Equipment, 400 Franklin Ave, Rockaway, NJ 07866-4050 |
| 519674410 | + | Brucelli Advertising Co., Inc., 310 S. Blakely Street, Scranton, PA 18512-2233 |
| 519674411 | + | Builders General, PO Box 95, Little Silver, NJ 07739-0095 |
| 519674412 | + | Burlington County Regional Chamber of, Commerce, 520 Fellowship Road, E-502, Mount Laurel, NJ 08054-3417 |
| 519674413 | | Buy - Wise, 301 Vauxhall, Vauxhall, NJ 07088 |
| 519674414 | + | C&H Bonding, 783 Riverview Drive, P.O. Box 324, Totowa, NJ 07511-0324 |

Case 22-16159-CMG    Doc 51    Filed 08/11/22    Entered 08/12/22 00:10:24    Desc Imaged
Certificate of Notice    Page 4 of 10

| District/off: 0312-3 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: 309F2 | Total Noticed: 297 |

| | | |
|---|---|---|
| 519674420 | + | CB Tech Support, 1253 Springfield Ave. PMB 182, New Providence, NJ 07974-2931 |
| 519674421 | | CCLENJ, 1670 NJ 34, Farmingdale, NJ 07727 |
| 519674427 | + | CMC Truck Repair, 1500 Seymour Street South, South Plainfield, NJ 07080-1483 |
| 519674428 | + | CME Associates, 3141 Bordentown Ave., Parlin, NJ 08859-1162 |
| 519674415 | | Cambria Companies, PO BOX 51061, Newark, NJ 07101-5161 |
| 519674416 | + | Campbell Foundry Company, 800 Bergen St., Harrison, NJ 07029-2034 |
| 519674418 | + | Capital Pix, LLC, 22 Fifth St., South River, NJ 08882-2419 |
| 519674419 | + | Caspert Managment CO.,Inc, 11 Oxford Rd North, Caldwell, NJ 07006-4215 |
| 519674422 | + | Cedar Hill Topsoil, 127 Cedar Grove Lane, Somerset, NJ 08873-4718 |
| 519674423 | + | Cesario Construction Company, Inc, 18 Birchwood Court, East Hanover, NJ 07936-3140 |
| 519674425 | + | City Of East Orange, 15 South Munn Avenue, East Orange, NJ 07018-3829 |
| 519674426 | + | Clayton Block, PO Box 3015, Lakewood, NJ 08701-9015 |
| 519674429 | + | Cohen Seglias, 1600 Market Street 32nd floor, Attn: Accounts Receivable, Philadelphia, PA 19103-7210 |
| 519674430 | + | Colliers Engineering & Design, Inc, 331 Newman Springs Road Suite 203, Red Bank, NJ 07701-5691 |
| 519674432 | + | Construction Information Syst, 170 Kinnelon Road, Butler, NJ 07405-2316 |
| 519674433 | | Contech Engineered Solutions, LLC, PO Box 936362, Atlanta, GA 31193-6362 |
| 519674434 | + | County Concrete Corp., PO BOX F, Kenvil, NJ 07847-1005 |
| 519674436 | + | County Of Hudson, Office of the Sheriff, 567 Pavonia Ave. FL .3, Jersey City, NJ 07306-1803 |
| 519674435 | | County of Essex, Purchasing Dept., 465 Dr. Martin Luther King Blvd, Newark, NJ 07102 |
| 519674437 | | County of Hunterdon, 71 Main Ttreet Bldg.1, 2nd FL, Flemington, NJ 08822-2900 |
| 519674438 | | County of Ocea, Dept of Purchasing, 101 Hooper Ave, Gaylordsville, CT 06755 |
| 519674440 | + | D&R Industrial Saw Co., 148 Rome Street, Newark, NJ 07105-3488 |
| 519674446 | + | DNJ Transport, LLC, PO Box 6819, Elizabeth, NJ 07206-6819 |
| 519674441 | + | Dan Swayze & Son Inc., 2351 Waldheim Ave, Scotch Plains, NJ 07076-2151 |
| 519674442 | + | Dayton Inspection Services, Inc., 118 Burrs Road C-1, Mount Holly, NJ 08060-4415 |
| 519674443 | + | Detectable Warning Products, Inc., 4600 Summerlin Rd C-2/ 421, Fort Myers, FL 33919-3005 |
| 519674444 | + | Diamond Sand and Gravel, 33 Demarest Road, Sparta, NJ 07871-3441 |
| 519674447 | + | Dock Builders Local 1556, NYC & Vicinity Dist. Council of Carpente, 395 Hudson Street 9th Floor, New York, NY 10014-7450 |
| 519674448 | + | Down's Tree Service, 65 Royal Ave, Hawthorne, NJ 07506-1916 |
| 519674449 | + | Drobach Equipment Rental Co, 2240 Route 22 East, Union, NJ 07083-8406 |
| 519674452 | + | EBF Enterprises LL, PO Box 142, Hope, NJ 07844-0142 |
| 519674453 | + | EIC Group, LLC, 420 Route 46 East Suite 1, Fairfield, NJ 07004-1952 |
| 519674456 | | EP Henry Corp, PO Box 822589, Philadelphia, PA 19182-2589 |
| 519674459 | | EZ Auto Glass, 322 US HWY 1, Edison, NJ 08817-4489 |
| 519674460 | + | EZ PASS, PO Box 52009, Newark, NJ 07101-8209 |
| 519674450 | + | East Trading West Investments LL, DBA American Traffic & Street Sign, 200 South Jefferson Street, Orange, NJ 07050-1409 |
| 519674451 | | Eastern Concrete Materials Inc, 250 Pehle Ave Plaza One, Suite 503, Saddle Brook, NJ 07663 |
| 519674454 | + | Elizabethtown Gas, PO Box 603, Bellmawr, NJ 08099-0603 |
| 519674455 | + | Elph Stone, Inc., PO Box 228, High Bridge, NJ 08829-0228 |
| 519674458 | + | Extra Duty Solution, Seacoast Business Funding, PO Box 60479, Charlotte, NC 28260-0479 |
| 519674461 | + | FAI-GON Electric, Inc., 140 Eleventh Street, Piscataway, NJ 08854-1952 |
| 519674462 | + | Ferriero Engineering, Inc., 180 Main St., Chester, NJ 07930-2537 |
| 519674463 | + | Ficor Company, Inc, PO Box 65, Ogdensburg, NJ 07439-0065 |
| 519674464 | + | Fitzgerald Formliners, 1500 E. Chestnut Ave, Santa Ana, CA 92701-6321 |
| 519674465 | | FleetPride Truck & Trailer Parts, PO Box 847118, Dallas, TX 75284-7118 |
| 519674466 | + | Floor Coverings International, 178 Route 206, Hillsborough, NJ 08844-4149 |
| 519674467 | + | French & Parrello, 1800 Route 34 Suite 101, Belmar, NJ 07719-9144 |
| 519674473 | ++ | GREATAMERICA FINANCIAL SERVICES CORPORATION, PO BOX 609, CEDAR RAPIDS IA 52406-0609 address filed with court:, Great America Financial Services, PO Box 660831, Dallas, TX 75266 |
| 519674468 | + | Gamka Equipment,Inc., 983 New Durham Road, Edison, NJ 08817-2253 |
| 519674469 | + | Garden State Bob Cat, 999 Route 33, Freehold, NJ 07728-8440 |
| 519674470 | + | Garden State Precast Inc., PO Box 702, Farmingdale, NJ 07727-0702 |
| 519674471 | + | George Logan Towing, 371 Old Georges Road North, North Brunswick, NJ 08902-4818 |
| 519674474 | | GreenRock Recycling, LLC, 3 Frontage Road, Clinton, NJ 08809 |
| 519674475 | + | HD Supply, PO Box 4852, Orlando, FL 32802-4852 |
| 519674476 | + | High Tech Landscapes, Inc, 10 Culnen Drive, Somerville, NJ 08876-5400 |
| 519674477 | + | Highway Equipment Co, of New Jersey, Inc, PO Box 645866, Pittsburgh, PA 15264-5256 |
| 519674478 | + | Highway Traffic Control Inc., 60 Moore Place, Belleville, NJ 07109-1914 |
| 519674479 | + | Hodge Landscaping, 7 Hickory Lane, North Brunswick, NJ 08902-1311 |
| 519674480 | | Holt Machinery Company, 504 Raritan St., Sayreville, NJ 08872-1429 |
| 519674481 | + | Hoover Truck Centers, P.O. Box 719, Flanders, NJ 07836-0719 |
| 519674482 | + | Horizon Blue Cross / Blue Shield of N, PO Box 10130, Newark, NJ 07101-3130 |
| 519674485 | | IJA SOLUTIONS,LLC, 5 Lyons Mall PMB 185, Humacao, PR 00792 |

Case 22-16159-CMG    Doc 51    Filed 08/11/22    Entered 08/12/22 00:10:24    Desc Imaged
                        Certificate of Notice    Page 5 of 10

| District/off: 0312-3 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: 309F2 | Total Noticed: 297 |

| | | |
|---|---|---|
| 519674484 | + | Icon Equipment Distrubitors, 300 Ryders Lane, East Brunswick, NJ 08816-2051 |
| 519674486 | + | Insurance Office of America, 1451 Route 34, Suite 101, Farmingdale, NJ 07727-1614 |
| 519674487 | + | International Bronze Plaque Co., 17031 Alico Commerce Court #3, Fort Myers, FL 33967-2508 |
| 519674488 | + | Iron Workers Distict Local 399, Council Benefit and Pension Fund, 26 East Fleming Pike, Hammonton, NJ 08037-2410 |
| 519674489 | + | Ironworkers Local No. 11 Benefits Fundsr, 12 Edison Place, Springfield, NJ 07081-1310 |
| 519674492 | | J.J. Keller & Associates, Inc., P.O. 6609, Carol Stream, IL 60197-6609 |
| 519674493 | + | J.M. Santos Trucking, LLC, 24 North 9th Street, Kenilworth, NJ 07033-1540 |
| 519674494 | | J.W. Goodlife & Son,Inc., PO Box 69034, Baltimore, MD 21264-9034 |
| 519674495 | | JCP&L, Box 3687, Akron, OH 44309-3687 |
| 519674499 | + | JL Landscaping, LLC, 630 Main Street, Suite C, Sayreville, NJ 08872-1338 |
| 519674500 | + | JL Services, 630 Main Street Suite C, Sayreville, NJ 08872-1338 |
| 519674501 | + | JM Ahle, Inc., 190 William St Suite 2D, South River, NJ 08882-1100 |
| 519674496 | + | Jerry's Towing and Diesel Repair, 1156 Toms River Road, Jackson, NJ 08527-5242 |
| 519674498 | | Jesco, Inc, 118 St.Nicholas Avenue South, South Plainfield, NJ 07080-1892 |
| 519674502 | | John Deere Credit, PO Box 4450, Carol Stream, IL 60197-4450 |
| 519674503 | | Jomig Investments, 224C Forsgate Drive, Spotswood, NJ 08884 |
| 519674504 | + | K&M Construction Services, LLC, 6 Wilcox Ave, South River, NJ 08882-1951 |
| 519674505 | + | KCP Advisory Group, 700 Technology Park Drive Suite 212, Billerica, MA 01821-4134 |
| 519674507 | + | KIll Surveying & Construction Services, 4 Margo Place, Trenton, NJ 08620-2434 |
| 519674510 | + | KTS Heavy Hauling Inc., 9 Pace Drive, Edison, NJ 08820-2208 |
| 519674506 | | Kenco Corp., 170 PA -271, Ligonier, PA 15658 |
| 519674508 | + | KobelCo Financial / Wells Fargo, Wells Fargo Vendor Financial Services, PO Box 07024, Philadelphia, PA 19149-0024 |
| 519674511 | + | Kubota Credit Corporation, U.S.A., P.O. Box 2046, Grapevine, TX 76099-2046 |
| 519674514 | + | LC Equipment, Inc, PO Box 595, 394 Route 49, Tuckahoe, NJ 08250-0595 |
| 519674512 | + | Lakewood Township Police, 231 3rd Street, Lakewood, NJ 08701-3220 |
| 519674513 | | Lawson Products Inc., PO BOX 734922, Chicago, IL 60673-4922 |
| 519674515 | + | Leisure Village Association, 19 Buckingham Drive, Lakewood, NJ 08701-6297 |
| 519674516 | + | Leon S. Avakian, Inc., 788 Wayside Road, Neptune, NJ 07753-2766 |
| 519674517 | + | Liberty Building Products, 193 Christie Street, Newark, NJ 07105-3915 |
| 519674518 | + | Lincoln Benefit Life Company, PO Box 856764, Minneapolis, MN 55485-6764 |
| 519674519 | + | Lisbon Contractors, 40 Coyle Street, Parlin, NJ 08859-1006 |
| 519674520 | + | Lisbon Trucking, 40 Coyle Street, Parlin, NJ 08859-1006 |
| 519674521 | + | Lopes Trucking, 390 Spring Valley Road, Old Bridge, NJ 08857-3510 |
| 519674522 | + | Lorco Petroleum Services, 450 South Front Street, Elizabeth, NJ 07202-3009 |
| 519674523 | + | M&A Tree Service Inc., 150 West End Ave., Somerville, NJ 08876-1834 |
| 519674524 | + | M. Olivera Trucking, Inc, 794 Parker Street, Newark, NJ 07104-2318 |
| 519674525 | + | Manasquan Bank, 2221 Landmark Place, Attn: Erin Pensabene, Manasquan, NJ 08736-1051 |
| 519674526 | + | Mandelbaum Barrett, 3 Becker Farm Road Suite 105, Roseland, NJ 07068-1726 |
| 519674527 | + | Mario's Heavy Equipment, 78 Battleground Rd, Millstone Township, NJ 08535-1023 |
| 519674528 | + | Marlin Business Bank, PO Box 13604, Philadelphia, PA 19101-3604 |
| 519674529 | + | Martin Contracting, PO Box 15, Verona, NJ 07044-0015 |
| 519674530 | + | Metropolitan Staple Corp, 11 Brown Ave., Springfield, NJ 07081-2901 |
| 519674531 | | Mid-Atlantic Truck Center, 525 W. Linden Ave, Aguas Buenas, PR 00703-6000 |
| 519674532 | + | Middlesex County Utilities Authority, Solid Waste Division, 53 Edgeboro Road, East Brunswick, NJ 08816-1636 |
| 519674533 | + | Middlesex Water Company, PO Box 826538, Philadelphia, PA 19182-6538 |
| 519674534 | | Miller GMC, 920 US -1, Woodbridge, NJ 07095 |
| 519674535 | | Morris County, Purchasing Division, 10 Court Street, Morristown, NJ 07960 |
| 519674536 | + | Motor Carrier Services, IRP Section, 120 South Stockton Street, PO Box 178, Trenton, NJ 08666-0178 |
| 519674546 | + | NGM Insurance Company, c/o MCELROY, DEUTSCH, MULVANEY, et al, 1300 Mount Kemble Avenue, Attn: ADAM R. SCHWARTZ, Morristown, NJ 07960-8009 |
| 519674548 | + | NJ American Water, 1 Water Street, Camden, NJ 08102-1658 |
| 519674549 | | NJ Department of the Treasury, Div of Purchase & Property Contract, Compliance Audit Unit, Trenton, NJ 08625-0206 |
| 519674552 | + | NJM Insurance Group, PO Box 1228, Trenton, NJ 08628-0277 |
| 519674553 | + | NJMVC Revenue Processing Center, PO Box 008, Trenton, NJ 08646-0008 |
| 519674557 | + | NYP Corp, 805 East Grand St., Elizabeth, NJ 07201-2794 |
| 519674537 | + | Najarian Associates, 1 Industrial Way, Eatontown, NJ 07724-2255 |
| 519674538 | + | Napco, P.O. BOX 234, Lyndhurst, NJ 07071-0234 |
| 519674539 | | National Fence Systems, Inc, 1033 Route 1, Avenel, NJ 07001 |
| 519674540 | | New Jersey American Water, Box 371331, Pittsburgh, PA 15250-7476 |
| 519674541 | + | New Jersey Dept of Labor, 1 John Fitzh Way, Trenton, NJ 08611-1760 |
| 519674542 | + | New Jersey Family Support Payment Center, PO Box 4880, Trenton, NJ 08650-4880 |
| 519674543 | | New Jersey Turnpike Authority, PO Box 24778, Tampa, FL 33623-4778 |
| 519674544 | + | Newark Police Department, Outside Employment Unit, 22 Franklin Street, 3rd Floor, Newark, NJ 07102-3536 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 8 |
| Date Rcvd: Aug 09, 2022 | Form ID: 309F2 | Total Noticed: 297 |

| | | |
|---|---|---|
| 519674545 | | Newark Steel Ironworks, 41 Frelinghuysen Ave, Newark, NJ 07114 |
| 519674547 | + | Nischwitz Ashbrook Energies Inc, 223 Front Street, South Plainfield, NJ 07080-3431 |
| 519674554 | | Nobel Equipment & Supplies, 1920 US Hwy# 1, Linden, NJ 07036 |
| 519674556 | + | Northwestern Mutual Life Ins., 1201 Troy Schenectady Rd. Ste. 120, Latham, NY 12110-1028 |
| 519674558 | + | OCA Benefit Services, 3705 Quakerbridge Rd Suite 216, Trenton, NJ 08619-1288 |
| 519674559 | + | Ocean County Engineering, 129 Hooper Ave 2nd Floor, Toms River, NJ 08753-7605 |
| 519674560 | | Oldcastle Infracture, P.O. BOX 416951, Boston, MA 02241-6951 |
| 519674561 | + | Oli & Sons Trucking, 51 King George Road, Warren, NJ 07059-7026 |
| 519674562 | + | Operating Engineers Local 825, 65 Springfield Ave, Springfield, NJ 07081-1308 |
| 519674564 | + | P.M. Construction Corp., 1310 Central Ave, Hillside, NJ 07205-2614 |
| 519674574 | + | POWERPAK, 225 N. Route 303, Congers, NY 10920-3001 |
| 519674565 | | Peapack & Gladstone Police Department, 1 School Street, PO Box 218, Peapack, NJ 07977-0218 |
| 519674567 | + | Penafiel Transport, LLC, 14 La France Avenue, Bloomfield, NJ 07003-5632 |
| 519674568 | | Penn National Insurance, PO BOX 13746, Philadelphia, PA 19101-3746 |
| 519674569 | + | Pennsylvania Jersey Concrete, 2819 Fire Road, Egg Harbor Township, NJ 08234-4071 |
| 519674571 | + | Piscataway Police Department, 555 Sidney Road, Piscataway, NJ 08854-4180 |
| 519674572 | + | Piscataway Twp Municipal Court, 555 Sidney Road, Piscataway, NJ 08854-4180 |
| 519674573 | + | Poland Spring, PO Box 856192, Louisville, KY 40285-6192 |
| 519674575 | + | Precast Systems, Inc, 57 Sharon Station Road, Allentown, NJ 08501-1902 |
| 519674576 | + | Precision Concrete Pumping, Inc., PO Box 6970, Albany, NY 12206-0970 |
| 519674577 | + | Pro Green Management, 36 Pergola Ave, Monroe Township, NJ 08831-1455 |
| 519674579 | + | Progressive Hydraulics Inc., 2201 S. Clinton Ave, South Plainfield, NJ 07080-1473 |
| 519674580 | | Property Fence LLC, IND, Hillside, NJ 07205 |
| 519674582 | | Pumping Services, Inc., 21 Lincoln Blvd., PO Box 117, Middlesex, NJ 08846-0117 |
| 519674583 | + | Quantum Software Solutions, Inc., 4228 St Lawrence Ave. #B, Reading, PA 19606-2894 |
| 519674584 | + | Ralph Clayton & Sons, PO Box 3015, Lakewood, NJ 08701-9015 |
| 519674586 | + | Reis Trucking LLC, 116 Coolidge Ave, Carteret, NJ 07008-2140 |
| 519674587 | + | Reme And Associates, LLC, 20 Church Street, Allentown, NJ 08501-1623 |
| 519674588 | | Rent-A-Fence, Inc., 1033 Route One, Avenel, NJ 07001 |
| 519674589 | + | Republic - Abeco CC, 5 Industrial Dr., New Brunswick, NJ 08901-3633 |
| 519674590 | + | Riva Trucking LLC, 43 Wilson Ave, South River, NJ 08882-1548 |
| 519674591 | + | Riverside Supply Co., 6 Washington Rd, Sayreville, NJ 08872-1794 |
| 519674592 | + | Road Safety Systems LLC, 12 Park Drive, Vincentown, NJ 08088-8994 |
| 519674593 | + | Roche Miseo Barchetto, LLC, 99 Cherry Hill Road Suite 110, Parsippany, NJ 07054-1102 |
| 519674594 | | Rockborn Trucking & Excavation, Inc, 12 Taylor Road, Wharton, NJ 07885-1502 |
| 519674595 | + | Roman Asphalt Corp., 32 O'Brien Street, Kearny, NJ 07032-4211 |
| 519674596 | + | S&S Fleet Services, 1156 Toms River Road, Jackson, NJ 08527-5242 |
| 519674597 | + | S. Komma & Company, LLC, 4 Strawberry Lane, Monroe Township, NJ 08831-2374 |
| 519674600 | + | SBA Office of Disaster Assistance, 14925 Kingsport RD, Fort Worth, TX 76155-2243 |
| 519674604 | + | SF Systems Corporation, PO Box 2455, Edison, NJ 08818-2455 |
| 519674607 | + | SKY-HY Erectors & Equipment,Inc, 456 Hollywood Avenue, South Plainfield, NJ 07080-4203 |
| 519674551 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, Deferred Pmt Control Center, PO Box 190, Trenton, NJ 08695-0190 |
| 519674598 | + | Safety Improvements, LLC, 11925 Chesterville Road, Kennedyville, MD 21645-3565 |
| 519674599 | | Samson Metal Service, P.O. Box 421, Dayton, NJ 08810-0421 |
| 519674602 | + | Serv - US, LLC, PO Box 325, Hackettstown, NJ 07840-0325 |
| 519674603 | + | Service Tire Truck Centers, Inc, 3 Sutton Place, Edison, NJ 08817-2223 |
| 519674605 | + | Shore Systems Group, LLC, PO Box 188, Clarksburg, NJ 08510-0188 |
| 519674606 | + | Silva Recycling & Container Service, 100 Riverside Ave., Newark, NJ 07104-4202 |
| 519674608 | + | Somerset-Union Soil Conservation Distric, Somerset County 4-H Center, 308 Milltown Rd., Bridgewater, NJ 08807-3551 |
| 519674609 | + | SouthEastern Stick Inc., 610 Quail Run, Oneonta, AL 35121-5644 |
| 519674610 | + | StanleyPaving LLC, 27 Erickson Ave., Monroe Township, NJ 08831-8318 |
| 519674612 | + | State of NJ - DCA BFCE DORES, PO Box 663, Trenton, NJ 08604-0663 |
| 519674613 | + | State of NJ Dept. of Community Affairs, Bureau of Fire Code Enforcement, PO Box 809, Trenton, NJ 08625-0809 |
| 519674611 | | State of New Jersey Department of Labor, & WF Development Div Of Employer Account, PO Box 929, Trenton, NJ 08646-0929 |
| 519674614 | + | Statewide Striping Corp., 499 Pomeroy Rd, Parsippany, NJ 07054-2811 |
| 519674615 | + | Stavola Asphalt, PO Box 482, Red Bank, NJ 07701-0482 |
| 519674616 | + | Stavola Construction, PO Box 482, Red Bank, NJ 07701-0482 |
| 519674617 | + | Stavola Flemington Asphalt, PO Box 482, Red Bank, NJ 07701-0482 |
| 519674618 | + | Structural Services Inc., 3735 Kim St, Bethlehem, PA 18017-1027 |
| 519674619 | + | Supra Construction, LLC, PO Box 521, South River, NJ 08882-0521 |
| 519674620 | + | Swenson Granite Works, 292 South Main Street, Newtown, CT 06470-2781 |
| 519674621 | + | T & M Associates, 11 Tindall Road, Middletown, NJ 07748-2792 |

| | | |
|---|---|---|
| 519674622 | + | T.R. Weniger, Inc., 1900 New Brunswick Ave., Piscataway, NJ 08854-2008 |
| 519674624 | | TD Banknorth N.A., PO Box 5700, Lewiston, ME 04243-5700 |
| 519674630 | + | TMT Transportation LLC, 805 Dutchess Ln, Woodbridge, NJ 07095-3856 |
| 519674623 | + | Taylor Oil Co., 77 Second Street, PO Box 974, Somerville, NJ 08876-0974 |
| 519674625 | | The Sherwin Williams Co., 226 Talmadge Rd., Edison, NJ 08817-2824 |
| 519674626 | + | Thermal Foams / Syracuse, Inc, PO Box 1981, Cicero, NY 13039-1981 |
| 519674627 | + | Tiffany Electric, 5 Eastmans Rd, Parsippany, NJ 07054-3721 |
| 519674628 | + | Tiffany Electrical Company Signal, Control Products, Inc., 199 Evans Way, Somerville, NJ 08876-4600 |
| 519674629 | + | Tilcon New York Inc., 9 Entin Road, Parsippany, NJ 07054-5000 |
| 519674631 | + | Tonacchio, Spina & Compitello, 788 Shrewsbury Ave., Suite 2209, Attn: Amber Delaney, Esq., Tinton Falls, NJ 07724-3080 |
| 519674633 | + | Township Of East Brunswick, 1 Jean Walling Civic Center, East Brunswick, NJ 08816-3529 |
| 519674635 | + | Township Of Irvington Police Department, 1 Civic Square, Irvington, NJ 07111-2997 |
| 519674637 | | Township Of Maplewood Police Department, 4 Valley Street, Maplewood, NJ 07040 |
| 519674638 | | Township Of Millburn Engineering Dept, 75 Millburn Avenue, Millburn, NJ 07041 |
| 519674634 | + | Township of Edison Division of Fire, 100 Municipal Blvd, Edison, NJ 08817-3369 |
| 519674636 | + | Township of Jackson, 95 West Veterans Highway, Jackson, NJ 08527-3409 |
| 519674639 | + | Township of Monroe Department of Police, Municipal Complex 3 Municipal Plaza, Monroe Township, NJ 08831-1900 |
| 519674640 | | Township of Montgomery, 2261 Rt 206 Belle Mead, Belle Mead, NJ 08502 |
| 519674641 | + | Township of Piscataway, 455 Hoes Lane, Piscataway, NJ 08854-5097 |
| 519674642 | + | Traffic Lines, Inc., 5100 Asbury Rd, Farmingdale, NJ 07727-4042 |
| 519674643 | + | Traffic Safety Services LLC, 601 Hadley Road, PO Box 615, South Plainfield, NJ 07080-0615 |
| 519674644 | + | TransEdge Truck Sales and Service, 1407 Bulldog Drive, Allentown, PA 18104-1972 |
| 519674645 | + | Trench Technologies, PO Box 1854, Livingston, NJ 07039-7454 |
| 519674646 | + | Tulnoy Lumber, 1620 Webster Ave, Bronx, NY 10457-8092 |
| 519674648 | + | ULMA Form Works, Inc., 16-00 Route 208 Suite LL4, Fair Lawn, NJ 07410-2503 |
| 519674653 | + | USTP, 231 St.Nicholas Avenue, South Plainfield, NJ 07080-1809 |
| 519674654 | | UVM Medical Center, Payment Deptartmen, O BOX 1854, Brattleboro, VT 05302-1854 |
| 519674649 | + | Union Carpenters, 91 Fieldcrest Ave, Edison, NJ 08837-3662 |
| 519674650 | + | Union Local- 472 Laborers, 700 Raymond Blvd, Newark, NJ 07105-2909 |
| 519674651 | | United Rentals North America,Inc, PO Box 100711, Atlanta, GA 30384-0711 |
| 519674652 | + | United Site Services, PO Box 130, Keasbey, NJ 08832-0130 |
| 519674655 | + | Vail Industrial & Supply, 3606 Kennedy Rd, South Plainfield, NJ 07080-1802 |
| 519674656 | | Verizon, PO Box 16801, Newark, NJ 07101-6801 |
| 519674657 | | Verizon Connect NWF, Inc., PO Box 975544, Dallas, TX 75397-5544 |
| 519674660 | + | Visual Computer Solutions, 4400 US 9 South Suite 3500, Freehold, NJ 07728-4232 |
| 519674661 | + | Vitelli Trucking Inc., 617 Joyce Kilmer Ave, New Brunswick, NJ 08901-3307 |
| 519674663 | + | Wayne's Tree Service, 314 Grove Street, Somerville, NJ 08876-1606 |
| 519674664 | | Weldon Asphalt Inc., 141 Central Avenue, Westfield, NJ 07090-2189 |
| 519674665 | + | Wells Fargo Vendor Financial Services LL, P.O BOX 35701, Billings, MT 59107-5701 |
| 519674666 | | White Cap L.P., PO Box 4852, Orlando, FL 32802-4852 |
| 519674668 | + | York Fence Construction Co, Inc, 100 Dukes Parkway East, Hillsborough, NJ 08844-4204 |
| 519674669 | + | Zuccaro Inc., 64 Commerce St., Garfield, NJ 07026-3025 |

TOTAL: 269

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: Jdipasquale@foxrothschild.com | Aug 09 2022 20:26:00 | Joseph J. DiPasquale, Fox Rothschild, LLP, 49 Market Street, Morristown, NJ 07960 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 09 2022 20:26:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2022 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2022 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519674385 | + Email/PDF: bncnotices@becket-lee.com | Aug 09 2022 20:30:18 | AMEX, PO Box 1270, Newark, NJ 07101-1270 |
| 519674381 | + Email/Text: ally@ebn.phinsolutions.com | Aug 09 2022 20:26:00 | Ally Bank, PO Box 9001948, Louisville, KY 40290-1948 |

Case 22-16159-CMG    Doc 51    Filed 08/11/22    Entered 08/12/22 00:10:24    Desc Imaged
Certificate of Notice    Page 8 of 10

| District/off: 0312-3 | User: admin | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: 309F2 | Total Noticed: 297 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519674382 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 09 2022 20:26:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 519674406 |  | Email/Text: brypkema@boswellengineering.com | Aug 09 2022 20:26:00 | Boswell Engineering, 330 Phillips Ave, South Hackensack, NJ 07606 |
| 519674396 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 09 2022 20:26:00 | Barclay Card, PO Box 1337, Philadelphia, PA 19105 |
| 519674417 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2022 20:30:45 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 519674431 |  | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 09 2022 20:26:00 | Comenity-Williams-Sonoma, PO Box 659705, San Antonio, TX 78265-9705 |
| 519674439 | + | Email/Text: IBARATA@CUSTOMBANDAG.COM | Aug 09 2022 20:26:00 | Custom Bandag Inc., 401 East Linden Ave., Linden, NJ 07036-2411 |
| 519674472 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 09 2022 20:26:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 519674483 | ^ | MEBN | Aug 09 2022 20:23:04 | HRRG, PO Box 8486, Pompano Beach, FL 33075-8486 |
| 519674424 |  | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2022 20:30:44 | Chase, Card Member Services, PO Box 1423, Charlotte, NC 28201 |
| 519674497 | + | Email/Text: alice@jerseycoastfire.com | Aug 09 2022 20:26:00 | Jersey Coast Fire Equip, 377 Asbury Road, Farmingdale, NJ 07727-3604 |
| 519674509 |  | Email/Text: bbarry@komatsuna.com | Aug 09 2022 20:26:00 | Komatsu Financial Limited Partnership, 8770 W Bryn Mawr Ave., Suite 100, Chicago, IL 60631 |
| 519674563 |  | Email/Text: bcwrtoff@cablevision.com | Aug 09 2022 20:26:00 | Optimum, P.O. Box 371378, Pittsburgh, PA 15250-7378 |
| 519674581 | ^ | MEBN | Aug 09 2022 20:22:59 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519674578 |  | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 09 2022 20:26:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0311 |
| 519674550 |  | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 09 2022 20:26:00 | NJ Division of Taxation, Bankruptcy Section, PO Box 295, Trenton, NJ 08695-0245 |
| 519674601 |  | Email/Text: Bankruptcy@selective.com | Aug 09 2022 20:26:00 | Selective Insurance Company, Box 371468, Pittsburgh, PA 15250-7468 |
| 519674632 | + | Email/Text: sfirozvi@kearnynj.org | Aug 09 2022 20:26:00 | Town of Kearney, 402 Kearney Ave., Kearny, NJ 07032-2696 |
| 519674647 | + | Email/Text: BhamBankruptcy@sba.gov | Aug 09 2022 20:26:00 | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 519674659 | + | Email/Text: vfs.bnc.us@volvo.com | Aug 09 2022 20:26:00 | VFS US LLC, P.O. Box 26131, Greensboro, NC 27402-6131 |
| 519674658 |  | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 09 2022 20:26:00 | Verizon Wireless Inc., P.O. Box 408, Newark, NJ 07101-0408 |
| 519674662 |  | Email/Text: vfs.bnc.us@volvo.com | Aug 09 2022 20:26:00 | Volvo/Mack Financial, PO Box 7247-0236, Philadelphia, PA 19170-0236 |
| 519674667 | + | Email/Text: bankruptcy@wrightexpress.com | Aug 09 2022 20:26:00 | Wright Express, PO BOX 6293, Carol Stream, IL 60197-6293 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason    Name and Address**

| | | |
|---|---|---|
| 519674445 | | Diamond Sand and Gravel, Inc., c/o McELROY, DEUTSCH, MULVANEY, 1300 Mount Kemble Ave., Attn: Michael R. Morano |
| 519674457 | | Essex County Sheriff's Office, Special Services, 50 West Market St. Room 201, Attn: James Spango, PR 00710-2000 |
| 519674555 | | Northeast Carpenters Funds, C/O Steve Schaefer, Raritan Plaza II, 91 Fieldcrest Ave., NJ 08839 |
| 519674585 | | Raritan Pipe & Supply Co, Raritan Group Branch, 100 Raritan Pipe & Supply Co, P.O. Box 10120 |
| 519674490 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS - Department of Treasury, PO Box 145595, Cincinnati, OH 45250 |
| 519674491 | * | IRS - Department of Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519674566 | ##+ | Peckham Road Corp, 375 Bay Rd. Suite 201, Queensbury, NY 12804-3013 |
| 519674570 | ##+ | Photo Dynamics & Maintenance Corp., 367 Central Park Ave, Yonkers, NY 10704-2907 |

TOTAL: 4 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Curtis M Plaza | on behalf of Creditor Manasquan Bank cplaza@riker.com  sdechoyan@riker.com |
| Douglas G. Leney | on behalf of Interested Party Martin Assuncao dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com |
| Douglas G. Leney | on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com |
| Edward H. O'Hare | on behalf of Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY eohare@zazzali-law.com |
| Joseph A. Caneco | on behalf of Debtor Assuncao Bros.  Inc. jcaneco@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Debtor Assuncao Bros.  Inc. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Louis A. Modugno | on behalf of Other Prof. Vollers Excavating and Contractors  Inc. lmodugno@tm-firm.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael A. Baselice | on behalf of Creditor IUOE Local 825 Benefit Funds mbaselice@decotiislaw.com |
| Michael R. Herz | on behalf of Debtor Assuncao Bros.  Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Richard M. Schlaifer | on behalf of Creditor J.M. Ahle Co.  Inc. rschlaifer@earpcohn.com, vbromley@earpcohn.com |
| Scott S. Rever | srever@wjslaw.com |
| Timothy P. Neumann | on behalf of Creditor Ralph Clayton & Sons  LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete |

| | |
|---|---|
| | timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vipin Varghese | on behalf of Creditor IUOE Local 825 Benefit Funds vvarghese@decotiislaw.com plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com |
| Virginia T. Shea | on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com mtaranto@mdmc-law.com;gbressler@mdmc-law.com |

TOTAL: 16