| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**MCELROY, DEUTSCH, MULVANEY<br>  & CARPENTER, LLP**<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075<br>Adam R. Schwartz, Esq.<br>Gary D. Bressler, Esq.<br>Scott A. Levin, Esq.<br>Virginia T. Shea, Esq.<br>aschwartz@mdmc-law.com<br>gbressler@mdmc-law.com<br>slevin@mdmc-law.com<br>vshea@mdmc-law.com<br>Telephone: (973) 993-8100<br>Facsimile: (973) 425-0161<br><br>*Attorneys for NGM Insurance Company* |

| | |
|---|---|
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>                                                     Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159 CMG |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on Wednesday, August 17, 2022, NGM Insurance Company's Limited Objection to the Debtor's Motion for Entry of a Final order (I) Authorizing (A) Post-Petition Financing and (B) Use of Cash Collateral and Affording Adequate Protection; and (II) Modifying the Automatic Stay was e-filed by CM/ECF and served on all parties registered to receive notification of such filings.  Additionally, the following parties were served by e-mail:

| | |
|---|---|
| Joseph J. DiPasquale, Esq.<br>FOX ROTHSCHILD LLP<br>jdipasquale@foxrothschild.com<br><br>*Counsel for the Debtor* | Curtis M. Plaza, Esq.<br>RIKER DANZIG LLP<br>cplaza@riker.com<br><br>*Counsel for Manasquan Bank* |

| | |
|---|---|
| Louis A. Modugno, Esq.<br>TRIF & MODUGNO LLC<br>lmodugno@tm-firm.com<br><br>*Counsel for the DIP Lender, Vollers Excavating and Construction, Inc.* | |

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Gary D. Bressler*
Gary D. Bressler
Attorneys for NGM Insurance Company
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075
(215) 557-2900