UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 22-16159-CMG

Assuncao Bros., Inc.  Chapter 11

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                          Bankr. Case No. 22-16159-CMG

Assuncao Bros., Inc.                                                                        Chapter 11

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 17, 2022 :

| | |
|---|---|
| Joseph A. Caneco<br>101 Park Ave, 17th Floor<br>New York, NY 10178 | US TRUSTEE<br>US DEPT OF JUSTICE ONE NEWARK CE<br>NEWARK, NJ  07102 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx27986 / 1060180