B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

| | | |
|---|---|---|
| In re **Assuncao Bros., Inc.** | Case No. | **22-16159 (CMG)** |
| Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................. $ **Fees and Expenses as Allowed by the Court.**

    Prior to the filing of this statement I have received ............................... $ **172,211.00**[1]

    Balance Due ............................................................................................. $ **0.00**

2. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
    **See Description of legal services set forth in the Declaration of Joseph J. DiPasquale to be filed in support of the retention of Fox Rothschild, as counsel for the Debtor.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 18, 2022** | **/s/ Joseph J. DiPasquale** |
| Date | **Joseph J. DiPasquale 016191994** |
| | *Signature of Attorney* |
| | **Fox Rothschild LLP** |
| | **49 Market Street** |
| | **Morristown, NJ 07960** |
| | **(973) 548-3368  Fax: 973-992-9125** |
| | **jdipasquale@foxrothschild.com** |
| | *Name of law firm* |

---

[1] Prior to the Petition Date, Fox Rothschild LLP received payment from the Assuncao Bros., Inc. in the amount of $172,211.00 for legal services. Fox Rothschild LLP applied $104,521.00 towards payment of its pre-petition invoices for fees and expenses incurred in connection with the bankruptcy filing and related services. Fox Rothschild maintains a retainer of $67,690.00.
136994828.1