UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Vedder Price P.C.
Fleming L. Ware, Esq.
1633 Broadway, 31st Floor
New York, New York 10019
Tel: (212) 407-6980
Fax: (212) 407-7799
Email: fware@vedderprice.com

In Re:

ASSUNCAO BROS., INC.,

           Debtor.

Case No.:    22-16159-CMG

Chapter:    11 (Subchapter V)

Judge:    Hon. Christine M. Gravelle

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of   Komatsu Financial, L. P.  . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Vedder Price P.C.
                  Fleming L. Ware, Esq.
                  1633 Broadway, 31st Floor, New York, New York 10019
                  Tel: (212) 407-6980/Fax: (212) 407-7799
                  fware@vedderprice.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date:   August 18, 2022

/s/ Fleming L. Ware
Signature

*new.8/1/15*