| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>Vedder Price P.C.<br>Fleming L. Ware, Esq.<br>1633 Broadway, 31st Floor<br>New York, New York  10019<br>Tel:  (212) 407-6980<br>Fax:  (212) 407-7799<br>Email:  fware@vedderprice.com<br><br>*Counsel to Creditor*<br>*Komatsu Financial Limited Partnership* | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Honorable Christine M. Gravelle |
| In Re:<br><br>ASSUNCAO BROS., INC.,<br><br>                        Debtor. | **CERTIFICATION OF<br>KEVIN J. ETZEL IN<br>SUPPORT OF APPLICATION<br>TO APPEAR PRO HAC VICE** |

**KEVIN J. ETZEL** hereby certifies to the following:

1. I am an associate in the law firm of Vedder Price P.C., a law firm with offices in Chicago, IL, New York, NY, Washington, D.C., Dallas, TX, San Francisco, CA, Los Angeles, CA, London, England and Singapore.  My office is located at 1633 Broadway, Floor 31, New York, NY 10019.  I submit this certification in support of the request for my admission *pro hac vice* in this matter.

2. I am a member in good standing of the bars of the State of New York (admitted in 2014) and the U.S. District Courts for the Southern and Eastern Districts of New York (admitted in 2014).

3. Komatsu Financial Limited Partnership ("Komatsu") has requested that I represent it in this matter.

4. I have agreed to be associated in this matter with New Jersey counsel for Komatsu, Fleming L. Ware, Esq., of Vedder Price P.C., located at 1633 Broadway, Floor 31, New York, New York 10019.

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. I am very familiar with the factual matters and legal issues related to this litigation. Because of this, I believe that there is good cause for my admission *pro hac vice*, and that my admission would further the interests of convenience and judicial economy and would minimize the expense of litigation.

7. I agree to:

   (a) Pay all required fees to the client security fund of the Bar of New Jersey pursuant to R. 1:28-2, and to the Clerk of the U.S. District Court pursuant Local Civil Rule 101.1(c)(3);
   (b) Abide by the applicable court rules;
   (c) Notify this Court immediately of any matter affecting my standing at the Bar of the State of New York, or of any other court to which I am admitted; and
   (d) Have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice law in New Jersey.

8. I hereby request receipt of notification via electronic mail of all electronic filings in the above captioned action by delivering such notification to the e-mail address KEtzel@vedderprice.com.

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: August 18, 2022

                                             /s/ *Kevin J. Etzel*
                                             Kevin J. Etzel, Esq.