**Fill in this information to identify the case:**

Debtor name    **Assuncao Bros., Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **22-16159 (CMG)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 19, 2022        X /s/ Martin Assuncao
                                       Signature of individual signing on behalf of debtor

                                       **Martin Assuncao**
                                       Printed name

                                       **President and Chief Executive Officer**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Assuncao Bros., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **22-16159 (CMG)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................    $    **4,848,508.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................    $    **4,848,508.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **2,442,348.47**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **204,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................    +$    **5,803,568.14**

4. **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b    $    **8,449,916.61**

**Fill in this information to identify the case:**

Debtor name **Assuncao Bros., Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **22-16159 (CMG)**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **Unknown** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Manasquan Bank** | **Business Checking Account** | **7803** | $917.00 |
| 3.2. | **TD Bank** | **Payroll Account** | **7430** | $39,647.00 |
| 3.3. | **TD Bank** | **Business Checking Account** | **8707** | $5,276.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  | $45,840.00 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | **Assuncao Bros., Inc.** | Case number *(If known)* **22-16159 (CMG)** |
|---|---|---|
| | Name | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11b. Over 90 days old:       **2,836,510.00**      -      **407,394.00**   =....         **$2,429,116.00**
                 face amount                    doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                              | **$2,429,116.00** |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** **Contracts in Process** | | **$559,417.00** | | **Unknown** |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** | | | | |

23.     **Total of Part 5.**                                                             | **$0.00** |
      Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Assuncao Bros., Inc.** | Case number *(If known)* **22-16159 (CMG)** |
|---|---|---|
| | Name | |

---

<span style="background:black;color:white">Part 7:</span>     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture** | **$0.00** | | **Unknown** |
| 40. | **Office fixtures** | **$0.00** | | **Unknown** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Equipment** | **$0.00** | | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

<span style="background:black;color:white">Part 8:</span>     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

| Debtor | **Assuncao Bros., Inc.** | | Case number *(If known)* | **22-16159 (CMG)** |
|---|---|---|---|---|
| | Name | | | |

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|---|
| | See Attached Schedule | $0.00 | | Unknown |
| | | | | |
| | See Attached List | $0.00 | N/A | $2,373,552.00 |

| 51. | **Total of Part 8.** | **$2,373,552.00** |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ Yes
☐ No

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Middlesex Properties, LLC**<br>**3947 Serenity Circle**<br>**Sarasota, FL 34235** | **Month to Month Lease** | $0.00 | | $0.00 |

| 56. | **Total of Part 9.** | **$0.00** |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## ASSUNCAO BROTHERS Truck & Equipment List

| CATEGORY | | DESCRIPTION | LOCATION | COST | Method | LIENS |
|---|---|---|---|---|---|---|
| | 47.01 | 2012 GMC Pick-up Truck Sierra 1500  1GTR1TEX1CZ169102 | New Jersey | 23,588 | cost | |
| | 47.02 | 2012 GMC Pick-up Truck Sierra 1500  1GTR1TEX5CZ193340 | New Jersey | 23,606 | cost | |
| | 47.03 | 2018 CHEVY Z 71 Silverado 1GCVKREC2JZ120466 | New Jersey | 41,254 | cost | 5,463 |
| | 47.04 | 2017 CHEVY Mechanic Utility Silverado 1GC3KYCGOHZ403921 | New Jersey | 50,023 | cost | 6,263 |
| | 47.05 | 2021 CHEVY Tahoe 1GNSKTKL8MR113229 | New Jersey | 58,875 | cost | 49,786 |
| | 47.06 | 2017 CHEVY Silverado Crew 4WD 3500 Crew 1GC4KYCGOHF247577 | New Jersey | 46,745 | cost | 6,263 |
| | 47.07 | 2008 GMC Pick-up Truck Sierra 2500  1GTHK24K68E130321 | New Jersey | - | book value | |
| | 47.08 | 2016 CHEVY Chevy Colorado 1GCGTBE30G1344288 | New Jersey | 27,411 | cost | |
| | 47.09 | 2019 JEEP Jeep Grand Cherokee 1C4RJFCGXKC552817 | New Jersey | 54,429 | cost | 16,126 |
| | 47.10 | 2020 CHEVY Chevy Colorado 1GCHTBEA6L1100755 | New Jersey | 30,829 | cost | 20,363 |
| | 47.11 | 2020 GMC GMC Sierra 3GTU9FEL2LG385302 | New Jersey | 68,096 | cost | 49,358 |
| | 47.12 | 2015 CHEVY Silverado 3500 - crew 1GC4CYCG3FF106402 | New Jersey | 37,656 | cost | |
| | 47.13 | 2015 CHEVY Silverado 3500 - crew 1GC4CYCG9FF149626 | New Jersey | 38,656 | cost | |
| | 47.14 | 2014 FORD Van/Box E - 350  1GC4CYCG9FF149626 | New Jersey | 41,823 | cost | |
| | 47.15 | 2008 CHEVY Van 3500 Express utility 1GBJH31K981158931 | New Jersey | - | book value | |
| | 47.16 | 2015 GMC 3500 Cre C 2 WD 1GT411CG6FF161567 | New Jersey | - | book value | |
| | 47.17 | 1996 INTERNATIONAL Form truck- 4700 Red (white) 1HTSCAAN4TH353334 | New Jersey | - | book value | |
| | 47.18 | 2003 INTERNATIONAL Tow truck 4900 tow truck 1HTMKAAN93H301153 | New Jersey | - | book value | |
| | 47.19 | 1995 INTERNATIONAL Form truck- 4700 Red 1HTSLACM9SH615447 | New Jersey | 16,000 | cost | |
| | 47.20 | 2008 STERLING 750 Dump truck sterling 2FZAASBS28AZ77848 | New Jersey | 53,000 | cost | |
| | 47.21 | 1999 INTERNATIONAL International 4900 -Red 1HTSDAAN5XH622895 | New Jersey | - | book value | |
| | 47.22 | 2000 MACK Mack RD series 1M2P270C7YM051118 | New Jersey | 20,000 | cost | |
| | 47.23 | 1999 MACK Mack RD series 1M2P267C3XM047338 | New Jersey | - | book value | |
| | 47.24 | 2016 WS Western Star 4700 SB 5KKMAXDV2GLHM1452 | New Jersey | 183,366 | cost | |
| | 47.25 | 2015 MACK Mack GU713 Granite 1M2AX09C7FM022040 | New Jersey | - | book value | |
| | 47.26 | 1995 INTERNATIONAL Mason Dump 444 1HTSMABM6SH217840 | New Jersey | - | book value | |
| | 47.27 | 2000 FORD Mason Dump F350 - red 1FDWF37F2YEA23536 | New Jersey | - | book value | |
| | 47.28 | 2006 GMC Mason Dump C-5500- blue 1GDE5C1206F410212 | New Jersey | - | book value | |
| | 47.29 | 2007 CHEVY Mason Dump- Kodiak 4500 1GBE4C1917F417793 | New Jersey | - | book value | |
| | 47.30 | 1995 INTERNATIONAL International Rack Body 444E 1HTSMABMXSH221941 | New Jersey | - | book value | |
| | 47.31 | 2008 FORD Ford F350 Rack 1FDWF35528ED75817 | New Jersey | - | book value | |
| | | | | 815,357 | | 153,622 |
| | 48.01 | 1981 TONCO Trailer A20HS581721 | New Jersey | - | book value | |
| | 48.02 | 2002 EAGER Eager Trailer 112H8V3232L059960 | New Jersey | - | book value | |
| | 48.03 | 2014 LOWBOY Eager Beaver - low boy 112SD2500EL078823 | New Jersey | 66,548 | cost | |
| | 48.04 | 1992 DITCHWITCH Trailer 1DS0000B6N17J0910 | New Jersey | - | book value | |
| | 48.05 | 2005 MAGNUM Magnum 5AJWS16195B000195 | New Jersey | - | book value | |
| | 48.06 | 2019 INTERSTATE Insterstate 50DLA | New Jersey | 41,399 | cost | |
| | 48.07 | 2 In Transit Plates | New Jersey | - | book value | |
| | 48.08 | Tammex Walker RTSC2 | New Jersey | - | book value | |
| | | | | 107,947 | | |
| | 50.01 | 2011 JOHN DEERE 410J Backhoe 1T0410JXCB0195631 | New Jersey | 74,190 | cost | |
| | 50.02 | 2010 JOHN DEERE 310SJ Backhoe 1T0310SJVA0185705 | New Jersey | 41,824 | cost | |
| | 50.03 | 2000 JOHN DEERE John Deere 410 E T0410EX881127 | New Jersey | - | book value | |
| | 50.04 | 2004 JOHN DEERE John Deere 410 G T0410GX935897 | New Jersey | - | book value | |
| | 50.05 | 2015 JOHN DEERE John Deere 410 L 1T0410LXLFF286564 | New Jersey | 113,287 | cost | |
| | 50.06 | 2021 KOMATSU PC 138 Excavator PC138USLC-11 | New Jersey | 186,594 | cost | 132,171 |
| | 50.07 | 2006 KOMATSU PC 138 Excavator KMTPC044L01001944 | New Jersey | - | book value | |
| | 50.08 | 2011 KOMATSU PC 138 Excavator KMTPC189K01026220 | New Jersey | 157,690 | cost | |
| | 50.09 | 2013 KOMATSU PC 55 MRO3 KMTPC212L04016909 | New Jersey | - | book value | |
| | 50.10 | 2020 KUBOTA Skid Steer 63CPL1B50411 | New Jersey | 77,486 | cost | 46,491 |
| | 50.11 | 2020 KOBELCO Kobelco Excavator SK85CS-7 LF09010001 | New Jersey | 101,010 | cost | 56,818 |
| | 50.12 | 2020 KOBELCO Kobelco Excavator SK27OSRLC-5 YUO8-05553 | New Jersey | 212,318 | cost | 118,423 |
| | 50.13 | 2003 YALE Forklift E187V21523A | New Jersey | - | book value | |
| | 50.14 | 2001 BOMAG Dirt Roller 13651012112 | New Jersey | - | book value | |
| | 50.15 | 2003 DYNAPAC Dynapac 5 ton Roller 10000334V0A009592 | New Jersey | 28,223 | cost | |
| | 50.16 | 2001 BOMAG BTV 65 TAMPER 861834035168 | New Jersey | - | book value | |
| | 50.17 | NORTH STAR Pressure Washer 10131929 | New Jersey | - | book value | |
| | 50.18 | 1995 SULLIVAN Air Compressor Sullivan 185 14141A | New Jersey | - | book value | |
| | 50.19 | 2006 5700-B Power Curber - slipform 57B03060131709 | New Jersey | - | book value | |
| | 50.20 | 2014 WA-270 Loader WA-270 80375 | New Jersey | 145,495 | cost | |
| | 50.21 | 2013 IR/DOOSON Air Compressor P185WJD 447095UIWD75 | New Jersey | - | book value | |
| | 50.22 | 2013 LAY-MOR Sweeper - Rind on 8' 34635 | New Jersey | 16,527 | cost | |
| | 50.23 | 2011 DITCH WITCH Vermeer RT55 Trencher CMWRT55HPB555 | New Jersey | 45,604 | cost | |
| | 50.24 | 2014 MAGNUM Magnum Pro Generator 35KW | New Jersey | - | book value | |
| | 50.25 | 3 20 Yard Dumpsters | New Jersey | - | book value | |
| | 50.26 | 1 15 Yard Dumpster | New Jersey | - | book value | |
| | 50.27 | Tools | New Jersey | - | book value | |
| | 50.28 | Metal Barrier Forms | New Jersey | 250,000 | cost | |
| | | | | 1,450,248 | | 353,903 |
| | | | | 2,373,552 | | 507,525 |

| Debtor | **Assuncao Bros., Inc.** | Case number *(If known)* | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Assuncao Bros., Inc.** | Case number *(If known)* | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$45,840.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$2,429,116.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,373,552.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | **$4,848,508.00** | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$4,848,508.00** |

**Fill in this information to identify the case:**

Debtor name      **Assuncao Bros., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **22-16159 (CMG)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Chrysler Capital**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2019  JEEP  Jeep Grand Cherokee**<br>**1C4RJFCGXKC552817** | **$15,127.00** | **$25,500.00** |

**2.1  Chrysler Capital**
Creditor's Name

**PO Box 961275**
**Fort Worth, TX 76161**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/23/2018**
Last 4 digits of account number
**4316**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2019  JEEP  Jeep Grand Cherokee**
**1C4RJFCGXKC552817**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2  GM Financial**
Creditor's Name

**PO Box 183593**
**Arlington, TX 76096-3834**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**02/16/2018**
Last 4 digits of account number
**9658**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**2017  CHEVY  Silverado Crew 4WD 3500 Crew**
**1GC4KYCGOHF247577**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$4,970.00**    Value of collateral: **$30,000.00**

| Debtor | **Assuncao Bros., Inc.** | | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **GM Financial** |
|---|---|

Creditor's Name

**PO Box 183593
Arlington, TX 76096-3834**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
02/16/2018**

**Last 4 digits of account number
9692**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2017  CHEVY  Mechanic Utility Silverado**
**1GC3KYCGOHZ403921**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,263.00          $25,000.00

---

| 2.4 | **GM Financial** |
|---|---|

Creditor's Name

**PO Box 183593
Arlington, TX 76096-3834**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
01/10/2018**

**Last 4 digits of account number
1522**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2018  CHEVY  Z 71 Silverado**
**1GCVKREC2JZ120466**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,693.00          $32,000.00

---

| 2.5 | **GM Financial** |
|---|---|

Creditor's Name

**PO Box 183593
Arlington, TX 76096-3834**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2020  CHEVY  Chevy Colorado**
**1GCHTBEA6L1100755**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

$20,363.00          $26,000.00

---

Debtor    **Assuncao Bros., Inc.**
Name

Case number (if known)    **22-16159 (CMG)**

---

**Date debt was incurred**
**10/28/2020**
**Last 4 digits of account number**
**1710**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **GM Financial** | | |
|---|---|---|---|

Creditor's Name

**PO Box 183593**
**Arlington, TX 76096-3834**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/01/2020**
**Last 4 digits of account number**
**7986**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2020  GMC  GMC Sierra**
**3GTU9FEL2LG385302**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$49,357.00    $40,000.00

---

| 2.7 | **GM Financial** | | |
|---|---|---|---|

Creditor's Name

**PO Box 183593**
**Arlington, TX 76096-3834**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**09/11/2017**
**Last 4 digits of account number**
**1588**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2021  CHEVY  Tahoe  1GNSKTKL8MR113229**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$49,786.00    $72,000.00

---

| 2.8 | **IRS - Department of Treasury** | | |
|---|---|---|---|

Describe debtor's property that is subject to a lien

$33,872.47    $0.00

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

Creditor's Name

**PO Box 145595
Cincinnati, OH 45250**
Creditor's mailing address

**Federal Tax Lien**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Komatsu Financial Limited
Partnership** | Describe debtor's property that is subject to a lien | $132,171.00 | $160,000.00 |
|---|---|---|---|---|

Creditor's Name

**8770 W Bryn Mawr Ave.,
Suite 100
Chicago, IL 60631**
Creditor's mailing address

**Filing No. 55131216
KOMATSU PC138USLC-11 Hydraulic
Excavator s/n 59033**

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
4/11/21**

**Last 4 digits of account number
1252**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1
0 | **Komatsu Financial Limited
Partnership** | Describe debtor's property that is subject to a lien | $91,628.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**8770 W Bryn Mawr Ave.,
Suite 100
Chicago, IL 60631**
Creditor's mailing address

**2021    Komastsu Dozer C-39**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
07/30/2021**

**Last 4 digits of account number**

---

| Debtor | Assuncao Bros., Inc. | | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|---|
| | Name | | | |

**1024**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Kubota Credit Corporation, U.S.A.** | Describe debtor's property that is subject to a lien | **$46,491.00** | **$40,000.00** |

Creditor's Name

**P.O. Box 2046
Grapevine, TX 76099**

Creditor's mailing address

Creditor's email address, if known

**Filing No. 54064522
KUBOTA SVL95-2SHFC
KBCZ063CPL1B50411Skid Steer**

Describe the lien

**UCC Financing Statement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**5/30/20**

Last 4 digits of account number
**0263**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Manasquan Bank** | Describe debtor's property that is subject to a lien | **$1,299,717.00** | **Unknown** |

Creditor's Name

**2221 Landmark Place
Attn:  Erin Pensabene
Manasquan, NJ 08736**

Creditor's mailing address

**epensabene@manasquan. bank**

Creditor's email address, if known

**Filing No. 51297541
Lien on all of Debtor's property**

Describe the lien

**UCC Financing Statement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**7/21/20 (Continued)**

Last 4 digits of account number
**4448**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | **$500,000.00** | **Unknown** |

---

| Debtor | **Assuncao Bros., Inc.** | | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| Creditor's Name | **Filing No. 55218535** | |
| **2 North 20th Street, Suite 320** | **All tangible and intangible Personal Property** | |
| **Birmingham, AL 35203** | | |
| Creditor's mailing address | Describe the lien | |
| | **UCC Financing Statement** | |
| **NJSOSUCCFILINGSV3@SC SGLOBAL.COM** | Is the creditor an insider or related party? | |
| | ☐ No | |
| Creditor's email address, if known | ☐ Yes | |
| | Is anyone else liable on this claim? | |
| **Date debt was incurred** | ☐ No | |
| **5/17/21** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **8149** | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | |
| ☐ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

| 2.1 4 | **VFS US LLC** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Filing No. 55131230** | | |
| | **P.O. Box 26131** | **2015 MACK GU713 Vin 2040** | | |
| | **Greensboro, NC 27402** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC Financing Statement** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☐ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **4/1/21** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **9268** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.1 5 | **Wells Fargo Vendor Financial Services LL** | Describe debtor's property that is subject to a lien | $118,423.00 | $195,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Filing No. 54009943** | | |
| | **P.O BOX 35701** | **Kobelco Excavator Hydraulic s/n YUO805553** | | |
| | **Billings, MT 59107** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC Financing Statement** | | |
| | **NJSOUCCFILINGS@CSCG LOBAL.COM** | Is the creditor an insider or related party? | | |
| | | ☐ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **5/18/20** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Debtor | Assuncao Bros., Inc. | | Case number (if known) | 22-16159 (CMG) |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16**

**Wells Fargo Vendor Financial Services LL**
Creditor's Name

P.O BOX 35701
Billings, MT 59107
Creditor's mailing address

NJSOUCCFILINGS@CSCGLOBAL.COM
Creditor's email address, if known

Date debt was incurred
**7/22/20**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**Filing No. 54539341**
**Kobelco Excavator Hydraulic s/n LF09010001**
**Kent Hammer Hydraylic s/n 08696**

**Describe the lien**
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$56,818.00        $105,000.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.17**

**Wells Fargo Vendor Financial Services LL**
Creditor's Name

600 South 4th Street
MAC N900-10
Minneapolis, MN 55415
Creditor's mailing address

NJSOUCCFILINGS@CSCGLOBAL.COM
Creditor's email address, if known

Date debt was incurred
**7/22/20**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**Filing No. 54896521**
**Dynapac Model CC1300 Asphal Roller s/n 10000334V0A00952**

**Describe the lien**
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$12,669.00        $17,000.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        $2,442,348.47

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Assuncao Bros., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **22-16159 (CMG)**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,000.00** | **$135,000.00** |
| **Department of Treasury**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |  |  |
| Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Payroll Taxes** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** | **$11,000.00** |
| **State of New Jersey**<br>**Division of Taxation**<br>**PO Box 281**<br>**Trenton, NJ 08695-0281** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |  |  |
| Date or dates debt was incurred<br>**July 2022** | Basis for the claim:<br>**Payroll Taxes** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58,000.00 | $58,000.00 |

**State of New Jersey**
**Department of Labor**
**John Fitch Plz**
**Trenton, NJ 08625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **June 30, 2022** | **Unemployment Insurance** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,530.00** |

**A. Azevedo Trucking**
**2730 Killian Place**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ABC Supply Co. Inc.**
**700 E. Lincoln Ave.**
**Rahway, NJ 07065-5712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$896.47** |

**Abreu Truck Service**
**283-299 Frelinghuysen Ave**
**Newark, NJ 07114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Accredited Analytical Resources, LLC**
**20 Pershing Avenue**
**Carteret, NJ 07008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |

**Acrow Corporation of America**
**181 New Road**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number  **4196**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number *(if known)* | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address

**Advanced Testing Company, Inc.**
**3348 Route 208**
**Campbell Hall, NY 10916**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,526.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**AIRGAS USA, LLC**
**PO Box 734445**
**Chicago, IL 60673-4445**

Date(s) debt was incurred _

Last 4 digits of account number  **0610**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$38.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**Allegiance Trucks**
**525 W Linden Ave**
**Linden, NJ 07036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.9** | Nonpriority creditor's name and mailing address

**Ally Bank**
**PO Box 9001948**
**Louisville, KY 40290**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **auto**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.10** | Nonpriority creditor's name and mailing address

**Ally Financial**
**P.O. Box 380901**
**Minneapolis, MN 55438**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.11** | Nonpriority creditor's name and mailing address

**American Express National Bank**
**c/o Doyle & Hoefs, LLC**
**2043 Springwood Road**
**Attn: Michael J. Hoefs, Esq.**
**York, PA 17403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Breach of Contract Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

**$216,390.58**

---

**3.12** | Nonpriority creditor's name and mailing address

**American Forensic Engineering**
**3030 North Rocky Point Dr. West**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address**

**AMEX**
**PO Box 1270**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number  **3005,2004**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.14** | **Nonpriority creditor's name and mailing address**

**Anchor an Oldcastle Company**
**331 Newman Springs Rd Ste 236**
**Red Bank, NJ 07701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Angella F. Procopio**
**19 Hollander Street**
**South River, NJ 08882**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,000.00**

---

**3.16** | **Nonpriority creditor's name and mailing address**

**ANS Consultants, Inc.**
**4405 South Clinton Ave.**
**South Plainfield, NJ 07080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.17** | **Nonpriority creditor's name and mailing address**

**Anthony Lucciola**
**51 Brookwood Road**
**Spotswood, NJ 08884**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.18** | **Nonpriority creditor's name and mailing address**

**Anthony Philip Enterprises**
**21 Dead River Road**
**Warren, NJ 07059**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.19** | **Nonpriority creditor's name and mailing address**

**Apple Coring & Sawing, LLC**
**350 Market Street**
**Kenilworth, NJ 07033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Assuncao Bros., Inc.** | | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$828.00**

**ASCO**
**Acetylene Supply Company**
 **475 Route 9 South**
**Woodbridge, NJ 07095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **2991**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Atlantic Health System**
 **PO Box 21385**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**AVS DESIGN INC.**
**228 Lackawanna Ave**
**Roosevelt Roads, PR 00742-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**B2W Software**
 **99 Bow Street Suite 500**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Barclay Brand Ferdon**
**PO Box 341**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Barclay Card**
**PO Box 1337**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Credit card purchases**

Last 4 digits of account number  **3841**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**BCI Truck, Inc.**
**356 Highway 31**
**Flemington, NJ 08822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Belleville Police Department**
**152 Washington Ave**
**Belleville, NJ 07109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Bernards Township Police**
**1 Collyer Lane**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Bernards Township Police**
**1 Collyer Lane**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,680.00**

**BJR Trucking LLC**
**363 Freehold Rd**
**Jackson, NJ 08527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$522,565.85**

**Black Rock Enterprises, LLC**
**1316 Englishtown Road**
**Old Bridge, NJ 08857**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Boa Hora Trucking, LLC**
**45 Charles Street**
**South River, NJ 08882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Boro of South Bound Brook**
**12 Main Street**
**South Bound Brook, NJ 08880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.34**

**Nonpriority creditor's name and mailing address**

**Borough Of Bernardsville**
**166 Minebrook Road**
**Bernardsville, NJ 07924**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.35**

**Nonpriority creditor's name and mailing address**

**Boss Landscaping, LLC**
**14 Maxim Court**
**Jackson, NJ 08527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Boswell Engineering**
**330 Phillips Ave**
**South Hackensack, NJ 07606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**Bowco Laboratories**
**75 Freeman Street**
**PO Box 1219**
**Woodbridge, NJ 07095-1219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Brent Material Company**
**325 Columbia Turnpike Suite 308**
**Florham Park, NJ 07932-1213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Bruce R Koerner Cranes & Equipment**
**400 Franklin Ave**
**Rockaway, NJ 07866**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Brucelli Advertising Co., Inc.**
**310 S. Blakely Street**
**Scranton, PA 18512**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Builders General**
PO Box 95
Little Silver, NJ 07739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Burlington County Regional Chamber of Commerce**
520 Fellowship Road, E-502
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,699.00** |

**Buy - Wise**
301 Vauxhall
Vauxhall, NJ 07088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$489.00** |

**C&H Bonding**
783 Riverview Drive
P.O. Box 324
Totowa, NJ 07512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cambria Companies**
PO BOX 51061
Newark, NJ 07101-5161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,696.00** |

**Campbell Foundry Company**
800 Bergen St.
Harrison, NJ 07029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Capital One**
 PO Box 71083
Charlotte, NC 28272-0885

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Credit card purchases**

Last 4 digits of account number  **7572,1285**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number *(if known)* | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address
**Capital Pix, LLC**
**22 Fifth St.**
**South River, NJ 08882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.49** | Nonpriority creditor's name and mailing address
**Caspert Managment CO.,Inc**
**11 Oxford Rd North**
**Caldwell, NJ 07006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.50** | Nonpriority creditor's name and mailing address
**CB Tech Support**
**1253 Springfield Ave. PMB 182**
**New Providence, NJ 07974**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.51** | Nonpriority creditor's name and mailing address
**CCLENJ**
**1670 NJ 34**
**Farmingdale, NJ 07727**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.52** | Nonpriority creditor's name and mailing address
**Cedar Hill Topsoil**
**127 Cedar Grove Lane**
**Somerset, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,311.00**

---

**3.53** | Nonpriority creditor's name and mailing address
**Cesario Construction Company, Inc**
**18 Birchwood Court**
**East Hanover, NJ 07936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$32,175.00**

---

**3.54** | Nonpriority creditor's name and mailing address
**Chase**
**Card Member Services**
**PO Box 1423**
**Charlotte, NC 28201**

Date(s) debt was incurred _

Last 4 digits of account number  **7351**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**City Of East Orange**
15 South Munn Avenue
East Orange, NJ 07018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Clayton Block**
PO Box 3015
Lakewood, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **0325**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CMC Truck Repair**
1500 Seymour Street South
South Plainfield, NJ 07080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CME Associates**
3141 Bordentown Ave.
Parlin, NJ 08859

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,838.00** |

**Cohen Seglias**
1600 Market Street 32nd floor
Attn: Accounts Receivable
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Colliers Engineering & Design, Inc**
331 Newman Springs Road Suite 203
Red Bank, NJ 07701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Comenity-Williams-Sonoma**
PO Box 659705
San Antonio, TX 78265-9705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **9057**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Construction Information Syst**
170 Kinnelon Road
Butler, NJ 07405

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Contech Engineered Solutions, LLC**
PO Box 936362
Atlanta, GA 31193-6362

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$37,196.00**

---

**3.64**

**Nonpriority creditor's name and mailing address**

**County Concrete Corp.**
PO BOX F
Kenvil, NJ 07847

Date(s) debt was incurred _

Last 4 digits of account number __sU01__

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$103,077.00**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**County of Essex**
Purchasing Dept.
465 Dr. Martin Luther King Blvd
Newark, NJ 07102

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**County Of Hudson**
Office of the Sheriff
567 Pavonia Ave. FL .3
Jersey City, NJ 07306

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**County of Hunterdon**
71 Main Ttreet Bldg.1
2nd FL
Flemington, NJ 08822-2900

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**County of Ocean**
Dept of Purchasing
101 Hooper Ave
Gaylordsville, CT 06755

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Assuncao Bros., Inc.** | | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Custom Bandag Inc.**
**401 East Linden Ave.**
**Linden, NJ 07036**

Date(s) debt was incurred _

Last 4 digits of account number  **7505**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$9,439.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**D&R Industrial Saw Co.**
**148 Rome Street**
**Newark, NJ 07105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,859.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Dan Swayze & Son Inc.**
**2351 Waldheim Ave**
**Scotch Plains, NJ 07076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$4,740.57**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Dayton Inspection Services, Inc.**
**118 Burrs Road C-1**
**Mount Holly, NJ 08060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$18,180.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Detectable Warning Products, Inc.**
**4600 Summerlin Rd C-2/ 421**
**Fort Myers, FL 33919**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Diamond Sand and Gravel**
**33 Demarest Road**
**Sparta, NJ 07871**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**Diamond Sand and Gravel, Inc.**
**c/o McELROY, DEUTSCH, MULVANEY**
**1300 Mount Kemble Ave.**
**Attn: Michael R. Morano**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Pending Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

**$129,944.00**

---

| Debtor | Assuncao Bros., Inc. | Case number (if known) | 22-16159 (CMG) |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DNJ Transport, LLC**
**PO Box 6819**
**Elizabeth, NJ 07202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dock Builders Local 1556**
**NYC & Vicinity Dist. Council of Carpente**
**395 Hudson Street 9th Floor**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,700.00 |
|---|---|---|---|

**Down's Tree Service**
**65 Royal Ave**
**Hawthorne, NJ 07506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Drobach Equipment Rental Co**
**2240 Route 22 East**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,824.00 |
|---|---|---|---|

**East Trading West Investments LL**
**DBA American Traffic & Street Sign**
**200 South Jefferson Street**
**Orange, NJ 07050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,072.00 |
|---|---|---|---|

**Eastern Concrete Materials Inc**
**250 Pehle Ave Plaza One, Suite 503**
**Saddle Brook, NJ 07663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.00 |
|---|---|---|---|

**EBF Enterprises LLC**
**PO Box 142**
**Hope, NJ 07844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number *(if known)* | **22-16159 (CMG)** |
|---|---|---|---|

---

**3.83** | **Nonpriority creditor's name and mailing address**
**EIC Group, LLC**
**420 Route 46 East Suite 1**
**Fairfield, NJ 07004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$243.95**

---

**3.84** | **Nonpriority creditor's name and mailing address**
**Elizabethtown Gas**
**PO Box 603**
**Bellmawr, NJ 08099-6031**

Date(s) debt was incurred _

Last 4 digits of account number  **6571,6330**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.85** | **Nonpriority creditor's name and mailing address**
**Elph Stone, Inc.**
**PO Box 228**
**High Bridge, NJ 08829**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.86** | **Nonpriority creditor's name and mailing address**
**EP Henry Corp**
**PO Box 822589**
**Philadelphia, PA 19182-2589**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.87** | **Nonpriority creditor's name and mailing address**
**Essex County Sheriff's Office**
**Special Services**
**50 West Market St.  Room 201**
**Attn: James Spango**
**Newark, NJ 07102**

Date(s) debt was incurred _

Last 4 digits of account number  **5055**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$98,890.00**

---

**3.88** | **Nonpriority creditor's name and mailing address**
**Extra Duty Solution**
**Seacoast Business Funding**
**PO Box 60479**
**Charlotte, NC 28260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$734.40**

---

**3.89** | **Nonpriority creditor's name and mailing address**
**EZ Auto Glass**
**322 US HWY 1**
**Edison, NJ 08817-4489**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**EZ PASS**
**PO Box 52009**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,374.00** |
|---|---|---|---|

**FAI-GON Electric, Inc.**
**140 Eleventh Street**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$108.00** |
|---|---|---|---|

**FedEx Freight**
**P.O. Box 223125**
**Pittsburgh, PA 15251-2125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ferriero Engineering, Inc.**
**180 Main St.**
**Chester, NJ 07930**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$229.00** |
|---|---|---|---|

**Ficor Company, Inc**
**PO Box 65**
**Ogdensburg, NJ 07439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,060.00** |
|---|---|---|---|

**Fitzgerald Formliners**
**1500 E. Chestnut Ave**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**FleetPride Truck & Trailer Parts**
**PO Box 847118**
**Dallas, TX 75284-7118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number *(if known)* | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.97** | **Nonpriority creditor's name and mailing address**

**Floor Coverings International**
**178 Route 206**
**Hillsborough, NJ 08844**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.98** | **Nonpriority creditor's name and mailing address**

**French & Parrello**
**1800 Route 34 Suite 101**
**Belmar, NJ 07719**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.99** | **Nonpriority creditor's name and mailing address**

**Gamka Equipment,Inc.**
**983 New Durham Road**
**Edison, NJ 08817**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

**3.100** | **Nonpriority creditor's name and mailing address**

**Garden State Bob Cat**
**999 Route 33**
**Freehold, NJ 07728**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101** | **Nonpriority creditor's name and mailing address**

**Garden State Precast Inc.**
**PO Box 702**
**Farmingdale, NJ 07727**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$459.00**

---

**3.102** | **Nonpriority creditor's name and mailing address**

**George Logan Towing**
**371 Old Georges Road North**
**North Brunswick, NJ 08902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103** | **Nonpriority creditor's name and mailing address**

**GM Financial**
**PO Box 183593**
**Arlington, TX 76096-3834**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Assuncao Bros., Inc.** | | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Great America Financial Services**
PO Box 660831
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GreenRock Recycling, LLC**
3 Frontage Road
Clinton, NJ 08809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HD Supply**
PO Box 4852
Orlando, FL 32802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,632.00** |
|---|---|---|---|

**Hedinger & Lawless L.L.C.**
23 Vreeland Rd Suite 150
Florham Park, NJ 07932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**High Tech Landscapes, Inc**
10 Culnen Drive
Somerville, NJ 08876

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,186.00** |
|---|---|---|---|

**Highway Equipment Co, of New Jersey, Inc**
PO Box 645866
Pittsburgh, PA 15264-5866

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Highway Traffic Control Inc.**
60 Moore Place
Belleville, NJ 07109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hodge Landscaping**
**7 Hickory Lane**
**North Brunswick, NJ 08902**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$393.00** |
|---|---|---|---|

**Holt Machinery Company**
**504 Raritan St.**
**Sayreville, NJ 08872-1429**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hoover Truck Centers**
**P.O. Box 719**
**Flanders, NJ 07836**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,016.00** |
|---|---|---|---|

**Horizon Blue Cross / Blue Shield of N**
**PO Box 10130**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HRRG**
**PO Box 8486**
**Pompano Beach, FL 33075**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Icon Equipment Distrubitors**
**300 Ryders Lane**
**East Brunswick, NJ 08816**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**IJA SOLUTIONS,LLC**
**5 Lyons Mall PMB 185**
**Humacao, PR 00792**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Assuncao Bros., Inc. | Case number (if known) | 22-16159 (CMG) |
|---|---|---|---|
| | Name | | |

---

**3.118** | Nonpriority creditor's name and mailing address

**Insurance Office of America**
1451 Route 34, Suite 101
Farmingdale, NJ 07727

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119** | Nonpriority creditor's name and mailing address

**International Bronze Plaque Co.**
17031 Alico Commerce Court #3
Fort Myers, FL 33967

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120** | Nonpriority creditor's name and mailing address

**Iron Workers Distict Local 399**
**Council Benefit and Pension Fund**
26 East Fleming Pike
Hammonton, NJ 08037

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121** | Nonpriority creditor's name and mailing address

**Ironworkers Local No. 11 Benefit Funds**
12 Edison Place
Springfield, NJ 07081

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Union**

Is the claim subject to offset? ■ No ☐ Yes

**$18,483.00**

---

**3.122** | Nonpriority creditor's name and mailing address

**IRS - Department of Treasury**
PO Box 7346
Philadelphia, PA 19101-7346

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123** | Nonpriority creditor's name and mailing address

**J.J. Keller & Associates, Inc.**
P.O. 6609
Carol Stream, IL 60197-6609

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124** | Nonpriority creditor's name and mailing address

**J.M. Santos Trucking, LLC**
24 North 9th Street
Kenilworth, NJ 07033

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Assuncao Bros., Inc. | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.125** Nonpriority creditor's name and mailing address

**J.W. Goodlife & Son,Inc.**
**PO Box 69034**
**Baltimore, MD 21264-9034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126** Nonpriority creditor's name and mailing address

**JCP&L**
**Box 3687**
**Akron, OH 44309-3687**

Date(s) debt was incurred _

Last 4 digits of account number  **2416**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127** Nonpriority creditor's name and mailing address

**Jerry's Towing and Diesel Repair**
**1156 Toms River Road**
**Jackson, NJ 08527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128** Nonpriority creditor's name and mailing address

**Jersey Coast Fire Equip**
**377 Asbury Road**
**Farmingdale, NJ 07727**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129** Nonpriority creditor's name and mailing address

**Jesco, Inc**
**118 St.Nicholas Avenue South**
**South Plainfield, NJ 07080-1892**

Date(s) debt was incurred _

Last 4 digits of account number  **ssun**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,350.00**

---

**3.130** Nonpriority creditor's name and mailing address

**JL Landscaping, LLC**
**630 Main Street, Suite C**
**Sayreville, NJ 08872**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131** Nonpriority creditor's name and mailing address

**JL Services**
**630 Main Street Suite C**
**Sayreville, NJ 08872**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Assuncao Bros., Inc.** | | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.132** | **Nonpriority creditor's name and mailing address**
**JM Ahle, Inc.**
**190 William St Suite 2D**
**South River, NJ 08882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$173,052.00**

---

**3.133** | **Nonpriority creditor's name and mailing address**
**John Deere Credit**
**PO Box 4450**
**Carol Stream, IL 60197-4450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134** | **Nonpriority creditor's name and mailing address**
**Jomig Investments**
**224C Forsgate Drive**
**Spotswood, NJ 08884**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135** | **Nonpriority creditor's name and mailing address**
**K&M Construction Services, LLC**
**6 Wilcox Ave**
**South River, NJ 08882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136** | **Nonpriority creditor's name and mailing address**
**Kathleen M. Oates-Levy**

Date(s) debt was incurred  **7-17-20**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**
**MID-L-004733-20**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137** | **Nonpriority creditor's name and mailing address**
**Kenco Corp.**
**170 PA -271**
**Ligonier, PA 15658**

Date(s) debt was incurred _

Last 4 digits of account number  **3905**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138** | **Nonpriority creditor's name and mailing address**
**KIII Surveying & Construction Services**
**4 Margo Place**
**Trenton, NJ 08620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,650.00**

---

| Debtor | Assuncao Bros., Inc. | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.139**

**Nonpriority creditor's name and mailing address**

**KobelCo Financial / Wells Fargo**
**Wells Fargo Vendor Financial Services**
**PO Box 07024**
**Philadelphia, PA 19176-0241**

Date(s) debt was incurred _

Last 4 digits of account number  **7244**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140**

**Nonpriority creditor's name and mailing address**

**Komatsu Northeast**
**32970 Collection Center Dr**
**Chicago, IL 60693-0329**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,530.00**

---

**3.141**

**Nonpriority creditor's name and mailing address**

**KTS Heavy Hauling Inc.**
**9 Pace Drive**
**Edison, NJ 08820**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142**

**Nonpriority creditor's name and mailing address**

**Kubota Credit Corporation, U.S.A.**
**PO Box 2046**
**Grapevine, TX 76099**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.143**

**Nonpriority creditor's name and mailing address**

**Lakewood Township Police**
**231 3rd Street**
**Lakewood, NJ 08701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144**

**Nonpriority creditor's name and mailing address**

**Lawson Products Inc.**
**PO BOX 734922**
**Chicago, IL 60673-4922**

Date(s) debt was incurred _

Last 4 digits of account number  **2912**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$569.00**

---

**3.145**

**Nonpriority creditor's name and mailing address**

**LC Equipment, Inc**
**PO Box 595**
**394 Route 49**
**Tuckahoe, NJ 08250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Assuncao Bros., Inc. | Case number (if known) | 22-16159 (CMG) |
|---|---|---|---|
| | Name | | |

---

**3.146**

**Nonpriority creditor's name and mailing address**
**Leisure Village Association**
**19 Buckingham Drive**
**Lakewood, NJ 08701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147**

**Nonpriority creditor's name and mailing address**
**Leon S. Avakian, Inc.**
**788 Wayside Road**
**Neptune, NJ 07753**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148**

**Nonpriority creditor's name and mailing address**
**Liberty Building Products**
**193 Christie Street**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number  **0329**

As of the petition filing date, the claim is: *Check all that apply.*    **$137,259.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149**

**Nonpriority creditor's name and mailing address**
**Lincoln Benefit Life Company**
**PO Box 856764**
**Minneapolis, MN 55485**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150**

**Nonpriority creditor's name and mailing address**
**Lisa Assuncao**
**29 Wood Ave**
**Edison, NJ 08820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151**

**Nonpriority creditor's name and mailing address**
**Lisbon Contractors**
**40 Coyle Street**
**Parlin, NJ 08859**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$5,040.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152**

**Nonpriority creditor's name and mailing address**
**Lisbon Trucking**
**40 Coyle Street**
**Parlin, NJ 08859**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,440.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$630.00**

**Lopes Trucking**
**390 Spring Valley Road**
**Old Bridge, NJ 08857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lorco Petroleum Services**
**450 South Front Street**
**Elizabeth, NJ 07202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**M&A Tree Service Inc.**
**150 West End Ave.**
**Somerville, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**M. Olivera Trucking, Inc**
**794 Parker Street**
**Newark, NJ 07104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Manasquan Bank**
**2221 Landmark Place**
**Manasquan, NJ 08736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number  **8456;3035**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mandelbaum Barrett**
**3 Becker Farm Road Suite 105**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mario's Heavy Equipment**
**78 Battleground Rd**
**Millstone Township, NJ 08535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.160** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Marlin Business Bank**
**PO Box 13604**
**Philadelphia, PA 19101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.161** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Martin Assuncao**
**29 Wood Ave**
**Edison, NJ 08820**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.162** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,650.00**

**Martin Contracting**
**PO Box 15**
**Verona, NJ 07044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Metropolitan Staple Corp**
**11 Brown Ave.**
**Springfield, NJ 07081**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,575.00**

**Michael's Towning Service**
**1153 Rahway Ave**
**Avenel, NJ 07001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.165** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mid-Atlantic Truck Center**
**525 W. Linden Ave**
**Aguas Buenas, PR 00703-6000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.166** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,017.00**

**Middlesex County Utilities Authority**
**Solid Waste Division**
**53 Edgeboro Road**
**East Brunswick, NJ 08816**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Assuncao Bros., Inc. | Case number (if known) | 22-16159 (CMG) |
|---|---|---|---|
| | Name | | |

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**Middlesex Properties, LLC**
**3947 Serenity Cirucle**
**Sarasota, FL 34235**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Middlesex Water Company**
**PO Box 826538**
**Philadelphia, PA 19182**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miller GMC**
**920 US -1**
**Woodbridge, NJ 07095**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Morris County, Purchasing Division**
**10 Court Street**
**Morristown, NJ 07960**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Motor Carrier Services**
**IRP Section**
**120 South Stockton Street**
**PO Box 178**
**Trenton, NJ 08666**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Najarian Associates**
**1 Industrial Way**
**Eatontown, NJ 07724**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Napco**
**P.O. BOX 234**
**Lyndhurst, NJ 07071**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.174** | **Nonpriority creditor's name and mailing address**

**National Fence Systems, Inc**
1033 Route 1
Avenel, NJ 07001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address**

**New Jersey American Water**
Box 371331
Pittsburgh, PA 15250-7476

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address**

**New Jersey Dept of Labor**
1 John Fitzh Way
Trenton, NJ 08625

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address**

**New Jersey Family Support Payment Center**
PO Box 4880
Trenton, NJ 08650

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address**

**New Jersey Turnpike Authority**
PO Box 24778
Tampa, FL 33623-4778

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address**

**Newark Police Department**
Outside Employment Unit
22 Franklin Street, 3rd Floor
Newark, NJ 07102

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address**

**Newark Steel Ironworks**
41 Frelinghuysen Ave
Newark, NJ 07114

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Assuncao Bros., Inc. | Case number (if known) | 22-16159 (CMG) |
|---|---|---|---|
| | Name | | |

---

**3.181** | **Nonpriority creditor's name and mailing address**

NGM Insurance Company
c/o MCELROY, DEUTSCH, MULVANEY, et al
1300 Mount Kemble Avenue
Attn: ADAM R. SCHWARTZ
Morristown, NJ 07962-2017

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  __Pending Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**$531,540.13**

---

**3.182** | **Nonpriority creditor's name and mailing address**

Nischwitz Ashbrook Energies Inc
223 Front Street
South Plainfield, NJ 07080

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,276.00**

---

**3.183** | **Nonpriority creditor's name and mailing address**

NJ American Water
1 Water Street
Camden, NJ 08102

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184** | **Nonpriority creditor's name and mailing address**

NJ Department of the Treasury
Div of Purchase & Property Contract
Compliance Audit Unit
Trenton, NJ 08625-0206

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185** | **Nonpriority creditor's name and mailing address**

NJ Division of Taxation
Bankruptcy Section
PO Box 295
Trenton, NJ 08695-0245

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.186** | **Nonpriority creditor's name and mailing address**

NJ Division of Taxation
Deferred Pmt Control Center
PO Box 190
Trenton, NJ 08695-0190

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.187** | **Nonpriority creditor's name and mailing address**

NJM Insurance Group
PO Box 1228
Trenton, NJ 08628

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NJMVC Revenue Processing Center**
**PO Box 008**
**Trenton, NJ 08646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,938.00**

**Nobel Equipment & Supplies**
**1920 US Hwy# 1**
**Linden, NJ 07036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,395.53**

**Northeast Carpenters Funds**
 **C/O Steve Schaefer**
 **Raritan Plaza II**
**91 Fieldcrest Ave.**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Northwestern Mutual Life Ins.**
**1201 Troy Schenectady Rd. Ste. 120**
**Latham, NY 12110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NYP Corp**
**805 East Grand St.**
**Elizabeth, NJ 07201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**OCA Benefit Services**
**3705 Quakerbridge Rd Suite 216**
**Trenton, NJ 08619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ocean County Engineering**
**129 Hooper Ave 2nd Floor**
**Toms River, NJ 08753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Assuncao Bros., Inc. | Case number (if known) | 22-16159 (CMG) |
|---|---|---|---|
| | Name | | |

---

**3.195** Nonpriority creditor's name and mailing address
**Oldcastle Infracture**
**P.O. BOX 416951**
**Boston, MA 02241-6951**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.196** Nonpriority creditor's name and mailing address
**Oli & Sons Trucking**
**51 King George Road**
**Warren, NJ 07059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197** Nonpriority creditor's name and mailing address
**Operating Engineers Local 825**
**65 Springfield Ave**
**Springfield, NJ 07081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Union Dues & Benefits**

Is the claim subject to offset? ■ No  ☐ Yes

**$177,349.00**

---

**3.198** Nonpriority creditor's name and mailing address
**Optimum**
**P.O. Box 371378**
**Pittsburgh, PA 15250-7378**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.199** Nonpriority creditor's name and mailing address
**P.M. Construction Corp.**
**1310 Central Ave**
**Hillside, NJ 07205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,026.00**

---

**3.200** Nonpriority creditor's name and mailing address
**Pasquale Casuscelli**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

**3.201** Nonpriority creditor's name and mailing address
**Peapack & Gladstone Police Department**
**1 School Street**
**PO Box 218**
**Peapack, NJ 07977-0218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Peckham Road Corp**
**375 Bay Rd. Suite 201**
**Queensbury, NY 12804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Penafiel Transport, LLC**
**14 La France Avenue**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Penn National Insurance**
**PO BOX 13746**
**Philadelphia, PA 19101-3746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192,775.00** |
|---|---|---|---|

**Pennsylvania Jersey Concrete**
**2819 Fire Road**
**Egg Harbor Township, NJ 08234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,223.00** |
|---|---|---|---|

**Photo Dynamics & Maintenance Corp.**
**367 Central Park Ave**
**Yonkers, NY 10704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,814.00** |
|---|---|---|---|

**Piscataway Police Department**
**555 Sidney Road**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Piscataway Twp Municipal Court**
**555 Sidney Road**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
| --- | --- | --- | --- |

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Poland Spring**
PO Box 856192
Louisville, KY 40285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6140**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,226.00**

**POWERPAK**
225 N. Route 303
Congers, NY 10920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89,500.00**

**Precast Systems, Inc**
57 Sharon Station Road
Allentown, NJ 08501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Precision Concrete Pumping, Inc.**
PO Box 6970
Albany, NY 12206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,762.00**

**Pro Green Management**
36 Pergola Ave
Monroe Township, NJ 08831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Progressive**
PO Box 7247-0311
Philadelphia, PA 19170-0311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Progressive Hydraulics Inc.**
2201 S. Clinton Ave
South Plainfield, NJ 07080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.216** Nonpriority creditor's name and mailing address

**Property Fence LLC**
**IND**
**Hillside, NJ 07205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217** Nonpriority creditor's name and mailing address

**PSE&G**
**PO Box 14444**
**New Brunswick, NJ 08906-4444**

Date(s) debt was incurred _

Last 4 digits of account number  **2006**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218** Nonpriority creditor's name and mailing address

**Pumping Services, Inc.**
**21 Lincoln Blvd.**
**PO Box 117**
**Middlesex, NJ 08846-0117**

Date(s) debt was incurred _

Last 4 digits of account number  **6261**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.219** Nonpriority creditor's name and mailing address

**Quality Truck Tire Repair Inc.**
**23 Queen Road**
**Iselin, NJ 08830**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$1,846.00**

---

**3.220** Nonpriority creditor's name and mailing address

**Quantum Software Solutions, Inc.**
**4228 St Lawrence Ave. #B**
**Reading, PA 19606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221** Nonpriority creditor's name and mailing address

**Ralph Clayton & Sons**
**PO Box 3015**
**Lakewood, NJ 08701**

Date(s) debt was incurred _

Last 4 digits of account number  **506**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$285,990.00**

---

**3.222** Nonpriority creditor's name and mailing address

**Raritan Pipe & Supply Co**
**Raritan Group Branch**
**100 Raritan Pipe & Supply Co**
**P.O. Box 10120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,098.00**

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|

---

**3.223**

**Nonpriority creditor's name and mailing address**

**Reis Trucking LLC**
**116 Coolidge Ave**
**Carteret, NJ 07008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.224**

**Nonpriority creditor's name and mailing address**

**Reme And Associates, LLC**
**20 Church Street**
**Allentown, NJ 08501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225**

**Nonpriority creditor's name and mailing address**

**Rent-A-Fence, Inc.**
**1033 Route One**
**Avenel, NJ 07001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226**

**Nonpriority creditor's name and mailing address**

**Republic - Abeco CC**
**5 Industrial Dr.**
**New Brunswick, NJ 08901**

Date(s) debt was incurred _

Last 4 digits of account number  **8438**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227**

**Nonpriority creditor's name and mailing address**

**Riva Trucking LLC**
**43 Wilson Ave**
**South River, NJ 08882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228**

**Nonpriority creditor's name and mailing address**

**Riverside Supply Co.**
**6 Washington Rd**
**Sayreville, NJ 08872**

Date(s) debt was incurred _

Last 4 digits of account number  **099**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.229**

**Nonpriority creditor's name and mailing address**

**Road Safety Systems LLC**
**12 Park Drive**
**Vincentown, NJ 08088**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,868.00**

---

| Debtor | Assuncao Bros., Inc. | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Roche Miseo Barchetto, LLC**
**99 Cherry Hill Road Suite 110**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,661.00** |
|---|---|---|---|

**Rockborn Trucking & Excavation, Inc**
**12 Taylor Road**
**Wharton, NJ 07885-1502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$687,868.66** |
|---|---|---|---|

**Roman Asphalt Corp.**
**32 O'Brien Street**
**Kearny, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**S&S Fleet Services**
**1156 Toms River Road**
**Jackson, NJ 08527**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**S. Komma & Company, LLC**
**4 Strawberry Lane**
**Monroe Township, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Safety Improvements, LLC**
**11925 Chesterville Road**
**Kennedyville, MD 21645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Samson Metal Service**
**P.O. Box 421**
**Dayton, NJ 08810-0421**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Assuncao Bros., Inc. | Case number (if known) | 22-16159 (CMG) |
|---|---|---|---|
| | Name | | |

---

**3.237** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

SBA Office of Disaster Assistance
14925 Kingsport RD
Fort Worth, TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Selective Insurance Company
Box 371468
Pittsburgh, PA 15250-7468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,923.00**

Serg Construction LLC
2 Camelot Drive
Monroe Township, NJ 08831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Serv - US, LLC
PO Box 325
Hackettstown, NJ 07840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Service Tire Truck Centers, Inc
3 Sutton Place
Edison, NJ 08817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

SF Systems Corporation
PO Box 2455
Edison, NJ 08818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$341,298.00**

Shore Systems Group, LLC
PO Box 188
Clarksburg, NJ 08510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Silva Recycling & Container Service**
**100 Riverside Ave.**
**Newark, NJ 07104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**SKY-HY Erectors & Equipment,Inc**
**456 Hollywood Avenue**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Somerset-Union Soil Conservation Distric**
**Somerset County 4-H Center**
**308 Milltown Rd.**
**Bridgewater, NJ 08807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**SouthEastern Stick Inc.**
**610 Quail Run**
**Oneonta, AL 35121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**StanleyPaving LLC**
**27 Erickson Ave.**
**Monroe Township, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of New Jersey Department of Labor**
**& WF Development Div Of Employer**
**Account**
**PO Box 929**
**Trenton, NJ 08646-0929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$257.00**

**State of NJ - DCA BFCE DORES**
**PO Box 663**
**Trenton, NJ 08464-0663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|---|
| | Name | | | |

**3.251**

**Nonpriority creditor's name and mailing address**
**State of NJ Dept. of Community Affairs**
**Bureau of Fire Code Enforcement**
**PO Box 809**
**Trenton, NJ 08625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.252**

**Nonpriority creditor's name and mailing address**
**Statewide Striping Corp.**
**499 Pomeroy Rd**
**Parsippany, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$82,535.00

---

**3.253**

**Nonpriority creditor's name and mailing address**
**Stavola Asphalt**
**PO Box 482**
**Red Bank, NJ 07701**

Date(s) debt was incurred _

Last 4 digits of account number **1865**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$34,979.00

---

**3.254**

**Nonpriority creditor's name and mailing address**
**Stavola Construction**
**PO Box 482**
**Red Bank, NJ 07701**

Date(s) debt was incurred _

Last 4 digits of account number **1865**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$38,710.00

---

**3.255**

**Nonpriority creditor's name and mailing address**
**Stavola Flemington Asphalt**
**PO Box 482**
**Red Bank, NJ 07701**

Date(s) debt was incurred _

Last 4 digits of account number **1865**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$82,863.00

---

**3.256**

**Nonpriority creditor's name and mailing address**
**Structural Services Inc.**
**3735 Kim St**
**Bethlehem, PA 18017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257**

**Nonpriority creditor's name and mailing address**
**Supra Construction, LLC**
**PO Box 521**
**South River, NJ 08882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Swenson Granite Works**
**292 South Main Street**
**Newtown, CT 06470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**T & M Associates**
**11 Tindall Road**
**Middletown, NJ 07748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**T.R. Weniger, Inc.**
**1900 New Brunswick Ave.**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,476.00** |
|---|---|---|---|

**Taylor Oil Co.**
**77 Second Street**
**PO Box 974**
**Somerville, NJ 08876-2915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **5555**

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TD Banknorth N.A.**
**PO Box 5700**
**Lewiston, ME 04243-5700**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Sherwin Williams Co.**
**226 Talmadge Rd.**
**Edison, NJ 08817-2824**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thermal Foams / Syracuse, Inc**
**PO Box 1981**
**Cicero, NY 13039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$281,666.00** |
|---|---|---|---|

**Tiffany Electric**
**5 Eastmans Rd**
**Parsippany, NJ 07054**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tiffany Electrical Company Signal**
**Control Products, Inc.**
**199 Evans Way**
**Somerville, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,538.00** |
|---|---|---|---|

**Tilcon New York Inc.**
**9 Entin Road**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$720.00** |
|---|---|---|---|

**TMT Transportation LLC**
**805 Dutchess Ln**
**Woodbridge, NJ 07095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Town of Kearney**
**402 Kearney Ave.**
**Kearny, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Township Of East Brunswick**
**1 Jean Walling Civic Center**
**East Brunswick, NJ 08816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54.00** |
|---|---|---|---|

**Township of Edison Division of Fire**
**100 Municipal Blvd**
**Edison, NJ 08817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,279.00 |
|---|---|---|---|

**Township Of Irvington Police Department**
**1 Civic Square**
**Irvington, NJ 07111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Township of Jackson**
**95 West Veterans Highway**
**Jackson, NJ 08527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Township Of Maplewood Police Department**
**4 Valley Street**
**Maplewood, NJ 07040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Township Of Millburn Engineering Dept**
**75 Millburn Avenue**
**Millburn, NJ 07041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Township of Monroe Department of Police**
**Municipal Complex 3 Municipal Plaza**
**Monroe Township, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Township of Montgomery**
**2261 Rt 206 Belle Mead**
**Belle Mead, NJ 08502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Township of Piscataway**
**455 Hoes Lane**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.279** | Nonpriority creditor's name and mailing address
**Traffic Lines, Inc.**
**5100 Asbury Rd**
**Farmingdale, NJ 07727**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,522.00**

---

**3.280** | Nonpriority creditor's name and mailing address
**Traffic Safety Services LLC**
**601 Hadley Road**
**PO Box 615**
**South Plainfield, NJ 07080**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.281** | Nonpriority creditor's name and mailing address
**TransEdge Truck Sales and Service**
**1407 Bulldog Drive**
**Allentown, PA 18104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.282** | Nonpriority creditor's name and mailing address
**Trench Technologies**
**PO Box 1854**
**Livingston, NJ 07039**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,524.00**

---

**3.283** | Nonpriority creditor's name and mailing address
**Tulnoy Lumber**
**1620 Webster Ave**
**Bronx, NY 10457**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,712.00**

---

**3.284** | Nonpriority creditor's name and mailing address
**ULMA Form Works, Inc.**
**16-00 Route 208 Suite LL4**
**Fair Lawn, NJ 07410**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,247.00**

---

**3.285** | Nonpriority creditor's name and mailing address
**Union Carpenters**
**91 Fieldcrest Ave**
**Edison, NJ 08837**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Union Dues and Benefits**

Is the claim subject to offset? ■ No ☐ Yes

**$145,908.00**

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

**3.286** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$673,577.00**

**Union Local- 472 Laborers**
**700 Raymond Blvd**
**Newark, NJ 07105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Union Dues and Benefits**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$335.00**

**United Rentals North America,Inc**
**PO Box 100711**
**Atlanta, GA 30384-0711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7575**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**United Site Services**
**PO Box 130**
**Keasbey, NJ 08832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**USTP**
**231 St.Nicholas Avenue**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5930**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**UVM Medical Center**
**Payment Deptartmen**
**O BOX 1854**
**Brattleboro, VT 05302-1854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Vail Industrial & Supply**
**3606 Kennedy Rd**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Verizon**
**PO Box 16801**
**Newark, NJ 07101-6801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,240.00** |
|---|---|---|---|

**Verizon Connect NWF, Inc.**
**PO Box 975544**
**Dallas, TX 75397-5544**

Date(s) debt was incurred _

Last 4 digits of account number  **002S**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Verizon Wireless Inc.**
**P.O. Box 408**
**Newark, NJ 07101-0408**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Visual Computer Solutions**
**4400 US 9 South Suite 3500**
**Freehold, NJ 07728**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vitelli Trucking Inc.**
**617 Joyce Kilmer Ave**
**New Brunswick, NJ 08901**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Volvo/Mack Financial**
**PO Box 7247-0236**
**Philadelphia, PA 19170-0236**

Date(s) debt was incurred _

Last 4 digits of account number  **4448**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Wayne's Tree Service**
**314 Grove Street**
**Somerville, NJ 08876**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Weldon Asphalt Inc.**
**141 Central Avenue**
**Westfield, NJ 07090-2189**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Assuncao Bros., Inc.** | Case number (if known) | **22-16159 (CMG)** |
|---|---|---|---|
| | Name | | |

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,482.00 |
|---|---|---|---|

**White Cap L.P.**
**PO Box 4852**
**Orlando, FL 32802-4852**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wright Express**
**PO BOX 6293**
**Carol Stream, IL 60197**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**York Fence Construction Co, Inc**
**100 Dukes Parkway East**
**Hillsborough, NJ 08844**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,569.00 |
|---|---|---|---|

**Zuccaro Inc.**
**64 Commerce St.**
**Garfield, NJ 07026**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Tonacchio, Spina & Compitello**<br>**788 Shrewsbury Ave., Suite 2209**<br>**Attn:  Amber Delaney, Esq.**<br>**Tinton Falls, NJ 07724** | Line  **3.243**<br><br>☐  Not listed. Explain ____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 204,000.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 5,803,568.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,007,568.14 |

---

**Fill in this information to identify the case:**

Debtor name    **Assuncao Bros., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **22-16159 (CMG)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest | **Contracts to be rejected and Contracts included in proposed sale of assets** | |
|         State the term remaining | | |
|     List the contract number of any government contract | | **See attached Schedules** |

**Attached Schedule to Schedule G**

| Counter Party | Executory Contract or Lease |
|---|---|
| Conti Consruction | Project - EWR - Newark Airport |
| Konkus Corporation | Project - Route 206 Doctors Way |
| Kyle Conti Construction | Project - Rt 577 |
| Ritacco Construction Inc. | Project - Route 3 Bridge over North Second |
| Ritacco Construction Inc. | Project - River Road CR 6220 Bridge |
| Schiavone Construction | Project - Bridge Deck Reconstruction |
| South State, Inc. | Project - Route 295 - Curb |
| South State, Inc. | Project - Adams Lane over Amtrak DP 21134 |
| Union Paving | Project - Route 3, Route 46 |
| Schiavone Construction | Project - Pulaski Skyway 2 |
| Schiavone Construction | Project - SC 15-0123 Rt 72 |
| Anselmi & DiCiccio, Inc. | Project - Route 22 |
| Anselmi & DiCiccio, Inc. | Project - NJ DOT 46 |
| Chrysler Capital | Equipment Lease - 2019 Jeep grand Cherokee |
| Earle Asphalt Inc. | Project - Improvments to Halls Mills Road |
| Essex County, NJ | Project - 9 Intersections, Various |
| Essex County, NJ | Project - 9 Intersections, Park Avenue |
| Hudson County, NJ | Project - JFK Blvd. Improvements |
| Hunterdon County, NJ | Project - Route 616 - Resurfacing and Drainage |
| Komatsu Financial | Equipment Lease - D39 PX-24 Dozer |
| Middlesex County, NJ | Project - Forsegate & Rossmore |
| Monmouth County, NJ | Project - U-15 Bridge Replacement |
| Monroe Township, NJ | Project - Matchaponix |
| Morristown Township, NJ | Project - AB-18-0315 Washington St |
| Ocean County, NJ | Project - Traffic Signal at Prospect and Massachusetts Ave. |
| Passaic County, NJ | Project - Kingland Road Bridge |
| Piscataway Township, NJ | Project - Drake Lane Improvements |
| Somerset County P.W. | Project - SC-17-0717 Pedestrian Safety |
| Somerset County P.W. | Project - Meeker Road |
| Wells Fargo Equiment Finance | Equipment Lease - DynaPac Roller |
| Z Brothers Concrete Contractors, Inc. | Project 0- Livingstone Ave. |

**Fill in this information to identify the case:**

Debtor name     **Assuncao Bros., Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **22-16159 (CMG)**

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Lisa Assuncao** | **29 Wood Ave**<br>**Edison, NJ 08820** | **Manasquan Bank** | ■ D   **2.12**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Lisa Assuncao** | **29 Wood Ave**<br>**Edison, NJ 08820** | **U.S. Small Business Administration** | ■ D   **2.13**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Martin Assuncao** | **29 Wood Avenue**<br>**Edison, NJ 08820** | **Manasquan Bank** | ■ D   **2.12**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Martin Assuncao** | **29 Wood Ave**<br>**Edison, NJ 08820** | **U.S. Small Business Administration** | ■ D   **2.13**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Lisa Assuncao** | **29 Wood Ave**<br>**Edison, NJ 08820** | **NGM Insurance Co Indemnity Agreements** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Assuncao Bros., Inc.** | Case number *(if known)* | **22-16159 (CMG)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

2.6  **Martin Assuncao**     **29 Wood Avenue**
**Edison, NJ 08820**

**NGM Indemnity Co.
Indemnity
Agreements**

☐ D _____
☐ E/F _____
☐ G _____

**Fill in this information to identify the case:**

Debtor name        **Assuncao Bros., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **22-16159 (CMG)**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$12,244,702.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | **Insurance Recovery** | **$386,531.00** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | **Payroll Protection Program** | **$875,760.00** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Assuncao Bros., Inc.**                                        Case number *(if known)* **22-16159 (CMG)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached schedule 1** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Attached Schedule** | | $0.00 | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Kathleen M. Oates-Levy v. Assuncao Brothers Inc.**<br>**MID-L-004733-20** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **White Cap LP d/b/a HD Supply Inc. v. Assuncao Bros Inc**<br>**MID-L-3655-22** | **Breach of Contract** | **SuperiorCourt of NJ, Middlesex County New Jersey** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Date | Name | Amount | Reason |
|------|------|--------|--------|
| 06/23/2022 | Credit Card - AMEX - 1009 | 22,298.73 | Credit card |
| 05/27/2022 | Credit Card - WEX | 12,112.16 | 6325 · Fuel - Vehicle |
| 06/29/2022 | Credit Card - WEX | 12,562.97 | 6325 · Fuel - Vehicle |
| 05/17/2022 | Equipment - Kobelco / Wells $4,082.40 | 4,082.40 | Lease |
| 06/15/2022 | Equipment - Kobelco / Wells $4,082.40 | 4,082.40 | Lease |
| 05/11/2022 | Equipment - Komatsu 138 Excavator | 3,887.37 | Lease |
| 06/13/2022 | Equipment - Komatsu 138 Excavator | 3,887.37 | Lease |
| 05/09/2022 | Equipment - Komatsu D39 Doz - $3524.16 | 3,524.16 | Lease |
| 06/09/2022 | Equipment - Komatsu D39 Doz - $3524.16 | 3,524.16 | Lease |
| 07/29/2022 | Fox Rothschild,LLP | 85,000.00 | Professional fees |
| 07/08/2022 | Fox Rothschild,LLP | 100,000.00 | Professional fees |
| 06/27/2022 | Hedinger & Lawless L.L.C. | 12,445.39 | Professional fees |
| 06/01/2022 | Insurance - Horizon BCBS | 7,120.21 | Insurance |
| 06/01/2022 | Insurance - Horizon BCBS | 488.19 | Insurance |
| 07/01/2022 | Insurance - Horizon BCBS | 342.93 | Insurance |
| 07/01/2022 | Insurance - Horizon BCBS | 5,016.34 | Insurance |
| 08/01/2022 | Insurance - Horizon BCBS | 342.93 | Insurance |
| 06/01/2022 | Insurance - NJM Insurance Group | 9,723.00 | Insurance |
| 07/01/2022 | Insurance - NJM Insurance Group | 9,723.00 | Insurance |
| 05/09/2022 | Insurance - Penn National Insurance | 7,306.66 | Insurance |
| 06/07/2022 | Insurance - Penn National Insurance | 7,306.74 | Insurance |
| 07/05/2022 | Insurance - Penn National Insurance | 28,604.00 | Insurance |
| 05/10/2022 | Jobs 4 Blue | 826.20 | 5055 · Police Traffic Control |
| 05/10/2022 | Jobs 4 Blue | 7,217.20 | 5055 · Police Traffic Control |
| 05/17/2022 | Jobs 4 Blue | 3,304.80 | 5055 · Police Traffic Control |
| 05/26/2022 | Jobs 4 Blue | 8,007.80 | 5055 · Police Traffic Control |
| 05/20/2022 | KCP advisory group | 5,000.00 | Professional fees |
| 06/01/2022 | KCP advisory group | 10,000.00 | Professional fees |
| 06/23/2022 | KCP advisory group | 11,068.64 | Professional fees |
| 07/29/2022 | KCP advisory group | 85,000.00 | Professional fees |
| 07/08/2022 | KCP advisory group | 100,000.00 | Professional fees |
| 05/24/2022 | Manasquan Bank - LOC Interest | 7,040.13 | 6400 · Interest - Line Of Credit |
| 06/24/2022 | Manasquan Bank - LOC Interest | 7,274.80 | 6400 · Interest - Line Of Credit |
| 05/20/2022 | Mandelbaum Barrett | 5,000.00 | Professional fees |
| 06/01/2022 | Mandelbaum Barrett | 12,776.50 | Professional fees |
| 06/23/2022 | Mandelbaum Barrett | 20,000.00 | Professional fees |
| 07/08/2022 | Mandelbaum Barrett | 20,000.00 | Professional fees |
| 06/23/2022 | Nobel Equipment & Supplies,Inc | 10,059.35 | Materials |
| 06/27/2022 | Pennsylvania Jersey Concrete | 32,223.25 | Materials |
| 05/04/2022 | R Lucas Construction | 12,750.00 | Subcontract |
| 05/12/2022 | R Lucas Construction | 12,500.00 | Subcontract |
| 05/19/2022 | R Lucas Construction | 17,750.00 | Subcontract |
| 05/26/2022 | R Lucas Construction | 15,500.00 | Subcontract |
| 06/02/2022 | R Lucas Construction | 14,750.00 | Subcontract |
| 06/23/2022 | R Lucas Construction | 18,000.00 | Subcontract |

| 06/30/2022 | R Lucas Construction | 14,500.00 | Subcontract |
| 07/07/2022 | R Lucas Construction | 8,500.00 | Subcontract |
| 07/13/2022 | R Lucas Construction | 18,500.00 | Subcontract |
| 05/17/2022 | Ruben Salgada | 5,964.89 | Employee Expense |
| 06/06/2022 | Ruben Salgada | 11,028.91 | Employee Expense |
| 06/30/2022 | Ruben Salgada | 2,074.11 | Employee Expense |
| 05/09/2022 | Sage Contractors | 1,386.13 | Materials |
| 05/17/2022 | Sage Contractors | 322.01 | Materials |
| 05/31/2022 | Sage Contractors | 566.18 | Materials |
| 06/17/2022 | Sage Contractors | 322.01 | Materials |
| 07/06/2022 | Sage Contractors | 244.17 | Materials |
| 06/23/2022 | State of New Jersey | 17,365.56 | 2401 · Payroll Liabilities |
| 06/23/2022 | State of New Jersey | 3,159.87 | 2401 · Payroll Liabilities |
| 06/24/2022 | State of New Jersey | 2,268.89 | 2401 · Payroll Liabilities |
| 06/27/2022 | State of New Jersey | 2,738.01 | 2401 · Payroll Liabilities |
| 06/30/2022 | State of New Jersey | 3,241.56 | 2401 · Payroll Liabilities |
| 06/30/2022 | State of New Jersey | 3,045.63 | 2401 · Payroll Liabilities |
| 06/30/2022 | State of New Jersey | 3,050.76 | 2401 · Payroll Liabilities |
| 06/30/2022 | State of New Jersey | 2,800.25 | 2401 · Payroll Liabilities |
| 06/30/2022 | State of New Jersey | 3,086.07 | 2401 · Payroll Liabilities |
| 07/05/2022 | State of New Jersey | 26,932.98 | 2402 · Payroll Liabilities |
| 07/06/2022 | State of New Jersey | 3,084.28 | 2401 · Payroll Liabilities |
| 05/17/2022 | Trench Technologies | 41,828.01 | Subcontract |
| 05/23/2022 | Union - Local 399 Annuity Fund | 9,084.42 | Union benefits |
| 06/02/2022 | Union - Local 399 Annuity Fund | 7,860.47 | Union benefits |
| 06/24/2022 | Union - Local 399 Annuity Fund | 5,325.70 | Union benefits |
| 05/23/2022 | Union - Local 399 W&P | 14,688.00 | Union benefits |
| 06/02/2022 | Union - Local 399 W&P | 12,744.00 | Union benefits |
| 06/24/2022 | Union - Local 399 W&P | 8,640.00 | Union benefits |
| 05/27/2022 | Union Local- 472 Laborers | 20,000.00 | Union benefits |
| 06/23/2022 | Union Local- 472 Laborers | 20,000.00 | Union benefits |
| 06/23/2022 | United States Treasury | 16,069.22 | 2401 · Payroll Liabilities |
| 06/23/2022 | United States Treasury | 18,265.18 | 2401 · Payroll Liabilities |
| 06/24/2022 | United States Treasury | 13,068.50 | 2401 · Payroll Liabilities |
| 06/27/2022 | United States Treasury | 15,816.36 | 2401 · Payroll Liabilities |
| 06/27/2022 | United States Treasury | 106.58 | 2401 · Payroll Liabilities |
| 06/30/2022 | United States Treasury | 19,056.76 | 2401 · Payroll Liabilities |
| 06/30/2022 | United States Treasury | 17,760.22 | 2401 · Payroll Liabilities |
| 06/30/2022 | United States Treasury | 18,498.54 | 2401 · Payroll Liabilities |
| 06/30/2022 | United States Treasury | 16,612.84 | 2401 · Payroll Liabilities |
| 06/30/2022 | United States Treasury | 18,078.72 | 2401 · Payroll Liabilities |

| Type | Date | Memo | Credit |
|------|------|------|--------|
| Bill Pmt -Ch | 8/11/2021 | Auto 1 | 677.68 |
| Bill Pmt -Ch | 9/13/2021 | Auto 1 | 677.68 |
| Bill Pmt -Ch | 10/12/2021 | Auto 1 | 677.68 |
| Bill Pmt -Ch | 11/1/2021 | Auto 1 | 677.68 |
| Bill Pmt -Ch | 12/13/2021 | Auto 1 | 677.68 |
| Check | 1/12/2022 | Auto 1 | 677.68 |
| Check | 2/14/2022 | Auto 1 | 677.68 |
| Check | 3/14/2022 | Auto 1 | 677.68 |
| Check | 4/12/2022 | Auto 1 | 677.68 |
| Check | 5/12/2022 | Auto 1 | 677.68 |
| Check | 6/14/2022 | Auto 1 | 677.68 |
| Bill Pmt -Ch | 8/31/2021 | Auto 2 Lease | 1,174.00 |
| Bill Pmt -Ch | 11/2/2021 | Auto 2 Lease | 2,348.00 |
| Bill Pmt -Ch | 5/11/2022 | Capital One Credit Card | 959.57 |
| Bill Pmt -Ch | 5/18/2022 | Capital One Credit Card | 2,900.40 |
| Bill Pmt -Ch | 6/17/2022 | Capital One Credit Card | 276.91 |
| Bill Pmt -Ch | 7/6/2022 | Capital One Credit Card | 312.29 |
| Bill Pmt -Ch | 8/11/2021 | Amex Credit Card | 8,409.52 |
| Bill Pmt -Ch | 9/10/2021 | Amex Credit Card | 11,518.04 |
| Bill Pmt -Ch | 10/26/2021 | Amex Credit Card | 10,000.00 |
| Bill Pmt -Ch | 10/28/2021 | Amex Credit Card | 21,300.69 |
| Bill Pmt -Ch | 11/11/2021 | Amex Credit Card | 5,000.00 |
| Bill Pmt -Ch | 12/16/2021 | Amex Credit Card | 1,500.00 |
| Bill Pmt -Ch | 12/22/2021 | Amex Credit Card | 8,513.47 |
| Check | 2/17/2022 | Amex Credit Card | 5,986.22 |
| Check | 2/28/2022 | Amex Credit Card | 10,000.00 |
| Check | 3/22/2022 | Amex Credit Card | 5,753.87 |
| Check | 3/29/2022 | Amex Credit Card | 6,945.51 |
| Check | 4/20/2022 | Amex Credit Card | 16,677.59 |
| Check | 6/23/2022 | Amex Credit Card | 22,298.73 |
| Bill Pmt -Ch | 8/11/2021 | Amex Credit Card 2 | 7.64 |
| Bill Pmt -Ch | 9/10/2021 | Amex Credit Card 2 | 2,482.90 |
| Bill Pmt -Ch | 10/20/2021 | Amex Credit Card 2 | 1,379.19 |
| Check | 1/14/2022 | Amex Credit Card 2 | 115.28 |
| Bill Pmt -Ch | 8/11/2021 | Barclay Credit Card | 9,964.23 |
| Bill Pmt -Ch | 8/25/2021 | Barclay Credit Card | 15,000.00 |
| Bill Pmt -Ch | 9/2/2021 | Barclay Credit Card | 15,000.00 |
| Bill Pmt -Ch | 9/10/2021 | Barclay Credit Card | 22,885.79 |
| Bill Pmt -Ch | 10/7/2021 | Barclay Credit Card | 5,000.00 |
| Bill Pmt -Ch | 10/14/2021 | Barclay Credit Card | 5,000.00 |
| Bill Pmt -Ch | 10/26/2021 | Barclay Credit Card | 5,000.00 |
| Bill Pmt -Ch | 10/27/2021 | Barclay Credit Card | 15,000.00 |
| Bill Pmt -Ch | 11/1/2021 | Barclay Credit Card | 5,000.00 |
| Bill Pmt -Ch | 12/1/2021 | Barclay Credit Card | 10,000.00 |
| Bill Pmt -Ch | 12/22/2021 | Barclay Credit Card | 15,000.00 |
| Bill Pmt -Ch | 9/2/2021 | Capital One Credit Card 2 | 5,000.00 |
| Bill Pmt -Ch | 9/10/2021 | Capital One Credit Card 2 | 16,551.58 |
| Bill Pmt -Ch | 11/10/2021 | Capital One Credit Card 2 | 5,000.00 |
| Bill Pmt -Ch | 12/22/2021 | Capital One Credit Card 2 | 5,000.00 |
| Check | 2/17/2022 | Capital One Credit Card 2 | 3,000.00 |
| Check | 3/15/2022 | Capital One Credit Card 2 | 10,000.00 |
| Check | 3/31/2022 | Capital One Credit Card 2 | 2,000.00 |
| Check | 4/20/2022 | Capital One Credit Card 2 | 3,983.13 |
| Check | 5/20/2022 | Capital One Credit Card 2 | 3.32 |
| Check | 6/23/2022 | Capital One Credit Card 2 | 2,000.00 |
| Bill Pmt -Ch | 8/10/2021 | Chase Credit Card | 2,119.23 |
| Bill Pmt -Ch | 9/1/2021 | Chase Credit Card | 4,452.46 |
| Bill Pmt -Ch | 10/28/2021 | Chase Credit Card | 6,958.39 |
| Bill Pmt -Ch | 11/11/2021 | Chase Credit Card | 755.32 |

| | | | |
|---|---|---|---|
| Bill Pmt -Ch | 12/22/2021 | Chase Credit Card | 480.9 |
| Check | 2/23/2022 | Chase Credit Card | 3,962.36 |
| Check | 3/31/2022 | Chase Credit Card | 5,369.54 |
| Check | 4/20/2022 | Chase Credit Card | 4,596.08 |
| Check | 5/20/2022 | Chase Credit Card | 500 |
| Bill Pmt -Ch | 8/10/2021 | Citibank Credit Card | 5.86 |
| Bill Pmt -Ch | 9/10/2021 | Citibank Credit Card | 282.02 |
| Bill Pmt -Ch | 10/12/2021 | Citibank Credit Card | 485.06 |
| Bill Pmt -Ch | 10/20/2021 | Citibank Credit Card | 1,303.18 |
| Bill Pmt -Ch | 11/11/2021 | Citibank Credit Card | 48.11 |
| Bill Pmt -Ch | 12/22/2021 | Citibank Credit Card | 888.66 |
| Check | 2/17/2022 | Citibank Credit Card | 5,535.63 |
| Check | 3/10/2022 | Citibank Credit Card | 1,098.35 |
| Check | 4/20/2022 | Citibank Credit Card | 3,448.79 |
| Check | 5/20/2022 | Citibank Credit Card | 500 |
| Check | 6/1/2022 | Citibank Credit Card | 3,086.17 |
| Check | 6/23/2022 | Citibank Credit Card | 1,411.12 |
| Bill Pmt -Ch | 8/11/2021 | Citibank Credit Card 2 | 469.31 |
| Bill Pmt -Ch | 9/10/2021 | Citibank Credit Card 2 | 564.65 |
| Bill Pmt -Ch | 10/19/2021 | Citibank Credit Card 2 | 2,916.47 |
| Bill Pmt -Ch | 11/10/2021 | Citibank Credit Card 2 | 1,577.49 |
| Bill Pmt -Ch | 12/22/2021 | Citibank Credit Card 2 | 2,706.54 |
| Check | 2/17/2022 | Citibank Credit Card 2 | 4,296.09 |
| Check | 3/22/2022 | Citibank Credit Card 2 | 2,196.25 |
| Check | 4/20/2022 | Citibank Credit Card 2 | 1,745.94 |
| Check | 6/23/2022 | Citibank Credit Card 2 | 4,453.44 |
| Bill Pmt -Ch | 8/17/2021 | Misc Credit Card | 77.95 |
| Bill Pmt -Ch | 11/12/2021 | Misc Credit Card | 470.73 |
| Bill Pmt -Ch | 12/21/2021 | Misc Credit Card | 517.47 |
| Bill Pmt -Ch | 1/31/2022 | Misc Credit Card | 14.65 |
| Bill Pmt -Ch | 3/4/2022 | Misc Credit Card | 37.45 |
| Bill Pmt -Ch | 6/30/2022 | Misc Credit Card | 481.56 |
| Check | 1/16/2022 | Wells Fargo Credit Card | 2,104.38 |
| Bill Pmt -Ch | 8/19/2021 | Life insurance | 9,210.79 |
| Bill Pmt -Ch | 9/1/2021 | Life insurance | 9,210.79 |
| Bill Pmt -Ch | 10/18/2021 | Life insurance | 9,210.79 |
| Bill Pmt -Ch | 11/23/2021 | Life insurance | 9,210.79 |
| Bill Pmt -Ch | 12/21/2021 | Life insurance | 9,210.79 |
| Check | 1/19/2022 | Life insurance | 9,210.79 |
| Check | 2/22/2022 | Life insurance | 9,210.79 |
| Check | 3/21/2022 | Life insurance | 9,210.79 |
| Check | 4/19/2022 | Life insurance | 9,210.79 |
| Check | 5/19/2022 | Life insurance | 9,210.79 |
| Check | 6/22/2022 | Life insurance | 9,210.79 |
| Bill Pmt -Ch | 5/9/2022 | Miscellaneous Eye Care | 144 |
| Paycheck | 9/3/2021 | Lisa Marie Assuncao | 795.39 |
| Bill Pmt -Ch | 1/17/2022 | Martin Assuncao | 281.49 |
| Paycheck | 9/3/2021 | Martin Assuncao Payroll | 2,850.81 |
| Paycheck | 1/21/2022 | Martin Assuncao Payroll | 2,850.13 |
| Paycheck | 1/27/2022 | Martin Assuncao Payroll | 2,850.13 |
| Paycheck | 2/3/2022 | Martin Assuncao Payroll | 2,850.13 |
| Paycheck | 2/10/2022 | Martin Assuncao Payroll | 2,850.13 |
| Paycheck | 2/18/2022 | Martin Assuncao Payroll | 2,850.13 |
| Paycheck | 2/24/2022 | Martin Assuncao Payroll | 2,850.13 |
| Paycheck | 3/3/2022 | Martin Assuncao Payroll | 2,850.97 |
| Paycheck | 3/10/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 3/18/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 3/24/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 3/31/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 4/8/2022 | Martin Assuncao Payroll | 2,867.11 |

4.1 - Schedule of Payments to Insiders

| Paycheck | 4/15/2022 | Martin Assuncao Payroll | 2,867.11 |
|---|---|---|---|
| Paycheck | 4/22/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 4/29/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 5/5/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 5/12/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 5/20/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 5/27/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 6/3/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 6/10/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 6/17/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 6/23/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 6/30/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 7/8/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 7/15/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 7/22/2022 | Martin Assuncao Payroll | 2,867.11 |
| Paycheck | 7/29/2022 | Martin Assuncao Payroll | 2,867.11 |
| Bill Pmt -Ch | 5/31/2022 | Miscellaneous Medical  - Dental | 1,411.00 |

587,582.38

Note: The payments made on behalf of owners/insiders is reported based on description
This analysis is presented for bankruptcy disclosure purposes only, not applicable for any other purpose, all other rights are reserved.

| Debtor | **Assuncao Bros., Inc.** | | Case number *(if known)* | **22-16159 (CMG)** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **American Express National Bank v. Martin Assuncao and Assuncao Bros Inc a/k/a Assuncao Brothers**<br>**SOM-L-637-22** | **Breach of Contract** | **Superior Court of NJ, Sommerset County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Black Rock Enterprises, LLC v. Assuncao Brothers, Inc. d/b/a Assuncao Bros. Inc.; Martin Assuncao; NGM Insurance Company; John Does 1 - 5; and ABC Corporations 1 - 5**<br>**MID-L-3010-22** | **Breach of Contract** | **Superios Court of NJ, Middlesex County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **NGM Insurance Company v. Assuncao Bros., Inc.; Martin Assuncao and Lisa Assuncao**<br>**MID-L-3042-22** | **Contractural Indemnification** | **Superior Court of NJ, Middlesex County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Diamond Sand and Gravel, Inc. d/b/a Sparta Redimix v. Assuncao Brothers, Inc. and Martin Assuncao**<br>**MRS-L-2649-21** | **Breach of Contract** | **Superior Court of NJ, Morris County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Eastern Concrete Materials, Inc. v. Assuncao Brothers, Inc.; Martin Assuncao; Lisa Assuncao**<br>**BER-L-4076-22** | **Breach of Contract** | **Superior Court of NJ, Bergen County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Trustee of the Ironworkers Local 11 Benefit Funds and Training Facility v. Assuncao Brothers, Inc.**<br>**UNN-L-2184-22** | **Breach of Contract** | **Superior Court of NJ, Union County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor   **Assuncao Bros., Inc.**                                    Case number *(if known)*  **22-16159 (CMG)**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Flood Loss** | **$386,531.00** | **August 2021** | **$386,531.00** |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fox Rothschild LLP**<br>**49 Market Street**<br>**Morristown, NJ 07960** | | **7/8/22**<br>**$100,000**<br>**7/29/22**<br>**$85,000** | **$185,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Mandelbaum Barrett** | | **1/21/22 -**<br>**10,000**<br>**5/9/22 -**<br>**$17,776.50**<br>**6/23/22 -**<br>**$20,000**<br>**7/8/22 -**<br>**$20,000** | **$67,776.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Assuncao Bros., Inc.**                                    Case number *(if known)* **22-16159 (CMG)**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | | | 02/22/2022 -$10,000 03/24/2022 - $5,329 03/25/2022 - $5,000 04/15/2022 - $6,366.05 05/09/2022 - $24,899.89 05/23/2022 - $1,168.75 06/17/2022 - $3,875.00 07/08/2022 - $100,000 07/29/2022 - 85,000 | |
| | **KCP Advisory Group** | | | $241,638.78 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankrupties** |
|---|---|

15. **Health Care bankrupties**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Assuncao Bros., Inc. | Case number *(if known)* **22-16159 (CMG)** |
|---|---|---|

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Debtor | Assuncao Bros., Inc. | Case number *(if known)* | 22-16159 (CMG) |
|---|---|---|---|

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

| Debtor | Assuncao Bros., Inc. | Case number (if known) | 22-16159 (CMG) |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **S. Komma & Company, LLC**<br>**4 Strawberry Lane**<br>**Monroe Township, NJ 08831** | **2019-2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Bruno Simonelli** | |
| 26c.2.   **Melanie Perhacs** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Manasquan Bank**<br>**PO Box 60052**<br>**Newark, NJ 07101** |
| 26d.2.   **Wells Fargo Bank** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Martin Assuncao** | **29 Wood Ave**<br>**Edison, NJ 08820** | **President and CEO** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lisa Assuncao** | **29 Wood Ave**<br>**Edison, NJ 08820** | **Secretary** | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

Debtor    **Assuncao Bros., Inc.**                                          Case number *(if known)*  **22-16159 (CMG)**

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Union Pension Fund** | **EIN:** |

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 19, 2022**

**/s/ Martin Assuncao**                                        **Martin Assuncao**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President and Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes