| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**McElroy, Deutsch, Mulvaney<br>& Carpenter, LLP**<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075<br>Adam R. Schwartz, Esq.<br>Gary D. Bressler, Esq.<br>Scott A. Levin, Esq.<br>Virginia T. Shea, Esq.<br>aschwartz@mdmc-law.com<br>gbressler@mdmc-law.com<br>slevin@mdmc-law.com<br>vshea@mdmc-law.com<br>Telephone: (973) 993-8100<br>Facsimile: (973) 425-0161<br><br>*Attorneys for NGM Insurance Company* | |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>                            Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159 CMG |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on August 21, 2022, *NGM Insurance Company's Objection to the Debtor's Motion for Entry of Order (I) Authorizing the Sale of Certain of the Debtor's Assets to Vollers Excavating and Construction Inc., (II) Approving Settlement, (III) Authorizing Debtor to Enter Into Subcontracts With Vollers For Certain Non-Bonded Projects, and (IV) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases [Docket No. 25]* was e-filed by CM/ECF and served on all parties registered to receive notification of such filings.

Additionally, the following parties were served by e-mail:

| | |
|---|---|
| Joseph J. DiPasquale, Esq.<br>FOX ROTHSCHILD LLP<br>jdipasquale@foxrothschild.com<br><br>*Counsel for the Debtor* | Curtis M. Plaza, Esq.<br>RIKER DANZIG LLP<br>cplaza@riker.com<br><br>*Counsel for Manasquan Bank* |
| Louis A. Modugno, Esq.<br>TRIF & MODUGNO LLC<br>lmodugno@tm-firm.com<br><br>*Counsel for the DIP Lender, Vollers Excavating and Construction, Inc.* | Maggie H. McGee, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>Maggie.mcgee@usdoj.gov<br><br>*United States Trustee* |
| Scott S. Rever, Esq.<br>GENOVA BURNS LLC<br>srever@genovaburns.com<br><br>*Subchapter V Trustee* | |

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Gary D. Bressler*
Gary D. Bressler
Attorneys for NGM Insurance Company
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075
(215) 557-2900