# **EXHIBIT B**

# FURNITURE, FIXTURES & EQUIPMENT
# SUMMARY APPRAISAL

# ASSUNCAO BROTHERS. INC.
29 North Wood Avenue
Edison, New Jersey 08820

*Forced Liquidation Value Appraisal*
*Fair Market Value Appraisal*

Prepared By:



11 Oxford Road
North Caldwell, New Jersey 07006

**Inspection Date: February 8, 2022**
**Effective Date: March 28, 2022**

**Lead Appraiser: Ronald M. Caspert, CAI**

**CMC CASPERT**
MANAGEMENT CO. INC.
Since 1921 **AUCTIONEERS & APPRAISERS**

| | | |
|---|---|---|
| RONALD M. CASPERT, C.A.I. | 11 OXFORD ROAD | FOUNDERS: |
| MITCHELL CASPERT | NORTH CALDWELL, NJ 07006 | SAMUEL CASPERT |
| KENNETH CASPERT | | *(1899-1979)* |
| VINCENT BILA | TEL: (201) 871-1600 | HERBERT B. CASPERT |
| DAVID D'AMICO | www.caspert.com | *(1931-2014)* |

March 28, 2022

**ASSUNCAO BROTHERS. INC.**
**Martin Assuncao**
29 North Wood Avenue
Edison, New Jersey 08820

Concerning Appraisal **Of**:
> **ASSUNCAO BROTHERS. INC.**
> 29 North Wood Avenue
> Edison, New Jersey 08820

Dear Mr. Assuncao:

In accordance with your request, we have appraised the Furniture, Fixtures and Equipment of **ASSUNCAO BROTHERS. INC.,** 29 North Wood Avenue, Edison, New Jersey 08820. The inspection was completed on 8 February 2022. The effective date of this report is 1 March 2022.

## COVID-19 Pandemic and the Market

- Appraisers should take care not to put themselves in harm's way while completing their assignments. Appraisers are advised to consult with their medical practitioners if they have concerns about exposure to the virus, and they should decline assignments if they feel their own health would be put at risk.
- An important part of any appraisal assignment is analysis of market conditions. The coronavirus threat may be impacting market conditions. However, in most markets it is not yet clear to what extent, if any, market conditions are affected.
- Market analysis includes observing market reactions. This analysis becomes more complicated when market participants themselves are facing uncertainty.
- Appraisal reports should include a discussion of market conditions, and so mention the Coronavirus outbreak and its possible impact. However, it is not appropriate to include a disclaimer or extraordinary assumption that suggests the appraiser is not taking responsibility for analysis of market conditions.

After a thorough analysis, in our opinion, the total **FORCED LIQUIDATED VALUE** of the Furniture, Fixtures and Equipment, as of the effective date of this report is:

**TWO MILLION FOUR HUNDRED SEVENTY-SEVEN THOUSAND THREE HUNDRED FIFTY DOLLARS**
**$ 2,477,350.00**

After a thorough analysis, in our opinion, the total **FAIR MARKET VALUE** of the Furniture, Fixtures and Equipment, as of the effective date of this report is:

**TWO MILLION NINE HUNDRED FIFTY-SIX THOUSAND SEVEN HUNDRED FIFTY DOLLARS**
**$ 2,956,750.00**

## IDENTIFICATION OF THE PROPERTY

The personal property appraised in this report is located at **ASSUNCAO BROTHERS. INC.,** 29 North Wood Avenue, Edison, New Jersey 08820 as well as worksites in Newark and Clifton, New Jersey. A listing of the Furniture, Fixtures and Equipment is included in this report.

## PURPOSE

The purpose of this appraisal is to provide an evaluation that estimates the Forced Liquidated and Fair Market Values of the Furniture, Fixtures and Equipment of **ASSUNCAO BROTHERS. INC.,** 29 North Wood Avenue, Edison, New Jersey 08820 which is for financial purposes. This report is solely for the information of and for assistance to **ASSUNCAO BROTHERS. INC.,** for the purpose stated herein and may not be used by or referred to, in whole or in part, in any communication to other parties without prior written consent of Caspert Management Co., Inc. Caspert Management Co., Inc. has retained a copy of this report, and the original notes from which it was prepared. Similarly, it is the firm's policy not to disclose the names of any clients (unless authorization is granted) for a period of seven years from the appraisal date.

## SCOPE OF WORK

The data collected in the course of research and analysis included: market data from used equipment dealers that sell comparable equipment, consultation with auctioneers and liquidators of comparable equipment, industry data bases and in-house data bases.

## CONCLUSION

This report is written in conformity with the Uniform Standards of professional Appraisal Practice initially published October 27, 1987 (Standards and Statements most recently revised January 1, 2021) with Advisory Opinions published through December 31, 2021 by the Appraisal Foundation; and in accordance with the supplemental standards; Principles of Appraisal practice and Code of Ethics authorized June 30, 1968 and most recently revised January 1, 2021 by the American Society of Appraisers. The limiting conditions attached to this report are an integral part of this appraisal. If you have any questions concerning this appraisal or require further information, please feel free to contact me at your convenience. It was a pleasure to work on this assignment.

Respectfully submitted,
CASPERT MANAGEMENT CO., INC.

*Ronald M Caspert, CAI*

Ronald M. Caspert, CAI
President, Appraisal Division

# *APPRAISAL*

This is to certify that I, Ronald M. Caspert

Of     Caspert Management Co., Inc.                            Tel:(201)871-1600
      11 Oxford Road                                  www.caspert.com
      North Caldwell, New Jersey 07006          e-mail:rcaspert@caspert.com

Am an Associate Member of the American Society of Appraisers. I have no present or prospective interest in the subject property and have no personal interest or bias with respect to the parties involved.

Concerning Appraisal **For:**
      **ASSUNCAO BROTHERS. INC.**
      29 North Wood Avenue
      Edison, New Jersey 08820

Concerning Appraisal **Of**:
      **ASSUNCAO BROTHERS. INC.**
      29 North Wood Avenue
      Edison, New Jersey 08820

We have made an examination of **ASSUNCAO BROTHERS. INC.,** 29 North Wood Avenue**,** Edison, New Jersey 08820. This is an appraisal with information given to me deeming it correct and accurate of:

## **CONSTRUCTION EQUIPMENT**

My compensation is not contingent upon an action or event resulting from the analyses, opinions, or conclusions in or the use of, this report.

In my opinion, **as of March 2022** the values are:

### <u>TOTAL VALUE:</u>

**FORCED LIQUIDATION VALUE……...……….……$ 2,477,350.00**
**FAIR MARKET VALUE………..…..……………...$ 2,956,750.00**

``````````````````````````````````````````````````````````````````````````````````````````````````

Subject to the following enclosures: Definition of Value, Definition of Terms, Method of Appraisal, Procedures, Factors Affecting Valuation, Standards, Assumptions & Limiting Conditions.

Signed      *Ronald M Caspert, CAI*

      Ronald M. Caspert, CAI, Appraiser
      Date: March 28, 2022

## FACTORS AFFECTING VALUATION

In engagements requiring Forced Liquidated Value and Fair Market Value the appraiser has considered market and depreciation factors including (but not limited to) the following:

**ECONOMIC OBSOLESCENCE** – Impairment of desirability or useful life arising from factors external to the property.  Such as economic forces or environmental changes which affect supply and demand relationships in the market.  Loss in use and value of a property arising from economic obsolescence is to be distinguished from loss in value from physical deterioration and functional obsolescence, (both of which are due to factors inherent in the property.)  Economic Obsolescence is also referred to as Location or Environmental Obsolescence.

**FUNCTIONAL OBSOLESCENCE** – Impairment of functional capacity or efficiency. Functional Obsolescence reflects the loss in value brought about by sun factors as over capacity, inadequacy, and changes in the art, that affect the property item itself or its relationship with other items comprising a larger property.  The inability of a structure to perform adequately the function for which it is currently employed.   Technological Obsolescence is one type of functional obsolescence.

**PHYSICAL DETERIORATION** – A reduction in utility resulting from an impairment of physical condition; a loss in value resulting from "wear and tear" in operation. Also, See:"depreciation" on Definition of Terms Page.

**NORMAL USEFUL LIFE** – The period over which an item of equipment may reasonably be expected to perform the function for which it was designed or intended.  One of the key elements influencing the Normal Useful Life of an asset is the maintenance and repair policy of the owner / operator.  In the absence of visual evidence to the contrary, we have assumed that the equipment has received a program of routine maintenance consistent with that which is recommended by the various manufacturers.  In estimating the Normal Useful Life of various classes of equipment, we have relied upon the Iowa University School of Engineering useful life studies, U.S. Treasury Department publication #456, and Marshall Valuation Service.

**RELOCATION COST** – All costs to disconnect, move, transport, and reinstall the item. (This may include rigging, new foundation, hook up of services, technical support and testing costs.)



4

**ASSUNCAO BROTHERS, INC.**                                          as of March 2022

## PROCEDURES

1. PERSONAL PROPERTY – Tangible things capable of ownership, not classified as realty, (including furniture, fixtures, equipment, machinery, inventories, vehicles, precious metals, gems, evidence of debt & money).

2. MACHINERY AND EQUIPMENT – The physical facilities available for production, including the installation and service facilities appurtenant, together with all other equipment designed for/or necessary to its manufacturing and industrial purposes, regardless of the method of installation and including those items of furniture and fixtures necessary for the administration and proper operations of the enterprise.

3. MARKET – With reference to the purpose and function of this appraisal, the market researched is the most common one which is both reasonable and appropriate for the sale of the item(s) in question.

4. Unless otherwise noted, a physical (VISUAL) INSPECTION was conducted by the appraiser.  It is beyond the scope of this engagement to conduct testing, authentication, proving geniuses or provenance of the tangible property.

5. During IDENTIFICATION, the appraiser noted the name, manufacturer, model & serial number of the equipment, if observable.

6. CONDITION is assumed to be "in good working order", unless otherwise noted. Normal wear and tear is not specifically noted.  The appraiser uses the following terms.
   EXCELLENT            85% to 100% of original condition
   GOOD                 60% to 85%
   FAIR                 40% to 60%
   POOR                 15% to 40%
   SCRAP                0%  to 15%

7. One or more of the following SOURCES OF DATA were used.
   - Client records including invoices of recent purchases
   - Catalogues or direct conversations with manufacturers
   - Trade publications, Websites including pricing guides
   - Current Auction Sales of similar equipment (including Buyer's Premium)
   - Current Sales or offers to sell by dealers (new & used)
   - Proprietary Data Base



5

**ASSUNCAO BROTHERS, INC.**                                    *as of March 2022*

## METHOD OF APPRAISAL

Consideration has been given to the following three methods of appraisal:
**COST & MARKET APPROACH WERE USED IN THIS REPORT**

**COST APPROACH** – This approach is based on the premise that the informed purchaser would pay no more for an asset than the cost of producing a substitute property with the same utility as the subject property. It considers that the maximum value of a property to a knowledgeable buyer would be the amount currently required to construct or purchase a new asset of equal utility. The cost approach is sometimes used when future benefits associated with the ownership of an Individual asset are difficult or impossible to quantify.

**MARKET APPROACH** – This approach involves the collection of market data meaningful to the subject equipment being appraised. The primary intent of the market approach is to estimate the value of the equipment based on recent sales or offerings of similar equipment. Because the comparable equipment sold is not the same as the asset being appraised, adjustments must be made to the sale price to reflect the differences.

**INCOME APPROACH** – This approach considers value in relation to the present worth of future benefits expected to be derived from ownership and is often measured through the capitalization of a specific level of income.

## DEFINITIONS OF TERMS

**ACQUISITION APPRAISAL** – An appraisal for market value of a property to be condemned and taken for some public use and purpose by a governmental body or other duly authorized condemning authority.

**APPRAISAL** – An estimate and opinion of value.  The act or process of estimating value. Usually, a written statement of the appraiser's opinion of value of an adequately described item as of a specified date. (Note: synonym of Valuation)

**DEPRECATION** – A loss from the upper limit of value.  An effect caused by deterioration and/or obsolescence.



**ECONOMIC LIFE** – The estimated period over which it is anticipated that an item may profitability be utilized.  The period over which a machine will yield a return on the investment. Through usually less, this period can never exceed the physical life of the item.

**EFFECTIVE AGE** – The number of year of age that is indicated by the condition of the item.

**FIXTURE** – (1)A tangible thing, which previously as personal property, and which has been attached to/or installed in land or a structure thereon n such a way as to become part of the real property. (2) Any none-portable lighting device which is more or less permanently built-in or attached securely to the wall and/or ceiling (3) The permanent parts of a plumbing system.

## DEFINITION OF VALUE

**REPRODUCTION COST-NEW** is the cost, at today's prices, to build an exact replica of the property being valued.  It assumes that the same quality and quantity of material and labor is utilized as when the property was built.

**REPLACEMENT COST-**  is the cost of replacing and existing property with one of equal utility, although the same materials or the same design may or may not be used, reflecting changes in technology, design, building techniques and costs. Most items can be replaced by its original piece, many times within a period of 12 years.

**FAIR MARKET VALUE** (as defined in U.S. Treasury Regulation 20.2031-ib) is "the price at which a property would change hands between a willing buyer and willing seller, neither being under any compulsion to buy or sell and both having reasonable knowledge of relevant facts, as of a specific date…in the most common market…"(Note: this is the value most often used in sale, purchase, or business loans.  The IRS requires this value for gifts & charitable donations.)

**ORDERLY LIQUIDATION VALUE** means the cash proceeds of Inventory which could be obtained in an orderly liquidation (net of all liquidation expenses, costs of sale, operating expenses and retrieval and related costs), as determined pursuant to the most recent third-party appraisal of such Inventory delivered to Agent by an appraiser reasonably acceptable to Agent.

**FORCED LIQUIDATION VALUE** is the estimated gross dollar amount which could be typically realized at a properly advertised and conducted public auction held under forced sale conditions, with a sense of urgency, and under present day economic conditions, as of a specific date.

**SCRAP VALUE** is the amount that may be realized if property is sold for its material content, as opposed to further productive use.



**SALVAGE VALUE** is the expected residual value of an asset at the end of its economic life.

**GOING CONCERN VALUE** is the value existing in a proven operating property, considered as an entity with business established, above that of a property complete and ready to operate but without business.

Source of definitions (other than Fair Market Value): American Society of Appraisers Machinery and Equipment Committee initially March 11, 1984 (revised 2021)

## STANDARDS

1. This appraisal was prepared solely for the purpose and function stated on page one.  Any other use is unintended and may be accurate. The value conclusions are subject to the Assumptions and Limiting Conditions that follow.

2. In order to avoid any misunderstanding, this report must be used in its entirety.

3. This appraiser and his firm subscribe to the Code of Ethics of the American Society of Appraisers.

4. Unless otherwise stated, this appraisal is "as of" the date signed and based upon current information.  No opinion is expressed as to value at any future date.

5. Unless otherwise stated this is not a fractional appraisal.  An appraisal of an element of a whole property, considered by itself and ignoring its relation to the rest of the whole property would be a "fractional appraisal".

6. Unless otherwise stated this is not a hypothetical appraisal.  A hypothetical appraisal is one based on assumed conditions, which may be contrary to fact, improbable of realization or consummation.

7. Unless otherwise stated this appraisal excludes raw material inventories, work-in-process, finished goods, molds, jigs, specialized dies, computer software, stationery and supplies.

8. Unless otherwise stated, the valuations listed in this appraisal do not include consideration of Sales Tax, Excise or other Taxes.



**ASSUNCAO BROTHERS, INC.**                                    as of March 2022

## ASSUMPTIONS and LIMITING CONDITIONS

1. No responsibility is assumed for matters that are legal in character, nor is any opinion rendered as to title. The title of the subject property is assumed to be good and marketable. The property has been appraised free and clear of all encumbrances and liens.

2. No consideration has been given to the ability of the appraised assets to generate a satisfactory return on investment.

3. Information furnished by others is assumed to be reliable, but is not guaranteed by this appraiser or Caspert Management Co., Inc.

4. The appraiser is not required to give testimony, be present in any court or at any other hearing, by reason of this appraisal, unless prior arrangements have been made with the appraiser; and within a reasonable time in advance.

5. Possession of this report, or copy thereof, does not include the right of publication without written consent of the appraiser. This report in its entirety or any part thereof, including the identity of the appraiser or his firm, shall not be made public through advertising, public relations, news releases, or other distributive or information media without the written consent of Caspert Management Co., Inc.

6. The appraiser and his firm have no present or contemplated future interest in the subject property or any other interest that might tend to prevent making a fair and unbiased appraisal.

7. The fee established for the formulation and reporting of this appraisal has not been contingent upon the values or any other opinions presented.

8. In the event of error or omission, it is the client's responsibility to return all copies of this report to the writer for correction. No change shall be made by anyone other than the appraiser. The appraiser shall have no responsibility for any unauthorized to this appraisal.



**ASSUNCAO BROTHERS, INC.**                                    as of March 2022

## CERTIFICATION

In accordance with Standards Rule 8-3 of the Uniform Standards if Professional Appraisal Practice (2020-2021 edition) concerning personal property appraisal

<u>RONALD  M. CASPERT</u> states:

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analysis, opinions, and conclusions.

I have no present or prospective interest in the property that is the subject of this report and have no personal interest or bias with respect to the parties involved.

My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event, a requested minimum valuation, specific valuation, or the approval of a loan.

My analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice.

The American Society of Appraisers conduct continuing certification programs.  I am a Candidate Member status of the American Society of Appraisers as of the date of this report, I have completed the requirements under the continuing education programs, USPAP Certification, which is good till May 15, 2022 as well as the organizations to which I belong, and I am an associate member with the American Society of Appraisers through December 31, 2022.

I, Ronald M. Caspert of Caspert Management Co. Inc have made a personal inspection of the tangible assets in Edison, Newark & Clifton, New Jersey.

Signed *Ronald M Caspert, CAI*
          Ronald M. Caspert, CAI
          President, Appraisal Division



10

# American Society of Appraisers

11107 Sunset Hills, Suite 310, Reston, VA 20190

*Hereby awards*

## Ronald Caspert

*a certificate of completion for the following continuing education coursework*

## US015-OPP - 15-Hour USPAP Course for Personal Property, Gems & Jewelry and Machinery & Technical Specialties

*in accordance with the Society's bylaws and administrative rules*

Obtaining this Certificate of Completion is not a substitute for having achieved a professional appraisal designation. It is a certificate of completion only, in contrast to the award of a distinct professional credential which would be based on the requisite certification process. Accordingly, this Certificate does not connote authority for an individual to hold themselves out to the public or a specific client as a qualified appraiser, without having first obtained the requisite education, experience and background to achieve a professional designation in the specific appraisal discipline required for the subject engagement.

**Signed, Sealed and Attested**
**05/15/2020**

*Paul R. Cogley, Jr., ASA*
*ASA International Education Committee Chair*

*Bonny F. Price*
*Chief Operations Officer*

***Course Contact Hours:*** *14*

***CE Hours:*** *15*

## Assuncao Brohers., Inc.

| Item | Year - Make - Model | VIN | License Plate | Vehicle Number | OLV | FMV |
|------|---------------------|-----|---------------|----------------|-----|-----|
| | **Pick-Up Trucks** | | | | | |
| 1 | 2012 GMC Pick-up Truck Sierra 1500 | 1GTR1TEX1CZ169102 | X47KYT | 103 | 11000 | 12450 |
| 2 | 2012 GMC Pick-up Truck Sierra 1500 | 1GTR1TEX5CZ193340 | XFLV93 | 101 | 11000 | 12450 |
| 3 | 2018 Chevrolet Z 71 Silverado LT | 1GCVKREC2JZ120466 | XFBH44 | 104 | 32000 | 35000 |
| 4 | 2017 Chevrolet Mechanic Utility Silverado | 1GC3KYCG0HZ403921 | XFBH42 | 130 | 25000 | 30000 |
| 5 | 2021 Chevrolet Tahoe High Country | 1GNSKTKL8MR113229 | A80MSL | | 72000 | 81000 |
| 6 | 2017 Chevrolet Silverado Crew 4WD 3500 Crew | 1GC4KYCG0HF247577 | XFBH43 | 131 | 30000 | 36000 |
| 7 | 2008 GMC Pick-Up Truck Sierra 2500 Rack | 1GTHK24K68E130321 | XR637T | 122 | 9500 | 11000 |
| 8 | 2016 Chevrolet Chevy Colorado | 1GCGTBE30G1344288 | XDRK37 | 100 | 21000 | 25000 |
| 9 | 2019 Jeep Jeep Grand Cherokee | 1C4RJFCGXKC552817 | XGRU71 | 102 | 25500 | 28000 |
| 10 | 2020 Chevrolet Colorado | 1GCHTBEA6L1100755 | XJFU18 | | 26000 | 29000 |
| 11 | 2020 GMC Sierra Denali | 3GTU9FEL2LG385302 | C58NAN | | 40000 | 45000 |
| | **Tool Trucks** | | | | | |
| 12 | 2015 Chevrolet Silverado 3500 -Crew Cab | 1GC4CYCG3FF106402 | XCGX76 | 127 | 37500 | 42000 |
| 13 | 2015 Chevrolet Silverado 3500-Crew Cab | 1GC4CYCG9FF149626 | XCGX99 | 129 | 37500 | 42000 |
| 14 | 2014 Ford Van/Box E -350 | 1FDWE3FL3EDB19509 | XDAK45 | 128 | 11000 | 13500 |
| 15 | 2001 Ford  Truck F-250 - | 1FTNW20F81EA50105 | XABB55 | 119 | 4000 | 4500 |
| 16 | 2001 Ford  Truck F-350 - Crew Cab Utility | 3FTSW30F51MA26606 | XABB54 | 120 | 4000 | 5000 |
| 17 | 2008 Chevrolet Van  3500 Express | 1GBHG31K981158931 | XP712G | 121 | 5500 | 7000 |
| 18 | 2013 GMC 3500 2WD Crew - Pipe Truck | 1GT412CG5DF136548 | XARU70 | 125 | 37000 | 43000 |
| 19 | 2015 GMC 3500 Crew Cab 2WD | 1GT411CG6FF161567 | XBZX44 | 126 | 39000 | 45000 |
| 20 | 2011 Chevrolet Pick-up Truck 2500 HD w/ Plow | 1GC0KVCG0BF113558 | XABB57 | 124 | 17500 | 20000 |
| | **Form Trucks / Flatbeds** | | | | | |
| 21 | 1996 International Form Truck-4700  - Red (White) | 1HTSCAAN4TH353334 | AN438A | 220 | 3000 | 3500 |
| 22 | 2003 International Tow Truck-4900 | 1HTMKAAN93H601153 | AN439A | 228 | 11000 | 12500 |
| 23 | 1995 International Form Truck 4700 | 1HTSLACM9SH615447 | AN440A | 222 | 2700 | 3500 |
| 24 | 2008 International 4300 Durastar - tandem | 1HTMSAARX8H648444 | XBRJ40 | 232 | 32000 | 37000 |
| 25 | 1995 Mack Elite CL-613 - Tractor | 1M2AD37Y8SW002208 | AP905K | 230 | 27000 | 30000 |

| Item | Year - Make - Model | VIN | License Plate | Vehicle Number | OLV | FMV |
|------|---------------------|-----|---------------|----------------|-----|-----|
| | **Dump Trucks** | | | | | |
| 26 | 2008 Sterling 750 Dump Truck | 2FZAASBS28AZ77848 | AS543N | 224 | 42000 | 45,000.00 |
| 27 | 1999 International 4900 Dump Truck | 1HTSDAAN5XH622895 | AN442A | 226 | 21000 | 26000 |
| 28 | 2000 Mack RD series | 1M2P270C7YM051118 | XCJC38 | 234 | 43000 | 47000 |
| 29 | 1999 Mack RD series | 1M2P267C3XM047338 | AT261S | 238 | 23000 | 27000 |
| 30 | 2016 Western Star 4700 SB | 5KKMAXDV2GLHM1452 | AS208X | 236 | 110000 | 130000 |
| 31 | 2015 Mack  GU713 Granite | 1M2AX09C7FM022040 | XKJC58 | 240 | 115000 | 135000 |
| | **Mason Dumps** | | | | | |
| 32 | 1995 International 4700 T444E Mason Dump | 1HTSMABMXSH221941 | XCJB84 | 112 | 9000 | 12000 |
| 33 | 2000 Ford Mason Dump F350 | 1FDWF37F2YEA23536 | X4239A | 116 | 16000 | 23000 |
| 34 | 2006 GMC Mason Dump C-5500 | 1GDE5C1206F410212 | XBLE89 | 117 | 25000 | 31000 |
| 35 | 2006 International  DT466 Mason Dump - 4300 LP | 1HTMMAAK56H267207 | XCMC38 | 114 | 31000 | 35000 |
| 36 | 2007 Chevrolet Mason Dump-Kodiak C4500 | 1GBE4C1917F417793 | XP711G | 115 | 15000 | 18500 |
| 37 | 1995 International Rack Body 444E | 1HTSMABM6SH217840 | XCJB85 | 113 | 8000 | 10000 |
| 38 | 2008 Ford Ford F350 Rack | 1FDWF35528ED75817 | XP428M | 123 | 5000 | 7000 |
| | **Trailers** | | | | | |
| 39 | 1981 Tonco Trailer | A20HS581721 | 751TGR | 402 | 3000 | 4000 |
| 40 | 2002 Eager Beaver Trailer | 112H8V3232L059960 | TJU90J | 403 | 16000 | 20000 |
| 41 | 2014 Eager Beaver - Low Boy Trailer | 112SD2500EL078823 | TMC54B | 406 | 30000 | 35000 |
| 42 | 1992 Ditchwitch Trailer | 1DS0000B6N17J0910 | TNW58C | 405 | 3000 | 3500 |
| 43 | 2005 Magnum Trailer | 5AJWS16195B000195 | In Transit | 408 | 5500 | 7000 |
| 44 | 2019 Interstate 50DLA Trailer | 1JKDLA507KM017111 | TVP48N | 409 | 18000 | 23000 |
| | **Backhoes** | | | | | |
| 45 | 2011 John Deere 410J | 1T0410JXCB0195631 | | 305 | 45000 | 52500 |
| 46 | 2010 John Deere 310SJ | 1TO310SJVA0185705 | | 302 | 35000 | 40000 |
| 47 | 2000 John Deere 410 E | T0410EX881127 | | 301 | 27000 | 31000 |
| 48 | 2004 John Deere 410 G | T0410GX935897 | | 303 | 32000 | 37000 |
| 49 | 2015 John Deere 410 L | 1T0410LXLFF286564 | | 314 | 55000 | 62000 |
| | **Excavators** | | | | | |
| 50 | 2021 Komatsu PC 138 | PC138USLC-11 | | | 160000 | 175000 |

| Item | Year - Make - Model | VIN | License Plate | Vehicle Number | OLV | FMV |
|------|---------------------|-----|---------------|----------------|-----|-----|
| | **Excavators (Continued)** | | | | | |
| 51 | 2006 Komatsu PC 138 | KMTPC044L01001944 | | 313 | 30000 | 40000 |
| 52 | 2011 Komatsu PC 138 | KMTPC189K01026220 | | 307 | 85000 | 95000 |
| 53 | 2013 Komatsu PC 55 MR03 | KMTPC212L04016909 | | 308 | 27000 | 30,000 |
| 54 | 2020 Kubota Skid Steer SVL 95-2S | 63CPL1B50411 | | 309 | 40000 | 45000 |
| 55 | 2020 Kobelco Excavator SK85CS-7 | LF09010001 | | | 105000 | 125000 |
| 56 | 2020 Kobelco Excavator SK270SRLC-5 | YUO8-05553 | | | 195000 | 235000 |
| | **Miscellaneous** | | | | | |
| 57 | 2021 Komatsu  Dozer D-39 | | | | 125000 | 155000 |
| 58 | 2003 Yale Forklift | E187V21523A | | 506 | 4000 | 5000 |
| 59 | 2001 Bomag Dirt Roller | 13651012112 | | 310 | 6500 | 7500 |
| 60 | Dynapac CC1300 5-Ton Roller | 10000334V0A009592 | | | 17000 | 20000 |
| 61 | Bomag BVT 65 Tamper | 861834035168 | | | 750 | 1000 |
| 62 | North Star Pressure Washer | 10131929 | | | 1500 | 2000 |
| 63 | 1995 Sullivan Air Compressor 185 | 14141A | | 404 | 3500 | 4000 |
| 64 | 2006 5700-B Power Curber | 57B03060131709 | | 501 | 45000 | 50000 |
| 65 | 2014 WA-270 Loader | 80375 | | 315 | 50000 | 55000 |
| 66 | 2013 IR/Dooson Air Compressor P185WJD | 447095UIWD75 | | 405 | 11000 | 13000 |
| 67 | 2013 Lay-Mor Sweeper - Ride On 8' | 34635 | | | 10000 | 12000 |
| 68 | 2011 Ditch Witch Vermeer RT55 Trencher | CMWRT55HPB555 | | | 30000 | 37500 |
| 69 | 2014 Magnum Pro Generator 35KW, MMG35FHD | | 1403675 | | 20000 | 25000 |
| | **Containers** | | | | | |
| 70 | (3) 20-Yard Dumpsters | | | | 5250 | 7500 |
| 71 | (1) 15-Yard Container | | | | 350 | 400 |
| | **Tools** | | | | | |
| 72 | See Appendix A | | | | 41300 | 61950 |
| | **Barriers** | | | | | |
| 73 | Contents of Barrier Metal Forms | | | | | |
| | Basedon $800,000 Cost with information | | | | | |
| | provided by Assuncao Brothers - Info based on Request | | | | 160000 | 240000 |

14

| Total | 2477350 | 403900 |
|-------|---------|--------|

## Appendix A

| Item | Make | Model | S/N |
|------|------|-------|-----|
| 1 | Toro Electric Blower | Super Blowvac | |
| 2 | Ryobi Backpack Blower | BP42 | |
| 3 | Ryobi Backpack Blower | BP42 | |
| 4 | Ryobi Backpack Blower | BP42 | |
| 5 | Weedeater Blower | | |
| 6 | Porter Cable Transfer Pump | 331 | B59573296 |
| 7 | 3" High Volume Water Pump | | |
| 8 | 2" Water Pump Multiquip | | 677808 |
| 9 | 2" Water Pump Multiquip | | 696434 |
| 10 | Wacker Water Pump | PT3A | 5401925 |
| 11 | Wacker Water Pump | PT3A | 5401925 |
| 12 | Wacker Water Pump | PBT3A | 5381643 |
| 13 | Bosch Hammer Drill Maxi | RH540M | |
| 14 | Bosch Bulldog Xtreme | 11255VRS | 1173 |
| 15 | Bosch Bulldog Xtreme | 11255VRS | 1213 |
| 16 | Ridgid Drill Press | DP15501 | BS090201401 |
| 17 | Graco Magnum Airless Sprayer | Pro X7 | BA89003 |
| 18 | Titan Power Sprayer | 516120 | 516808 |
| 19 | Ridgid Big Shop Vac | WD18510 | 1301 R0886 |
| 20 | Rigid Shop Vac | E43484 | |
| 21 | Rigid Shop Vac | 4 Gallon | |
| 22 | Rigid Small Compressor | AP45 OB | 1024070002802 |
| 23 | Porter Cable Air Compressor | 10B Boss | 2464068200 |
| 24 | Kenco Barrier Clamp | 1L1 500 Special | SF12091302A5 |
| 25 | Concrete Tow Behind Paddle Mixer | | |
| 26 | Concrete Tow Behind Barrel Mixer | | |
| 27 | Toro Snowblower | 38785 | 20025760 |
| 28 | Toro Snowblower | 38583 | 310009849 |
| 29 | Toro Snowblower | 38757 | 408829691 |
| 30 | Toro Snowblower | 38180 | 5905209 |
| 31 | Toro Lawn Mower | PH-XTX675B013 | 4929602308 |
| 32 | Echo Hedge Trimmer | HC-152 | S94012040623 |
| 33 | Associated Battery Charger | 6006 | 1244451550 |
| 34 | Honda Screed Motor | | GX240-242 |
| 35 | Honda Screed Motor | | GX240-242 |
| 36 | Honda Screed Motor | | GX270-270 |
| 37 | Sand Blaster | | |
| 38 | Benner-Nawman Rebar Cutter | DC52X | 60745-1-07 |
| 39 | Diamond Rebar Bender | DBD-32X | |
| 40 | Honda Generator | EB5000X | |
| 41 | MQ Multiquip Generator | GA-3.6HA | T5713694 |
| 42 | MQ Multiquip Generator | GA-3.6HA | 5656965 |
| 43 | MQ Multiquip Generator | GA-3.6HA | 5656935 |

| 44 | Powermate 5500 Generator | PM0125500 | K21500062Q |
| 45 | TQ Portable Generator | TG32P12 | No Serial # |
| 46 | Makita Small Grinder | 9557NB | 1510980 |
| 47 | Makita Small Grinder | 9557NB | 1743086 |
| 48 | Makita Small Grinder | 9557NB | 131786 |
| 49 | Bosch Angle Grinder | 1873-8D | 990050131 |
| 50 | Bosch Angle Grinder | 1873-8D | 990050110 |
| 51 | Bosch Angle Grinder | 1873-8D | 990050111 |
| 52 | Milwaukee small grinder | 6146-30 | D02AD13303193 |
| 53 | Milwaukee small grinder | 6146-30 | D02AD13301338 |
| 54 | Milawaukee Small Grinder | 6146-30 | D02AD-11140060 |
| 55 | Milawaukee Small Grinder | | 627ED210508456 |
| 56 | Milawaukee Small Grinder | D62AD | 11140059 |
| 57 | Milawaukee Small Grinder | | C27ED210208770 |
| 58 | Milawaukee Small Grinder | | C27ED210509293 |
| 59 | Milawaukee Small Grinder | 9R31 | |
| 60 | Milawaukee Small Grinder | 9R31 | |
| 61 | Milawaukee Small Grinder | 9R31 | |
| 62 | Flex | LW1503 | D71711 |
| 63 | Hardin | WP 800 | |
| 64 | Dewalt | DWF4011 | |
| 65 | Dewalt | DWF4011 | |
| 66 | Top Con Pipe Laser | TP-C4B | UC3530 |
| 67 | Top Con Pipe Laser | TPL-3B | |
| 68 | Accuguard Rotating Laser | 1242 | 1015 |
| 69 | Topcon Laser Level | AT-B4A | |
| 70 | Topcon Laser Level | AT-B3A | |
| 71 | Topcon Laser Level | AT-B3A | |
| 72 | Topcon Laser Level | TPL 3B | PX0420 |
| 73 | Sonth Level | N132 | |
| 74 | Pentax Level | AL-6 | 518417 |
| 75 | Bomag Plate Tamper | BP-10/36-2 | 1.0122E+11 |
| 76 | Mikasa Plate Tamper | MVC-90A | K3013 |
| 77 | Mikasa Plate Tamper | MVC-90L | U7586 |
| 78 | Wacker Plate Tamper | WP 1550 | |
| 79 | Husqvarna Plate Tamper | LF75 | 20195000798 |
| 80 | Husqvarna Plate Tamper | LF75 | 20195000589 |
| 81 | Landa Pressure Washer | PHW4-20004 | P1204-9433 |
| 82 | North Star Pressure Washer | 15781520B | 10131929 |
| 83 | Powerease Powerwasher | P4013HJ | P-GCBDT-1268709 |
| 84 | Dewalt Pressure Washer | DXPW4035 | 5211077530 |
| 85 | Dewalt Pressure Washer | DXPW4035 | |
| 86 | Powerstroke Powerwasher | GC160 | AWL10S219 |
| 87 | Edco Saw with Wisconsin Engine | SS-65 & V465D1 | 3VX530/B65 & 450949 |
| 88 | Edco Saw with Honda Engine | SS20-20H | 120410672 |
| 89 | Husqvarna Chainsaw | 435 | 2012 3501949 |
| 90 | Partner Ring Saw | K950 | 968 30 51-00 04 2100067 |

| | | | |
|---|---|---|---|
| 91 | Husqvarna Ring Saw | K970 | 20155000008 |
| 92 | Husqvarna Ring Saw | K970 | 20152000042 |
| 93 | Stihl Concrete Chainsaw | GS461 | |
| 94 | Husqvarna Concrete Chainsaw | K960 | 2011 3700076 |
| 95 | Rigid Table Saw | TS24120 | 98287P0652 |
| 96 | Bosch Table Saw | TS7000 | 612213416 |
| 97 | Craftsman Table Saw | | |
| 98 | Stihl Demo Saw | TS420 | 168769893 |
| 99 | Stihl Demo Saw | TS800 | 176424591 |
| 100 | Stihl Demo Saw | TS420 | 16S559019 |
| 101 | All Pro Space Heater | 170T | WP070V1TM |
| 102 | Dynaglo Pro Space Heater | KFA125H | 1140AFF0024 |
| 103 | Dynaglo Pro Space Heater | KFA125H | 1140AFF0018 |
| 104 | Dynaglo Pro Space Heater | KFA125H | 2031AFF00034 |
| 105 | Dynaglo Pro Space Heater | KFA125H | 2025AFF00355 |
| 106 | Dynaglo Pro Space Heater | KFA75H | 1421AFF01660 |
| 107 | Gas Shop Heater | | |
| 108 | Gas Shop Heater | | |
| 109 | Honda CXH50 Backpack Vibrator | | CAN 006662862 |
| 110 | Honda Backpack Vibrator | | ACN006662862 |
| 111 | Honda 4 Stoke Vibrator | | GCAFK-1131779 |
| 112 | Oztec Electric Vibrator | 2.4 OZ | W35847 |
| 113 | Lincoln Electric Welder | Ranger 250 | No Serial # |
| 114 | Miller Welder Millermatic 252 | 907321 | MB320589N |
| 115 | Miller Plasma Cutter | Spectrum 2050 | 1LA210302P |
| 116 | Hypertherm Plasma Cutter | Powermax 85 | 87067 |
| 117 | Multiquip Trench Roller | MRH800GS | |
| 118 | Lincoln Grease Gun | 1860 Powerluber | 541238 |
| 119 | Craftsman Sander | 315.11506 | CS0837 |
| 120 | Snap On Vantage Computer | Vantage | VUH2S104046486 |
| 121 | Ferret Timing Gun | Eliminator 84 | 84-9723-0004 |