| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ  07960<br>Joseph J. DiPasquale, Esq.<br>jdipasquale@foxrothschild.com<br>Telephone:  973-992-4800<br>Facsimile:  973-992-9125<br>*Proposed Counsel to the Debtor and Debtor in Possession* |

| | |
|---|---|
| In Re:<br><br>ASSUNCAO BROS., INC.,<br><br>                              Debtor. | Chapter 11 (Subchapter V)<br><br>Case No 22-16159-CMG<br><br>Judge:  Hon. Christine M. Gravelle |

### CERTIFICATE OF SERVICE

1. I, Cathi Brown:

    ☒   am the legal assistant to Joseph J. DiPasquale at Fox Rothschild, LLP, attorney to debtor in the above-mentioned matter.

2. On August 23, 2022 I sent a copy of the following pleadings and/or documents to the parties listed on the chart below via first class mail:

    - Notice of 341 Meeting of Creditors; and
    - Notice of Chapter 11 Bankruptcy case.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  August 23, 2022                                        /s/*Cathi Brown*
                                                                                        Cathi Brown

137186144.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Angella F. Procopio<br>19 Hollander Street<br>South River, NJ  08882 | Creditor | x  Regular Mail |
| Buy Wise Auto Parts<br> 2091 Springfield Ave<br>Vauxhall, NJ 07088 | Creditor | x  Regular Mail |
| Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX  76161 | Creditor | x  Regular Mail |
| County of Ocean<br>Dept of Purchasing<br>101 Hooper Ave<br>Toms River, NJ  08753 | Creditor | x  Regular Mail |
| Department of Treasury<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Creditor | x  Regular Mail |
| Fed Ex Freight<br>PO Box 223125<br>Pittsburgh, PA  15251-2125 | Creditor | x  Regular Mail |
| Hedinger & Lawless L.L.C.<br>23 Vreeland Rd, Ste 150<br>Florham Park, NJ  07932 | Creditor | x  Regular Mail |
| IJA Solutions, LLC<br>5 Lyons Mall PMB 185<br>Basking Ridge NJ  07920 | Creditor | x  Regular Mail |
| Komatsu Northeast<br>32970 Collection Center Dr.<br>Chicago, IL  60693-0329 | Creditor | x  Regular Mail |
| Lisa Assuncao<br>29 Wood Ave<br>Edison, NJ  08820 | Creditor | x  Regular Mail |
| Manasquan Bank<br>2221 Landmark Place<br>Manasquan, NJ  08736 | Creditor | x  Regular Mail |
| Martin Assuncao<br>29 Wood Ave<br>Edison, NJ  08820 | Creditor | x  Regular Mail |
| Michaels Towing Service<br>1153 Rahway Ave<br>Avenel, NJ  07001 | Creditor | x  Regular Mail |

137186144.1

| | | |
|---|---|---|
| Middlesex Properties, LLC<br>3491 Serenity Circle<br>Sarasota, FL  34235 | Creditor | x  Regular Mail |
| Quality Truck Tire Repair, Inc.<br>23 Queen Road<br>Iselin, NJ  08830 | Creditor | x  Regular Mail |
| Serg Construction LLC<br>2 Camelot Drive<br>Monroe Twp, NJ  08831 | Creditor | x  Regular Mail |
| State of New Jersey<br>Division of Taxation<br>PO Box 281<br>Trenton, NJ  08625 | Creditor | x  Regular Mail |
| State of New Jersey Department of Labor & workforce Development<br>Division of Employer Accounts<br>PO Box 929<br>Trenton, NJ  08646-0929 | Creditor | x  Regular Mail |
| Wells Fargo Vendor Financial Services<br>600 South 4th Street<br>MAC N900-10<br>Minneapolis, MN  55415 | Creditor | x  Regular Mail |

137186144.1