| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** 1300 Mount Kemble Avenue P.O. Box 2075 Morristown, NJ  07962-2075 Adam R. Schwartz, Esq. Gary D. Bressler, Esq. Scott A. Levin, Esq. Virginia T. Shea, Esp. Telephone: (973) 993-8100 Facsimile: (973) 425-0161 aschwartz@mdmc-law.com gbressler@mdmc-law.com slevin@mdmc-law.com vshea@mdmc-law.com  *Counsel to NGM Insurance Company* | |
| In Re: Assuncao Bros., Inc.  Debtor. | Chapter 11 (Subchapter V)  Case No. 22-16159 (CMG)  Judge Christine M. Gravelle |

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

**GARY D. BRESSLER**, of full age, hereby certifies as follows:

1. The terms of the Consent Order submitted to this Court contemporaneously herewith are identical to those set forth in the original Stipulation and Consent Order as revised and submitted on August 26, 2022.

2. The signatures represented by /s/ Gary D. Bressler and /s/ Joseph J. DiPasquale on the Consent Order submitted reference signatures of consenting parties obtained on the original Consent Order.

3. The proponent will retain the original Consent Order for the required seven (7) year retention period.

4. The proponent will make the original Consent Order available for inspection upon request of the Court or any party in interest.

5. I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

6. I certify that the foregoing is true. I am aware that if the foregoing is willfully false, I am subject to punishment.

                                **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
                                Counsel to NGM Insurance Company

                      By:   */s/ Gary D. Bressler*

Dated: August 26, 2022                 GARY D. BRESSLER