| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone:  (973) 992-4800<br>Facsimile:   (973) 992-9125<br>*Proposed Counsel to the Debtor*<br>*And Debtor in Possession* | |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>　　　　　　　　　　Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Judge: Hon. Christine M. Gravelle |

### NOTICE OF DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FOX ROTHSCHILD LLP AS COUNSEL TO THE DEBTOR *NUNC PRO TUNC* TO AUGUST 3, 2022

**PLEASE TAKE NOTICE** that on August 26, 2022, Assuncao Bros., Inc. the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, subchapter v case (the "Subchapter V Case") filed its application (the "Application")[1] ) pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the District of New Jersey Local Bankruptcy Rules (the "Local Rules") for entry of an order authorizing and approving the

---

[1] All capitalized terms not herein defined shall have the meaning ascribed to them in the Application.

137176732.1

employment and retention of Fox Rothschild LLP ("Fox") as attorneys to for the Debtor in the Subchapter V Case *nunc pro tunc* to the August 3, 2022.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested must be made in writing and in the form prescribed by the Bankruptcy Rules and Local Rule 2014-1, and must be filed with this Court and served upon and received by proposed counsel to the Debtor at Fox Rothschild LLP, 49 Market Street, Morristown, New Jersey 07960 (Attn: Joseph J. DiPasquale, Esq.) no later than **September 2, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline")**.**

**PLEASE TAKE FURTHER NOTICE** that the Application is being filed on **negative notice**. If no objections are filed and served by the Objection Deadline, the Bankruptcy Court may enter an order granting the Application without further notice or hearing.

                                                  **FOX ROTHSCHILD LLP**
                                                  *Proposed Counsel to the Debtor*

                                       By:    */s/ Joseph J. DiPasquale*
                                                      JOSEPH J. DIPASQUALE

Dated: August 26, 2022