UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone:  (973) 992-4800
Facsimile:   (973) 992-9125

*Proposed Counsel to the Debtor
And Debtor in Possession*

In re:

ASSUNCAO BROS., INC.,

              Debtor.

Chapter 11 (Subchapter V)

Case No. 22-16159-CMG

Judge: Hon. Christine M. Gravelle

| Recommended Local Form: | ☐ Followed | ■ Modified |

**CERTIFICATION OF JOSEPH J. DIPASQUALE IN SUPPORT
OF APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Joseph J. DiPasquale, Esq., being of full age, certify as follows:

1. I am seeking authorization for Fox Rothschild LLP to be retained as: Counsel to the Debtor, Assuncao Bros., Inc. (the "Debtor").

2. I am admitted to practice law in the State of New Jersey and before this Court.

3. I am a partner with the law firm of: Fox Rothschild LLP ("Fox"), 49 Market Street, Morristown, NJ 07960.

136851347.2

4. Subject to the Court's approval, and pursuant to sections 328, 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the rules and other procedures which this Court may fix, the Debtor requests that Fox be retained as its counsel in the subject proceedings, and requests that Fox be compensated on an hourly basis, plus reimbursement of the actual and necessary expenses that Fox incurs, in accordance with Fox's ordinary and customary rates in effect on the date such services are rendered and such expenses are incurred.

5. Fox's hourly rates for its bankruptcy attorneys are as follows:

| Classification/Experience | Hourly Rate |
|---|---|
| Partners of the Firm | $355 - $995 |
| Senior Counsel and Counsel (generally 7 or more years' experience) | $275-$875 |
| Associates (generally less than 6 years' experience) | $355 to $580 |
| Paralegals, Practice Support and Assistants | $125-$435 |

6. The hourly charges set forth above are based upon the experience and expertise of the attorney or legal assistant involved. The hourly rates of the attorneys that will be primarily responsible for Fox's representation of the Debtor in this case range from $485 to $910. The hourly rates are subject to periodic adjustments, which occur annually on or about June 1, to reflect economic and other conditions. Fox will advise the Debtor, the Subchapter V Trustee, and the United States Trustee of any increases in its hourly rates.

7. To the best of my knowledge, after reasonable and diligent investigation, Fox's connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee for Region 3, or any person employed in the office of the United States Trustee for the District of New Jersey, is set forth in paragraph 8.

136851347.2

8. In searching for potential connections to this case in connection with this Certification, I caused the names of the parties set forth in **Exhibit A** to this Certification, which is a list of parties-in-interest to be submitted to Fox's internal conflicts procedures. **Exhibit A** includes the following: the Debtor; the member of the Debtor as identified in the First Day Declaration filed on behalf of the Debtor at Doc No. 8 (the "First Day Declaration"); the officers and professionals of the Debtor; the lenders and agents of the Debtor; the top twenty (20) unsecured creditors of the Debtor prior to the Petition Date; certain judgment lien creditors of the Debtor; the Judges of the United States Bankruptcy Court for the District of New Jersey; and the United States Trustee for Region 3 and the employees of the Newark, NJ Office of the United States Trustee.

To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the Debtor, creditors, any other party in interest, their respective attorneys, financial advisers, investment bankers and other professionals, the Judges of this District and the designated staff of the office of the United States Trustee, is as set forth in **Exhibit B** hereto. None of the entities listed in **Exhibit B** constitute more than 1% of Fox's gross revenue in Fox's most recent fiscal year.

9. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I:

- do not hold an adverse interest to the estate.

- do not represent an adverse interest to the estate.

- are disinterested under 11 U.S.C. § 101(14).

- do not represent or hold any interest adverse to the Debtor or the estate with

respect to the matter for which I will retained under 11 U.S.C. § 327(e).

136851347.2

10. If the professional is an auctioneer – N/A

11. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:  N/A

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  August 26, 2022         */s/ Joseph J. DiPasquale*
                                Joseph J. DiPasquale, Esq.

136851347.2

EXHIBIT A
LIST OF IDENTIFIED PARTIES INCLUDED IN CONFLICT CHECK

136851347.2

| Last/Company Name | First Name |
|---|---|
| Assuncao Bros., Inc. | |
| Dinoff | Jacen |
| KCP Advisory | |
| Vollers Excavating & Construction, Inc. | |
| Assuncao | Martin |
| Manasquan Bank | |
| NGM Insurance Company | |
| Black Rock Enterprises, LLC | |
| A. Azevedo Trucking | |
| Abreu Truck Service | |
| Acrow Corporation of America | |
| Advanced Testing Company, Inc. | |
| Airgas | |
| ASCO | |
| BJR Trucking LLC | |
| Black Rock Enterprises, LLC | |
| Brent Material Company | |
| Buy-Wise | |
| C&H Bonding | |
| Campbell Foundry Company | |
| Cedar Hill Landscping | |
| Cesario Construction Company, Inc | |
| Contech Engineered Solutions, LLC | |
| County Concrete Corp. | |
| Credit Card - Capital One - 1285 | |
| Custom Bandag, Inc. | |
| D&R Industrial Saw Co. | |
| Dan Swayze & Son Inc. | |
| Dayton Inspection Services, Inc. | |
| Down's Tree Service | |
| East Trading West Investments LLC | |
| Eastern Concrete Materials Inc | |
| EBF Enterprises LLC | |
| Essex County Sheriff's Office | |
| Extra Duty Solutions | |
| FAI-GON Electric, Inc. | |
| FedEx Freight | |
| Ficor Company, Inc | |
| First Insurance Funding | |
| Gamka Equipment, Inc. | |

136851347.2

| Last/Company Name | First Name |
|---|---|
| Garden State Precast Inc. | |
| Hedinger & Lawless L.L.C. | |
| Highway Equipment Co, of New Jersey, Inc. | |
| Holt Machinery Company | |
| Insurance - IOA | |
| Insurance - OCA Benefit Services | |
| J.M. Ahle, Inc. | |
| Jesco, Inc. | |
| Jobs 4 Blue | |
| KCP Advisory Group | |
| KIII Surveying & Const, Services | |
| Komatsu Northeast | |
| Lawson Products,Inc. | |
| Liberty Building Products | |
| Lisbon Contractors | |
| Lisbon Trucking | |
| Lopes Trucking | |
| Mandelbaum Salsburg | |
| Mario's Heavy Equipment | |
| Martin Contracting | |
| Michael's Towing Service | |
| Mid Atlantic Truck Center | |
| Middlesex County Utilities Authority | |
| National Payment Center | |
| Nobel Equipment & Supplies, Inc. | |
| P.M. Construction Corp. | |
| Pasquale Casuscelli | |
| Pennsylvania Jersey Concrete | |
| Photo Dynamics & Maintenance Corp. | |
| Piscataway Police Department | |
| POWERPAK | |
| Precast Systems, Inc | |
| Ralph Clayton & Sons | |
| Raritan Pipe & Supply Co. | |
| Road Safety Systems | |
| Roche Miseo Barchetto, LLC | |
| Rockborn Trucking & Excavation, Inc | |
| Samson Metal Service | |
| Serg Construction LLC | |
| Statewide Striping Corp. | |

136851347.2

| Last/Company Name | First Name |
|---|---|
| Stavola Asphalt | |
| Stavola Construction | |
| Stavola Flemington Asphalt | |
| Taylor Oil Co. | |
| Tiffany Electric | |
| Tilcon New York Inc. | |
| TMT Transportation LLC | |
| Traffic Lines, Inc. | |
| Trench Technologies | |
| Tulnoy Lumber | |
| ULMA Form Works, Inc. | |
| Union - 825 Operators | |
| Union - Carpenters | |
| Union - Carpenters Audit Settlement | |
| Union Local- 472 Laborers | |
| United Rentals | |
| Verizon Connect | |
| Wayne's Tree Service | |
| White Cap L.P. | |
| Zuccaro Inc. | |
| Vaccaro | James |

136851347.2

Court and UST Trustee Personnel

| Last Name | First Name |
|---|---|
| Kaplan | Michael |
| Gambardella | Rosemary |
| Ferguson | Kathryn C. |
| Gravelle | Christine M. |
| Altenburg, Jr. | Andrew B. |
| Papalia | Vincent F. |
| Sherwood | John K. |
| Poslusny Jr. | Jerrold N. |
| Meisel | Stacey L |
| Hildebrandt | Martha |
| Alfaro | Adela |
| Ardelean | Kirsten K. |
| Arendas | Francyne D. |
| Artis | Michael |
| Bielskie | Lauren |
| D'Auria | Peter |
| Fuentes | Neldy |
| Gerardi | David |
| Green | Tia |
| Kern | Joseph |
| Kropiewnicki | Daniel C. |
| McGee | Maggie |
| Nikolinos | Alexandria |
| Oppelt | Tina |
| Ortiz-Ng | Angeliza |
| Schneider Jr. | Robert J. |
| Sponder | Jeffrey |
| Steele | Fran B. |
| Stives | James |
| Ziemer | William J. |

**Exhibit B**

**Parties in interest in this case which Fox Rothschild currently represents
or formerly represented in matters unrelated to this Subchapter V Case:**

- Airgas – current client; transactional adversities; creditor in unrelated bankruptcies
- FedEx – current client; currently adverse in transactions
- Ralph Clayton & Sons – current client; creditor in concluded, unrelated bankruptcy
- ASCO – current client
- Jesco, Inc. – current client
- Buy-Wise – former client; concluded litigation adversity
- Capital One – former client; creditor in unrelated bankruptcy matters; adverse in litigation and transactions
- Tulnoy Lumber – former client
- United Rentals – former client; adverse in litigation and transaction; creditor in unrelated bankruptcies
- Mandelbaum Salsburg – former client; concluded transactional adversity
- Mid-Atlantic Truck Center – former client
- Stavola Construction – former client
- Tilcon New York, Inc. – former client
- East West Trading – former client
- First Insurance Funding – former client; creditor in unrelated bankruptcies
- Stavola Asphalt – former client
- Stavola Construction – former client
- Union 825 Operators – current litigation adversity
- Campbell Foundry – creditor in unrelated bankruptcy matter
- Traffic Lines, Inc. – creditor in concluded, unrelated bankruptcy
- Union Carpenters – former litigation adversity
- White Cap LP – current litigation adversity; creditor in unrelated bankruptcy
- Custom Bandag Inc. – creditor in unrelated bankruptcies
- Raritan Pipe & Supply – former client; creditor in unrelated bankruptcy
- Taylor Oil Co. – former client
- Eastern Concrete Materials – former client; creditor in unrelated bankruptcy
- JH Ahle – creditor in concluded, unrelated bankruptcy
- Lawson Products – creditor in unrelated bankruptcy
- Union Local 472 Laborers – current litigation adversity
- Contech Engineered Solutions – creditor in unrelated bankruptcy
- ULMA Form Works, Inc. – creditor in concluded bankruptcy
- County Concrete – former client; concluded transactional adversity
- Essex County Sheriff's Office – concluded transactional adversity
- Manasquan Bank – Current client in unrelated matters; conflict waiver letter executed
- NGM Insurance Company - Current client in unrelated matters; conflict waiver letter executed

136851347.2