| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone: (973) 992-4800<br>Facsimile: (973) 992-9125<br>Proposed Counsel to the Debtor<br>And Debtor in Possession | |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>      Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Judge: Hon. Christine M. Gravelle |

| Recommended Local Form: | ☐ Followed | ■ Modified |
|---|---|---|

### ORDER APPROVING RETENTION OF KCP ADVISORY GROUP LLC
### AS FINANCIAL ADVISORS TO THE DEBTOR *NUNC PRO TUNC* TO AUGUST 3, 2022

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

137305935.2

(Page 2)

| | |
|---|---|
| Debtor: | ASSUNCAO BROS., INC. |
| Case No: | 22-16159-CMG |
| Caption of Order: | ORDER APPROVING RETENTION OF KCP ADVISORY GROUP LLC AS FINANCIAL ADVISORS TO THE DEBTOR |

Upon the applicant's request for authorization to retain KCP Advisory Group LLC as financial advisors to Assuncao Bros., Inc. (the "Debtor") *nunc pro tunc* to the Petition Date, it is hereby **ORDERED**.

1. The Debtor is authorized to retain KCP Advisory Group LLC as its financial advisors.

    The professional's address is: KCP Advisory Group LLC, 700 Technology Park Drive, Suite 212, Billerica, MA 01821 ("KCP").

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is August 3, 2022.

137305935.2