| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ  07960<br>Joseph J. DiPasquale, Esq.<br>jdipasquale@foxrothschild.com<br>Telephone:  973-992-4800<br>Facsimile:  973-992-9125<br>*Proposed Counsel to the Debtor and Debtor in Possession* | |
| In Re:<br><br>ASSUNCAO BROS., INC.,<br><br>                                Debtor. | Chapter 11 (Subchapter V)<br><br>Case No 22-16159-CMG<br><br>Judge:  Hon. Christine M. Gravelle |

## CERTIFICATE OF SERVICE

1. I, Marcia L. Steen

   ☒ am a paralegal employed by Fox Rothschild, LLP, proposed attorney to debtor in the above-mentioned matter.

2. On August 26, 2022, I sent a copy of the following pleadings and/or documents to the parties listed on the chart below and in Schedule A via first class mail:

   - Notice of Debtor's Motion to Retain Fox Rothschild LLP as Counsel to the Debtor *Nunc Pro Tunc* to August 3, 2022; Application for Retention of Professional *Nunc Pro Tunc* to August 3, 2022, Certification of Joseph J. DiPasquale in Support of Application for Retention of Professional and proposed form of Order [Doc. No. 90];

   - Notice of Debtor's Application for Entry of and Order Authorizing the Employment and Retention of KCP Advisory Group LLP as Financial Advisors to the Debtor *Nunc Pro Tunc* to August 3, 2022; Application for Retention of Professional *Nunc Pro Tunc* to August 3, 2022, Certification of Jacent A. Dinoff in Support of Application for Retention of Professional and proposed form of Order  [Doc. No. 91]; and

   - Revised Disclosure of Compensation of Attorney for Debtor [Doc No. 89].

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  August 29, 2022                                         /s/*Marcia L. Steen*              
                                                                                 Marcia L. Steen, Paralegal

137389587.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Small Business Administration<br>2 North 20th Street<br>Suite 320<br>Birmingham, AL  35203<br>jamesrivera@sba.gov | Secured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Eamonn O'Hagan<br>Senior Bankruptcy Counsel<br>US Attorney's Office<br>District Of New Jersey<br>970 Broad Street<br>Newark, NJ   07102<br>Eamonn.OHagan@usdoj.gov | Attorney for SBA, USAO for the D.N.J. | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Scott Rever, Esq.<br>Genova Burns<br>110 Allen Road<br>Basking Ridge, NJ  07920<br>srever@genovaburns.com | Subchapter V Trustee | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Maggie McGee, Esq.<br>DOJ-UST<br>One Newark Center<br>1085 Raymond Blvd.<br>21st Floor<br>Newark, NJ 07102<br>Email: maggie.mcgee@usdoj.gov | Attorney for US Trustee | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Manasquan Bank<br>c/o Riker Danzig LLP<br>Curtis M. Plaza, Esq.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ  07962-1981 | Attorney for Manasquan Bank | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Louis A. Modugno, Esq.<br>Trif & Modugno LLC<br>89 Headquarters Plaza North Tower, Suite 1201<br>Morristown, New Jersey 07960 | Notice of Appearance for Vollers Excavating and Contractors, Inc | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Douglas G. Leney, Esquire<br>Archer & Greiner, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103 | Notice of Appearance for Lisa Assuncao and Martin Assuncao | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |

137389587.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Allen G. Kadish, Esquire<br>Archer & Greiner, P.C.<br>1211 Avenue of the Americas<br>New York, NY 10036 | Notice of Appearance for Lisa Assuncao and Marin Assuncao | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other    (as authorized by court*) |
| Edward H. O'Hare., Esq.<br>Zazzali, Fagella, Nowak, Kleinbaum & Friedman<br>570 Broad Street, Suite 1402<br>Newark, New Jersey 07102 | Notice of Appearance for Heavy And General Laborers' Funds Of New Jersey | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other    (as authorized by court*) |
| Richard M. Schlaifer, Esquire<br>Earp Cohn, P.C.<br>20 Brace Rd., Suite 400<br>Cherry Hill, NJ 08034 | Notice of Appearance for J.M. Ahle Co., Inc. | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other    (as authorized by court*) |
| Timothy P. Neumann, Esq.<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Notice of Appearance for Notice of Appearance for Ralph Clayton & Sons, LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other    (as authorized by court*) |
| Michael A. Baselice, Esq.<br>Vipin Varghese, Esq.<br>DeCotiis, FitzPatrick, Cole & Giblin, LLP<br>61 South Paramus Road, Suite 250<br>Paramus, New Jersey 07652 | Notice of Appearance for IUOE Local 825 Benefit Funds | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other    (as authorized by court*) |
| JUSTIN S. BAUMGARTNER, ESQ.<br>ERIC R. PERKINS, ESQ.<br>Becker LLC<br>354 Eisenhower Parkway Plaza II, Suite 1500<br>Livingston, NJ 07039 | Notice of Appearance for Black Rock Enterprises LLC and Horizon Blue Cross blue Shield of New Jersey | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Allen J. Barkin, Esq.<br>Schwartz Barkin & Mitchell<br>1110 Springfield Road<br>PO Box 1339<br>Union, NJ 07083-1339 | Notice of Appearance for Nobel Equipment & Supplies, Inc. | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other    (as authorized by court*) |
| American Express National Bank<br>c/o Doyle & Hoefs, LLC<br>2043 Springwood Road<br>Attn: Michael J. Hoefs, Esq.<br>York, PA 17403 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other    (as authorized by court*) |

137389587.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Black Rock Enterprises, LLC<br>c/o BECKER LLC<br>Joseph G. Harraka, Jr.<br>Erik B. Derr<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| County Concrete Corp.<br>c/o Macce & Cresti, PC<br>17 East Manin Street<br>Clinton, NJ 08809<br>Attn: John C. Macce, Esq | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| NGM Insurance Company<br>c/o MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>Adam R. Schwartz<br>Gary D. Bressler<br>Scott A. Levin<br>Virginia T. Shea<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | 20 Largest unsecured creditor<br>Notice of Appearance for NGM Insurance Company | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Diamond Sand and Gravel, Inc. d/b/a Sparta Redimix<br>Michael R. Morano, Esq.<br>James J. Tarnofsky, Esq.<br>McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>1300 Mount Kemble Ave.<br>Morristown, NJ 07962 | 20 Largest unsecured creditor<br>Diamond Sand and Gravel, Inc. d/b/a Sparta Redimix | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Essex County Sheriff's Office<br>Special Services<br>50 West Market Street<br>Room 201<br>Attn: James Spango | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| JM Ahle, Inc.<br>190 William St<br>Suite 2D<br>South River, NJ 08882 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Liberty Building Products<br>193 Christie Street<br>Newark, NJ 07101 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |

137389587.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Operating Engineers Local 825<br>65 Springfield Ave<br>Springfield, NJ  07081 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Pennsylvania Jersey Concrete<br>2819 Fire Road<br>Egg Harbor Township, NJ  08234 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Precast Systems, Inc.<br>57 Sharon Station Road<br>Allentown, NJ  08501 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Ralph Clayton & Sons<br>PO Box 3015<br>Lakewood, NJ  08701<br>*Street address*<br>1215 E. Veterans Hwy<br>Lakewood, NJ  08701 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Robert A. King<br>Credit Manager<br>Clayton Companies<br>1355 Campus Parkway<br>Wall, NJ 07753 | Counsel for Ralph Clayton & Sons | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Roman Asphalt Corp.<br>32 O'Brien Street<br>Kearny, NJ  07032 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Shore Systems Group, LLC<br>PO Box 188<br>Clarksburg, NJ 08510 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Statewide Striping Corp.<br>499 Pomeroy Rd<br>Parsippany, NJ  07054 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |

137389587.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Stavola Flemington Asphalt<br>PO Box 482<br>Red Bank, NJ  07701 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Union Carpenters<br>91 Fieldcrest Ave<br>Edison, NJ  08837 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Zuccaro Inc.<br>64 Commerce St.<br>Garfield, NJ  07026 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other      (as authorized by court*) |
| American Express National Bank<br>c/o Doyle & Hoefs, LLC<br>2043 Springwood Road<br>Attn: Michael J. Hoefs, Esq.<br>York, PA 17403 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Black Rock Enterprises, LLC<br>c/o BECKER LLC<br>Joseph G. Harraka, Jr.<br>Erik B. Derr<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Komatsu Financial Limited Partnership<br>8770 W. Bryn Mawr Ave<br>Suite 100<br>Chicago, IL  60631 | Secured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other      (as authorized by court*) |
| IRS Dept of Treasury<br>PO Box  7346<br>Philadelphia, PA  19440 | Secured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Kubota Credit Corp, USA<br>PO box 2046<br>Grapevine, TX  76099 | Secured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |

137389587.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wells Fargo Vendor Financial Services<br>PO Box 35701<br>Billings, MT  59107 | Secured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Wells Fargo Vendor Financial Services<br>600 South 4th Street<br>MAC N900-10<br>Minneapolis, MN  55415 | Secured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| VFS US LLC<br>PO Box 26131<br>Greensboro, NC  27402 | Secured creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| William E. Craig<br>John R. Morton, Jr.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 | Notice of Appearance for Creditor AmeriCredit Financial Services, Inc. dba GM Financial | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Seth Ptasiewicz<br>Kroll Heineman Ptasiewicz & Parsons, LLC<br>99 Wood Avenue South<br>Suite 307<br>Iselin, NJ 07726 | Notice of Appearance for Northeast Carpenters Benefit Funds | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |
| Fleming Ware<br>Vedder Price<br>1633 Broadway<br>Ste 31st Floor<br>New York, NY 10019 | Notice of Appearance for Komatsu Financial Limited Partnership | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by court*) |

137389587.1