**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 200
Roseland, New Jersey 07068
(973) 622-1800
Joshua H. Raymond (jraymond@msbnj.com)
*Attorneys for Middlesex County Utilities Authority*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 (subchapter V) |
| ASSUNCAO BROS., INC., | Case No. 22-16159(CMG) |
| Debtor. | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this bankruptcy proceeding on behalf of the Middlesex County Utilities Authority. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Joshua H. Raymond, Esq.
**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 200
Roseland, New Jersey 07068
Telephone: (973) 622-1800
Email: jraymond@msbnj.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

*/s/ Joshua H. Raymond*
Joshua H. Raymond

Dated: August 31, 2022