**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

CONNELL FOLEY LLP
Philip W. Allogramento III
56 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
Facsimile: (973) 535-9217
pallogramento@connellfoley.com

*Counsel to County of Essex*

| | |
|---|---|
| In re:<br><br>Assuncao Bros. Inc.,<br><br>           Debtor. | Bankr. Case No.: 22-16159-CMG<br><br>Chapter 11 (Subchaper V)<br><br>Judge Christine M. Gravelle |

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

       PLEASE TAKE NOTICE that creditor, County of Essex by and through its counsel,

Connell Foley, LLP, hereby appears in the above-captioned case by its counsel, Connell Foley

LLP; such counsel hereby appears in the above-captioned proceeding, pursuant to the provisions

of 11 U.S.C. § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(a) and requests,

pursuant the provisions of 11 U.S.C. § 102(1) and § 342 and Bankruptcy Rules 2002 and 9007,

that all notices given or required to be given, and all papers served or required to be served, in this

case, be provided to and served upon the following attorneys at the address set forth below:

               CONNELL FOLEY LLP
               56 Livingston Avenue
               Roseland, N.J. 07068
               Attn: Philip W. Allogramento III, Esq.
               TEL: (973) 535-0500
               FAX: (973) 535-9217
               Email: pallogramento@connellfoley.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the provisions of 11 U.S.C. § 1109(b), the foregoing request includes not only the papers referred to in the rules specified hereinabove, but also includes, without limitations, orders, notices of any petition, pleading, complaint, hearing, application, motion, request for demand, whether formal or informal, written or oral, or transmitted or conveyed by email, delivery, telephone, telecopy or otherwise, which affect or seek to affect in any way any rights or interests of the creditor body.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Bankruptcy Rule 3017(a), Connell Foley LLP, requests that the undersigned be provided with copies of any and all disclosure statements and plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, consent to jurisdiction of the Bankruptcy Court over County of Essex.  Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, is intended to waive: (a) the rights of County of Essex to have final orders in non-core matters entered only after de novo review by a federal district court judge; (b) the rights of County of Essex to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (c) the rights of County of Essex to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which County of Essex is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

CONNELL FOLEY LLP
*Counsel to County of Essex*

By:      */s/ Philip W. Allogramento III*      
Philip W. Allogramento III

Date: August 31, 2022

6622878-1