| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b)  **FOX ROTHSCHILD LLP** 49 Market Street Morristown, NJ 07960 Joseph J. DiPasquale, Esq. Michael R. Herz, Esq. Joseph A. Caneco, Esq. jdipasquale@foxrothschild.com mherz@foxrothschild.com jcaneco@foxrothschild.com Telephone:  (973) 992-4800 Facsimile:   (973) 992-9125  *Proposed Counsel to the Debtor and Debtor in Possession* |
| In Re:  ASSUNCAO BROS., INC.,  Debtor. |

Chapter 11 (Subchapter V)

Case No. 22-16159-CMG

Judge:  Hon. Christine M. Gravelle

**ORDER AUTHORIZING DEBTOR'S REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF THE PETITION DATE**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

136811674.1

Page 2 of 3
DEBTOR:  Assuncao Bros., Inc.
CASE NO:  22-16159-CMG
CAPTION:  Order Authorizing Debtor's Rejection of Certain Executory Contracts and Unexpired Leases Effective as of the Petition Date

Upon the motion (the "Motion")[1] of Assuncao Bros., Inc. (the "Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11, subchapter v case (the "Subchapter V Case"), by and through its proposed attorneys, Fox Rothschild LLP, for entry of an order pursuant to 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6004 and 6006 authorizing the Debtor to reject certain executory contracts and unexpired leases effective as of the Petition Date; and the Court having jurisdiction to decide the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(a), (b) and 1334(b); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b) and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been provided; and the Court having considered the papers submitted, including opposition, if any, as well as the arguments presented at the hearing, if any; and the Court having found and determined that the relief sought in the Motion and granted herein is proper, lawful, necessary, appropriate, and in the best interest of the Debtor, its estate, creditors and parties-in-interest; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

136811674.1

Page 3 of 3
DEBTOR:  Assuncao Bros., Inc.
CASE NO:  22-16159-CMG
CAPTION:  Order Authorizing Debtor's Rejection of Certain Executory Contracts and Unexpired Leases Effective as of the Petition Date

2. The Rejected Contracts contained on Schedule 1 attached to this Order are hereby rejected effective as of the Petition Date (August 3, 2022).

3. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

4. Pursuant to D.N.J. LBR 9013-5(e), any party may move for modification of this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# SCHEDULE 1

| Counterparty | Rejected Contract/Lease Description | Proposed Rejection Date |
| --- | --- | --- |
| Anselmi & DiCicco, Inc | Project: NJ DOT 46 | August 3, 2022 |
| Chrysler Capital | Equipment Lease: 2019 Jeep Grand Cherokee | August 3, 2022 |
| Earle Asphalt Inc. | Project: Improvements To Halls Mills Road | August 3, 2022 |
| Komatsu Financial | Equipment Lease: D39 PX-24 Dozer | August 3, 2022 |
| Morristown Township, New Jersey | Project: AB-18-0315 Washington St. | August 3, 2022 |
| Somerset County P.W. | Project: Meeker Road | August 3, 2022 |
| Somerset County P.W. | Project: SC-17-0717 Pedestrian Safety | August 3, 2022 |
| Wells Fargo Equipment Finance | Equipment Lease: DynaPac Roller | August 3, 2022 |
| Z Brothers Concrete Contractors,INC | Project: Livingston Avenue | August 3, 2022 |