Order Filed on September 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone:  (973) 992-4800
Facsimile:   (973) 992-9125

*Proposed Counsel to the Debtor*
*and Debtor in Possession*

In Re:

ASSUNCAO BROS., INC.,

　　　　　Debtor.

Chapter 11 (Subchapter V)

Case No. 22-16159-CMG

Judge:  Hon. Christine M. Gravelle

AMENDED
## ORDER AUTHORIZING DEBTOR'S REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**.

**DATED: September 6, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

136811674.1

DEBTOR:  Assuncao Bros., Inc.

CASE NO:  22-16159-CMG

CAPTION:  Order Authorizing Debtor's Rejection of Certain Executory Contracts and

Unexpired Leases Effective as of the Petition Date

Upon the motion (the "Motion")[1] of Assuncao Bros., Inc. (the "Debtor"), the debtor and

debtor-in-possession in the above-captioned chapter 11, subchapter v case (the "Subchapter V

Case"), by and through its proposed attorneys, Fox Rothschild LLP, for entry of an order pursuant

to 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6004 and 6006 authorizing the Debtor to reject

certain executory contracts and unexpired leases effective as of the Petition Date; and the Court

having jurisdiction to decide the Motion and the relief requested therein in accordance with 28

U.S.C. §§ 157(a), (b) and 1334(b); and consideration of the Motion and the relief requested therein

being a core proceeding pursuant to 28 U.S.C. § 157(b) and the *Standing Order of Reference to

the Bankruptcy Court Under Title 11* of the United States District Court for the District of New

Jersey, dated September 18, 2012 (Simandle, C.J.); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been

provided; and the Court having considered the papers submitted, including opposition, if any, as

well as the arguments presented at the hearing, if any; and the Court having found and determined

that the relief sought in the Motion and granted herein is proper, lawful, necessary, appropriate,

and in the best interest of the Debtor, its estate, creditors and parties-in-interest; and for good cause

shown,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

136811674.1

DEBTOR:  Assuncao Bros., Inc.

CASE NO:  22-16159-CMG

CAPTION:  Order Authorizing Debtor's Rejection of Certain Executory Contracts and

Unexpired Leases Effective as of the Petition Date

2.      The Rejected Contracts contained on Schedule 1 attached to this Order are hereby

rejected effective as of the Petition Date (August 3, 2022).

3.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and

enforceable immediately upon entry hereof.

4.      Pursuant to D.N.J. LBR 9013-5(e), any party may move for modification of this

Order.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related

to the implementation or interpretation of this Order.

136811674.1

# SCHEDULE 1

| Counterparty | Rejected Contract/Lease Description | Proposed Rejection Date |
|---|---|---|
| Anselmi & DiCicco, Inc | Project: NJ DOT 46 | August 3, 2022 |
| Chrysler Capital | Equipment Lease: 2019 Jeep Grand Cherokee | August 3, 2022 |
| Earle Asphalt Inc. | Project: Improvements To Halls Mills Road | August 3, 2022 |
| Komatsu Financial | Equipment Lease: D39 PX-24 Dozer | August 3, 2022 |
| Morristown Township, New Jersey | Project: AB-18-0315 Washington St. | August 3, 2022 |
| Somerset County P.W. | Project: Meeker Road | August 3, 2022 |
| Somerset County P.W. | Project: SC-17-0717 Pedestrian Safety | August 3, 2022 |
| Wells Fargo Equipment Finance | Equipment Lease: DynaPac Roller | August 3, 2022 |
| Z Brothers Concrete Contractors,INC | Project: Livingston Avenue | August 3, 2022 |