| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ  07960<br>Joseph J. DiPasquale, Esq.<br>jdipasquale@foxrothschild.com<br>Telephone:  973-992-4800<br>Facsimile:  973-992-9125<br>*Proposed Counsel to the Debtor and Debtor in Possession* |

| | |
|---|---|
| In Re:<br><br>ASSUNCAO BROS., INC.,<br><br>                              Debtor. | Chapter 11 (Subchapter V)<br><br>Case No 22-16159-CMG<br><br>Judge:  Hon. Christine M. Gravelle |

## CERTIFICATE OF SERVICE

1. I, Cathi Brown:

   ☒ am the legal assistant to Joseph J. DiPasquale at Fox Rothschild, LLP, attorney to debtor in the above-mentioned matter.

2. On September 7, 2022 I sent a copy of the following pleadings and/or documents to the parties listed on the chart below via first class mail:

   - Order Authorizing Debtor's Rejection of Certain Executory Contracts and Unexpired Leases Effective as of the Petition Date.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  September 7, 2022                                        /s/*Cathi Brown*
                                                                                         Cathi Brown

137701015.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Scott Rever, Esq.<br>Genova Burns<br>110 Allen Road<br>Basking Ridge, NJ  07920<br>srever@genovaburns.com | Subchapter V Trustee | x  Regular Mail |
| Maggie McGee, Esq.<br>DOJ-UST<br>One Newark Center<br>1085 Raymond Blvd.<br>21st Floor<br>Newark, NJ 07102<br>Email: maggie.mcgee@usdoj.gov | Attorney for US Trustee | x  Regular Mail |
| Anselmi & DiCicco, Inc.<br>1977 Springfield Ave<br>Maplewood, NJ  07040 | | x  Regular Mail |
| Earle Asphalt Inc.<br>PO Box  556<br>Farmingdale, NJ  07727 | | x  Regular Mail |
| Chrysler Capital<br>PO Box 660335<br>Dallas, TX  75266-0335 | | x  Regular Mail |
| Komatsu Financial<br>8770 Bryn Mawr Ave<br>Suite 100<br>Chicago, IL  606931-3782 | | x  Regular Mail |
| Wells Fargo Equipment Finance<br>600 South 4th Street<br>Minneapolis, MN  55415 | | x  Regular Mail |
| Township of Morristown<br>200 South Street<br> Morristown, NJ   07960 | | x  Regular Mail |
| Somerset County P. W.<br>20 Grove Street<br>Somerville, NJ  08876 | | x  Regular Mail |
| Z Brothers Concrete Contractors, Inc<br>304 Jernee Mill Road<br>Sayreville, NJ  08872 | | x  Regular Mail |

137701015.1