UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
*Proposed Counsel to the Debtor*
*And Debtor in Possession*

In re:

ASSUNCAO BROS., INC.,

               Debtor.

Order Filed on September 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11 (Subchapter V)

Case No. 22-16159-CMG

Judge: Hon. Christine M. Gravelle

## CONSENT ORDER REJECTING INSURANCE POLICY WITH HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY EFFECTIVE AS OF AUGUST 26, 2022

The relief set forth on the following pages, numbered two (2) through three (3), is

hereby agreed upon and **ORDERED.**

**DATED: September 13, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

137604141.1

Page 2
Debtor:      Assuncao Bros., Inc.
Case No.:    22-16159-CMG
Caption:     **Consent Order Rejecting Insurance Policy with Horizon Blue Cross Blue
             Shield of New Jersey Effective as of August 26, 2022**

**THIS MATTER**, having been brought before the Court upon the application of Assuncao

Bros., Inc. (the "Debtor") the debtor and debtor-in-possession in the above-captioned chapter 11,

subchapter v case for entry of the within consent order rejecting a health insurance policy with

Horizon Blue Cross Blue Shield of New Jersey ("Horizon") effective as of August 26, 2022

pursuant to 11 U.S.C. § 365(a); and the Debtor and Horizon having consented to the relief set forth

herein as evidenced by the signatures of their respective undersigned counsel; and for good cause

shown, it is hereby

**AGREED and ORDERED** that the Debtor's health insurance policy with Horizon ending

in account number 2093 (the "Policy") is hereby rejected as of August 26, 2022 (the "Rejection

Date") pursuant to 11 U.S.C. § 365(a); and it is further

**AGREED and ORDERED** that within thirty (30) days of entry of this Consent Order, the

Debtor shall pay to Horizon the sum $4,180.28 in full satisfaction of the monthly premium

installment due from the Debtor to Horizon for the month of August 2022 prorated through the

Rejection Date, and no further sums shall be due and owing from the Debtor to Horizon relating

to the Policy; and it is further

**AGREED and ORDERED** that this Consent Order shall be immediately effective and

enforceable upon entry; and it is further

**AGREED and ORDERED** that the Court shall retain jurisdiction to hear any matters

related to the implementation and enforcement of this order.

*[Signature page follows]*

2

137604141.1

Page 3
Debtor:       Assuncao Bros., Inc.
Case No.:     22-16159-CMG
Caption:      **Consent Order Rejecting Insurance Policy with Horizon Blue Cross Blue
              Shield of New Jersey Effective as of August 26, 2022**


The parties, through their undersigned counsel, hereby consent to the form, substance, and

entry of the foregoing order:


By: ___/s/ Eric R. Perkins_____            By: __Michael R. Herz_____
    Eric R. Perkins, Esq.                         Michael R. Herz, Esq.
    Becker LLP                                    Fox Rothschild, LLP
    354 Eisenhower Parkway                        49 Market Street
    Suite 1500                                    Morristown, NJ 07960
    Livingston, NJ 07039                          (973) 992-4800
    (973) 422-1100                                *Proposed Attorneys for Debtor*
    *Attorney for Horizon*

Dated:  9/2/2022                                Dated:  9/2/2022

137604141.1

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 22-16159-CMG

Assuncao Bros., Inc.                                              Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen J Barkin | |
| | on behalf of Creditor Nobel Equipment & Supplies  Inc. abarkin@sbmesq.com, sandyr@sbmesq.com |
| Curtis M Plaza | |
| | on behalf of Creditor Manasquan Bank cplaza@riker.com  sdechoyan@riker.com |
| Douglas G. Leney | |
| | on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Interested Party Martin Assuncao dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com |
| Edward H. O'Hare | |
| | on behalf of Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY eohare@zazzali-law.com |
| Eric R. Perkins | |
| | on behalf of Creditor Black Rock Enterprises LLC eperkins@becker.legal |

District/off: 0312-3                     User: admin                          Page 2 of 2

Date Rcvd: Sep 13, 2022                  Form ID: pdf903                       Total Noticed: 1

                              tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins

                              on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal
                              tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Fleming Ware

                              on behalf of Creditor Komatsu Financial Limited Partnership fware@vedderprice.com

Gary D. Bressler

                              on behalf of Creditor NGM Insurance Company gbressler@mdmc-law.com
                              scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

John R. Morton, Jr.

                              on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
                              mortoncraigecf@gmail.com

Joseph A. Caneco

                              on behalf of Debtor Assuncao Bros.  Inc. jcaneco@foxrothschild.com

Joseph J. DiPasquale

                              on behalf of Debtor Assuncao Bros.  Inc. Jdipasquale@foxrothschild.com,
                              cbrown@foxrothschild.com;msteen@foxrothschild.com

Joshua H. Raymond

                              on behalf of Creditor Middlesex County Utilities Authority jraymond@msbnj.com

Justin Baumgartner

                              on behalf of Creditor Black Rock Enterprises LLC jbaumgartner@becker.legal  mambrose@becker.legal

Justin Baumgartner

                              on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey jbaumgartner@becker.legal  mambrose@becker.legal

Louis A. Modugno

                              on behalf of Other Prof. Vollers Excavating and Contractors  Inc. lmodugno@tm-firm.com

Margaret Mcgee

                              on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Baselice

                              on behalf of Creditor IUOE Local 825 Benefit Funds mbaselice@decotiislaw.com

Michael R. Herz

                              on behalf of Debtor Assuncao Bros.  Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

Philip William Allogramento

                              on behalf of Creditor County of Essex pallogramento@connellfoley.com  mcaggiano@connellfoley.com

Richard M. Schlaifer

                              on behalf of Creditor J.M. Ahle Co.  Inc. rschlaifer@earpcohn.com, vbromley@earpcohn.com

Scott Aaron Levin

                              on behalf of Creditor NGM Insurance Company slevin@mdmlaw.com

Scott S. Rever

                              on behalf of Trustee Scott S. Rever srever@genovaburns.com
                              srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

                              srever@wjslaw.com

Seth Ptasiewicz

                              on behalf of Creditor Northeast Carpenters Benefit Funds sptasiewicz@krollfirm.com

Timothy P. Neumann

                              on behalf of Creditor Ralph Clayton & Sons  LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete
                              timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee

                              USTPRegion03.NE.ECF@usdoj.gov

Vipin Varghese

                              on behalf of Creditor IUOE Local 825 Benefit Funds vvarghese@decotiislaw.com
                              kcaufield@decotiislaw.com;rmcgowan@decotiislaw.com;mdiaz@decotiislaw.com

Virginia T. Shea

                              on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com  mtaranto@mdmc-law.com;gbressler@mdmc-law.com

William E. Craig

                              on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
                              mortoncraigecf@gmail.com


TOTAL: 30