UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone:  (973) 992-4800
Facsimile:   (973) 992-9125
*Proposed Counsel to the Debtor*
*And Debtor in Possession*

| | |
|---|---|
| In re:<br><br><br>ASSUNCAO BROS., INC.,<br><br><br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Judge: Hon. Christine M. Gravelle |

**ADJOURNMENT REQUEST**

1.      I, <u>Michael R. Herz,</u>

☒ am the attorney for: <u>Assuncao Bros., Inc.</u>

☐ am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter:  <u>Hearing on Retention of Fox Rothschild Application for Retention [D.I. 90]</u>

Current hearing date and time: <u>September 27, 2022 at 2:00 pm</u>

New date requested: <u>October 4, 2022 at 2:00 pm</u>

Reason for adjournment request:  <u>We are working with the US Trustee on resolving objections</u>

138252652.1

2.      Consent to Adjournment:

     x  I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  September 21, 2022                    /s/Michael R. Herz_____
                                             Signature

## COURT USE ONLY:

The request for adjournment is:

☒  Granted            New hearing date:October 4, 2022 at 2:00 p.m. ☐  Peremptory
                                    _____

☐  Granted over objection(s)   New hearing date:  _____ ☐  Peremptory

☐  Denied

          **IMPORTANT: If your request is granted, you must notify interested**

          **parties who are not electronic filers of the new hearing date.**

138252652.1