| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone:  (973) 992-4800<br>Facsimile:   (973) 992-9125<br>*Proposed Counsel to the Debtor*<br>*And Debtor in Possession* |
| In re:<br><br><br>ASSUNCAO BROS., INC.,<br><br><br><br>Debtor. |

| | |
|---|---|
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Judge: Hon. Christine M. Gravelle |

**ADJOURNMENT REQUEST**

1. I, Michael R. Herz,

    ☒ am the attorney for: Assuncao Bros., Inc.

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter:  Hearing on Retention of KCP Advisory Group Application for Retention [D.I. 91]

    Current hearing date and time: September 27, 2022 at 2:00 pm

    New date requested: October 4, 2022 at 2:00 pm

    Reason for adjournment request:  We are working with the US Trustee on resolving objections

138254129.1

2. Consent to Adjournment:

    x  I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  September 21, 2022              /s/Michael R. Herz
                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted        New hearing date: October 4, 2022 at 2:00 p.m.  ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____  ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

138254129.1