| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone: (973) 992-4800<br>Facsimile: (973) 992-9125<br>*Proposed Counsel to the Debtor*<br>*And Debtor in Possession* | Order Filed on September 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>                Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Judge: Hon. Christine M. Gravelle |

## CONSENT ORDER PROVIDING RETAINER FOR SUBCHAPTER V TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby agreed upon and **ORDERED.**

**DATED: September 21, 2022**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

137862455.1

Page 2
Debtor:     Assuncao Bros., Inc.
Case No.:   22-16159-CMG
Caption:    **Consent Order Providing Retainer for Subchapter V Trustee**

**THIS MATTER**, having been brought before the Court upon the application of Assuncao Bros., Inc. (the "Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11, subchapter v case (the "Subchapter V Case") for entry of the within consent order providing a retainer for the subchapter v trustee, Scott Rever (the "Trustee"); and the Debtor and the Trustee having consented to the relief set forth herein as evidenced by their or their authorized representative's undersigned signatures; and for good cause shown, it is hereby

**AGREED and ORDERED** that the Debtor shall remit a retainer to the Trustee in the amount of $25,000 (the "Retainer"), which the Trustee shall apply to his fees and costs incurred in connection with the Debtor Subchapter V Case subject to further order of the Court allowing the Trustee's fees and costs; and it is further

**AGREED and ORDERED** the Trustee shall return any unused portion of the Retainer to the Debtor.

The parties, through their undersigned counsel, hereby consent to the form, substance, and entry of the foregoing order:

By: _____
Scott S. Rever, Esq.
Genova Burns LLC
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
(973) 387-7801
*Subchapter V Trustee*

Dated: 9-13-22

By: _____
Joseph J. DiPasquale, Esq.
Fox Rothschild, LLP
49 Market Street
Morristown, NJ 07960
(973) 992-4800
*Proposed Attorneys for Debtor*

Dated: 9-13-22

137862455.1

2