|  |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> FOX ROTHSCHILD LLP <br> 49 Market St. <br> Morristown, NJ 07960 <br> Joseph J. DiPasquale, Esq. <br> Michael R. Herz, Esq. <br> Joseph A. Caneco, Esq. <br> jdipasquale@foxrothschild.com <br> mherz@foxrothschild.com <br> jcaneco@foxrothschild.com <br> Telephone: (973) 992-4800 <br> Facsimile: (973) 992-9125 <br><br> *Proposed Counsel to the Debtor And Debtor in Possession* |

Order Filed on September 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: <br><br> ASSUNCAO BROS., INC., <br><br>                              Debtor. | Chapter 11 (Subchapter V) <br><br> Case No. 22-16159-CMG <br><br> Judge: Honorable Christine M. Gravelle |

**STIPULATION AND CONSENT ORDER REJECTING LEASE WITH ACROW CORPORATION AND MODIFYING THE AUTOMATIC STAY**

The relief set forth on the following pages two (2) through (4) is hereby **ORDERED**.

**DATED: September 26, 2022**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:      Assuncao Bros., Inc.
Case No.:    22-16159-CMG
Caption:     Stipulation and Consent Order Rejecting Lease with ACROW Corporation and Modifying the Automatic Stay

WHEREAS, on August 3, 2022, (the "Petition Date"), Assuncao Bros., Inc. (the "Debtor"), the above-captioned debtor and debtor-in-possession, filed a voluntary petition for relief under subchapter v of Chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code");

WHEREAS, prior to the Petition Date, the Debtor, as lessee, and ACROW Corporation of America ("ACROW"), as lessor, were parties to that certain ACROW Bridge Equipment Lease (the "Lease Agreement") dated November 12, 2020 for the lease of components comprising a 50 foot panel support bridge (the "Equipment") for use at the Debtor's worksite on Kingsland Road, NJ (the "Worksite");

WHEREAS, the Debtor defaulted under the Lease Agreement prior to the Petition Date;

WHEREAS, the Debtor no longer needs the Equipment for its remaining business; and

WHEREAS, the Debtor and ACROW negotiated the terms of the termination of the Lease Agreement and the surrender of the Equipment and have agreed to the terms and conditions set forth herein as evidenced by the undersigned signatures of their respective counsel.

NOW, THEREFORE, in consideration of the foregoing premises and of the mutual agreements and covenants hereinafter set forth, the parties hereto intending to be legally bound hereby, agree as follows:

1. The Lease Agreement is hereby rejected effective as of the Petition Date pursuant to 11 U.S.C. § 365.

2. The automatic stay of 11 U.S.C. § 362 is modified such that (i) the Lease Agreement is deemed terminated as of the date of entry of this Stipulation and Consent Order

138119676.2

2

Debtor:    Assuncao Bros., Inc.
Case No.:  22-16159-CMG
Caption:   Stipulation and Consent Order Rejecting Lease with ACROW Corporation and Modifying the Automatic Stay

without further action by the Debtor or ACROW; (ii) ACROW is hereby immediately authorized to obtain possession of the Equipment, which efforts shall be at ACROW's cost and expense; and (iii) ACROW is authorized to take such additional and further actions as permitted under the Lease Agreement provided that ACROW shall not attempt to collect any amounts from the Debtor without further order of the Court.

3. This Stipulation and Consent Order shall be binding upon and shall inure to the benefit of each of the parties hereto and their respective successors and assigns and any successor of any of them.

4. No modification or waiver of, or with respect to, any provision of this Stipulation and Consent Order, or consent to any departure from any of the terms or conditions hereof, shall in any event be effective unless it shall be in writing and signed by the parties hereto.

5. This Stipulation and Consent Order may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute but one and the same agreement. A facsimile or "pdf" signature shall be sufficient to bind the parties as if it were an original signature.

6. Each party expressly represents that it has entered freely and voluntarily into this Stipulation and Consent Order after careful review and the opportunity to consult with counsel. Except as otherwise expressly set forth herein, no representations have been made by either party with respect to any of the matters addressed in this Stipulation and Consent Order or with respect to the Chapter 11 case.

7. The terms, conditions and provisions of this Stipulation and Consent Order shall be governed by, and construed in accordance with, the United States Bankruptcy Code and to the

Debtor: Assuncao Bros., Inc.
Case No.: 22-16159-CMG
Caption: Stipulation and Consent Order Rejecting Lease with ACROW Corporation and Modifying the Automatic Stay

extent applicable, the internal laws of the State of New Jersey, without giving consideration to any other state's conflict of law provisions.

The undersigned hereby consent and agree to the terms and conditions stated herein.

Dated: September 16, 2022

FOX ROTHSCHILD, LLP

Proposed Counsel for the Debtor and Debtor-in-Possession

By: */s/ Joseph J. DiPasquale*
      Joseph J. DiPasquale, Esq.

GREENBERG TRAURIG, LLP

Counsel for ACROW Corporation of America

By: */s/ Karl Burrer*
      Karl Burrer, Esq.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16159-CMG

Assuncao Bros., Inc.  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Sep 26, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen J Barkin | on behalf of Creditor Nobel Equipment & Supplies Inc. abarkin@sbmesq.com, sandyr@sbmesq.com |
| Curtis M Plaza | on behalf of Creditor Manasquan Bank cplaza@riker.com sdechoyan@riker.com |
| Douglas G. Leney | on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com ahuber@archerlaw.com,chansen@archerlaw.com |
| Douglas G. Leney | on behalf of Interested Party Martin Assuncao dleney@archerlaw.com ahuber@archerlaw.com,chansen@archerlaw.com |
| Edward H. O'Hare | on behalf of Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY eohare@zazzali-law.com |
| Eric R. Perkins | on behalf of Creditor Black Rock Enterprises LLC eperkins@becker.legal |

Case 22-16159-CMG    Doc 127    Filed 09/28/22    Entered 09/29/22 00:14:13    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: pdf903 | Total Noticed: 1 |

tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins

on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal
tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Fleming Ware

on behalf of Creditor Komatsu Financial Limited Partnership fware@vedderprice.com

Gary D. Bressler

on behalf of Creditor NGM Insurance Company gbressler@mdmc-law.com
scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

John R. Morton, Jr.

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
mortoncraigecf@gmail.com

Joseph A. Caneco

on behalf of Debtor Assuncao Bros.  Inc. jcaneco@foxrothschild.com

Joseph J. DiPasquale

on behalf of Debtor Assuncao Bros.  Inc. Jdipasquale@foxrothschild.com,
cbrown@foxrothschild.com;msteen@foxrothschild.com

Joshua H. Raymond

on behalf of Creditor Middlesex County Utilities Authority jraymond@msbnj.com

Justin Baumgartner

on behalf of Creditor Black Rock Enterprises LLC jbaumgartner@becker.legal  mambrose@becker.legal

Justin Baumgartner

on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey jbaumgartner@becker.legal  mambrose@becker.legal

Louis A. Modugno

on behalf of Other Prof. Vollers Excavating and Contractors  Inc. lmodugno@tm-firm.com

Margaret Mcgee

on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Baselice

on behalf of Creditor IUOE Local 825 Benefit Funds mbaselice@decotiislaw.com

Michael R. Herz

on behalf of Debtor Assuncao Bros.  Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

Philip William Allogramento

on behalf of Creditor County of Essex pallogramento@connellfoley.com  mcaggiano@connellfoley.com

Richard M. Schlaifer

on behalf of Creditor J.M. Ahle Co.  Inc. rschlaifer@earpcohn.com, vbromley@earpcohn.com

Scott Aaron Levin

on behalf of Creditor NGM Insurance Company slevin@mdmlaw.com

Scott S. Rever

on behalf of Trustee Scott S. Rever srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

srever@wjslaw.com

Seth Ptasiewicz

on behalf of Creditor Northeast Carpenters Benefit Funds sptasiewicz@krollfirm.com

Timothy P. Neumann

on behalf of Creditor Ralph Clayton & Sons  LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete
timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Vipin Varghese

on behalf of Creditor IUOE Local 825 Benefit Funds vvarghese@decotiislaw.com
kcaufield@decotiislaw.com;rmcgowan@decotiislaw.com;mdiaz@decotiislaw.com

Virginia T. Shea

on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com  mtaranto@mdmc-law.com;gbressler@mdmc-law.com

William E. Craig

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
mortoncraigecf@gmail.com

TOTAL: 30