| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**McELROY, DEUTSCH, MULVANEY &**<br>**CARPENTER, LLP**<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ  07962-2075<br>Adam R. Schwartz, Esq.<br>Gary D. Bressler, Esq.<br>Scott A. Levin, Esq.<br>Virginia T. Shea, Esp.<br>Telephone: (973) 993-8100<br>Facsimile: (973) 425-0161<br>aschwartz@mdmc-law.com<br>gbressler@mdmc-law.com<br>slevin@mdmc-law.com<br>vshea@mdmc-law.com<br><br>*Counsel to NGM Insurance Company* | <br>**Order Filed on September 26, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Assuncao Bros., Inc.<br><div align="right">Debtor.</div> | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159 (CMG)<br><br>Judge Christine M. Gravelle |

## CONSENT ORDER

The relief set forth on the following page of this Consent Order ("Consent Order") is hereby **ORDERED**.

**DATED: September 26, 2022**



Honorable Christine M. Gravelle
United States Bankruptcy Judge

137743463.1

137853292.2

(Page 2)
Debtor:      Assuncao Bros., Inc.
Case No.:    22-16159 (CMG)
Caption :    CONSENT ORDER

---

This matter having come before the Court as a Consent Order executed by counsel for Debtor Assuncao Bros., Inc. ("ABI") as well as counsel for creditor NGM Insurance Company ("NGM" and with ABI, the "Parties"), in the above captioned matter, and as the Parties having conferred regarding the voluntary petition for relief filed by ABI under chapter 11, subchapter V of the Bankruptcy code in the United States Bankruptcy Court for the District of New Jersey on August 3, 2022 ("Petition Date"), and

**WHEREAS**, prior to the Petition Date, NGM executed certain performance and payment bonds ("Bonds") on behalf of ABI, as principal, including bonds for certain public owner obligees/counterparties (the "Bonded Contract Owners"),[1] arising out of certain public work contracts which Bonds relate to, and under which such contracts ABI was performing ("Bonded Contracts") as of the Petition Date, and

---

[1] Bonded Contract Owners and Bonded Contracts include, but are not necessarily limited to: 1) **the City of Jersey City, New Jersey** (Dr. Martin Luther King, Jr. Intersection Safety Improvements – Replacing Existing Curb Ramps with new ADA –compliant Concrete Ramps, Concrete Sidewalks & Curb Work, Providing Pedestrian Signal Upgrades, Resetting Castings [project includes 8 intersections along Dr. Martin Luther King Drive]) and (Replacement of County Bridge Contract # 20002); 2) **County of Somerset, New Jersey** (Maintenance Contract Repairs of Various Park Commission Structures) **and** (Replacement of County Bridge Belle Mead-Blawenburg Rd (CR 601) over Back Brook, Township of Montgomery, Somerset County, Replace Bridge, Contract No. 19008); 3) **Township of Raritan** (Sunny Hills Section II Road Reconstruction Improvements, Raritan Township); 4) **Essex County, New Jersey** (Park Avenue – Nine Traffic Signals and Road Improvements in Cities of Orange, East Orange and Newark, New Jersey) **and** (Provide Nine Traffic Signals and Roadway Improvements, Countywide Signals and Roadway Improvements); 5) **Township of Springfield** (Caldwell Place Culvert Repair); 6) **County of Ocean, New Jersey** (Construction of Traffic Signal at the Intersection of Prospect Street & Massachusetts Avenue – Township of Lakewood); 7) **Township of Monroe, New Jersey** (Intersection Improvements Spotswood, Gravel Hill & Machaponix/Pergola Avenue Road Improvements); 8) **County of Hunterdon, New Jersey** (Resurfacing & Drainage Improvements for County Route 616, Road Improvements in the Township of Franklin, County of Hunterdon); 9) **Passaic County, New Jersey** (Replacement of the Kingsland Road Bridge over the Third River, within the City of Clifton); 10) **County of Middlesex, New Jersey** (Improvements to Intersection of Forsgate & Rossmoor, Monroe Township); 11) **Township of Piscataway, New Jersey** (Drake Lane Improvements Phase II); 12) **County of Monmouth, New Jersey** (Replacement of Bridge U-15 on Breza Road over Doctor's Creek, Upper Freehold and Allentown); and 13) **County of Hudson, New Jersey** (Improvement to JFK Boulevard from Pavonia Road) . NGM also issued a fringe benefits bond no. S-324394.

137743463.1

137853292.2

(Page 3)
Debtor:       Assuncao Bros., Inc.
Case No.:     22-16159 (CMG)
Caption :     CONSENT ORDER

---

**WHEREAS**, on or about August 12, 2022, NGM's counsel served ABI's counsel with a Rule 2004 subpoena for the production of documents, calling for responsive documents to be produced by September 2, 2022, and

**WHEREAS**, counsel for NGM and counsel for ABI discussed NGM's requests and agreed to enter into this Consent Order governing ABI's responses and resolving NGM's Rule 2004 subpoena, and

**WHEREAS**, the Court, having reviewed this Consent Order and for good cause shown, it is hereby

**ORDERED THAT:**

1. ABI's time to respond to NGM's Rule 2004 subpoena is hereby extended through and including September 23, 2022, and the Parties may agree to further extensions of the time to respond without further order of the Court.

2. ABI agrees to make its documents and computer-based information and documentation available for NGM's inspection at ABI's offices beginning on September 6, 2022. NGM may copy/duplicate any of ABI's information and documentation concerning the Bonded Contracts. NGM only intends to review ABI's documents concerning the Bonded Contracts. If ABI's representative(s) cannot direct NGM and/or its attorneys/paralegals/consultants ("NGM's Representatives") to segregated documents/information related to the Bonded Contracts, NGM's Representatives may review groups of documents that relate to Bonded Contracts and other information/documentation unrelated to Bonded Contracts, but in any event NGM's Representatives may only copy/duplicate any of ABI's documents/information that are

137743463.1

137853292.2

(Page 4)
Debtor: Assuncao Bros., Inc.
Case No.: 22-16159 (CMG)
Caption: CONSENT ORDER

---

related to Bonded Contracts. NGM's Representatives' review of ABI's documents at ABI's offices is done without NGM waiving any of NGM's rights to receive complete responses to NGM's requests made within its Rule 2004 Subpoena. ABI likewise reserves its right to file a motion to quash with respect to NGM's Rule 2004 Subpoena.

3. Any documents to be photocopied, printed, downloaded, saved or otherwise removed from ABI's offices will first be presented to and acknowledged as related to Bonded Contracts by ABI's representative(s) on site.

4. In the event that there is a disagreement on site over the relevancy of a document, counsel for ABI and counsel for NGM shall discuss, and the disputed document may not be photocopied, printed, downloaded, saved or otherwise removed from ABI's offices without agreement by counsel or as may otherwise be ordered by the court.

5. ABI may designate any documents that are produced to NGM as "Confidential" under the terms of this Consent Order if ABI has good cause to believe that such documents satisfy the definition of Confidential Discovery Material.

6. Confidential Discovery Material is defined as, and shall be limited to, any documents that contain: (1) trade secrets; (2) proprietary information, including but not limited to competitively sensitive technical, marketing, financial, sales, or other confidential business information; (3) private or confidential personal information; (4) information received in confidence from third parties; (5) any documentation subject to attorney client privilege or constituting attorney work-product materials; or (6) any information which any Producing Party otherwise believes in good faith to be entitled to protection under Federal Rule of Civil Procedure 26(c) and applicable Local Rules. Confidential Discovery Material shall

137743463.1
137853292.2

(Page 5)
Debtor:     Assuncao Bros., Inc.
Case No.:   22-16159 (CMG)
Caption :   CONSENT ORDER

---

not include, *inter alia*: (i) information in the public domain; (ii) information already known by the receiving party through proper means which does not involve a breach of this Stipulation; (iii) information that is or becomes publicly available in substantially the same form in which it is produced, but not if such information becomes publicly available as a result of a breach of this Consent Order; (iv) information that is voluntarily de-designated by ABI; and (v) information that is or becomes available to a party from a source (a) other than the party asserting confidentiality and (b) rightfully in possession of such information on a non-confidential basis.

7. The designation of documents as Confidential Discovery Material shall be made in the following manner: (i) by affixing the legend "Confidential" to each page containing any Confidential Discovery Material; or (ii) in the case of electronically stored information produced in native format, by including "Confidential" in the file or directory name, or by affixing the legend "Confidential" to the media containing the Discovery Material (e.g., CD-ROM, DVD).

8. NGM shall have the right to utilize any and all documents and information concerning the Bonded Contracts, excluding any documents and information designated as Confidential Discovery Material. To the extent that NGM should wish to utilize any Confidential Discovery Material or make any Confidential Discovery Material known to third parties, NGM shall confer with ABI's counsel and obtain written consent or otherwise seek court approval to which ABI reserves the right to object to same.

9. When the inadvertent or mistaken disclosure of any information, document or thing protected by privilege or work-product immunity is discovered by the producing party and

(Page 6)
Debtor:        Assuncao Bros., Inc.
Case No.:      22-16159 (CMG)
Caption :      CONSENT ORDER

_____

brought to the attention of the receiving party, the receiving party's treatment of such material shall be in accordance with <u>Federal Rule of Civil Procedure 26(b)(5)(B)</u>. Such inadvertent or mistaken disclosure of such information, document or thing shall not by itself constitute a waiver by the producing party of any claims of privilege or work-product immunity. However, nothing herein restricts the right of the receiving party to challenge the producing party's claim of privilege if appropriate within a reasonable time after receiving notice of the inadvertent of mistaken disclosure.

10. NGM's Representatives shall prepare a list of all materials photocopied, printed, downloaded, saved, or otherwise removed from ABI's offices, and provide that list to counsel for ABI.

11. NGM may take the Rule 2004 examinations of one or two of debtors' representative(s) designated by the Debtor in response to NGM's Rule 2004 Subpoena without further Order of the Court.

12. ABI's compliance with this Consent Order shall resolve NGM's Rule 2004 subpoena.

13. Nothing herein shall affect rights of any party in that certain action styled, NGM Insurance Company v. Assuncao Brothers, Inc., Martin Assuncao and Lisa Assuncao, No. MID L 003042-22, in the Superior Court of New Jersey.

14. This Consent Order shall be immediately effective and enforceable upon the entry of this Consent Order.

*[Signature page follows]*

137743463.1

137853292.2

(Page 7)
Debtor:        Assuncao Bros., Inc.
Case No.:     22-16159 (CMG)
Caption :      CONSENT ORDER

---

We hereby consent to the terms and conditions stated herein.

| **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** | **FOX ROTHSCHILD LLP** |
|---|---|
| */s/ Gary D. Bressler* | */s/ Joseph J. DiPasquale* |
| Gary D. Bressler, Esq. | Joseph J. DiPasquale, Esq. |
| Adam R. Schwartz, Esq. | 49 Market Street |
| Scott A. Levin, Esq. | Morristown, NJ 07960 |
| Virginia T. Shea, Esq. | Telephone: (973) 548-3368 |
| 1300 Mt. Kemble Avenue | jdipasquale@foxrothschild.com |
| P.O. Box 2075 | |
| Morristown, NJ 07962-2075 | *Proposed Attorneys for Debtor* |
| Telephone: (973) 993-8100 | |
| gbressler@mdmc-law.com | |
| aschwartz@mdmc-law.com | |
| slevin@mdmc-law.com | |
| vshea@mdmc-law.com | |

*Attorneys for NGM Insurance Company*

Dated: September 16, 2022                                    Dated: September 16, 2022

137743463.1

137853292.2

<div align="center">United States Bankruptcy Court

District of New Jersey</div>

In re:  Case No. 22-16159-CMG
Assuncao Bros., Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Sep 26, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen J Barkin | on behalf of Creditor Nobel Equipment & Supplies Inc. abarkin@sbmesq.com, sandyr@sbmesq.com |
| Curtis M Plaza | on behalf of Creditor Manasquan Bank cplaza@riker.com  sdechoyan@riker.com |
| Douglas G. Leney | on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com |
| Douglas G. Leney | on behalf of Interested Party Martin Assuncao dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com |
| Edward H. O'Hare | on behalf of Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY eohare@zazzali-law.com |
| Eric R. Perkins | on behalf of Creditor Black Rock Enterprises LLC eperkins@becker.legal |

Case 22-16159-CMG   Doc 128   Filed 09/28/22   Entered 09/29/22 00:14:13   Desc
Imaged Certificate of Notice   Page 9 of 9

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: pdf903 | Total Noticed: 1 |

tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins

 on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal
 tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Fleming Ware

 on behalf of Creditor Komatsu Financial Limited Partnership fware@vedderprice.com

Gary D. Bressler

 on behalf of Creditor NGM Insurance Company gbressler@mdmc-law.com
 scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

John R. Morton, Jr.

 on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
 mortoncraigecf@gmail.com

Joseph A. Caneco

 on behalf of Debtor Assuncao Bros.  Inc. jcaneco@foxrothschild.com

Joseph J. DiPasquale

 on behalf of Debtor Assuncao Bros.  Inc. Jdipasquale@foxrothschild.com,
 cbrown@foxrothschild.com;msteen@foxrothschild.com

Joshua H. Raymond

 on behalf of Creditor Middlesex County Utilities Authority jraymond@msbnj.com

Justin Baumgartner

 on behalf of Creditor Black Rock Enterprises LLC jbaumgartner@becker.legal   mambrose@becker.legal

Justin Baumgartner

 on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey jbaumgartner@becker.legal   mambrose@becker.legal

Louis A. Modugno

 on behalf of Other Prof. Vollers Excavating and Contractors  Inc. lmodugno@tm-firm.com

Margaret Mcgee

 on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Baselice

 on behalf of Creditor IUOE Local 825 Benefit Funds mbaselice@decotiislaw.com

Michael R. Herz

 on behalf of Debtor Assuncao Bros.  Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

Philip William Allogramento

 on behalf of Creditor County of Essex pallogramento@connellfoley.com   mcaggiano@connellfoley.com

Richard M. Schlaifer

 on behalf of Creditor J.M. Ahle Co.  Inc. rschlaifer@earpcohn.com, vbromley@earpcohn.com

Scott Aaron Levin

 on behalf of Creditor NGM Insurance Company slevin@mdmlaw.com

Scott S. Rever

 on behalf of Trustee Scott S. Rever srever@genovaburns.com
 srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever

 srever@wjslaw.com

Seth Ptasiewicz

 on behalf of Creditor Northeast Carpenters Benefit Funds sptasiewicz@krollfirm.com

Timothy P. Neumann

 on behalf of Creditor Ralph Clayton & Sons  LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete
 timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee

 USTPRegion03.NE.ECF@usdoj.gov

Vipin Varghese

 on behalf of Creditor IUOE Local 825 Benefit Funds vvarghese@decotiislaw.com
 kcaufield@decotiislaw.com;rmcgowan@decotiislaw.com;mdiaz@decotiislaw.com

Virginia T. Shea

 on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com   mtaranto@mdmc-law.com;gbressler@mdmc-law.com

William E. Craig

 on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
 mortoncraigecf@gmail.com

TOTAL: 30