## Exhibit A

**Updated list of parties in interest in this case which Fox Rothschild currently represents or formerly represented in matters unrelated to this Subchapter V Case:[1]**

- Airgas – current client; transactional adversities; creditor in unrelated bankruptcies
- FedEx Freight[2] – former client
- Ralph Clayton & Sons – current client; creditor in concluded, unrelated bankruptcy
- ASCO – current client
- Jesco, Inc. – current client
- Buy-Wise – former client; concluded litigation adversity
- Capital One – former client; creditor in unrelated bankruptcy matters; adverse in litigation and transactions
- Tulnoy Lumber – former client
- United Rentals – former client; adverse in litigation and transaction; creditor in unrelated bankruptcies
- Mandelbaum Salsburg – former client; concluded transactional adversity
- Mid-Atlantic Truck Center – former client
- Stavola Construction – former client
- Tilcon New York, Inc. – former client
- East West Trading – former client
- First Insurance Funding – former client; creditor in unrelated bankruptcies
- Stavola Asphalt – former client
- Stavola Construction – former client
- Union 825 Operators – current litigation adversity; concluded transactional adversity
- Campbell Foundry – creditor in unrelated bankruptcy matter
- Traffic Lines, Inc. – creditor in concluded, unrelated bankruptcy
- Union Carpenters – former litigation adversity
- White Cap LP – current litigation adversity; creditor in unrelated bankruptcy
- Custom Bandag Inc. – creditor in unrelated bankruptcies
- Raritan Pipe & Supply – former client; creditor in unrelated bankruptcy
- Taylor Oil Co. – former client
- Eastern Concrete Materials – former client; creditor in unrelated bankruptcy
- JH Ahle – creditor in concluded, unrelated bankruptcy
- Lawson Products – creditor in unrelated bankruptcy
- Union Local 472 Laborers – current litigation adversity
- Contech Engineered Solutions – creditor in unrelated bankruptcy
- ULMA Form Works, Inc. – creditor in concluded bankruptcy

---

[1] This list updates the list included with Exhibit B to the Certification of Joseph J. DiPasquale originally submitted with the Fox Retention Application.

[2] The new conflict check specifically searched party-in-interest FedEx Freight, while the original conflict check generally searched "FedEx."

138413692.1

- County Concrete – former client; concluded transactional adversity; concluded litigation adversity
- Essex County Sheriff's Office – concluded transactional adversity
- Manasquan Bank – Current client in unrelated matters; conflict waiver letter executed
- NGM Insurance Company - former client (relationship belonged to a group of lateral attorneys before they joined Fox in 2018; the files were all closed out 10+ years ago and no work was ever done at Fox); concluded litigation adversity (2019)
- Pennsylvania Jersey Concrete – former client
- Verizon Connect – concluded litigation adversity

**Deleted:** Current client in unrelated matters; conflict waiver letter executed

**Formatted:** DocID