| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone:  (973) 992-4800<br>Facsimile:   (973) 992-9125<br>*Proposed Counsel to the Debtor*<br>*And Debtor in Possession* | |
| In re:<br><br><br>ASSUNCAO BROS., INC.,<br><br><br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Judge: Hon. Christine M. Gravelle |

**ADJOURNMENT REQUEST**

1.  I, <u>Michael R. Herz,</u>

    ☒ am the attorney for: <u>Assuncao Bros., Inc.</u>

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter:  <u>Hearing on Retention of KCP Advisory Group Application for Retention[D.I. 91]</u>

    Current hearing date and time: <u>October 11, 2022 at 2:00 pm</u>

    New date requested: <u>October 18, 2022 at 2:00 pm</u>

    Reason for adjournment request:  <u>We are working with the US Trustee on resolving objections</u>

138779343.1

2. Consent to Adjournment:

x  I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: October 7, 2022                             /s/Michael R. Herz
                                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted            New hearing date: 10/18/22 at 10:00 a.m.   ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____  ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

138779343.1