

**Order Filed on October 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FOX ROTHSCHILD LLP
49 Market St.
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone:  (973) 992-4800
Facsimile:  (973) 992-9125
Proposed Counsel to the Debtor
And Debtor in Possession

In re:

ASSUNCAO BROS., INC.,

                Debtor.

Chapter 11 (Subchapter V)

Case No. 22-16159-CMG

Judge: Hon. Christine M. Gravelle

Recommended Local Form:    ☐ Followed    ■ Modified

### ORDER APPROVING RETENTION OF FOX ROTHSCHILD LLP AS COUNSEL TO THE DEBTOR EFFECTIVE AUGUST 3, 2022

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 12, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

137176747.3

(Page 2)
Debtor:            ASSUNCAO BROS., INC.
Case No:           22-16159-CMG
Caption of Order:  ORDER APPROVING RETENTION OF FOX ROTHSCHILD LLP AS COUNSEL TO THE DEBTOR

Upon the applicant's request for authorization to retain Fox Rothschild LLP as counsel to Assuncao Bros., Inc. (the "Debtor") effective as of the Petition Date, it is hereby **ORDERED**.

1. The Debtor is authorized to retain Fox Rothschild LLP as its counsel.

    The professional's address is: Fox Rothschild LLP ("Fox"), 49 Market Street, Morristown, NJ 07960.

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is August 3, 2022.

137176747.3