|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CHARLES ALLEN YUEN LLC<br>(Mail/Deliveries) 300 Main St., Suite 21 PMB650<br>Madison, NJ 07940<br>Charles Allen Yuen, Esq.<br>cyuen@cyuen-law.com<br>Tel: 862-350-4300<br>Fax: 862-350-4235<br>Attorneys for Wiggins Plastics, Inc. and Knickerbocker Bed Company |  |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>    Debtor. | Chapter 11 (Subchapter V)<br>Case No. 22-16159-CMG<br>Judge:  Hon. Christine M. Gravelle<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

      PLEASE TAKE NOTICE that Charles Allen Yuen of Charles Allen Yuen LLC hereby enters his appearance as attorney for creditors Wiggins Plastics, Inc. and Knickerbocker Bed Company in the above-captioned bankruptcy case under the United States Bankruptcy Code and, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules, requests that any and all notices given or required to be given in the above-captioned case, be given to and served upon the undersigned at the address and telephone number set forth below:

> Charles Allen Yuen, Esq.
> Charles Allen Yuen LLC
> 300 Main St., Suite 21 PMB650
> Madison, NJ 07940
> cyuen@cyuen-law.com
> Tel: 862-350-4244
> Fax: 862-350-4235

PLEASE TAKE FURTHER NOTICE that, pursuant Rules 2002 and 9010 the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, *ex parte* or on notice written or oral and whether transmitted to conveyed by mail, hand delivery, telephone, telecopier, telegraph, telex or otherwise which affect or seek to affect in any way the Debtor or the property of the Debtor or any rights or interest of the aforementioned parties-in-interest with respect to the Debtor or its property.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive the above-named entities' right to have final orders in non-core matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory of discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

**CHARLES ALLEN YUEN LLC**

Dated: October 13, 2022

/s/ Charles A. Yuen
Charles A. Yuen

(Mail/Deliveries To) 300 Main St., Suite 21
PMB650
Madison, NJ 07940
Tel: 862-350-4300