Order Filed on October 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>FOX ROTHSCHILD LLP<br>49 Market St.<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone: (973) 992-4800<br>Facsimile: (973) 992-9125<br>Proposed Counsel to the Debtor<br>And Debtor in Possession |

| | |
|---|---|
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Judge: Hon. Christine M. Gravelle |

| |
|---|
| Recommended Local Form:   ☐ Followed   ■ Modified |

**ORDER APPROVING RETENTION OF FOX ROTHSCHILD LLP
AS COUNSEL TO THE DEBTOR EFFECTIVE AUGUST 3, 2022**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 12, 2022**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

137176747.3

(Page 2)

| | |
|---|---|
| Debtor: | ASSUNCAO BROS., INC. |
| Case No: | 22-16159-CMG |
| Caption of Order: | ORDER APPROVING RETENTION OF FOX ROTHSCHILD LLP AS COUNSEL TO THE DEBTOR |

Upon the applicant's request for authorization to retain Fox Rothschild LLP as counsel to Assuncao Bros., Inc. (the "Debtor") effective as of the Petition Date, it is hereby **ORDERED**.

1. The Debtor is authorized to retain Fox Rothschild LLP as its counsel.

    The professional's address is: Fox Rothschild LLP ("Fox"), 49 Market Street, Morristown, NJ 07960.

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is August 3, 2022.

137176747.3

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16159-CMG

Assuncao Bros., Inc.  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Oct 12, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen J Barkin | on behalf of Creditor Nobel Equipment & Supplies Inc. abarkin@sbmesq.com, sandyr@sbmesq.com |
| Curtis M Plaza | on behalf of Creditor Manasquan Bank cplaza@riker.com sdechoyan@riker.com |
| Douglas G. Leney | on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com ahuber@archerlaw.com,chansen@archerlaw.com |
| Douglas G. Leney | on behalf of Interested Party Martin Assuncao dleney@archerlaw.com ahuber@archerlaw.com,chansen@archerlaw.com |
| Edward H. O'Hare | on behalf of Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY eohare@zazzali-law.com |
| Eric R. Perkins | on behalf of Creditor Black Rock Enterprises LLC eperkins@becker.legal |

Case 22-16159-CMG    Doc 140    Filed 10/14/22    Entered 10/15/22 00:18:08    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: pdf903 | Total Noticed: 1 |

tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

**Eric R. Perkins**
    on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

**Fleming Ware**
    on behalf of Creditor Komatsu Financial Limited Partnership fware@vedderprice.com

**Gary D. Bressler**
    on behalf of Creditor NGM Insurance Company gbressler@mdmc-law.com
    scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

**John R. Morton, Jr.**
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com,
    mortoncraigecf@gmail.com

**Joseph A. Caneco**
    on behalf of Debtor Assuncao Bros. Inc. jcaneco@foxrothschild.com

**Joseph J. DiPasquale**
    on behalf of Debtor Assuncao Bros. Inc. Jdipasquale@foxrothschild.com,
    cbrown@foxrothschild.com;msteen@foxrothschild.com

**Joshua H. Raymond**
    on behalf of Creditor Middlesex County Utilities Authority jraymond@msbnj.com

**Justin Baumgartner**
    on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey jbaumgartner@becker.legal mambrose@becker.legal

**Justin Baumgartner**
    on behalf of Creditor Black Rock Enterprises LLC jbaumgartner@becker.legal mambrose@becker.legal

**Louis A. Modugno**
    on behalf of Other Prof. Vollers Excavating and Contractors Inc. lmodugno@tm-firm.com

**Margaret Mcgee**
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

**Michael A. Baselice**
    on behalf of Creditor IUOE Local 825 Benefit Funds mbaselice@decotiislaw.com

**Michael R. Herz**
    on behalf of Debtor Assuncao Bros. Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

**Philip William Allogramento**
    on behalf of Creditor County of Essex pallogramento@connellfoley.com mcaggiano@connellfoley.com

**Richard M. Schlaifer**
    on behalf of Creditor J.M. Ahle Co. Inc. rschlaifer@earpcohn.com, vbromley@earpcohn.com

**Ryan Richard Sweeney**
    on behalf of Creditor Iron Workers District Council Philadelphia and Vicinity Benefit Funds rsweeney@cjtlaw.org

**Ryan Richard Sweeney**
    on behalf of Creditor Iron Workers Local 11 Benefit Funds rsweeney@cjtlaw.org

**Ryan Richard Sweeney**
    on behalf of Creditor Iron Workers Local 399 Benefit Funds rsweeney@cjtlaw.org

**Scott Aaron Levin**
    on behalf of Creditor NGM Insurance Company slevin@mdmlaw.com

**Scott S. Rever**
    srever@wjslaw.com

**Scott S. Rever**
    on behalf of Trustee Scott S. Rever srever@genovaburns.com
    srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

**Seth Ptasiewicz**
    on behalf of Creditor Northeast Carpenters Benefit Funds sptasiewicz@krollfirm.com

**Timothy P. Neumann**
    on behalf of Creditor Ralph Clayton & Sons LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete
    timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

**U.S. Trustee**
    USTPRegion03.NE.ECF@usdoj.gov

**Vipin Varghese**
    on behalf of Creditor IUOE Local 825 Benefit Funds vvarghese@decotiislaw.com
    kcaufield@decotiislaw.com;rmcgowan@decotiislaw.com;mdiaz@decotiislaw.com

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Oct 12, 2022 | Form ID: pdf903 | Total Noticed: 1

Virginia T. Shea
    on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com mtaranto@mdmc-law.com;gbressler@mdmc-law.com

William E. Craig
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 33