| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ  07960<br>Joseph J. DiPasquale, Esq.<br>jdipasquale@foxrothschild.com<br>Telephone:  973-992-4800<br>Facsimile:  973-992-9125<br>*Proposed Counsel to the Debtor and Debtor in Possession* |

| | |
|---|---|
| In Re:<br><br>ASSUNCAO BROS., INC.,<br><br>                    Debtor. | Chapter 11 (Subchapter V)<br><br>Case No 22-16159-CMG<br><br>Judge:  Hon. Christine M. Gravelle |

**CERTIFICATE OF SERVICE**

1. I, Cathi Brown:

   ☒  am a legal assistant at Fox Rothschild, LLP, attorneys to debtor in the above-mentioned matter.

2. On October 19, 2022 I sent a copy of the following pleadings and/or documents to the parties listed on the chart below via the method indicated in the chart:

   - Notice of Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C.§1189(b) to Extend Time Period to File Chapter 11 Plan

   - Memorandum of Law in support of Motion;

   - Certification of Martin Assuncao in support of Motion; and

   - Proposed Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

139158141.1

Dated:  October 19, 2022                                   /s/*Cathi Brown*
                                                           Cathi Brown

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Eamonn O'Hagan<br>Senior Bankruptcy Counsel<br>US Attorney's Office<br>District Of New Jersey<br>970 Broad Street<br>Newark, NJ  07102<br>Eamonn.OHagan@usdoj.gov | Attorney for SBA, USAO for the D.N.J. | ☐ Hand-delivered<br>x  Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>        (as authorized by court*) |
| Scott Rever, Esq.<br>Genova Burns<br>110 Allen Road<br>Basking Ridge, NJ  07920<br>srever@genovaburns.com | Subchapter V Trustee | ☐ Hand-delivered<br>x  Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>        (as authorized by court*) |
| Maggie McGee, Esq.<br>DOJ-UST<br>One Newark Center<br>1085 Raymond Blvd.<br>21st Floor<br>Newark, NJ 07102<br>Email: maggie.mcgee@usdoj.gov | Attorney for US Trustee | ☐ Hand-delivered<br>x  Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>        (as authorized by court*) |
| Manasquan Bank<br>c/o Riker Danzig LLP<br>Curtis M. Plaza, Esq.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ  07962-1981 | Attorney for Manasquan Bank | ☐ Hand-delivered<br>x  Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>        (as authorized by court*) |
| Komatsu Financial Limited Partnership<br>8770 W. Bryn Mawr Ave<br>Suite 100<br>Chicago, IL  60631 | Secured creditor | ☐ Hand-delivered<br>x  Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>        (as authorized by court*) |

139158141.1

| | | |
|---|---|---|
| IRS Dept of Treasury<br>PO Box 7346<br>Philadelphia, PA 19440 | Secured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |
| Kubota Credit Corp, USA<br>PO box 2046<br>Grapevine, TX 76099 | Secured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |
| Wells Fargo Vendor Financial Services<br>PO Box 35701<br>Billings, MT 59107 | Secured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |
| Wells Fargo Vendor Financial Services<br>600 South 4th Street<br>MAC N900-10<br>Minneapolis, MN 55415 | Secured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |
| VFS US LLC<br>PO Box 26131<br>Greensboro, NC 27402 | Secured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |
| American Express National Bank<br>c/o Doyle & Hoefs, LLC<br>2043 Springwood Road<br>Attn: Michael J. Hoefs, Esq.<br>York, PA 17403 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |
| Black Rock Enterprises, LLC<br>c/o BECKER LLC<br>Joseph G. Harraka, Jr.<br>Erik B. Derr<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |

139158141.1

| | | |
|---|---|---|
| County Concrete Corp.<br>c/o Macce & Cresti, PC<br>17 East Manin Street<br>Clinton, NJ 08809<br>Attn: John C. Macce, Esq | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |
| NGM Insurance Company<br>c/o MCELROY, DEUTSCH,<br>MULVANEY & CARPENTER, LLP<br>Adam R. Schwartz<br>Gary D. Bressler<br>Scott A. Levin<br>Virginia T. Shea<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |
| Diamond Sand and Gravel, Inc. d/b/a<br>Sparta Redimix<br>Michael R. Morano, Esq.<br>James J. Tarnofsky, Esq.<br>McELROY, DEUTSCH,<br>MULVANEY & CARPENTER, LLP<br>1300 Mount Kemble Ave.<br>Morristown, NJ 07962 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |
| Essex County Sheriff's Office<br>Special Services<br>50 West Market Street<br>Room 201<br>Attn : James Spango | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |
| JM Ahle, Inc.<br>190 William St<br>Suite 2D<br>South River, NJ  08882 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |
| Liberty Building Products<br>193 Christie Street<br>Newark, NJ  07101 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>    (as authorized by court*) |
| Operating Engineers Local 825<br>65 Springfield Ave<br>Springfield, NJ  07081 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |

139158141.1

| | | |
|---|---|---|
| | | ☐ Other _Federal Express_____<br>(as authorized by court*) |
| Pennsylvania Jersey Concrete<br>2819 Fire Road<br>Egg Harbor Township, NJ 08234 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Precast Systems, Inc.<br>57 Sharon Station Road<br>Allentown, NJ 08501 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Ralph Clayton & Sons<br>PO Box 3015<br>Lakewood, NJ 08701<br>*Street address*<br>1215 E. Veterans Hwy<br>Lakewood, NJ 08701 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Robert A. King<br>Credit Manager<br>Clayton Companies<br>1355 Campus Parkway<br>Wall, NJ 07753 | Counsel for Ralph Clayton & Sons | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Roman Asphalt Corp.<br>32 O'Brien Street<br>Kearny, NJ 07032 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Shore Systems Group, LLC<br>PO Box 188<br>Clarksburg, NJ 08510 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Statewide Striping Corp.<br>499 Pomeroy Rd<br>Parsippany, NJ 07054 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail |

139158141.1

| | | |
|---|---|---|
| | | ☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Stavola Flemington Asphalt<br>PO Box 482<br>Red Bank, NJ 07701 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Union Carpenters<br>91 Fieldcrest Ave<br>Edison, NJ 08837 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Zuccaro Inc.<br>64 Commerce St.<br>Garfield, NJ 07026 | 20 Largest unsecured creditor | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Louis A. Modugno, Esq.<br>Trif & Modugno LLC<br>89 Headquarters Plaza North Tower,<br>Suite 1201<br>Morristown, New Jersey 07960 | Notice of Appearance – Atty for Vollers Excavating | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Douglas G. Leney, Esquire<br>Archer & Greiner, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103 | Notice of Appearance – Atty for Lisa and Martin Assuncao | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Edward H. O'Hare., Esq.<br>Zazzali, Fagella, Nowak, Kleinbaum & Friedman<br>570 Broad Street, Suite 1402<br>Newark, New Jersey 07102 | Notice of Appearance – Atty for Heavy and General Laborers' Funds of NJ | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Richard M. Schlaifer, Esquire<br>Earp Cohn, P.C.<br>20 Brace Rd., Suite 400 | Notice of Appearance – Atty fror J.M. Ahle Co, Inc. | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR |

139158141.1

| | | |
|---|---|---|
| Cherry Hill, NJ 08034 | | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Timothy P. Neumann, Esq.<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, NJ  08736 | Notice of Appearance – Atty for Ralph Clayton & Sons LLC | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Michael A. Baselice, Esq.<br>Vipin Varghese, Esq.<br>DeCotiis, FitzPatrick, Cole & Giblin, LLP<br>61 South Paramus Road, Suite 250<br>Paramus, New Jersey 07652 | Notice of Appearance – Attys for IUOE Local 825 Benefit Funds | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____ |
| JUSTIN S. BAUMGARTNER, ESQ.<br>ERIC R. PERKINS, ESQ.<br>Becker LLC<br>354 Eisenhower Parkway Plaza II, Suite 1500<br>Livingston, NJ 07039 | Notice of Appearance – Attys for Black Rock Enterprises LLC and Horizon BCBS NJ | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Allen J. Barkin, Esq.<br>Schwartz Barkin & Mitchell<br>1110 Springfield Road<br>PO Box 1339<br>Union, NJ 07083-1339 | Notice of Appearance – Atty for Nobel Equipment & Supplies | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Americredit Financial Services, Inc.<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | Notice of Appearance | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>4000 Embarcadero Dr<br> Arlington, TX 76014 | Notice of Appearance | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| John R. Morton, Jr., Esquire<br>Morton & Craig LLC<br>110 Marter Avenue, Suite 301 | Notice  of Appearance – Atty for Americredit | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR |

7

139158141.1

| | | |
|---|---|---|
| Moorestown, NJ 08057 | | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| KROLL HEINEMAN PTASIEWICZ & PARSONS, LLC<br>Seth Ptasiewicz<br>Metro Corporate Campus I<br>99 Wood Avenue South,<br>Suite 307<br>Iselin, New Jersey 08830 | Notice of Appearance – Atty for Creditors Northeast Carpenters Benefit Funds | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Joshua H. Raymond, Esq.<br>McMANIMON, SCOTLAND & BAUMANN, LLC<br>75 Livingston Avenue,<br>Suite 200<br>Roseland, New Jersey 07068 | Notice of Appearance – Atty for Middlesex County Utilities Authority | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| CONNELL FOLEY LLP<br>56 Livingston Avenue<br>Roseland, N.J. 07068<br>Attn: Philip W. Allogramento III, Esq. | Notice of Appearance – Atty County of Essex | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| CONNELL FOLEY LLP<br>56 Livingston Avenue<br>Roseland, N.J. 07068<br>Attn: Philip W. Allogramento III, Esq. | Notice of Appearance - Atty for Iron Workers Local 11 Benefit funds, the Iron Workers Local 399 Benefit Funds and the Iron Workers District Council Philadelphia and Vicinity Benefit Funds | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Charles Allen Yuen, Esq.<br>Charles Allen Yuen LLC<br>300 Main St., Suite 21<br>PMB650<br>Madison, NJ 07940 | Notice of Appearance – Atty for Wiggins Plastics, Inc and Knickerbocker Bed Company | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |
| Vedder Price P.C.<br>Fleming L. Ware, Esq.<br>1633 Broadway, 31st Floor,<br>New York, New York 10019 | Notice of Appearance – Atty for Komatsu Financial | ☐ Hand-delivered<br>x Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _Federal Express_____<br>(as authorized by court*) |

139158141.1