**Fill in this information to identify the case:**

Debtor Name __ASSUNCAO BROS, iNC.__

United States Bankruptcy Court for the: District of New Jersey

Case number: __22-16159__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __September 2022__

Line of business: __Road&Bridge Construction__

Date report filed: __09/20/2022__
MM / DD / YYYY

NAISC code: __2373__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Martin Assuncao

Original signature of responsible party _____

Printed name of responsible party: Martin Assuncao

### ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S, Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  ASSUNCAO BROS, iNC.                                    Case number 22-16159

17. Have you paid any bills you owed before you filed bankruptcy?                              ☐    ☑    ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐    ☑    ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                                                                              $ 341,959.00

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                              $  74,000.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                              − $ 400,736.40

Report the total from *Exhibit D* here.

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.                  + $ 326,735.40
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                              = $  15,223.60

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                      $ 935,711.12

(*Exhibit E*)

Debtor Name  ASSUNCAO BROS, iNC.                                        Case number 22-16159

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                               $ 1,114,627

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                          23

27. What is the number of employees as of the date of this monthly report?              1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $  0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $  0.00

30. How much have you paid this month in other professional fees?                        $  0.00

31. How much have you paid in total other professional fees since filing the case?              $  0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | — | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 336,250.00 | — | $ 326,735.00 | = | $ -9,515.00 |
| 34. **Net cash flow** | $ 336,250.00 | — | $ 326,735.00 | = | $ 9,515.00 |

35. Total projected cash receipts for the next month:                        $ 20,572.00

36. Total projected cash disbursements for the next month:                    − $ 20,854.00

37. Total projected net cash flow for the next month:                        = $ -,282.00

Official Form 425C            **Monthly Operating Report for Small Business Under Chapter 11**            page 3

Debtor Name  ASSUNCAO BROS, iNC.                                    Case number 22-16159

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Exhibit B

Q 10 – Debtor has closed the Manasquan operating account. The TD Bank operating account and payroll account remain open but all checks issued are stamped "Debtor In Possession".

Q 28 -31 - No bills for professional fees have been received and no fee applications filed.

Q 41 – Budgeted receipts and expenses for October are:

### Receipts

| | | |
|---|---|---:|
| Insurance dividend | $ | 8,504 |
| Vollers expense Reimbursement | | 12,068 |
| Total | $ | 20,572 |

### Disbursements

| | | |
|---|---|---:|
| Payroll | $ | 6,300 |
| Funds held by KCP | | 8,504 |
| Payroll taxes | | 2,300 |
| Health Insurance | | 2,750 |
| Other | | 1,000 |
| Total | $ | 20,854 |

**Assuncao Brothers Inc**

**Exhibit C**

## September 2022

| | Type | Date | Num | Name | Split | Debit |
|---|---|---|---|---|---|---|
| **1003 · TD - Payroll** | | | | | | |
| | Check | 09/28/2022 | Transfer | Assuncao Brothers Inc | 1003 · TD - Payroll | 74,000.00 |

**Assuncao Brothers Inc**
**Exhibit D**
September 2022

| Type | Date | Num | Name | Memo | Credit |
|---|---|---|---|---|---|
| **1003 · TD - Payroll** | | | | | |
| | | | Void Prepe iton checks | | -5,339.51 |
| Liability Check | 09/01/2022 | E-pay | State of New Jersey | 2401 · Payroll Liabili ies | 2,230.32 |
| Liability Check | 09/01/2022 | E-pay | State of New Jersey | 2401 · Payroll Liabili ies | 860.57 |
| Paycheck | 09/02/2022 | 34304 - 321 | Net payroll | Net payroll | 21,170.71 |
| Paycheck | 09/09/2022 | 34322 | Net payroll | Net payroll | 1,424.28 |
| Liability Check | 09/09/2022 | E-pay | United States Treasury | 2401 · Payroll Liabili ies | 12,873.82 |
| Liability Check | 09/09/2022 | E-pay | United States Treasury | 2401 · Payroll Liabili ies | 13,213.02 |
| Liability Check | 09/09/2022 | E-pay | State of New Jersey | 2401 · Payroll Liabili ies | 11.87 |
| Liability Check | 09/09/2022 | E-pay | State of New Jersey | 2401 · Payroll Liabili ies | 77.35 |
| Paycheck | 09/16/2022 | 34323 | Net payroll | Net payroll | 1,424.26 |
| Liability Check | 09/16/2022 | E-pay | United States Treasury | 2401 · Payroll Liabili ies | 423.40 |
| Liability Check | 09/16/2022 | E-pay | State of New Jersey | 2401 · Payroll Liabili ies | 77.35 |
| Liability Check | 09/16/2022 | E-pay | United States Treasury | 2402 · Payroll Liabili ies | 423.40 |
| Paycheck | 09/23/2022 | 34324 | Net payroll | Net payroll | 1,424.28 |
| Liability Check | 09/28/2022 | E-pay | United States Treasury | 2404 · Payroll Liabili ies | 423.40 |
| Liability Check | 09/28/2022 | E-pay | State of New Jersey | 2405 · Payroll Liabili ies | 77.35 |
| Liability Check | 09/28/2022 | E-pay | State of New Jersey | 2406 · Payroll Liabili ies | 91.35 |
| Liability Check | 09/28/2022 | E-pay | United States Treasury | 2407 · Payroll Liabili ies | 478.00 |
| Check | 09/28/2022 | Transfer | Assuncao Brothers Inc | 1005 · 8707-TD Operating | 74,000.00 |
| Paycheck | 09/30/2022 | 34325 | Net payroll | Net payroll | 1,569.56 |
| | | | | | |
| **1005 · 8707-TD Operating** | | | | | |
| Bill Pmt -Check | 09/01/2022 | 39910 | Middlesex Proper ies LLC | 2000 · Accounts Payable | 2,750.00 |
| Check | 09/01/2022 | wire | KCP advisory group | Cash held by KCP | 170,000.00 |
| Check | 09/01/2022 | epay | TD Banknorth N.A. | 6270 · Bank Service Charges | 30.00 |
| Bill Pmt -Check | 09/28/2022 | 39911 | Buy-Wise | 2000 · Accounts Payable | 193.54 |
| Bill Pmt -Check | 09/28/2022 | 39912 | Nobel Equipment & Supplies,Inc | 2000 · Accounts Payable | 820.00 |
| Bill Pmt -Check | 09/28/2022 | 39913 | Union - 825 Operators | 2000 · Accounts Payable | 15,985.64 |
| Bill Pmt -Check | 09/28/2022 | 39914 | Union - Carpenters | 2000 · Accounts Payable | 16,981.52 |
| Bill Pmt -Check | 09/28/2022 | 39915 | Union Local- 472 Laborers | 2000 · Accounts Payable | 67,040.07 |
| Total 1005 · 8707-TD Operating | | | | | |
| | | | | | 400,735.55 |

# Assuncao Brothers Inc

# Exhibit E

# Amounts owed

### As of September 30, 2022

| | Type | Date | Num | Open Balance |
|---|---|---|---|---|
| **Vollers Company** | Bill | 09/30/2022 | 3400-001 | 935,711.12 |
| **TOTAL** | | | | **935,711.12** |

Assuncao Brothers Inc
EXHIBIT F
September 30, 2022

| | 1100 · Accounts Receivable | 1110 · Retainage Receivable | TOTAL |
|---|---|---|---|
| **Agate Construction Co., Inc.** | | | |
| AC-13-0712 Rt. 35 Bayhead | 0.00 | 672.76 | 672.76 |
| **Total Agate Construction Co., Inc.** | 0.00 | 672.76 | 672.76 |
| **Anselmi & DiCicco, Inc** | | | |
| Route 46 | 7,123.75 | 2,596.05 | 9,719.80 |
| **Total Anselmi & DiCicco, Inc** | 7,123.75 | 2,596.05 | 9,719.80 |
| **City Of Jersey City** | | | |
| Martin Luther King Boulevard | 0.00 | 269.75 | 269.75 |
| **Total City Of Jersey City** | 0.00 | 269.75 | 269.75 |
| **Earle Asphalt Inc.** | | | |
| Interchange 109 Improvements | 0.00 | 0.10 | 0.10 |
| **Total Earle Asphalt Inc.** | 0.00 | 0.10 | 0.10 |
| **Essex County** | | | |
| Essex 9 Intersections Various (New) | 0.00 | 71,839.81 | 71,839.81 |
| Park Ave. 9 Intersections Park Avenue | 0.01 | 80,241.88 | 80,241.89 |
| **Total Essex County** | 0.01 | 152,081.69 | 152,081.70 |
| **Hudson County** | | | |
| JFK Boulevard Improvements | 61,792.42 | 0.00 | 61,792.42 |
| **Total Hudson County** | 61,792.42 | 0.00 | 61,792.42 |
| **Hunterdon County** | | | |
| Route 616 - Resurfacing And Drainage | 0.00 | 25,923.44 | 25,923.44 |
| **Total Hunterdon County** | 0.00 | 25,923.44 | 25,923.44 |
| **IEW Construction Group** | | | |
| IW-10-1025 TPike 102 | 0.00 | 12,402.51 | 12,402.51 |
| **Total IEW Construction Group** | 0.00 | 12,402.51 | 12,402.51 |
| **Konkus Corporation** | | | |
| Route 206 Doctors Way | 90,400.09 | 0.00 | 90,400.09 |
| **Total Konkus Corporation** | 90,400.09 | 0.00 | 90,400.09 |
| **Middlesex County** | | | |
| Forsegate & Rossmore | 94,081.51 | 0.00 | 94,081.51 |
| **Total Middlesex County** | 94,081.51 | 0.00 | 94,081.51 |
| **Monmouth, County Of** | | | |
| Bridge U-15 Replacement | -0.01 | 2,453.41 | 2,453.40 |
| **Total Monmouth, County Of** | -0.01 | 2,453.41 | 2,453.40 |
| **Monroe Township** | | | |
| Matchaponix | 0.00 | 23,275.58 | 23,275.58 |
| **Total Monroe Township** | 0.00 | 23,275.58 | 23,275.58 |
| **Mount Construction** | | | |
| Route 30 | 0.00 | 16,209.39 | 16,209.39 |
| **Total Mount Construction** | 0.00 | 16,209.39 | 16,209.39 |
| **Ocean** | | | |
| Lakewood Traffic Signal Intersection | 0.00 | 4,464.36 | 4,464.36 |
| **Total Ocean** | 0.00 | 4,464.36 | 4,464.36 |
| **Passaic County** | | | |
| Kingland Road Bridge | -0.29 | 20,588.90 | 20,588.61 |
| **Total Passaic County** | -0.29 | 20,588.90 | 20,588.61 |
| **Piscataway Township** | | | |
| Drake Lane Improvements | 0.00 | 22,463.06 | 22,463.06 |
| **Total Piscataway Township** | 0.00 | 22,463.06 | 22,463.06 |
| **Ritacco Construction Inc.** | | | |
| Old Newark Pompton Turnpike | 2,089.31 | 0.00 | 2,089.31 |
| Route 3 Bridge over North Second | 165,833.10 | 0.00 | 165,833.10 |
| Route 440 Bridges | 0.00 | 18,289.47 | 18,289.47 |
| **Total Ritacco Construction Inc.** | 167,922.41 | 18,289.47 | 186,211.88 |
| **Schiavone Construction** | | | |
| Bridge Deck Reconstruction | 217,964.78 | 0.00 | 217,964.78 |
| Route 72 | 41,219.30 | 0.00 | 41,219.30 |
| SC-15-0123 Rt. 72 | 0.00 | 0.00 | 0.00 |
| **Total Schiavone Construction** | 259,184.08 | 0.00 | 259,184.08 |
| **South State** | | | |
| Route 295 - Curb | 0.00 | 0.00 | 0.00 |
| **Total South State** | 0.00 | 0.00 | 0.00 |
| **Union Paving** | | | |
| Route 3, Route 46 | 132,432.44 | 0.00 | 132,432.44 |
| **Total Union Paving** | 132,432.44 | 0.00 | 132,432.44 |
| **TOTAL** | **812,936.41** | **301,690.47** | **1,114,626.88** |

**TD Bank** 

America's Most Convenient Bank®

E    **STATEMENT OF ACCOUNT**

ASSUNCAO BROTHERS INC
29 WOOD AVE
EDISON NJ 08820-

| | |
|---|---|
| Page: | 1 of 7 |
| Statement Period: | Sep 01 2022-Sep 30 2022 |
| Cust Ref #: | |
| Primary Account #: | |

## Overdraft update: Grace Period and more good news

Introducing TD Business Overdraft Relief: now you have until 11 p.m. ET the next business day to fix an overdraft with Grace Period†. Plus, we're removing transfer fees for Savings Overdraft Protection and Business Overdraft Protection Line of Credit. †When items are presented for payment that result in your available Account balance being overdrawn by more than $50, Overdraft Grace provides you with an opportunity to receive refunds for overdraft fees if your available Account balance is at least $0, inclusive of any pending or posted items, at the end of the next business day. This service is not available for Business Checking on Account Analysis Billing. Learn more at tdbank.com/businessoverdraft

## TD Business Convenience Plus

ASSUNCAO BROTHERS INC                                                          Account #          7430

### ACCOUNT SUMMARY

| Statement Balance as of 09/01 | | | 174,812.30 |
|---|---|---|---|
| Plus | 0 | Deposits and Other Credits | 0.00 |
| Less | 45 | Checks and Other Debits | 161,101.96 |
| Statement Balance as of 09/30 | | | 13,710.34 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 09/01 | Check #34317 | 1,323.44 | | 173,488.86 |
| 09/01 | Check #34304 | 885.87 | | 172,602.99 |
| 09/01 | Check #34321 | 617.97 | | 171,985.02 |
| 09/01 | Check #34263 | 557.16 | | 171,427.86 |
| 09/02 | CCD DEBIT, IRS USATAXPYMT 270264594818901 | 13,780.82 | | 157,647.04 |
| 09/02 | Check #34309 | 1,243.87 | | 156,403.17 |
| 09/02 | Check #34312 | 886.44 | | 155,516.73 |
| 09/02 | Check #34316 | 883.61 | | 154,633.12 |
| 09/02 | Check #34319 | 850.41 | | 153,782.71 |
| 09/02 | Check #34311 | 848.61 | | 152,934.10 |
| 09/02 | Check #34301 | 838.06 | | 152,096.04 |
| 09/06 | CCD DEBIT, NEW JERSEY EFT T NJWEB45 091000011235117 | 2,230.32 | | 149,865.72 |
| 09/06 | Check #34313 | 1,856.28 | | 148,009.44 |
| 09/06 | Check #34305 | 1,270.00 | | 146,739.44 |
| 09/06 | Check #34307 | 1,243.67 | | 145,495.77 |
| 09/06 | Check #34303 | 948.38 | | 144,547.39 |
| 09/06 | Check #34306 | 935.59 | | 143,611.80 |

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

ASSUNCAO BROTHERS INC

| | |
|---|---|
| Page: | 3 of 7 |
| Statement Period: | Sep 01 2022-Sep 30 2022 |
| Cust Ref #: | E-*** |
| Primary Account #: | ▮▮▮▮7430 |

---

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 09/06 | Check #34310 | 894.58 | | 142,717.22 |
| 09/06 | Check #34302 | 865.09 | | 141,852.13 |
| 09/06 | CCD DEBIT,<br>NEW JERSEY EFT T NJWEB45 091000011235118 | 860.57 | | 140,991.56 |
| 09/06 | Check #34320 | 849.23 | | 140,142.33 |
| 09/06 | Check #34308 | 833.75 | | 139,308.58 |
| 09/06 | Check #34315 | 829.04 | | 138,479.54 |
| 09/07 | CCD DEBIT, IRS USATAXPYMT 270265085304227 | 11,242.32 | | 127,237.22 |
| 09/07 | Check #34244 | 1,414.73 | | 125,822.49 |
| 09/07 | Check #34273 | 1,211.23 | | 124,611.26 |
| 09/08 | CCD DEBIT, IRS USATAXPYMT 270265182637818 | 13,213.02 | | 111,398.24 |
| 09/08 | CCD DEBIT, IRS USATAXPYMT 270265123881048 | 12,873.82 | | 98,524.42 |
| 09/08 | Check #34318 | 1,474.75 | | 97,049.67 |
| 09/08 | Check #34322 | 1,424.28 | | 95,625.39 |
| 09/08 | Check #34314 | 792.07 | | 94,833.32 |
| 09/08 | CCD DEBIT, IRS USATAXPYMT 270265140302130 | 452.92 | | 94,380.40 |
| 09/13 | Check #34259 | 591.89 | | 93,788.51 |
| 09/14 | CCD DEBIT,<br>NEW JERSEY EFT T NJWEB45 091000011285434 | 77.35 | | 93,711.16 |
| 09/14 | CCD DEBIT,<br>NEW JERSEY EFT T NJWEB45 091000011285435 | 11.87 | | 93,699.29 |
| 09/16 | Check #34323 | 1,424.26 | | 92,275.03 |
| 09/20 | CCD DEBIT,<br>NEW JERSEY EFT T NJWEB45 091000011442244 | 77.35 | | 92,197.68 |
| 09/22 | Check #34324 | 1,424.28 | | 90,773.40 |
| 09/28 | eTransfer Debit, Online Xfer<br>Transfer to CK ▮▮▮▮3707 | 74,000.00 | | 16,773.40 |
| 09/28 | CCD DEBIT, IRS USATAXPYMT 270267101702310 | 423.40 | | 16,350.00 |
| 09/29 | Check #34325 | 1,569.56 | | 14,780.44 |
| 09/30 | CCD DEBIT, IRS USATAXPYMT 225267350560026 | 478.00 | | 14,302.44 |
| 09/30 | CCD DEBIT, IRS USATAXPYMT 225267302084735 | 423.40 | | 13,879.04 |
| 09/30 | CCD DEBIT,<br>NEW JERSEY EFT T NJWEB45 091000011541871 | 91.35 | | 13,787.69 |
| 09/30 | CCD DEBIT,<br>NEW JERSEY EFT T NJWEB45 091000011541872 | 77.35 | | 13,710.34 |

### Checks Paid    No. Checks: 29    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/07 | 34244 | 1,414.73 | 09/07 | 34273* | 1,211.23 |
| 09/13 | 34259* | 591.89 | 09/02 | 34301* | 838.06 |
| 09/01 | 34263* | 557.16 | 09/06 | 34302 | 865.09 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

ASSUNCAO BROTHERS INC

| | |
|---|---|
| Page: | 4 of 7 |
| Statement Period: | Sep 01 2022-Sep 30 2022 |
| Cust Ref #: | :-*** |
| Primary Account #: | 430 |

## ACCOUNT ACTIVITY

**Checks Paid (continued)** *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/06 | 34303 | 948.38 | 09/06 | 34315 | 829.04 |
| 09/01 | 34304 | 885.87 | 09/02 | 34316 | 883.61 |
| 09/06 | 34305 | 1,270.00 | 09/01 | 34317 | 1,323.44 |
| 09/06 | 34306 | 935.59 | 09/08 | 34318 | 1,474.75 |
| 09/06 | 34307 | 1,243.67 | 09/02 | 34319 | 850.41 |
| 09/06 | 34308 | 833.75 | 09/06 | 34320 | 849.23 |
| 09/02 | 34309 | 1,243.87 | 09/01 | 34321 | 617.97 |
| 09/06 | 34310 | 894.58 | 09/08 | 34322 | 1,424.28 |
| 09/02 | 34311 | 848.61 | 09/16 | 34323 | 1,424.26 |
| 09/02 | 34312 | 886.44 | 09/22 | 34324 | 1,424.28 |
| 09/06 | 34313 | 1,856.28 | 09/29 | 34325 | 1,569.56 |
| 09/08 | 34314 | 792.07 | | | |

## INTEREST SUMMARY

| | |
|---|---|
| Beginning Interest Rate | 0.00% |
| Number of days in this Statement Period | 30 |
| Interest Earned this Statement Period | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Interest Paid Year to date | 0.00 |



**TD Bank**

America's Most Convenient Bank®

E    **STATEMENT OF ACCOUNT**

Scan the QR code to opt in to paperless statements.

ASSUNCAO BROTHERS INC
29 WOOD AVE
EDISON NJ 08820

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Sep 01 2022-Sep 30 2022 |
| Cust Ref #: | |
| Primary Account #: | |

## Overdraft update: Grace Period and more good news

Introducing TD Business Overdraft Relief: now you have until 11 p.m. ET the next business day to fix an overdraft with Grace Period†. Plus, we're removing transfer fees for Savings Overdraft Protection and Business Overdraft Protection Line of Credit. †When items are presented for payment that result in your available Account balance being overdrawn by more than $50, Overdraft Grace provides you with an opportunity to receive refunds for overdraft fees if your available Account balance is at least $0, inclusive of any pending or posted items, at the end of the next business day. This service is not available for Business Checking on Account Analysis Billing. Learn more at tdbank.com/businessoverdraft

## TD Business Convenience Plus

ASSUNCAO BROTHERS INC

Account # 8707

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 202,802.46 | Average Collected Balance | 35,187.79 |
| Electronic Deposits | 74,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 69,790.07 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 170,030.00 | Days in Period | 30 |
| Ending Balance | 36,982.39 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/28 | eTransfer Credit, Online Xfer Transfer from CK 7430 | | 74,000.00 |
| | | Subtotal: | 74,000.00 |

| **Checks Paid** | No. Checks: 2 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments | |
|---|---|---|---|
| DATE | SERIAL NO. | AMOUNT | |
| 09/01 | 39910 | 2,750.00 | |
| 09/30 | 39915* | 67,040.07 | |
| | | Subtotal: | 69,790.07 |

#### Other Withdrawals

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/01 | WIRE TRANSFER OUTGOING, Kcp Advisory Group | | 170,000.00 |
| 09/01 | WIRE TRANSFER FEE | | 30.00 |
| | | Subtotal: | 170,030.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

8:51 AM

10/17/22

## Assuncao Brothers Inc
## Reconciliation Detail
**1003 · TD - Payroll, Period Ending 09/30/2022**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 174,812.30 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 45 items** | | | | | | |
| Liability Check | 08/05/2022 | E-pay | United States Treas... | X | -13,780.82 | -13,780.82 |
| Liability Check | 08/15/2022 | E-pay | United States Treas... | X | -11,242.32 | -25,023.14 |
| Paycheck | 08/19/2022 | 34244 | Angel G. Sandoval | X | -1,414.73 | -26,437.87 |
| Paycheck | 08/19/2022 | 34259 | Manuel F Taipina | X | -591.89 | -27,029.76 |
| Paycheck | 08/19/2022 | 34263 | Obet Pelaez,Jr. | X | -557.16 | -27,586.92 |
| Liability Check | 08/19/2022 | E-pay | United States Treas... | X | -452.92 | -28,039.84 |
| Paycheck | 08/26/2022 | 34273 | Angel G. Sandoval | X | -1,211.23 | -29,251.07 |
| Liability Check | 09/01/2022 | E-pay | State of New Jersey | X | -2,230.32 | -31,481.39 |
| Liability Check | 09/01/2022 | E-pay | State of New Jersey | X | -860.57 | -32,341.96 |
| Paycheck | 09/02/2022 | 34313 | Martin Assuncao | X | -1,856.28 | -34,198.24 |
| Paycheck | 09/02/2022 | 34318 | Ruben G Salgado | X | -1,474.75 | -35,672.99 |
| Paycheck | 09/02/2022 | 34317 | Robert Lucas | X | -1,323.44 | -36,996.43 |
| Paycheck | 09/02/2022 | 34305 | Carlos Agra | X | -1,270.00 | -38,266.43 |
| Paycheck | 09/02/2022 | 34309 | Jorge Ribeiro | X | -1,243.87 | -39,510.30 |
| Paycheck | 09/02/2022 | 34307 | Joao C Sarabando | X | -1,243.67 | -40,753.97 |
| Paycheck | 09/02/2022 | 34303 | Bruno De Jesus A E... | X | -948.38 | -41,702.35 |
| Paycheck | 09/02/2022 | 34306 | Jairo Evangelista - S... | X | -935.59 | -42,637.94 |
| Paycheck | 09/02/2022 | 34310 | Jose R Lazo | X | -894.58 | -43,532.52 |
| Paycheck | 09/02/2022 | 34312 | Marcos A Santaella ... | X | -886.44 | -44,418.96 |
| Paycheck | 09/02/2022 | 34304 | Bruno Simonelli | X | -885.87 | -45,304.83 |
| Paycheck | 09/02/2022 | 34316 | Robert F Gagliardi | X | -883.61 | -46,188.44 |
| Paycheck | 09/02/2022 | 34302 | Antonio Lazo Guaman | X | -865.09 | -47,053.53 |
| Paycheck | 09/02/2022 | 34319 | Wenceslao Garcia | X | -850.41 | -47,903.94 |
| Paycheck | 09/02/2022 | 34320 | Wuilmer Morocho | X | -849.23 | -48,753.17 |
| Paycheck | 09/02/2022 | 34311 | Kevin Auguste | X | -848.61 | -49,601.78 |
| Paycheck | 09/02/2022 | 34301 | Allan Krainski | X | -838.06 | -50,439.84 |
| Paycheck | 09/02/2022 | 34308 | Joao Cardoso | X | -833.75 | -51,273.59 |
| Paycheck | 09/02/2022 | 34315 | Ramon Pinheiro Ro... | X | -829.04 | -52,102.63 |
| Paycheck | 09/02/2022 | 34314 | Obet Pelaez,Jr. | X | -792.07 | -52,894.70 |
| Paycheck | 09/02/2022 | 34321 | Bruno Simonelli | X | -617.97 | -53,512.67 |
| Liability Check | 09/09/2022 | E-pay | United States Treas... | X | -13,213.02 | -66,725.69 |
| Liability Check | 09/09/2022 | E-pay | United States Treas... | X | -12,873.82 | -79,599.51 |
| Paycheck | 09/09/2022 | 34322 | Bruno Simonelli | X | -1,424.28 | -81,023.79 |
| Liability Check | 09/09/2022 | E-pay | State of New Jersey | X | -77.35 | -81,101.14 |
| Liability Check | 09/09/2022 | E-pay | State of New Jersey | X | -11.87 | -81,113.01 |
| Paycheck | 09/16/2022 | 34323 | Bruno Simonelli | X | -1,424.26 | -82,537.27 |
| Liability Check | 09/16/2022 | E-pay | United States Treas... | X | -423.40 | -82,960.67 |
| Liability Check | 09/16/2022 | E-pay | United States Treas... | X | -423.40 | -83,384.07 |
| Liability Check | 09/16/2022 | E-pay | State of New Jersey | X | -77.35 | -83,461.42 |
| Paycheck | 09/23/2022 | 34324 | Bruno Simonelli | X | -1,424.28 | -84,885.70 |
| Check | 09/28/2022 | Transfer | Assuncao Brothers I... | X | -74,000.00 | -158,885.70 |
| Liability Check | 09/28/2022 | E-pay | United States Treas... | X | -478.00 | -159,363.70 |
| Liability Check | 09/28/2022 | E-pay | State of New Jersey | X | -91.35 | -159,455.05 |
| Liability Check | 09/28/2022 | E-pay | State of New Jersey | X | -77.35 | -159,532.40 |
| Paycheck | 09/30/2022 | 34325 | Bruno Simonelli | X | -1,569.56 | -161,101.96 |
| | | | Total Checks and Payments | | -161,101.96 | -161,101.96 |
| **Deposits and Credits - 7 items** | | | | | | |
| Paycheck | 12/10/2021 | 33254 | Marcos A Santaella ... | X | 0.00 | 0.00 |
| Paycheck | 12/23/2021 | 33271 | Angel G. Sandoval | X | 0.00 | 0.00 |
| Paycheck | 02/25/2022 | 34113 | Joaquim Correia | X | 0.00 | 0.00 |
| Paycheck | 04/29/2022 | 33672 | Fabian Ovet Pelaez ... | X | 0.00 | 0.00 |
| Paycheck | 04/29/2022 | 33688 | Ramon Pinheiro Ro... | X | 0.00 | 0.00 |
| Paycheck | 06/07/2022 | | Jose R Lazo | X | 0.00 | 0.00 |
| Check | 10/07/2022 | 34138 | KCP advisory group | X | 0.00 | 0.00 |
| | | | Total Deposits and Credits | | 0.00 | 0.00 |
| | | | Total Cleared Transactions | | -161,101.96 | -161,101.96 |
| | | | Cleared Balance | | -161,101.96 | 13,710.34 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| General Journal | 01/31/2022 | CB 01... | | | -180.86 | -180.86 |

8:51 AM

10/17/22

# Assuncao Brothers Inc
# Reconciliation Detail
**1003 · TD - Payroll, Period Ending 09/30/2022**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| General Journal | 02/28/2022 | CB 01... | | | -884.22 | -1,065.08 |
| Liability Check | 09/28/2022 | E-pay | United States Treas... | | -423.40 | -1,488.48 |
| **Total Checks and Payments** | | | | | -1,488.48 | -1,488.48 |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 05/31/2021 | | | | 0.00 | 0.00 |
| **Total Deposits and Credits** | | | | | 0.00 | 0.00 |
| **Total Uncleared Transactions** | | | | | -1,488.48 | -1,488.48 |
| Register Balance as of 09/30/2022 | | | | | -162,590.44 | 12,221.86 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 10/03/2022 | Transfer | Assuncao Brothers I... | | -4,000.00 | -4,000.00 |
| Bill Pmt -Check | 10/07/2022 | 34327 | KCP advisory group | | -8,504.14 | -12,504.14 |
| Paycheck | 10/07/2022 | 34326 | Bruno Simonelli | | -1,569.55 | -14,073.69 |
| Liability Check | 10/07/2022 | E-pay | United States Treas... | | -478.00 | -14,551.69 |
| Liability Check | 10/07/2022 | E-pay | State of New Jersey | | -91.35 | -14,643.04 |
| Liability Check | 10/13/2022 | E-pay | United States Treas... | | -478.00 | -15,121.04 |
| Liability Check | 10/13/2022 | E-pay | State of New Jersey | | -91.35 | -15,212.39 |
| Paycheck | 10/14/2022 | 34328 | Bruno Simonelli | | -1,569.57 | -16,781.96 |
| **Total Checks and Payments** | | | | | -16,781.96 | -16,781.96 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 10/03/2022 | Deposit | Insurance - Penn Na... | | 8,504.14 | 8,504.14 |
| **Total Deposits and Credits** | | | | | 8,504.14 | 8,504.14 |
| **Total New Transactions** | | | | | -8,277.82 | -8,277.82 |
| **Ending Balance** | | | | | **-170,868.26** | **3,944.04** |

9:09 AM

10/03/22

# Assuncao Brothers Inc
## Reconciliation Detail
### 1005 · 8707-TD Operating, Period Ending 09/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 202,802.46 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 09/01/2022 | wire | KCP advisory group | X | -170,000.00 | -170,000.00 |
| Bill Pmt -Check | 09/01/2022 | 39910 | Middlesex Propertie... | X | -2,750.00 | -172,750.00 |
| Check | 09/01/2022 | epay | TD Banknorth N.A. | X | -30.00 | -172,780.00 |
| Bill Pmt -Check | 09/28/2022 | 39915 | Union Local- 472 La... | X | -67,040.07 | -239,820.07 |
| Total Checks and Payments | | | | | -239,820.07 | -239,820.07 |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 09/28/2022 | Transfer | Assuncao Brothers I... | X | 74,000.00 | 74,000.00 |
| Total Deposits and Credits | | | | | 74,000.00 | 74,000.00 |
| Total Cleared Transactions | | | | | -165,820.07 | -165,820.07 |
| Cleared Balance | | | | | -165,820.07 | 36,982.39 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Bill Pmt -Check | 09/28/2022 | 39914 | Union - Carpenters | | -16,981.52 | -16,981.52 |
| Bill Pmt -Check | 09/28/2022 | 39913 | Union - 825 Operators | | -15,985.64 | -32,967.16 |
| Bill Pmt -Check | 09/28/2022 | 39912 | Nobel Equipment & ... | | -820.00 | -33,787.16 |
| Bill Pmt -Check | 09/28/2022 | 39911 | Buy-Wise | | -193.54 | -33,980.70 |
| Total Checks and Payments | | | | | -33,980.70 | -33,980.70 |
| Total Uncleared Transactions | | | | | -33,980.70 | -33,980.70 |
| Register Balance as of 09/30/2022 | | | | | -199,800.77 | 3,001.69 |
| **Ending Balance** | | | | | **-199,800.77** | **3,001.69** |



P.O. Box 15284
Wilmington, DE 19850

KCP ADVISORY GROUP, LLC
700 TECHNOLOGY PARK DR STE 212
BILLERICA, MA  01821-4134

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

🖊  bankofamerica.com

✉  Bank of America, N.A.
    P.O. Box 25118
    Tampa, FL 33622-5118

# Your Business Advantage Savings
# Preferred Rewards for Bus Platinum Honors

for September 1, 2022 to September 30, 2022                 Account number: ▉▉▉ 4881

**KCP ADVISORY GROUP, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2022 | $25,000.16 | # of deposits/credits: 1 |
| Deposits and other credits | 0.82 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $25,000.18 |
| **Ending balance on September 30, 2022** | **$25,000.98** | Average collected balance: $25,000.18 |

*Annual Percentage Yield Earned this statement period: 0.04%.*
*Interest Paid Year To Date: $0.98.*

Take your security to the next level



Check your security meter level and watch it rise as you take action to help protect against fraud.

**See it in the Mobile Banking app and Online Banking.**
Scan this code or visit **bofa.com/SecurityCenter** to learn more.

When you use the QRC feature certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2466.B  I  4016001



**Your savings account**

KCP ADVISORY GROUP, LLC   |   Account #          4881   |   September 1, 2022 to September 30, 2022

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 09/30/22 | Interest Earned | 0.82 |
| **Total deposits and other credits** | | **$0.82** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|----------:|------|----------:|
| 09/01 | 25,000.16 | 09/30 | 25,000.98 |

## Go paperless. It's more secure.

BUSINESS ADVANTAGE

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806 B  |  4019267



P.O. Box 15284
Wilmington, DE 19850

KCP ADVISORY GROUP, LLC
700 TECHNOLOGY PARK DR STE 212
BILLERICA, MA  01821-4134

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Savings
# Preferred Rewards for Bus Platinum Honors

for September 1, 2022 to September 30, 2022        Account number: ████ 4894

**KCP ADVISORY GROUP, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2022 | $78,600.60 | # of deposits/credits: 2 |
| Deposits and other credits | 170,008.04 | # of withdrawals/debits: 3 |
| Withdrawals and other debits | -25,000.00 | # of days in cycle: 30 |
| Service fees | -1.00 | Average ledger balance: $244,434.06 |
| **Ending balance on September 30, 2022** | **$223,607.64** | Average collected balance: $244,434.06 |

*Annual Percentage Yield Earned this statement period: 0.04%.*
*Interest Paid Year To Date: $8.64.*

Take your security to the next level



Check your security meter level and watch it rise as you take action to help protect against fraud.

**See it in the Mobile Banking app and Online Banking.**
Scan this code or visit **bofa.com/SecurityCenter** to learn more.

When you use the QRC feature certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.        SSM-01-22-2466.B  I  4016001



**Your savings account**

KCP ADVISORY GROUP, LLC   |   Account #        4894   |   September 1, 2022 to September 30, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 09/01/22 | WIRE TYPE:WIRE IN DATE: 220901 TIME:1059 ET TRN:2022090100354063 SEQ:220901105815XI00/002871 ORIG:ASSUNCAO BROTHERS INC ID: █████████ SND BK:TD BANK, NA ID:011103093 PMT DET:BLMA-CHUK2V ATTN: J ACEN A DINOFF | 170,000.00 |
| 09/30/22 | Interest Earned | 8.04 |
| **Total deposits and other credits** | | **$170,008.04** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 09/26/22 | TRANSFER KCP ADVISORY GROUP, :Genova Burns LLC Confirmation# 0120507864 | -25,000.00 |
| **Total withdrawals and other debits** | | **-$25,000.00** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 09/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 09/27/22 | External transfer fee - 3 Day -   09/26/2022 | -1.00 |
| **Total service fees** | | **-$1.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 248,600.60 | 09/27 | 223,599.60 | 09/30 | 223,607.64 |
| 09/26 | 223,600.60 | | | | |

## Go paperless. It's more secure.

BUSINESS ADVANTAGE

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267

**Assuncao Brothers Inc.**
**Balance Sheet**
**As of September 30, 2022**

|  | Sep 30, 22 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Total Checking/Savings** | 15,224 |
| **Total Accounts Receivable** | 1,114,627 |
| **Other Current Assets** | |
| **Funds held by others** | 248,609 |
| **Other current asset** | 2,750 |
| **1200 · Costs in Excess of Billings** | 707,324 |
| **Total Current Assets** | 2,088,533 |
| **Total Fixed Assets** | 46,465 |
| **TOTAL ASSETS** | **2,134,998** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Total Accounts Payable** | 935,711 |
| **Prepetition Liabilities** | 4,764,699 |
| **2080 · Manasquan Bank (LOC)** | 359,232 |
| **2100 · Billings in Excess of Cost** | 147,907 |
| **2715 · Chrysler - Jeep 2019 - $999.93** | 15,127 |
| **2731 · Komatsu - D39 Doz - $3524.16** | 91,628 |
| **2736 · Wells - DynaPac Roller- $844.59** | 12,669 |
| **2740 · SBA Loan** | 500,000 |
| **Total Liabilities** | 6,826,972 |
| **Total Equity** | -4,691,975 |
| **TOTAL LIABILITIES & EQUITY** | **2,134,998** |

Accounts receivable and September revenue does not include an
estimate for billings in process.

# Assuncao Brothers Inc.

## Profit & Loss

**August 2 through September 30, 2022**

| | Sep 22 | Aug - Sep 2022 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 4000 · Construction Income | 566,686.97 | 757,373.57 |
| 9010 · Other-Income AJE04 | 8.86 | 9.62 |
| **Total Income** | 566,695.83 | 757,383.19 |
| **Cost of Goods Sold** | | |
| 5020 · Labor | 18,055.46 | 165,219.38 |
| 5030 · Materials | 0.00 | 58,360.03 |
| 5040 · Subcontractor | 935,711.12 | 936,797.32 |
| 5050 · Trucking / Hauling | 0.00 | 51.68 |
| 5250 · Union Benefits Expense | 13,272.40 | 119,054.25 |
| 6040 · Insurance - Workers Comp | 1,246.42 | 10,944.91 |
| **Total COGS** | 968,285.40 | 1,290,427.57 |
| **Gross Profit** | -401,589.57 | -533,044.38 |
| **Expense** | | |
| 6000 · Officer Salary | 2,400.00 | 18,400.00 |
| 6005 · Payroll Expenses | 2,919.00 | 17,854.40 |
| 6010 · Office Salaries | 11,360.00 | 31,689.24 |
| 6018 · Payroll Taxes | 3,905.80 | 26,130.75 |
| 6050 · Insurance - Health | 4,180.29 | 4,180.29 |
| 6130 · Office - Rent Expense | 0.00 | 2,750.00 |
| 6140 · Office - Utilities / Phone | 0.00 | 1,240.05 |
| 6170 · Legal Fees / Accounting | 25,000.00 | 25,000.00 |
| 6270 · Bank Service Charges | 31.00 | 131.00 |
| 6300 · Auto Repairs & Maintenance | 0.00 | 526.93 |
| 6320 · Equipment Repairs & Maintenance | 0.00 | 193.54 |
| 6325 · Fuel - Vehicle | 0.00 | 135.74 |
| 6328 · Fuel - Equipment | 0.00 | 6,490.07 |
| 6400 · Interest - Line Of Credit | 0.00 | 9,514.99 |
| **Total Expense** | 49,796.09 | 144,237.00 |
| **Net Ordinary Income** | -451,385.66 | -677,281.38 |
| **Other Income/Expense** | | |
| **Other Income** | | |
| Cure Payments | 0.00 | 425,748.88 |
| Vollers Sale | -150,743.16 | -1,375,632.97 |
| **Total Other Income** | -150,743.16 | -949,884.09 |
| **Net Other Income** | -150,743.16 | -949,884.09 |
| **Net Income** | **-602,128.82** | **-1,627,165.47** |

Accounts receivable and September revenue does not include an estimate for billings in process.

Budget

**Receipts**

| | | |
|---|---|---|
| Insurance dividend | $ | 8,504 |
| Vollers expense Reimbursement | | 12,068 |
| Total | $ | 20,572 |

**Disbursements**

| | | |
|---|---|---|
| Payroll | $ | 6,300 |
| Funds held by KCP | | 8,504 |
| Payroll taxes | | 2,300 |
| Health Insurance | | 2,750 |
| Other | | 1,000 |
| Total | $ | 20,854 |