

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone:  (973) 992-4800<br>Facsimile:  (973) 992-9125<br>*Counsel to the Debtor and Debtor in Possession* |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>               Debtor. |

Order Filed on October 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11 (Subchapter V)

Case No. 22-16159-CMG

Judge: Hon. Christine M. Gravelle

| Recommended Local Form: | ☐ Followed | ■ Modified |
|---|---|---|

### ORDER APPROVING RETENTION OF KCP ADVISORY GROUP LLC AS FINANCIAL ADVISORS TO THE DEBTOR EFFECTIVE AUGUST 3, 2022

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 19, 2022**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

(Page 2)

| | |
|---|---|
| Debtor: | ASSUNCAO BROS., INC. |
| Case No: | 22-16159-CMG |
| Caption of Order: | ORDER APPROVING RETENTION OF KCP ADVISORY GROUP LLC AS FINANCIAL ADVISORS TO THE DEBTOR |

Upon the applicant's request for authorization to retain KCP Advisory Group LLC as financial advisors to Assuncao Bros., Inc. (the "Debtor") effective as of the Petition Date, it is hereby **ORDERED**.

1. The Debtor is authorized to retain KCP Advisory Group LLC as its financial advisors.

    The professional's address is: KCP Advisory Group LLC, 700 Technology Park Drive, Suite 212, Billerica, MA 01821 ("KCP").

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is August 3, 2022.

137305935.3

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-16159-CMG
Assuncao Bros., Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Oct 20, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

**Recip ID**    **Recipient Name and Address**
db    + Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

**Name**    **Email Address**

Allen J Barkin
    on behalf of Creditor Nobel Equipment & Supplies  Inc. abarkin@sbmesq.com, sandyr@sbmesq.com

Charles Allen Yuen
    on behalf of Creditor Wiggins Plastics  Inc. cyuen@cyuen-law.com

Charles Allen Yuen
    on behalf of Creditor Knickerbocker Bed Company cyuen@cyuen-law.com

Curtis M Plaza
    on behalf of Creditor Manasquan Bank cplaza@riker.com  sdechoyan@riker.com

Douglas G. Leney
    on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com

Douglas G. Leney
    on behalf of Interested Party Martin Assuncao dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com

Case 22-16159-CMG    Doc 147    Filed 10/22/22    Entered 10/23/22 00:13:39    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Edward H. O'Hare
    on behalf of Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY eohare@zazzali-law.com

Eric R. Perkins
    on behalf of Creditor Black Rock Enterprises LLC eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins
    on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Fleming Ware
    on behalf of Creditor Komatsu Financial Limited Partnership fware@vedderprice.com

Gary D. Bressler
    on behalf of Creditor NGM Insurance Company gbressler@mdmc-law.com
    scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

John R. Morton, Jr.
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
    mortoncraigecf@gmail.com

Joseph A. Caneco
    on behalf of Debtor Assuncao Bros.  Inc. jcaneco@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Debtor Assuncao Bros.  Inc. Jdipasquale@foxrothschild.com,
    cbrown@foxrothschild.com;msteen@foxrothschild.com

Joshua H. Raymond
    on behalf of Creditor Middlesex County Utilities Authority jraymond@msbnj.com

Justin Baumgartner
    on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey jbaumgartner@becker.legal  mambrose@becker.legal

Justin Baumgartner
    on behalf of Creditor Black Rock Enterprises LLC jbaumgartner@becker.legal  mambrose@becker.legal

Louis A. Modugno
    on behalf of Other Prof. Vollers Excavating and Contractors  Inc. lmodugno@tm-firm.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Baselice
    on behalf of Creditor IUOE Local 825 Benefit Funds mbaselice@decotiislaw.com

Michael R. Herz
    on behalf of Debtor Assuncao Bros.  Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

Philip William Allogramento
    on behalf of Creditor County of Essex pallogramento@connellfoley.com  mcaggiano@connellfoley.com

Richard M. Schlaifer
    on behalf of Creditor J.M. Ahle Co.  Inc. rschlaifer@earpcohn.com, vbromley@earpcohn.com

Ryan Richard Sweeney
    on behalf of Creditor Iron Workers District Council Philadelphia and Vicinity Benefit Funds rsweeney@cjtlaw.org

Ryan Richard Sweeney
    on behalf of Creditor Iron Workers Local 11 Benefit Funds rsweeney@cjtlaw.org

Ryan Richard Sweeney
    on behalf of Creditor Iron Workers Local 399 Benefit Funds rsweeney@cjtlaw.org

Scott Aaron Levin
    on behalf of Creditor NGM Insurance Company slevin@mdmlaw.com

Scott S. Rever
    srever@wjslaw.com

Scott S. Rever
    on behalf of Trustee Scott S. Rever srever@genovaburns.com
    srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Seth Ptasiewicz
    on behalf of Creditor Northeast Carpenters Benefit Funds sptasiewicz@krollfirm.com

Timothy P. Neumann
    on behalf of Creditor Ralph Clayton & Sons  LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete
    timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Vipin Varghese
on behalf of Creditor IUOE Local 825 Benefit Funds vvarghese@decotiislaw.com
kcaufield@decotiislaw.com;rmcgowan@decotiislaw.com;mdiaz@decotiislaw.com

Virginia T. Shea
on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com mtaranto@mdmc-law.com;gbressler@mdmc-law.com

William E. Craig
on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 35