WWR# 041057307

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
AT TRENTON

| | |
|---|---|
| IN RE: | CASE NO. 22-16159 |
| ASSUNCAO BROS INC | CHAPTER 11 |
| | JUDGE CHRISTINE M. GRAVELLE |
| DEBTOR(S) | |

**NOTICE OF APPEARANCE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, VOLVO CAR FINANCIAL SERVICES LLC.

Please send all further communications, pleadings, court notices, and other documents intended for VOLVO CAR FINANCIAL SERVICES LLC to undersigned agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
965 KEYNOTE CIRCLE
CLEVELAND, OH 44131
877-338-9484
bronationalecf@weltman.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 27th day of October, 2022 addressed to:

JOSEPH A CANECO, Attorney for Debtor
JCANECO@FOXROTHSCHILD.COM

SCOTT S REVER, Trustee
110 ALLEN RD STE 304
BASKING RIDGE, NJ 07920
SREVER@WJSLAW.COM

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov
USTPRegion03.NE.ECF@usdoj.gov

ASSUNCAO BROS INC
29 WOOD AVE
EDISON, NJ 08820-3503

,

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA


    /s/ GARRY MASTERSON
    GARRY MASTERSON
    Agent for Creditor
    965 KEYNOTE CIRCLE
    CLEVELAND, OH 44131
    877-338-9484
    bronationalecf@weltman.com