<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

In Re:

</td><td>

Case No.: _____

Chapter:  11 (Small Business Subchapter V)

Judge:  _____

</td></tr>
</table>

## SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief:                                                          _____

Trustee:                                                                                   _____


Has the debtor attended an initial debtor interview?                    Yes ❏            No ❏

    If no, please explain:

_____

Has the trustee concluded the 341 meeting?                               Yes ❏            No ❏

    If no, please explain:

_____

Has the debtor filed all postpetition financial reports?               Yes ❏            No ❏

    If no, please explain:

_____

Has the debtor filed all monthly operating reports?                    Yes ❏            No ❏

    If no, please explain:

_____

Is all relevant insurance in place and current?                          Yes ❏            No ❏

    If no, please explain:

_____

Has the debtor filed all applicable tax returns?                                    Yes ❑          No ❑

    If no, please explain:

_____

Has the debtor paid all taxes entitled to administrative expense priority?   Yes ❑          No ❑

    If no, please explain:

_____


Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

_____

_____

_____

_____


Other relevant information:

_____

_____

_____

_____


<u>Note</u>: **Debtor must file a plan not later than 90 days after entry of order for relief.** Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).


This status report must be served on the trustee and all parties in interest.


Date: _____        _____
                                                                Debtor


Date: _____        _____
                                                                Joint Debtor

*new.2/19/2020*

2