| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on November 9, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone: (973) 992-4800<br>Facsimile: (973) 992-9125<br><br>*Counsel to the Debtor and Debtor in Possession* | |
| In Re:<br><br>ASSUNCAO BROS., INC.,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Judge: Hon. Christine M. Gravelle |

# ORDER EXTENDING DEBTOR'S TIME PERIOD TO FILE CHAPTER 11 PLAN

The relief set forth on the following pages, numbered two (2) through three (3), are hereby ORDERED.

**DATED: November 9, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

139073488.1

(Page 2)
Debtor:              Assuncao Bros., Inc.
Case No.             22-16159-CMG
Order Caption:       Order Extending Debtor's Time to File Chapter 11 Plan

Upon the motion, (the "Motion") of Assuncao Bros., Inc. (the "Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11, subchapter v case, by and through its counsel, Fox Rothschild, LLP, for entry of an order pursuant to 11 U.S.C. §§ 1189(b) and 105(a) to extend the time period to file its chapter 11 plan by a period of ninety (90) days through and including January 30, 2023; and the Court having jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion being good and sufficient notice thereof; and upon consideration of the Motion and any response filed thereto; and this Court having found and determined that the relief sought in the Motion is in the best interest of the Debtor's estate, its creditors and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and sufficient cause appearing therefor

**IT IS HEREBY ORDERED**:

1. That the Motion is granted; and

2. Pursuant to section 1189(b) of the Bankruptcy Code, the Debtor's time period for filing its Chapter 11 Plan is hereby extended ninety (90) days to January 30, 2023

3. The relief granted herein shall not prejudice the Debtor from seeking further extensions made pursuant to 1189(b) of the Bankruptcy Code.

4. The Debtor is hereby authorized to take all actions it deems necessary to effectuate the relief granted in this Order.

139073488.1

(Page 3)
Debtor:           Assuncao Bros., Inc.
Case No.          22-16159-CMG
Order Caption:    Order Extending Debtor's Time to File Chapter 11 Plan

5. This Court shall retain jurisdiction to hear and determine all matters arising or related to the implementation or interpretation of this Order.