KENYATTA K. STEWART, CORPORATION COUNSEL
CITY OF NEWARK-DEPARTMENT OF LAW
920 BROAD STREET, ROOM 316
NEWARK, NEW JERSEY 07102
Attorney for Defendant, City of Newark

**AMENDED ORDER**

PARTIALLY GRANTED

Case will be Transferred to ESSEX COUNTY

By: Tiara J. Samuel, Esq.
Assistant Corporation Counsel
NJ Bar Id# 108322015
Telephone: (973) 733-6539
Facsimile: (973) 733-5394
Email: samuelt@ci.newark.nj.us

| | |
|---|---|
| THERESA KRAEMER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, et al.<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: SOMERSET COUNTY<br>DOCKET NO. SOM-L-1331-18<br><br>Civil Action<br><br>**ORDER TO CHANGE VENUE OR ALTERNATIVELY TO DISMISS** |

**THIS MATTER** having come before the Court on the application of Defendant City of Newark (the "City"), by Kenyatta K. Stewart, Esq., Corporation Counsel (Tiara J. Samuel, Esq. Assistant Corporation Counsel, appearing), on notice to counsel for the Plaintiff, and all other defendants who have appeared in this case, for an Order Changing Venue or alternatively Dismissing the Complaint in Lieu of Filing an Answer for Plaintiff's failure to state a claim, and the Court having considered the matter, and for good cause being shown:

**IT IS** on this __9th__ day of __April__, 2020,

**ORDERED** as follows:

1. The City of Newark's motion to change venue is hereby

**GRANTED.**

2. ~~The City of Newark's motion to dismiss is hereby **GRANTED**.~~

3. ~~The Plaintiff's Complaint is hereby **DISMISSED** with prejudice.~~

/S/ YOLANDA CICCONE, A.J.S.C.
―――――――――――――――――――――
HON. YOLANDA CICCONE, A.J.S.C. , ~~J.S.C.~~

Opposed ✓

Unopposed ____