HALL BOOTH SMITH, P.C.
ATTORNEYS AT LAW

Dorine Sirota
Phone: 732.383.1513
dsirota@hallboothsmith.com

Hall Booth Smith, PC
328 Newman Springs Road
Red Bank, NJ  07701

Office: 732.345.9333
Fax: 732.345.9444
www.hallboothsmith.com

September 28, 2022

**VIA EMAIL ONLY**
Robert Y. Cook, Esq.
Levinson Axelrod, P.C.
654 Lacey Road
Forked River, NJ 08731

RE:    **Theresa Kraemer v. Newark Beth Israel Medical Center, et al**
**v. Assuncao Brothers, Inc., et als**
**Docket No. SOM-L-1331-18**
**Our File No.:  15471.0002**

Dear  Mr. Cook:

Enclosed for your easy reference is a copy of the Claim Petition filed by my client, Assuncao Brothers, in respect to the above captioned matter. Having reviewed same and speaking with Bankruptcy counsel, your case is not listed.  I provided them with the details of the case and they will add you as a creditor.  Once you are listed as a creditor, I believe you will have to make an application to have the Bankruptcy stayed, limiting your relief for proceeds only available through Insurance coverage.

Upon receipt of the enclosed if you have any other questions, please do not hesitate to contact our office.

Sincerely,

HALL BOOTH SMITH, P.C.

DORINE SIROTA, ESQ.

DS/mlp
Enc.
Cc:    All Counsel

RED BANK, NJ

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE