Our File No. 15471.0002
**HALL BOOTH SMITH, P.C.**
Dorine Sirota, Esq. – Attorney ID No. 041061989
328 Newman Springs Road
Red Bank, NJ 07701
Phone No. (732) 345-9333
Fax No. (732) 345-9444
dsirota@hallboothsmith.com
**Attorneys for Defendant Assuncao Brothers, Inc. and County of Essex**

| | |
|---|---|
| THERESA KRAEMER,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NEWARK BETH ISRAEL HOSPITAL;<br>NEWARK BETH ISRAEL MEDICAL<br>CENTER; RWJ BARNABAS HEALTH,<br>INC.; COUNTY OF ESSEX, ASSUNCAO<br>BROTHERS, INC., COUNTY OF ESSEX,<br>CITY OF NEWARK, DEWBERRY<br>ENGINEERS, NV5, INC., JOHN DOES 1-<br>10; ABC CORPS 1-10<br><br>　　　　　　　　Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br><br>Docket No. ESX-L-2912-20<br><br>Civil Action<br><br>**NOTICE OF FILED BANKRUPTCY OF<br>DEFENDANT ASSUNCAO BROTHERS,<br>INC.** |

To:　Robert Y. Cook, Esq.
　　　Levinson Axelrod, P.C.
　　　654 Lacey Road
　　　Forked River, NJ 08731
　　　**Counsel for Plaintiff**

**PLEASE TAKE NOTICE** that on August 3, 2022, Defendant Assuncao Brothers, Inc. filed a petition for relief under title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court, District of New Jersey (Newark) under Bankruptcy Petition No. 22-16159-CMG. A true and accurate copy of the Petition is attached hereto as **Exhibit "A."**

Defendant Assuncao Brothers, Inc. suggests that pursuant to 11 U.S. Code § 362, titled "Automatic Stay," this matter should be stayed pending further notice to the Court of the disposition of the bankruptcy case.

**HALL BOOTH SMITH, P.C.**
Counsel for Defendant Assuncao Brothers, Inc.

DORINE SIROTA, ESQ.

Dated: September 30, 2022

# EXHIBIT A

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number (if known) _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Assuncao Bros., Inc.** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **22-1643306** |
| 4. | Debtor's address | **Principal place of business**  **29 Wood Avenue**  **Edison, NJ 08820**  Number, Street, City, State & ZIP Code  **Middlesex**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Assuncao Bros., Inc.**   Case number (*if known*) _____
      Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2373__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply:*

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____   When _____   Case number _____
   District _____   When _____   Case number _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 2

Debtor  **Assuncao Bros., Inc.**                                                           Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
● No
○ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | District | When | Relationship _____ |
|---|---|---|---|
|  |  |  | Case number, if known _____ |

**11. Why is the case filed in this district?**
Check all that apply:
● Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
○ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
● No
○ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)
○ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____
○ It needs to be physically secured or protected from the weather.
○ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
○ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
○ No
○ Yes. Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**
Check one:
● Funds will be available for distribution to unsecured creditors.
○ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
○ 1-49
○ 50-99
○ 100-199
● 200-999
○ 1,000-5,000
○ 5001-10,000
○ 10,001-25,000
○ 25,001-50,000
○ 50,001-100,000
○ More than100,000

**15. Estimated Assets**
○ $0 - $50,000
○ $50,001 - $100,000
○ $100,001 - $500,000
○ $500,001 - $1 million
● $1,000,001 - $10 million
○ $10,000,001 - $50 million
○ $50,000,001 - $100 million
○ $100,000,001 - $500 million
○ $500,000,001 - $1 billion
○ $1,000,000,001 - $10 billion
○ $10,000,000,001 - $50 billion
○ More than $50 billion

**16. Estimated liabilities**
○ $0 - $50,000
● $1,000,001 - $10 million
○ $500,000,001 - $1 billion

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

| Debtor | Assuncao Bros., Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

- ○ $50,001 - $100,000
- ○ $100,001 - $500,000
- ○ $500,001 - $1 million

- ○ $10,000,001 - $50 million
- ○ $50,000,001 - $100 million
- ○ $100,000,001 - $500 million

- ○ $1,000,000,001 - $10 billion
- ○ $10,000,000,001 - $50 billion
- ○ More than $50 billion

Debtor    Assuncao Bros., Inc.                                         Case number (if known)
         Name

## MI Request for Relief, Declaration, and Signatures

WARNING - Bankruptcy fraud is a serious crime Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 USC §§ 152, 1341, 1519, and 3571

17.  **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct

I declare under penalty of perjury that the foregoing is true and correct

Executed on    August 3, 2022
               MM / DD / YYYY

X  _[signature]_                                          Martin Assuncao
   Signature of authorized representative of debtor       Printed name

Title President and Chief Executive Officer

---

0.  **Signature of attorney** X    /s/ Joseph J. DiPasquale              Date August 3, 2022
                                   Signature of attorney for debtor           MM/ DD /YYYY

                                   Joseph J. DiPasquale 016191994
                                   Printed name

                                   Fox Rothschild LLP
                                   Firm name

                                   49 Market Street
                                   Morristown NJ 07960
                                   Number, Street, City, State & ZIP Code

                                   Contact phone (973) 548-3368    Email address jdipasquale@foxrothschild.com

                                   016191994 NJ
                                   Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (if known) _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Assuncao Bros., Inc. |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 22-1643306 |
| 4. | Debtor's address | **Principal place of business**  29 Wood Avenue  Edison, NJ 08820  Number, Street, City, State & ZIP Code  Middlesex  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Case 22-16159-CMG    Doc 151-7    Filed 11/09/22    Entered 11/09/22 12:42:22    Desc
Exhibit G Notice of Filed Bankruptcy of Defendant Assuncao Brothers    Inc.    Page 11 of 17

Case 22-16159-CMG    Doc 1    Filed 08/03/22    Entered 08/03/22 23:46:13    Desc Main
Document    Page 2 of 5

Debtor    **Assuncao Bros., Inc.**_____    Case number (*if known*) _____
     Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2373__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Case 22-16159-CMG    Doc 1    Filed 08/03/22    Entered 08/03/22 23:46:13    Desc Main
Document    Page 3 of 5

Debtor   **Assuncao Bros., Inc.**                                                    Case number (*if known*) _____
             Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11.** **Why is the case filed in this district?**   Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                             Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**
☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 3

Case 22-16159-CMG    Doc 151-7    Filed 11/09/22    Entered 11/09/22 12:42:22    Desc
Exhibit G Notice of Filed Bankruptcy of Defendant Assuncao Brothers    Inc.    Page 13 of 17

Case 22-16159-CMG    Doc 1    Filed 08/03/22    Entered 08/03/22 23:46:13    Desc Main
Document    Page 4 of 5

Debtor   __Assuncao Bros., Inc.__ _____  Case number *(if known)* _____
         Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 22-16159-CMG    Doc 151-7    Filed 11/09/22    Entered 11/09/22 12:42:22    Desc
Exhibit G Notice of Filed Bankruptcy of Defendant Assuncao Brothers    Inc.    Page 14 of 17

Case 22-16159-CMG    Doc 1    Filed 08/03/22    Entered 08/03/22 23:46:13    Desc Main
Document    Page 5 of 5

Debtor  Assuncao Bros., Inc.                                          Case number (if known) _____
        Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 3, 2022
             MM / DD / YYYY

X  /s/ Martin Assuncao
   Signature of authorized representative of debtor

   Martin Assuncao
   Printed name

Title  President and Chief Executive Officer

18. Signature of attorney

X  /s/ Joseph J. DiPasquale                       Date  August 3, 2022
   Signature of attorney for debtor                     MM / DD / YYYY

   Joseph J. DiPasquale 016191994
   Printed name

   Fox Rothschild LLP
   Firm name

   49 Market Street
   Morristown, NJ 07960
   Number, Street, City, State & ZIP Code

   Contact phone  (973) 548-3368     Email address  jdipasquale@foxrothschild.com

   016191994 NJ
   Bar number and State

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                        page 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**ROBERT Y. COOK, Esq. (#03736-2008)**
**Levinson Axelrod, P.A.**
654 Lacey Road
Forked River, NJ 08731
T: (609) 971-1177
F: (609) 971-1126
rcook@njlawyers.com
Attorneys for Plaintiff Theresa Kraemer

In Re:

ASSUNCAO BROTHERS, INC.

    Debtor.

: Chapter 11
:
: Bankruptcy No. 22-16159-CMG
:
: Hon. Christine M. Gravelle
:
: Hearing Date:
: Time:.

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY OF PROCEEDINGS IN THE STATE COURT ACTION ENTITLED KRAEMER V. ASSUNCAO BROTHERS, INC. SUPERIOR COURT OF NEW JERSEY, ESSEX COUNTY, DOCKET NUMBER ESX-L-2912-20**

The relief set forth on the following page is hereby **ORDERED**.

Dated:

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon consideration of the motion by Robert Y. Cook, Esq. for an Order granting relief from the automatic stay of proceedings in the state court action entitled Kraemer v. Newark Beth Israel Medical Center, et als; and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of proceedings entered in the state court action entitled Kraemer v. Newark Beth Israel Medical Center, et als, in the Superior Court of New Jersey, Essex County, bearing Docket Number ESX-L-2912-20 pursuant to 11 *U.S.C.* § 362(a) is hereby modified to the extent of permitting the continuance and prosecution of the state court action solely for the purpose of determining the liability, if any of Assuncao Brothers, Inc. to Theresa Kraemer, and to permit the enforcement, by Theresa Kraemer, of any claim of, or judgment obtained by her against Assuncao Brothers, Inc., in the state court action against the insurance proceeds available under the applicable policy or policies of insurance maintained by Assuncao Brothers, Inc., and it is

**ORDERED** that enforcement of any judgment obtained by Theresa Kraemer in the state court action entitled Kraemer v. Newark Beth Israel Medical Center, et als, venued in the Superior Court of New Jersey, Essex County, bearing Docket Number ESX-L-2912-20 shall be limited to the insurance proceeds available under the applicable insurance policy maintained by Assuncao Brothers Inc., and it is

**ORDERED** that the provisions of § 362 of the Bankruptcy Code prohibiting execution, enforcement or collection by plaintiff of any judgment or judgments that may be obtained against Assuncao Brothers Inc., in the state court action entitled Kraemer v. Newark Beth Israel Medical Center, et als, venued in the Superior Court of New Jersey, Essex County, bearing Docket Number ESX-L-2912-20 against any and all assets of the Assuncao Brothers Inc., shall remain in

full force and effect and Theresa Kraemer shall not attempt to cause any action to be taken to collect any portion of such judgment or judgments from the assets or properties of Assuncao Brothers Inc., or any of its successors-interest.