# Levinson Axelrod P.A.

### ATTORNEYS AT LAW

654 Lacey Road, Forked River, NJ 08731
T: (609) 971-1177 F: (609) 971-1126
rcook@njlawyers.com

In Memoriam
Jacob Levinson
(1934-1988)
Robert J. Axelrod
(1961-2000)
Alfred A. Levinson
(1948-2006)

Partners
Richard J. Levinson
Richard J. Marcolus **
Mark V. Kuminski *
Adam L. Rothenberg *
Brett R. Greiner *
Kimberly L. Gozsa *
Michael B. Fusco *
Todd D. Wachtel **
Robert Y. Cook *
Matthew P. Pietrowski
Patrick J. Flinn *
Kathleen M. DiGiovanni *
Christopher A. DeAngelo

Associates
Rosemary E. McGeady, M.D.
Kendall W. Medway
Celine M. Vitale
Kelley W. Lavery *
Jessica R. Bland
David T. Ferrara
Ronald S. Yuro *
Megan M. Coppa

Of Counsel
Ronald B. Grayzel *
James J. Dunn *

─────────────
* Certified Civil Trial Attorney
** Certified Workers' Comp. Attorney

November 7, 2022

**SENT VIA NEW JERSEY LAWYWER SERVICE**
U.S. Bankruptcy Court District of NJ
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street, Room 3017
Newark, NJ 07102

RE:   **ASSUNCAO BROTHERS, INC., Debtor.**
      **Bankruptcy No. 22-16159-CMG**

Dear Sir/Madam:

Enclosed herein please find an original and one (1) copy of all of the following in the above matter:

- Notice of Motion for Relief from the automatic Stay of Proceedings in the State Court Action.

I would ask that you file the within, returning a filed copy to the undersigned in the enclosed self-addressed, stamped envelope provided.

Please also provide the hearing time and date of the motion.

I am also enclosing our firm's check in the amount of $188.00 for the filing fee.

Thank you for your attention with regard to this matter.

Very truly yours,

ROBERT Y. COOK, Esq.

RYC/mkb
Enclosure
cc:   Joseph J. DiPasquale, Esq.
      Scott S. Rever

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2022 NOV -9 A II: 22
BY: _____ DEPUTY CLERK
JEANNE NAUGHTON