**UNITED STATES
BANKRUPTCY COURT**
DISTRICT OF NEW JERSEY
NEWARK DIVISION

\# 544520 — S
\* \* C O P Y \* \*
November 09, 2022
11:55:18

STAY 12 -12/1/20
22—16159-CMG11
Debtor.: ASSUNCAO BROS., INC.
Amount.:                    $188.00 CH
Check#.: 51548

Total—> $188.00

FROM: LEVINSON AXELROD
2 LINCOLN HIGHWAY ROUTE 27
EDISON, NJ 08818