Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−16159−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Assuncao Bros., Inc.
   29 Wood Avenue
   Edison, NJ 08820

Social Security No.:

Employer's Tax I.D. No.:
   22−1643306

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/6/22 at 10:00 AM

to consider and act upon the following:

*151* − Motion for Relief from Stay. Receipt Number 544520, Fee Amount $ 188. Filed by Robert Cook on behalf of Theresa Kraemer. (Attachments: # 1 Exhibit A Complaint # 2 Exhibit B Amended Complaint # 3 Exhibit C Answer to Plaintiff's Amended Complaint # 4 Exhibit D Order to Change Venue or Alternatively to Dismiss # 5 Exhibit E Defendant Assuncao Brothers, Inc.'s Response to Form C and Form C2 Interrogatories of Plaintiff # 6 Exhibit F # 7 Exhibit G Notice of Filed Bankruptcy of Defendant Assuncao Brothers, Inc.) (LVJ)

Dated: 11/9/22

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court