Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−16159−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Assuncao Bros., Inc.
   29 Wood Avenue
   Edison, NJ 08820

Social Security No.:

Employer's Tax I.D. No.:
   22−1643306

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/6/22 at 10:00 AM

to consider and act upon the following:

*151* − Motion for Relief from Stay. Receipt Number 544520, Fee Amount $ 188. Filed by Robert Cook on behalf of Theresa Kraemer. (Attachments: # 1 Exhibit A Complaint # 2 Exhibit B Amended Complaint # 3 Exhibit C Answer to Plaintiff's Amended Complaint # 4 Exhibit D Order to Change Venue or Alternatively to Dismiss # 5 Exhibit E Defendant Assuncao Brothers, Inc.'s Response to Form C and Form C2 Interrogatories of Plaintiff # 6 Exhibit F # 7 Exhibit G Notice of Filed Bankruptcy of Defendant Assuncao Brothers, Inc.) (LVJ)

Dated: 11/9/22

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16159-CMG |
| Assuncao Bros., Inc. | Chapter 11 |
| Theresa Kraemer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 09, 2022 | Form ID: ntchrgbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Robert Cook, Levinson Axelrod, P.A., 654 Lacey Road, Forked River, NJ 08731-2104 |
| pla | | Theresa Kraemer, 1881 Route 37 Lot 224, Toms River, NJ 08757-0902 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022            Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen J Barkin | on behalf of Creditor Nobel Equipment & Supplies  Inc. abarkin@sbmesq.com, sandyr@sbmesq.com |
| Charles Allen Yuen | on behalf of Creditor Wiggins Plastics  Inc. cyuen@cyuen-law.com |
| Charles Allen Yuen | on behalf of Creditor Knickerbocker Bed Company cyuen@cyuen-law.com |
| Curtis M Plaza | on behalf of Creditor Manasquan Bank cplaza@riker.com  sdechoyan@riker.com |
| Douglas G. Leney | on behalf of Interested Party Martin Assuncao dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com |

Case 22-16159-CMG    Doc 154    Filed 11/11/22    Entered 11/12/22 00:13:19    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 09, 2022 | Form ID: ntchrgbk | Total Noticed: 2 |

| | |
|---|---|
| Douglas G. Leney | on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com ahuber@archerlaw.com,chansen@archerlaw.com |
| Edward H. O'Hare | on behalf of Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY eohare@zazzali-law.com |
| Eric R. Perkins | on behalf of Creditor Black Rock Enterprises LLC eperkins@becker.legal tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal |
| Eric R. Perkins | on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal |
| Fleming Ware | on behalf of Creditor Komatsu Financial Limited Partnership fware@vedderprice.com |
| Gary D. Bressler | on behalf of Creditor NGM Insurance Company gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph A. Caneco | on behalf of Debtor Assuncao Bros.  Inc. jcaneco@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Debtor Assuncao Bros.  Inc. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joshua H. Raymond | on behalf of Creditor Middlesex County Utilities Authority jraymond@msbnj.com |
| Justin Baumgartner | on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey jbaumgartner@becker.legal mambrose@becker.legal |
| Justin Baumgartner | on behalf of Creditor Black Rock Enterprises LLC jbaumgartner@becker.legal mambrose@becker.legal |
| Louis A. Modugno | on behalf of Other Prof. Vollers Excavating and Contractors  Inc. lmodugno@tm-firm.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael A. Baselice | on behalf of Creditor IUOE Local 825 Benefit Funds mbaselice@decotiislaw.com |
| Michael R. Herz | on behalf of Debtor Assuncao Bros.  Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Philip William Allogramento | on behalf of Creditor County of Essex pallogramento@connellfoley.com mcaggiano@connellfoley.com |
| Richard M. Schlaifer | on behalf of Creditor J.M. Ahle Co.  Inc. rschlaifer@earpcohn.com, vbromley@earpcohn.com |
| Ryan Richard Sweeney | on behalf of Creditor Iron Workers District Council Philadelphia and Vicinity Benefit Funds rsweeney@cjtlaw.org |
| Ryan Richard Sweeney | on behalf of Creditor Iron Workers Local 11 Benefit Funds rsweeney@cjtlaw.org |
| Ryan Richard Sweeney | on behalf of Creditor Iron Workers Local 399 Benefit Funds rsweeney@cjtlaw.org |
| Scott Aaron Levin | on behalf of Creditor NGM Insurance Company slevin@mdmc-law.com |
| Scott S. Rever | srever@wjslaw.com |
| Scott S. Rever | on behalf of Trustee Scott S. Rever srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Seth Ptasiewicz | on behalf of Creditor Northeast Carpenters Benefit Funds sptasiewicz@krollfirm.com |
| Timothy P. Neumann | on behalf of Creditor Ralph Clayton & Sons  LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete |

timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Vipin Varghese

on behalf of Creditor IUOE Local 825 Benefit Funds vvarghese@decotiislaw.com
kcaufield@decotiislaw.com;rmcgowan@decotiislaw.com;mdiaz@decotiislaw.com

Virginia T. Shea

on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com  mtaranto@mdmc-law.com;gbressler@mdmc-law.com

William E. Craig

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 35