**Fill in this information to identify the case:**

Debtor Name: ASSUNCAO BROS, INC.

United States Bankruptcy Court for the: District of New Jersey

Case number: 22-16159

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

| | | | |
|---|---|---|---|
| Month: | October 2022 | Date report filed: | 11/21/2022 (MM/DD/YYYY) |
| Line of business: | Road&Bridge Construction | NAISC code: | 2373 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Martin Assuncao

Original signature of responsible party: /s/ Martin Assuncao

Printed name of responsible party: Martin Assuncao

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C     Monthly Operating Report for Small Business Under Chapter 11     page 1

Debtor Name ASSUNCAO BROS, iNC.   Case number 22-16159

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**   $ 15,223.60

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 13,504.14

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 26,314.94

22. **Net cash flow**   + $ -12,810.30

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.   = $ 2,412.75

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 2,070,117.0

    (Exhibit E)

Debtor Name  ASSUNCAO BROS, iNC.                                    Case number 22-16159

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 2,839,069.0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     23
27. What is the number of employees as of the date of this monthly report?     1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 20,572.00 | − | $ 13,504.14 | = | $ 7,067.86 |
| 33. **Cash disbursements** | $ 20,854.00 | − | $ 26,314.94 | = | $ 5,460.94 |
| 34. **Net cash flow** | $ -282.00 | − | $ -12,810.30 | = | $ 1,606.92 |

35. Total projected cash receipts for the next month:     $ 506,000.00
36. Total projected cash disbursements for the next month:     − $ 503,000.00
37. Total projected net cash flow for the next month:     = $ 3,000.00

Debtor Name  ASSUNCAO BROS, iNC.                                    Case number 22-16159

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [✓] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [✓] 39. Bank reconciliation reports for each account.
- [✓] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [✓] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# Assuncao Brothers Inc
## Exhibits C and D
As of October 31, 2022

| Type | Date | Num | Name | Memo | Cash Received | Disbursements |
|---|---|---|---|---|---:|---:|
| **1003 · TD - Payroll** | | | | | | |
| Deposit | 10/03/2022 | Deposit | Insurance - Penn National Insurance | Burlington county Dividend check#1354421 | 8,504.14 | |
| Check | 10/03/2022 | Transfer | Assuncao Brothers Inc | transfer from payroll | | 4,000.00 |
| Paycheck | 10/07/2022 | 34326 | Bruno Simonelli | Payroll | | 1,569.55 |
| Liability Check | 10/07/2022 | E-pay | State of New Jersey | 221643306/000 QB Tracking # -1344228522 | | 91.35 |
| Liability Check | 10/07/2022 | E-pay | United States Treasury | 22-1643306 QB Tracking # -1343272522 | | 478.00 |
| Bill Pmt -Check | 10/07/2022 | 34327 | KCP advisory group | Penn National preimum reinbursement | | 8,504.14 |
| Liability Check | 10/13/2022 | E-pay | State of New Jersey | 221643306/000 QB Tracking # 2110205378 | | 91.35 |
| Liability Check | 10/13/2022 | E-pay | United States Treasury | 22-1643306 QB Tracking # 2110414378 | | 478.00 |
| Paycheck | 10/14/2022 | 34328 | Bruno Simonelli | Payroll | | 1,569.57 |
| Paycheck | 10/21/2022 | 34329 | Bruno Simonelli | Payroll | | 1,569.55 |
| Liability Check | 10/21/2022 | E-pay | State of New Jersey | 221643306/000 QB Tracking # -421082522 | | 91.35 |
| Liability Check | 10/21/2022 | E-pay | United States Treasury | 22-1643306 QB Tracking # -420967522 | | 478.00 |
| Check | 10/26/2022 | Transfer | Assuncao Brothers Inc | Transfer to TD Payroll | 1,000.00 | |
| Liability Check | 10/26/2022 | E-pay | United States Treasury | 22-1643306 QB Tracking # -1491287918 | | 478.00 |
| Liability Check | 10/26/2022 | E-pay | State of New Jersey | 221643306/000 QB Tracking # -1490849918 | | 91.35 |
| Liability Check | 10/26/2022 | E-pay | United States Treasury | 22-1643306 QB Tracking # -1490497918 | | 74.87 |
| Paycheck | 10/28/2022 | 34330 | Bruno Simonelli | | | 1,569.57 |
| **Total 1003 · TD - Payroll** | | | | | **9,504.14** | **21,134.65** |
| | | | | | | |
| **1005 · 8707-TD Operating** | | | | | | |
| Check | 10/03/2022 | Transfer | Assuncao Brothers Inc | transfer from payroll | 4,000.00 | |
| Bill Pmt -Check | 10/03/2022 | 39916 | Insurance - Horizon BCBS | | | 4,180.29 |
| Check | 10/26/2022 | Transfer | Assuncao Brothers Inc | Transfer to TD Payroll | | 1,000.00 |
| **Total 1005 · 8707-TD Operating** | | | | | **4,000.00** | **5,180.29** |
| | | | | | | |
| **Totals** | | | | | **13,504.14** | **26,314.94** |

# Assuncao Brothers, Inc.
## A/P Aging Summary
## Exhibit E
### As of October 31, 2022

|          | Current   | 1 - 30  | 31 - 60 | TOTAL     |
|----------|-----------|---------|---------|-----------|
| Vollers  | 1,134,406 | 935,711 | 0       | 2,070,117 |
| **TOTAL**| **1,134,406** | **935,711** | **0** | **2,070,117** |

**Page 1 of 1**

# Assuncao Brothers Inc
## Account Receivable
### Exhibit F
October 2022

| | 1100 · Accounts Receivable | 1110 · Retainage Receivable | TOTAL |
|---|---:|---:|---:|
| **Agate Construction Co., Inc.** | | | |
| AC-13-0712 Rt. 35 Bayhead | 0 | 673 | 673 |
| **Total Agate Construction Co., Inc.** | 0 | 673 | 673 |
| **Anselmi & DiCicco, Inc** | | | |
| Route 46 | 7,124 | 2,596 | 9,720 |
| **Total Anselmi & DiCicco, Inc** | 7,124 | 2,596 | 9,720 |
| **City Of Jersey City** | | | |
| Martin Luther King Boulevard | 0 | 270 | 270 |
| **Total City Of Jersey City** | 0 | 270 | 270 |
| **Essex County** | | | |
| Essex 9 Intersections Various (New) | 0 | 71,840 | 71,840 |
| Park Ave. 9 Intersections Park Avenue | 0 | 80,242 | 80,242 |
| **Total Essex County** | 0 | 152,082 | 152,082 |
| **Hudson County** | | | |
| JFK Boulevard Improvements | 61,792 | 0 | 61,792 |
| **Total Hudson County** | 61,792 | 0 | 61,792 |
| **Hunterdon County** | | | |
| Route 616 - Resurfacing And Drainage | 0 | 25,923 | 25,923 |
| **Total Hunterdon County** | 0 | 25,923 | 25,923 |
| **IEW Construction Group** | | | |
| IW-10-1025 TPike 102 | 0 | 12,403 | 12,403 |
| **Total IEW Construction Group** | 0 | 12,403 | 12,403 |
| **Konkus Corporation** | | | |
| Route 206 Doctors Way | 266,417 | 0 | 266,417 |
| **Total Konkus Corporation** | 266,417 | 0 | 266,417 |
| **Middlesex County** | | | |
| Forsegate & Rossmore | 94,082 | 0 | 94,082 |
| **Total Middlesex County** | 94,082 | 0 | 94,082 |
| **Monmouth, County Of** | | | |
| Bridge U-15 Replacement | -0 | 2,453 | 2,453 |
| **Total Monmouth, County Of** | -0 | 2,453 | 2,453 |
| **Monroe Township** | | | |
| Matchaponix | 0 | 23,276 | 23,276 |
| **Total Monroe Township** | 0 | 23,276 | 23,276 |
| **Mount Construction** | | | |
| Route 30 | 0 | 16,209 | 16,209 |
| **Total Mount Construction** | 0 | 16,209 | 16,209 |
| **Ocean** | | | |
| Lakewood Traffic Signal Intersection | 0 | 4,464 | 4,464 |
| **Total Ocean** | 0 | 4,464 | 4,464 |
| **Passaic County** | | | |
| Kingland Road Bridge | -0 | 20,589 | 20,589 |
| **Total Passaic County** | -0 | 20,589 | 20,589 |
| **Piscataway Township** | | | |
| Drake Lane Improvements | 0 | 22,463 | 22,463 |
| **Total Piscataway Township** | 0 | 22,463 | 22,463 |
| **Ritacco Construction Inc.** | | | |
| Old Newark Pompton Turnpike | 2,089 | 0 | 2,089 |
| Route 3 Bridge over North Second | 165,833 | 0 | 165,833 |
| Route 440 Bridges | 0 | 18,289 | 18,289 |
| **Total Ritacco Construction Inc.** | 167,922 | 18,289 | 186,212 |
| **Schiavone Construction** | | | |
| Bridge Deck Reconstruction | 343,017 | 0 | 343,017 |
| Route 72 | 41,219 | 0 | 41,219 |
| SC-15-0123 Rt. 72 | 0 | 0 | 0 |
| **Total Schiavone Construction** | 384,236 | 0 | 384,236 |
| **South State** | | | |
| Route 295 - Curb | 1,327,282 | 0 | 1,327,282 |
| **Total South State** | 1,327,282 | 0 | 1,327,282 |
| **Union Paving** | | | |
| Route 3, Route 46 | 228,523 | 0 | 228,523 |
| **Total Union Paving** | 228,523 | 0 | 228,523 |
| **TOTAL** | **2,537,378** | **301,690** | **2,839,069** |

# Assuncao Brothers, Inc.
## Balance Sheet
**As of October 31, 2022**

|  | Oct 31, 2022 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Total Checking/Savings** | 2,413 |
| **Total Accounts Receivable** | 2,839,069 |
| **Other Current Assets** | |
| Funds held by others | 257,121 |
| Other current asset | 2,750 |
| 1200 · Costs in Excess of Billings | 707,324 |
| **Total Current Assets** | 3,808,677 |
| **Total Fixed Assets** | 46,465 |
| **TOTAL ASSETS** | **3,855,142** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Total Accounts Payable** | 2,070,117 |
| Prepetition Liabilities | 4,761,166 |
| 2080 · Manasquan Bank (LOC) | 359,232 |
| 2100 · Billings in Excess of Cost | 147,907 |
| 2715 · Chrysler - Jeep 2019 - $999.93 | 15,127 |
| 2731 · Komatsu - D39 Doz - $3524.16 | 91,628 |
| 2736 · Wells - DynaPac Roller- $844.59 | 12,669 |
| 2740 · SBA Loan | 500,000 |
| **Total Liabilities** | 7,957,846 |
| **Total Equity** | -4,102,704 |
| **TOTAL LIABILITIES & EQUITY** | **3,855,142** |

Accounts receivable and October revenue does not include an estimate for billings in process.

Page 1 of 1

# Assuncao Brothers, Inc.
## Profit & Loss
### August 2 through October 31, 2022

|  |  | Aug 2 - Oct 31, 22 | October |
|---|---|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| | 4000 · Construction Income | 2,481,816 | 1,724,442 |
| | Interest income | 18 | 9 |
| **Total Income** | | 2,481,834 | 1,724,451 |
| **Cost of Goods Sold** | | | |
| | 5020 · Labor | 165,219 | 0 |
| | Total 5030 · Materials | 58,360 | 0 |
| | 5040 · Subcontractor | 2,071,203 | 1,134,406 |
| | 5050 · Trucking / Hauling | 52 | 0 |
| | 5250 · Union Benefits Expense | 119,054 | 0 |
| | 6040 · Insurance - Workers Comp | 10,982 | 37 |
| **Total COGS** | | 2,424,871 | 1,134,443 |
| **Gross Profit** | | 56,963 | 590,007 |
| **Expense** | | | |
| | 6000 · Officer Salary | 18,400 | 0 |
| | 6005 · Payroll Expenses | 17,854 | 0 |
| | 6010 · Office Salaries | 39,689 | 8,000 |
| | 6018 · Payroll Taxes | 27,311 | 1,180 |
| | 6020 · Insurance-General Liability | -8,504 | -8,504 |
| | 6050 · Insurance - Health | 4,180 | 0 |
| | 6130 · Office - Rent Expense | 2,750 | 0 |
| | 6140 · Office - Utilities / Phone | 1,240 | 0 |
| | 6170 · Legal Fees / Accounting | 25,000 | 0 |
| | 6180 · Consulting | 0 | 0 |
| | 6270 · Bank Service Charges | 131 | 0 |
| | 6300 · Auto Repairs & Maintenance | 527 | 0 |
| | 6320 · Equipment Repairs & Maintenance | 194 | 0 |
| | 6325 · Fuel - Vehicle | 136 | 0 |
| | 6328 · Fuel - Equipment | 6,490 | 0 |
| | 6400 · Interest - Line Of Credit | 9,515 | 0 |
| **Total Expense** | | 144,913 | 676 |
| **Net Ordinary Income** | | -87,950 | 589,331 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| | Cure Payments | 425,749 | 0 |
| | Vollers Sale | -1,375,633 | 0 |
| **Total Other Income** | | -949,884 | 0 |
| **Net Other Income** | | -949,884 | 0 |
| **Net Income** | | **-1,037,834** | **589,331** |

|  | Budget |
|---|---:|
| **Receipts** | |
| Accounts receivable collections | $ 485,000 |
| Vollers expense Reimbursement | 21,000 |
| Total | $ 506,000 |
| | |
| **Disbursements** | |
| Payroll | $ 8,500 |
| NJ U I tax | $ 9,500 |
| Voller post pettion AP | 485,000 |
| Total | $ 503,000 |


**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

ASSUNCAO BROTHERS INC
29 WOOD AVE
EDISON NJ  08820-

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | |
| Primary Account #: | 7430 |

## TD Business Convenience Plus

ASSUNCAO BROTHERS INC                                                                 Account # 7430

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Statement Balance as of 10/01 | | | | 13,710.34 |
| Plus | 2 | Deposits and Other Credits | | 9,504.14 |
| Less | 14 | Checks and Other Debits | | 21,043.30 |
| Statement Balance as of 10/31 | | | | 2,171.18 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 10/03 | DEPOSIT | | 8,504.14 | 22,214.48 |
| 10/06 | eTransfer Debit, Online Xfer<br>       Transfer to CK ########8707 | 4,000.00 | | 18,214.48 |
| 10/06 | Check #34326 | 1,569.55 | | 16,644.93 |
| 10/12 | CCD DEBIT, IRS USATAXPYMT 225268560537933 | 478.00 | | 16,166.93 |
| 10/12 | CCD DEBIT,<br>       NEW JERSEY EFT T NJWEB45 091000011615741 | 91.35 | | 16,075.58 |
| 10/13 | Check #34327 | 8,504.14 | | 7,571.44 |
| 10/13 | Check #34328 | 1,569.57 | | 6,001.87 |
| 10/17 | CCD DEBIT, IRS USATAXPYMT 225269012679398 | 478.00 | | 5,523.87 |
| 10/17 | CCD DEBIT,<br>       NEW JERSEY EFT T NJWEB45 091000011655905 | 91.35 | | 5,432.52 |
| 10/20 | Check #34329 | 1,569.55 | | 3,862.97 |
| 10/25 | CCD DEBIT, IRS USATAXPYMT 225269804595775 | 478.00 | | 3,384.97 |
| 10/26 | eTransfer Credit, Online Xfer<br>       Transfer from CK ########8707 | | 1,000.00 | 4,384.97 |
| 10/27 | Check #34330 | 1,569.57 | | 2,815.40 |
| 10/27 | CCD DEBIT,<br>       NEW JERSEY EFT T NJWEB45 091000011859160 | 91.35 | | 2,724.05 |
| 10/28 | CCD DEBIT, IRS USATAXPYMT 225270155812348 | 478.00 | | 2,246.05 |
| 10/28 | CCD DEBIT, IRS USATAXPYMT 225270102792669 | 74.87 | | 2,171.18 |

**Checks Paid**   No. Checks: 5            *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/06 | 34326 | 1,569.55 | 10/20 | 34329 | 1,569.55 |
| 10/13 | 34327 | 8,504.14 | 10/27 | 34330 | 1,569.57 |
| 10/13 | 34328 | 1,569.57 | | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

ASSUNCAO BROTHERS INC
29 WOOD AVE
EDISON NJ  08820

Page: 1 of 3
Statement Period: Oct 01 2022-Oct 31 2022
Cust Ref #: ▓▓▓▓▓▓-E-***
Primary Account #: ▓▓▓▓▓▓8707

## TD Business Convenience Plus

ASSUNCAO BROTHERS INC    Account # ▓▓▓▓▓▓8707

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 36,982.39 | Average Collected Balance | 8,084.90 |
| Electronic Deposits | 4,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 38,160.99 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 1,000.00 | Days in Period | 31 |
| Ending Balance | 1,821.40 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | eTransfer Credit, Online Xfer<br>Transfer from CK ▓▓▓▓7430 | 4,000.00 |
| | Subtotal: | 4,000.00 |

**Checks Paid**  No. Checks: 5    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/04 | 39911 | 193.54 | 10/05 | 39914 | 16,981.52 |
| 10/03 | 39912 | 820.00 | 10/18 | 39916* | 4,180.29 |
| 10/04 | 39913 | 15,985.64 | | | |
| | | | | Subtotal: | 38,160.99 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | eTransfer Debit, Online Xfer<br>Transfer to CK ▓▓▓▓7430 | 1,000.00 |
| | Subtotal: | 1,000.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 36,982.39 | 10/06 | 7,001.69 |
| 10/03 | 36,162.39 | 10/18 | 2,821.40 |
| 10/04 | 19,983.21 | 10/26 | 1,821.40 |
| 10/05 | 3,001.69 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**



P.O. Box 15284
Wilmington, DE 19850

KCP ADVISORY GROUP, LLC
700 TECHNOLOGY PARK DR STE 212
BILLERICA, MA  01821-4134

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Savings
# Preferred Rewards for Bus Platinum Honors

for October 1, 2022 to October 31, 2022         Account number:         4881
**KCP ADVISORY GROUP, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on October 1, 2022 | $25,000.98 | # of deposits/credits: 1 |
| Deposits and other credits | 0.85 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $25,001.00 |
| **Ending balance on October 31, 2022** | **$25,001.83** | Average collected balance: $25,001.00 |

*Annual Percentage Yield Earned this statement period: 0.04%.*
*Interest Paid Year To Date: $1.83.*



**Your savings account**

KCP ADVISORY GROUP, LLC   |   Account # ████ 4881   |   October 1, 2022 to October 31, 2022

**Action needed: Please sign and return the signature card we sent for your new deposit account.**

Thank you for opening a new deposit account with us. We sent you a welcome packet that included a signature card after you opened your account. Your signed signature card helps avoid any banking delays and also provides proof of account ownership for tax reporting.

Please sign and return the signature card using the envelope provided as soon as possible. If you need us to resend it, please call the number listed on this statement. If you recently sent your signature card to us, thank you, there is nothing more you need to do.

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 10/31/22 | Interest Earned | 0.85 |
| **Total deposits and other credits** | | **$0.85** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 10/01 | 25,000.98 | 10/31 | 25,001.83 |



**BANK OF AMERICA**
**Preferred Rewards**
For Business

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✍ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

KCP ADVISORY GROUP, LLC
700 TECHNOLOGY PARK DR STE 212
BILLERICA, MA 01821-4134

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Savings
# Preferred Rewards for Bus Platinum Honors

for October 1, 2022 to October 31, 2022                                Account number: ████████4894
**KCP ADVISORY GROUP, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on October 1, 2022 | $223,607.64 | # of deposits/credits: 2 |
| Deposits and other credits | 8,511.90 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $228,820.10 |
| **Ending balance on October 31, 2022** | **$232,119.54** | Average collected balance: $228,545.78 |

*Annual Percentage Yield Earned this statement period: 0.04%.*
*Interest Paid Year To Date: $16.40.*



**Your savings account**

KCP ADVISORY GROUP, LLC   |   Account # ████4894   |   October 1, 2022 to October 31, 2022

**Action needed: Please sign and return the signature card we sent for your new deposit account.**

Thank you for opening a new deposit account with us. We sent you a welcome packet that included a signature card after you opened your account. Your signed signature card helps avoid any banking delays and also provides proof of account ownership for tax reporting.

Please sign and return the signature card using the envelope provided as soon as possible. If you need us to resend it, please call the number listed on this statement. If you recently sent your signature card to us, thank you, there is nothing more you need to do.

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 10/13/22 | Counter Credit | 8,504.14 |
| 10/31/22 | Interest Earned | 7.76 |
| **Total deposits and other credits** | | **$8,511.90** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---:|---|---:|---|---:|
| 10/01 | 223,607.64 | 10/13 | 232,111.78 | 10/31 | 232,119.54 |