| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ 07960-5122<br>(973) 992-4800<br>Michael R. Herz, Esq., Litigation Trustee<br>mherz@foxrothschild.com | |
| In Re:<br>ASSUNCAO BROS., INC.<br><div align="center">Debtors.</div> | Case No.  22-16159-CMG<br><br>Chapter:  11<br><br>Judge:  Christine M. Gravelle |

### ADJOURNMENT REQUEST

1.  I, Michael R. Herz,

    ☒ I am an attorney at Fox Rothschild, LLP, attorneys for the Debtor

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter:  Motion For Relief From Stay

    Current hearing date and time: December 6, 2022 at 10:00 am

    New date requested: December 20, 2022 at 10:00 am

    Reason for adjournment request:  Parties are negotiating a Consent Order to resolve the motion.

2.  Consent to Adjournment:

    x  I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

140201491.1

I certify under penalty of perjury that the foregoing is true.

Date:  November 29, 2022              /s/Michael R. Herz
                                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted        New hearing date:  12/20/22 at 10:00 a.m.   ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

140201491.1