| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **FOX ROTHSCHILD LLP** <br> 49 Market St. <br> Morristown, NJ 07960 <br> Joseph J. DiPasquale, Esq. <br> Michael R. Herz, Esq. <br> Joseph A. Caneco, Esq. <br> jdipasquale@foxrothschild.com <br> mherz@foxrothschild.com <br> jcaneco@foxrothschild.com <br> Telephone:  (973) 992-4800 <br> Facsimile:   (973) 992-9125 <br><br> *Counsel to the Debtor and Debtor in Possession* |

| | |
|---|---|
| In re: <br><br> ASSUNCAO BROS., INC., <br><br> Debtor. | Chapter 11 (Subchapter V) <br><br> Case No. 22-16159 <br><br> Judge:  Hon. Christine M. Gravelle |

**ORDER GRANTING FIRST INTERIM APPLICATION OF FOX ROTHSCHILD LLP AS COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES <u>INCURRED FOR THE PERIOD FROM AUGUST 3, 2022 THROUGH OCTOBER 31, 2022</u>**

The relief set forth on the following page numbered 2 is hereby **ordered**.

140354790.1

Page 2 of 2
In re: Assuncao Bros., Inc.
Case No: 22-16159 (CMG)
TITLE: ORDER GRANTING FIRST INTERIM APPLICATION OF FOX ROTHSCHILD LLP AS COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 3, 2022, THROUGH OCTOBER 31, 2022

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED, that the compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Fox Rothschild LLP Counsel to the Debtor | $214,957.50 | $7,475.93 |

IT IS FURTHER ORDERED, that Fox Rothschild LLP be and herby is authorized to apply the Retainer (as defined in the Application) to reduce the awarded fees and expenses.

IT IS FURTHER ORDERED, that the Debtor shall pay the above amount, net of the Retainer, to Applicant forthwith.