**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>　　　　Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159<br><br>Judge:  Hon. Christine M. Gravelle |

## **VERIFICATION**

**JACEN A. DINOFF**, pursuant to 28 U.S.C. § 1746, declares as follows:

a)　　I am the principal of KCP Advisory Group, LLC ("KCP"), and am authorized to submit this verification on behalf of KCP.

b)　　I have personally performed or supervised many of the professional services rendered by KCP as financial advisor to the Debtor and am familiar with the work performed on behalf of the Debtor by the professionals and other persons in the firm.

c)　　I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

d)　　All services for which compensation is requested by KCP were professional services performed for and on behalf of the Debtor and not on behalf of any other person.

e)　　I have reviewed the requirements of D.N.J. LBR 2016-1 and certify to the best of my information, knowledge, and belief that this application complies with the same.

DATED: December 2, 2022　　　　　　**KCP ADVISORY GROUP, LLC**
　　　　　　　　　　　　　　　　　　*Financial Advisors to the Debtor and Debtor-in-Possession*

　　　　　　　　　　　　　　　　　　By:　*/s/ Jacen A. Dinoff*
　　　　　　　　　　　　　　　　　　　　　JACEN A. DINOFF

140355342.1