# EXHIBIT B

ACTIVE 26530194v1 08/04/2014

**ASSUNCAO BROTHERS, INC BANKRUPTCY BK FEE APP**

| SUMMARY OF BILLINGS | HOURS | FEES BILLING RATE | DISCOUNTED RATE | DISCOUNT |
|---|---|---|---|---|
| **FEES** | | | | |
| Frank Musso | 172.30 | $ 86,150.00 | $ 66,335.50 | $ (19,814.50) |
| Karen Chase | 0.30 | $ 60.00 | $ 37.50 | $ (22.50) |
| Jacen Dinoff | 128.50 | $ 75,172.50 | $ 57,825.00 | $ (17,347.50) |
| TOTAL | 301.10 | $ 161,382.50 | $ 124,198.00 | $ (37,184.50) |

| EXPENSES | | | |
|---|---|---|---|
| | | **Expenses** | $ 803.15 |

| Start Date | Thursday, August 4, 2022 | | |
|---|---|---|---|
| End Date | Monday, October 31, 2022 | **Grand Total** | $ 125,001.15 |

| **SOLSTICE BANKRUPTCY BILLING CODES** | | | **HOURS** | **BILLING RATE FEES** | **NET FEE** | **DISCOUNT** |
|---|---|---|---|---|---|---|
| BK-01 | BK-Accounting | Related to maintaining books and records | 26.40 | 13,288.50 | 10,222.50 | (3,066.00) |
| BK-02 | BK-Business Analysis | Preparation of company business plan, dev & review of strategies, cash flow forecasts | 51.90 | 29,622.00 | 22,789.50 | (6,832.50) |
| BK-03 | BK-Business Operations | Issues related to debtor in possession, such as employee, vendor, tenant issues, etc. | 12.30 | 6,838.50 | 5,262.00 | (1,576.50) |
| BK-04 | BK-Case Administration | Preparation of statement of financial affairs; schedules; list of contracts; reports; | 129.00 | 69,277.00 | 53,318.00 | (15,959.00) |
| BK-05 | BK-Claims | Specific claim inquiries; bar date motions; analyses, objections and allowance of claims | 24.80 | 12,536.00 | 9,652.00 | (2,884.00) |
| BK-06 | BK-Corporate Finance | Financial aspects of potential mergers, acquisitions, dispositions | 0.50 | 292.50 | 225.00 | (67.50) |
| BK-07 | BK-Creditor Meeting | Prepare and attend Creditors' Committee meeting | 7.20 | 3,744.50 | 2,882.50 | (862.00) |
| BK-08 | BK-Employment | Employee Benefits/Pensions | - | - | - | - |
| BK-09 | BK-Fee application | Activity related to Fee Application | - | - | - | - |
| BK-11 | BK-Litigation | Motions to dismiss: Monitor / Perform litigation analysis: Attend hearings | 7.70 | 4,045.50 | 3,114.00 | (931.50) |
| BK-12 | BK-Plan | Plan and Disclosure Statement | 3.30 | 1,930.50 | 1,485.00 | (445.50) |
| BK-13 | BK-Reconstruction Accounting | Reconstruction Accounting | - | - | - | - |
| BK-14 | BK-Tax | Tax Issues | 14.20 | 7,185.00 | 5,532.00 | (1,653.00) |
| BK-15 | BK-Valuation | Valuation | - | - | - | - |
| BK-16 | BK-Asset Sale | Sales, leases, abandonment and related transaction work | 1.50 | 877.50 | 675.00 | (202.50) |
| BK-17 | BK-Travel | Billable Travel to and from client | 2.40 | 1,404.00 | 1,080.00 | (324.00) |
| BK-18 | BK-Collections | Collections | - | - | - | - |
| BK-19 | BK-Revenue Review | Revenue Review | - | - | - | - |
| BK-20 | BK-Cost Review | Cost Review | - | - | - | - |
| BK-21 | BK-Reporting | Reporting | 19.50 | 10,107.00 | 7,780.50 | (2,326.50) |
| BK-23 | BK-Ops Improvement | Business Operational Improvement | - | - | - | - |
| BK-50 | BK-Asset Analysis | Identify & review potential assets, schedules: investigate location and status, etc. | - | - | - | - |
| BK-56 | BK-Application to Employ | Activity related to Application to Employ | 0.40 | 234.00 | 180.00 | (54.00) |
| BK-57 | BK-AR | Collection of accounts receivable | - | - | - | - |
| TOTAL | | | 301.10 | 161,382.50 | 124,198.00 | (37,184.50) |

|  |  |  |  | Period Ended: | 31-Oct-22 |
|---|---|---|---|---|---|
| Client Name: Assuncao Brothers, Inc - BK |  |  |  |  |  |
| Client #: 10-01-21 |  |  |  |  |  |
| Associate: Frank Musso |  |  |  |  |  |
| Associate's Home Office : New York |  |  | Client's Home Office : New York |  |  |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 4-Aug | BK-01 | Briefing with J. Dinoff (KCP) on bank account issues, communication protocol, |  | 0.30 | $ 150.00 |
| 4-Aug | BK-01 | Briefing with Controller to confirm payroll taxes arrearages, address "Debtor in Possession" requirements on bank accounts, discuss closing of Manasquan account, remote access into QuickBooks to address errors in payroll tax account, request view access to bank accounts. |  | 1.10 | $ 550.00 |
| 4-Aug | BK-04 | Draft comments in support of sale motion, address with J. Dinoff (KCP) |  | 0.40 | $ 200.00 |
| 4-Aug | BK-04 | Briefing with J. Dinoff (KCP) and debtor on bankruptcy protocols |  | 0.30 | $ 150.00 |
| 4-Aug | BK-04 | Prepared top 20 creditor list |  | 0.20 | $ 100.00 |
| 4-Aug | BK-04 | Revise schedule 1.01a |  | 0.70 | $ 350.00 |
| 4-Aug | BK-04 | Review and forward contact data for top 20 creditors |  | 0.40 | $ 200.00 |
| 4-Aug | BK-04 | Update schedules for leased equipment |  | 1.00 | $ 500.00 |
| 5-Aug | BK-04 | Prepare exhibit 1.03d, provide addresses for 101a |  | 1.20 | $ 600.00 |
| 5-Aug | BK-01 | Remote access into QuickBooks, address 8/5 IRS tax as instructed by Debtor, download weekly payroll register, coordinate Vollers DIP funding |  | 1.00 | $ 500.00 |
| 5-Aug | BK-04 | Preparation of contract rejection list |  | 1.40 | $ 700.00 |
| 5-Aug | BK-04 | Briefings on list of contracts to be rejected with J. Dinoff (KCP) |  | 0.10 | $ 50.00 |
| 8-Aug | BK-01 | Briefing with Controller re accounting for Vollers funding and discusses critical vendors |  | 0.20 | $ 100.00 |
| 8-Aug | BK-04 | Insurance certificate for US Trustee, researched contact information, provided to Controller, advised to reduce coverage, review with counsel |  | 0.40 | $ 200.00 |
| 8-Aug | BK-04 | Advise Vollers and Debtor how to notify unsecured creditor, review list of immediate needs, send copy of petition |  | 0.40 | $ 200.00 |
| 8-Aug | BK-04 | Review Schedule and SOFA forms |  | 0.50 | $ 250.00 |
| 9-Aug | BK-04 | Address Manasquan Bank account issues and COI |  | 0.20 | $ 100.00 |
| 9-Aug | BK-04 | Work session with Manasquan Bank to address issues to opening new account. |  | 0.70 | $ 350.00 |
| 9-Aug | BK-04 | Prepare lease and contract rejection schedules. |  | 2.00 | $ 1,000.00 |
| 10-Aug | BK-04 | Work session with Controller regarding issues opening new bank account. |  | 0.40 | $ 200.00 |
| 11-Aug | BK-04 | Review and respond to questions on contract rejection schedule and subsequent revisions. |  | 1.40 | $ 700.00 |
| 12-Aug | BK-01 | Correspondence on and review activity on Vollers line of credit, coordinate inclusion of job numbers on reports |  | 0.40 | $ 200.00 |
| 12-Aug | BK-04 | Revised lease rejection schedule on Aselmo contract and reply to attorney Herz |  | 0.80 | $ 400.00 |
| 12-Aug | BK-04 | Prepare statements and SOFAs |  | 1.10 | $ 550.00 |
| 12-Aug | BK-01 | Remote access to QuickBooks, review ledger on lease accounting |  | 0.80 | $ 400.00 |
| 13-Aug | BK-01 | Remote access Books, record PPP forgiveness, correct Subaru payments, void or delete |  | 2.10 | $ 1,050.00 |
| 13-Aug | BK-04 | Briefing with attorney Pasquale and Dinoff on union contract, DIP, and upcoming hearing. |  | 0.60 | $ 300.00 |
| 14-Aug | BK-04 | Prepare analysis of work in process |  | 1.30 | $ 650.00 |
| 14-Aug | BK-04 | Reviewed and revised attorney's SOFA and schedule |  | 0.80 | $ 400.00 |
| 15-Aug | BK-04 | Briefing with J. Dinoff (KCP) to discuss treatment of business entities on schedules. |  | 0.40 | $ 200.00 |
| 15-Aug | BK-04 | Briefing with J. Dinoff (KCP) re: 2004 request |  | 0.10 | $ 50.00 |
| 15-Aug | BK-04 | Review 2004 subpoena for purposes of budget, Briefing with Controller explaining |  | 0.50 | $ 250.00 |
| 15-Aug | BK-04 | Created percentage complete and circulate |  | 0.30 | $ 150.00 |
| 15-Aug | BK-04 | Briefing with attorney Herz re: rejections |  | 0.30 | $ 150.00 |
| 15-Aug | BK-04 | Briefing with life insurance agent re: officer life insurance |  | 0.50 | $ 250.00 |
| 15-Aug | BK-02 | Update cash flow with actual results 2 weeks |  | 2.00 | $ 1,000.00 |
| 16-Aug | BK-04 | Prepare response to items 9 and 10 for NGM insurance |  | 2.20 | $ 1,100.00 |
| 16-Aug | BK-02 | Revise and discuss cash flow with J. Dinoff (KCP) |  | 0.50 | $ 250.00 |

|  |  |  |  | Period Ended: | 31-Oct-22 |
|---|---|---|---|---|---|
| Client Name: Assuncao Brothers, Inc - BK | | | | | |
| Client #: 10-01-21 | | | | | |
| Associate: Frank Musso | | | | | |
| Associate's Home Office : New York | | | Client's Home Office : New York | | |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 16-Aug | BK-04 | Briefing with the counsel and Company discuss motions filed | | 1.00 | $ 500.00 |
| 16-Aug | BK-04 | Prepare statements and schedules | | 1.90 | $ 950.00 |
| 16-Aug | BK-04 | Review of rejection motions | | 0.50 | $ 250.00 |
| 17-Aug | BK-04 | Prepare statements and schedules | | 2.90 | $ 1,450.00 |
| 17-Aug | BK-04 | Research information on flood claim | | 0.40 | $ 200.00 |
| 17-Aug | BK-02 | Reviewed cash flow activity from bank statements and reconciled with ledger. | | 0.60 | $ 300.00 |
| 17-Aug | BK-04 | Prepare 90 day and insider transaction summaries | | 1.50 | $ 750.00 |
| 18-Aug | BK-04 | Revision to Statements and schedules | | 2.30 | $ 1,150.00 |
| 18-Aug | BK-04 | Briefing on insider payment schedule | | 1.00 | $ 500.00 |
| 18-Aug | BK-04 | Edits to NGM items 9 and 10 | | 1.40 | $ 700.00 |
| 18-Aug | BK-04 | Correspondence and review of information relative to Vollers line of credit | | 0.40 | $ 200.00 |
| 19-Aug | BK-04 | Review, revise, scan and submit revised statements and schedules | | 2.50 | $ 1,250.00 |
| 19-Aug | BK-04 | Address questions on statements and schedules | | 0.60 | $ 300.00 |
| 19-Aug | BK-04 | Prepare for and participate in Briefing to review statements and schedules4 | | 1.90 | $ 950.00 |
| 19-Aug | BK-04 | Update equipment schedule with lien amounts | | 0.50 | $ 250.00 |
| 19-Aug | BK-02 | Download weekly activity for cash flow | | 0.30 | $ 150.00 |
| 20-Aug | BK-04 | Participated in deposition from NGM; Provided deposition support | | 3.70 | $ 1,850.00 |
| 20-Aug | BK-04 | Remote access, determine which unions are > 180 days past due, compute amount owed by employee, read article on Dewitt case | | 2.10 | $ 1,050.00 |
| 20-Aug | BK-04 | Briefing with J. Dinoff and Joe Pasquale on whether employee contribution or employer portion, discuss DeWitt | | 0.40 | $ 200.00 |
| 21-Aug | BK-04 | Revise union priority claim to account for unpaid withholding | | 1.80 | $ 900.00 |
| 21-Aug | BK-04 | Update NGM item 9 and 10 report with more current data and additional contracts | | 1.30 | $ 650.00 |
| 21-Aug | BK-04 | Briefing with Jacen on schedules, send current AP and aged payroll tax liability | | 0.50 | $ 250.00 |
| 21-Aug | BK-02 | Participated in an ABI team meeting with Debtor and counsel | | 1.40 | $ 700.00 |
| 22-Aug | BK-04 | Participated in Court hearing | | 2.00 | $ 1,000.00 |
| 24-Aug | BK-04 | Discuss IRS payroll tax notice with J. Dinoff and Controller, cleared up explanation | | 0.40 | $ 200.00 |
| 24-Aug | BK-11 | Researched and populated NGM data room with required documentation | | 0.70 | $ 350.00 |
| 25-Aug | BK-02 | Addressed Trustee requests | | 0.40 | $ 200.00 |
| 25-Aug | BK-14 | Research and address bank failure to process IRS tax payment | | 0.90 | $ 450.00 |
| 25-Aug | BK-04 | Address Caneco email on Somerset contract rejection | | 0.30 | $ 150.00 |
| 25-Aug | BK-11 | Briefing with J. Dinoff to discuss quality control on NGM data room site | | 0.30 | $ 150.00 |
| 26-Aug | BK-04 | Access debtor records for identification of bonded contracts | | 1.80 | $ 900.00 |
| 26-Aug | BK-04 | Coordinate with debtor regarding required tasks for data gathering | | 0.20 | $ 100.00 |
| 26-Aug | BK-03 | Briefing with J Fitzsimmons on procedure for paying the unions | | 0.30 | $ 150.00 |
| 29-Aug | BK-04 | Briefing with J. Dinoff re: NGM and Trustee request list, Briefing with Controller to request June Manasquan bank statement and to discuss how to process payroll taxes | | 0.20 | $ 100.00 |
| 29-Aug | BK-04 | Assemble and deliver trustee request list, determined that q2 p41 and NJ 927 had not been filed, work session with Controller to file | | 2.80 | $ 1,400.00 |
| 30-Aug | BK-04 | Briefing with M Herz on trustee requirements and provide requested information | | 0.20 | $ 100.00 |
| 30-Aug | BK-04 | Reviewed and uploaded AR, Ap, job ledgers and contracts into data room | | 1.10 | $ 550.00 |

|  |  |  |  | Period Ended: | 31-Oct-22 |
|---|---|---|---|---|---|
| Client Name: Assuncao Brothers, Inc - BK | | | | | |
| Client #: 10-01-21 | | | | | |
| Associate: Frank Musso | | | | | |
| Associate's Home Office : New York | | | Client's Home Office : New York | | |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 30-Aug | BK-04 | Briefing with J. Dinoff to review requirements to move money out of Company pursuant to agreement with Trustee. |  | 0.10 | $ 50.00 |
| 31-Aug | BK-03 | Remote log in, visit to TD Bank branch, 2 Briefing to TD Bank help desk, one Briefing to QuickBooks, 2 Briefings with Marty, two Briefings with Controller attempting to fix inability to pay Federal payroll taxes |  | 2.30 | $ 1,150.00 |
| 31-Aug | BK-01 | Calculate amount to be transferred to KCP holding account and issue instructions to Debtor |  | 0.30 | $ 150.00 |
| 1-Sep | BK-14 | Briefing with Controller on IRS pay by phone, access QuickBooks, identify which federal taxes needed to be paid post petition. |  | 0.70 | $ 350.00 |
| 1-Sep | BK-02 | Using actual payroll recalculate amount of funds needed for winddown after transfer of $170,000 to KCP for holding. |  | 1.20 | $ 600.00 |
| 1-Sep | BK-02 | On Union audit, attention to Ed O'Hare's request for assistance with audit, discussed with Brendon, emailed auditor Glen |  | 0.50 | $ 250.00 |
| 1-Sep | BK-01 | Review calculation of $170 with Jacen |  | 0.20 | $ 100.00 |
| 5-Sep | BK-14 | Responding to notice of unfiled payroll taxes, remote into QuickBooks to document status. File 2020 returns in QuickBooks, download copies of prepared returns identifying which had been rejected and which had never been filed. Document and send to Debtor and to counsel. |  | 2.10 | $ 1,050.00 |
| 5-Sep | BK-21 | Review August statements for MOR |  | 0.20 | $ 100.00 |
| 5-Sep | BK-01 | Adjust ledger for $170k wire to record professional fee retainers instead of expensing them. |  | 0.40 | $ 200.00 |
| 6-Sep | BK-14 | Briefing with Debtor and Jacen to agree on response to IRS notice on unfiled payroll return |  | 0.50 | $ 250.00 |
| 6-Sep | BK-01 | Briefing with Carlos Oliveira union auditor to identify request and register for file sharing |  | 0.20 | $ 100.00 |
| 6-Sep | BK-14 | Prepare new 2020 payroll returns, verify tax deposits for 2q 2022, prepare 8821, send to Debtor for signature. |  | 3.20 | $ 1,600.00 |
| 6-Sep | BK-14 | Prepare 4q 2021, 1q 2022, and 2q 2022 using ATX software and successfully e-file |  | 1.90 | $ 950.00 |
| 6-Sep | BK-01 | Remote into Debtor's systems, copy files requested by union auditor, go into QB run payroll summaries from 2018 - 2022 |  | 1.60 | $ 800.00 |
| 7-Sep | BK-14 | Draft and assemble response to IRS, fax documents, phone follow up |  | 1.30 | $ 650.00 |
| 7-Sep | BK-01 | Coordinated response to union and submit |  | 0.50 | $ 250.00 |
| 8-Sep | BK-14 | Analysis of priority payroll and tax |  | 0.60 | $ 300.00 |
| 8-Sep | BK-07 | Participate in 341 Hearing |  | 1.80 | $ 900.00 |
| 9-Sep | BK-21 | MOR preparation |  | 1.30 | $ 650.00 |
| 9-Sep | BK-07 | Prepare response to open items from 341 hearing |  | 0.90 | $ 450.00 |
| 12-Sep | BK-07 | Follow up for 341 hearing to address items from hearing, including preference analysis, review of docket #87 sale motion approval, comparison of Debtor's assets with sale agreement, and review of credit card payments |  | 2.80 | $ 1,400.00 |
| 12-Sep | BK-21 | Print out MOR form, begin answering questions and preparing exhibits |  | 2.00 | $ 1,000.00 |
| 12-Sep | BK-04 | Participate in Briefing on protocol for NGM visit, review and edit response to NGM's counsel |  | 0.90 | $ 450.00 |
| 12-Sep | BK-04 | Researched and provide data to NGM. |  | 0.80 | $ 400.00 |
| 13-Sep | BK-03 | Briefing with J. Dinoff to discuss union payable, update him on MOR preparation, Vollers line of credit, review preference analysis. |  | 0.50 | $ 250.00 |
| 13-Sep | BK-01 | Remote access, generate unpaid job report, edit for union bonded unbonded |  | 0.50 | $ 250.00 |
| 13-Sep | BK-11 | Populate NGM SharePoint with AR, tax returns and Aug 1 financials |  | 1.30 | $ 650.00 |
| 15-Sep | BK-01 | Briefing with J. Dinoff to review calculation of priority union claim by job |  | 0.20 | $ 100.00 |
| 15-Sep | BK-01 | Reviewed Sales order, prepare entry to record Manasquan activity, cure payments, and record line of credit |  | 2.60 | $ 1,300.00 |
| 15-Sep | BK-01 | Reconciliation of August union payable with general ledger |  | 1.60 | $ 800.00 |

|  |  |  |  | Period Ended: | 31-Oct-22 |
|---|---|---|---|---|---|
|  | Client Name: Assuncao Brothers, Inc - BK |  |  |  |  |
|  | Client #: 10-01-21 |  |  |  |  |
|  | Associate:   Frank Musso |  |  |  |  |
|  | Associate's |  | Client's |  |  |
|  | Home Office : New York |  | Home Office : New York |  |  |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 15-Sep | BK-01 | Summarize line of credit activity for entry into the ledger |  | 0.70 | $ 350.00 |
| 15-Sep | BK-21 | MOR preparation, obtain escrow bank statements |  | 0.60 | $ 300.00 |
| 15-Sep | BK-11 | Review NGM responses and prepare responses |  | 0.60 | $ 300.00 |
| 16-Sep | BK-03 | Briefing with J. Dinoff to discuss timing difference of August union payment, address treatments of leases, MGM response |  | 0.40 | $ 200.00 |
| 16-Sep | BK-14 | Briefing with IRS agent on unpaid payroll taxes |  | 0.70 | $ 350.00 |
| 16-Sep | BK-01 | Review and analyze cash disbursement journal from Books. |  | 0.90 | $ 450.00 |
| 16-Sep | BK-03 | Forward Horizon consent order to Controller for payment, advise Controller to pay unions |  | 0.20 | $ 100.00 |
| 17-Sep | BK-01 | Review and enter line of credit activity into the ledger, record sales entry for accounts receivable assumed, adjust ledger for 8/31 Schiavone sale |  | 2.80 | $ 1,400.00 |
| 18-Sep | BK-21 | Adjust for lease liability and fixed assets in ledger |  | 1.10 | $ 550.00 |
| 19-Sep | BK-21 | Prepare MOR including Exhibits A-E, draft financial statements and submit to J. Dinoff for review |  | 5.20 | $ 2,600.00 |
| 20-Sep | BK-21 | Prepare AR schedule for MOR, submit to J. Dinoff for review, clear review comments, send final for signature |  | 2.60 | $ 1,300.00 |
| 21-Sep | BK-21 | Revisions to MOR |  | 0.90 | $ 450.00 |
| 21-Sep | BK-11 | Responses to NGM, provide further information in data room |  | 1.80 | $ 900.00 |
| 21-Sep | BK-21 | Responses to Trustee, research and provide data in data room |  | 1.40 | $ 700.00 |
| 23-Sep | BK-11 | Complete NGM data room update |  | 0.70 | $ 350.00 |
| 23-Sep | BK-03 | Remote access ledger, verify Union not paid, instruct Controller to pay |  | 0.40 | $ 200.00 |
| 26-Sep | BK-01 | Advise Controller to pay post petition liabilities. |  | 0.60 | $ 300.00 |
| 26-Sep | BK-01 | Record payment to Trustee from KCP account |  | 0.30 | $ 150.00 |
| 28-Sep | BK-05 | Address Middlesex rent paid by Debtor and Vollers. |  | 0.40 | $ 200.00 |
| 29-Sep | BK-05 | Review, comment on IRS proof of claim, review NJ DOL claim |  | 1.40 | $ 700.00 |
| 3-Oct | BK-05 | Respond to inquiry on NGM data room, respond to counsel questions on IRS proof of claim. |  | 1.60 | $ 800.00 |
| 4-Oct | BK-01 | Briefings with J Fitzsimmons on cost accounting thru 8/25/22, received request from B Murray on union audit results. |  | 1.30 | $ 650.00 |
| 5-Oct | BK-14 | Briefings on office from IRS agent, prepared responses to agent requesting further information as to his visit. Review notices for 2022 941 deficiencies |  | 0.70 | $ 350.00 |
| 6-Oct | BK-14 | Briefings with IRS agent regarding form 433 and other data requests |  | 0.40 | $ 200.00 |
| 7-Oct | BK-05 | Review cash balance and bank statement to verify funds to pay Horizon insurance |  | 0.50 | $ 250.00 |
| 7-Oct | BK-05 | Read Union 472 POC |  | 0.60 | $ 300.00 |
| 10-Oct | BK-04 | Begin September MOR, pro-forma August excel file, download td Bank rec, upload ledger activity for September |  | 2.60 | $ 1,300.00 |
| 11-Oct | BK-05 | Briefing with Brendon Murray to review union's claim |  | 0.30 | $ 150.00 |
| 11-Oct | BK-05 | Draft responses to Brendon on the union's priority component of its claim. |  | 0.50 | $ 250.00 |
| 11-Oct | BK-04 | Follow up with Controller on deposit needed for BOA account |  | 0.20 | $ 100.00 |
| 12-Oct | BK-05 | September MOR, obtain KCP BOA accounts |  | 0.30 | $ 150.00 |
| 12-Oct | BK-05 | Briefing with Brendon Murray to discuss union audit claim |  | 0.30 | $ 150.00 |
| 12-Oct | BK-04 | September MOR, entries in ledger to record bank activity, identify cost and bill to Vollers |  | 0.40 | $ 200.00 |
| 12-Oct | BK-05 | Prepare claims register |  | 1.80 | $ 900.00 |
| 13-Oct | BK-05 | Update claims register with estimated payout by reviewing claim detail |  | 1.30 | $ 650.00 |
| 13-Oct | BK-02 | Briefing with counsel to discuss strategy and open items on plan of Reorg. |  | 0.70 | $ 350.00 |
| 13-Oct | BK-05 | Reconciliation of NJ Dept of Labor claim, identify payments made during 2021-2022, contact DOL by email |  | 2.90 | $ 1,450.00 |
| 13-Oct | BK-03 | Correspondence with Vollers on reimbursement |  | 0.10 | $ 50.00 |

|  |  |  |  | Period Ended: | 31-Oct-22 |
|---|---|---|---|---|---|
|  | Client Name: Assuncao Brothers, Inc - BK |  |  |  |  |
|  | Client #: 10-01-21 |  |  |  |  |
|  | Associate: Frank Musso |  |  |  |  |
|  | Associate's Home Office: New York |  | Client's Home Office: New York |  |  |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 13-Oct | BK-01 | September MOR, TD payroll account balance no longer reconciles, investigate, send to Controller for further action. |  | 0.90 | $ 450.00 |
| 17-Oct | BK-01 | Notify Werner for Vollers of intended accounting treatment of transactions between Vollers and the Debtor, request verification of recorded revenue. |  | 1.20 | $ 600.00 |
| 17-Oct | BK-01 | Record ledger entries for Vollers invoices into ledger and apply to correct job, discuss treatment of any possible work in process with Jacen, |  | 1.30 | $ 650.00 |
| 18-Oct | BK-04 | Prepare September MOR and exhibits |  | 6.20 | $ 3,100.00 |
| 18-Oct | BK-05 | Respond to NJ DOL response to email |  | 0.30 | $ 150.00 |
| 18-Oct | BK-04 | review, revise and submit MOR for review. |  | 2.30 | $ 1,150.00 |
| 19-Oct | BK-04 | Address MOR review comments |  | 1.10 | $ 550.00 |
| 24-Oct | BK-14 | Address Bob Levin re: IRS 433 A request. |  | 0.20 | $ 100.00 |
| 24-Oct | BK-05 | Follow up on NJ claim, summarize list of unfiled returns, briefing with Controller for filing. |  | 0.40 | $ 200.00 |
| 25-Oct | BK-05 | Discuss results of NJ tax filings with Controller |  | 0.10 | $ 50.00 |
| 25-Oct | BK-02 | Briefing with counsel and Vollers to discuss open items and strategy |  | 1.10 | $ 550.00 |
| 26-Oct | BK-05 | Coordinate filing of NJ returns with Controller |  | 0.20 | $ 100.00 |
| 27-Oct | BK-05 | Review requirements of IRS Form 433 B |  | 2.20 | $ 1,100.00 |
| 28-Oct | BK-05 | File 3q 2022 941 with IRS, pdf copy forward to IRS agents handling this case |  | 1.20 | $ 600.00 |
| 28-Oct | BK-05 | Organize claims spreadsheet add information related to reasoning between rejecting and accepting claims, focused on priority claims |  | 2.80 | $ 1,400.00 |
| 31-Oct | BK-05 | Update claims schedule, identify issues with 825 claims, access QuickBooks, download payroll data and union activity |  | 4.10 | $ 2,050.00 |
|  |  |  |  |  |  |
|  |  | This Page Total |  | 172.30 | $ 86,150.00 |

|  |  |  | Period Ended: | | 31-Oct-22 |
|---|---|---|---|---|---|
| Client Name: | Assuncao Brothers, Inc BK | | | | |
| Client #: | 10-01-21 | | | | |
| Associate: | Karen Chase | | | | |
| Associate's Home Office : | Boston | | Client's Home Office : | | New York |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 9/9/2022 | BK-01 | Reviewed and responded to Trustee requests for KCP invoices. |  | 0.30 | $ 60.00 |
|  |  |  |  |  | $ - |
| **EXPENSES** |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | This Page Total |  | 0.30 | $ 60.00 |

|  |  |  |  |  | Period Ended: | 31-Oct-22 |
|---|---|---|---|---|---|---|
|  | Client Name: Assuncao Brothers, Inc BK |  |  |  |  |  |
|  | Client #: 10-01-21 |  |  |  |  |  |
|  | Associate: Jacen Dinoff |  |  |  |  |  |
|  | Associate's Home Office : Boston |  |  | Client's Home Office : | New York |  |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 4-Aug | BK-02 | Briefings with buyer and company on cash flow |  | 1.90 | $ 1,111.50 |
| 4-Aug | BK-02 | Briefings with counsel on filing revisions |  | 1.80 | $ 1,053.00 |
| 4-Aug | BK-01 | Conference call with F. Musso (KCP) to discuss Manasquan account and communication protocol |  | 0.30 | $ 175.50 |
| 4-Aug | BK-04 | Conference call with F. Musso and Marty on bankruptcy protocol |  | 0.30 | $ 175.50 |
| 4-Aug | BK-11 | Briefings with counsel to prepare for hearing |  | 0.40 | $ 234.00 |
| 4-Aug | BK-03 | Review and respond to messages to coordinate case activities |  | 0.80 | $ 468.00 |
| 4-Aug | BK-02 | Address buyer and cash flow questions |  | 0.70 | $ 409.50 |
| 5-Aug | BK-04 | Conference call with buyer and company on contracts |  | 1.40 | $ 819.00 |
| 5-Aug | BK-04 | Review and comment on creditor correspondence |  | 1.70 | $ 994.50 |
| 6-Aug | BK-04 | Address CH 11 related operating questions |  | 2.20 | $ 1,287.00 |
| 7-Aug | BK-02 | Briefings on cash flow reporting |  | 0.50 | $ 292.50 |
| 5-Aug | BK-04 | Briefings on collections of receivables |  | 1.60 | $ 936.00 |
| 5-Aug | BK-02 | Briefings on Schedules and SOFA's |  | 0.60 | $ 351.00 |
| 8-Aug | BK-04 | Briefings on court reporting |  | 0.80 | $ 468.00 |
| 8-Aug | BK-04 | Briefings on approved disbursements |  | 0.60 | $ 351.00 |
| 8-Aug | BK-04 | Briefings on contract negotiations |  | 1.60 | $ 936.00 |
| 8-Aug | BK-02 | Review and respond to coordinate case activities |  | 0.40 | $ 234.00 |
| 8-Aug | BK-11 | Briefings on preparation for court hearing |  | 1.10 | $ 643.50 |
| 8-Aug | BK-04 | Briefings regarding insurance |  | 0.20 | $ 117.00 |
| 8-Aug | BK-04 | Briefings regarding interim orders |  | 0.80 | $ 468.00 |
| 9-Aug | BK-04 | Briefings on bank accounts and court filings |  | 0.20 | $ 117.00 |
| 9-Aug | BK-02 | Briefings on budget |  | 0.60 | $ 351.00 |
| 9-Aug | BK-06 | Briefings with potential buyer |  | 0.50 | $ 292.50 |
| 9-Aug | BK-02 | Review and respond to messages to coordinate case activities |  | 0.80 | $ 468.00 |
| 10-Aug | BK-02 | Briefings on cash flow |  | 0.40 | $ 234.00 |
| 10-Aug | BK-02 | Briefings to coordinate case activities |  | 0.50 | $ 292.50 |
| 10-Aug | BK-03 | Briefings with counsel |  | 0.20 | $ 117.00 |
| 10-Aug | BK-04 | Briefings on rejected contracts |  | 0.90 | $ 526.50 |
| 11-Aug | BK-04 | Briefings on status of filing rejection motions |  | 0.60 | $ 351.00 |
| 11-Aug | BK-03 | Briefings with counsel to coordinate case activities |  | 0.20 | $ 117.00 |
| 11-Aug | BK-03 | Address creditor issues |  | 0.60 | $ 351.00 |
| 11-Aug | BK-04 | Briefings on contracts |  | 0.20 | $ 117.00 |
| 11-Aug | BK-02 | Briefings on cash flow |  | 0.30 | $ 175.50 |
| 12-Aug | BK-04 | Participated in a work session on reporting, cash management and contract rejection |  | 2.10 | $ 1,228.50 |
| 12-Aug | BK-04 | Briefings regarding 2004 hearing |  | 0.40 | $ 234.00 |
| 12-Aug | BK-03 | Briefings regarding creditor meeting |  | 0.20 | $ 117.00 |
| 12-Aug | BK-02 | Briefings on cash flow |  | 0.40 | $ 234.00 |
| 12-Aug | BK-16 | Briefings on updates to Vollers agreement. |  | 0.60 | $ 351.00 |
| 13-Aug | BK-04 | Briefings with counsel on 2004 filings |  | 0.90 | $ 526.50 |
| 13-Aug | BK-04 | Participated in a conference call with attorney Pasquale and F. Musso on union contract; DIP and upcoming hearing |  | 0.80 | $ 468.00 |
| 13-Aug | BK-02 | Briefings with company management to coordinate case activities |  | 0.30 | $ 175.50 |
| 14-Aug | BK-04 | Address Trustee data requests |  | 0.40 | $ 234.00 |
| 15-Aug | BK-02 | Briefings with counsel to coordinate case activities |  | 1.10 | $ 643.50 |
| 15-Aug | BK-04 | Review and respond to messages regarding rejection motion |  | 0.80 | $ 468.00 |

|  |  |  |  | Period Ended: | 31-Oct-22 |
|---|---|---|---|---|---|
|  | Client Name: Assuncao Brothers, Inc BK |  |  |  |  |
|  | Client #: 10-01-21 |  |  |  |  |
|  | Associate: Jacen Dinoff |  |  |  |  |
|  | Associate's Home Office: Boston |  |  | Client's Home Office: | New York |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 15-Aug | BK-04 | Briefings on reporting and projection | | 0.60 | $ 351.00 |
| 16-Aug | BK-04 | Review and address 2004 reporting | | 0.90 | $ 526.50 |
| 16-Aug | BK-02 | Work session with F Musso to discuss and revise cash flow | | 0.70 | $ 409.50 |
| 16-Aug | BK-04 | Briefings regarding US Trustee requests | | 0.60 | $ 351.00 |
| 16-Aug | BK-02 | Work session to prepare for deposition | | 1.20 | $ 702.00 |
| 16-Aug | BK-02 | Reviewed and responded to messages | | 0.90 | $ 526.50 |
| 16-Aug | BK-04 | Participated in a conference call on preparation for court hearing | | 0.70 | $ 409.50 |
| 17-Aug | BK-04 | Review filings and brief company | | 1.10 | $ 643.50 |
| 17-Aug | BK-02 | Address buyer to coordinate case activities | | 0.80 | $ 468.00 |
| 17-Aug | BK-02 | Prepare summary cash flow | | 1.30 | $ 760.50 |
| 17-Aug | BK-01 | Prepared bank account detail summary. | | 0.70 | $ 409.50 |
| 17-Aug | BK-04 | Prepare for court hearing | | 0.80 | $ 468.00 |
| 17-Aug | BK-02 | Briefings with counsel to coordinate case activities | | 1.30 | $ 760.50 |
| 18-Aug | BK-02 | Work session on reporting; review and respond to messages | | 0.60 | $ 351.00 |
| 18-Aug | BK-04 | Briefings with counsel to prepare for court | | 0.80 | $ 468.00 |
| 18-Aug | BK-04 | Briefings with buyer on borrowing activity. | | 0.30 | $ 175.50 |
| 18-Aug | BK-04 | Prepare for court hearing | | 2.20 | $ 1,287.00 |
| 18-Aug | BK-02 | Briefings on reporting | | 1.80 | $ 1,053.00 |
| 19-Aug | BK-04 | Review and revise SOFA's and Schedules | | 1.60 | $ 936.00 |
| 19-Aug | BK-04 | Participated in a conference call court filings | | 0.80 | $ 468.00 |
| 19-Aug | BK-04 | Reviewed projections filed in case | | 0.90 | $ 526.50 |
| 19-Aug | BK-02 | Briefing with counsel to coordinate case activities | | 1.30 | $ 760.50 |
| 19-Aug | BK-04 | Prepare for deposition and court | | 1.90 | $ 1,111.50 |
| 20-Aug | BK-04 | Reviewed case files | | 0.70 | $ 409.50 |
| 20-Aug | BK-02 | Briefings with F, Musso (KCP) | | 0.50 | $ 292.50 |
| 20-Aug | BK-04 | Briefings with counsel to prepare for deposition | | 1.40 | $ 819.00 |
| 20-Aug | BK-04 | Prepare certification for court hearing | | 0.60 | $ 351.00 |
| 20-Aug | BK-04 | Participated in a deposition from NGM Bonding Company counsel | | 3.50 | $ 2,047.50 |
| 21-Aug | BK-04 | Briefings with counsel to prepare for hearing | | 0.60 | $ 351.00 |
| 21-Aug | BK-04 | Participated in a conference call to prepare for hearing | | 1.60 | $ 936.00 |
| 21-Aug | BK-04 | Prepared Schedule and analysis for support of sale order | | 2.20 | $ 1,287.00 |
| 21-Aug | BK-02 | Reviewed and responded to messages to coordinate case activities | | 0.90 | $ 526.50 |
| 21-Aug | BK-04 | Briefings with counsel to review filing | | 0.70 | $ 409.50 |
| 21-Aug | BK-04 | Draft note for counsel on recoveries | | 0.90 | $ 526.50 |
| 21-Aug | BK-17 | Travel time to NJ @ 50% | | 1.20 | $ 702.00 |
| 22-Aug | BK-04 | Prepared for court hearing; engaged in negotiation for sale order | | 2.60 | $ 1,521.00 |
| 22-Aug | BK-02 | Participated in a work session with the buyer and counsel to coordinate case activities | | 3.30 | $ 1,930.50 |
| 22-Aug | BK-04 | Briefings with company to address transition | | 0.80 | $ 468.00 |
| 22-Aug | BK-02 | Review and respond to messages to coordinate case activities | | 0.90 | $ 526.50 |
| 22-Aug | BK-17 | Travel time from NJ @ 50% | | 1.20 | $ 702.00 |
| 23-Aug | BK-04 | Establish bank accounts for holding client funds | | 0.30 | $ 175.50 |
| 23-Aug | BK-04 | Briefings on union data requests | | 0.20 | $ 117.00 |
| 23-Aug | BK-16 | Coordinated execution of agreements with debtor | | 0.60 | $ 351.00 |
| 23-Aug | BK-04 | Work session to address bonding company requests | | 0.80 | $ 468.00 |
| 23-Aug | BK-02 | Briefings with counsel and debtor to coordinate case activities | | 1.20 | $ 702.00 |
| 23-Aug | BK-04 | Briefings on responses to creditors | | 0.40 | $ 234.00 |

|  |  |  | Period Ended: | 31-Oct-22 |
|---|---|---|---|---|
| Client Name: Assuncao Brothers, Inc BK |  |  |  |  |
| Client #: 10-01-21 |  |  |  |  |
| Associate: Jacen Dinoff |  |  |  |  |
| Associate's Home Office: Boston |  |  | Client's Home Office: | New York |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 23-Aug | BK-04 | Review reporting for potential collections |  | 0.80 | $ 468.00 |
| 23-Aug | BK-05 | Briefings on priority claim issues |  | 0.60 | $ 351.00 |
| 24-Aug | BK-04 | Participated in a work session on NGM information production |  | 1.10 | $ 643.50 |
| 24-Aug | BK-02 | Briefings with counsel to coordinate case activities |  | 0.80 | $ 468.00 |
| 24-Aug | BK-04 | Review and comment on draft order |  | 0.30 | $ 175.50 |
| 24-Aug | BK-04 | Briefings on payments to creditors |  | 0.20 | $ 117.00 |
| 24-Aug | BK-03 | Briefings on calculations of Union arrearages |  | 0.20 | $ 117.00 |
| 24-Aug | BK-02 | Briefing with counsel for lender and buyer |  | 0.30 | $ 175.50 |
| 24-Aug | BK-04 | Reviewed work process Schedule with management team |  | 0.40 | $ 234.00 |
| 24-Aug | BK-03 | Work sessions with Vollers on payroll and other activity transition |  | 0.80 | $ 468.00 |
| 25-Aug | BK-03 | Review and revies first day motions |  | 0.30 | $ 175.50 |
| 25-Aug | BK-03 | Coordinated transition for Vollers sale order |  | 1.40 | $ 819.00 |
| 25-Aug | BK-02 | Work session with counsel to coordinate case |  | 0.40 | $ 234.00 |
| 26-Aug | BK-56 | Review and revise retention motion |  | 0.40 | $ 234.00 |
| 26-Aug | BK-02 | Briefings on cash flow |  | 0.60 | $ 351.00 |
| 26-Aug | BK-04 | Briefings with counsel on bank wires |  | 0.30 | $ 175.50 |
| 26-Aug | BK-02 | Briefings to coordinate case activities |  | 0.80 | $ 468.00 |
| 26-Aug | BK-04 | Briefings on insurance |  | 0.20 | $ 117.00 |
| 27-Aug | BK-07 | Briefings with counsel on 341 and US Trustee requests |  | 0.30 | $ 175.50 |
| 27-Aug | BK-11 | Briefings with NGM data request |  | 0.30 | $ 175.50 |
| 29-Aug | BK-11 | Briefings on NGM |  | 0.30 | $ 175.50 |
| 29-Aug | BK-02 | Briefings on cash flow |  | 0.30 | $ 175.50 |
| 29-Aug | BK-04 | Work session with company on count reporting |  | 0.40 | $ 234.00 |
| 30-Aug | BK-02 | Address counsel |  | 0.20 | $ 117.00 |
| 30-Aug | BK-04 | Briefings on accrued expenses |  | 0.40 | $ 234.00 |
| 30-Aug | BK-03 | Briefings on status of employees |  | 0.30 | $ 175.50 |
| 30-Aug | BK-04 | Briefings on NGM data request |  | 0.30 | $ 175.50 |
| 30-Aug | BK-01 | Calculated pro-dated liabilities for pre and post petition amounts. |  | 0.30 | $ 175.50 |
| 31-Aug | BK-04 | Briefings regarding NGM request |  | 0.20 | $ 117.00 |
| 31-Aug | BK-04 | Work session with counsel on sub-chapter 5 trustee request |  | 0.30 | $ 175.50 |
| 31-Aug | BK-02 | Participated in work session on cash flow available for estate |  | 0.60 | $ 351.00 |
| 31-Aug | BK-02 | Briefings to coordinate case activities |  | 0.40 | $ 234.00 |
| 1-Sep | BK-04 | Briefings on Union audit requests |  | 0.20 | $ 117.00 |
| 1-Sep | BK-01 | Briefings on funding ABI disbursements. |  | 0.60 | $ 351.00 |
| 1-Sep | BK-02 | Address reporting response |  | 0.30 | $ 175.50 |
| 1-Sep | BK-02 | Coordinate case activities |  | 0.50 | $ 292.50 |
| 1-Sep | BK-02 | Address bank account shutdown |  | 0.20 | $ 117.00 |
| 1-Sep | BK-05 | Briefings on objection filings |  | 0.30 | $ 175.50 |
| 1-Sep | BK-02 | Briefings with counsel to coordinate case activities |  | 0.30 | $ 175.50 |
| 1-Sep | BK-02 | Review and respond to messages |  | 0.20 | $ 117.00 |
| 6-Sep | BK-05 | Briefings with counsel on retention objections |  | 0.20 | $ 117.00 |
| 6-Sep | BK-03 | Work session on tac filings and payroll |  | 0.40 | $ 234.00 |
| 6-Sep | BK-14 | Conference call with debtor and F, Musso to agree on response to IRS notice on unfiled payroll return |  | 0.50 | $ 292.50 |
| 6-Sep | BK-03 | Briefings on DBE status |  | 0.20 | $ 117.00 |
| 7-Sep | BK-02 | Review correspondence from trustee |  | 0.20 | $ 117.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Period Ended: | 31-Oct-22 |
| Client Name: | Assuncao Brothers, Inc BK | | | | |
| Client #: 10-01-21 | | | | | |
| Associate: | Jacen Dinoff | | | | |
| Associate's Home Office : | Boston | | Client's Home Office : | New York | |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 7-Sep | BK-02 | Review and responded to messages to coordinate case activities | | 0.30 | $ 175.50 |
| 7-Sep | BK-14 | Briefings regarding tax payments | | 0.20 | $ 117.00 |
| 8-Sep | BK-07 | Prepared for and participated in 341 hearing | | 1.40 | $ 819.00 |
| 8-Sep | BK-02 | Briefings with counsel to coordinate case activities | | 0.30 | $ 175.50 |
| 9-Sep | BK-02 | Briefings with counsel on UST request | | 0.30 | $ 175.50 |
| 9-Sep | BK-04 | Briefings on Notice of Petition to creditors | | 0.10 | $ 58.50 |
| 9-Sep | BK-02 | Briefings on coordinating case activities | | 0.20 | $ 117.00 |
| 12-Sep | BK-02 | Prepared for conference call with counsel | | 0.20 | $ 117.00 |
| 12-Sep | BK-02 | Participated in conference call on NGM data request | | 1.10 | $ 643.50 |
| 13-Sep | BK-12 | Prepared for and participated in discussion on Plan of Reorganization | | 0.80 | $ 468.00 |
| 13-Sep | BK-03 | Conference call with F. Musso to discuss union payables; update on MOR prep; Vollers line of credit; review preference analysis | | 0.50 | $ 292.50 |
| 13-Sep | BK-02 | Review and respond to messages to coordinate case activities | | 0.30 | $ 175.50 |
| 14-Sep | BK-21 | Address DOT on DBE | | 0.20 | $ 117.00 |
| 14-Sep | BK-02 | Briefings with counsel and Vollers to coordinate case activities | | 0.20 | $ 117.00 |
| 14-Sep | BK-02 | Review and respond to messages | | 0.30 | $ 175.50 |
| 15-Sep | BK-03 | Briefings on priority payment analysis | | 0.20 | $ 117.00 |
| 15-Sep | BK-21 | Followed up on DBE status | | 0.10 | $ 58.50 |
| 15-Sep | BK-01 | Conference call with F. Musso to review calculations of priority union claim by job | | 0.20 | $ 117.00 |
| 15-Sep | BK-02 | Briefings to coordinate case activities | | 0.20 | $ 117.00 |
| 16-Sep | BK-03 | Conference call with F. Musso to discuss timing difference of August union payment; raise question on treatments of leases; MGM response | | 0.30 | $ 175.50 |
| 16-Sep | BK-02 | Briefings on response to US Trustee | | 0.30 | $ 175.50 |
| 16-Sep | BK-21 | Address MOR questions | | 0.20 | $ 117.00 |
| 16-Sep | BK-02 | Briefings with counsel to coordinate case activities | | 0.40 | $ 234.00 |
| 18-Sep | BK-21 | Briefings on MOR | | 0.20 | $ 117.00 |
| 18-Sep | BK-02 | Briefings on response to NGM | | 0.20 | $ 117.00 |
| 18-Sep | BK-02 | Prepared summary to respond to US Trustee objection to retention | | 0.80 | $ 468.00 |
| 19-Sep | BK-21 | Briefings on MOR | | 0.20 | $ 117.00 |
| 19-Sep | BK-02 | Briefings on response to NGM Subpoena | | 0.20 | $ 117.00 |
| 19-Sep | BK-21 | Briefings on response to US Trustee | | 0.20 | $ 117.00 |
| 19-Sep | BK-02 | Briefings to coordinate case activities | | 0.40 | $ 234.00 |
| 20-Sep | BK-02 | Briefings on reporting | | 0.20 | $ 117.00 |
| 21-Sep | BK-02 | Briefings on performance analysis | | 0.20 | $ 117.00 |
| 21-Sep | BK-02 | Briefings with counsel to coordinate case activities | | 0.20 | $ 117.00 |
| 23-Sep | BK-02 | Briefings on US Trustee requests | | 0.20 | $ 117.00 |
| 26-Sep | BK-02 | Briefings regarding reporting | | 0.20 | $ 117.00 |
| 26-Sep | BK-02 | Briefings regarding lender | | 0.30 | $ 175.50 |
| 27-Sep | BK-21 | Briefings regarding DBE | | 0.20 | $ 117.00 |
| 27-Sep | BK-16 | Briefings regarding asset sales | | 0.30 | $ 175.50 |
| 28-Sep | BK-02 | Review and revise response to US Trustee | | 0.20 | $ 117.00 |
| 28-Sep | BK-03 | Briefings regarding accounting and banking | | 0.20 | $ 117.00 |
| 28-Sep | BK-11 | Briefings with NGM on production | | 0.20 | $ 117.00 |
| 29-Sep | BK-02 | Briefings with counsel to coordinate case activities | | 0.20 | $ 117.00 |
| 29-Sep | BK-21 | Work session on addressing DBE requirements | | 0.80 | $ 468.00 |
| 30-Sep | BK-02 | Briefings regarding US Trustee responses | | 0.30 | $ 175.50 |

| | | | | | Period Ended: | 31-Oct-22 |
|---|---|---|---|---|---|---|
| | Client Name: Assuncao Brothers, Inc BK | | | | | |
| | Client #: 10-01-21 | | | | | |
| | Associate: Jacen Dinoff | | | | | |
| | Associate's Home Office : Boston | | | | Client's Home Office : | New York |

| Date | Code | Description | Expenses | Hours | Fees | |
|---|---|---|---|---|---|---|
| 30-Sep | BK-02 | Briefings to coordinate case activities | | 0.30 | $ | 175.50 |
| 30-Sep | BK-02 | Briefings on cash flow management | | 0.20 | $ | 117.00 |
| 3-Oct | BK-05 | Briefings on priority claims | | 0.20 | $ | 117.00 |
| 3-Oct | BK-12 | Briefings regarding Plan of Reorganization filing | | 0.30 | $ | 175.50 |
| 3-Oct | BK-14 | Briefings on taxes | | 0.30 | $ | 175.50 |
| 5-Oct | BK-02 | Briefings on response to US Trustee | | 0.20 | $ | 117.00 |
| 6-Oct | BK-04 | Briefings to prepare for court | | 0.20 | $ | 117.00 |
| 6-Oct | BK-03 | Briefings on cash management | | 0.20 | $ | 117.00 |
| 7-Oct | BK-03 | Briefings on deposits | | 0.30 | $ | 175.50 |
| 7-Oct | BK-04 | Briefings to prepare for court hearing | | 0.30 | $ | 175.50 |
| 10-Oct | BK-21 | Briefings regarding MOR filing | | 0.20 | $ | 117.00 |
| 10-Oct | BK-12 | Briefings regarding Plan of Reorganization planning | | 0.20 | $ | 117.00 |
| 10-Oct | BK-04 | Briefings regarding Union data requests. | | 0.20 | $ | 117.00 |
| 11-Oct | BK-02 | Work session to coordinate case activities | | 0.40 | $ | 234.00 |
| 11-Oct | BK-02 | Briefings with counsel | | 0.30 | $ | 175.50 |
| 12-Oct | BK-03 | Briefings on deposits | | 0.20 | $ | 117.00 |
| 12-Oct | BK-02 | Works sessions with counsel to coordinate case activities | | 0.60 | $ | 351.00 |
| 13-Oct | BK-12 | Participated in conference call on Plan of Reorganization planning | | 0.80 | $ | 468.00 |
| 13-Oct | BK-02 | Prepared responses to the US Trustee | | 0.40 | $ | 234.00 |
| 17-Oct | BK-04 | Briefings with counsel on retention hearing | | 0.10 | $ | 58.50 |
| 17-Oct | BK-21 | Work session on profitability participation analysis | | 0.80 | $ | 468.00 |
| 18-Oct | BK-21 | Briefings on financial reporting | | 0.30 | $ | 175.50 |
| 20-Oct | BK-04 | Briefings regarding DBE status | | 0.30 | $ | 175.50 |
| 20-Oct | BK-03 | Briefings regarding new business contracts | | 0.30 | $ | 175.50 |
| 20-Oct | BK-21 | Review and revise MOR | | 0.60 | $ | 351.00 |
| 21-Oct | BK-21 | Briefings to finalize MOR | | 0.20 | $ | 117.00 |
| 23-Oct | BK-04 | Briefings on court hearings | | 0.20 | $ | 117.00 |
| 25-Oct | BK-12 | Prepared for and participated in conference call on Plan of Reorganization including projections for adding creditors | | 1.20 | $ | 702.00 |
| 25-Oct | BK-03 | Briefings regarding potential recoveries | | 0.30 | $ | 175.50 |
| 28-Oct | BK-05 | Briefings regarding claims review | | 0.20 | $ | 117.00 |
| 28-Oct | BK-04 | Briefings on DBE status | | 0.20 | $ | 117.00 |
| 31-Oct | BK-04 | Briefings to assist counsel with status report | | 0.30 | $ | 175.50 |
| 31-Oct | BK-04 | Briefings to coordinate case activities | | 0.20 | $ | 117.00 |
| 31-Oct | BK-05 | Briefings on claims | | 0.10 | $ | 58.50 |
| **EXPENSES** | | | | | | |
| | 20-05-22 | Lodging | 137.55 | | | |
| | 20-05-22 | Meals | 23.76 | | | |
| | 20-05-22 | Meals | 12.25 | | | |
| | 20-05-22 | supplies | 58.10 | | | |
| | 20-05-22 | Parking | 76.00 | | | |
| | 20-05-22 | meals | 12.85 | | | |
| | 20-05-22 | Lodging | 10.56 | | | |
| | 20-05-22 | Car Rental | 21.42 | | | |
| | 20-05-22 | Meals | 8.33 | | | |

|  |  |  |  | Period Ended: | 31-Oct-22 |
|---|---|---|---|---|---|
| Client Name: | Assuncao Brothers, Inc BK | | | | |
| Client #: 10-01-21 | | | | | |
| Associate: | Jacen Dinoff | | | | |
| Associate's Home Office : | Boston | | Client's Home Office : | New York | |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 20-05-22 | | Car Rental | 100.13 | | |
| 20-05-22 | | Flight | 48.00 | | |
| 20-05-22 | | Flight | 294.20 | | |
| | | | | | |
| | | | | | |
| | | This Page Total | $ 803.15 | 128.50 | $ 75,172.50 |