**UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE
PERIOD AUGUST 4, 2022 THROUGH OCTOBER 31, 2022**

| | | | |
|---|---|---|---|
| Debtor: | Assuncao Bros., Inc. | Applicant: | KCP Advisory Group, LLC |
| Case No.: | 22-16159 | Client: | Assuncao Bros., Inc. |
| Chapter: | 11 – Subchapter V | Case Filed: | August 3, 2022 |

**SECTION 1
FEE SUMMARY**

Summary of Amounts Requested for the Period August 4, 2022, through October 31, 2022 (the "**First Interim Period**").

| | |
|---|---:|
| Total Fees | **$124,198.00** |
| Total Disbursements | **+ $803.15** |
| Total Fees Plus Disbursements | **$125,001.15** |
| Minus 20% Holdback of Fees | **n/a** |
| Amount Sought at this Time | **$125,001.15** |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | N/A | N/A |
| Total Fees Allowed to Date: | N/A | N/A |
| Total Retainer (If Applicable): | $98,168.75 | N/A |
| Total Holdback (If Applicable): | N/A | N/A |
| Total Received by Applicant: | N/A | N/A |

140356964.1

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE | DISCOUNTED RATE |
|---|---|---|---|---|---|
| Frank Musso | N/A | 172.30 | $500 (discounted to $385) | $86,150.00 | $66,335.50 |
| Karen Chase | N/A | 0.30 | $200 (discounted to $125) | $60.00 | $37.50 |
| Jacen Dinoff | N/A | 128.50 | $585 (discounted to $450) | $75,172.50 | $57,825.00 |
| **TOTALS** | | **301.10** | | **$161,382.50** | **$124,198.00** |

140356964.1

# SECTION II
# SUMMARY OF SERVICES

| SOLSTICE BANKRUPTCY BILLING CODES | | | HOURS | BILLING RATE FEES | NET FEE | DISCOUNT |
|---|---|---|---|---|---|---|
| BK-01 | BK-Accounting | Related to maintaining books and records | 26.40 | 13,288.50 | 10,222.50 | (3,066.00) |
| BK-02 | BK-Business Analysis | Preparation of company business plan, dev & review of strategies, cash flow forecasts | 51.90 | 29,622.00 | 22,789.50 | (6,832.50) |
| BK-03 | BK-Business Operations | Issues related to debtor in possession, such as employee, vendor, tenant issues, etc. | 12.30 | 6,838.50 | 5,262.00 | (1,576.50) |
| BK-04 | BK-Case Administration | Preparation of statement of financial affairs; schedules; list of contracts; reports; | 129.00 | 69,277.00 | 53,318.00 | (15,959.00) |
| BK-05 | BK-Claims | Specific claim inquiries; bar date motions; analyses, objections and allowance of claims | 24.80 | 12,536.00 | 9,652.00 | (2,884.00) |
| BK-06 | BK-Corporate Finance | Financial aspects of potential mergers, acquisitions, dispositions | 0.50 | 292.50 | 225.00 | (67.50) |
| BK-07 | BK-Creditor Meeting | Prepare and attend Creditors' Committee meeting | 7.20 | 3,744.50 | 2,882.50 | (862.00) |
| BK-08 | BK-Employment | Employee Benefits/Pensions | - | - | - | - |
| BK-09 | BK-Fee application | Activity related to Fee Application | - | - | - | - |
| BK-11 | BK-Litigation | Motions to dismiss; Monitor / Perform litigation analysis; Attend hearings | 7.70 | 4,045.50 | 3,114.00 | (931.50) |
| BK-12 | BK-Plan | Plan and Disclosure Statement | 3.30 | 1,930.50 | 1,485.00 | (445.50) |
| BK-13 | BK-Reconstruction Accounting | Reconstruction Accounting | - | - | - | - |
| BK-14 | BK-Tax | Tax Issues | 14.20 | 7,185.00 | 5,532.00 | (1,653.00) |
| BK-15 | BK-Valuation | Valuation | - | - | - | - |
| BK-16 | BK-Asset Sale | Sales, leases, abandonment and related transaction work | 1.50 | 877.50 | 675.00 | (202.50) |
| BK-17 | BK-Travel | Billable Travel to and from client | 2.40 | 1,404.00 | 1,080.00 | (324.00) |
| BK-18 | BK-Collections | Collections | - | - | - | - |
| BK-19 | BK-Revenue Review | Revenue Review | - | - | - | - |
| BK-20 | BK-Cost Review | Cost Review | - | - | - | - |
| BK-21 | BK-Reporting | Reporting | 19.50 | 10,107.00 | 7,780.50 | (2,326.50) |
| BK-23 | BK-Ops Improvement | Business Operational Improvement | - | - | - | - |
| BK-50 | BK-Asset Analysis | Identify & review potential assets, schedules; investigate location and status, etc. | - | - | - | - |
| BK-56 | BK-Application to Employ | Activity related to Application to Employ | 0.40 | 234.00 | 180.00 | (54.00) |
| BK-57 | BK-AR | Collection of accounts receivable | - | - | - | - |
| TOTAL | | | 301.10 | 161,382.50 | 124,198.00 | (37,184.50) |

140356964.1

# SECTION III
# SUMMARY OF DISBURSEMENTS

| EXPENSES | DESCRIPTION | AMOUNT |
|---|---|---|
| 20-05-22 | Lodging | $137.55 |
| 20-05-22 | Meals | $23.76 |
| 20-05-22 | Meals | $12.25 |
| 20-05-22 | supplies | $58.10 |
| 20-05-22 | Parking | $76.00 |
| 20-05-22 | meals | $12.85 |
| 20-05-22 | Lodging | $10.56 |
| 20-05-22 | Car Rental | $21.42 |
| 20-05-22 | Meals | $8.33 |
| 20-05-22 | Car Rental | $100.13 |
| 20-05-22 | Flight | $48.00 |
| 20-05-22 | Flight | $294.20 |
|  | TOTAL | $803.15 |

140356964.1

# SECTION IV
# CASE HISTORY

(1) Date case filed: August 3, 2022 (the "Petition Date")

(2) Chapter under which case commenced: Chapter 11 – Subchapter V

(3) Date of Retention: October 19, 2022 *nunc pro tunc* to the Petition Date [Docket No. 144][1]

If limit on number of hours or other limitations to retention, set forth: n/a

(4) Summarize in brief the benefits to the estate and attach supplements as needed:[2]

During the First Interim Period, KCP Advisory Group, LLC ("KCP") assisted the Debtor in preparing for its filing of its chapter 11 voluntary petition for relief. After the filing of its chapter 11 petition, KCP worked with Fox Rothschild and the Debtor to ensure a seamless transition into chapter 11, achieve the Debtor's goals, while also meeting all required dates and deadlines that accompany this chapter 11 process. These services as more fully set forth on Exhibit B and in the attached application include, but are not limited to the following:

- Assistance in preparation of the Debtor's voluntary petition for relief and accompanying First Day Motions.

- Assisted in the preparation of the Debtor's Schedules of Assets and Liabilities, Statement of Financial Affairs, and monthly operating reports.

- Prepared for and attended the Section 341 Meeting of Creditors.

- Prepared for and produced documents for the Initial Debtor Interview

- Communicated with multiple parties in interest related to tax and insurance issues.

- Reviewed and analyzed filed Proofs of Claims to determine accuracy, validity, and potential impact on a chapter 11 plan.

- Worked with the Debtor in connection with its business operations, sale of certain of the Debtor's assets and other issues related to the Debtor's case.

- Assistance in connection with the sale of certain of the Debtor's assets.

- Assistance in the formulation of a plan.

- Addressed all other matters related to the Debtor and its status as debtor-in-possession.

---

[1] The Retention Order is submitted hereto as **Exhibit A**.

[2] The invoice submitted herewith as **Exhibit B** to the Application includes detailed time entries summarizing the professional services rendered by KCP Advisory Group, LLC as financial advisor to the Debtor.

5

140356964.1

(5) Anticipated Distribution to Creditors:

| | |
|---|---|
| Administration Expenses: | Unknown at this time. |
| Secured Creditors: | Unknown at this time. |
| Priority Creditors: | Unknown at this time. |
| General Unsecured Creditors: | Unknown at this time. |

(6) Final Disposition of Case and Percentage of Dividend Paid to Creditors (if applicable): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:  December 2, 2022                             */s/ Jacen A. Dinoff*
                                                    Jacen A. Dinoff

6

140356964.1

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
*Counsel to the Debtor and Debtor in Possession*

Order Filed on October 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ASSUNCAO BROS., INC.,

                Debtor.

Chapter 11 (Subchapter V)

Case No. 22-16159-CMG

Judge: Hon. Christine M. Gravelle

Recommended Local Form:   ☐ Followed   ■ Modified

**ORDER APPROVING RETENTION OF KCP ADVISORY GROUP LLC**
**AS FINANCIAL ADVISORS TO THE DEBTOR EFFECTIVE AUGUST 3, 2022**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 19, 2022**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

137305935.3

(Page 2)
Debtor:            ASSUNCAO BROS., INC.
Case No:           22-16159-CMG
Caption of Order:  ORDER APPROVING RETENTION OF KCP ADVISORY GROUP
                   LLC AS FINANCIAL ADVISORS TO THE DEBTOR

Upon the applicant's request for authorization to retain KCP Advisory Group LLC as financial advisors to Assuncao Bros., Inc. (the "Debtor") effective as of the Petition Date, it is hereby **ORDERED**.

1. The Debtor is authorized to retain KCP Advisory Group LLC as its financial advisors.

    The professional's address is: KCP Advisory Group LLC, 700 Technology Park Drive, Suite 212, Billerica, MA 01821 ("KCP").

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is August 3, 2022.

137305935.3