**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

November 28, 2022
Invoice No.: 484428

Scott S. Rever, Esq., Subch. V Trustee
110 Allen Road
Suite 304
Basking Ridge, NJ  07920

For professional services rendered and disbursements through October 31, 2022

**Client Matter: 24595.9**

**RE:  Assuncao Brothers Inc.**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/04/22 | SSR | Email from US Trustee's Office regarding appointment. | .10 | 45.00 |
| 8/04/22 | SSR | Reviewed docket, petition - principal's certification. | .90 | 405.00 |
| 8/04/22 | SSR | Reviewed debtor's motion for cash collateral - DIP financing, etc. | 1.00 | 450.00 |
| 8/04/22 | SSR | Attended hearing on first day motions. | .70 | 315.00 |
| 8/04/22 | SSR | Reviewed emails between debtor's counsel and US Trustee's Office regarding revisions to interim cash collateral and DIP orders. | .20 | 90.00 |
| 8/04/22 | SSR | Reviewed email from debtor's counsel to court with revised interim cash collateral and DIP orders. | .30 | 135.00 |
| 8/04/22 | SSR | Reviewed email to court with revised cash management order and reviewed order and revised. | .30 | 135.00 |
| 8/04/22 | SSR | Email from Modogno regarding cash collateral order ok. | .10 | 45.00 |
| 8/04/22 | SSR | Email from Plaza regarding cash collateral order ok. | .10 | 45.00 |
| 8/04/22 | SSR | Email from Joe D. with revised cash collateral order. | .10 | 45.00 |

Genova Burns LLC

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/04/22 | SSR | Email from and to counsel for Manasquan Bank regarding review of loan documents. | .20 | 90.00 |
| 8/04/22 | SSR | Emails between debtor's counsel and US Trustee's Office regarding revision to cash collateral order and reviewed. | .20 | 90.00 |
| 8/05/22 | SSR | Call from Joe D. regarding sale hearing. | .10 | 45.00 |
| 8/05/22 | SSR | Reviewed email to court by debtor's counsel with sale and application and order to shorten time. | .20 | 90.00 |
| 8/08/22 | SSR | Completed notice of appointment and forwarded to Tina Oppelt. | .20 | 90.00 |
| 8/08/22 | SSR | Email from and to US Trustee's Office with notice of appointment and 341 meeting schedule. | .20 | 90.00 |
| 8/08/22 | SSR | Reviewed filed notice of appointment. | .10 | 45.00 |
| 8/09/22 | SSR | Email to and from Joe D. regarding scheduling call to discuss case. | .20 | 90.00 |
| 8/09/22 | SSR | Email to and from counsel for bank regarding loan document review. | .20 | 90.00 |
| 8/09/22 | SSR | Reviewed notice of 341 meeting and claim deadline. | .20 | 90.00 |
| 8/10/22 | SSR | Reviewed entered order authorizing payment. | .20 | 90.00 |
| 8/10/22 | SSR | Reviewed order extending time to file schedules. | .20 | 90.00 |
| 8/10/22 | SSR | Reviewed order authorizing us of existing cash management systems. | .30 | 135.00 |
| 8/10/22 | SSR | Reviewed order shortening time on sale motion. | .20 | 90.00 |
| 8/10/22 | SSR | Reviewed application and order shortening time on sale motion. | .20 | 90.00 |
| 8/10/22 | SSR | Reviewed interim order authorizing DIP and use of cash collateral. | .50 | 225.00 |
| 8/10/22 | SSR | Reviewed sale motion and exhibits. | 1.50 | 675.00 |
| 8/10/22 | SSR | Call from Joe D. to discuss case - sale motion, etc. | .90 | 405.00 |
| 8/10/22 | SSR | Phone to Joe D. regarding avoidable claims. | .10 | 45.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/10/22 | SSR | Reviewed corporate ownership statement. | .10 | 45.00 |
| 8/10/22 | SSR | Reviewed list of equity holders. | .10 | 45.00 |
| 8/10/22 | SSR | Reviewed statement of operations. | .20 | 90.00 |
| 8/10/22 | SSR | Reviewed balance sheet. | .20 | 90.00 |
| 8/11/22 | SSR | Email to and from US Trustee's Office regarding case - having call to discuss. | .20 | 90.00 |
| 8/11/22 | SSR | Reviewed notice of appearance - counsel for Black Rock Enterprises. | .10 | 45.00 |
| 8/11/22 | SSR | Call with Maggie of US Trustee's Office regarding sale motion - use of cash collateral - DIP account. | .80 | 360.00 |
| 8/11/22 | SSR | Email from US Trustee's Office regarding email from counsel regarding transfers. | .20 | 90.00 |
| 8/11/22 | SSR | Call from creditor regarding possible insider transfers. | .20 | 90.00 |
| 8/11/22 | SSR | Email to Maggie McGee regarding possible insider transfers. | .20 | 90.00 |
| 8/11/22 | SSR | Email from and to US Trustee's Office regarding draft email to debtor with questions and request for information. | .30 | 135.00 |
| 8/11/22 | SSR | Reviewed docket entry regarding missing documents. | .10 | 45.00 |
| 8/11/22 | SSR | Reviewed email from US Trustee's Office to debtor's counsel regarding sale motion - request for information and documents. | .20 | 90.00 |
| 8/11/22 | SSR | Email from and to US Trustee's Office regarding additional items regarding letter to debtor's counsel. | .20 | 90.00 |
| 8/11/22 | SSR | Reviewed 341 notice issued by court. | .20 | 90.00 |
| 8/12/22 | SSR | Call with Rich Schafer, attorney for creditor regarding case - sale motion - missing information. | .50 | 225.00 |
| 8/12/22 | SSR | Emails from and to Schafer regarding scheduling call. | .20 | 90.00 |
| 8/12/22 | SSR | Email from Manasquan Bank's counsel with letter and list of documents. | .40 | 180.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/12/22 | SSR | Reviewed notice of appearance - Blue Cross counsel. | .10 | 45.00 |
| 8/12/22 | SSR | Email from Joe D. regarding information and documents requested by USTO. | .10 | 45.00 |
| 8/12/22 | SSR | Reviewed documents from lender. | .40 | 180.00 |
| 8/12/22 | SSR | Reviewed UCC search. | .40 | 180.00 |
| 8/15/22 | SSR | Email to US Trustee's Office regarding documents from debtor - request of bank loan documents - UCC search. | .20 | 90.00 |
| 8/15/22 | SSR | Email from US Trustee's Office regarding documents and information from debtor. | .10 | 45.00 |
| 8/15/22 | SSR | Email from Joe D. and other parties regarding analysis of equity in vehicles - filing documents to support the sale. | .20 | 90.00 |
| 8/15/22 | SSR | Reviewed Manasquan bank loan documents. | 1.20 | 540.00 |
| 8/15/22 | SSR | Email from Joe D. with schedule. | .20 | 90.00 |
| 8/16/22 | SSR | Reviewed notice of appearance - counsel for NGM Insurance Co. | .10 | 45.00 |
| 8/16/22 | SSR | Email to US Trustee's Office regarding review of various loan documents - position regarding objection. | .20 | 90.00 |
| 8/16/22 | SSR | Email to and from Manasquan Bank counsel regarding loan documents - loan holder. | .20 | 90.00 |
| 8/16/22 | SSR | Reviewed documents produced by debtor. | 1.00 | 450.00 |
| 8/16/22 | SSR | Email to US Trustee's Office regarding review of documents provided by debtor. | .20 | 90.00 |
| 8/16/22 | SSR | Reviewed notice of appearance - counsel for Nobel Equipment. | .10 | 45.00 |
| 8/16/22 | SSR | Email from US Trustee regarding NGM subpoena and documents. | .20 | 90.00 |
| 8/16/22 | SSR | Call with Maggie Magee of US Trustee's Office regarding issues with DIP account, cash collateral and sale. | .50 | 225.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/16/22 | SSR | Reviewed debtor's motion to reject leases. | .30 | 135.00 |
| 8/17/22 | SSR | Email from Joe D. to US Trustee with Manasquan Bank loan documents. | .10 | 45.00 |
| 8/17/22 | SSR | Email to counsel for NGM regarding deposition. | .20 | 90.00 |
| 8/17/22 | SSR | Email from and to US Trustee's Office regarding objection to DIP-cash collateral. | .20 | 90.00 |
| 8/17/22 | SSR | Reviewed US Trustee's draft response to sale - cash collateral. | .30 | 135.00 |
| 8/17/22 | SSR | Call with US Trustee McGee regarding draft response. | .50 | 225.00 |
| 8/17/22 | SSR | Email to and from Manasquan's counsel regarding loan. | .10 | 45.00 |
| 8/17/22 | SSR | Email from Manasquan's counsel with loan documents. | .20 | 90.00 |
| 8/17/22 | SSR | Email to and from McGee regarding 2022 account information. | .20 | 90.00 |
| 8/17/22 | SSR | Email from and to Maggie McGee regarding cash collateral - lien on assets. | .40 | 180.00 |
| 8/17/22 | SSR | Email from and to counsel regarding IDI and from Maggie McGee regarding change of date for 341 meeting. | .30 | 135.00 |
| 8/17/22 | SSR | Email from and to US Trustee regarding rescheduling 341 meeting. | .10 | 45.00 |
| 8/17/22 | SSR | Reviewed email from US Trustee and debtor's counsel regarding scheduling 341 meeting. | .20 | 90.00 |
| 8/17/22 | SSR | Reviewed notice of appearance - counsel for AmeriCredit. | .10 | 45.00 |
| 8/17/22 | SSR | Prepared and efiled response to sale, cash collateral and DIP. | .60 | 270.00 |
| 8/17/22 | SSR | Email from and to Maggie McGee regarding documents due by 4pm. | .10 | 45.00 |
| 8/17/22 | SSR | Reviewed final US Trustee objection to sale, etc. | .30 | 135.00 |
| 8/18/22 | SSR | Reviewed email from court regarding hearing on sale. | .10 | 45.00 |
| 8/18/22 | SSR | Reviewed NGM limited objection to use of cash collateral and post petition financing. | .40 | 180.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/18/22 | SSR | Email from US Trustee to debtor's counsel regarding IDI. | .10 | 45.00 |
| 8/18/22 | SSR | Reviewed email from debtor's counsel with revised DIP and cash collateral order. | .20 | 90.00 |
| 8/18/22 | SSR | Reviewed pro hac vice application. | .20 | 90.00 |
| 8/18/22 | SSR | Email from debtor's counsel with updated sale order. | .10 | 45.00 |
| 8/18/22 | SSR | Reviewed sale order. | .20 | 90.00 |
| 8/18/22 | SSR | Reviewed DIP - cash collateral order. | .20 | 90.00 |
| 8/18/22 | SSR | Reviewed notice of appearance - counsel for Lomato. | .10 | 45.00 |
| 8/18/22 | SSR | Email from SBA's counsel regarding settlement. | .10 | 45.00 |
| 8/18/22 | SSR | Reviewed notice of telephonic 341 meeting. | .20 | 90.00 |
| 8/18/22 | SSR | Email from Joe D. regarding settlement with SBA - Vollers. | .20 | 90.00 |
| 8/18/22 | SSR | Reviewed debtor's counsel 2016 statement and email to USTO about. | .20 | 90.00 |
| 8/19/22 | SSR | Call from and to Bressler regarding deposition - sale. | .20 | 90.00 |
| 8/19/22 | SSR | Email to US Trustee - McGee regarding deposition - sale. | .20 | 90.00 |
| 8/19/22 | SSR | Email from Bressler regarding case. | .10 | 45.00 |
| 8/19/22 | SSR | Reviewed schedules and statement of financial affairs. | .50 | 225.00 |
| 8/19/22 | SSR | Reviewed Manasquan Bank response to sale motion. | .30 | 135.00 |
| 8/19/22 | SSR | Email from and to US Trustee - McGee - regarding appearance at hearing. | .20 | 90.00 |
| 8/19/22 | SSR | Reviewed application and consent order between debtor and NGM Insurance. | .30 | 135.00 |
| 8/19/22 | SSR | Reviewed notice of appearance - counsel for Americredit. | .10 | 45.00 |
| 8/19/22 | SSR | Reviewed Americredit's response to sale motion. | .30 | 135.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/19/22 | SSR | Reviewed court notice regarding matters rescheduled for 9am. | .10 | 45.00 |
| 8/19/22 | SSR | Conference call with US Trustee McGee and counsel regarding case and deposition. | .50 | 225.00 |
| 8/19/22 | SSR | Reviewed revised order authorizing post petition financing and DIP financing. | .40 | 180.00 |
| 8/19/22 | SSR | Reviewed revised sale order. | .40 | 180.00 |
| 8/19/22 | SSR | Reviewed sale motion and Asset Purchase Agreement. | .90 | 405.00 |
| 8/19/22 | SSR | Email from counsel regarding deposition. | .10 | 45.00 |
| 8/22/22 | SSR | Email from and to Bressler regarding debtor marketing efforts - no lien on vehicles or equipment - status of their objection. | .40 | 180.00 |
| 8/22/22 | SSR | Attended hearing on sale - final DIP and cash collateral. | 3.50 | 1,575.00 |
| 8/22/22 | SSR | Reviewed email regarding DIP and cash collateral order. | .30 | 135.00 |
| 8/22/22 | SSR | Reviewed docket entry regarding cancelation of order to show cause. | .10 | 45.00 |
| 8/22/22 | SSR | Reviewed debtor reply and papers in support of sale - DIP financing and liquidation analysis. | .60 | 270.00 |
| 8/22/22 | SSR | Email from Burke Company counsel with exhibits. | .30 | 135.00 |
| 8/22/22 | SSR | Reviewed documents filed by Burke Co. objecting to sale - cash collateral and DIP. | .40 | 180.00 |
| 8/22/22 | SSR | Reviewed transcript of deposition. | 1.00 | 450.00 |
| 8/22/22 | SSR | Email from Curtis Plaza with comment to final cash collateral order. | .30 | 135.00 |
| 8/22/22 | SSR | Email from counsel regarding revisions to DIP order. | .10 | 45.00 |
| 8/22/22 | SSR | Email from and call to Joe D. regarding case - status - settlement. | .40 | 180.00 |
| 8/22/22 | SSR | Travel to and from Trenton for hearing on sale - final DIP and cash collateral. | 3.00 | 1,350.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/23/22 | SSR | Email from debtor's counsel with sale order with revisions. | .20 | 90.00 |
| 8/23/22 | SSR | Reviewed notice of appearance - Northeast Carpenters. | .10 | 45.00 |
| 8/23/22 | SSR | Email from Joe D. regarding liquidation of additional collateral. | .20 | 90.00 |
| 8/23/22 | SSR | Reviewed notice of adjournment of 341 meeting. | .20 | 90.00 |
| 8/23/22 | SSR | Reviewed email from debtor's counsel to court with cash collateral/DIP order. | .20 | 90.00 |
| 8/23/22 | SSR | Reviewed email from debtor's counsel with revised DIP order. | .20 | 90.00 |
| 8/23/22 | SSR | Email from Bressler with revisions to sale order. | .10 | 45.00 |
| 8/23/22 | SSR | Email from Cesario regarding appearance at 341 meeting. | .10 | 45.00 |
| 8/23/22 | SSR | Email from NGM Virginia Shaw with comments to DIP order and debtor's counsel's response. | .30 | 135.00 |
| 8/23/22 | SSR | Email to Joe D. regarding revisions to sale order. | .20 | 90.00 |
| 8/23/22 | SSR | Email from Joe D. regarding revisions to sale order. | .20 | 90.00 |
| 8/23/22 | SSR | Email counsel for Manasquan Bank regarding revisions to sale order. | .20 | 90.00 |
| 8/23/22 | SSR | Email from debtor's counsel regarding comments to sale order. | .10 | 45.00 |
| 8/23/22 | SSR | Email from debtor's counsel with revised sale order and reviewed. | .30 | 135.00 |
| 8/23/22 | SSR | Email from Modugno regarding DIP sale order. | .10 | 45.00 |
| 8/24/22 | SSR | Call from Bressler regarding documents. | .10 | 45.00 |
| 8/24/22 | SSR | Email from Joe D. to US Trustee regarding closing Manasquan Bank account. | .10 | 45.00 |
| 8/24/22 | SSR | Reviewed email from American Traffic regarding participation in 341 meeting. | .10 | 45.00 |
| 8/24/22 | SSR | Email from debtor's counsel to court with sale order. | .20 | 90.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/24/22 | SSR | Email between Bressler and Modugno regarding removing language from sales order. | .20 | 90.00 |
| 8/24/22 | SSR | Reviewed email from Joe D. regarding changes to sale order and submitting to court. | .20 | 90.00 |
| 8/24/22 | SSR | Email between Modugno and Levine regarding revisions to sale order. | .20 | 90.00 |
| 8/25/22 | SSR | Email from creditor to participate in 341 meeting. | .10 | 45.00 |
| 8/25/22 | SSR | Email from and to Bressler regarding call to discuss case. | .10 | 45.00 |
| 8/25/22 | SSR | Reviewed entered order regarding amendment to schedules. | .20 | 90.00 |
| 8/26/22 | SSR | Reviewed amended 2016 statement. | .10 | 45.00 |
| 8/26/22 | SSR | Email to and from DiPasquale regarding 205k amount. | .10 | 45.00 |
| 8/26/22 | SSR | Email to and from Joe D. regarding amount left for creditors. | .20 | 90.00 |
| 8/26/22 | SSR | Reviewed email to court and parties amended consent order with bonding company. | .20 | 90.00 |
| 8/26/22 | SSR | Email to court - revised NGM consent order. | .10 | 45.00 |
| 8/26/22 | SSR | Email from Gary Bressler regarding sale order. | .10 | 45.00 |
| 8/29/22 | SSR | Reviewed entered sale order. | .30 | 135.00 |
| 8/29/22 | SSR | Reviewed entered DIP and cash collateral order. | .30 | 135.00 |
| 8/29/22 | SSR | Reviewed application to retain financial advisors. | .30 | 135.00 |
| 8/29/22 | SSR | Email to US Trustee regarding application to retain financial advisors. | .30 | 135.00 |
| 8/29/22 | SSR | Reviewed debtor's counsel retention papers. | .30 | 135.00 |
| 8/29/22 | SSR | Email to US Trustee regarding debtor's counsel's retention application. | .30 | 135.00 |
| 8/29/22 | SSR | Email to debtor's counsel regarding escrow. | .20 | 90.00 |
| 8/29/22 | SSR | Email from and to Joe D. regarding funds to the estate. | .20 | 90.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/29/22 | SSR | Reviewed pro hac vice order. | .10 | 45.00 |
| 8/29/22 | SSR | Email from Maggie McGee regarding objection to retention. | .20 | 90.00 |
| 8/29/22 | SSR | Reviewed entered consent order between debtor and NGM. | .20 | 90.00 |
| 8/29/22 | SSR | Reviewed documents from IRS regarding missing tax return and forwarded to debtor's counsel. | .20 | 90.00 |
| 8/29/22 | SSR | Email from US Trustee to DiPasquale regarding retention issues. | .20 | 90.00 |
| 8/30/22 | SSR | Email from US Trustee to debtor's counsel regarding closing of Manasquan Bank account. | .10 | 45.00 |
| 8/31/22 | SSR | Email to debtor's counsel regarding funds to the estate. | .20 | 90.00 |
| 8/31/22 | SSR | Reviewed notice of appearance - counsel for County of Essex. | .10 | 45.00 |
| 9/01/22 | SSR | Email to US Trustee McGee regarding if Joe D. responded to email regarding retention issues and objection to retention. | .10 | 45.00 |
| 9/01/22 | SSR | Email to Joe D. regarding retainer - funds to escrow from sale - objection to retention. | .10 | 45.00 |
| 9/01/22 | SSR | Email from Joe D. regarding information regarding escrow funds - retention - objection to retention application. | .10 | 45.00 |
| 9/01/22 | SSR | Reviewed email and letter from debtor's counsel to court regarding revised order regarding leases and reviewed. | .30 | 135.00 |
| 9/02/22 | SSR | Email from Maggie McGee regarding no response from debtor's counsel regarding objection to retention. | .10 | 45.00 |
| 9/02/22 | SSR | Email from and to Joe D. regarding retention - filing plan. | .10 | 45.00 |
| 9/02/22 | SSR | Reviewed application and consent order rejecting Horizon Blue Cross contract. | .20 | 90.00 |
| 9/02/22 | SSR | Reviewed US Trustee's Office objection to debtor's counsel's retention. | .30 | 135.00 |
| 9/02/22 | SSR | Reviewed US Trustee's objection to financial advisor's retention. | .30 | 135.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|------|------|-----------------------------------|-------|--------|
| 9/02/22 | SSR | Reviewed email from Modugno regarding participating in 341 meeting. | .10 | 45.00 |
| 9/06/22 | SSR | Email from Joe D. regarding information requested by US Trustee regarding retention. | .20 | 90.00 |
| 9/06/22 | SSR | Email to Joe D. regarding status report - funds in escrow. | .20 | 90.00 |
| 9/06/22 | SSR | Reviewed docket entry regarding hearing on objection retention applications. | .10 | 45.00 |
| 9/06/22 | SSR | Email from and to Joe D. regarding funds held in interest account. | .20 | 90.00 |
| 9/06/22 | SSR | Reviewed entered order rejecting contracts. | .20 | 90.00 |
| 9/07/22 | SSR | Reviewed debtor's Subchapter V status report. | .20 | 90.00 |
| 9/07/22 | SSR | Reviewed email from creditor to participate in 341 meeting. | .10 | 45.00 |
| 9/07/22 | SSR | Email from Joe D. to US Trustee regarding ID. | .10 | 45.00 |
| 9/07/22 | SSR | Reviewed email from creditor regarding participate in 341 hearing. | .10 | 45.00 |
| 9/07/22 | SSR | Reviewed email from Northwest Carriers regarding participating in 341 meeting. | .10 | 45.00 |
| 9/08/22 | SSR | Email from Faigo regarding appearance at 341 hearing. | .10 | 45.00 |
| 9/08/22 | SSR | Email from Joe D. to McGee regarding NGM. | .20 | 90.00 |
| 9/08/22 | SSR | Email from NGM counsel regarding participation in 341 hearing. | .10 | 45.00 |
| 9/08/22 | SSR | Reviewed documents for 341 meeting and IDI. | .50 | 225.00 |
| 9/08/22 | SSR | Email to and from US Trustee regarding retainer and bills. | .20 | 90.00 |
| 9/08/22 | SSR | Initial Debtor Interview. | .30 | 135.00 |
| 9/08/22 | SSR | Email from Joe D. and phone to regarding case issues. | .10 | 45.00 |
| 9/08/22 | SSR | Attended 341 meeting. | 2.00 | 900.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 9/09/22 | SSR | Email to and from McGee regarding information regarding retention application and fees. | .10 | 45.00 |
| 9/09/22 | SSR | Email to and from Joe D. regarding case - call to discuss. | .20 | 90.00 |
| 9/12/22 | SSR | Call from Joe D. regarding case - status - moving case forward. | .30 | 135.00 |
| 9/12/22 | SSR | Email from Herz regarding retainer - consent order. | .10 | 45.00 |
| 9/12/22 | SSR | Email from and to Herz and reviewed application and consent order regarding retainer. | .10 | 45.00 |
| 9/13/22 | SSR | Reviewed entered consent order rejecting Horizon policy. | .20 | 90.00 |
| 9/15/22 | SSR | Email from Herz and reviewed supplemental certification in support of refinancing. | .20 | 90.00 |
| 9/16/22 | SSR | Email to US Trustee regarding Joe D supplemental certification. | .10 | 45.00 |
| 9/16/22 | SSR | Reviewed application and consent order between debtor and NGM regarding 2004 subpoenas. | .30 | 135.00 |
| 9/16/22 | SSR | Reviewed application and consent order rejecting lease. | .30 | 135.00 |
| 9/16/22 | SSR | Reviewed email from Joe D. to US Trustee with documents requested at 341 meeting and reviewed same. | .30 | 135.00 |
| 9/19/22 | SSR | Email from and to US Trustee regarding information and spoke with creditor with information. | .20 | 90.00 |
| 9/19/22 | SSR | Reviewed entered stay relief order. | .10 | 45.00 |
| 9/19/22 | SSR | Call from creditor regarding case notice. | .10 | 45.00 |
| 9/20/22 | SSR | Email to Joe D. regarding status conference. | .10 | 45.00 |
| 9/20/22 | SSR | Call from Joe D. regarding status conference. | .10 | 45.00 |
| 9/20/22 | SSR | Email from and to US Trustee regarding retention issues. | .20 | 90.00 |
| 9/20/22 | SSR | Attended status conference. | 1.00 | 450.00 |

**GENOVA BURNS** ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 9/20/22 | SSR | Call with Maggie McGee of US Trustee regarding case - retention issues. | .50 | 225.00 |
| 9/20/22 | SSR | Email from Maggie McGee to debtor's counsel requesting information regarding retention. | .20 | 90.00 |
| 9/21/22 | SSR | Email between debtor's counsel and US Trustee regarding information requested and adjourning hearing on retention application. | .20 | 90.00 |
| 9/21/22 | SSR | Reviewed adjournment request - hearing on retention. | .20 | 90.00 |
| 9/21/22 | SSR | Reviewed email from court and granted adjournment request on hearing for retention. | .20 | 90.00 |
| 9/21/22 | SSR | Phone to creditor regarding information on case. | .20 | 90.00 |
| 9/21/22 | SSR | Reviewed entered consent order authorizing retention. | .10 | 45.00 |
| 9/21/22 | SSR | Email to Joe D. regarding entered consent order and filing Ch 11 Administrative bar date motion. | .20 | 90.00 |
| 9/22/22 | SSR | Reviewed August monthly operating report. | .30 | 135.00 |
| 9/22/22 | SSR | Email from debtor's counsel regarding bar date. | .10 | 45.00 |
| 9/26/22 | SSR | Reviewed entered consent order re NGM 2004 subpoena. | .10 | 45.00 |
| 9/26/22 | SSR | Reviewed entered consent order rejecting lease with Acorn. | .10 | 45.00 |
| 9/28/22 | SSR | Email from and to McGee regarding documents requested and produced regarding retention issues. | .20 | 90.00 |
| 9/28/22 | SSR | Reviewed documents from debtor requested by US Trustee regarding retention issues. | .50 | 225.00 |
| 9/28/22 | SSR | Email from Maggie McGee with email from debtor. | .30 | 135.00 |
| 9/28/22 | SSR | Email from and to McGee regarding call on retention applications. | .10 | 45.00 |
| 9/29/22 | SSR | Phone to and from Maggie McGee regarding retention issues. | .30 | 135.00 |
| 9/30/22 | SSR | Email from Maggie McGee with email debtor's counsel regarding retentions. | .20 | 90.00 |

**GENOVA BURNS** ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 9/30/22 | SSR | Reviewed adjournment request. | .20 | 90.00 |
| 9/30/22 | SSR | Reviewed email from court and granting of adjournment request. | .20 | 90.00 |
| 10/06/22 | SSR | Email to and from debtor's counsel with status of case - retention issues. | .30 | 135.00 |
| 10/06/22 | SSR | Reviewed email and supplemental certification in support of retentions. | .30 | 135.00 |
| 10/07/22 | SSR | Reviewed notice of appearance - counsel for Workers Local 399. | .10 | 45.00 |
| 10/07/22 | SSR | Reviewed notice of appearance - counsel for workers local 11. | .10 | 45.00 |
| 10/07/22 | SSR | Reviewed notice of appearance - Ironworkers District Counsel. | .10 | 45.00 |
| 10/10/22 | SSR | Email to US Trustee and debtor's counsel regarding status of objection to retentions and reviewed debtor's response. | .20 | 90.00 |
| 10/11/22 | SSR | Reviewed court determination of adjournment request - hearing on retention applications. | .10 | 45.00 |
| 10/11/22 | SSR | Reviewed amendment to schedules filed by debtor. | .20 | 90.00 |
| 10/12/22 | SSR | Email to debtor's counsel regarding amendment to schedules. | .10 | 45.00 |
| 10/12/22 | SSR | Email from Joe D. regarding amendment to schedules. | .20 | 90.00 |
| 10/12/22 | SSR | Reviewed entered Fox retention order. | .20 | 90.00 |
| 10/13/22 | SSR | Reviewed notice of appearance - counsel for Knickerbocker Bed Company. | .10 | 45.00 |
| 10/14/22 | SSR | Email to and from Joe D. and US Trustee regarding status of retention and hearing. | .20 | 90.00 |
| 10/14/22 | SSR | Email from Mike Herz regarding status of retention and hearing. | .10 | 45.00 |
| 10/14/22 | SSR | Email from US Trustee regarding KCP retention ok and debtor's counsel's response. | .20 | 90.00 |
| 10/17/22 | SSR | Email from Joe D. regarding KCP retention dispute resolved. | .10 | 45.00 |
| 10/17/22 | SSR | Email form Mike Herz to court regarding KCP retention resolution. | .10 | 45.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---:|---:|
| 10/17/22 | SSR | Email from court regarding KCP retention resolution. | .10 | 45.00 |
| 10/17/22 | SSR | Email from debtor's counsel to court with revised KCP retention order and reviewed. | .20 | 90.00 |
| 10/17/22 | SSR | Reviewed KCP certification in support of retention. | .20 | 90.00 |
| 10/18/22 | SSR | Reviewed claims register and claims. | .50 | 225.00 |
| 10/18/22 | SSR | Email to Joe D. regarding claims issues - how is he going to confirm a plan. | .20 | 90.00 |
| 10/18/22 | SSR | Reviewed debtor's motion to extend time to file plan. | .40 | 180.00 |
| 10/20/22 | SSR | Reviewed entered order approving KCP retention. | .20 | 90.00 |
| 10/21/22 | SSR | Reviewed court notice regarding KCP retention. | .10 | 45.00 |
| 10/21/22 | SSR | Reviewed September monthly operating report. | .30 | 135.00 |
| 10/25/22 | SSR | Email to and from Joe. D. regarding claims analysis - plan and resolution of avoidance claims. | .50 | 225.00 |
| 10/25/22 | SSR | Cal from and to Alan L. regarding Abeco funds. | .30 | 135.00 |
| 10/27/22 | SSR | Reviewed notice of appearance. | .10 | 45.00 |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$ 31,680.00** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Scott S Rever | Counsel | 70.40 | 450.00 | 31,680.00 |
| **TOTALS** | | **70.40** | | **$ 31,680.00** |