

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

**DISBURSEMENTS**

| | **Description** | **Amount** |
|---|---|---|
| 8/04/22 | Other Professional, CourtSolutions, LLC, Case: 22-16159-14 - Case: 22-16159, fee for virtual hearing, Judge: Christine Gravelle, Participant: Scott Rever - Amex Period Ending 8-31-DMS | 50.00 |
| 8/22/22 | Parking Parking expense - Trenton - ASSUNCAO hearing. | 12.00 |
| 9/20/22 | Other Professional, CourtSolutions, LLC, Case: 22-16159-15 - Case: 22-16159, fee for virtual hearing, Judge: Christine Gravelle, Participant: Scott Rever. - Amex Period Ending 9.30-DMS | 50.00 |
| | **TOTAL DISBURSEMENTS** | **$ 112.00** |