| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>SCOTT S. REVER, ESQ., Subchapter V Trustee<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey 07920<br>Tele: (973) 467-2700<br>**SCOTT S. REVER, ESQ. (SR-1425)**<br><br>In Re:<br><br>**ASSUNCAO BROS., INC.,**<br><br>              **Debtor.** | Chapter 11<br><br>Case No.: 22-16159 CMG<br><br>Honorable Christine M. Gravelle |

___

## AFFIDAVIT OF SCOTT S. REVER
___

STATE OF NEW JERSEY    }
                                     } SS.
COUNTY OF SOMERSET   }

     **SCOTT S. REVER,** of full age, being duly sworn according to law and upon his oath, deposes and says:

     1. I am the Subchapter V Trustee in the above captioned proceeding.

     2. This Affidavit is being submitted in connection with my First Interim Application for Allowance of Fees and for Reimbursement of Expenses.

     3. In accordance with Title 18, U.S.C. Section 155, and the Rules of this Court, neither I nor any member or associate of Genova Burns, LLC has entered into any agreement, either written or oral, express or implied, with the Debtor or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any fees or other compensation to be allowed out of, or paid from the assets of the Debtor or its estate.

     4. In accordance with Section 504 of the Bankruptcy Code, except for the law firms with which I

1

was or am associated, no agreement or understanding exists between me on the one hand, and any other person, on the other hand, for a division of such compensation as I may receive from the Court herein. No division of fees, as prohibited by Section 504 of the Bankruptcy Code, will be made by me.

*/s/  SCOTT S. REVER*
**SCOTT S. REVER**

Subscribed and Sworn to
Before Me on This 2nd
Day of December, 2022.

*/s/   DENISE ROBLES-MENDEZ*
*A Notary Public of New Jersey*
*My Commission Expires December 24, 2024*

2