**Our File No.: 53575**
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Santander Consumer USA Inc. dba Chrysler Capital
JM5630_____

|  |  |
|---|---|
| IN RE:<br>  ASSUNCAO BROS., INC. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 11<br>CASE NO: 22-16159(CMG)<br>HEARING DATE: 1-3-2023<br><br>NOTICE OF MOTION OF SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL TO MODIFY THE AUTOMATIC STAY |

To:

    Assuncao Bros., Inc.
    29 Wood Avenue
    Edison, NJ 08820
    Debtor

    Joseph A. Caneco, Esq.
    101 Park Avenue, 17th Floor
    New York, NY 10178
    Attorney for the debtor

    Joseph J. DiPasquale, Esq.
    49 Market Street
    Morristown, NJ 07960
    Attorney for the debtor

    Scott S. Rever
    110 Allen Road
    Suite 304
    Basking Ridge, NJ 07920
    Trustee

    CONTINUED

U.S. Trustee, US Dept of Justice
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

CREDITORS:

| | |
|---|---|
| **American Express National Bank**<br>c/o Doyle & Hoefs, LLC<br>2043 Springwood Road<br>York, PA 17403<br>Attn: Michael J. Hoefs, Esq. | **Black Rock Enterprises, LLC**<br>1316 Englishtown Road<br>Old Bridge, NJ 08857 |
| **Diamond Sand and Gravel, Inc.**<br>c/o McElroy, Deutsch, Mulvaney<br>1300 Mount Kemble Avenue<br>Morristown, NJ 07962-2017<br>Attn: Michael R. Morano | **Essex County Sheriff's Office**<br>Special Services<br>50 West Market Street, Room 201<br>Attn: James Spango<br>PR 00710-2000 |
| **Liberty Building Products**<br>193 Christie Street<br>Newark, NJ 07101 | **NGM Insurance Company**<br>c/o McElroy, Deutsch, Mulvaney, et al<br>1300 Mount Kemble Avenue<br>Morristown, NJ 07962-2017<br>Attn: Adam R. Schwartz |
| **Pennsylvania Jersey Concrete**<br>2819 Fire Road<br>Egg Harbor Township, NJ 08234 | **Precast Systems, Inc.**<br>57 Sharon Station Road<br>Allentown, NJ 08501 |
| **Ramon Asphalt Corp.**<br>32 O'Brien Street<br>Kearny, NJ 07032 | **Shore Systems Group, LLC**<br>P.O. Box 188<br>Clarksburg, NJ 08510 |
| **Stavola Flemington Asphalt**<br>P.O. Box 482<br>Red Bank, NJ 07701 | **Tiffany Electric**<br>5 Eastmans Road<br>Parsippany, NJ 07054 |
| **Union Local – 472 Laborers**<br>700 Raymond Blvd.<br>Newark, NJ 07105 | **Zuccaro Inc.**<br>64 Commerce Street<br>Garfield, NJ 07026 |
| **County Concrete Corp.**<br>P.O. Box F<br>Kenvil, NJ 07847 | **JM Ahle, Inc.**<br>190 William Street, Suite 2D<br>South River, NJ 08882 |

| | |
|---|---|
| **Operating Engineers Local 825**<br>**65 Springfield Avenue**<br>**Springfield, NJ 07081** | **Ralph Clayton & Sons**<br>**P.O. Box 3015**<br>**Lakewood, NJ 08701** |
| **Statewide Striping Corp.**<br>**499 Pomeroy Road**<br>**Parsippany, NJ 07054** | **Union Carpenters**<br>**91 Fieldcrest Avenue**<br>**Edison, NJ 08837** |

John R. Morton, Jr., Esquire, attorney for Santander Consumer USA Inc. dba Chrysler Capital, has filed papers with the Court for relief from the automatic stay to permit Santander Consumer USA Inc. dba Chrysler Capital to repossess and sell the motor vehicle(s) described in the attached pleadings.   **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult with one.**  If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the motion, then no later than seven (7) days before the hearing date, you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your position) at:

United States Bankruptcy Court
402 E. State Street
Trenton, NJ 08608

If you mail your (request) (response) to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

TAKE FURTHER NOTICE that the facts movant relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion, and TAKE FURTHER NOTICE that oral argument is hereby not requested.

**Attend the hearing scheduled to be held on January 3, 2023 at 10 a.m. in Courtroom #3, United States Bankruptcy Court, 402 E. State Street, Trenton, New Jersey 08608.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order.

Date:   12-9-2022              /s/ John R. Morton, Jr., Esquire
                               John R. Morton, Jr., Esquire
                               Attorney for Santander Consumer USA Inc. dba
                               Chrysler Capital