UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

Assuncao Bros., Inc.,
Debtor(s)

Chapter 11
Bky. No. 22-16159

**STATE OF TEXAS**              )
                                ) ss.
**COUNTY OF TARRANT**           )         AFFIDAVIT

    I, Ashley Young, a Bankruptcy Specialist of Santander Consumer USA Inc. dba Chrysler Capital, declare under penalty of perjury that I have personal knowledge of the information set forth below, which is true and correct to the best of my knowledge, information, and belief.

    1.    This affidavit is based on the loan payment records of Santander Consumer USA Inc. dba Chrysler Capital as of November 15, 2022.  These records are regularly maintained in the course of business and it is the regular practice to make and maintain these records.  These records reflect the loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information.  I maintain these records and regularly use and rely upon them in the performance of my duties.

    2.    Santander Consumer USA Inc. dba Chrysler Capital has a valid, perfected security interest in the following (the "Collateral"):  2019 Jeep Grand Cherokee, VIN:  1C4RJFCGXKC552817 .

    3.    $15,752.46 is the outstanding balance under the contract.

    4.    $2,999.79 is the amount of the existing delinquency under the contract.

    5.    $35,950.00 is the fair market value of the Collateral.

    6.    No appropriate insurance has been verified.

Further your affiant sayeth not.

Dated: December 1, 2022

Subscribed and sworn to before me on this
1st day of DECEMBER, 2022

_____
Notary Public
My commission expires: 8-31-24

Printed Name: Ashley Young
Title: Bankruptcy Specialist
Creditor: Santander Consumer USA Inc.
dba Chrysler Capital

IAN ANDREW CLAY
Notary Public, State of Texas
Comm. Expires 08-31-2024
Notary ID 129108918