# CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| | 1C4RJ FCGXK C5528 | 17 | 2019 | JEE | GRA | WAGON |

| TYPE OF TITLE | DUPLICATE NO | GVW/WEIGHT | COLOR/MTR HP | DEALER ID | AXLES PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | 5000 | WT | | 2 | 0 |

| FEE | ISSUE DATE | VIN REPLACEMENT | MILEAGE | STATUS |
|---|---|---|---|---|
| 110.00 | 12-31-2018 | | 38 | A |

F FLOOD    S SALVAGE
P POLICE   T TAXI
L LEMON LAW
A ACTUAL MILEAGE
N NOT THE ACTUAL MILEAGE
M MILEAGE EXCEEDS THE MECHANICAL LIMITS

OWNER(S)
ASSUNCAO BROS INC
29 WOOD AVE
EDISON          NJ

MARTIN ASSUNCAO

NUMBER OF OWNERS: 2
NUMBER OF LIENHOLDERS: 1

I CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED

SIGNATURE

## State of New Jersey
### MOTOR VEHICLE COMMISSION

SECOND LIENHOLDER
DATE

FIRST LIENHOLDER
DATE: 12-31-2018
CHRYSLER CAPITAL
PO BOX 961272
FT WORTH        TX 76161

SECOND RELEASE
LIEN RELEASED BY
SIGNATURE _____
TITLE _____ DATE _____

FIRST RELEASE
LIEN RELEASED BY
SIGNATURE _____
TITLE _____ DATE _____

**ALTERATION OR ERASURE VOIDS THIS TITLE.    KEEP IN SAFE PLACE**

**VOID IF ALTERED**

HOLD TO LIGHT TO VIEW NEW JERSEY WATERMARK