

Order Filed on December 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone: (973) 992-4800
Facsimile: (973) 992-9125

*Counsel to the Debtor and Debtor in Possession*

In Re:

ASSUNCAO BROS., INC.,

Debtor.

Chapter 11 (Subchapter V)

Case No. 22-16159-CMG

Judge: Hon. Christine M. Gravelle

## CONSENT ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY FOR THERESA KRAEMER

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

ORDERED.

DATED: December 20, 2022

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

140048540.2

Page 2
Debtors: Assuncao Bros., Inc.
Case No. 22-16159-CMG
Caption:  Consent Order Granting Limited Relief from Automatic Stay for Theresa Kraemer

**THIS MATTER** having been brought before the Court upon the motion of Theresa Kraemer for relief from the automatic stay in order to resume pending litigation in the Superior Court of New Jersey, Law Division, Essex County, docket number ESX-L-2912-20 (the "Action") against Assuncao Bros., Inc. (the "Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11, subchapter v case; and Theresa Kraemer and the Debtor having entered into the within Consent Order granting Theresa Kraemer limited relief from the automatic stay to resume the Action, as evidenced by the subscribed consents of counsel hereto; and the Court having jurisdiction over the matter pursuant to 28 U.S.C. §§157(b) and 1334(b); and the Court having found sufficient cause for entry of this Consent Order, it is hereby

**ORDERED** that the automatic stay pursuant to 11 U.S.C. § 362(a) is hereby modified to permit Theresa Kraemer to proceed with the Action subject to the terms of this Consent Order; and it is further

**ORDERED**, the Debtor shall only be required to defend the Action or any other action or proceeding commenced by Theresa Kraemer related to the claims underlying the Action to the extent required under any applicable liability insurance policy, and Theresa Kraemer shall seek recovery in the Action and from any claims related to the Action solely against non-debtor defendants and the proceeds of any insurance coverage applicable to the Debtor and not against the Debtor's bankruptcy estate; and it is further

**ORDERED**, that the Debtor and the Debtor's estate shall have no corporate or personal liability as a result of any judgment that may be entered in Theresa Kraemer's favor, and Theresa Kraemer waives all claims that she might hold against the Debtor's estate, including the right to receive any distribution from the Debtor's estate, and any recovery by Theresa Kraemer shall be

2

140048540.2

Page 3
Debtors:  Assuncao Bros., Inc.
Case No.  22-16159-CMG
Caption:  Consent Order Granting Limited Relief from Automatic Stay for Theresa Kraemer

limited to amounts recovered from the Debtor's applicable liability insurance limits and any

amounts recovered from non-debtor third parties; and it is further

**ORDERED** that any proof of claim filed by Theresa Kraemer is hereby withdrawn; and it

is further

**ORDERED**, that the entry of this Order shall not be deemed to be a waiver of (a) the

Debtor's right to contest any claims asserted against the Debtor's estate in any action arising from

any findings, legal conclusions or decisions rendered in the Action or any related proceeding, or

(b) the Debtor's right to assert any affirmative claims that the Debtor's estate may hold against any

party to the Action or any related proceeding; and it is further

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from

or related to the implementation or interpretation of this Order.

*[Signature page to follow]*

140048540.2

3

Page 4
Debtors: Assuncao Bros., Inc.
Case No. 22-16159-CMG
Caption:  Consent Order Granting Limited Relief from Automatic Stay for Theresa Kraemer

The undersigned hereby consent to the substance
and entry of this Consent Order.

FOX ROTHSCHILD, LLP
Attorneys for Debtor

By: _____
Michael R. Herz, Esq.

Dated: 12/12/22

LEVINSON AXELROD, P.A.
Attorneys for Theresa Kraemer

By: _____
Robert V. Cook, Esq.

Dated: 12/12/22

4

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 22-16159-CMG

Assuncao Bros., Inc.                                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                 Page 1 of 3

Date Rcvd: Dec 20, 2022                       Form ID: pdf903                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022                 Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen J Barkin | |
| | on behalf of Creditor Nobel Equipment & Supplies  Inc. abarkin@sbmesq.com, sandyr@sbmesq.com |
| Charles Allen Yuen | |
| | on behalf of Creditor Wiggins Plastics  Inc. cyuen@cyuen-law.com |
| Charles Allen Yuen | |
| | on behalf of Creditor Knickerbocker Bed Company cyuen@cyuen-law.com |
| Curtis M Plaza | |
| | on behalf of Creditor Manasquan Bank cplaza@riker.com  sdechoyan@riker.com |
| Douglas G. Leney | |
| | on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Interested Party Martin Assuncao dleney@archerlaw.com  ahuber@archerlaw.com,chansen@archerlaw.com |

District/off: 0312-3                                      User: admin                                      Page 2 of 3
Date Rcvd: Dec 20, 2022                                  Form ID: pdf903                                  Total Noticed: 1

Edward H. O'Hare
    on behalf of Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY eohare@zazzali-law.com

Eric R. Perkins
    on behalf of Creditor Black Rock Enterprises LLC eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins
    on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Fleming Ware
    on behalf of Creditor Komatsu Financial Limited Partnership fware@vedderprice.com

Gary D. Bressler
    on behalf of Creditor NGM Insurance Company gbressler@mdmc-law.com
    scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

John R. Morton, Jr.
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
    mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Joseph A. Caneco
    on behalf of Debtor Assuncao Bros.  Inc. jcaneco@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Other Prof. KCP Advisory Group  LLC Jdipasquale@foxrothschild.com,
    cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Debtor Assuncao Bros.  Inc. Jdipasquale@foxrothschild.com,
    cbrown@foxrothschild.com;msteen@foxrothschild.com

Joshua H. Raymond
    on behalf of Creditor Middlesex County Utilities Authority jraymond@msbnj.com

Justin Baumgartner
    on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey jbaumgartner@becker.legal  mambrose@becker.legal

Justin Baumgartner
    on behalf of Creditor Black Rock Enterprises LLC jbaumgartner@becker.legal  mambrose@becker.legal

Louis A. Modugno
    on behalf of Other Prof. Vollers Excavating and Contractors  Inc. lmodugno@tm-firm.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Baselice
    on behalf of Creditor IUOE Local 825 Benefit Funds mbaselice@decotiislaw.com

Michael R. Herz
    on behalf of Debtor Assuncao Bros.  Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

Philip William Allogramento
    on behalf of Creditor County of Essex pallogramento@connellfoley.com  mcaggiano@connellfoley.com

Richard M. Schlaifer
    on behalf of Creditor J.M. Ahle Co.  Inc. rschlaifer@earpcohn.com, vbromley@earpcohn.com

Ryan Richard Sweeney
    on behalf of Creditor Iron Workers District Council Philadelphia and Vicinity Benefit Funds rsweeney@cjtlaw.org

Ryan Richard Sweeney
    on behalf of Creditor Iron Workers Local 11 Benefit Funds rsweeney@cjtlaw.org

Ryan Richard Sweeney
    on behalf of Creditor Iron Workers Local 399 Benefit Funds rsweeney@cjtlaw.org

Scott Aaron Levin
    on behalf of Creditor NGM Insurance Company slevin@mdmc-law.com

Scott S. Rever
    srever@wjslaw.com

Scott S. Rever
    on behalf of Trustee Scott S. Rever srever@genovaburns.com
    srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Seth Ptasiewicz

|  |  |
|---|---|
|  | on behalf of Creditor Northeast Carpenters Benefit Funds sptasiewicz@krollfirm.com |
| Timothy P. Neumann | on behalf of Creditor Ralph Clayton & Sons  LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vipin Varghese | on behalf of Creditor IUOE Local 825 Benefit Funds vvarghese@decotiislaw.com kcaufield@decotiislaw.com;rmcgowan@decotiislaw.com;mdiaz@decotiislaw.com |
| Virginia T. Shea | on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com  gbressler@mdmc-law.com |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 37