| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**McElroy, Deutsch, Mulvaney**<br>**& Carpenter, LLP**<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075<br>Adam R. Schwartz<br>Scott A. Levin<br>aschwartz@mdmc-law.com<br>slevin@mdmc-law.com<br>Telephone: (973) 993-8100<br>Facsimile: (973) 425-0161<br><br>*Attorneys for NGM Insurance Company* |

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ASSUNCAO BROS., INC., | Case No. 22-16159 CMG |
| Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on December 27, 2022, *NGM Insurance Company's Limited Objection and Reservation of Rights* was e-filed by CM/ECF and served on all parties registered to receive notification of such filings.

                                              **McELROY, DEUTSCH, MULVANEY**
                                              **& CARPENTER, LLP**

                                              */s/ Scott A. Levin*
                                              Scott A. Levin
                                              Attorneys for NGM Insurance Company
                                              1300 Mt. Kemble Avenue
                                              P.O. Box 2075
                                              Morristown, NJ  07962-2075
                                              (973) 993-8100
                                              slevin@mdmc-law.com