| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>53575<br>MORTON & CRAIG, LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>(856)866-0100<br>Attorney for Santander Consumer USA Inc. dba Chrysler Capital<br>JM-5630 | |
| In Re:<br><br>ASSUNCAO BROS., INC. | Case No.: 22-16159 (CMG)<br><br>Adv. No.:<br><br>Hearing Date: 1-3-2023<br><br>Judge: Hon. Christine M. Gravelle |

**CERTIFICATION OF CONSENT**
**REGARDING CONSENT ORDER VACATING AUTOMATIC STAY.**

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order are identical to those set forth in the original consent order;

(b) The signatures on the copy of the consent order submitted to the Court reference signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for the required seven-year period;

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(e) I acknowledge the signing of same for all purposes including those under Fed. R. Bank.P.9011;

/s/ John R. Morton, Jr., Esq.
John R. Morton, Jr., Esq.
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital