| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**McELROY, DEUTSCH, MULVANEY**
 **& CARPENTER, LLP**
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Adam R. Schwartz, Esq.
Scott A. Levin, Esq.
aschwartz@mdmc-law.com
slevin@mdmc-law.com
Telephone: (973) 993-8100
Facsimile: (973) 425-0161

*Attorneys for NGM Insurance Company*

| In re: | Chapter 11 (Subchapter V) |
|---|---|
| ASSUNCAO BROS., INC., | Case No. 22-16159 CMG |
| Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 3, 2023, *NGM Insurance Company's Limited Objection and Reservation of Rights* was e-filed by CM/ECF and served on all parties registered to receive notification of such filings.

**McELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**

*/s/ Scott A. Levin*
Scott A. Levin
Attorneys for NGM Insurance Company
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075
(973) 993-8100

1