| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone:  (973) 992-4800<br>Facsimile:   (973) 992-9125<br><br>*Counsel to the Debtor and Debtor in Possession* | Order Filed on January 3, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>                    Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159<br><br>Judge:  Hon. Christine M. Gravelle |

### ORDER GRANTING FIRST INTERIM APPLICATION OF FOX ROTHSCHILD LLP AS COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 3, 2022 THROUGH OCTOBER 31, 2022

The relief set forth on the following page numbered 2 is hereby **ordered**.

**DATED: January 3, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

140354790.2

| | |
|---|---|
| In re: | Assuncao Bros., Inc. |
| Case No: | 22-16159 (CMG) |
| TITLE: | ORDER GRANTING FIRST INTERIM APPLICATION OF FOX ROTHSCHILD LLP AS COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 3, 2022, THROUGH OCTOBER 31, 2022 |

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED, that the compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Fox Rothschild LLP<br>Counsel to the Debtor | $214,957.50 | $7,475.93 |

IT IS FURTHER ORDERED, that Fox Rothschild LLP be and herby is authorized to apply the Retainer (as defined in the Application) to reduce the awarded fees and expenses.

IT IS FURTHER ORDERED, that the Debtor shall pay the above amount, net of the Retainer, to Applicant forthwith, except that the sum of $5,000.00 shall be held back by the Debtor pending the Court's approval of a final fee application on behalf of Fox Rothschild LLP, and subject to the United States Trustee's right to object to same.

IT IS FURTHER ORDERED, that notwithstanding the entry of this Order or anything set forth herein or in the Application, NGM Insurance Company's ("NGM") claims and rights against Fox Rothschild LLP, if any, as a transferee of any trust funds are preserved, and nothing herein shall affect such rights and claims. The rights and defenses of Fox Rothschild LLP with respect to any rights and claims preserved for NGM under this paragraph are preserved.