Order Filed on January 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market St.
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone: (973) 992-4800
Facsimile: (973) 992-9125

*Counsel to the Debtor and Debtor in Possession*

In re:

ASSUNCAO BROS., INC.,

            Debtor.

Chapter 11 (Subchapter V)

Case No. 22-16159

Judge: Hon. Christine M. Gravelle

**ORDER GRANTING FIRST INTERIM APPLICATION OF
KCP ADVISORY GROUP, LLC AS FINANCIAL ADVISORS TO THE DEBTOR
FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD FROM AUGUST 3, 2022 THROUGH OCTOBER 31, 2022**

The relief set forth on the following page numbered 2 is hereby **ordered**.

**DATED: January 3, 2023**

*[Signature]*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

140355897.2

| | |
|---|---|
| Page 2 of 2 | |
| In re: | Assuncao Bros., Inc. |
| Case No: | 22-16159 (CMG) |
| TITLE: | ORDER GRANTING FIRST INTERIM APPLICATION OF KCP ADVISORY GROUP, LLC AS FINANCIAL ADVISORS TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 3, 2022, THROUGH OCTOBER 31, 2022 |

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED, that the compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| KCP Advisory Group, LLC<br>Financial Advisor to the Debtor | $124,198.00 | $803.15 |

IT IS FURTHER ORDERED, that KCP be and herby is authorized to apply the Retainer (as defined in the Application) to reduce the awarded fees and expenses.

IT IS FURTHER ORDERED, that the Debtor shall pay the above amount, net of the Retainer, to Applicant forthwith.

IT IS FURTHER ORDERED, that notwithstanding the entry of this Order or anything set forth herein or in the Application, NGM Insurance Company's ("NGM") claims and rights against KCP, if any, as a transferee of any trust funds are preserved, and nothing herein shall affect such rights and claims. The rights and defenses of KCP with respect to any rights and claims preserved for NGM under this paragraph are preserved.

140355897.2                                                            2