UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT S. REVER, ESQ., Subchapter V Trustee
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
T: 973-467-2700
SCOTT S. REVER (SR-1425)

Order Filed on January 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ASSUNCAO BROS., INC.,
                Debtor.

Case No.: 22-16159 CMG

Hearing Date: _____

Judge: Christine M. Gravelle

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 3, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scott S. Rever, Esq.<br>Subchapter V Trustee | $31,680.00 | $112.00 |

*rev.8/1/15*