UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

SCOTT S. REVER, ESQ., Subchapter V Trustee
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
T: 973-467-2700
SCOTT S. REVER (SR-1425)

Order Filed on January 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ASSUNCAO BROS., INC.,
                    Debtor.

Case No.:     22-16159 CMG

Hearing Date:

Judge:     Christine M. Gravelle

Chapter:     11

# ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 3, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scott S. Rever, Esq.<br>Subchapter V Trustee | $31,680.00 | $112.00 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16159-CMG |
| Assuncao Bros., Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 03, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2023                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen J Barkin | on behalf of Creditor Nobel Equipment & Supplies Inc. abarkin@sbmesq.com, sandyr@sbmesq.com |
| Charles Allen Yuen | on behalf of Creditor Wiggins Plastics Inc. cyuen@cyuen-law.com |
| Charles Allen Yuen | on behalf of Creditor Knickerbocker Bed Company cyuen@cyuen-law.com |
| Curtis M Plaza | on behalf of Creditor Manasquan Bank cplaza@riker.com sdechoyan@riker.com |
| Douglas G. Leney | on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Interested Party Martin Assuncao dleney@archerlaw.com ahuber@archerlaw.com |

Case 22-16159-CMG    Doc 183    Filed 01/05/23    Entered 01/06/23 00:15:01    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 03, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Edward H. O'Hare | on behalf of Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY eohare@zazzali-law.com |
| Eric R. Perkins | on behalf of Creditor Black Rock Enterprises LLC eperkins@becker.legal tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal |
| Eric R. Perkins | on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal |
| Fleming Ware | on behalf of Creditor Komatsu Financial Limited Partnership fware@vedderprice.com |
| Gary D. Bressler | on behalf of Creditor NGM Insurance Company gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Joseph A. Caneco | on behalf of Debtor Assuncao Bros.  Inc. jcaneco@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Other Prof. KCP Advisory Group  LLC Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Debtor Assuncao Bros.  Inc. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joshua H. Raymond | on behalf of Creditor Middlesex County Utilities Authority jraymond@msbnj.com |
| Justin Baumgartner | on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey jbaumgartner@becker.legal  mambrose@becker.legal |
| Justin Baumgartner | on behalf of Creditor Black Rock Enterprises LLC jbaumgartner@becker.legal  mambrose@becker.legal |
| Louis A. Modugno | on behalf of Other Prof. Vollers Excavating and Contractors  Inc. lmodugno@tm-firm.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael A. Baselice | on behalf of Creditor IUOE Local 825 Benefit Funds mbaselice@decotiislaw.com |
| Michael R. Herz | on behalf of Debtor Assuncao Bros.  Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Philip William Allogramento | on behalf of Creditor County of Essex pallogramento@connellfoley.com  mcaggiano@connellfoley.com |
| Richard M. Schlaifer | on behalf of Creditor J.M. Ahle Co.  Inc. rschlaifer@earpcohn.com, vbromley@earpcohn.com |
| Ryan Richard Sweeney | on behalf of Creditor Iron Workers District Council Philadelphia and Vicinity Benefit Funds rsweeney@cjtlaw.org |
| Ryan Richard Sweeney | on behalf of Creditor Iron Workers Local 11 Benefit Funds rsweeney@cjtlaw.org |
| Ryan Richard Sweeney | on behalf of Creditor Iron Workers Local 399 Benefit Funds rsweeney@cjtlaw.org |
| Scott Aaron Levin | on behalf of Creditor NGM Insurance Company slevin@mdmc-law.com |
| Scott S. Rever | srever@wjslaw.com |
| Scott S. Rever | on behalf of Trustee Scott S. Rever srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Seth Ptasiewicz | |

| | |
|---|---|
| | on behalf of Creditor Northeast Carpenters Benefit Funds sptasiewicz@krollfirm.com |
| Timothy P. Neumann | |
| | on behalf of Creditor Ralph Clayton & Sons  LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Vipin Varghese | |
| | on behalf of Creditor IUOE Local 825 Benefit Funds vvarghese@decotiislaw.com kcaufield@decotiislaw.com;rmcgowan@decotiislaw.com;mdiaz@decotiislaw.com |
| Virginia T. Shea | |
| | on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com  gbressler@mdmc-law.com |
| William E. Craig | |
| | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 37