**Fill in this information to identify the case:**

Debtor Name: ASSUNCAO BROS, iNC.

United States Bankruptcy Court for the: District of New Jersey

Case number: 22-16159

☐ Check if this is an amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: December 2022

Date report filed: 01/20/2023 (MM/DD/YYYY)

Line of business: Road&Bridge Construction

NAISC code: 2373

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Martin Assuncao

Original signature of responsible party: /s/ Martin Assuncao

Printed name of responsible party: Martin Assuncao

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name ASSUNCAO BROS, iNC.                                    Case number 22-16159

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                                         $ 5,699.57

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                                           $ 11,475.05

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                                                                                    − $ 9,143.66

    Report the total from *Exhibit D* here.

22. **Net cash flow**                                                                                 + $ 2,331.39

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                                    = $ 8,030.96

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                                $ 3,840,682.6

    (Exhibit E)

Debtor Name  ASSUNCAO BROS, iNC.                                    Case number 22-16159

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                           $ 3,106,840.0
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?       23
27. What is the number of employees as of the date of this monthly report?  1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 25,000.00
30. How much have you paid this month in other professional fees?                                       $ 0.00
31. How much have you paid in total other professional fees since filing the case?                      $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 300,000.00 | − | $ 11,475.05 | = | $ -288,524.90 |
| 33. **Cash disbursements** | $ 298,000.00 | − | $ 9,143.66 | = | $ -288,856.30 |
| 34. **Net cash flow** | $ 2,000.00 | − | $ 2,331.39 | = | $ 331.39 |

35. Total projected cash receipts for the next month:               $ 500,000.00
36. Total projected cash disbursements for the next month:        − $ 500,000.00
37. Total projected net cash flow for the next month:             = $ 0.00

Debtor Name  ASSUNCAO BROS, iNC.                              Case number 22-16159

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☑ 39. Bank reconciliation reports for each account.

- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☑ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

ASSUNCAO BROTHERS INC
29 WOOD AVE
EDISON NJ  08820-

Page: 1 of 3
Statement Period: Dec 01 2022-Dec 31 2022
Cust Ref #:
                                                                    7430

## TD Business Convenience Plus

ASSUNCAO BROTHERS INC                                      Account # ▮▮▮▮▮7430

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 12/01 | | | 4,392.92 |
| Plus | 1 | Deposits and Other Credits | 11,475.05 |
| Less | 11 | Checks and Other Debits | 8,482.96 |
| Statement Balance as of 12/31 | | | 7,385.01 |

| | Total for this cycle | Total Year to Date |
|---|---:|---:|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 12/07 | Check #34337 | 1,569.55 | | 2,823.37 |
| 12/07 | CCD DEBIT, IRS USATAXPYMT 225274152607285 | 478.00 | | 2,345.37 |
| 12/07 | CCD DEBIT,<br>NEW JERSEY EFT T NJWEB45 091000012162146 | 91.35 | | 2,254.02 |
| 12/09 | CCD DEBIT, IRS USATAXPYMT 225274370250522 | 478.00 | | 1,776.02 |
| 12/15 | DEPOSIT | | 11,475.05 | 13,251.07 |
| 12/15 | Check #34338 | 1,571.26 | | 11,679.81 |
| 12/20 | CCD DEBIT, IRS USATAXPYMT 225275402249068 | 478.00 | | 11,201.81 |
| 12/21 | Check #34339 | 1,578.05 | | 9,623.76 |
| 12/21 | CCD DEBIT,<br>NEW JERSEY EFT T NJWEB45 091000012315529 | 91.35 | | 9,532.41 |
| 12/27 | CCD DEBIT, IRS USATAXPYMT 225276100341316 | 478.00 | | 9,054.41 |
| 12/27 | CCD DEBIT,<br>NEW JERSEY EFT T NJWEB45 091000012345022 | 91.35 | | 8,963.06 |
| 12/30 | Check #34340 | 1,578.05 | | 7,385.01 |

**Checks Paid**   No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---:|---|---|---:|
| 12/07 | 34337 | 1,569.55 | 12/21 | 34339 | 1,578.05 |
| 12/15 | 34338 | 1,571.26 | 12/30 | 34340 | 1,578.05 |

### INTEREST SUMMARY

| | |
|---|---:|
| Beginning Interest Rate | 0.00% |
| Number of days in this Statement Period | 31 |
| Interest Earned this Statement Period | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Interest Paid Year to date | 0.00 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

9:35 AM  
01/03/23

# Assuncao Brothers Inc
## Reconciliation Detail
### 1003 · TD - Payroll, Period Ending 12/31/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 4,392.92 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 11 items** | | | | | | |
| Liability Check | 12/05/2022 | E-pay | United States Treas... | X | -478.00 | -478.00 |
| Liability Check | 12/05/2022 | E-pay | State of New Jersey | X | -91.35 | -569.35 |
| Liability Check | 12/07/2022 | E-pay | United States Treas... | X | -478.00 | -1,047.35 |
| Liability Check | 12/07/2022 | E-pay | State of New Jersey | X | -91.35 | -1,138.70 |
| Paycheck | 12/08/2022 | 34337 | Bruno Simonelli | X | -1,569.55 | -2,708.25 |
| Paycheck | 12/15/2022 | 34338 | Bruno Simonelli | X | -1,571.26 | -4,279.51 |
| Liability Check | 12/16/2022 | E-pay | United States Treas... | X | -478.00 | -4,757.51 |
| Paycheck | 12/22/2022 | 34339 | Bruno Simonelli | X | -1,578.05 | -6,335.56 |
| Liability Check | 12/22/2022 | E-pay | United States Treas... | X | -478.00 | -6,813.56 |
| Liability Check | 12/22/2022 | E-pay | State of New Jersey | X | -91.35 | -6,904.91 |
| Paycheck | 12/29/2022 | 34340 | Bruno Simonelli | X | -1,578.05 | -8,482.96 |
| Total Checks and Payments | | | | | -8,482.96 | -8,482.96 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/15/2022 | Deposit | Vollers CC | X | 11,475.05 | 11,475.05 |
| Total Deposits and Credits | | | | | 11,475.05 | 11,475.05 |
| Total Cleared Transactions | | | | | 2,992.09 | 2,992.09 |
| Cleared Balance | | | | | 2,992.09 | 7,385.01 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Liability Check | 09/28/2022 | E-pay | United States Treas... | | -423.40 | -423.40 |
| Liability Check | 10/26/2022 | E-pay | State of New Jersey | | -91.35 | -514.75 |
| Liability Check | 12/16/2022 | E-pay | State of New Jersey | | -91.35 | -606.10 |
| Liability Check | 12/30/2022 | E-pay | United States Treas... | | -478.00 | -1,084.10 |
| Liability Check | 12/30/2022 | E-pay | State of New Jersey | | -91.35 | -1,175.45 |
| Total Checks and Payments | | | | | -1,175.45 | -1,175.45 |
| **Deposits and Credits - 2 items** | | | | | | |
| Liability Check | 11/16/2022 | 34139 | State of New Jersey | | 0.00 | 0.00 |
| Bill Pmt -Check | 11/16/2022 | 34334 | State of New Jersey | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -1,175.45 | -1,175.45 |
| Register Balance as of 12/31/2022 | | | | | 1,816.64 | 6,209.56 |
| **Ending Balance** | | | | | **1,816.64** | **6,209.56** |

**TD Bank**
America's Most Convenient Bank®

E    **STATEMENT OF ACCOUNT**

ASSUNCAO BROTHERS INC
29 WOOD AVE
EDISON NJ  08820

Page: 1 of 2
Statement Period: Dec 01 2022-Dec 31 2022
Cust Ref #:
Primary Account #: 3707

## TD Business Convenience Plus

ASSUNCAO BROTHERS INC                                          Account # 3707

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,821.40 | Average Collected Balance | 1,821.40 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 1,821.40 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

KCP ADVISORY GROUP, LLC
700 TECHNOLOGY PARK DR STE 212
BILLERICA, MA  01821-4134

# Your Business Advantage Savings
# Preferred Rewards for Bus Platinum Honors

for December 1, 2022 to December 31, 2022                                Account number:         4881
**KCP ADVISORY GROUP, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on December 1, 2022 | $25,002.65 | # of deposits/credits: 2 |
| Deposits and other credits | 75,002.74 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $80,647.89 |
| **Ending balance on December 31, 2022** | **$100,005.39** | Average collected balance: $80,647.89 |

*Annual Percentage Yield Earned this statement period: 0.04%.*
*Interest Paid Year To Date: $5.39.*

---

BUSINESS ADVANTAGE

### Go paperless. It's more secure.

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267



**Your savings account**

KCP ADVISORY GROUP, LLC  |  Account # ██████4881  |  December 1, 2022 to December 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/09/22 | WIRE TYPE:WIRE IN DATE: 221209 TIME:1224 ET TRN:2022120900346136 SEQ:1152611691/000117 ORIG:VOLLERS EXCAVATING & CONS ID:1204000170 SND BK:PROVIDENT BANK ID:221272303 PMT DET:VOLLERS  ASSUNCAO AGREEMENT | 75,000.00 |
| 12/30/22 | Interest Earned | 2.74 |
| **Total deposits and other credits** | | **$75,002.74** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 12/09/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$0.00** |

Note your Ending Balance already reflects the subtraction of Service Fees.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 25,002.65 | 12/09 | 100,002.65 | 12/30 | 100,005.39 |

---

SMALL BUSINESS RESOURCES

**Get valuable information on a wide range of business topics**

Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.



Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QRC feature certain information is collected from your mobile device for business purposes.   SSM-09-22-0050.B  |  4925153



**BANK OF AMERICA**
**Preferred Rewards**
For Business

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

KCP ADVISORY GROUP, LLC
700 TECHNOLOGY PARK DR STE 212
BILLERICA, MA  01821-4134

# Your Business Advantage Savings
# Preferred Rewards for Bus Platinum Honors

for December 1, 2022 to December 31, 2022                                    Account number:  ▮▮▮▮ 4894

**KCP ADVISORY GROUP, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on December 1, 2022 | $232,127.17 | # of deposits/credits: 1 |
| Deposits and other credits | 7.89 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $232,127.42 |
| **Ending balance on December 31, 2022** | **$232,135.06** | Average collected balance: $232,127.42 |

*Annual Percentage Yield Earned this statement period: 0.04%.*
*Interest Paid Year To Date: $31.92.*

---

**BUSINESS ADVANTAGE**

## Go paperless. It's more secure.

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily—online or from our mobile app—24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267



**Your savings account**

KCP ADVISORY GROUP, LLC   |   Account # ########4894   |   December 1, 2022 to December 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/30/22 | Interest Earned | 7.89 |
| **Total deposits and other credits** | | **$7.89** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 12/01 | 232,127.17 | 12/30 | 232,135.06 |

---

SMALL BUSINESS RESOURCES

### Get valuable information on a wide range of business topics

Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.



Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QRC feature certain information is collected from your mobile device for business purposes.    SSM-09-22-0050.B | 4925153

# Assuncao Brothers Inc
## Exhibits C and D
### As of December 31, 2022

| | Type | Date | Num | Name | Memo | Cash Received | Disbursements | Balance |
|---|---|---|---|---|---|---|---|---|
| 1003 · TD - Payroll | | | | | Beginning balance | | | 3,878.17 |
| | Liability Check | 12/05/2022 | E-pay | United States Treasury | 22-1643306 QB Tracking # -638227918 | | 478.00 | |
| | Liability Check | 12/05/2022 | E-pay | State of New Jersey | 221643306/000 QB Tracking # -638066918 | | 91.35 | |
| | Liability Check | 12/07/2022 | E-pay | State of New Jersey | 221643306/000 QB Tracking # 1635126478 | | 91.35 | |
| | Liability Check | 12/07/2022 | E-pay | United States Treasury | 22-1643306 QB Tracking # 1635305478 | | 478.00 | |
| | Paycheck | 12/08/2022 | 34337 | Bruno Simonelli | | | 1,569.55 | |
| | Paycheck | 12/15/2022 | 34338 | Bruno Simonelli | | | 1,571.26 | |
| | Deposit | 12/15/2022 | Deposit | Vollers CC | Rec.Vollers CK#113703 | 11,475.05 | | |
| | Liability Check | 12/16/2022 | E-pay | State of New Jersey | 221643306/000 QB Tracking # -268103918 | | 91.35 | |
| | Liability Check | 12/16/2022 | E-pay | United States Treasury | 22-1643306 QB Tracking # -268024918 | | 478.00 | |
| | Paycheck | 12/22/2022 | 34339 | Bruno Simonelli | | | 1,578.05 | |
| | Liability Check | 12/22/2022 | E-pay | State of New Jersey | 221643306/000 QB Tracking # -5019918 | | 91.35 | |
| | Liability Check | 12/22/2022 | E-pay | United States Treasury | 22-1643306 QB Tracking # -4936918 | | 478.00 | |
| | Paycheck | 12/29/2022 | 34340 | Bruno Simonelli | | | 1,578.05 | |
| | Liability Check | 12/30/2022 | E-pay | State of New Jersey | 221643306/000 QB Tracking # 352285082 | | 91.35 | |
| | Liability Check | 12/30/2022 | E-pay | United States Treasury | 22-1643306 QB Tracking # 352361082 | | 478.00 | |
| | | | | | | 11,475.05 | 9,143.66 | 6,209.56 |
| | | | | | | | | |
| Accounts receivable collections received by Vollers | | | | | | 0.00 | 0.00 | |
| | | | | | | | | |
| 1005 · 8707-TD Operating | | | | | Beginning balance | | | 1,821.40 |
| Total 1005 · 8707-TD Operating | | | | | | | | 1,821.40 |
| | | | | | | | | |
| | | | | | **TOTALS** | 5,699.57  11,475.05 | 9,143.66 | 8,030.96 |

# Assuncao Brothers, Inc.
## A/P Aging Summary
## Exhibit E
### As of December 31, 2022

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Fox Rothschild,LLP** | 154,743.43 | 0.00 | 0.00 | 0.00 | 0.00 | 154,743.43 |
| **Genova Burns LLC** | 6,792.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,792.00 |
| **KCP advisory group** | 26,632.40 | 0.00 | 0.00 | 0.00 | 0.00 | 26,632.40 |
| **Vollers** | 1,118,075.82 | 1,228,603.11 | 455,624.75 | 850,211.12 | 0.00 | 3,652,514.80 |
|  | 1,306,243.65 | 1,228,603.11 | 455,624.75 | 850,211.12 | 0.00 | 3,840,682.63 |

# Assuncao Brothers, Inc
## Exhibit F
### December 2022

| | 1100 · Accounts Receivable | 1110 · Retainage Receivable | Total Accounts Receivable |
|---|---:|---:|---:|
| **Agate Construction Co., Inc.** | | | |
|    AC-13-0712 Rt. 35 Bayhead | 0 | 673 | 673 |
| **Total Agate Construction Co., Inc.** | 0 | 673 | 673 |
| **Anselmi & DiCicco, Inc** | | | |
|    Route 46 | 3,850 | 2,596 | 6,446 |
| **Total Anselmi & DiCicco, Inc** | 3,850 | 2,596 | 6,446 |
| **City Of Jersey City** | | | |
|    Martin Luther King Boulevard | 0 | 270 | 270 |
| **Total City Of Jersey City** | 0 | 270 | 270 |
| **Earle Asphalt Inc.** | | | |
|    Interchange 109 Improvements | 0 | 0 | 0 |
| **Total Earle Asphalt Inc.** | 0 | 0 | 0 |
| **Essex County** | | | |
|    Essex 9 Intersections Various (New) | 0 | 71,840 | 71,840 |
|    Park Ave. 9 Intersections Park Avenu | 0 | 80,242 | 80,242 |
| **Total Essex County** | 0 | 152,082 | 152,082 |
| **Hudson County** | | | |
|    JFK Boulevard Improvements | 61,792 | 0 | 61,792 |
| **Total Hudson County** | 61,792 | 0 | 61,792 |
| **Hunterdon County** | | | |
|    Route 616 - Resurfacing And Drainag | 0 | 25,923 | 25,923 |
| **Total Hunterdon County** | 0 | 25,923 | 25,923 |
| **IEW Construction Group** | | | |
|    IW-10-1025 TPike 102 | 0 | 12,403 | 12,403 |
| **Total IEW Construction Group** | 0 | 12,403 | 12,403 |
| **Konkus Corporation** | | | |
|    Route 206 Doctors Way | 275,471 | 0 | 275,471 |
| **Total Konkus Corporation** | 275,471 | 0 | 275,471 |
| **Middlesex County** | | | |
|    Forsegate & Rossmore | 94,082 | 0 | 94,082 |
| **Total Middlesex County** | 94,082 | 0 | 94,082 |
| **Monmouth, County Of** | | | |
|    Bridge U-15 Replacement | 0 | 2,453 | 2,453 |
| **Total Monmouth, County Of** | 0 | 2,453 | 2,453 |
| **Monroe Township** | | | |
|    Matchaponix | 0 | 23,276 | 23,276 |
| **Total Monroe Township** | 0 | 23,276 | 23,276 |
| **Mount Construction** | | | |
|    Route 30 | 0 | 16,209 | 16,209 |
| **Total Mount Construction** | 0 | 16,209 | 16,209 |
| **Ocean** | | | |
|    Lakewood Traffic Signal Intersection | 0 | 4,464 | 4,464 |
| **Total Ocean** | 0 | 4,464 | 4,464 |
| **Passaic County** | | | |

## Assuncao Brothers, Inc.
## Exhibit F
### December 2022

|  | 1100 · Accounts Receivable | 1110 · Retainage Receivable | Total Accounts Receivable |
|---|---:|---:|---:|
| **Kingland Road Bridge** | 0 | 20,589 | 20,589 |
| **Total Passaic County** | 0 | 20,589 | 20,589 |
| **Piscataway Township** | | | |
| Drake Lane Improvements | 0 | 22,463 | 22,463 |
| **Total Piscataway Township** | 0 | 22,463 | 22,463 |
| **Ritacco Construction Inc.** | | | |
| CR 660 River Road Bridge | 45,637 | 0 | 45,637 |
| Old Newark Pompton Turnpike | 2,089 | 0 | 2,089 |
| Route 3 Bridge over North Second | 578,609 | 0 | 578,609 |
| Route 440 Bridges | 0 | 18,289 | 18,289 |
| **Total Ritacco Construction Inc.** | 626,335 | 18,289 | 644,624 |
| **Schiavone Construction** | | | |
| Bridge Deck Reconstruction | 787,537 | 25,093 | 812,630 |
| Route 72 | | 0 | 0 |
| SC-15-0123 Rt. 72 | | 0 | 0 |
| **Total Schiavone Construction** | 787,537 | 25,093 | 812,630 |
| **South State** | | | |
| Route 295 - Curb | 601,412 | 0 | 601,412 |
| **Total South State** | 601,412 | 0 | 601,412 |
| **Union Paving** | | | |
| Route 3, Route 46 | 322,648 | 6,930 | 329,578 |
| **Total Union Paving** | 322,648 | 6,930 | 329,578 |
| **TOTAL** | **2,773,127** | **333,713** | **3,106,840** |

# Assuncao Brothers, Inc.
## Balance Sheet
**As of December 31, 2022**

|  | Dec 31 2022 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Total Checking/Savings | 8,031 |
| Total Accounts Receivable | 3,106,840 |
| Other Current Assets | |
| Funds held by others | 332,140 |
| 1200 · Costs in Excess of Billings | 707,324 |
| **Total Current Assets** | 4,154,335 |
| **Total Fixed Assets** | 46,465 |
| **TOTAL ASSETS** | **4,200,800** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Total Accounts Payable | 3,840,683 |
| Prepetition Liabilities | 4,962,518 |
| 2080 · Manasquan Bank (LOC) | 359,232 |
| 2100 · Billings in Excess of Cost | 147,907 |
| 2715 · Chrysler - Jeep 2019 - $999.93 | 15,127 |
| 2731 · Komatsu - D39 Doz - $3524.16 | 91,628 |
| 2736 · Wells - DynaPac Roller- $844.59 | 12,669 |
| 2740 · SBA Loan | 500,000 |
| **Total Liabilities** | 9,929,763 |
| **Total Equity** | -5,746,963 |
| **TOTAL LIABILITIES & EQUITY** | **4,182,800** |

Accounts receivable and November revenue does not include an estimate for billings in process.

# Assuncao Brothers, Inc.
## Profit & Loss
### August 2 through December 31, 2022

|  | Aug 2 - Dec 31, 22 | December |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 4000 · Construction Income | 3,699,328 | 735,993 |
| Interest and expense reimbursement | 30,019 | 11,486 |
| **Total Income** | 3,729,347 | 747,479 |
| **Cost of Goods Sold** | | |
| 5020 · Labor | 165,219 | 0 |
| Total 5030 · Materials | 58,360 | 0 |
| 5040 · Subcontractor | 4,417,882 | 1,118,076 |
| 5050 · Trucking / Hauling | 52 | 0 |
| 5250 · Union Benefits Expense | 119,054 | 0 |
| 6040 · Insurance - Workers Comp | 11,001 | 9 |
| **Total COGS** | 4,771,568 | 1,118,085 |
| **Gross Profit** | -1,042,222 | -370,606 |
| **Expense** | | |
| 6000 · Officer Salary | 18,400 | 0 |
| 6005 · Payroll Expenses | 17,854 | 0 |
| 6010 · Office Salaries | 57,689 | 8,000 |
| 6018 · Payroll Taxes | 29,653 | 868 |
| 6020 · Insurance-General Liability | -8,504 | 0 |
| 6050 · Insurance - Health | 4,180 | 0 |
| 6105 · Insurance - Officer | -177 | 0 |
| 6130 · Office - Rent Expense | 2,750 | 0 |
| 6140 · Office - Utilities / Phone | 1,240 | 0 |
| 6170 · Legal Fees / Accounting | 286,535 | 261,535 |
| 6180 · Consulting | 122,757 | 122,757 |
| 6270 · Bank Service Charges | 131 | 0 |
| 6300 · Auto Repairs & Maintenance | 527 | 0 |
| 6320 · Equipment Repairs & Maintenance | 194 | 0 |
| 6325 · Fuel - Vehicle | 136 | 0 |
| 6328 · Fuel - Equipment | 6,490 | 0 |
| 6400 · Interest - Line Of Credit | 9,515 | 0 |
| **Total Expense** | 549,372 | 393,160 |
| **Net Ordinary Income** | -1,591,593 | -763,766 |
| **Other Income/Expense** | | |
| **Other Income** | | |
| Cure Payments | 425,749 | 0 |
| Vollers Sale | -1,267,442 | 108,191 |
| **Total Other Income** | -841,693 | 108,191 |
| **Net Other Income** | -841,693 | 108,191 |
| **Net Income** | **-2,433,286** | **-655,575** |

|  | Budget |
|---|---|
| **Receipts** | |
| Accounts receivable collections | $ 491,000 |
| Vollers expense Reimbursement | 9,000 |
| Total | $ 500,000 |
| | |
| **Disbursements** | |
| Payroll | $ 9,000 |
| Voller post pettion AP | 491,000 |
| Total | $ 500,000 |