# EXHIBIT 1

## Extech Building Materials, Inc. dba Liberty Building Products
### 193 Christie Street
### Newark , NJ 07105

August 18, 2022

Travelers Casualty and Surety Company of America
One Tower Sq
Hartford, CT 06183

Via Certified Mail

Re:    Principal  Conti Enterprises, Inc
       Surety    Travelers Casualty and Surety Company of America
       Claimant  Extech Building Materials, Inc. dba Liberty Building Products
       Project   Newark Liberty International Airport, Terminal A, Redevelopment
       Bond#     106858445

To Whom It May Concern:

Enclosed is a bond claim filed because payment has not been received.  We were hired by
Assuncao Brothers Inc.

Please see the enclosed and contact 201-991-7111

Thank you

cc:    Assuncao Brothers Inc                          Via Certified Mail
       Conti Enterprises, Inc                         Via Certified Mail
       Port Authority of New York/New Jersey          Via Certified Mail

# CLAIM AND AFFIDAVIT OF LABORER MATERIALMAN OR SUBCONTRACTOR

Jerry Manna, Agent for Extech Building Materials, Inc. dba Liberty Building Products
being duly sworn on oath states that

Extech Building Materials, Inc. dba Liberty Building Products herein called Claimant, with offices
    located at        193 Christie Street, Newark, NJ 07105
makes this affidavit on behalf of Claimant; and that he/she is empowered and entitled to do so
and that statements contained herein are true.

That claimant supplied labor and/or material to
    Assuncao Brothers Inc
herein called General Contractor, for the use in performance of General Contractor's contract with
Conti Enterprises, Inc
The public agency is Port Authority of New York/New Jersey

 for Newark Liberty International Airport, Terminal A, Redevelopment
    Contract #     EWR-154.395
    The claim is against the bond #          106858445

As per the contract, the Claimant is owed for such material and/or labor the sum of
    $          110,945.70
 after the application by Claimant to said amount of all backcharges, offsets, collateral or any
other credits, and that the Claimant is not indebted to Contractor on this or any other account.

That Claimant supplied its last labor and/or material to Contractor on      05/18/22

That Claimant has satisfied in full all claims for labor, materials or supplies purchased for use in
connection with Claimant's contract the on above job.

That Claimant makes this affidavit to support claim against the surety bond supplied by the
Contractor, and as inducement for said Surety to pay.

## Verification
The statements therein contained are true to signors knowledge except  as to the matters therein stated
to be alleged on information and belief, and that as to those matters he believes it to be true.

_____

Jerry Manna, Agent for Extech Building Materials, Inc. dba Liberty Building Products

State of     New Jersey
County of   Hudson

## Acknowledgement
On     08/18/22      Jerry Manna, Agent for Extech Building Materials, Inc. dba Liberty Building Products
personally known to me or proved to me the basis of satisfactory evidence to be the individual whose
name is subscribed to the within instrument and acknowledged to me that he/she executed the same in
his/her capacity and that by his/her signature on the instrument, the individual, or the person upon behalf
of which the individual acted, executed the instrument.

_____
Notary Public

Robyn Alvarez
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES    FEB. 10, 2025



## First Return Receipt

SENDER: COMPLETE THIS SECTION

PO BOX 1117
KEARNY, NJ 07032-7117

1. Article Addressed to:

Port Authority of New York/New Jersey
4 World Trade Center
150 Greenwich Street, 25th Floor
New York, NY 10007

9290 9904 3910 0140 2778 08

2. Article Number (Transfer from service label)
9214 7904 3910 0140 2778 04

PS Form 3811 Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Bill (Bu)   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
B. Bru   8-30-22

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☒ No

3. Service Type   ☒ Certified Mail®   ☐ Certified Mail®
Restricted Delivery

Domestic Return Receipt

---

Return Article #:
9290 9904 3910 0140 2778 08

Article #
9214 7904 3910 0140 2778 04

Port Authority of New York/New Jersey
4 World Trade Center
150 Greenwich Street, 25th Floor
New York, NY 10007

RETURN ARTICLE NUMBER
9290 9904 3910 0140 2778 08

ARTICLE NUMBER
9214 7904 3910 0140 2778 04

RECEIPT FOR
CERTIFIED
RETURN RECEIPT MAIL

uilding

CRR delivered:

GC return:

## Second Return Receipt

SENDER: COMPLETE THIS SECTION

PO BOX 1117
KEARNY, NJ 07032-7117

1. Article Addressed to:

Travelers Casualty and Surety Company of America
One Tower Sq
Hartford, CT 06183

9290 9904 3910 0140 2778 77

2. Article Number (Transfer from service label)
9214 7904 3910 0140 2778 73

PS Form 3811 Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Greg Ogonoski   ☐ Agent   ☐ Addressee
Travelers Bond & Property Co

B. Received by (Printed Name)   C. Date of Delivery
☐ Yes
☐ No

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type   ☒ Certified Mail®   ☐ Certified Mail®
Restricted Delivery

Domestic Return Receipt

---

Return Article #:
9290 9904 3910 0140 2778 77

Article #
9214 7904 3910 0140 2778 73

Traveler Casualty and Surety Company of An
One Tower Sq
Hartford, CT 06183

KEARNY NJ 07032
AUG 22 2022

RETURN ARTICLE NUMBER
9290 9904 3910 0140 2778 77

ARTICLE NUMBER
9214 7904 3910 0140 2778 73

RECEIPT FOR
CERTIFIED
RETURN RECEIPT MAIL

uilding Mat

CRR sent: