# EXHIBIT 3

# CLAIM FORM (SUBCONTRACTOR)

**Principal:** Conti Enterprises, Inc.

**Claim No.:** 090-SC-T2211361-NR

**Claimant:** Extech Building Materials, Inc. dba Liberty Building Products

**INSTRUCTIONS:** Please complete the following form, sign and have it notarized, and return it with all enclosures to the address indicated on the accompanying cover letter.

## SECTION 1.    CLAIMANT INFORMATION

### 1.1  Claimant Identification

Contact Person: Sue Meyers

Company: Extech Building Materials Inc. dba Liberty Building Products

Address: 193 Christie St.
Newark, NJ 07105

smeyers@extechbuilding.com

Telephone: (201) 997-7111      Fax: (    )

### 1.2  Tier Information

Who did you contract with directly? (Check one)

☐ The principal listed above.

☒ A subcontractor to the principal. Name: Assuncao Brothers, Inc.

☐ Other. Explain: _____

## SECTION 2.    CLAIM INFORMATION

### 2.1  Project Information:

Please describe the project to which your claim relates: Newark Liberty International Airport, Terminal A, Redevelopment EWR-154.395

### 2.2  Contract Information:

a. Did you have a written contract with the person or company listed in 1.2, above?
☒ Yes   ☐ No

b. If yes, please attach a copy of the contract. If the contract was oral, please describe briefly what the terms were and when it was made:

************************ Our toll-free number is 800-842-8496 ************************
If possible, please send future communications and documents concerning this claim via email to HREISCHE@travelers.com. Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/09/13                                                                                                    C-01a

_____

_____

_____

(attach additional sheet if necessary)

c. Have you provided labor and/or materials to the principal on any other project?
☒ Yes   ☐ No

d. Did you take any collateral or personal guarantees with respect to this account?
☐ Yes   ☒ No

e. Date you began work on the project: 06/15/20

f. Date you last worked on the project (not including warranty work): 05/18/22

2.3 Contract Accounting   N/A - See attached invoices

 a. Amount of Original Contract.......................................... $ _____
 b. Approved Changes to Date............................................ $ _____
 c. Adjusted Subcontract/Purchase Order Amount............... $ _____
 d. Value of Work Performed and/or Approved
    Material Stored on Job Site Through ___/___/___
    (date of last owner paid progress estimate)           $ _____
 e. Retainage on amount in line d, above............................ $ _____
 f. Net Value of Work Performed (line d minus line e)....... $ _____
 g. Total Payments Received................................................ $ _____
 h. Net Current Amount Due (line f minus line g)............... $ _____
 i. Value of Contract Yet to be Performed
    (line c minus line ........................................................... $ _____

2.4 Vendor Debts

Do you owe any sums to your subcontractors and/or suppliers on this project?
☐ Yes   ☒ No
If yes, please indicate vendor names and amounts owed below:

| Subcontractor / Supplier Name | Amount owed |
|---|---|
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |

(attach additional sheet if necessary)

2.5 Contract Administration

*************************** Our toll-free number is 800-842-8496 ***************************
If possible, please send future communications and documents concerning this claim via email to HREISCHE@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/09/13                                                                                          C-01a

a. Did you provide any lien waivers and/or lien releases (of any type) on this job?
☐ Yes   ☒ No

b. Have you been named on any joint checks (whether or not you actually received any funds out of the proceeds of the joint check)?
☐ Yes   ☒ No

2.6  Disputes

a. Has the principal disputed any portion of the amount claimed?
☐ Yes   ☒ No

b. If yes, please describe:

_____

_____

_____

(attach additional sheet if necessary)

**SECTION 3.        DOCUMENTS**

Please attach the following documents. If you have already provided any of the requested documents, please so indicate. It is not necessary to send a second set.

a. A copy of your contract, purchase order, or other form of agreement between your company and the principal or the principals' subcontractor, as appropriate.

☒ Attached        ☐ Already Provided        ☐ Not attached

Reason if not attached: _____

b. Copies of all invoices and/or pay estimates.

☒ Attached        ☐ Already Provided        ☐ Not attached

Reason if not attached: _____

c. Copies of all change orders.

☐ Attached        ☐ Already Provided        ☐ Not attached

Reason if not attached: _____N/A._____

d. Copies of all checks received from the principal (whether on this project or any other project), including joint checks, since you started work on this project.

☐ Attached        ☐ Already Provided        ☒ Not attached

Reason if not attached: _____N/A_____

*************************  Our toll-free number is 800-842-8496  *************************
If possible, please send future communications and documents concerning this claim via email to HREISCHE@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/09/13                                                                                              C-01a

e. A copy of any overall ledger or similar record listing the dates and amounts of all payments received from the principal or on behalf of the principal (on this job or any other job). This need go back only to the last zero balance.

☐ Attached    ☐ Already Provided    ☒ Not attached

Reason if not attached: __N/A__

f. Copies of any correspondence between yourself, the principal, the owner, and the principal's subcontractor(s), relating to your claim.

☒ Attached    ☐ Already Provided    ☐ Not attached

Reason if not attached: _____

g. Copies of any and all notices sent to any party by you or on your behalf regarding this claim, including copies of any return receipts for such notices.

☒ Attached    ☐ Already Provided    ☐ Not attached

Reason if not attached: _____

h. Copies of any and all lien waivers or lien releases you provided.

☐ Attached    ☐ Already Provided    ☒ Not attached

Reason if not attached: __NONE__

i. Copies of any documents relating to collateral and/or personal guarantees taken by you with regard to this account.

☐ Attached    ☐ Already Provided    ☒ Not attached

Reason if not attached: __NONE__

j. A copy of your contractor registration or license, if such registration or license is required by state law.

☐ Attached    ☐ Not Required    ☒ Not attached

Reason if not attached (if required): __N/A__

************************ Our toll-free number is 800-842-8496 ************************
If possible, please send future communications and documents concerning this claim via email to HREISCHE@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/09/13    C-01a

Case 22-16159-CMG    Doc 187-4    Filed 01/24/23    Entered 01/24/23 15:52:50    Desc
Exhibit Exhibit 3 Certificate of Proof of Claim    Page 6 of 6

The Undersigned hereby swears that the information provided is true and accurate to the best of his or her knowledge.

## Certification of Claim

I, __Suzann Merzinger, Credit Manager__ (person completing form), being first duly sworn, say under penalty of perjury that I am responsible for the compilation of the information provided herein, and the foregoing is a true, accurate and complete statement of my claim or my company's claim, and I hereby affirm that the amount claimed is justly due me or my company.

Dated this __12th__ day of __September__, 20__22__

By: _(signature)_

__Suzann Merzinger Credit Mgr for__
(print name)    __Liberty Building Products__

_(signature)_ Notary Public in and for the

State of __New Jersey__

Residing at __Hudson County__

My commission expires __02/10/2025__

Robyn Alvarez
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES    FEB. 10, 2025

************************ Our toll-free number is 800-842-8496 ************************
If possible, please send future communications and documents concerning this claim via email to HREISCHE@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/09/13                                                                                                        C-01n