# EXHIBIT 4

# Extech
## Building Materials

December 23, 2022

Trif & Modugno
Attorneys at Law
89 Headquarters Plaza North Tower, Suite 1201
Morristown, New Jersey 07960

Re: Assuncao Brothers Inc/ Extech Building Materials

Dear Mr. Modugno,

I am in receipt of your email to Sue Meyers dated December 22, 2022.

Please note that our company supplied material to the Newark Liberty International Airport.

The project is protected by a Payment and Performance Bond issued by Travelers to protect material suppliers that are not paid on the project. A claim was submitted on August 18, 2022, against the Bond for $110,945.70 for unpaid invoices.

The General Contractor, which at time of purchase, also guaranteed payment for the material supplied, is Conti Enterprises, Inc. the "Principal" on the Bond.

I do not recognize your client, Vollers Excavating and Construction, Inc., as part of Extech's (Liberty) sales agreement on this project. If your client is willing to pay for the materials provided for the project, you can have them contact me.

At the present moment we have no intention of withdrawing our claim against Surety and Conti Enterprises, Inc.

In addition, I Demand you forward to my office any documentation, applications, agreements, and court orders regarding this matter. The information will then be forwarded to our legal counsel for review.

Regards,

Jerry Manna
Director of Credit


CC: Hannah Reischer- Brode, Travelers Casualty