# EXHIBIT 5

## Schedule 1.01(a)
## Non-Bonded Projects

| Owner | Project | Adjusted Contract Balance | Billed to date | Paid to date | Disputed Change Orders | Back Charges |
|---|---|---|---|---|---|---|
| Conti Construction | EWR - Newark Airport | 895,300 | 701,357 | 586,272 | none | none |
| Konkus Corporation | Route 206 Doctors Way | 2,206,156 | 56,657 | - | none | none |
| Kyle Conti Construction | Rt 577 | 339,800 | 112,040 | 89,492 | none | none |
| Ritacco Construction Inc. | Route 3 Bridge over North Second | 1,161,640 | 585,441 | 563,808 | none | none |
| Ritacco Construction Inc. | River Road CR 6220 Bridge | 762,185 | - | - | none | none |
| Schiavone Construction | Bridge Deck Reconstruction | 3,599,140 | 1,666,482 | 1,055,948 | none | none |
| South State, Inc. | Route 295 - Curb | 6,404,020 | 1,458,016 | 829,972 | none | none |
| South State, Inc. | Adams Lane over Amtrak DP 21134 | 772,073 | - | - | none | none |
| Union Paving | Route 3, Route 46 | 2,415,646 | 1,131,022 | 828,662 | none | none |
| Schiavone Construction | Pulaski Skyway 2 | 4,201,932 | 4,201,932 | 3,814,917 | none | none |
| Schiavone Construction | SC 15-0123 Rt 72 | 1,023,616 | 1,023,616 | 1,003,740 | none | none |
| Anselmi & DiCicco, Inc | Route 22 | 922,296 | 922,296 | 904,759 | none | none |