UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JONATHAN J. LERNER, ESQ.
STARR, GERN, DAVISON & RUBIN, P.C.
101 Eisenhower Parkway, Suite 401
Roseland, N.J. 07068-1640
T: 973.403.9200/ F: 973.364-1403
jlerner@starrgern.com
BART J. KLEIN, ESQ. (co-counsel)
Law Office of Bart J. Klein
2066 Millburn Avenue, Suite 101
Maplewood, N.J. 07040

In Re:

ASSUNCAO BROS., INC.

Case No.: 22-16159(CMG)

Chapter: 11 (Subchapter V)

Adv. No.: 

Hearing Date: January 31, 2023

Judge: Hon. Christine M. Gra

# CERTIFICATION OF SERVICE

1. I, __Lenora Crogier__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jonathan J. Lerner, Esq.__, who represents __Extech Building Materials, Inc. dba I__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __January 24, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Via the Court's Electronic-Filing System

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __January 24, 2023__         /s __Lenora Crogier__
                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Louis A. Modugno, Esq.<br>Trif & Modugno, LLC<br>89 Headquarters Plaza<br>Suite 1201<br>Morristown, NJ 07970<br>Attorneys for Vollers Excavating and Construction, Inc. | Purchaser of Assets | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF FRBP 9014(b),FR<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph J. DiPasquale, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960<br>Attorneys for Debtor and Debtor in Possession Assuncao Bros., Inc. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF FRBP 9014(b),FR<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott S. Rever, Esq.<br>Genova Burns LLC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>(Subchapter 5 Trustee) | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF FRBP 9014(b), FR<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee Margaret McGee<br>U.S. Dept. of Justice<br>Office of the U.S. Trustee<br>One Newark Center<br>1085 Raymond Blvd.<br>Suite 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF FRBP 9014(b),FR<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |