| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**TRIF & MODUGNO, LLC**<br>89 Headquarters Plaza<br>Suite 1201<br>Morristown, New Jersey 07970<br>lmodugno@tm-firm.com<br>Telephone: (973) 547-3611<br>*Counsel to Vollers Excavating and Construction, Inc.* | |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>                Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Judge: Hon. Christine M. Gravelle<br><br>Hearing Date: January 31, 2023 |

## CERTIFICATE OF SERVICE

1. I, Louis A. Modugno, Esq., am counsel to Vollers Excavating and Construction, Inc. in this matter.

2. On January 27, 2023, I sent a copy of the following pleadings and/or documents via email (i) to counsel for Extech Building Materials, Inc. d/b/a Liberty Building Products Liberty; (ii) to counsel for the Debtors via electronic notice, (iii) the Subchapter 5 trustee via electronic notice, and (iv) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102, via electronic notice:

- MEMORANDUM OF LAW IN REPLY TO OPPOSITION TO MOTION FOR ENTRY OF ORDER (I) ENFORCING SALE ORDER AGAINST EXTECH BUILDING MATERIALS, INC., (II) DETERMINING THAT CLAIM AGIANST CONTI ENTERPRISES, INC.'S BONDING COMPANY VIOLATES THE SALE ORDER, (III) DIRECTING LIBERTY TO WITHDRAW THE CLAIM, AND (IV) GRANTING RELATED RELIEF; and

- SUPPLEMENTAL CERTIFICATION OF LOUIS A. MODUGNO, ESQ. WITH EXHIBITS

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements is willfully false, I am subject to punishment.

/s/  *Louis A. Modugno*
Louis A. Modugno

Dated: January 27, 2023