**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**TRIF & MODUGNO, LLC**
89 Headquarters Plaza
Suite 1201
Morristown, New Jersey 07970
lmodugno@tm-firm.com
Telephone:  (973) 547-3611
*Counsel to Vollers Excavating and Construction, Inc.*

Order Filed on January 31, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ASSUNCAO BROS., INC.,

                            Debtor.

Chapter 11 (Subchapter V)

Case No. 22-16159-CMG

Judge: Hon. Christine M. Gravelle

**ORDER (I) ENFORCING SALE ORDER AGAINST EXTECH BUILDING
MATERIALS, INC. d/b/a LIBERTY BUILDING PRODUCTS ("LIBERTY"), (II)
DETERMINING THAT LIBERTY'S CLAIM AGAINST CONTI ENTERPRISES, INC.'S
SURETY VIOLATES THE SALE ORDER, (III) DIRECTING LIBERTY TO
WITHDRAW THE CLAIM AGAINST THE SURETY, AND (IV) GRANTING
RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) though three (3) is hereby

**ORDERED.**

DATE:

**DATED: January 31, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
DEBTOR:        Assuncao Brothers, Inc.
CASE NO:        22-16159-CMG
CAPTION:        **Order (I) Enforcing Sale Order Against Extech Building Materials,
Inc. d/b/a Liberty Building Products ("Liberty"), (II) Determining
that Liberty's Claim Against Conti Enterprises, Inc.'s Surety Violates
the Sale Order, (III) Directing Liberty to Withdraw the Claim against
the Surety, and (IV) Granting Related Relief**

**THIS MATTER** having been brought before the Court upon the motion (the "Motion")[1]
of Vollers Excavating and Construction, Inc. ("Vollers"), the purchaser of substantially all the
assets of Assuncao Brothers, Inc. ("ABI" or the "Debtor"), by and through Vollers' counsel, for
entry of an order (i) enforcing the Sale Order against Extech Building Materials, Inc. d/b/a Liberty
Building Products ("Liberty"), an ABI supplier on a Subcontract between ABI and Conti
Enterprises, Inc.  ("Conti") (ii) determining that Liberty's claim against Conti's surety violates the
Sale Order, (iii) requiring Liberty to withdraw it claim against Conti's surety, and (iv) granting
related relief; and the Court having jurisdiction over the Debtor's Subchapter V Case and the
Motion under 28 U.S.C. §§ 1334(b) and 157, and the Standing Order of Reference to the
Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey,
dated September 18, 2012 (Simandle, C.J.); and the Court having found and determined that the
relief requested in the Motion and provided for herein is proper, lawful, necessary and appropriate;
and after consideration of any opposition to the Motion; and for good cause shown, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Sale Order is enforceable and binding against Liberty; and it is further

**ORDERED** that Liberty's claim against Conti's surety violated the Sale Order; and it is
further

**ORDERED** that, within  10  days of the date hereof, Liberty shall withdraw its claim
against Conti's surety; and it is further

---

[1] Capitalized terms not otherwise defined shall have the same meaning as set forth in the Motion.

Page 3
DEBTOR:          Assuncao Brothers, Inc.
CASE NO:         22-16159-CMG
CAPTION:         **Order (I) Enforcing Sale Order Against Extech Building Materials,
                 Inc. d/b/a Liberty Building Products ("Liberty"), (II) Determining
                 that Liberty's Claim Against Conti Enterprises, Inc.'s Surety Violates
                 the Sale Order, (III) Directing Liberty to Withdraw the Claim against
                 the Surety, and (IV) Granting Related Relief**

      **ORDERED** that, if Liberty does not withdraw its claim against Conti's surety as set forth

herein, Conti's surety shall be authorized to rely on this Order for the purpose of denying the claim

in its entirety; and it is further

      **ORDERED** that Extech shall pay $1,000 to Triff & Mougno, LLC to offset attorney fees

incurred by bringing the motion to enforce the sale order.

