| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**TRIF & MODUGNO, LLC**<br>89 Headquarters Plaza<br>Suite 1201<br>Morristown, New Jersey 07970<br>lmodugno@tm-firm.com<br>Telephone: (973) 547-3611<br>*Counsel to Vollers Excavating and Construction, Inc.* | **Order Filed on January 31, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>                Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Judge: Hon. Christine M. Gravelle |

**ORDER (I) ENFORCING SALE ORDER AGAINST EXTECH BUILDING MATERIALS, INC. d/b/a LIBERTY BUILDING PRODUCTS ("LIBERTY"), (II) DETERMINING THAT LIBERTY'S CLAIM AGAINST CONTI ENTERPRISES, INC.'S SURETY VIOLATES THE SALE ORDER, (III) DIRECTING LIBERTY TO WITHDRAW THE CLAIM AGAINST THE SURETY, AND (IV) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) though three (3) is hereby

**ORDERED.**

DATE:

**DATED: January 31, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| DEBTOR: | Assuncao Brothers, Inc. |
| CASE NO: | 22-16159-CMG |
| CAPTION: | **Order (I) Enforcing Sale Order Against Extech Building Materials, Inc. d/b/a Liberty Building Products ("Liberty"), (II) Determining that Liberty's Claim Against Conti Enterprises, Inc.'s Surety Violates the Sale Order, (III) Directing Liberty to Withdraw the Claim against the Surety, and (IV) Granting Related Relief** |

**THIS MATTER** having been brought before the Court upon the motion (the "Motion")[1] of Vollers Excavating and Construction, Inc. ("Vollers"), the purchaser of substantially all the assets of Assuncao Brothers, Inc. ("ABI" or the "Debtor"), by and through Vollers' counsel, for entry of an order (i) enforcing the Sale Order against Extech Building Materials, Inc. d/b/a Liberty Building Products ("Liberty"), an ABI supplier on a Subcontract between ABI and Conti Enterprises, Inc. ("Conti") (ii) determining that Liberty's claim against Conti's surety violates the Sale Order, (iii) requiring Liberty to withdraw it claim against Conti's surety, and (iv) granting related relief; and the Court having jurisdiction over the Debtor's Subchapter V Case and the Motion under 28 U.S.C. §§ 1334(b) and 157, and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and the Court having found and determined that the relief requested in the Motion and provided for herein is proper, lawful, necessary and appropriate; and after consideration of any opposition to the Motion; and for good cause shown, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Sale Order is enforceable and binding against Liberty; and it is further

**ORDERED** that Liberty's claim against Conti's surety violated the Sale Order; and it is further

**ORDERED** that, within  10  days of the date hereof, Liberty shall withdraw its claim against Conti's surety; and it is further

---

[1] Capitalized terms not otherwise defined shall have the same meaning as set forth in the Motion.

Page 3
DEBTOR: Assuncao Brothers, Inc.
CASE NO: 22-16159-CMG
CAPTION: **Order (I) Enforcing Sale Order Against Extech Building Materials, Inc. d/b/a Liberty Building Products ("Liberty"), (II) Determining that Liberty's Claim Against Conti Enterprises, Inc.'s Surety Violates the Sale Order, (III) Directing Liberty to Withdraw the Claim against the Surety, and (IV) Granting Related Relief**

**ORDERED** that, if Liberty does not withdraw its claim against Conti's surety as set forth herein, Conti's surety shall be authorized to rely on this Order for the purpose of denying the claim in its entirety; and it is further

ORDERED that Extech shall pay $1,000 to Triff & Mougno, LLC to offset attorney fees incurred by bringing the motion to enforce the sale order.



United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16159-CMG |
| Assuncao Bros., Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 31, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen J Barkin | on behalf of Creditor Nobel Equipment & Supplies  Inc. abarkin@sbmesq.com, sandyr@sbmesq.com |
| Charles Allen Yuen | on behalf of Creditor Wiggins Plastics  Inc. cyuen@cyuen-law.com |
| Charles Allen Yuen | on behalf of Creditor Knickerbocker Bed Company cyuen@cyuen-law.com |
| Curtis M Plaza | on behalf of Creditor Manasquan Bank cplaza@riker.com  sdechoyan@riker.com |
| Douglas G. Leney | on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Interested Party Martin Assuncao dleney@archerlaw.com  ahuber@archerlaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 31, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Edward H. O'Hare
    on behalf of Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY eohare@zazzali-law.com

Eric R. Perkins
    on behalf of Creditor Black Rock Enterprises LLC eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins
    on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Fleming Ware
    on behalf of Creditor Komatsu Financial Limited Partnership fware@vedderprice.com

Gary D. Bressler
    on behalf of Creditor NGM Insurance Company gbressler@mdmc-law.com
    scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

John R. Morton, Jr.
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com,
    mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Jonathan J. Lerner
    on behalf of Interested Party Extech Building Materials Inc. JLerner@starrgern.com, LCrogier@starrgern.com

Joseph A. Caneco
    on behalf of Debtor Assuncao Bros. Inc. jcaneco@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Other Prof. KCP Advisory Group LLC Jdipasquale@foxrothschild.com,
    cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Debtor Assuncao Bros. Inc. Jdipasquale@foxrothschild.com,
    cbrown@foxrothschild.com;msteen@foxrothschild.com

Joshua H. Raymond
    on behalf of Creditor Middlesex County Utilities Authority jraymond@msbnj.com

Justin Baumgartner
    on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey jbaumgartner@becker.legal  mambrose@becker.legal

Justin Baumgartner
    on behalf of Creditor Black Rock Enterprises LLC jbaumgartner@becker.legal  mambrose@becker.legal

Louis A. Modugno
    on behalf of Other Prof. Vollers Excavating and Contractors Inc. lmodugno@tm-firm.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Baselice
    on behalf of Creditor IUOE Local 825 Benefit Funds mbaselice@decotiislaw.com

Michael R. Herz
    on behalf of Debtor Assuncao Bros. Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

Philip William Allogramento
    on behalf of Creditor County of Essex pallogramento@connellfoley.com  mcaggiano@connellfoley.com

Richard M. Schlaifer
    on behalf of Creditor J.M. Ahle Co. Inc. rschlaifer@earpcohn.com, vbromley@earpcohn.com

Ryan Richard Sweeney
    on behalf of Creditor Iron Workers District Council Philadelphia and Vicinity Benefit Funds rsweeney@cjtlaw.org

Ryan Richard Sweeney
    on behalf of Creditor Iron Workers Local 11 Benefit Funds rsweeney@cjtlaw.org

Ryan Richard Sweeney
    on behalf of Creditor Iron Workers Local 399 Benefit Funds rsweeney@cjtlaw.org

Scott Aaron Levin
    on behalf of Creditor NGM Insurance Company slevin@mdmc-law.com

Scott S. Rever
    srever@wjslaw.com

Scott S. Rever
    on behalf of Trustee Scott S. Rever srever@genovaburns.com

Case 22-16159-CMG    Doc 193    Filed 02/02/23    Entered 02/03/23 00:14:21    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2023 | Form ID: pdf903 | Total Noticed: 1 |

srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Seth Ptasiewicz
    on behalf of Creditor Northeast Carpenters Benefit Funds sptasiewicz@krollfirm.com

Timothy P. Neumann
    on behalf of Creditor Ralph Clayton & Sons  LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vipin Varghese
    on behalf of Creditor IUOE Local 825 Benefit Funds vvarghese@decotiislaw.com kcaufield@decotiislaw.com;rmcgowan@decotiislaw.com;mdiaz@decotiislaw.com

Virginia T. Shea
    on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com  gbressler@mdmc-law.com

William E. Craig
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 38