| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>jdipasquale@foxrothschild.com<br>Telephone: 973-992-4800<br>Facsimile: 973-992-9125<br>*Counsel to the Debtor and Debtor in Possession* | |
| In Re: | Chapter 11 (Subchapter V) |
| ASSUNCAO BROS., INC., | Case No 22-16159-CMG |
| Debtor. | Judge: Hon. Christine M. Gravelle |

## CERTIFICATE OF SERVICE

1.   I, Karen Chase

☒   am an Operations Assistant employed by KCP Advisory Group, LLC, financial advisors to Debtor in the above-captioned matter.

2.   On February 2, 2023, I sent a copy of the following pleadings and/or documents to the parties listed on the attached service lists via first class mail, postage pre-paid:

- Debtor's Subchapter V Plan of Reorganization [Doc. No. 189];
- Order Setting Deadlines and Scheduling Confirmation Hearing [Doc. No. 190]; and
- A form of Ballot.

3.   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  February 6, 2023

KAREN CHASE

142476013.1

Allen G. Kadish, Esq.
Archer & Greiner, PC
1211 Avenue of the Americas
New York, NY  10036

Allen J. Barkin, Esq.
Schwartz Barkin & Mitchell
1110 Springfield Road
PO Box 1339
Union, NJ  07083-1339

Anhony Ricciardi
Dept of Transportation
PO Box 600
Trenton, NJ  08625-0600

Anselmi & DeCicco Inc.
1977 Springfield Ave
Maplewood, NJ  07040

Armento Kirkland
Dept of Transportation
PO Box 600
Trenton, NJ  08625-0600

Charles Allen Yuen, Esq.
Charls Allen Yuen LLC
300 Main Street
Suite 21 PMB650
Madison, NJ  07940

Chrysler Capital
PO Box 916275
Fort Worth, TX  76161

Conti Construction
Kyle Conti
749 Clawson Ave
Hillsborough Twp, NJ  08844

County Concrete Corp
Macce & Cresti PC
c/o John Macce, Esq.
17 East Main Street
Clinton, NJ  08809

County of Essex
465 Dr.Martin Luther King Jr. Blvd
Newark, NJ  07102

County of Hunterdon
71 Main Street
PO Box 2900
Flemington, NJ  08822

County of Ocean
101 Hooper Avenue
Toms River, NJ  08753

Diamond Sand and Gravel Inc. d/b/a Spart
Redimix
c/o McElroy Deutsch Mulvaney Carpenter
Michael R. Morano, Esq.
1300 Mt. Kemble Avenue - PO box 2075
Morristown, NJ  07960

Diamond Sand and Gravel Inc. d/b/a Spart
Redimix
c/o McElroy Deutsch Mulvaney
CarpenterJames J. Tarnofsky, Esq.
1300 Mt. Kemble Avenue - PO box 2075
Morristown, NJ  07960

Douglas G. Leney, Esq.
Archer & Greiner, PC
Three Logan Square - 1717 Arch Street
Suite  3500
Philadelphia, PA  19103

Eammon O'Hagan
US Attorney's Office, District of NJ
970 Broad Street
Newark, NJ  07102

Earle Asphalt
1800 Rout 34
Building 2, Suite 205
Wall, NJ  07719

Edward H.O'Hare, Esq.
Zazzali, Fagella, Nowack, Kleinbaum &
Freidman
570 Broad Street
Suite 1402
Newark, NJ  07102

Eric R. Perkins, Esq.
Becker LLC
354 Eisenhower Parkway
Suite 1500
Livingston, NJ  07039

Essex County Sheriff's Office
attn:  James Spango
Special Services
50 West Market Street  - Room 201
Newark, NJ  07102

Fleming Ware
Vedder Price
1633 Broadway
Suite 31st Floor
New York, NY  10019

Garry Masterson
Weltman Weinberg & Reis Co
965 Keynote Circle
Cleveland, OH  44131

Hudson County
583 Newark Avenue
Jersey City, NJ  07306

John R. Morton, Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ  08057

Joshua H. Raymond, Esq.
McManimon, Scotland & Baumann, LLC
75 Livinston Avenue
Suite 200
Roseland, NJ  07068

Justin Baumgartner, Esq.
Becker LLC
354 Eisenhower Parkway
Suite 1500
Livingston, NJ  07039

Knickerbocker Bed Co
770 Commercial Ave
Carlstadt, NJ 07072

Konkus Corporation
60 Old Camplain Rd
Hillsborough Twp, NJ  08844

Louis A Modugno, Esq.
Trif & Modugno, LLC
89 Headquarters Plaza North Tower
Suite 1201
Morristtown, NJ  07960

Maggie McGee, Esq.
United States Trustee
One Newark Center
1085 Raymond Blvd - 21st Floor
Newark, NJ  07102

Heavy and General Laborers Fund of NJ
c/o Zazzali Fagella Nowak  Kleinbaum
570 Broad Street – Suite 1402
Newark, NJ  07102

White Cap
c/o Bart Kein
Law Office of Bark Klein
2066 Milburn Ave
Maplewood, NJ   07040

Eastern Concrete
c/o Tesser & Cohen
946 Main Steret
Hackensack, NJ  07601

KCP Advisory Group LLC
700 Tchnology Park Drive
Billerica, MA  01821

Michael A. Baselice, Esq.
DeCotiis, Fitzpatrick, Cole & Giblin LLP
61 South Paramus Road
Suite 250
Paramus, NJ  07652

Michael Herz, Esq
Fox Rothschild LLP
49 Market Street
Morristown, NJ  07960

Middlesex County Utilities Authority
2571 Main Street Extension
PO box 159
Sayreville, NJ  08872

Middlesex Coutnty
75 Bayard Street
New Brunswick, NJ  08901

Monmouth County
One East Main Street
PO Box 1255
Freehold, NJ  07728

Morristown Township
200 South Street
1st Floor
Morristown, NJ  07960

NGM Insurance Company
c/o McElroy Deutsch Mulvaney Carpenter
Adam R. Schwartz, Esq.
1300 Mt. Kemble Avenue - PO box 2075
Morristown, NJ  07960

NGM Insurance Company
c/o McElroy Deutsch Mulvaney Carpenter
Gary D. Bressler, Esq.
1300 Mt. Kemble Avenue - PO box 2075
Morristown, NJ  07960

NGM Insurance Company
c/o McElroy Deutsch Mulvaney Carpenter
Scott A. Levin, Esq.
1300 Mt. Kemble Avenue - PO box 2075
Morristown, NJ  07960

NGM Insurance Company
c/o McElroy Deutsch Mulvaney Carpenter
Virginia T. Shea, Esq.
1300 Mt. Kemble Avenue - PO box 2075
Morristown, NJ  07960

Northwest Carpenters Funds
c/o Steve Shaefer
Raritan Plaza II
91 Fieldcrest Ave - 3rd floor
Edison NJ  08837

Passaic County Admin Bldg
401 Grand Street
Paterson, NJ  07505

Philip W. Allogramento, III
Connell Foley LLP
56 Livingston Avenue
Roseland, NJ  07068

Raritan Pipe and supply
301 Meadow Rd
#B
Edison, NJ  08817

Richard M. Schlaifer, Esq.
Earp Cohn, PC
20 Brace Road -
Suite 400
Cherry Hill, NJ  08034

Ritacco Construction Inc.
10 Lawrence St
Belleville, NJ  07109

Ryan Richard Sweeney, Esq.
Cleary Josem & Trignani LLP
325 Chestnut Street
Suite 200
Philadelphia, PA  19106

Schiavone Construction Co.
c/o Mark Revello
150 Meadowlands Pkwy
2nd Floor
Secaucus, NJ  07094

Scott Rever, Esq.
Genova Burns
110 Allen Road
Basking Ridge, NJ  07920

Seth Ptasiewicz, Esq.
Kroll Heineman Ptasiewicz & Parsona LLC
99 Wood Avenue South
Suite 307
Iselin, NJ  07226

Small Business Administration
2 North 20th Street
Suite 320
Birmingham, AL  35203

Somerset Public Worls
20 Grove Street
Somerville, NJ  08874

South State Inc.
202 Reeves Rd
Bridgeton, NJ  08302

Susan McElhare
Dept of Transportation
PO Box 600
Trenton, NJ  08625-0600

Timothy P. Neumann, Esq.
Broege, Neumann, Fischer & Shaver LLC
25 AbeVoorhees Drive
Manasquan, NJ  08736

Township of Monroe
1 Municipal Plaza
Monroe, NJ 08831

Township of Piscataway
455 Hoes Lane
Piscataway, NJ  08854

Union Paving & Construction
1140 Globe Ave
Mountainside, NJ  07092

Vicki Tilghman-Ansley
Dept of Transportation
PO Box 600
Trenton, NJ  08625-0600

Vipin Varghese, Esq.
DeCotiis, Fitzpatrick, Cole & Giblin LLP
61 South Paramus Road
Suite 250
Paramus, NJ  07652

142179871.1

Volvo Car Financial Services
PO Box 91300
Mobile Al  36691-1300

Wells Fargo Equipment Fiannce
420 Montgomery Street
San Francisco, ca 94104

Wells Fargo Vendor Financial Services
600 South 4th Steet
MAC N900-10
Minneapolis, MN  55415

Wiggins Plastics Inc.
182 Kingsland Rd
Clifton NJ  07014

William E. Craig, Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ  08057

Z Brothers Concrete Contractors
304 Jernee Mill Rd
Sayreville, NJ  08872

142179871.1

142179871.1

Label Matrix for local noticing
0312-3
Case 22-16159-CMG
District of New Jersey
Trenton
Tue Jan 24 11:43:18 EST 2023

AmeriCredit Financial Services, Inc. dba GM
4000 Embarcadero Drive
Arlington, TX 76014-4101

Assuncao Bros., Inc.
29 Wood Avenue
Edison, NJ 08820-3503

Black Rock Enterprises LLC
c/o Becker LLC
345 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, NJ 07039-1722

Horizon Blue Cross Blue Shield of New Jersey
c/o Becker LLC
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, NJ 07039-1022

IUOE Local 825 Benefit Funds
65 Springfield Avenue 2nd Floor
Springfield, NJ 07081-1308

Iron Workers District Council Philadelphia a
1807 Spring Garden Street
Philadelphia, PA 19130-3916

Iron Workers Local 11 Benefit Funds
12 Edison Place
Springfield, NJ 07081-1310

Iron Workers Local 399 Benefit Funds
26 W. Fleming Pike
Hammonton, NJ 08037

J.M. Ahle Co., Inc.
c/o Richard M. Schlaifer, Esq.
Earp Cohn PC 20 Brace Road
Suite 400
Cherry Hill, NJ 08034

KCP Advisory Group, LLC
700 Technology Park Drive
Suite 212
Billerica, MA 01821-4134

Manasquan Bank
c/o Riker Danzig LLP
One Speedwell Avenue
Morristown, NJ 07960-6838

Nobel Equipment & Supplies, Inc.
1920 E Edgar Rd
Linden, NJ 07036-1515

Santander Consumer USA Inc. dba Chrysler Cap
2860 Patton Rd.
Roseville, MN 55113-1100

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608-1507

A. Azevedo Trucking
2730 Killian Place
Union, NJ 07083-6458

ABC Supply Co. Inc.
700 E. Lincoln Ave.
Rahway, NJ 07065-5712

AIRGAS USA, LLC
PO Box 734445
Chicago, IL 60673-4445

AMEX
PO Box 1270
Newark, NJ 07101-1270

ANS Consultants, Inc.
4405 South Clinton Ave.
South Plainfield, NJ 07080-1230

ASCO
Acetylene Supply Company
475 Route 9 South
Woodbridge, NJ 07095

AVS DESIGN INC.
228 Lackawanna Ave
Roosevelt Roads, PR 00742-4000

Abeco Limited Liability Company
Martin Assuncao
7 Hazelwood Court
Warren, NJ 07059-6799

Abreu Truck Service
283-299 Frelinghuysen Ave
Newark, NJ 07114-1415

Accredited Analytical Resources, LLC
20 Pershing Avenue
Carteret, NJ 07008-3318

Acrow Corporation of America
181 New Road
Parsippany, NJ 07054-5645

Advanced Testing Company, Inc.
3348 Route 208
Campbell Hall, NY 10916-3508

Allegiance Trucks
525 W Linden Ave
Linden, NJ 07036-6507

Ally Bank
PO Box 9001948
Louisville, KY 40290-1948

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438-0901

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express National Bank
c/o Doyle & Hoefs, LLC
2043 Springwood Road
Attn: Michael J. Hoefs, Esq.
York, PA 17403-4836

American Forensic Engineering
3030 North Rocky Point Dr. West
Tampa, FL 33607-5803

American Forest Products dba Tulnoy Lumber
1620 Webster Ave
Bronx, NY 10457-8074

Anchor an Oldcastle Company
331 Newman Springs Rd Ste 236
Red Bank, NJ 07701-6769

Anthony Lucciola
51 Brookwood Road
Spotswood, NJ 08884-1707

Anthony Philip Enterprises
21 Dead River Road
Warren, NJ 07059-6797

Apple Coring & Sawing, LLC
350 Market Street
Kenilworth, NJ 07033-2034

Atlantic Health System
PO Box 21385
New York, NY 10087-1385

B2W Software
99 Bow Street Suite 500
Portsmouth, NH 03801-3846

BCI Truck, Inc.
356 Highway 31
Flemington, NJ 08822-5741

BJR Trucking LLC
363 Freehold Rd
Jackson, NJ 08527-4670

Barclay Brand Ferdon
PO Box 341
South Plainfield, NJ 07080-0341

Barclay Card
PO Box 1337
Philadelphia, PA 19105

Belleville Police Department
152 Washington Ave
Belleville, NJ 07109-2589

Bernards Township Police
1 Collyer Lane
Basking Ridge, NJ 07920-1442

Black Rock Enterprises LLC
c/o Becker LLC
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, New Jersey 07039-1022

Black Rock Enterprises, LLC
1316 Englishtown Road
Old Bridge, NJ 08857-1577

Boa Hora Trucking, LLC
45 Charles Street
South River, NJ 08882-1605

Boro of South Bound Brook
12 Main Street
South Bound Brook, NJ 08880-1407

Borough Of Bernardsville
166 Minebrook Road
Bernardsville, NJ 07924-2103

Boss Landscaping, LLC
14 Maxim Court
Jackson, NJ 08527-3894

(p)BOSWELL ENGINEERING
ATTN LEGAL DEPARTMENT
330 PHILLIPS AVENUE
SOUTH HACKENSACK NJ 07606-1722

Bowco Laboratories
75 Freeman Street
PO Box 1219
Woodbridge, NJ 07095-7219

(p)BRENT MATERIAL COMPANY
325 COLUMBIA TURNPIKE SUITE 308
FLORHAM PARK NJ 07932-1212

Bruce R Koerner Cranes & Equipment
400 Franklin Ave
Rockaway, NJ 07866-4050

Brucelli Advertising Co., Inc.
310 S. Blakely Street
Scranton, PA 18512-2233

Builders General
PO Box 95
Little Silver, NJ 07739-0095

Burlington County Regional Chamber of
Commerce
520 Fellowship Road, E-502
Mount Laurel, NJ 08054-3417

Buy Wise
301 Vauxhall
Vauxhall, NJ 07088

C&H Bonding
783 Riverview Drive
P.O. Box 324
Totowa, NJ 07511-0324

CB Tech Support
1253 Springfield Ave. PMB 182
New Providence, NJ 07974-2931

CCLENJ
1670 NJ 34
Farmingdale, NJ 07727

CHRYSLER CAPITAL
P.O. BOX 961275
FORT WORTH, TX 76161-0275

CMC Truck Repair
1500 Seymour Street South
South Plainfield, NJ 07080-1483

CME Associates
3141 Bordentown Ave.
Parlin, NJ 08859-1162

Cambria Companies
PO BOX 51061
Newark, NJ 07101-5161

Campbell Foundry Company
800 Bergen St.
Harrison, NJ 07029-2034

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital Pix, LLC
22 Fifth St.
South River, NJ 08882-2419

Caspert Managment CO.,Inc
11 Oxford Rd North
Caldwell, NJ 07006-4215

Cedar Hill Topsoil
127 Cedar Grove Lane
Somerset, NJ 08873-4718

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Cesario Construction Company Inc.
18 Birchwood Court
East Hanover, NJ 07936-3140

Charles D. Mueller
The Equitable Building
120 Broadway, 28th Floor
New York, NY 10271-2901

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

City Of East Orange
15 South Munn Avenue
East Orange, NJ 07018-3829

Clayton Block
PO Box 3015
Lakewood, NJ 08701-9015

Cohen Seglias
1600 Market Street 32nd floor
Attn: Accounts Receivable
Philadelphia, PA 19103-7210

Colliers Engineering & Design, Inc
331 Newman Springs Road Suite 203
Red Bank, NJ 07701-5691

Comenity-Williams-Sonoma
PO Box 659705
San Antonio, TX 78265-9705

Construction Information Syst
170 Kinnelon Road
Butler, NJ 07405-2316

Contech Engineered Solutions, LLC
PO Box 936362
Atlanta, GA 31193-6362

County Concrete Corp.
PO BOX F
Kenvil, NJ 07847-1005

County Of Hudson
Office of the Sheriff
567 Pavonia Ave. FL .3
Jersey City, NJ 07306-1803

County of Essex
Purchasing Dept.
465 Dr. Martin Luther King Blvd
Newark, NJ 07102

County of Hunterdon
71 Main Ttreet Bldg.1
2nd FL
Flemington, NJ 08822-2900

County of Ocea
Dept of Purchasing
101 Hooper Ave
Gaylordsville, CT 06755

Custom Bandag Inc.
401 East Linden Ave.
Linden, NJ 07036-2411

D&R Industrial Saw Co.
148 Rome Street
Newark, NJ 07105-3488

DNJ Transport, LLC
PO Box 6819
Elizabeth, NJ 07206-6819

Dan Swayze & Son Inc.
2351 Waldheim Ave
Scotch Plains, NJ 07076-2151

Dayton Inspection Services, Inc.
118 Burrs Road C-1
Mount Holly, NJ 08060-4415

Detectable Warning Products, Inc.
4600 Summerlin Rd C-2/ 421
Fort Myers, FL 33919-3005

Diamond Sand and Gravel
33 Demarest Road
Sparta, NJ 07871-3441

Dock Builders Local 1556
NYC & Vicinity Dist. Council of Carpente
395 Hudson Street 9th Floor
New York, NY 10014-7450

Down's Tree Service
65 Royal Ave
Hawthorne, NJ 07506-1916

Drobach Equipment Rental Co
2240 Route 22 East
Union, NJ 07083-8406

EBF Enterprises LL
PO Box 142
Hope, NJ 07844-0142

EIC Group, LLC
420 Route 46 East Suite 1
Fairfield, NJ 07004-1952

EP Henry Corp
PO Box 822589
Philadelphia, PA 19182-2589

EZ Auto Glass
322 US HWY 1
Edison, NJ 08817-4489

EZ PASS
PO Box 52009
Newark, NJ 07101-8209

East Trading West Investments LL
DBA American Traffic & Street Sign
200 South Jefferson Street
Orange, NJ 07050-1409

East Trading West Investments LLC
1919 Duffield Lane
Alexandria, VA 22307-1177

Eastern Concrete Materials Inc
250 Pehle Ave Plaza One, Suite 503
Saddle Brook, NJ 07663

Elizabethtown Gas
PO Box 603
Bellmawr, NJ 08099-0603

Elph Stone, Inc.
PO Box 228
High Bridge, NJ 08829-0228

Extra Duty Solution
Seacoast Business Funding
PO Box 60479
Charlotte, NC 28260-0479

FAI-GON Electric, Inc.
140 Eleventh Street
Piscataway, NJ 08854-1952

Ferriero Engineering, Inc.
180 Main St.
Chester, NJ 07930-2537

Ficor Company, Inc
PO Box 65
Ogdensburg, NJ 07439-0065

Fitzgerald Formliners
1500 E. Chestnut Ave
Santa Ana, CA 92701-6321

FleetPride Truck & Trailer Parts
PO Box 847118
Dallas, TX 75284-7118

Floor Coverings International
178 Route 206
Hillsborough, NJ 08844-4149

French & Parrello
1800 Route 34 Suite 101
Belmar, NJ 07719-9144

GM Financial
PO Box 183593
Arlington, TX 76096-3593

Gamka Equipment, Inc.
983 New Durham Road
Edison, NJ 08817-2253

Garden State Bob Cat
999 Route 33
Freehold, NJ 07728-8440

Garden State Precast Ins
PO Box 702
Farmingdale, NJ 07727-0702

Garden State Precast, Inc.
c/o Kelley O'Malley
PO Box 702
Farmingdale, NJ 07727-0702


George Logan Towing
371 Old Georges Road North
North Brunswick, NJ 08902-4818

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

GreenRock Recycling, LLC
3 Frontage Road
Clinton, NJ 08809


HD Supply
PO Box 4852
Orlando, FL 32802-4852

HRRG
PO Box 8486
Pompano Beach, FL 33075-8486

Hedinger & Lawless L.L.C.
23 Vreeland Road, Suite 150
Florham Park, New Jersey 07932-2199


High Tech Landscapes, Inc
10 Culnen Drive
Somerville, NJ 08876-5400

Highway Equipment Co of NJ
615 STATE ROUTE 33
MILLSTONE TOWNSHIP, NJ 08535-8105

Highway Equipment Co, of New Jersey, Inc
PO Box 645866
Pittsburgh, PA 15264-5256


Highway Traffic Control Inc.
60 Moore Place
Belleville, NJ 07109-1914

Hodge Landscaping
7 Hickory Lane
North Brunswick, NJ 08902-1311

Holt Machinery Company
504 Raritan St.
Sayreville, NJ 08872-1429


Hoover Truck Centers
P.O. Box 719
Flanders, NJ 07836-0719

Horizon Blue Cross / Blue Shield of N
PO Box 10130
Newark, NJ 07101-3130

IJA SOLUTIONS,LLC
5 Lyons Mall PMB 185
Humacao, PR 00792


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS - Department of Treasury
PO Box 7346
Philadelphia, PA 19101-7346

Icon Equipment Distrubitors
300 Ryders Lane
East Brunswick, NJ 08816-2051


Insurance Office of America
1451 Route 34, Suite 101
Farmingdale, NJ 07727-1614

International Bronze Plaque Co.
17031 Alico Commerce Court #3
Fort Myers, FL 33967-2508

Iron Workers Disdict Local 399
Council Benefit and Pension Fund
26 East Fleming Pike
Hammonton, NJ 08037-2410


Ironworkers District Council Benefit Funds
1807 Spring Garden Street
Philadelphia, PA 19130-3916

Ironworkers Local 399 Benefit Funds
26 W. Fleming Pike
Hammonton, NJ  08037

Ironworkers Local No. 11 Benefits Fundsr
12 Edison Place
Springfield, NJ 07081-1310


J.J. Keller & Associates, Inc.
P.O. 6609
Carol Stream, IL 60197-6609

J.M. Santos Trucking, LLC
24 North 9th Street
Kenilworth, NJ 07033-1540

J.W. Goodlife & Son,Inc.
PO Box 69034
Baltimore, MD 21264-9034

JCP&L
Box 3687
Akron, OH 44309-3687

JL Landscaping, LLC
630 Main Street, Suite C
Sayreville, NJ 08872-1338

JL Services
630 Main Street Suite C
Sayreville, NJ 08872-1338

JM Ahle, Inc.
190 William St Suite 2D
South River, NJ 08882-1100

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jerry's Towing and Diesel Repair
1156 Toms River Road
Jackson, NJ 08527-5242

Jersey Coast Fire Equip
377 Asbury Road
Farmingdale, NJ 07727-3604

Jesco, Inc
118 St.Nicholas Avenue South
South Plainfield, NJ 07080-1892

John Deere Credit
PO Box 4450
Carol Stream, IL 60197-4450

John Deere Financial, f.s.b.
c/o Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Cleveland, OH 44131-1829

Jomig Investments
224C Forsgate Drive
Spotswood, NJ 08884

K&M Construction Services, LLC
6 Wilcox Ave
South River, NJ 08882-1951

KIll Surveying & Construction Services
4 Margo Place
Trenton, NJ 08620-2434

KTS Heavy Hauling Inc.
9 Pace Drive
Edison, NJ 08820-2208

Kenco Corp.
170 PA -271
Ligonier, PA 15658

Knickerbocker Bed Company
770 Commercial Avenue
Carlstadt, NJ 07072-2678

KobelCo Financial / Wells Fargo
Wells Fargo Vendor Financial Services
PO Box 07024
Philadelphia, PA 19149-0024

(p)KOMATSU AMERICA CORP
ATTN BEA BARRY
8770 W BRYN MAWR AVENUE STE 100
CHICAGO IL 60631-3782

Komatsu Financial Limited Partnership
c/o Mitchell D. Cohen, Esq.
Vedder Price P.C
1633 Broadway, 31st Floor
New York, NY 10019-6764

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Kubota Credit Corporation, U.S.A.
P.O. Box 2046
Grapevine, TX 76099-2046

LC Equipment, Inc
PO Box 595
394 Route 49
Tuckahoe, NJ 08250-0595

Lakewood Township Police
231 3rd Street
Lakewood, NJ 08701-3220

Lawson Products Inc.
PO BOX 734922
Chicago, IL 60673-4922

Leisure Village Association
19 Buckingham Drive
Lakewood, NJ 08701-6297

Leon S. Avakian, Inc.
788 Wayside Road
Neptune, NJ 07753-2766

Liberty Building Products
193 Christie Street
Newark, NJ 07105-3915

Lincoln Benefit Life Company
PO Box 856764
Minneapolis, MN 55485-6764

Lisa Assuncao
29 Wood Ave
Edison, NJ 08820-3503

Lisbon Contractors
40 Coyle Street
Parlin, NJ 08859-1006

Lisbon Trucking
40 Coyle Street
Parlin, NJ 08859-1006

Lopes Trucking
390 Spring Valley Road
Old Bridge, NJ 08857-3510

Lorco Petroleum Services
450 South Front Street
Elizabeth, NJ 07202-3009

M&A Tree Service Inc.
150 West End Ave.
Somerville, NJ 08876-1834

M. Olivera Trucking, Inc
794 Parker Street
Newark, NJ 07104-2318

Manasquan Bank
2221 Landmark Place
Attn:  Erin Pensabene
Manasquan, NJ 08736-1051

Mandelbaum Barrett
3 Becker Farm Road Suite 105
Roseland, NJ 07068-1726

Mario's Heavy Equipment
78 Battleground Rd
Millstone Township, NJ 08535-1023

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

Martin Assuncao
29 Wood Ave
Edison, NJ 08820-3503

Martin Contracting
PO Box 15
Verona, NJ 07044-0015

Metropolitan Staple Corp
11 Brown Ave.
Springfield, NJ 07081-2901

Michaels Towing Service
1153 Rahway Avenue
Avenel, NJ 07001-2116

Mid-Atlantic Truck Center
525 W. Linden Ave
Aguas Buenas, PR 00703-6000

Middlesex County Utilities Authority
Solid Waste Division
53 Edgeboro Road
East Brunswick, NJ 08816-1636

Middlesex County Utilities Authority
c/o Joshua Raymond, Esq.
McManimon, Scotland & Baumann, LLP
75 Livingston Ave, 2nd Floor
Roseland, NJ 07068-3701

Middlesex Water Company
PO Box 826538
Philadelphia, PA 19182-6538

Miller GMC
920 US -1
Woodbridge, NJ 07095

Morris County, Purchasing Division
10 Court Street
Morristown, NJ 07960

Motor Carrier Services
IRP Section
120 South Stockton Street
PO Box 178
Trenton, NJ 08666-0178

NGM Insurance Company
c/o MCELROY, DEUTSCH, MULVANEY, et al
1300 Mount Kemble Avenue
Attn: ADAM R. SCHWARTZ
Morristown, NJ 07960-8009

NJ American Water
1 Water Street
Camden, NJ 08102-1658

NJ Department of the Treasury
Div of Purchase & Property Contract
Compliance Audit Unit
Trenton, NJ 08625-0206

NJ Dept. of Labor
Division Employer Accounts
PO Box 379
Trenton, NJ 08625-0379

NJ Dept. of Labor, Div Employer Accounts
PO Box 379
Trenton, NJ 08625-0379

(p)STATE OF NEW JERSEY   DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

(p)STATE OF NEW JERSEY
DIVISION OF TAXATION BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08646-0245

NJM Insurance Group
PO Box 1228
Trenton, NJ 08628-0277

NJMVC Revenue Processing Center
PO Box 008
Trenton, NJ 08646-0008

NYP Corp
805 East Grand St.
Elizabeth, NJ 07201-2794

Najarian Associates
1 Industrial Way
Eatontown, NJ 07724-4227

Napco
P.O. BOX 234
Lyndhurst, NJ 07071-0234

National Fence Systems, Inc
1033 Route 1
Avenel, NJ 07001

New Jersey American Water
Box 371331
Pittsburgh, PA 15250-7476

New Jersey Dept of Labor
1 John Fitzh Way
Trenton, NJ 08611-1760

New Jersey Family Support Payment Center
PO Box 4880
Trenton, NJ 08650-4880

(p)NJ EZPASS
ATTN NJ EZPASS/ MARISOL ALVARADO
375 MCCARTER HIGHWAY
SUITE 200
NEWARK NJ 07114-2562

New Jersey Turnpike Authority
PO Box 24778
Tampa, FL 33623-4778

Newark Police Department
Outside Employment Unit
22 Franklin Street, 3rd Floor
Newark, NJ 07102-3536

Newark Steel Ironworks
41 Frelinghuysen Ave
Newark, NJ 07114

Nischwitz Ashbrook Energies Inc
223 Front Street
South Plainfield, NJ 07080-3431

Nobel Equipment & Supplies
1920 US Hwy# 1
Linden, NJ 07036

Northeast Carpenters Funds
c/o Seth Ptasiewicz, Esq.
Kroll Heineman
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830-2715

Northwestern Mutual Life Ins.
1201 Troy Schenectady Rd. Ste. 120
Latham, NY 12110-1028

OCA Benefit Services
3705 Quakerbridge Rd Suite 216
Trenton, NJ 08619-1288

Ocean County Engineering
129 Hooper Ave 2nd Floor
Toms River, NJ 08753-7605

Oldcastle Infracture
P.O. BOX 416951
Boston, MA 02241-6951

Oldcastle Infrastructure, Inc.
7000 Central Parkway, Suite 800
Atlanta, GA 30328-4579

Oli & Sons Trucking
51 King George Road
Warren, NJ 07059-7026

Operating Engineers Local 825
65 Springfield Ave
Springfield, NJ 07081-1308

Optimum
P.O. Box 371378
Pittsburgh, PA 15250-7378

P.M. Construction Corp.
1310 Central Ave
Hillside, NJ 07205-2614

POWERPAK
225 N. Route 303
Congers, NY 10920-3001

PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444

Peapack & Gladstone Police Department
1 School Street
PO Box 218
Peapack, NJ 07977-0218

Peckham Road Corp
375 Bay Rd. Suite 201
Queensbury, NY 12804-3013

Penafiel Transport, LLC
14 La France Avenue
Bloomfield, NJ 07003-5632

Penn National Insurance
PO BOX 13746
Philadelphia, PA 19101-3746

Pennsylvania Jersey Concrete
2819 Fire Road
Egg Harbor Township, NJ 08234-4071

Photo Dynamics & Maintenance Corp.
367 Central Park Ave
Yonkers, NY 10704-2907

Piscataway Police Department
555 Sidney Road
Piscataway, NJ 08854-4180

Piscataway Twp Municipal Court
555 Sidney Road
Piscataway, NJ 08854-4180

Poland Spring
PO Box 856192
Louisville, KY 40285-6192


Precast Systems, Inc
57 Sharon Station Road
Allentown, NJ 08501-1902

Precision Concrete Pumping, Inc.
PO Box 6970
Albany, NY 12206-0970

Pro Green Management
36 Pergola Ave
Monroe Township, NJ 08831-1455


Progressive
PO Box 7247-0311
Philadelphia, PA 19170-0311

Progressive Hydraulics Inc.
2201 S. Clinton Ave
South Plainfield, NJ 07080-1473

Property Fence LLC
IND
Hillside, NJ 07205


Pumping Services, Inc.
21 Lincoln Blvd.
PO Box 117
Middlesex, NJ 08846-0117

Quantum Software Solutions, Inc.
4228 St Lawrence Ave. #B
Reading, PA 19606-2894

ROAD SAFETY SYSTEMS, LLC
12 Park Drive
Shamong, NJ 08088-8994


Ralph Clayton & Sons
PO Box 3015
Lakewood, NJ 08701-9015

Reis Trucking LLC
116 Coolidge Ave
Carteret, NJ 07008-2140

Reme And Associates, LLC
20 Church Street
Allentown, NJ 08501-1623


Rent-A-Fence, Inc.
1033 Route One
Avenel, NJ 07001

Republic - Abeco CC
5 Industrial Dr.
New Brunswick, NJ 08901-3633

Riva Trucking LLC
43 Wilson Ave
South River, NJ 08882-1548


Riverside Supply Co.
6 Washington Rd
Sayreville, NJ 08872-1794

Road Safety Systems LLC
12 Park Drive
Vincentown, NJ 08088-8994

Roche Miseo Barchetto, LLC
99 Cherry Hill Road Suite 110
Parsippany, NJ 07054-1102


Rockborn Trucking & Excavation, Inc
12 Taylor Road
Wharton, NJ 07885-1502

Roman Asphalt Corp.
32 O'Brien Street
Kearny, NJ 07032-4211

S&S Fleet Services
1156 Toms River Road
Jackson, NJ 08527-5242


S. Komma & Company, LLC
4 Strawberry Lane
Monroe Township, NJ 08831-2374

SAMUELS, INC. T/A BUY WISE AUTO PARTS
2091 Springfield Avenue
Vauxhall, NJ 07088-1298

SBA Office of Disaster Assistance
14925 Kingsport RD
Fort Worth, TX 76155-2243


SF Systems Corporation
PO Box 2455
Edison, NJ 08818-2455

SKY-HY Erectors & Equipment,Inc
456 Hollywood Avenue
South Plainfield, NJ 07080-4203

Safety Improvements, LLC
11925 Chesterville Road
Kennedyville, MD 21645-3565

Samson Metal Service
P.O. Box 421
Dayton, NJ 08810-0421

Selective Insurance Company
Box 371468
Pittsburgh, PA 15250-7468

Serg Construction LLC
2 Camelot Drive
Monroe, NJ 08831-8602

Serv - US, LLC
PO Box 325
Hackettstown, NJ 07840-0325

Service Tire Truck Centers, Inc
3 Sutton Place
Edison, NJ 08817-2223

Shore Systems Group, LLC
PO Box 188
Clarksburg, NJ 08510-0188

Silva Recycling & Container Service
100 Riverside Ave.
Newark, NJ 07104-4202

Somerset-Union Soil Conservation Distric
Somerset County 4-H Center
308 Milltown Rd.
Bridgewater, NJ 08807-3551

SouthEastern Stick Inc.
610 Quail Run
Oneonta, AL 35121-5644

StanleyPaving LLC
27 Erickson Ave.
Monroe Township, NJ 08831-8318

State of NJ - DCA BFCE DORES
PO Box 663
Trenton, NJ 08604-0663

State of NJ Dept of Labor Div of Employer Ac
P O Box 379
Trenton, NJ 08625-0379

State of NJ Dept. of Community Affairs
Bureau of Fire Code Enforcement
PO Box 809
Trenton, NJ 08625-0809

State of New Jersey
Division of Taxation Bankruptcy
PO Box 245
Trenton, NJ 08695-0245

State of New Jersey Department of Labor
& WF Development Div Of Employer Account
PO Box 929
Trenton, NJ 08646-0929

Statewide Striping Corp.
499 Pomeroy Rd
Parsippany, NJ 07054-2811

Stavola Asphalt
PO Box 482
Red Bank, NJ 07701-0482

Stavola Construction
PO Box 482
Red Bank, NJ 07701-0482

Stavola Flemington Asphalt
PO Box 482
Red Bank, NJ 07701-0482

Structural Services Inc.
3735 Kim St
Bethlehem, PA 18017-1027

Supra Construction, LLC
PO Box 521
South River, NJ 08882-0521

Swenson Granite Works
292 South Main Street
Newtown, CT 06470-2781

T & M Associates
11 Tindall Road
Middletown, NJ 07748-2792

T.R. Weniger, Inc.
1900 New Brunswick Ave.
Piscataway, NJ 08854-2008

TD Banknorth N.A.
PO Box 5700
Lewiston, ME 04243-5700

TMT Transportation LLC
805 Dutchess Ln
Woodbridge, NJ 07095-3856

Taylor Oil Co.
77 Second Street
PO Box 974
Somerville, NJ 08876-0974

The Sherwin Williams Co.
226 Talmadge Rd.
Edison, NJ 08817-2824

Thermal Foams / Syracuse, Inc
PO Box 1981
Cicero, NY 13039-1981

Tiffany Electric
5 Eastmans Rd
Parsippany, NJ 07054-3721

Tiffany Electric, Inc.
5 Eastmans Road
Suite 3
Parsippany, NJ 07054-3721

Tiffany Electrical Company Signal
Control Products, Inc.
199 Evans Way
Somerville, NJ 08876-4600

Tilcon New York Inc.
9 Entin Road
Parsippany, NJ 07054-5000

Tonacchio, Spina & Compitello
788 Shrewsbury Ave., Suite 2209
Attn:  Amber Delaney, Esq.
Tinton Falls, NJ 07724-3080

Town of Kearney
402 Kearney Ave.
Kearny, NJ 07032-2696

Township Of East Brunswick
1 Jean Walling Civic Center
East Brunswick, NJ 08816-3529

Township Of Irvington Police Department
1 Civic Square
Irvington, NJ 07111-2997

Township Of Maplewood Police Department
4 Valley Street
Maplewood, NJ 07040

Township Of Millburn Engineering Dept
75 Millburn Avenue
Millburn, NJ 07041

Township of Edison Division of Fire
100 Municipal Blvd
Edison, NJ 08817-3369

Township of Jackson
95 West Veterans Highway
Jackson, NJ 08527-3409

Township of Monroe Department of Police
Municipal Complex 3 Municipal Plaza
Monroe Township, NJ 08831-1900

Township of Montgomery
2261 Rt 206 Belle Mead
Belle Mead, NJ 08502

Township of Piscataway
455 Hoes Lane
Piscataway, NJ 08854-5097

Traffic Lines, Inc.
5100 Asbury Rd
Farmingdale, NJ 07727-4042

Traffic Safety Services LLC
601 Hadley Road
PO Box 615
South Plainfield, NJ 07080-0615

TransEdge Truck Sales and Service
1407 Bulldog Drive
Allentown, PA 18104-1972

Trench Technologies
PO Box 1854
Livingston, NJ 07039-7454

Trench Technologies LLC
100 Dorsa Avenue
Livingston, NJ 07039-1051

Tulnoy Lumber
1620 Webster Ave
Bronx, NY 10457-8092

U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203-4002

U.S. Small Business Administration
200 West Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102-5235

ULMA Form Works, Inc.
16-00 Route 208 Suite LL4
Fair Lawn, NJ 07410-2503

USTP
231 St.Nicholas Avenue
South Plainfield, NJ 07080-1809

UVM Medical Center
Payment Deptartmen
O BOX 1854
Brattleboro, VT 05302-1854

Union Carpenters
91 Fieldcrest Ave
Edison, NJ 08837-3662

Union Local- 472 Laborers
700 Raymond Blvd
Newark, NJ 07105-2909

United Rentals North America,Inc
PO Box 100711
Atlanta, GA 30384-0711

United Site Services
PO Box 130
Keasbey, NJ 08832-0130

VFS US LLC
P.O. Box 26131
Greensboro, NC 27402-6131

VOLVO CAR FINANCIAL SERVICES LLC
c/o Weltman, Weinberg & Reis Co LPA
965 KEYNOTE CIRCLE
CLEVELAND, OH 44131
bronationalecf@weltman.com 44131-1829

Vail Industrial & Supply
3606 Kennedy Rd
South Plainfield, NJ 07080-1802

Verizon
PO Box 16801
Newark, NJ 07101-6801

Verizon Connect NWF, Inc.
PO Box 975544
Dallas, TX 75397-5544

Verizon Wireless Inc.
P.O. Box 408
Newark, NJ 07101-0408

Visual Computer Solutions
4400 US 9 South Suite 3500
Freehold, NJ 07728-4232

Vitelli Trucking Inc.
617 Joyce Kilmer Ave
New Brunswick, NJ 08901-3307

Volvo/Mack Financial
PO Box 7247-0236
Philadelphia, PA 19170-0236

Wayne's Tree Service
314 Grove Street
Somerville, NJ 08876-1606

Weldon Asphalt Inc.
141 Central Avenue
Westfield, NJ 07090-2189

Wells Fargo Equipment Finance, Inc.
Attn.: Kimberly Park
800 Walnut Street
Des Moines, IA 50309-3891

Wells Fargo Vendor Financial Services LL
P.O BOX 35701
Billings, MT 59107-5701

Wells Fargo Vendor Financial Services, LLC
Attn.: Kimberly Park
800 Walnut Street
Des Moines, IA 50309-3891

White Cap L.P.
PO Box 4852
Orlando, FL 32802-4852

Wiggins Plastics, Inc.
180-182 Kingsland Road
Clifton, New Jersey 07014-1915

Wright Express
PO BOX 6293
Carol Stream, IL 60197-6293

York Fence Construction Co, Inc
100 Dukes Parkway East
Hillsborough, NJ 08844-4204

Zuccaro Inc.
64 Commerce St.
Garfield, NJ 07026-3025

Joseph A. Caneco
Fox Rothschild LLP
101 Park Ave, 17th Floor
New York, NY 10178-1700

Joseph J. DiPasquale
Fox Rothschild, LLP
49 Market Street
Morristown, NJ 07960-5122

Michael R. Herz
Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960-5122

Scott S. Rever
Genova Burns, LLC
110 Allen Road
Ste 304
Basking Ridge, NJ 07920-4500

Theresa Kraemer
1881 Route 37 Lot 224
Toms River, NJ 08757-0902

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Boswell Engineering
330 Phillips Ave
South Hackensack, NJ 07606

Brent Material Company
325 Columbia Turnpike Suite 308
Florham Park, NJ 07932-1213

Chase
Card Member Services
PO Box 1423
Charlotte, NC 28201

Great America Financial Services
PO Box 660831
Dallas, TX 75266

IRS - Department of Treasury
PO Box 145595
Cincinnati, OH 45250


Komatsu Financial Limited Partnership
8770 W Bryn Mawr Ave., Suite 100
Chicago, IL 60631

NJ Division of Taxation
Bankruptcy Section
PO Box 295
Trenton, NJ 08695-0245

NJ Division of Taxation
Deferred Pmt Control Center
PO Box 190
Trenton, NJ 08695-0190


New Jersey Turnpike Authority
1 Turnpike Plaza, P.O. Box 5042
Woodbridge, NJ 07095


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)County of Essex

(u)HEAVY AND GENERAL LABORERS' FUNDS OF NE

(u)Knickerbocker Bed Company


(u)Komatsu Financial Limited Partnership

(u)Middlesex County Utilities Authority

(u)NGM Insurance Company


(u)Northeast Carpenters Benefit Funds

(u)Ralph Clayton & Sons, LLC a/k/a Ralph Clay

(u)Vollers Excavating and Contractors, Inc.


(u)Volvo Car Financial Services LLC

(u)Wiggins Plastics, Inc.

(u)Anselmi & DiCiccio, Inc.


(d)Cesario Construction Company, Inc
18 Birchwood Court
East Hanover, NJ 07936-3140

(u)Chrysler Capital

(u)Conti Construction


(u)Diamond Sand and Gravel, Inc.
c/o McELROY, DEUTSCH, MULVANEY
1300 Mount Kemble Ave.
Attn: Michael R. Morano

(u)Earle Asphalt Inc.

(u)Essex County Sheriff's Office
Special Services
50 West Market St.  Room 201
Attn: James Spango
PR 00710-2000

(u)Essex County, NJ

(u)Heavy and General Laborers Fund of New Jer

(u)Hudson County, NJ

(u)Hunterdon County, NJ

(d)IUOE Local 825 Benefit Funds
65 Springfield Ave, 2nd Floor
Springfield, NJ 07081-1308

(d)KCP Advisory Group
700 Technology Park Drive Suite 212
Billerica, MA 01821-4134

(u)Komatsu Financial

(u)Konkus Corporation

(u)Kyle Conti

(u)Middlesex County, NJ

(u)Monmouth County, NJ

(u)Monroe Township, NJ

(u)Morristown Township, NJ

(d)Nischwitz Ashbrook Energies, Inc.
223 Front Street
South Plainfield, NJ 07080-3431

(u)Northeast Carpenters Funds
C/O Steve Schaefer
Raritan Plaza II
91 Fieldcrest Ave.
NJ 08839

(u)Ocean County, NJ

(u)Passaic County, NJ

(u)Piscataway Township, NJ

(u)Raritan Pipe & Supply Co
Raritan Group Branch
100 Raritan Pipe & Supply Co
P.O. Box 10120

(u)Ritacco Construction Inc.

(u)Schiavone

(u)Somerset County P.W.

(u)South State, Inc.

(u)Union Paving
Schiavone Construction

(u)Wells Fargo Equiment Finance

(u)Z Brothers Concrete Contractors, Inc.

(u)Lisa Assuncao

(u)Martin Assuncao

End of Label Matrix
Mailable recipients   353
Bypassed recipients    46
Total                 399