UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WELTMAN, WEINBERG & REIS CO., LPA**<br>By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)<br>170 S. Independence Mall West, Suite 874W<br>Philadelphia, PA 19106<br>267-940-1643<br>WWR# 041057307<br>Attorneys for Movant: Volvo Car Financial Services, LLC | Case No.: 22-16159-CMG |
| IN re:<br><br>ASSUNCAO BROS., INC.<br>    Debtor | Chapter: 11<br><br>Judge: Christine M. Gravelle |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO: All persons on attached Service List

Movant, Volvo Car Financial Services, LLC ("Movant") has filed papers with the Court seeking an Order for Relief from the Automatic Stay with respect to certain property. **Movant further seeks that this Court waive the 14-day stay imposed by Bankruptcy Rule 4001(a)(3).**

<u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion for Relief from the Automatic Stay, or if you want the Court to consider your views on the motion, then on or before March 2, 2023, you or your attorney must:

File with the court an Answer, explaining your position, at:

> United States Bankruptcy Court
> District of New Jersey
> U.S. Post Office and Courthouse
> 401 Market Street
> Camden, NJ 08101

If you mail your response to the Court for filing, you must mail it early enough, so the court will **receive it** on or before the date stated above.

You must also mail a copy to:

> Cameron Deane, Esquire
> Weltman, Weinberg & Reis Co., L.P.A.
> 170 S. Independence Mall W., Suite 874W
> Philadelphia, PA 19106

and attend the hearing on **March 7, 2023 at 10:00 a.m.** at 402 East State Street, Trenton, N.J. 08608, Courtroom #3.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.

Date: February 9, 2023                             Weltman, Weinberg & Reis Co., L.P.A.

/s/ Cameron Deane
Cameron Deane, Esquire
Attorney for Movant
170 S. Independence Mall West, Suite 874W
Philadelphia, PA 19106
P: 267-940-1643
F: 215-599-1505
cdeane@weltman.com