| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| **WELTMAN, WEINBERG & REIS CO., LPA**<br>**By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)**<br>**170 S. Independence Mall West, Suite 874W**<br>**Philadelphia, PA 19106**<br>**267-940-1643**<br>**WWR# 041057307**<br>Attorneys for Movant: Volvo Car Financial Services, LLC | Case No.: 22-16159-CMG |
| IN re:<br><br>ASSUNCAO BROS., INC.<br>     Debtor | Chapter: 11<br><br>Judge: Christine M. Gravelle |

### STATEMENT UNDER D.N.J. LBR 9013-2 WHY NO MEMORANDUM IS NECESSARY

The accompanying Motion relies on facts of record and/or presents no novel issues of law and, therefore, the undersigned respectfully contends that no Brief is necessary.

Date: February 9, 2023                    Weltman, Weinberg & Reis Co., L.P.A.

                                          /s/ Cameron Deane
                                          Cameron Deane, Esquire
                                          Attorney for Movant
                                          170 S. Independence Mall West, Suite 874W
                                          Philadelphia, PA 19106
                                          P: 267-940-1643
                                          F: 215-599-1505
                                          cdeane@weltman.com