| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **WELTMAN, WEINBERG & REIS CO., LPA**<br>By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)<br>**170 S. Independence Mall West, Suite 874W**<br>**Philadelphia, PA 19106**<br>**267-940-1643**<br>**WWR# 041057307**<br>Attorneys for Movant: Volvo Car Financial Services, LLC | Case No.: 22-16159-CMG |
| IN re:<br><br>ASSUNCAO BROS., INC.<br>　　　　Debtor | Chapter: 11<br><br>Judge: Christine M. Gravelle |

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**(Page 2)**
Debtor: ASSUNCAO BROS., INC.
Case No: 22-16159-CMG
Caption of Order: ORDER VACATING STAY

---

Upon the motion of **Volvo Car Financial Services, LLC**, or its successors or assignees, under Bankruptcy Code section 362(a) for Relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to pursue the Movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

- ☐ Real property more fully described as:

- ☑ Personal property more fully described as:

    2020 Volvo XC60 bearing VIN # YV4102RLXL1496160

It is further ORDERED that the movant may join the debtor, co-debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the 14-day stay provided by Fed. R. Bankr. P. 4001(a)(3) is waived.

The movant shall serve this Order on the Debtor, Co-Debtor any Trustee and any other party who entered an appearance on the motion.