| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **WELTMAN, WEINBERG & REIS CO., LPA**<br>By: Cameron Deane, Esq. (Atty. I.D.# 36334-2021)<br>**170 S. Independence Mall West, Suite 874W**<br>**Philadelphia, PA 19106**<br>**267-940-1643**<br>**WWR# 041057307**<br>Attorneys for Movant: Volvo Car Financial Services, LLC | Case No.: 22-16159-CMG |
| IN re:<br><br>ASSUNCAO BROS., INC.<br>　　　Debtor | Chapter: 11<br><br>Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Cameron Deane, Esquire:

    ☑ Represent the **Movant** in the above-captioned matter.

    ☐ Am the secretary/paralegal for _____ who represents the Movant in the above captioned matter.

    ☐ Am the **Movant** in the above case and am representing myself.

2. On February 9, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion for Relief from Automatic Stay
    - Certifications in Support of Motion for Relief from Automatic Stay
    - Exhibits attached to Motion for Relief from Automatic Stay
    - Proposed Order
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 9, 2023                               */s/* Cameron Deane
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Assuncao Bros., Inc.<br>29 Wood Avenue<br>Edison, NJ 08820 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| Joseph A. Caneco, Esquire<br>Joseph J. DiPasquale, Esquire<br>Michael R. Herz, Esquire<br>Attorney for Debtor<br>Fox Rothschild LLP<br>101 Park Ave, 17th Floor<br>New York, NY 10178 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| Scott S. Rever<br>Genova Burns LLC<br>110 Allen Road<br>Ste 304<br>Basking Ridge, NJ 07920 | Chapter 11 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.