# EXHIBIT A

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone:  (973) 992-4800<br>Facsimile:   (973) 992-9125<br><br>*Counsel to the Debtor and Debtor in Possession* |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>                              Debtor. |

Chapter 11 (Subchapter V)

Case No. 22-16159

Judge:  Hon. Christine M. Gravelle

## CERTIFICATION OF JOSEPH J. DIPASQUALE

Joseph J. DiPasquale, being of full age, hereby certifies as follows:

1. I am a partner with the firm of Fox Rothschild LLP ("Fox Rothschild"), with offices at 49 Market Street, Morristown, NJ 07960 and am admitted to practice law in the State of New Jersey.

2. This Certification is being submitted in support of the *Second Interim Application of Fox Rothschild LLP for Compensation and Reimbursement of Expenses as Counsel to the Debtor for the Period November 1, 2022, through January 31, 2023* (the "Application").

3. On October 12, 2022, the Court entered an *Order Approving Retention of Fox Rothschild LLP as Counsel to the Debtor Effective August 3, 2022* (the "Retention Order") [Doc. No. 137].

142781897.1

      4.      I am familiar with and have rendered services to the Debtor in this case as counsel for the Debtor.

      5.      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

Dated:  February 17, 2023                    */s/ Joseph J. DiPasquale*
                                                      JOSEPH J. DIPASQUALE

142781897.1