# EXHIBIT B

**ASSUNCAO BROTHERS, INC BANKRUPTCY BK FEE APP**

| SUMMARY OF BILLINGS | HOURS | BILLING RATE | FEES DISCOUNTED RATE | DISCOUNT |
|---|---|---|---|---|
| **FEES** | | | | |
| Frank Musso | 113.90 | $ 56,950.00 | $ 43,851.50 | $ (13,098.50) |
| Karen Chase | 7.00 | $ 1,400.00 | $ 875.00 | $ (525.00) |
| Robyn McClelland | - | $ - | $ - | $ - |
| Chris Lyons | 8.50 | $ 1,700.00 | $ 1,062.50 | $ (637.50) |
| Jacen Dinoff | 63.50 | $ 37,147.50 | $ 28,575.00 | $ (8,572.50) |
| TOTAL | 192.90 | $ 97,197.50 | $ 74,364.00 | $ (22,833.50) |

EXPENSES                                    **Expenses**        $    2,297.05

| Start Date | Tuesday, November 1, 2022 |
| End Date | Tuesday, January 31, 2023 |

**Grand Total**        $   76,661.05

| **ASSUNCAO BROTHERS BANKRUPTCY BILLING CODES** | | | **HOURS** | **BILLING RATE FEES** | **NET FEE** | **DISCOUNT** |
|---|---|---|---|---|---|---|
| BK-01 | BK-Accounting | Related to maintaining books and records | 39.00 | 19,653.00 | 15,132.00 | (4,521.00) |
| BK-02 | BK-Business Analysis | Preparation of company business plan, dev & review of strategies, cash flow forecasts | 41.50 | 22,985.50 | 17,687.00 | (5,298.50) |
| BK-03 | BK-Business Operations | Issues related to debtor in possession, such as employee, vendor, tenant issues, etc. | 8.30 | 4,821.50 | 3,709.00 | (1,112.50) |
| BK-04 | BK-Case Administration | Preparation of statement of financial affairs; schedules; list of contracts; reports; | 20.50 | 10,658.00 | 8,204.50 | (2,453.50) |
| BK-05 | BK-Claims | Specific claim inquiries; bar date motions; analyses, objections and allowance of claims | 29.10 | 15,017.50 | 11,561.00 | (3,456.50) |
| BK-06 | BK-Corporate Finance | Financial aspects of potential mergers, acquisitions, dispositions | 0.80 | 400.00 | 308.00 | (92.00) |
| BK-07 | BK-Creditor Meeting | Prepare and attend Creditors' Committee meeting | - | - | - | - |
| BK-08 | BK-Employment | Employee Benefits/Pensions | - | - | - | - |
| BK-09 | BK-Fee application | Activity related to Fee Application | 2.00 | 1,170.00 | 900.00 | (270.00) |
| BK-11 | BK-Litigation | Motions to dismiss: Monitor / Perform litigation analysis: Attend hearings | 0.20 | 117.00 | 90.00 | (27.00) |
| BK-12 | BK-Plan | Plan and Disclosure Statement | 37.50 | 15,111.50 | 11,181.00 | (3,930.50) |
| BK-13 | BK-Reconstruction Accounting | Reconstruction Accounting | - | - | - | - |
| BK-14 | BK-Tax | Tax Issues | 11.10 | 5,567.00 | 4,286.50 | (1,280.50) |
| BK-15 | BK-Valuation | Valuation | - | - | - | - |
| BK-16 | BK-Asset Sale | Sales, leases, abandonment and related transaction work | - | - | - | - |
| BK-17 | BK-Travel | Billable Travel to and from client | - | - | - | - |
| BK-18 | BK-Collections | Collections | 0.20 | 117.00 | 90.00 | (27.00) |
| BK-19 | BK-Revenue Review | Revenue Review | - | - | - | - |
| BK-20 | BK-Cost Review | Cost Review | - | - | - | - |
| BK-21 | BK-Reporting | Reporting | 1.00 | 585.00 | 450.00 | (135.00) |
| BK-23 | BK-Ops Improvement | Business Operational Improvement | - | - | - | - |
| BK-50 | BK-Asset Analysis | Identify & review potential assets, schedules: investigate location and status, etc. | 1.70 | 994.50 | 765.00 | (229.50) |
| BK-56 | BK-Application to Employ | Activity related to Application to Employ | - | - | - | - |
| BK-57 | BK-AR | Collection of accounts receivable | - | - | - | - |
| TOTAL | | | 192.90 | 97,197.50 | 74,364.00 | (22,833.50) |

|  |  |  | Period Ended: | 31-Jan-23 |
|---|---|---|---|---|
| Client Name: Assuncao Brothers, Inc - BK |  |  |  |  |
| Client #: 10-01-21 |  |  |  |  |
| Associate: Frank Musso |  |  |  |  |
| Associate's Home Office: New York |  |  | Client's Home Office: New York |  |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 1-Nov | BK-01 | Posting accounts receivable cash received by Vollers, verify with Vollers, train Bruno on proper accounting |  | 1.20 | $ 600.00 |
| 1-Nov | BK-01 | Follow up funds owed to Debtor by Vollers |  | 0.60 | $ 300.00 |
| 1-Nov | BK-01 | Multiple downloads into QuickBooks to document priority amount of union claim. Ascertain when last payment was made for each union. Apply employee limit caps. Send spreadsheets to Jacen for review. |  | 5.60 | $ 2,800.00 |
| 1-Nov | BK-02 | Briefing with Schiavone regarding new contract award |  | 0.50 | $ 250.00 |
| 2-Nov | BK-14 | Work up amount payable to NJ post filing for UI tax |  | 0.80 | $ 400.00 |
| 2-Nov | BK-14 | Download October bank statements, remit to IRS agent Esposito |  | 0.50 | $ 250.00 |
| 2-Nov | BK-14 | Correspond with both NJ tax department employees regarding their claims |  | 1.90 | $ 950.00 |
| 2-Nov | BK-14 | Preparation of Form 433 B to IRS |  | 1.50 | $ 750.00 |
| 3-Nov | BK-05 | Testing difference in Union 472 expense vs charges by employees by comparing August bill to employee pay summary for corresponding period. Noted need to add Union due withholding and local 172 employee. |  | 2.60 | $ 1,300.00 |
| 3-Nov | BK-05 | Revise all union calculations to include union dues |  | 2.50 | $ 1,250.00 |
| 3-Nov | BK-05 | Briefing with B Levin to discuss 433A, discuss year end tax returns, discuss sale transaction, and treatment of bonded and unbonded jobs. |  | 0.90 | $ 450.00 |
| 3-Nov | BK-05 | Update claims schedule with review of unsecured claims |  | 1.90 | $ 950.00 |
| 3-Nov | BK-14 | Attention to NJ tax claims |  | 0.50 | $ 250.00 |
| 4-Nov | BK-05 | Review proof of claims with Jacen, draft email to Vollers to outline information needs for priority claims and MOR preparation. |  | 1.10 | $ 550.00 |
| 6-Nov | BK-01 | Remote access Books, Download Job cost and revenue, compute expected Union priority claim to be paid by Vollers. |  | 1.90 | $ 950.00 |
| 7-Nov | BK-05 | Review claims register review with Jacen |  | 0.40 | $ 200.00 |
| 7-Nov | BK-01 | Prepare estimate of potential job profit for the profit split |  | 2.30 | $ 1,150.00 |
| 8-Nov | BK-14 | Prepare 433B with supporting documents, pdf to Mr. Assuncao for review and approval, Send some of the documents requested to IRS agent Esposito |  | 4.60 | $ 2,300.00 |
| 8-Nov | BK-05 | Briefing with Jacen regarding release of union analysis for Briefing with Vollers |  | 0.20 | $ 100.00 |
| 8-Nov | BK-05 | Briefing with Vollers and counsel to review and understand amounts payable to the unions |  | 1.00 | $ 500.00 |
| 9-Nov | BK-05 | Reconciling Union 472 payments from Vollers schedules to Debtor calculation |  | 2.40 | $ 1,200.00 |
| 10-Nov | BK-05 | update Union recs, Discuss updated 472 reconciliation with Werner from Vollers, update claims register |  | 1.80 | $ 900.00 |
| 10-Nov | BK-05 | Review Union claim with Jacen |  | 0.70 | $ 350.00 |
| 11-Nov | BK-05 | Summarize union work for Vollers benefit |  | 0.20 | $ 100.00 |
| 13-Nov | BK-01 | Preparation of October MOR, redact bank statements |  | 1.60 | $ 800.00 |
| 15-Nov | BK-04 | Receipt of Vollers subcontract costs October |  | 0.30 | $ 150.00 |
| 15-Nov | BK-04 | Attention to insurance coverage and flow up on Ui tax payment |  | 0.80 | $ 400.00 |
| 16-Nov | BK-01 | Assist Bruno with payment of 3q NJ Ui.5 |  | 0.50 | $ 250.00 |
| 16-Nov | BK-01 | Update GL with Vollers PO and interest, verify that invoices are current, print out reports |  | 5.00 | $ 2,500.00 |
| 16-Nov | BK-05 | Review updated IRS claim |  | 0.30 | $ 150.00 |
| 17-Nov | BK-01 | Finalize MOR, reviewing multiple integrations, submit for review |  | 3.80 | $ 1,900.00 |
| 28-Nov | BK-12 | Briefing with M Herz to discuss draft plan |  | 0.70 | $ 350.00 |

| | | | | Period Ended: | 31-Jan-23 |
|---|---|---|---|---|---|
| Client Name: Assuncao Brothers, Inc - BK | | | | | |
| Client #: 10-01-21 | | | | | |
| Associate: Frank Musso | | | | | |
| Associate's Home Office : New York | | | Client's Home Office : New York | | |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 28-Nov | BK-12 | Edit draft plan, submit to J. Dinoff (KCP) for review | | 3.90 | $ 1,950.00 |
| 29-Nov | BK-06 | Respond to questions raised by Vollers investment banker, download/ send financials | | 0.80 | $ 400.00 |
| 29-Nov | BK-12 | Review J Dinoff (KCP) comments on plan | | 0.10 | $ 50.00 |
| 30-Nov | BK-01 | Follow up on assets not assumed by Vollers but lease paid by them | | 0.50 | $ 250.00 |
| 1-Dec | BK-01 | Schedule of "Trust Fund" issues on bonded jobs | | 2.20 | $ 1,100.00 |
| 3-Dec | BK-02 | Prepare analysis identifying which jobs received the benefit of cure payment income. | | 3.80 | $ 1,900.00 |
| 4-Dec | BK-02 | Update kicker estimate as a result of cure payment income | | 0.90 | $ 450.00 |
| 5-Dec | BK-02 | Review preference analysis in connection with liquidation estimate | | 0.50 | $ 250.00 |
| 6-Dec | BK-02 | Respond to Maselli question re accounts payable on bonded jobs. | | 0.80 | $ 400.00 |
| 6-Dec | BK-05 | Review NJ admin claim | | 0.20 | $ 100.00 |
| 9-Dec | BK-02 | Read Modugno comments to draft plan. | | 0.30 | $ 150.00 |
| 12-Dec | BK-01 | Conference Briefing with J. Dinoff requesting 2018 - 2022 annual job profit report | | 1.20 | $ 600.00 |
| 12-Dec | BK-01 | Prepare 2018 - 2022 annual job profit report | | 0.80 | $ 400.00 |
| 12-Dec | BK-04 | Download TD bank statements - November | | 0.10 | $ 50.00 |
| 16-Dec | BK-04 | Conference Briefing with J. Dinoff to review and update preference analysis | | 2.00 | $ 1,000.00 |
| 16-Dec | BK-04 | Update preference analysis - segregating owner disbursement from all others | | 0.90 | $ 450.00 |
| 16-Dec | BK-01 | Received November purchases from Vollers, enter into general ledger, record interest income interest income on KCP held cash, download reports necessary to produce November MOR, send Ap and AR information to Werner at Vollers for confirmation | | 3.10 | $ 1,550.00 |
| 17-Dec | BK-01 | Update job profit reporting with November actuals | | 0.50 | $ 250.00 |
| 17-Dec | BK-04 | Preparation of November MOR | | 5.00 | $ 2,500.00 |
| 28-Dec | BK-05 | Read respond to NGM limited objection | | 1.00 | $ 500.00 |
| | BK-12 | Read respond to draft plan | | 0.60 | $ 300.00 |
| 30-Dec | BK-12 | Reading of preference and liquidation analysis prepared by Dinoff | | 1.80 | $ 900.00 |
| 3-Jan | BK-05 | Respond to counsel's question on specific vendors listed in preference analysis | | 0.80 | $ 400.00 |
| 4-Jan | BK-01 | Download/review TD Bank statements - Dec | | 0.10 | $ 50.00 |
| 5-Jan | BK-01 | Review profit forecast with Jacen as it pertains to inclusion of labor and union dues and | | 0.30 | $ 150.00 |
| 5-Jan | BK-03 | Attention to internet outage at home office | | 0.10 | $ 50.00 |
| 5-Jan | BK-02 | Briefing with counsel, Debtor, Vollers to review draft of plan | | 1.00 | $ 500.00 |
| 5-Jan | BK-02 | Revision to claims register to provide estimate of unsecured claims pool. | | 0.90 | $ 450.00 |
| 10-Jan | BK-05 | Follow up on request to Vollers for union cure payments, received response, additional clarification requested and received. Updated claims schedule recomputing priority and | | 3.10 | $ 1,550.00 |
| 11-Jan | BK-01 | Remote into Books, download 2 AR files and December payroll to send to Vollers. Enter professional fee into accounts payable for December, records January payment of professional fees, send 3 files to Vollers with commentary. | | 1.60 | $ 800.00 |
| 11-Jan | BK-03 | Addressing Wiggins claim re: lack of communication with insurance agent, Briefing with Bruno to find out what he knew. | | 0.30 | $ 150.00 |
| 11-Jan | BK-02 | Read latest draft of reorganization plan and provide comments | | 1.90 | $ 950.00 |

|  |  |  | Period Ended: | 31-Jan-23 |
|---|---|---|---|---|
| Client Name: Assuncao Brothers, Inc - BK | | | | |
| Client #: 10-01-21 | | | | |
| Associate: Frank Musso | | | | |
| Associate's Home Office : New York | | Client's Home Office : New York | | |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 12-Jan | BK-01 | Remote into QuickBooks, Process 941 and 940 from QuickBooks, copy returns, roller 2021 returns into 2022 software. |  | 1.60 | $ 800.00 |
| 17-Jan | BK-01 | Respond to Herz email re: ABECO documentation, download equipment list form Hurricane IDA file, compare that list to ABECO assets list. |  | 0.30 | $ 150.00 |
| 17-Jan | BK-01 | Briefing with Bruno, explained how to account for cash receipt of AR sold to Vollers and payroll reimbursement from Vollers |  | 0.40 | $ 200.00 |
| 17-Jan | BK-05 | Respond to additional request from Herz, Trace payment for ABECO assets from general ledger to insurance company payment advice, email counsel, Briefing with Herz to discuss timing of vehicle payoffs |  | 1.70 | $ 850.00 |
| 17-Jan | BK-01 | Remote into QuickBooks, record December BOA activity, record December Vollers purchases, confirm YTD purchases with Vollers, record adjustment to APA entry for payment of Wells lease. |  | 2.10 | $ 1,050.00 |
| 19-Jan | BK-04 | Remote into QuickBooks, correct accounting for Schiavone and Conti cash receipts, download multiple spreadsheets for MOR, prepare balance sheets and income statements, redact bank statements, tie in AR and AP, prepare MOR and submit |  | 6.60 | $ 3,300.00 |
| 23-Jan | BK-14 | File 940 and 941 payroll returns |  | 1.10 | $ 550.00 |
| 24-Jan | BK-02 | Review and comment on reorg plan |  | 1.20 | $ 600.00 |
| 26-Jan | BK-05 | Review claims analysis and computation of priority and unsecured amounts with Dinoff |  | 0.50 | $ 250.00 |
| 27-Jan | BK-02 | Review revised liquidation and cash flow |  | 0.40 | $ 200.00 |
| 27-Jan | BK-05 | Review and confirm calculation of NJ UI expected claim |  | 0.30 | $ 150.00 |
| 27-Jan | BK-02 | Briefing with counsel and Debtor to review draft plan of reorganization |  | 0.90 | $ 450.00 |
| 30-Jan | BK-02 | Read and comment on draft cash flow, liquidation analysis and plan document |  | 2.10 | $ 1,050.00 |
| 30-Jan | BK-12 | Briefing to review draft plan |  | 0.80 | $ 400.00 |
| 31-Jan | BK-12 | Briefing with J. Dinoff and K Chase to review plan mailing procedure |  | 0.30 | $ 150.00 |
| 31-Jan | BK-12 | Review classes from Plan, review labels and revise labels with appropriate class, eliminate duplicates. Coordinate with debtor counsel for review. |  | 1.90 | $ 950.00 |
|  |  |  |  |  | $ - |
|  |  | This Page Total |  | 113.90 | $ 56,950.00 |

|  |  |  | Period Ended: | | 31-Jan-23 |
|---|---|---|---|---|---|
| Client Name: Assuncao Brothers, Inc BK | | | | | |
| Client #: 10-01-21 | | | | | |
| Associate: Karen Chase | | | | | |
| Associate's Home Office: Boston | | | Client's Home Office: | | New York |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 1/31/2023 | BK-12 | Review emails from J. DiPasquale, J Dinoff and F.Musso; address all Plan envelopes and return envelopes; print Court Document 190 (Order), print Document 189 (Subchapter V Plan), print Class Ballot 18,17,14,13,12, 11,10.9,3,,2,1 | | 6.70 | $ 1,340.00 |
| 1/31/2023 | BK-12 | Participated in conference call with F. Musso and J. Dinoff to review mailing procedures | | 0.30 | $ 60.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **EXPENSES** |  | Postage to issue Plan of Reorginaziation | 1,417.42 |  |  |
|  |  |  |  |  |  |
|  |  | This Page Total | $ 1,417.42 | 7.00 | $ 1,400.00 |

|  |  |  |  | Period Ended: | 31-Jan-23 |
|---|---|---|---|---|---|

Client Name: Assuncao Brothers, Inc BK
Client #: 10-01-21
Associate: Chris Lyons
Associate's Home Office: Boston
Client's Home Office: New York

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 1/31/2023 | BK-12 | Addressed return envelopes and all mailing envelopes for Plan of Reorganization; printing and stapling documents | | 8.50 | $ 1,700.00 |
| **EXPENSES** | | | | | |
| | | | | | |
| | | | | | |
| | | This Page Total | $ - | 8.50 | $ 1,700.00 |

|  |  |  |  |  |  | Period Ended: | 31-Jan-23 |
|---|---|---|---|---|---|---|---|
|  | Client Name: Assuncao Brothers, Inc BK |  |  |  |  |  |  |
|  | Client #: 10-01-21 |  |  |  |  |  |  |
|  | Associate: Jacen Dinoff |  |  |  |  |  |  |
|  | Associate's Home Office : Boston |  |  |  | Client's Home Office : | New York |  |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 1-Nov | BK-09 | Briefings on fee app filing |  | 0.20 | $ 117.00 |
| 1-Nov | BK-02 | Briefings with counsel to coordinate case activities |  | 0.20 | $ 117.00 |
| 2-Nov | BK-02 | Briefings on liquidation analysis |  | 0.60 | $ 351.00 |
| 3-Nov | BK-05 | Briefings on claims |  | 0.40 | $ 234.00 |
| 3-Nov | BK-05 | Briefings on delay claim details |  | 0.60 | $ 351.00 |
| 4-Nov | BK-02 | Participated in a work session on liquidation analysis and Plan of Reorganization |  | 0.40 | $ 234.00 |
| 7-Nov | BK-05 | Works session on claims register |  | 0.60 | $ 351.00 |
| 8-Nov | BK-05 | Conference call with F. Musso regarding release of union analysis for call with Vollers |  | 0.20 | $ 117.00 |
| 8-Nov | BK-05 | Participated in a conference call on union and priority payments |  | 0.60 | $ 351.00 |
| 8-Nov | BK-02 | Briefings to coordinate case activities |  | 0.40 | $ 234.00 |
| 10-Nov | BK-05 | Work session with F. Musso on union arrearage reconciliation |  | 0.70 | $ 409.50 |
| 11-Nov | BK-05 | Prepare summary on union arrearages |  | 0.40 | $ 234.00 |
| 11-Nov | BK-02 | Briefings to coordinate case activities |  | 0.20 | $ 117.00 |
| 13-Nov | BK-09 | Prepare fee app |  | 0.60 | $ 351.00 |
| 14-Nov | BK-09 | Prepare fee app |  | 0.20 | $ 117.00 |
| 15-Nov | BK-02 | Briefings on liquidation analysis |  | 0.80 | $ 468.00 |
| 15-Nov | BK-04 | Briefings on status of various case activities. |  | 0.30 | $ 175.50 |
| 17-Nov | BK-02 | Briefings to coordinate case activities |  | 0.20 | $ 117.00 |
| 21-Nov | BK-02 | Briefings on Plan of Reorganization draft |  | 0.60 | $ 351.00 |
| 22-Nov | BK-02 | Briefings on Plan of Reorganization |  | 0.20 | $ 117.00 |
| 23-Nov | BK-05 | Briefings on Claims |  | 0.20 | $ 117.00 |
| 28-Nov | BK-14 | Briefings on IRS claims |  | 0.20 | $ 117.00 |
| 28-Nov | BK-02 | Work session on projection for Plan of Reorganization |  | 0.40 | $ 234.00 |
| 28-Nov | BK-02 | Briefings to coordinate case activities |  | 0.40 | $ 234.00 |
| 29-Nov | BK-02 | Review and comment on draft of Plan of Reorganization |  | 0.30 | $ 175.50 |
| 1-Dec | BK-09 | Review and revise Fee Application |  | 0.30 | $ 175.50 |
| 2-Dec | BK-09 | Briefings on filing |  | 0.70 | $ 409.50 |
| 2-Dec | BK-02 | Briefings on insider obligations |  | 0.20 | $ 117.00 |
| 3-Dec | BK-02 | Briefings to prepare Plan of Reorganization Liquidation analysis |  | 1.20 | $ 702.00 |
| 4-Dec | BK-02 | Briefings regarding liquidation analysis |  | 0.80 | $ 468.00 |
| 5-Dec | BK-02 | Work session with counsel on liquidation analysis |  | 0.40 | $ 234.00 |
| 5-Dec | BK-02 | Reviewed and revised liquidation analysis |  | 1.10 | $ 643.50 |
| 6-Dec | BK-05 | Briefings on claims |  | 0.20 | $ 117.00 |
| 7-Dec | BK-02 | Briefings on collections |  | 0.30 | $ 175.50 |
| 7-Dec | BK-02 | Briefings with counsel to coordinate case activities |  | 0.20 | $ 117.00 |
| 8-Dec | BK-02 | Briefings with counsel to coordinate case activities |  | 0.50 | $ 292.50 |
| 12-Dec | BK-03 | Work session on DBE reporting |  | 0.90 | $ 526.50 |
| 12-Dec | BK-02 | Briefings with counsel to coordinate case activities |  | 0.70 | $ 409.50 |
| 12-Dec | BK-01 | Conference call with F. Musso requesting 2018-2022 annual job profit report |  | 1.00 | $ 585.00 |
| 12-Dec | BK-03 | Briefings with Vollers on DBE |  | 0.70 | $ 409.50 |
| 13-Dec | BK-11 | Briefings on litigation |  | 0.20 | $ 117.00 |
| 13-Dec | BK-03 | Briefings on DBE |  | 0.40 | $ 234.00 |
| 14-Dec | BK-04 | Review personal financial statements |  | 0.80 | $ 468.00 |
| 14-Dec | BK-04 | Review and respond to messages to coordinate case activities |  | 0.30 | $ 175.50 |
| 15-Dec | BK-03 | Prepared response for DBE |  | 0.90 | $ 526.50 |
| 15-Dec | BK-04 | Briefings with counsel to coordinate case activities |  | 0.30 | $ 175.50 |

|  |  |  |  | Period Ended: | 31-Jan-23 |
|---|---|---|---|---|---|
| **Client Name:  Assuncao Brothers, Inc BK** | | | | | |
| **Client #: 10-01-21** | | | | | |
| **Associate:   Jacen Dinoff** | | | | | |
| Associate's Home Office :  Boston | | | | Client's Home Office :    New York | |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 16-Dec | BK-03 | Coordinated response for DBE contribution | | 1.50 | $ 877.50 |
| 16-Dec | BK-04 | Briefings with counsel | | 0.20 | $ 117.00 |
| 16-Dec | BK-02 | Briefings with Vollers | | 0.30 | $ 175.50 |
| 16-Dec | BK-04 | Reviewed potential avoidance actions | | 0.70 | $ 409.50 |
| 16-Dec | BK-04 | Work session with F. Musso to review and update preference analysis | | 2.00 | $ 1,170.00 |
| 19-Dec | BK-04 | Briefings with counsel | | 0.20 | $ 117.00 |
| 22-Dec | BK-03 | Briefings with DOT on DBE status | | 0.40 | $ 234.00 |
| 28-Dec | BK-02 | Briefings on liquidation projection | | 0.30 | $ 175.50 |
| 29-Dec | BK-03 | Briefings with debtor management on addressing contracted matters | | 0.60 | $ 351.00 |
| 29-Dec | BK-02 | Review and revise liquidation analysis | | 1.30 | $ 760.50 |
| 30-Dec | BK-50 | Briefings on ABECO assets | | 0.30 | $ 175.50 |
| 30-Dec | BK-02 | Work session on projected liquidation recovery | | 0.30 | $ 175.50 |
| 1-Jan | BK-02 | Prepared 20223-2025 projections | | 1.40 | $ 819.00 |
| 3-Jan | BK-02 | Reviewed and responded to messages to coordinate case activities | | 0.30 | $ 175.50 |
| 4-Jan | BK-02 | Work session on revisions to projections | | 0.80 | $ 468.00 |
| 4-Jan | BK-03 | Briefings regarding allocations of ABE to proceeds | | 0.20 | $ 117.00 |
| 5-Jan | BK-02 | Participated in a conference call regarding Plan of Reorganization | | 1.40 | $ 819.00 |
| 5-Jan | BK-02 | Review and revise projections | | 0.80 | $ 468.00 |
| 6-Jan | BK-03 | Review and revise projections | | 0.70 | $ 409.50 |
| 6-Jan | BK-02 | Participated in a work session on updated projection for Plan of Reorganization | | 0.60 | $ 351.00 |
| 9-Jan | BK-03 | Briefings regarding post petition creditor payments | | 0.20 | $ 117.00 |
| 9-Jan | BK-02 | Briefings with counsel to coordinate case activities | | 0.20 | $ 117.00 |
| 10-Jan | BK-02 | Reviewed and revised projection | | 0.90 | $ 526.50 |
| 10-Jan | BK-02 | Briefings with counsel to coordinate case activities | | 0.40 | $ 234.00 |
| 11-Jan | BK-02 | Addressed counsel on Plan of Reorganization | | 0.40 | $ 234.00 |
| 11-Jan | BK-05 | Briefings on Claims register | | 0.60 | $ 351.00 |
| 12-Jan | BK-03 | Briefings regarding equipment use under sub contract | | 0.30 | $ 175.50 |
| 13-Jan | BK-02 | Briefings regarding Plan filing | | 0.70 | $ 409.50 |
| 16-Jan | BK-02 | Briefings with counsel on Vollers changes | | 0.20 | $ 117.00 |
| 16-Jan | BK-02 | Briefings regarding Assuncao preference | | 0.60 | $ 351.00 |
| 17-Jan | BK-03 | Briefings with debtor counsel to coordinate case activities | | 0.70 | $ 409.50 |
| 17-Jan | BK-18 | Briefings on ABECO assets | | 0.20 | $ 117.00 |
| 19-Jan | BK-05 | Briefings on claim reconciliation | | 0.20 | $ 117.00 |
| 19-Jan | BK-21 | Review and comment on MOR | | 0.70 | $ 409.50 |
| 20-Jan | BK-05 | Briefings on insider claims | | 0.80 | $ 468.00 |
| 23-Jan | BK-02 | Briefings on Plan of Reorganization filing | | 0.40 | $ 234.00 |
| 23-Jan | BK-02 | Briefings with counsel to coordinate case activities | | 0.50 | $ 292.50 |
| 23-Jan | BK-21 | Review MOR | | 0.30 | $ 175.50 |
| 23-Jan | BK-03 | Briefings with Vollers on DBE status | | 0.40 | $ 234.00 |
| 24-Jan | BK-02 | Briefings on Plan of Reorganization | | 0.80 | $ 468.00 |
| 25-Jan | BK-50 | Briefings on avoidance actions | | 0.80 | $ 468.00 |
| 25-Jan | BK-02 | Briefings with counsel | | 0.40 | $ 234.00 |
| 25-Jan | BK-12 | Coordinate mailing and printing activities. | | 0.80 | $ 468.00 |
| 26-Jan | BK-50 | Participated in conference call on avoidance actions | | 0.60 | $ 351.00 |
| 26-Jan | BK-02 | Briefings with counsel to coordinate case activities | | 0.90 | $ 526.50 |
| 26-Jan | BK-12 | Reviewed and revised Plan of Reorganization; projection; reviewed and revised Plan of Reorganization draft | | 2.30 | $ 1,345.50 |

|  |  |  | Period Ended: | 31-Jan-23 |
|---|---|---|---|---|
| Client Name: Assuncao Brothers, Inc BK |  |  |  |  |
| Client #: 10-01-21 |  |  |  |  |
| Associate: Jacen Dinoff |  |  |  |  |
| Associate's Home Office: Boston |  | Client's Home Office: | New York |  |

| Date | Code | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 27-Jan | BK-12 | Prepared for and participated in conference call on Plan of Reordination revisions |  | 2.40 | $ 1,404.00 |
| 28-Jan | BK-12 | Review and revise Plan of Reorganization and projections |  | 0.70 | $ 409.50 |
| 30-Jan | BK-12 | Prepared for and participated in a work session to finalize Plan of Reorganization |  | 1.20 | $ 702.00 |
| 30-Jan | BK-02 | Reviewed and revised projections |  | 0.90 | $ 526.50 |
| 30-Jan | BK-02 | Briefings with counsel to coordinate case activities |  | 0.60 | $ 351.00 |
| 30-Jan | BK-01 | Briefings regarding insider transactions |  | 0.80 | $ 468.00 |
| 30-Jan | BK-12 | Review and revise claims register |  | 0.40 | $ 234.00 |
| 30-Jan | BK-12 | Review and revise Plan of Reorganization |  | 0.80 | $ 468.00 |
| 31-Jan | BK-02 | Briefings with counsel to coordinate case activities |  | 0.80 | $ 468.00 |
| 31-Jan | BK-12 | Coordinated Plan mailing and ballot |  | 3.30 | $ 1,930.50 |
| **EXPENSES** |  |  |  |  |  |
|  |  | Supplies: Copy paper, envelopes, ink for printer, | $ 879.63 |  |  |
|  |  | This Page Total | $ 879.63 | 63.50 | $ 37,147.50 |