| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **FOX ROTHSCHILD LLP** <br> 49 Market St. <br> Morristown, NJ 07960 <br> Joseph J. DiPasquale, Esq. <br> Michael R. Herz, Esq. <br> Joseph A. Caneco, Esq. <br> jdipasquale@foxrothschild.com <br> mherz@foxrothschild.com <br> jcaneco@foxrothschild.com <br> Telephone:  (973) 992-4800 <br> Facsimile:   (973) 992-9125 <br><br> *Counsel to the Debtor and Debtor in Possession* |

| | |
|---|---|
| In re: <br><br> ASSUNCAO BROS., INC., <br><br>                  Debtor. | Chapter 11 (Subchapter V) <br><br> Case No. 22-16159 <br><br> Judge:  Hon. Christine M. Gravelle |

**ORDER GRANTING SECOND INTERIM APPLICATION OF
KCP ADVISORY GROUP, LLC AS FINANCIAL ADVISORS TO THE DEBTOR
FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD FROM NOVEMBER 1, 2022 THROUGH JANUARY 31, 2023**

The relief set forth on the following page numbered 2 is hereby **ordered**.

142886594.1
142909951.1

Page 2 of 2

In re: Assuncao Bros., Inc.
Case No: 22-16159 (CMG)
TITLE: ORDER GRANTING SECOND INTERIM APPLICATION OF KCP ADVISORY GROUP, LLC AS FINANCIAL ADVISORS TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2022, THROUGH JANUARY 31, 2023

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED, that the compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| KCP Advisory Group, LLC<br>Financial Advisor to the Debtor | $74,364.00 | $2,297.05 |

IT IS FURTHER ORDERED, that the Debtor shall pay the above amount, net of the Retainer, to Applicant forthwith.

IT IS FURTHER ORDERED, that notwithstanding the entry of this Order or anything set forth herein or in the Application, NGM Insurance Company's ("NGM") claims and rights against KCP, if any, as a transferee of any trust funds are preserved, and nothing herein shall affect such rights and claims. The rights and defenses of KCP with respect to any rights and claims preserved for NGM under this paragraph are preserved.