

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

Scott S. Rever, Esq., Subch. V Trustee
110 Allen Road
Suite 304
Basking Ridge, NJ  07920

February 7, 2023
Invoice No.:   488664

For professional services rendered and disbursements through January 31, 2023

**Client Matter: 24595.9**

**RE:  Assuncao Brothers Inc.**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 11/01/22 | SSR | Email from and to Joe D. regarding filing fee application. | .20 | 90.00 |
| 11/01/22 | SSR | Reviewed debtor's status report. | .20 | 90.00 |
| 11/09/22 | SSR | Reviewed letter from counsel for creditor and motion for relief from stay. | .40 | 180.00 |
| 11/09/22 | SSR | Reviewed entered order extending time to file plan. | .20 | 90.00 |
| 11/15/22 | SSR | Email to and from Joe D. regarding case - status conference - plan - receipt of funds. | .40 | 180.00 |
| 11/15/22 | SSR | Attended status conference. | .40 | 180.00 |
| 11/15/22 | SSR | Email form debtor's counsel to US Trustee Office with worker's compensation insurance. | .10 | 45.00 |
| 11/21/22 | SSR | Reviewed October monthly operating report. | .30 | 135.00 |
| 11/28/22 | SSR | Preparation of fee application. | 1.00 | 450.00 |
| 11/28/22 | SSR | Email from and to Joe D. regarding filing fee application. | .10 | 45.00 |
| 11/28/22 | SSR | Email from debtor's counsel regarding payment of 75k. | .10 | 45.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 11/30/22 | SSR | Reviewed determination of adjournment request - stay relief motion. | .20 | 90.00 |
| 12/01/22 | SSR | Email from DiPasquale regarding filing fee application. | .10 | 45.00 |
| 12/05/22 | SSR | Email to US Trustee Office regarding fee applications. | .10 | 45.00 |
| 12/06/22 | SSR | Emails to and from debtor's counsel regarding payment of fees and plan. | .20 | 90.00 |
| 12/06/22 | SSR | Email from USTO regarding fee applications. | .10 | 45.00 |
| 12/07/22 | SSR | Email from debtor's counsel regarding status of plan and Absco issue. | .40 | 180.00 |
| 12/08/22 | SSR | Reviewed notices of hearing on fee applications. | .10 | 45.00 |
| 12/09/22 | SSR | Email from Joe D. regarding 75k paid by Vollers. | .10 | 45.00 |
| 12/09/22 | SSR | Reviewed Santander stay relief motion. | .30 | 135.00 |
| 12/13/22 | SSR | Reviewed certificate of consent and email to and from Herz to forward application and consent order resolving stay relief motion. | .20 | 90.00 |
| 12/13/22 | SSR | Reviewed consent order on stay relief motion. | .20 | 90.00 |
| 12/19/22 | SSR | Reviewed November monthly operating report. | .20 | 90.00 |
| 12/20/22 | SSR | Reviewed entered order for limited relief from stay. | .10 | 45.00 |
| 12/20/22 | SSR | Reviewed Morton notice of appearance. | .10 | 45.00 |
| 12/23/22 | SSR | Email to debtor's counsel regarding stay motion and status of plan. | .20 | 90.00 |
| 12/23/22 | SSR | Email from Herz regarding stay relief and status of plan. | .20 | 90.00 |
| 12/23/22 | SSR | Email from US Trustee to Joe D. regarding issue with fee application. | .20 | 90.00 |
| 12/23/22 | SSR | Email from Joe D. regarding adjournment of hearing on fee application. | .10 | 45.00 |
| 12/27/22 | SSR | Read letter from debtor's counsel to court regarding Santander stay relief motion. | .20 | 90.00 |
| 12/27/22 | SSR | Reviewed NGM limited objection to Fox and KCP fees. | .30 | 135.00 |

**GENOVA BURNS**
ATTORNEYS-AT-LAW

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 12/28/22 | SSR | Reviewed email from US Trustee to debtor's counsel regarding fee application issues. | .20 | 90.00 |
| 12/28/22 | SSR | Reviewed Joe D.'s response to US Trustee fee issues. | .10 | 45.00 |
| 12/29/22 | SSR | Reviewed email from debtor's counsel to US Trustee with revised fee order and reviewed. | .20 | 90.00 |
| 12/29/22 | SSR | Email from US Trustee regarding Fox fee order ok. | .10 | 45.00 |
| 12/29/22 | SSR | Email from debtor's counsel to court with revised fee order. | .20 | 90.00 |
| 12/29/22 | SSR | Email from court regarding no appearance on fee applications. | .10 | 45.00 |
| 12/30/22 | SSR | Reviewed application and consent order regarding Santander stay relief. | .20 | 90.00 |
| 1/03/23 | SSR | Email from NGM counsel regarding fee application. | .10 | 45.00 |
| 1/05/23 | SSR | Email to Joe D. regarding plan and status. | .20 | 90.00 |
| 1/06/23 | SSR | Reviewed court notice regarding granting fee applications. | .10 | 45.00 |
| 1/06/23 | SSR | Reviewed Vollers motion to enforce sale order. | .40 | 180.00 |
| 1/09/23 | SSR | Email from Joe D. and KCP regarding fee application - plan status. | .20 | 90.00 |
| 1/09/23 | SSR | Reviewed entered consent order vacating stay - Santander. | .10 | 45.00 |
| 1/13/23 | SSR | Email form Herz regarding plan - my fees. | .10 | 45.00 |
| 1/17/23 | SSR | Email to debtor's counsel regarding plan. | .10 | 45.00 |
| 1/23/23 | SSR | Reviewed December monthly operating report. | .30 | 135.00 |
| 1/24/23 | SSR | Email to and from debtor's counsel regarding status of plan. | .10 | 45.00 |
| 1/24/23 | SSR | Reviewed objection to Voller motion. | .40 | 180.00 |
| 1/24/23 | SSR | Email to debtor's counsel regarding objection to Voller motion. | .10 | 45.00 |
| 1/27/23 | SSR | Reviewed Vollers reply to objection to motion to enforce sale order. | .30 | 135.00 |

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

| Date | Atty | Description Of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 1/31/23 | SSR | Reviewed entered order on motion to enforce sale motion. | .20 | 90.00 |
| 1/31/23 | SSR | Attended hearing on motion to enforce sale order. | .80 | 360.00 |
| 1/31/23 | SSR | Email to and from debtor's counsel regarding motion to enforce and plan. | .20 | 90.00 |
| 1/31/23 | SSR | Email from and to court regarding status conference and moving motion to enforce sale order. | .20 | 90.00 |
| 1/31/23 | SSR | Reviewed order setting deadline regarding plan. | .20 | 90.00 |
| 1/31/23 | SSR | Reviewed plan. | 1.10 | 495.00 |
| 1/31/23 | SSR | Email to and from US Trustee Office regarding plan. | .40 | 180.00 |
| 1/31/23 | SSR | Phone to US Trustee Office-Maggie regarding plan. | .60 | 270.00 |

**TOTAL PROFESSIONAL SERVICES** **$ 6,435.00**

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Scott S Rever | Counsel | 14.30 | 450.00 | 6,435.00 |
| **TOTALS** | | **14.30** | | **$ 6,435.00** |