

494 Broad Street
Newark, NJ 07102-3230
Telephone 973-533-0777
Fax 973-533-1112
Tax ID# 22-2940404
www.genovaburns.com

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| 8/04/22 | PACER SERVICE, U.S. Courts: PACER, 2552798-Q32022 | 19.90 |
| 9/30/22 | PACER SERVICE, U.S. Courts: PACER, 5252288-Q32022 - Usage From 7/1/22 - 9/30/22 - Amex Period Ending 11-30-CH | 15.10 |
| 11/15/22 | Other Professional, CourtSolutions, LLC, Case: 22-16159-16 - Case: 22-16159, fee for virtual hearing, Judge: Christine Gravelle, Participant: Scott Rever. - Amex Period Ending 11-30-DMS | 50.00 |
| 1/31/23 | Other Professional, CourtSolutions, LLC, 22-16159 - Case No. 22-16159, fee for virtual court hearing, Judge: Christine Gravelle, Participant: Scott Rever - Amex Period Ending 1-31 DMS | 50.00 |
| | **TOTAL DISBURSEMENTS** | **$ 135.00** |