**Fill in this information to identify the case:**

Debtor Name: ASSUNCAO BROS, iNC.

United States Bankruptcy Court for the: District of New Jersey

Case number: 22-16159

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: January 2023                              Date report filed: 02/20/2023
                                                                    MM / DD / YYYY
Line of business: Road&Bridge Construction       NAISC code: 2373

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Martin Assuncao

Original signature of responsible party: /s/ Martin Assuncao

Printed name of responsible party: Martin Assuncao

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C      Monthly Operating Report for Small Business Under Chapter 11      page 1

Debtor Name _____   Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ❏ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.          − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.          + $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.          = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ _____

    *(Exhibit E)*

Debtor Name  _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    _____
27. What is the number of employees as of the date of this monthly report?    _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____
30. How much have you paid this month in other professional fees?    $ _____
31. How much have you paid in total other professional fees since filing the case?    $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:    $ _____
36. Total projected cash disbursements for the next month:    − $ _____
37. Total projected net cash flow for the next month:    = $ _____

Debtor Name _____    Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

**Assuncao Brothers Inc**
**Exhibits C and D**
As of January 31, 2023

| Type | Date | Num | Name | Memo | Cash Received | Disbursement | Balance |
|---|---|---|---|---|---:|---:|---:|
| **1003 · TD - Payroll** | | | | | | | **6,209.56** |
| Paycheck | 01/06/2023 | 34341 | Bruno Simonelli | Payroll | | 1,575.16 | 4,634.40 |
| Liability Chec | 01/06/2023 | E-pay | State of New Jersey | 221643306/000 QB Tracking # 1309768082 | | 91.35 | 4,543.05 |
| Liability Chec | 01/06/2023 | E-pay | United States Treasury | 22-1643306 QB Tracking # 1311297082 | | 474.00 | 4,069.05 |
| Paycheck | 01/13/2023 | 34342 | Bruno Simonelli | Payroll | | 1,575.16 | 2,493.89 |
| Liability Chec | 01/13/2023 | E-pay | State of New Jersey | 221643306/000 QB Tracking # -1344469818 | | 91.35 | 2,402.54 |
| Liability Chec | 01/13/2023 | E-pay | United States Treasury | 22-1643306 QB Tracking # -1344149818 | | 474.00 | 1,928.54 |
| Deposit | 01/17/2023 | Deposit | Vollers CC | Vollers expense reimbursement | 8,867.60 | | 10,796.14 |
| Liability Chec | 01/18/2023 | E-pay | State of New Jersey | 221643306/000 QB Tracking # 82453182 | | 91.35 | 10,704.79 |
| Liability Chec | 01/18/2023 | E-pay | United States Treasury | 22-1643306 QB Tracking # 83041182 | | 474.00 | 10,230.79 |
| Liability Chec | 01/18/2023 | E-pay | State of New Jersey | 221643306/000 QB Tracking # 83909182 | | 1,698.19 | 8,532.60 |
| Paycheck | 01/19/2023 | 34343 | Bruno Simonelli | Payroll | | 1,575.16 | 6,957.44 |
| Liability Chec | 01/26/2023 | E-pay | State of New Jersey | 221643306/000 QB Tracking # 1523377182 | | 91.35 | 6,866.09 |
| Liability Chec | 01/26/2023 | E-pay | United States Treasury | 22-1643306 QB Tracking # 1524205182 | | 474.00 | 6,392.09 |
| Paycheck | 01/27/2023 | 34344 | Bruno Simonelli | Payroll | | 1,575.16 | 4,816.93 |
| **Total 1003 · TD - Payroll** | | | | | 8,867.60 | 10,260.23 | 4,816.93 |
| **1005 · 8707-TD Operating** | | | | | | | **1,821.40** |
| Check | 01/26/2023 | Debit | | Deluxe For Business (checks W'2 YE 2022 | | 176.85 | 1,644.55 |
| **Total 1005 · 8707-TD Operating** | | | | | 0.00 | 176.85 | 1,644.55 |
| | | | Accounts receivable collections received by Vollers | | 271,836.06 | | |
| | | | Application of accounts receivable collections to Vollers accounts payable | | | 271,836.06 | |
| | | | **TOTALS** | | 8,030.96  280,703.66 | 282,273.14 | 6,461.48 |

**Other cash flow items**

| | | | | | | | |
|---|---|---|---|---|---:|---:|---|
| | | | Interest earned on Cash held by KCP | | 5.66 | | |
| | | | Wire fees | | 2.00 | 2.00 | |
| | | | Payment of professional fees | | | 183,367.83 | |
| | | | **TOTALS** | | 280,711.32 | 465,642.97 | |

Page 1 of 1

# Assuncao Brothers, Inc.
## A/P Aging Summary
## Exhibit E
### As of January 31, 2023

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Genova Burns LLC** | 6,570 | 0 | 0 | 0 | 0 | 6,570 |
| **Vollers** | 942,270 | 846,240 | 1,228,603 | 455,625 | 850,211 | 4,322,949 |
|  | **948,840** | **846,240** | **1,228,603** | **455,625** | **850,211** | **4,329,519** |

*Assuncao Brothers, Inc*
*Accounts Receivable*
*Exhibit F*
*January 31, 2023*

|  | Current | 0-30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Total Anselmi & DiCicco, Inc RT 46 | 0 | 0 | 0 | 0 | 7,123.75 | 7,123.75 |
| Total Conti | 0 | 0 | 0 | 0 | 92,937.78 | 92,937.78 |
| Total Hudson County | 0 | 0 | 0 | 0 | 61,792.42 | 61,792.42 |
| Total Konkus Corporation | 0 | 0 | 9,053.61 | 0 | 266,417.09 | 275,470.70 |
| Total Kyle Conti Construction | 70,800 | 0 | 0 | 158,339.82 | 0 | 229,139.82 |
| Total Middlesex County | 0 | 0 | 0 | 0 | 94,081.51 | 94,081.51 |
| Ritacco Construction Inc. | | | | | | |
|    CR 660 River Road Bridge | 0 | 0 | 45,636.80 | 0 | 0 | 45,636.80 |
|    Old Newark Pompton Turnpike | 0 | 0 | 0 | 0 | 2,089.31 | 2,089.31 |
|    Route 3 Bridge over North Second | | 221,115.00 | 170,028.60 | 0 | 187,465.60 | 578,609.20 |
| Total Ritacco Construction Inc. | | 221,115.00 | 215,665.40 | 0 | 189,554.91 | 626,335.31 |
| Schiavone Construction | | | | | | |
|    Bridge Deck Reconstruction | 254,201.00 | 82,730.50 | 211,046.50 | 125,052.00 | 820,569.73 | 1,493,599.73 |
|    Pulaski Skyway 2 | 0 | 0 | 0 | 0 | 112,164.76 | 112,164.76 |
| Total Schiavone Construction | 254,201.00 | 82,730.50 | 211,046.50 | 125,052.00 | 932,734.49 | 1,605,764.49 |
| Total South State | 376,285.00 | 0 | 367,856.50 | 133,462.53 | 0 | 877,604.03 |
| Total Union Paving | | 95,347.03 | 0 | 55,557.71 | 0 | 150,904.74 |
|  | 701,286.00 | 399,192.53 | 803,622.01 | 472,412.06 | 1,644,641.95 | 4,021,154.55 |
|  |  |  |  |  |  |  |
| **Totals** | 419,068.50 | 803,622.01 | 744,248.12 | 447,309.60 | 1,204,811.93 | 3,619,060.16 |

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

ASSUNCAO BROTHERS INC
DIP CASE 22-16159 DIST NJ
29 WOOD AVE
EDISON NJ  08820-

Page: 1 of 4
Statement Period: Jan 01 2023-Jan 31 2023
Cust Ref #: E-***
Primary Account #: 7430

## Chapter 11 Checking

ASSUNCAO BROTHERS INC
DIP CASE 22-16159 DIST NJ

Account # 7430

### ACCOUNT SUMMARY

| | |
|---|---:|
| Statement Balance as of 01/01 | 7,385.01 |
| Plus    1    Deposits and Other Credits | 8,867.60 |
| Less    15    Checks and Other Debits | 10,829.58 |
| Statement Balance as of 01/31 | 5,423.03 |

| | Total for this Period | Total Prior Year |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $350.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 01/04 | CCD DEBIT, IRS USATAXPYMT 225340453438665 | 478.00 | | 6,907.01 |
| 01/04 | CCD DEBIT, NEW JERSEY EFT T NJWEB45 091000012392656 | 91.35 | | 6,815.66 |
| 01/06 | Check #34341 | 1,575.16 | | 5,240.50 |
| 01/10 | CCD DEBIT, IRS USATAXPYMT 225341063399649 | 474.00 | | 4,766.50 |
| 01/10 | CCD DEBIT, NEW JERSEY EFT T NJWEB45 091000012424618 | 91.35 | | 4,675.15 |
| 01/11 | Check #34342 | 1,575.16 | | 3,099.99 |
| 01/17 | DEPOSIT | | 8,867.60 | 11,967.59 |
| 01/18 | CCD DEBIT, IRS USATAXPYMT 225341811123293 | 474.00 | | 11,493.59 |
| 01/18 | CCD DEBIT, NEW JERSEY EFT T NJWEB45 091000012547727 | 91.35 | | 11,402.24 |
| 01/20 | Check #34343 | 1,575.16 | | 9,827.08 |
| 01/20 | CCD DEBIT, IRS USATAXPYMT 225342013693223 | 474.00 | | 9,353.08 |
| 01/23 | CCD DEBIT, NJ GIT / LBR PMT NJWEB82 091000012659808 | 1,698.19 | | 7,654.89 |
| 01/23 | CCD DEBIT, NEW JERSEY EFT T NJWEB45 091000012639548 | 91.35 | | 7,563.54 |
| 01/26 | Check #34344 | 1,575.16 | | 5,988.38 |
| 01/30 | CCD DEBIT, IRS USATAXPYMT 225343050854936 | 474.00 | | 5,514.38 |
| 01/30 | CCD DEBIT, NEW JERSEY EFT T NJWEB45 091000012728128 | 91.35 | | 5,423.03 |

1:06 PM
02/07/23

# Assuncao Brothers Inc
# Reconciliation Detail
### 1003 · TD - Payroll, Period Ending 01/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 7,385.01 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 15 items** | | | | | | |
| Liability Check | 12/30/2022 | E-pay | United States Treas... | X | -478.00 | -478.00 |
| Liability Check | 12/30/2022 | E-pay | State of New Jersey | X | -91.35 | -569.35 |
| Paycheck | 01/06/2023 | 34341 | Bruno Simonelli | X | -1,575.16 | -2,144.51 |
| Liability Check | 01/06/2023 | E-pay | United States Treas... | X | -474.00 | -2,618.51 |
| Liability Check | 01/06/2023 | E-pay | State of New Jersey | X | -91.35 | -2,709.86 |
| Paycheck | 01/13/2023 | 34342 | Bruno Simonelli | X | -1,575.16 | -4,285.02 |
| Liability Check | 01/13/2023 | E-pay | United States Treas... | X | -474.00 | -4,759.02 |
| Liability Check | 01/13/2023 | E-pay | State of New Jersey | X | -91.35 | -4,850.37 |
| Liability Check | 01/18/2023 | E-pay | State of New Jersey | X | -1,698.19 | -6,548.56 |
| Liability Check | 01/18/2023 | E-pay | United States Treas... | X | -474.00 | -7,022.56 |
| Liability Check | 01/18/2023 | E-pay | State of New Jersey | X | -91.35 | -7,113.91 |
| Paycheck | 01/19/2023 | 34343 | Bruno Simonelli | X | -1,575.16 | -8,689.07 |
| Liability Check | 01/26/2023 | E-pay | United States Treas... | X | -474.00 | -9,163.07 |
| Liability Check | 01/26/2023 | E-pay | State of New Jersey | X | -91.35 | -9,254.42 |
| Paycheck | 01/27/2023 | 34344 | Bruno Simonelli | X | -1,575.16 | -10,829.58 |
| Total Checks and Payments | | | | | -10,829.58 | -10,829.58 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 01/17/2023 | Deposit | Vollers CC | X | 8,867.60 | 8,867.60 |
| Total Deposits and Credits | | | | | 8,867.60 | 8,867.60 |
| Total Cleared Transactions | | | | | -1,961.98 | -1,961.98 |
| **Cleared Balance** | | | | | -1,961.98 | 5,423.03 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Liability Check | 09/28/2022 | E-pay | United States Treas... | | -423.40 | -423.40 |
| Liability Check | 10/26/2022 | E-pay | State of New Jersey | | -91.35 | -514.75 |
| Liability Check | 12/16/2022 | E-pay | State of New Jersey | | -91.35 | -606.10 |
| Total Checks and Payments | | | | | -606.10 | -606.10 |
| **Deposits and Credits - 2 items** | | | | | | |
| Liability Check | 11/16/2022 | 34139 | State of New Jersey | | 0.00 | 0.00 |
| Bill Pmt -Check | 11/16/2022 | 34334 | State of New Jersey | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -606.10 | -606.10 |
| Register Balance as of 01/31/2023 | | | | | -2,568.08 | 4,816.93 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Paycheck | 02/02/2023 | 34345 | Bruno Simonelli | | -1,575.16 | -1,575.16 |
| Paycheck | 02/09/2023 | 34346 | Bruno Simonelli | | -1,575.16 | -3,150.32 |
| Total Checks and Payments | | | | | -3,150.32 | -3,150.32 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 02/06/2023 | Deposit | Insurance - IOA | | 2,197.01 | 2,197.01 |
| Total Deposits and Credits | | | | | 2,197.01 | 2,197.01 |
| Total New Transactions | | | | | -953.31 | -953.31 |
| **Ending Balance** | | | | | **-3,521.39** | **3,863.62** |

# TD Bank
*America's Most Convenient Bank®*

**STATEMENT OF ACCOUNT**

ASSUNCAO BROTHERS INC
DIP CASE 22-1643306 DIST NJ
29 WOOD AVE
EDISON NJ  08820

Page: 1 of 2
Statement Period: Jan 01 2023-Jan 31 2023
Cust Ref #: E-***
Primary Account #: 8707

## Chapter 11 Checking

ASSUNCAO BROTHERS INC
DIP CASE 22-1643306 DIST NJ

Account # 8707

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,821.40 | Average Collected Balance | 1,787.17 |
| | | Interest Earned This Period | 0.00 |
| Electronic Payments | 176.85 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 1,644.55 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/26 | CCD DEBIT, DLX FOR BUSINESS DELUXE SBS 02052972957128 | 176.85 |
| | Subtotal: | 176.85 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 1,821.40 | 01/26 | 1,644.55 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**BANK OF AMERICA**
**Preferred Rewards**
For Business

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

KCP ADVISORY GROUP, LLC
700 TECHNOLOGY PARK DR STE 212
BILLERICA, MA  01821-4134

## Your Business Advantage Savings
## Preferred Rewards for Bus Platinum Honors

for January 1, 2023 to January 31, 2023                                                              Account number:  ▆▆▆▆ 4894
**KCP ADVISORY GROUP, LLC**

### Account summary

| | | |
|---|---:|---|
| Beginning balance on January 1, 2023 | $232,135.06 | # of deposits/credits: 2 |
| Deposits and other credits | 66,386.32 | # of withdrawals/debits: 3 |
| Withdrawals and other debits | -149,744.43 | # of days in cycle: 31 |
| Service fees | -1.00 | Average ledger balance: $156,838.41 |
| **Ending balance on January 31, 2023** | **$148,775.95** | Average collected balance: $156,838.41 |

*Annual Percentage Yield Earned this statement period: 0.04%.*
*Interest Paid Year To Date: $5.33.*

---

BUSINESS ADVANTAGE

### Go paperless. It's more secure.

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267

PULL: E   CYCLE: 23   SPEC: E   DELIVERY: E   TYPE:     IMAGE: I   BC: MA                                                                                          Page 1 of 4



**Your savings account**

KCP ADVISORY GROUP, LLC  |  Account # 4894  |  January 1, 2023 to January 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/04/23 | Online Banking transfer from SAV 4881 Confirmation# 1884468302 | 66,380.99 |
| 01/31/23 | Interest Earned | 5.33 |
| **Total deposits and other credits** | | **$66,386.32** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 01/04/23 | TRANSFER KCP ADVISORY GROUP, :Fox Rothschild LLP Confirmation# 1584459407 | -149,743.43 |
| 01/06/23 | Online Banking transfer to SAV 4881 Confirmation# 1802407408 | -1.00 |
| **Total withdrawals and other debits** | | **-$149,744.43** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 01/05/23 | External transfer fee - 3 Day -   01/04/2023 | -1.00 |
| **Total service fees** | | **-$1.00** |

Note your Ending Balance already reflects the subtraction of Service Fees.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 232,135.06 | 01/05 | 148,771.62 | 01/31 | 148,775.95 |
| 01/04 | 148,772.62 | 01/06 | 148,770.62 | | |



Happy New Year!

May the new year bring you happiness, peace and prosperity. Wishing you a joyous 2023!

SSM-10-22-0070.C  |  4968844



**BANK OF AMERICA**
**Preferred Rewards**
For Business

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

KCP ADVISORY GROUP, LLC
700 TECHNOLOGY PARK DR STE 212
BILLERICA, MA  01821-4134

## Your Business Advantage Savings
## Preferred Rewards for Bus Platinum Honors

for January 1, 2023 to January 31, 2023                                    Account number: ▮▮▮▮ 4881
**KCP ADVISORY GROUP, LLC**

### Account summary

| | | |
|---|---:|---|
| Beginning balance on January 1, 2023 | $100,005.39 | # of deposits/credits: 2 |
| Deposits and other credits | 1.33 | # of withdrawals/debits: 4 |
| Withdrawals and other debits | -100,005.39 | # of days in cycle: 31 |
| Service fees | -1.00 | Average ledger balance: $9,677.91 |
| **Ending balance on January 31, 2023** | **$0.33** | Average collected balance: $9,677.91 |

*Annual Percentage Yield Earned this statement period: 0.04%.*
*Interest Paid Year To Date: $0.33.*

---

**BUSINESS ADVANTAGE**

### Go paperless. It's more secure.

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267



**Your savings account**

KCP ADVISORY GROUP, LLC  |  Account # 4881  |  January 1, 2023 to January 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/06/23 | Online Banking transfer from SAV 4894 Confirmation# 1802407408 | 1.00 |
| 01/31/23 | Interest Earned | 0.33 |
| **Total deposits and other credits** | | **$1.33** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 01/04/23 | TRANSFER KCP ADVISORY GROUP, :Genova Burns LLC Confirmation# 0284275652 | -6,792.00 |
| 01/04/23 | Online Banking transfer to CHK 5513 Confirmation# 1984322460 | -26,832.40 |
| 01/04/23 | Online Banking transfer to SAV 4894 Confirmation# 1884468302 | -66,380.99 |
| **Total withdrawals and other debits** | | **-$100,005.39** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 01/05/23 | External transfer fee - 3 Day -    01/04/2023 | -1.00 |
| **Total service fees** | | **-$1.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 100,005.39 | 01/05 | -1.00 | 01/31 | 0.33 |
| 01/04 | 0.00 | 01/06 | 0.00 | | |



Happy New Year!

May the new year bring you happiness, peace and prosperity. Wishing you a joyous 2023!

SSM-10-22-0070.C  |  4968844

Case 22-16159-CMG    Doc 199    Filed 02/21/23    Entered 02/21/23 14:52:57    Desc Main
Document    Page 15 of 17

**Assuncao Brothers, Inc.**
**Balance Sheet**
**As of January 31, 2023**

|  | Jan 31 2023 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Total Checking/Savings | 6,462 |
| Total Accounts Receivable | 3,619,060 |
| **Other Current Assets** | |
| Funds held by others | 148,776 |
| 1200 · Costs in Excess of Billings | 707,324 |
| **Total Current Assets** | 4,481,622 |
| **Total Fixed Assets** | 28,465 |
| **TOTAL ASSETS** | **4,510,087** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Total Accounts Payable | 4,329,519 |
| Prepetition Liabilities | 4,966,479 |
| 2080 · Manasquan Bank (LOC) | 359,232 |
| 2100 · Billings in Excess of Cost | 147,907 |
| 2715 · Chrysler - Jeep 2019 - $999.93 | 15,127 |
| 2731 · Komatsu - D39 Doz - $3524.16 | 91,628 |
| 2740 · SBA Loan | 500,000 |
| **Total Liabilities** | 10,409,893 |
| **Total Equity** | -5,899,806 |
| **TOTAL LIABILITIES & EQUITY** | **4,510,087** |

Accounts receivable and January revenue does not include an estimate for billings in process.

# Assuncao Brothers, Inc.
## Profit & Loss
### August 2 through January 31, 2023

|  |  | Aug 2 - Jan 31, 23 | January |
|---|---|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| | 4000 · Construction Income | 4,400,614 | 701,286 |
| | Interest and expense reimbursement | 38,892 | 8,873 |
| **Total Income** | | 4,439,506 | 710,159 |
| **Cost of Goods Sold** | | | |
| | 5020 · Labor | 165,219 | -0 |
| | Total 5030 · Materials | 58,360 | -0 |
| | 5040 · Subcontractor | 5,360,152 | 942,270 |
| | 5050 · Trucking / Hauling | 52 | 0 |
| | 5250 · Union Benefits Expense | 119,054 | -0 |
| | 6040 · Insurance - Workers Comp | 11,010 | 9 |
| **Total COGS** | | 5,713,847 | 942,279 |
| **Gross Profit** | | -1,274,341 | -232,119 |
| **Expense** | | | |
| | 6000 · Officer Salary | 18,400 | 0 |
| | 6005 · Payroll Expenses | 17,854 | -0 |
| | 6010 · Office Salaries | 65,689 | 8,000 |
| | 6018 · Payroll Taxes | 30,875 | 1,222 |
| | 6020 · Insurance-General Liability | -8,504 | 0 |
| | 6050 · Insurance - Health | 4,180 | -0 |
| | 6105 · Insurance - Officer | -177 | -0 |
| | 6110 · Office Supplies | 177 | 177 |
| | 6130 · Office - Rent Expense | 2,750 | 0 |
| | 6140 · Office - Utilities / Phone | 1,240 | -0 |
| | 6170 · Legal Fees / Accounting | 293,105 | 6,570 |
| | 6180 · Consulting | 122,957 | 200 |
| | 6270 · Bank Service Charges | 133 | 2 |
| | 6300 · Auto Repairs & Maintenance | 527 | 0 |
| | 6320 · Equipment Repairs & Maintenance | 194 | 0 |
| | 6325 · Fuel - Vehicle | 136 | 0 |
| | 6328 · Fuel - Equipment | 6,490 | -0 |
| | 6400 · Interest - Line Of Credit | 9,515 | 0 |
| **Total Expense** | | 565,541 | 16,169 |
| **Net Ordinary Income** | | -1,839,882 | -248,289 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| | Cure Payments | 425,749 | 0 |
| | Vollers Sale | -1,268,909 | -1,467 |
| **Total Other Income** | | -843,160 | -1,467 |
| **Net Other Income** | | -843,160 | -1,467 |
| **Net Income** | | **-2,683,042** | **-249,756** |

|  | Budget |
|---|---|
| **Receipts** | |
| Accounts receivable collections | $ 491,000 |
| Vollers expense Reimbursement | 9,000 |
| Total | $ 500,000 |
| | |
| **Disbursements** | |
| Payroll | $ 9,000 |
| Voller post pettion AP | 491,000 |
| Total | $ 500,000 |