Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−16159−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Assuncao Bros., Inc.
   29 Wood Avenue
   Edison, NJ 08820

Social Security No.:

Employer's Tax I.D. No.:
   22−1643306

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     3/21/23
Time:    02:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
KCP Advisory Group, LLC, Other Professional

COMMISSION OR FEES
Fees: $74,364.00

EXPENSES
$2,297.05

If this is a chapter 13 case, the fees and expenses awarded:

    ☐   will not reduce the amount to be paid to general unsecured
          creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 21, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                           Case No. 22-16159-CMG

Assuncao Bros., Inc.                             Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                 Page 1 of 10
Date Rcvd: Feb 21, 2023         Form ID: 137                Total Noticed: 349

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503 |
| aty | + | Garry Masterson, Weltman, Weinberg & Reis Co. LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| aty | + | Robert Cook, Levinson Axelrod, P.A., 654 Lacey Road, Forked River, NJ 08731-2104 |
| cr | + | Black Rock Enterprises LLC, c/o Becker LLC, 345 Eisenhower Parkway, Plaza Two, Suite 1500, Livingston, NJ 07039-1722 |
| cr | + | Horizon Blue Cross Blue Shield of New Jersey, c/o Becker LLC, 354 Eisenhower Parkway, Plaza Two, Suite 1500, Livingston, NJ 07039-1022 |
| cr | + | IUOE Local 825 Benefit Funds, 65 Springfield Avenue 2nd Floor, Springfield, NJ 07081, UNITED STATES 07081-1308 |
| cr | + | Iron Workers District Council Philadelphia and Vic, 1807 Spring Garden Street, Philadelphia, PA 19130-3916 |
| cr | + | Iron Workers Local 11 Benefit Funds, 12 Edison Place, Springfield, NJ 07081-1310 |
| cr | | Iron Workers Local 399 Benefit Funds, 26 W. Fleming Pike, Hammonton, NJ 08037 |
| cr | | J.M. Ahle Co., Inc., c/o Richard M. Schlaifer, Esq., Earp Cohn PC 20 Brace Road, Suite 400, Cherry Hill, NJ 08034 |
| cr | + | Manasquan Bank, c/o Riker Danzig LLP, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | + | Nobel Equipment & Supplies, Inc., 1920 E Edgar Rd, Linden, NJ 07036-1515 |
| cr | | Theresa Kraemer, 1881 Route 37 Lot 224, Toms River, NJ 08757-0902 |
| 519674373 | + | A. Azevedo Trucking, 2730 Killian Place, Union, NJ 07083-6458 |
| 519674374 | | ABC Supply Co. Inc., 700 E. Lincoln Ave., Rahway, NJ 07065-5712 |
| 519674379 | | AIRGAS USA, LLC, PO Box 734445, Chicago, IL 60673-4445 |
| 519674387 | + | ANS Consultants, Inc., 4405 South Clinton Ave., South Plainfield, NJ 07080-1230 |
| 519674391 | | ASCO, Acetylene Supply Company, 475 Route 9 South, Woodbridge, NJ 07095 |
| 519674393 | | AVS DESIGN INC., 228 Lackawanna Ave, Roosevelt Roads, PR 00742-4000 |
| 519733467 | + | Abeco Limited Liability Company, Martin Assuncao, 7 Hazelwood Court, Warren, NJ 07059-6799 |
| 519674375 | + | Abreu Truck Service, 283-299 Frelinghuysen Ave, Newark, NJ 07114-1415 |
| 519674376 | + | Accredited Analytical Resources, LLC, 20 Pershing Avenue, Carteret, NJ 07008-3318 |
| 519674377 | + | Acrow Corporation of America, 181 New Road, Parsippany, NJ 07054-5645 |
| 519674378 | + | Advanced Testing Company, Inc., 3348 Route 208, Campbell Hall, NY 10916-3508 |
| 519674380 | + | Allegiance Trucks, 525 W Linden Ave, Linden, NJ 07036-6507 |
| 519674383 | + | American Express National Bank, c/o Doyle & Hoefs, LLC, 2043 Springwood Road, Attn: Michael J. Hoefs, Esq., York, PA 17403-4836 |
| 519674384 | + | American Forensic Engineering, 3030 North Rocky Point Dr. West, Tampa, FL 33607-5803 |
| 519734502 | + | American Forest Products dba Tulnoy Lumber, 1620 Webster Ave, Bronx, NY 10457-8074 |
| 519674386 | #+ | Anchor an Oldcastle Company, 331 Newman Springs Rd Ste 236, Red Bank, NJ 07701-6769 |
| 519674388 | + | Anthony Lucciola, 51 Brookwood Road, Spotswood, NJ 08884-1707 |
| 519674389 | + | Anthony Philip Enterprises, 21 Dead River Road, Warren, NJ 07059-6797 |
| 519674390 | + | Apple Coring & Sawing, LLC, 350 Market Street, Kenilworth, NJ 07033-2034 |
| 519674392 | + | Atlantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 519674394 | + | B2W Software, 99 Bow Street Suite 500, Portsmouth, NH 03801-3846 |
| 519674397 | + | BCI Truck, Inc., 356 Highway 31, Flemington, NJ 08822-5741 |
| 519674400 | #+ | BJR Trucking LLC, 363 Freehold Rd, Jackson, NJ 08527-4670 |
| 519674408 | ++ | BRENT MATERIAL COMPANY, 325 COLUMBIA TURNPIKE SUITE 308, FLORHAM PARK NJ 07932-1212 address filed with court:, Brent Material Company, 325 Columbia Turnpike Suite 308, Florham Park, NJ 07932-1213 |
| 519674395 | + | Barclay Brand Ferdon, PO Box 341, South Plainfield, NJ 07080-0341 |

Case 22-16159-CMG    Doc 201    Filed 02/23/23    Entered 02/24/23 00:21:22    Desc
Imaged Certificate of Notice    Page 4 of 12

| District/off: 0312-3 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 137 | Total Noticed: 349 |

| | | |
|---|---|---|
| 519674398 | + | Belleville Police Department, 152 Washington Ave, Belleville, NJ 07109-2589 |
| 519674399 | + | Bernards Township Police, 1 Collyer Lane, Basking Ridge, NJ 07920-1442 |
| 519684899 | + | Black Rock Enterprises LLC, c/o Becker LLC, 354 Eisenhower Parkway, Plaza Two, Suite 1500, Livingston, New Jersey 07039-1022 |
| 519674401 | + | Black Rock Enterprises, LLC, 1316 Englishtown Road, Old Bridge, NJ 08857-1577 |
| 519674402 | + | Boa Hora Trucking, LLC, 45 Charles Street, South River, NJ 08882-1605 |
| 519674403 | + | Boro of South Bound Brook, 12 Main Street, South Bound Brook, NJ 08880-1407 |
| 519674404 | + | Borough Of Bernardsville, 166 Minebrook Road, Bernardsville, NJ 07924-2103 |
| 519674405 | + | Boss Landscaping, LLC, 14 Maxim Court, Jackson, NJ 08527-3894 |
| 519674407 | + | Bowco Laboratories, 75 Freeman Street, PO Box 1219, Woodbridge, NJ 07095-7219 |
| 519674409 | + | Bruce R Koerner Cranes & Equipment, 400 Franklin Ave, Rockaway, NJ 07866-4050 |
| 519674410 | + | Brucelli Advertising Co., Inc., 310 S. Blakely Street, Scranton, PA 18512-2233 |
| 519674411 | + | Builders General, PO Box 95, Little Silver, NJ 07739-0095 |
| 519674412 | + | Burlington County Regional Chamber of, Commerce, 520 Fellowship Road, E-502, Mount Laurel, NJ 08054-3417 |
| 519674413 | | Buy - Wise, 301 Vauxhall, Vauxhall, NJ 07088 |
| 519674414 | + | C&H Bonding, 783 Riverview Drive, P.O. Box 324, Totowa, NJ 07511-0324 |
| 519674420 | + | CB Tech Support, 1253 Springfield Ave. PMB 182, New Providence, NJ 07974-2931 |
| 519674421 | | CCLENJ, 1670 NJ 34, Farmingdale, NJ 07727 |
| 519674427 | + | CMC Truck Repair, 1500 Seymour Street South, South Plainfield, NJ 07080-1483 |
| 519674428 | + | CME Associates, 3141 Bordentown Ave., Parlin, NJ 08859-1162 |
| 519674415 | | Cambria Companies, PO BOX 51061, Newark, NJ 07101-5161 |
| 519674416 | + | Campbell Foundry Company, 800 Bergen St., Harrison, NJ 07029-2034 |
| 519674418 | + | Capital Pix, LLC, 22 Fifth St., South River, NJ 08882-2419 |
| 519674419 | + | Caspert Managment CO.,Inc, 11 Oxford Rd North, Caldwell, NJ 07006-4215 |
| 519674422 | + | Cedar Hill Topsoil, 127 Cedar Grove Lane, Somerset, NJ 08873-4718 |
| 519674423 | + | Cesario Construction Company, Inc, 18 Birchwood Court, East Hanover, NJ 07936-3140 |
| 519734196 | + | Charles D. Mueller, The Equitable Building, 120 Broadway, 28th Floor, New York, NY 10271-2901 |
| 519674425 | + | City Of East Orange, 15 South Munn Avenue, East Orange, NJ 07018-3829 |
| 519674426 | + | Clayton Block, PO Box 3015, Lakewood, NJ 08701-9015 |
| 519674429 | + | Cohen Seglias, 1600 Market Street 32nd floor, Attn: Accounts Receivable, Philadelphia, PA 19103-7210 |
| 519674430 | + | Colliers Engineering & Design, Inc, 331 Newman Springs Road Suite 203, Red Bank, NJ 07701-5691 |
| 519674432 | + | Construction Information Syst, 170 Kinnelon Road, Butler, NJ 07405-2316 |
| 519674433 | | Contech Engineered Solutions, LLC, PO Box 936362, Atlanta, GA 31193-6362 |
| 519674434 | + | County Concrete Corp., PO BOX F, Kenvil, NJ 07847-1005 |
| 519674436 | + | County Of Hudson, Office of the Sheriff, 567 Pavonia Ave. FL .3, Jersey City, NJ 07306-1803 |
| 519674435 | | County of Essex, Purchasing Dept., 465 Dr. Martin Luther King Blvd, Newark, NJ 07102 |
| 519822486 | + | County of Essex, New Jersey, 900 Bloomfield Avenue, Verona, NJ 07044-1381 |
| 519674437 | | County of Hunterdon, 71 Main Ttreet Bldg.1, 2nd FL, Flemington, NJ 08822-2900 |
| 519674438 | | County of Ocea, Dept of Purchasing, 101 Hooper Ave, Gaylordsville, CT 06755 |
| 519674440 | + | D&R Industrial Saw Co., 148 Rome Street, Newark, NJ 07105-3488 |
| 519674446 | + | DNJ Transport, LLC, PO Box 6819, Elizabeth, NJ 07206-6819 |
| 519674441 | + | Dan Swayze & Son Inc., 2351 Waldheim Ave, Scotch Plains, NJ 07076-2151 |
| 519674442 | + | Dayton Inspection Services, Inc., 118 Burrs Road C-1, Mount Holly, NJ 08060-4415 |
| 519674443 | + | Detectable Warning Products, Inc., 4600 Summerlin Rd C-2/ 421, Fort Myers, FL 33919-3005 |
| 519674444 | + | Diamond Sand and Gravel, 33 Demarest Road, Sparta, NJ 07871-3441 |
| 519674447 | + | Dock Builders Local 1556, NYC & Vicinity Dist. Council of Carpente, 395 Hudson Street 9th Floor, New York, NY 10014-7450 |
| 519674448 | + | Down's Tree Service, 65 Royal Ave, Hawthorne, NJ 07506-1916 |
| 519674449 | + | Drobach Equipment Rental Co, 2240 Route 22 East, Union, NJ 07083-8406 |
| 519674452 | #+ | EBF Enterprises LL, PO Box 142, Hope, NJ 07844-0142 |
| 519674453 | + | EIC Group, LLC, 420 Route 46 East Suite 1, Fairfield, NJ 07004-1952 |
| 519674456 | | EP Henry Corp, PO Box 822589, Philadelphia, PA 19182-2589 |
| 519674459 | | EZ Auto Glass, 322 US HWY 1, Edison, NJ 08817-4489 |
| 519674460 | + | EZ PASS, PO Box 52009, Newark, NJ 07101-8209 |
| 519674450 | + | East Trading West Investments LL, DBA American Traffic & Street Sign, 200 South Jefferson Street, Orange, NJ 07050-1409 |
| 519703702 | + | East Trading West Investments LLC, 1919 Duffield Lane, Alexandria, VA 22307-1177 |
| 519674451 | | Eastern Concrete Materials Inc, 250 Pehle Ave Plaza One, Suite 503, Saddle Brook, NJ 07663 |
| 519674454 | + | Elizabethtown Gas, PO Box 603, Bellmawr, NJ 08099-0603 |
| 519674455 | + | Elph Stone, Inc., PO Box 228, High Bridge, NJ 08829-0228 |
| 519674458 | + | Extra Duty Solution, Seacoast Business Funding, PO Box 60479, Charlotte, NC 28260-0479 |
| 519674461 | + | FAI-GON Electric, Inc., 140 Eleventh Street, Piscataway, NJ 08854-1952 |
| 519674462 | + | Ferriero Engineering, Inc., 180 Main St., Chester, NJ 07930-2537 |
| 519674463 | + | Ficor Company, Inc, PO Box 65, Ogdensburg, NJ 07439-0065 |
| 519674464 | + | Fitzgerald Formliners, 1500 E. Chestnut Ave, Santa Ana, CA 92701-6321 |
| 519674465 | | FleetPride Truck & Trailer Parts, PO Box 847118, Dallas, TX 75284-7118 |

Case 22-16159-CMG    Doc 201    Filed 02/23/23    Entered 02/24/23 00:21:22    Desc
Imaged Certificate of Notice    Page 5 of 12

| District/off: 0312-3 | User: admin | Page 3 of 10 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 137 | Total Noticed: 349 |

| | | |
|---|---|---|
| 519674466 | + | Floor Coverings International, 178 Route 206, Hillsborough, NJ 08844-4149 |
| 519674467 | + | French & Parrello, 1800 Route 34 Suite 101, Belmar, NJ 07719-9144 |
| 519674473 | ++ | GREATAMERICA FINANCIAL SERVICES CORPORATION, PO BOX 609, CEDAR RAPIDS IA 52406-0609 address filed with court:, Great America Financial Services, PO Box 660831, Dallas, TX 75266 |
| 519674468 | + | Gamka Equipment,Inc., 983 New Durham Road, Edison, NJ 08817-2253 |
| 519674469 | + | Garden State Bob Cat, 999 Route 33, Freehold, NJ 07728-8440 |
| 519674470 | + | Garden State Precast Inc., PO Box 702, Farmingdale, NJ 07727-0702 |
| 519687108 | + | Garden State Precast, Inc., c/o Kelley O'Malley, PO Box 702, Farmingdale, NJ 07727-0702 |
| 519674471 | + | George Logan Towing, 371 Old Georges Road North, North Brunswick, NJ 08902-4818 |
| 519674474 | | GreenRock Recycling, LLC, 3 Frontage Road, Clinton, NJ 08809 |
| 519674475 | + | HD Supply, PO Box 4852, Orlando, FL 32802-4852 |
| 519733855 | + | Hedinger & Lawless L.L.C., 23 Vreeland Road, Suite 150, Florham Park, New Jersey 07932-2199 |
| 519674476 | + | High Tech Landscapes, Inc, 10 Culnen Drive, Somerville, NJ 08876-5400 |
| 519691073 | + | Highway Equipment Co of NJ, 615 STATE ROUTE 33, MILLSTONE TOWNSHIP, NJ 08535-8105 |
| 519674477 | + | Highway Equipment Co, of New Jersey, Inc, PO Box 645866, Pittsburgh, PA 15264-5256 |
| 519674478 | + | Highway Traffic Control Inc., 60 Moore Place, Belleville, NJ 07109-1914 |
| 519674479 | + | Hodge Landscaping, 7 Hickory Lane, North Brunswick, NJ 08902-1311 |
| 519674480 | | Holt Machinery Company, 504 Raritan St., Sayreville, NJ 08872-1429 |
| 519674481 | + | Hoover Truck Centers, P.O. Box 719, Flanders, NJ 07836-0719 |
| 519674482 | + | Horizon Blue Cross / Blue Shield of N, PO Box 10130, Newark, NJ 07101-3130 |
| 519674485 | | IJA SOLUTIONS,LLC, 5 Lyons Mall PMB 185, Humacao, PR 00792 |
| 519734355 | + | IUOE Local 825 Benefit Funds, 65 Springfield Ave, 2nd Floor, Springfield, NJ 07081-1308 |
| 519674484 | + | Icon Equipment Distrubitors, 300 Ryders Lane, East Brunswick, NJ 08816-2051 |
| 519674486 | + | Insurance Office of America, 1451 Route 34, Suite 101, Farmingdale, NJ 07727-1614 |
| 519674487 | + | International Bronze Plaque Co., 17031 Alico Commerce Court #3, Fort Myers, FL 33967-2508 |
| 519674488 | + | Iron Workers Distict Local 399, Council Benefit and Pension Fund, 26 East Fleming Pike, Hammonton, NJ 08037-2410 |
| 519730438 | + | Ironworkers District Council Benefit Funds, 1807 Spring Garden Street, Philadelphia, PA 19130-3916 |
| 519730494 | | Ironworkers Local 399 Benefit Funds, 26 W. Fleming Pike, Hammonton, NJ 08037 |
| 519674489 | + | Ironworkers Local No. 11 Benefits Fundsr, 12 Edison Place, Springfield, NJ 07081-1310 |
| 519674492 | | J.J. Keller & Associates, Inc., P.O. 6609, Carol Stream, IL 60197-6609 |
| 519674493 | + | J.M. Santos Trucking, LLC, 24 North 9th Street, Kenilworth, NJ 07033-1540 |
| 519674494 | | J.W. Goodlife & Son,Inc., PO Box 69034, Baltimore, MD 21264-9034 |
| 519674495 | | JCP&L, Box 3687, Akron, OH 44309-3687 |
| 519674499 | + | JL Landscaping, LLC, 630 Main Street, Suite C, Sayreville, NJ 08872-1338 |
| 519674500 | + | JL Services, 630 Main Street Suite C, Sayreville, NJ 08872-1338 |
| 519674501 | + | JM Ahle, Inc., 190 William St Suite 2D, South River, NJ 08882-1100 |
| 519674496 | + | Jerry's Towing and Diesel Repair, 1156 Toms River Road, Jackson, NJ 08527-5242 |
| 519674498 | | Jesco, Inc, 118 St.Nicholas Avenue South, South Plainfield, NJ 07080-1892 |
| 519674502 | | John Deere Credit, PO Box 4450, Carol Stream, IL 60197-4450 |
| 519674503 | | Jomig Investments, 224C Forsgate Drive, Spotswood, NJ 08884 |
| 519674504 | + | K&M Construction Services, LLC, 6 Wilcox Ave, South River, NJ 08882-1951 |
| 519674505 | + | KCP Advisory Group, 700 Technology Park Drive Suite 212, Billerica, MA 01821-4134 |
| 519674507 | + | KIll Surveying & Construction Services, 4 Margo Place, Trenton, NJ 08620-2434 |
| 519674510 | + | KTS Heavy Hauling Inc., 9 Pace Drive, Edison, NJ 08820-2208 |
| 519674506 | | Kenco Corp., 170 PA -271, Ligonier, PA 15658 |
| 519734441 | + | Knickerbocker Bed Company, 770 Commercial Avenue, Carlstadt, NJ 07072-2678 |
| 519674508 | + | KobelCo Financial / Wells Fargo, Wells Fargo Vendor Financial Services, PO Box 07024, Philadelphia, PA 19149-0024 |
| 519733466 | + | Komatsu Financial Limited Partnership, c/o Mitchell D. Cohen, Esq., Vedder Price P.C, 1633 Broadway, 31st Floor, New York, NY 10019-6764 |
| 519674511 | + | Kubota Credit Corporation, U.S.A., P.O. Box 2046, Grapevine, TX 76099-2046 |
| 519674514 | + | LC Equipment, Inc, PO Box 595, 394 Route 49, Tuckahoe, NJ 08250-0595 |
| 519674512 | + | Lakewood Township Police, 231 3rd Street, Lakewood, NJ 08701-3220 |
| 519674513 | | Lawson Products Inc., PO BOX 734922, Chicago, IL 60673-4922 |
| 519674515 | + | Leisure Village Association, 19 Buckingham Drive, Lakewood, NJ 08701-6297 |
| 519674516 | + | Leon S. Avakian, Inc., 788 Wayside Road, Neptune, NJ 07753-2766 |
| 519674517 | + | Liberty Building Products, 193 Christie Street, Newark, NJ 07105-3915 |
| 519674518 | + | Lincoln Benefit Life Company, PO Box 856764, Minneapolis, MN 55485-6764 |
| 519686941 | + | Lisa Assuncao, 29 Wood Ave, Edison, NJ 08820-3503 |
| 519674519 | + | Lisbon Contractors, 40 Coyle Street, Parlin, NJ 08859-1006 |
| 519674520 | + | Lisbon Trucking, 40 Coyle Street, Parlin, NJ 08859-1006 |
| 519674521 | + | Lopes Trucking, 390 Spring Valley Road, Old Bridge, NJ 08857-3510 |
| 519674522 | + | Lorco Petroleum Services, 450 South Front Street, Elizabeth, NJ 07202-3009 |
| 519674523 | + | M&A Tree Service Inc., 150 West End Ave., Somerville, NJ 08876-1834 |

Case 22-16159-CMG    Doc 201    Filed 02/23/23    Entered 02/24/23 00:21:22    Desc
Imaged Certificate of Notice    Page 6 of 12

| District/off: 0312-3 | User: admin | Page 4 of 10 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 137 | Total Noticed: 349 |

| | | |
|---|---|---|
| 519674524 | + | M. Olivera Trucking, Inc, 794 Parker Street, Newark, NJ 07104-2318 |
| 519674525 | + | Manasquan Bank, 2221 Landmark Place, Attn: Erin Pensabene, Manasquan, NJ 08736-1051 |
| 519674526 | + | Mandelbaum Barrett, 3 Becker Farm Road Suite 105, Roseland, NJ 07068-1726 |
| 519674527 | + | Mario's Heavy Equipment, 78 Battleground Rd, Millstone Township, NJ 08535-1023 |
| 519674528 | + | Marlin Business Bank, PO Box 13604, Philadelphia, PA 19101-3604 |
| 519686942 | + | Martin Assuncao, 29 Wood Ave, Edison, NJ 08820-3503 |
| 519674529 | + | Martin Contracting, PO Box 15, Verona, NJ 07044-0015 |
| 519674530 | + | Metropolitan Staple Corp, 11 Brown Ave., Springfield, NJ 07081-2901 |
| 519697185 | + | Michaels Towing Service, 1153 Rahway Avenue, Avenel, NJ 07001-2116 |
| 519674531 | | Mid-Atlantic Truck Center, 525 W. Linden Ave, Aguas Buenas, PR 00703-6000 |
| 519696578 | + | Middlesex County Utilities Authority, c/o Joshua Raymond, Esq., McManimon, Scotland & Baumann, LLP, 75 Livingston Ave, 2nd Floor, Roseland, NJ 07068-3701 |
| 519674532 | + | Middlesex County Utilities Authority, Solid Waste Division, 53 Edgeboro Road, East Brunswick, NJ 08816-1636 |
| 519674533 | + | Middlesex Water Company, PO Box 826538, Philadelphia, PA 19182-6538 |
| 519674534 | | Miller GMC, 920 US -1, Woodbridge, NJ 07095 |
| 519674535 | | Morris County, Purchasing Division, 10 Court Street, Morristown, NJ 07960 |
| 519674536 | + | Motor Carrier Services, IRP Section, 120 South Stockton Street, PO Box 178, Trenton, NJ 08666-0178 |
| 519674546 | + | NGM Insurance Company, c/o MCELROY, DEUTSCH, MULVANEY, et al, 1300 Mount Kemble Avenue, Attn: ADAM R. SCHWARTZ, Morristown, NJ 07960-8009 |
| 519674548 | + | NJ American Water, 1 Water Street, Camden, NJ 08102-1658 |
| 519674549 | | NJ Department of the Treasury, Div of Purchase & Property Contract, Compliance Audit Unit, Trenton, NJ 08625-0206 |
| 519784369 | | NJ Dept. of Labor, Division Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 519784572 | | NJ Dept. of Labor, Div Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 519674552 | + | NJM Insurance Group, PO Box 1228, Trenton, NJ 08628-0277 |
| 519674553 | + | NJMVC Revenue Processing Center, PO Box 008, Trenton, NJ 08646-0008 |
| 519674557 | + | NYP Corp, 805 East Grand St., Elizabeth, NJ 07201-2794 |
| 519674537 | + | Najarian Associates, 1 Industrial Way, Eatontown, NJ 07724-4227 |
| 519674538 | + | Napco, P.O. BOX 234, Lyndhurst, NJ 07071-0234 |
| 519674539 | | National Fence Systems, Inc, 1033 Route 1, Avenel, NJ 07001 |
| 519674540 | | New Jersey American Water, Box 371331, Pittsburgh, PA 15250-7476 |
| 519674541 | + | New Jersey Dept of Labor, 1 John Fitzh Way, Trenton, NJ 08611-1760 |
| 519674542 | + | New Jersey Family Support Payment Center, PO Box 4880, Trenton, NJ 08650-4880 |
| 519674543 | # | New Jersey Turnpike Authority, PO Box 24778, Tampa, FL 33623-4778 |
| 519674544 | + | Newark Police Department, Outside Employment Unit, 22 Franklin Street, 3rd Floor, Newark, NJ 07102-3536 |
| 519674545 | | Newark Steel Ironworks, 41 Frelinghuysen Ave, Newark, NJ 07114 |
| 519674547 | + | Nischwitz Ashbrook Energies Inc, 223 Front Street, South Plainfield, NJ 07080-3431 |
| 519674554 | | Nobel Equipment & Supplies, 1920 US Hwy# 1, Linden, NJ 07036 |
| 519697523 | + | Northeast Carpenters Funds, c/o Seth Ptasiewicz, Esq., Kroll Heineman, 99 Wood Avenue South, Suite 307 Iselin, New Jersey 08830-2715 |
| 519674556 | + | Northwestern Mutual Life Ins., 1201 Troy Schenectady Rd. Ste. 120, Latham, NY 12110-1028 |
| 519674558 | + | OCA Benefit Services, 3705 Quakerbridge Rd Suite 216, Trenton, NJ 08619-1288 |
| 519674559 | + | Ocean County Engineering, 129 Hooper Ave 2nd Floor, Toms River, NJ 08753-7605 |
| 519674560 | | Oldcastle Infracture, P.O. BOX 416951, Boston, MA 02241-6951 |
| 519684263 | | Oldcastle Infrastructure, Inc., 7000 Central Parkway, Suite 800, Atlanta, GA 30328-4579 |
| 519674561 | + | Oli & Sons Trucking, 51 King George Road, Warren, NJ 07059-7026 |
| 519674562 | + | Operating Engineers Local 825, 65 Springfield Ave, Springfield, NJ 07081-1308 |
| 519674564 | + | P.M. Construction Corp., 1310 Central Ave, Hillside, NJ 07205-2614 |
| 519674574 | + | POWERPAK, 225 N. Route 303, Congers, NY 10920-3001 |
| 519674565 | | Peapack & Gladstone Police Department, 1 School Street, PO Box 218, Peapack, NJ 07977-0218 |
| 519674567 | + | Penafiel Transport, LLC, 14 La France Avenue, Bloomfield, NJ 07003-5632 |
| 519674568 | | Penn National Insurance, PO BOX 13746, Philadelphia, PA 19101-3746 |
| 519674569 | + | Pennsylvania Jersey Concrete, 2819 Fire Road, Egg Harbor Township, NJ 08234-4071 |
| 519674571 | + | Piscataway Police Department, 555 Sidney Road, Piscataway, NJ 08854-4180 |
| 519674572 | + | Piscataway Twp Municipal Court, 555 Sidney Road, Piscataway, NJ 08854-4180 |
| 519674573 | + | Poland Spring, PO Box 856192, Louisville, KY 40285-6192 |
| 519674575 | + | Precast Systems, Inc, 57 Sharon Station Road, Allentown, NJ 08501-1902 |
| 519674576 | + | Precision Concrete Pumping, Inc., PO Box 6970, Albany, NY 12206-0970 |
| 519674577 | + | Pro Green Management, 36 Pergola Ave, Monroe Township, NJ 08831-1455 |
| 519674579 | + | Progressive Hydraulics Inc., 2201 S. Clinton Ave, South Plainfield, NJ 07080-1473 |
| 519674580 | | Property Fence LLC, IND, Hillside, NJ 07205 |
| 519674582 | | Pumping Services, Inc., 21 Lincoln Blvd., PO Box 117, Middlesex, NJ 08846-0117 |
| 519674583 | #+ | Quantum Software Solutions, Inc., 4228 St Lawrence Ave. #B, Reading, PA 19606-2894 |
| 519683513 | + | ROAD SAFETY SYSTEMS, LLC, 12 Park Drive, Shamong, NJ 08088-8994 |
| 519674584 | + | Ralph Clayton & Sons, PO Box 3015, Lakewood, NJ 08701-9015 |

Case 22-16159-CMG    Doc 201    Filed 02/23/23    Entered 02/24/23 00:21:22    Desc
Imaged Certificate of Notice    Page 7 of 12

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 5 of 10 |
| Date Rcvd: Feb 21, 2023 | Form ID: 137 | | Total Noticed: 349 |

| | | |
|---|---|---|
| 519674586 | + | Reis Trucking LLC, 116 Coolidge Ave, Carteret, NJ 07008-2140 |
| 519674587 | + | Reme And Associates, LLC, 20 Church Street, Allentown, NJ 08501-1623 |
| 519674588 | | Rent-A-Fence, Inc., 1033 Route One, Avenel, NJ 07001 |
| 519674589 | + | Republic - Abeco CC, 5 Industrial Dr., New Brunswick, NJ 08901-3633 |
| 519674590 | + | Riva Trucking LLC, 43 Wilson Ave, South River, NJ 08882-1548 |
| 519674591 | + | Riverside Supply Co., 6 Washington Rd, Sayreville, NJ 08872-1794 |
| 519674592 | + | Road Safety Systems LLC, 12 Park Drive, Vincentown, NJ 08088-8994 |
| 519674593 | + | Roche Miseo Barchetto, LLC, 99 Cherry Hill Road Suite 110, Parsippany, NJ 07054-1102 |
| 519674594 | | Rockborn Trucking & Excavation, Inc, 12 Taylor Road, Wharton, NJ 07885-1502 |
| 519674595 | + | Roman Asphalt Corp., 32 O'Brien Street, Kearny, NJ 07032-4211 |
| 519674596 | + | S&S Fleet Services, 1156 Toms River Road, Jackson, NJ 08527-5242 |
| 519674597 | + | S. Komma & Company, LLC, 4 Strawberry Lane, Monroe Township, NJ 08831-2374 |
| 519674600 | + | SBA Office of Disaster Assistance, 14925 Kingsport RD, Fort Worth, TX 76155-2243 |
| 519674604 | + | SF Systems Corporation, PO Box 2455, Edison, NJ 08818-2455 |
| 519674607 | + | SKY-HY Erectors & Equipment,Inc, 456 Hollywood Avenue, South Plainfield, NJ 07080-4203 |
| 519674551 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, Deferred Pmt Control Center, PO Box 190, Trenton, NJ 08695-0190 |
| 519674598 | + | Safety Improvements, LLC, 11925 Chesterville Road, Kennedyville, MD 21645-3565 |
| 519674599 | | Samson Metal Service, P.O. Box 421, Dayton, NJ 08810-0421 |
| 519744050 | + | Serg Construction LLC, 2 Camelot Drive, Monroe, NJ 08831-8602 |
| 519674602 | + | Serv - US, LLC, PO Box 325, Hackettstown, NJ 07840-0325 |
| 519674603 | + | Service Tire Truck Centers, Inc, 3 Sutton Place, Edison, NJ 08817-2223 |
| 519674605 | + | Shore Systems Group, LLC, PO Box 188, Clarksburg, NJ 08510-0188 |
| 519674606 | + | Silva Recycling & Container Service, 100 Riverside Ave., Newark, NJ 07104-4202 |
| 519674608 | + | Somerset-Union Soil Conservation Distric, Somerset County 4-H Center, 308 Milltown Rd., Bridgewater, NJ 08807-3551 |
| 519674609 | + | SouthEastern Stick Inc., 610 Quail Run, Oneonta, AL 35121-5644 |
| 519674610 | + | StanleyPaving LLC, 27 Erickson Ave., Monroe Township, NJ 08831-8318 |
| 519674612 | + | State of NJ - DCA BFCE DORES, PO Box 663, Trenton, NJ 08604-0663 |
| 519715812 | + | State of NJ Dept of Labor Div of Employer Acc, P O Box 379, Trenton, NJ 08625-0379 |
| 519674613 | + | State of NJ Dept. of Community Affairs, Bureau of Fire Code Enforcement, PO Box 809, Trenton, NJ 08625-0809 |
| 519684902 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 519674611 | | State of New Jersey Department of Labor, & WF Development Div Of Employer Account, PO Box 929, Trenton, NJ 08646-0929 |
| 519674614 | + | Statewide Striping Corp., 499 Pomeroy Rd, Parsippany, NJ 07054-2811 |
| 519674615 | + | Stavola Asphalt, PO Box 482, Red Bank, NJ 07701-0482 |
| 519674616 | + | Stavola Construction, PO Box 482, Red Bank, NJ 07701-0482 |
| 519674617 | + | Stavola Flemington Asphalt, PO Box 482, Red Bank, NJ 07701-0482 |
| 519674618 | + | Structural Services Inc., 3735 Kim St, Bethlehem, PA 18017-1027 |
| 519674619 | + | Supra Construction, LLC, PO Box 521, South River, NJ 08882-0521 |
| 519674620 | + | Swenson Granite Works, 292 South Main Street, Newtown, CT 06470-2781 |
| 519674621 | + | T & M Associates, 11 Tindall Road, Middletown, NJ 07748-2792 |
| 519674622 | + | T.R. Weniger, Inc., 1900 New Brunswick Ave., Piscataway, NJ 08854-2008 |
| 519674624 | | TD Banknorth N.A., PO Box 5700, Lewiston, ME 04243-5700 |
| 519674630 | + | TMT Transportation LLC, 805 Dutchess Ln, Woodbridge, NJ 07095-3856 |
| 519674623 | + | Taylor Oil Co., 77 Second Street, PO Box 974, Somerville, NJ 08876-0974 |
| 519674625 | | The Sherwin Williams Co., 226 Talmadge Rd., Edison, NJ 08817-2824 |
| 519674626 | + | Thermal Foams / Syracuse, Inc, PO Box 1981, Cicero, NY 13039-1981 |
| 519674627 | + | Tiffany Electric, 5 Eastmans Rd, Parsippany, NJ 07054-3721 |
| 519734197 | + | Tiffany Electric, Inc., 5 Eastmans Road, Suite 3, Parsippany, NJ 07054-3721 |
| 519674628 | + | Tiffany Electrical Company Signal, Control Products, Inc., 199 Evans Way, Somerville, NJ 08876-4600 |
| 519674629 | + | Tilcon New York Inc., 9 Entin Road, Parsippany, NJ 07054-5000 |
| 519674631 | #+ | Tonacchio, Spina & Compitello, 788 Shrewsbury Ave., Suite 2209, Attn: Amber Delaney, Esq., Tinton Falls, NJ 07724-3080 |
| 519674633 | + | Township Of East Brunswick, 1 Jean Walling Civic Center, East Brunswick, NJ 08816-3529 |
| 519674635 | + | Township Of Irvington Police Department, 1 Civic Square, Irvington, NJ 07111-2997 |
| 519674637 | | Township Of Maplewood Police Department, 4 Valley Street, Maplewood, NJ 07040 |
| 519674638 | | Township Of Millburn Engineering Dept, 75 Millburn Avenue, Millburn, NJ 07041 |
| 519674634 | + | Township of Edison Division of Fire, 100 Municipal Blvd, Edison, NJ 08817-3369 |
| 519674636 | + | Township of Jackson, 95 West Veterans Highway, Jackson, NJ 08527-3409 |
| 519674639 | + | Township of Monroe Department of Police, Municipal Complex 3 Municipal Plaza, Monroe Township, NJ 08831-1900 |
| 519674640 | | Township of Montgomery, 2261 Rt 206 Belle Mead, Belle Mead, NJ 08502 |
| 519674641 | + | Township of Piscataway, 455 Hoes Lane, Piscataway, NJ 08854-5097 |
| 519674642 | + | Traffic Lines, Inc., 5100 Asbury Rd, Farmingdale, NJ 07727-4042 |
| 519674643 | + | Traffic Safety Services LLC, 601 Hadley Road, PO Box 615, South Plainfield, NJ 07080-0615 |
| 519674644 | + | TransEdge Truck Sales and Service, 1407 Bulldog Drive, Allentown, PA 18104-1972 |

| | | |
|---|---|---|
| 519674645 | + | Trench Technologies, PO Box 1854, Livingston, NJ 07039-7454 |
| 519734230 | + | Trench Technologies LLC, 100 Dorsa Avenue, Livingston, NJ 07039-1051 |
| 519674646 | + | Tulnoy Lumber, 1620 Webster Ave, Bronx, NY 10457-8092 |
| 519674648 | + | ULMA Form Works, Inc., 16-00 Route 208 Suite LL4, Fair Lawn, NJ 07410-2503 |
| 519674653 | + | USTP, 231 St.Nicholas Avenue, South Plainfield, NJ 07080-1809 |
| 519674654 | | UVM Medical Center, Payment Deptartmen, O BOX 1854, Brattleboro, VT 05302-1854 |
| 519674649 | + | Union Carpenters, 91 Fieldcrest Ave, Edison, NJ 08837-3662 |
| 519674650 | + | Union Local- 472 Laborers, 700 Raymond Blvd, Newark, NJ 07105-2909 |
| 519674652 | + | United Site Services, PO Box 130, Keasbey, NJ 08832-0130 |
| 519674655 | + | Vail Industrial & Supply, 3606 Kennedy Rd, South Plainfield, NJ 07080-1802 |
| 519674656 | | Verizon, PO Box 16801, Newark, NJ 07101-6801 |
| 519674657 | | Verizon Connect NWF, Inc., PO Box 975544, Dallas, TX 75397-5544 |
| 519674660 | + | Visual Computer Solutions, 4400 US 9 South Suite 3500, Freehold, NJ 07728-4232 |
| 519674661 | + | Vitelli Trucking Inc., 617 Joyce Kilmer Ave, New Brunswick, NJ 08901-3307 |
| 519674663 | + | Wayne's Tree Service, 314 Grove Street, Somerville, NJ 08876-1606 |
| 519674664 | | Weldon Asphalt Inc., 141 Central Avenue, Westfield, NJ 07090-2189 |
| 519674665 | + | Wells Fargo Vendor Financial Services LL, P.O BOX 35701, Billings, MT 59107-5701 |
| 519674666 | | White Cap L.P., PO Box 4852, Orlando, FL 32802-4852 |
| 519734432 | + | Wiggins Plastics, Inc., 180-182 Kingsland Road, Clifton, New Jersey 07014-1915 |
| 519674668 | + | York Fence Construction Co, Inc, 100 Dukes Parkway East, Hillsborough, NJ 08844-4204 |
| 519674669 | + | Zuccaro Inc., 64 Commerce St., Garfield, NJ 07026-3025 |

TOTAL: 306

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 21 2023 22:44:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 21 2023 22:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 21 2023 22:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 21 2023 22:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| cr | + Email/Text: bk@szjlaw.com | Feb 21 2023 22:44:00 | Santander Consumer USA Inc. dba Chrysler Capital, 2860 Patton Rd., Roseville, MN 55113-1100 |
| 519684330 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 21 2023 22:44:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519674385 | + Email/PDF: bncnotices@becket-lee.com | Feb 21 2023 22:59:27 | AMEX, PO Box 1270, Newark, NJ 07101-1270 |
| 519674381 | + Email/Text: ally@ebn.phinsolutions.com | Feb 21 2023 22:44:00 | Ally Bank, PO Box 9001948, Louisville, KY 40290-1948 |
| 519674382 | + Email/Text: ally@ebn.phinsolutions.com | Feb 21 2023 22:44:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 519679214 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 21 2023 22:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519683650 | Email/PDF: bncnotices@becket-lee.com | Feb 21 2023 22:59:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519674406 | Email/Text: brypkema@boswellengineering.com | Feb 21 2023 22:44:00 | Boswell Engineering, 330 Phillips Ave, South Hackensack, NJ 07606 |
| 519674396 | + Email/Text: BarclaysBankDelaware@tsico.com | Feb 21 2023 22:44:00 | Barclay Card, PO Box 1337, Philadelphia, PA 19105 |
| 519700502 | + Email/Text: enotifications@santanderconsumerusa.com | | |

Case 22-16159-CMG    Doc 201    Filed 02/23/23    Entered 02/24/23 00:21:22    Desc
Imaged Certificate of Notice    Page 9 of 12

| District/off: 0312-3 | User: admin | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 137 | Total Noticed: 349 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Feb 21 2023 22:45:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519674417 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Feb 21 2023 22:59:21 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 519707545 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 21 2023 22:44:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 519674431 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Feb 21 2023 22:45:00 | Comenity-Williams-Sonoma, PO Box 659705, San Antonio, TX 78265-9705 |
| 519674439 | + | Email/Text: IBARATA@CUSTOMBANDAG.COM | | |
| | | | Feb 21 2023 22:45:00 | Custom Bandag Inc., 401 East Linden Ave., Linden, NJ 07036-2411 |
| 519674472 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Feb 21 2023 22:44:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 519674483 | ^ | MEBN | | |
| | | | Feb 21 2023 22:43:43 | HRRG, PO Box 8486, Pompano Beach, FL 33075-8486 |
| 519674424 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Feb 21 2023 22:59:19 | Chase, Card Member Services, PO Box 1423, Charlotte, NC 28201 |
| 519688578 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Feb 21 2023 22:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519674497 | + | Email/Text: alice@jerseycoastfire.com | | |
| | | | Feb 21 2023 22:44:00 | Jersey Coast Fire Equip, 377 Asbury Road, Farmingdale, NJ 07727-3604 |
| 519742435 | + | Email/Text: BKRMailOps@weltman.com | | |
| | | | Feb 21 2023 22:45:00 | John Deere Financial, f.s.b., c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 519674509 | | Email/Text: bbarry@komatsuna.com | | |
| | | | Feb 21 2023 22:44:00 | Komatsu Financial Limited Partnership, 8770 W Bryn Mawr Ave., Suite 100, Chicago, IL 60631 |
| 519725429 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | | |
| | | | Feb 21 2023 22:44:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519697187 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | | Feb 21 2023 22:44:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519674563 | | Email/Text: bcwrtoff@cablevision.com | | |
| | | | Feb 21 2023 22:45:00 | Optimum, P.O. Box 371378, Pittsburgh, PA 15250-7378 |
| 519674581 | ^ | MEBN | | |
| | | | Feb 21 2023 22:43:39 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519674578 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |
| | | | Feb 21 2023 22:44:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0311 |
| 519674550 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Feb 21 2023 22:44:00 | NJ Division of Taxation, Bankruptcy Section, PO Box 295, Trenton, NJ 08695-0245 |
| 519674601 | | Email/Text: Bankruptcy@selective.com | | |
| | | | Feb 21 2023 22:44:00 | Selective Insurance Company, Box 371468, Pittsburgh, PA 15250-7468 |
| 519674632 | + | Email/Text: sfirozvi@kearnynj.org | | |
| | | | Feb 21 2023 22:44:00 | Town of Kearney, 402 Kearney Ave., Kearny, NJ 07032-2696 |
| 519674647 | + | Email/Text: BhamBankruptcy@sba.gov | | |
| | | | Feb 21 2023 22:44:00 | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 519700499 | + | Email/Text: ndlrc.legal@sba.gov | | |
| | | | Feb 21 2023 22:44:00 | U.S. Small Business Administration, 200 West Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |
| 519674651 | | Email/PDF: sluna@ur.com | | |
| | | | Feb 21 2023 23:53:18 | United Rentals North America,Inc, PO Box 100711, Atlanta, GA 30384-0711 |
| 519674659 | + | Email/Text: vfs.bnc.us@volvo.com | | |
| | | | Feb 21 2023 22:45:00 | VFS US LLC, P.O. Box 26131, Greensboro, NC 27402-6131 |

Case 22-16159-CMG    Doc 201    Filed 02/23/23    Entered 02/24/23 00:21:22    Desc
Imaged Certificate of Notice    Page 10 of 12

| District/off: 0312-3 | User: admin | Page 8 of 10 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 137 | Total Noticed: 349 |

| 519747281 | + Email/Text: BKRMailOps@weltman.com | | |
|---|---|---|---|
| | | Feb 21 2023 22:45:00 | VOLVO CAR FINANCIAL SERVICES LLC, c/o Weltman, Weinberg & Reis Co LPA, 965 KEYNOTE CIRCLE, CLEVELAND, OH 44131, bronationalecf@weltman.com 44131-1829 |
| 519674658 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 21 2023 22:44:00 | Verizon Wireless Inc., P.O. Box 408, Newark, NJ 07101-0408 |
| 519674662 | Email/Text: vfs.bnc.us@volvo.com | | |
| | | Feb 21 2023 22:45:00 | Volvo/Mack Financial, PO Box 7247-0236, Philadelphia, PA 19170-0236 |
| 519701480 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Feb 21 2023 22:59:23 | Wells Fargo Equipment Finance, Inc., Attn.: Kimberly Park, 800 Walnut Street, Des Moines, IA 50309-3891 |
| 519701423 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Feb 21 2023 22:59:23 | Wells Fargo Vendor Financial Services, LLC, Attn.: Kimberly Park, 800 Walnut Street, Des Moines, IA 50309-3891 |
| 519674667 | + Email/Text: bankruptcy@wrightexpress.com | | |
| | | Feb 21 2023 22:45:00 | Wright Express, PO BOX 6293, Carol Stream, IL 60197-6293 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519687039 | | Anselmi & DiCiccio, Inc. |
| 519687040 | | Chrysler Capital |
| 519687032 | | Conti Construction |
| 519674445 | | Diamond Sand and Gravel, Inc., c/o McELROY, DEUTSCH, MULVANEY, 1300 Mount Kemble Ave., Attn: Michael R. Morano |
| 519687041 | | Earle Asphalt Inc. |
| 519674457 | | Essex County Sheriff's Office, Special Services, 50 West Market St. Room 201, Attn: James Spango, PR 00710-2000 |
| 519687042 | | Essex County, NJ |
| 519729530 | | Heavy and General Laborers Fund of New Jersey |
| 519687043 | | Hudson County, NJ |
| 519687044 | | Hunterdon County, NJ |
| 519687045 | | Komatsu Financial |
| 519687033 | | Konkus Corporation |
| 519687034 | | Kyle Conti |
| 519687046 | | Middlesex County, NJ |
| 519687047 | | Monmouth County, NJ |
| 519687048 | | Monroe Township, NJ |
| 519687049 | | Morristown Township, NJ |
| 519674555 | | Northeast Carpenters Funds, C/O Steve Schaefer, Raritan Plaza II, 91 Fieldcrest Ave., NJ 08839 |
| 519687050 | | Ocean County, NJ |
| 519687051 | | Passaic County, NJ |
| 519687052 | | Piscataway Township, NJ |
| 519674585 | | Raritan Pipe & Supply Co, Raritan Group Branch, 100 Raritan Pipe & Supply Co, P.O. Box 10120 |
| 519687035 | | Ritacco Construction Inc. |
| 519687036 | | Schiavone |
| 519687053 | | Somerset County P.W. |
| 519687037 | | South State, Inc. |
| 519687038 | | Union Paving, Schiavone Construction |
| 519687054 | | Wells Fargo Equiment Finance |
| 519687055 | | Z Brothers Concrete Contractors, Inc. |
| op | *+ | KCP Advisory Group, LLC, 700 Technology Park Drive, Suite 212, Billerica, MA 01821-4134 |
| 519682657 | *+ | Cesario Construction Company Inc., 18 Birchwood Court, East Hanover, NJ 07936-3140 |
| 519674490 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS - Department of Treasury, PO Box 145595, Cincinnati, OH 45250 |
| 519674491 | * | IRS - Department of Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519683736 | *+ | Nischwitz Ashbrook Energies, Inc., 223 Front Street, South Plainfield, NJ 07080-3431 |
| 519674566 | ##+ | Peckham Road Corp, 375 Bay Rd. Suite 201, Queensbury, NY 12804-3013 |
| 519674570 | ##+ | Photo Dynamics & Maintenance Corp., 367 Central Park Ave, Yonkers, NY 10704-2907 |

| District/off: 0312-3 | User: admin | Page 9 of 10 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 137 | Total Noticed: 349 |

519700494    ##+    SAMUELS, INC. T/A BUY WISE AUTO PARTS, 2091 Springfield Avenue, Vauxhall, NJ 07088-1298

TOTAL: 29 Undeliverable, 5 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Allen J Barkin
    on behalf of Creditor Nobel Equipment & Supplies  Inc. abarkin@sbmesq.com, sandyr@sbmesq.com

Cameron Deane
    on behalf of Creditor Volvo Car Financial Services LLC cdeane@weltman.com

Charles Allen Yuen
    on behalf of Creditor Wiggins Plastics  Inc. cyuen@cyuen-law.com

Charles Allen Yuen
    on behalf of Creditor Knickerbocker Bed Company cyuen@cyuen-law.com

Curtis M Plaza
    on behalf of Creditor Manasquan Bank cplaza@riker.com  sdechoyan@riker.com

Douglas G. Leney
    on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Interested Party Martin Assuncao dleney@archerlaw.com  ahuber@archerlaw.com

Edward H. O'Hare
    on behalf of Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY eohare@zazzali-law.com

Eric R. Perkins
    on behalf of Creditor Black Rock Enterprises LLC eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins
    on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Fleming Ware
    on behalf of Creditor Komatsu Financial Limited Partnership fware@vedderprice.com

Gary D. Bressler
    on behalf of Creditor NGM Insurance Company gbressler@mdmc-law.com
    scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

John R. Morton, Jr.
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Jonathan J. Lerner
    on behalf of Interested Party Extech Building Materials  Inc. JLerner@starrgern.com, LCrogier@starrgern.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 10 of 10 |
| Date Rcvd: Feb 21, 2023 | Form ID: 137 | Total Noticed: 349 |

| | |
|---|---|
| Joseph A. Caneco | on behalf of Debtor Assuncao Bros. Inc. jcaneco@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Other Prof. KCP Advisory Group LLC Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Debtor Assuncao Bros. Inc. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joshua H. Raymond | on behalf of Creditor Middlesex County Utilities Authority jraymond@msbnj.com |
| Justin Baumgartner | on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey jbaumgartner@becker.legal mambrose@becker.legal |
| Justin Baumgartner | on behalf of Creditor Black Rock Enterprises LLC jbaumgartner@becker.legal mambrose@becker.legal |
| Louis A. Modugno | on behalf of Other Prof. Vollers Excavating and Contractors Inc. lmodugno@tm-firm.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Michael A. Baselice | on behalf of Creditor IUOE Local 825 Benefit Funds mbaselice@decotiislaw.com |
| Michael R. Herz | on behalf of Debtor Assuncao Bros. Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Philip William Allogramento | on behalf of Creditor County of Essex pallogramento@connellfoley.com mcaggiano@connellfoley.com |
| Richard M. Schlaifer | on behalf of Creditor J.M. Ahle Co. Inc. rschlaifer@earpcohn.com, vbromley@earpcohn.com |
| Ryan Richard Sweeney | on behalf of Creditor Iron Workers District Council Philadelphia and Vicinity Benefit Funds rsweeney@cjtlaw.org |
| Ryan Richard Sweeney | on behalf of Creditor Iron Workers Local 11 Benefit Funds rsweeney@cjtlaw.org |
| Ryan Richard Sweeney | on behalf of Creditor Iron Workers Local 399 Benefit Funds rsweeney@cjtlaw.org |
| Scott Aaron Levin | on behalf of Creditor NGM Insurance Company slevin@mdmc-law.com |
| Scott S. Rever | on behalf of Trustee Scott S. Rever srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Scott S. Rever | srever@wjslaw.com |
| Seth Ptasiewicz | on behalf of Creditor Northeast Carpenters Benefit Funds sptasiewicz@krollfirm.com |
| Timothy P. Neumann | on behalf of Creditor Ralph Clayton & Sons LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vipin Varghese | on behalf of Creditor IUOE Local 825 Benefit Funds vvarghese@decotiislaw.com kcaufield@decotiislaw.com;rmcgowan@decotiislaw.com;mdiaz@decotiislaw.com |
| Virginia T. Shea | on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com gbressler@mdmc-law.com |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 39