| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ 07960-5122<br>(973) 992-4800<br>Joseph DiPasquale, Esq.<br>jdipasquale@foxrothschild.com<br>Michael R. Herz, Esq.,<br>mherz@foxrothschild.com<br>*attorneys for Debtor, Assuncao Bros., Inc.* | |
| In Re:<br><br>ASSUNCAO BROS., INC.<br><br>                    Debtors. | Case No.    22-16159-CMG<br><br>Chapter:    11<br><br>Judge:    Christine M. Gravelle |

**ADJOURNMENT REQUEST**

1. I, Michael R. Herz,

   ☒ I am an attorney at Fox Rothschild, LLP, attorneys for the Debtor

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter:  Motion For Relief From Stay

   Current hearing date and time: March 7, 2023 at 10:00 am

   New date requested: March 21, 2022 at 10:00 am

   Reason for adjournment request:  Parties are negotiating to resolve the motion.

2. Consent to Adjournment:

   x  I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

143181536.1

I certify under penalty of perjury that the foregoing is true.

Date: February 28. 2023          /s/Michael R. Herz
                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 3/21/23 at 10:00 a.m.    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

143181536.1