**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ  07960
Telephone:  (973) 992-4800
Fax:  (973) 992-9125
Michael Herz, Esq.
*Attorneys for Debtor and Debtor-In-Possession*

| | |
|---|---|
| In Re: | |
| ASSUNCAO BROS., INC., | Chapter 11 (Subchapter V) |
| Debtor. | Case No. 22-16159-CMG |
| | Judge: Hon. Christine M. Gravelle |

## CERTIFICATION OF CONSENT

Michael R.  Herz, Esq. hereby certifies as follows:

1.  I am an attorney at law of the State of New Jersey and the attorney for the above-captioned debtor and debtor-in-possession.

2.  The terms of the submitted Consent Order are identical to those set forth in the original Consent Order.

3.  I will retain the original Consent Order for the required seven year retention period.

143192553.1

4. I will make the original Consent Order available for inspection upon request of the Court or any party in interest.

5. I will simultaneously electronically file this Certification with the Court by use of my login and password, thereby signing same for all purposes, including those under Fed. R. Bank. P 9011.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/Michael R. Herz*
Michael R. Herz

Dated: February 28, 2023

143192553.1