| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP<br>Vipin P. Varghese, Esq.<br>61 South Paramus Road, Suite 250<br>Telephone: (201) 928-1100<br>vvarghese@decotiislaw.com<br>Attorneys for International Union of Operating Engineers Local 825 Benefit Funds | Case No.: 22-16159<br><br>Chapter: 11 (Subchapter V) |
| In Re:<br><br>ASSUNCAO BROS., INC.,<br><br>Debtor. | Adv. No.: _____<br><br>Hearing Date: March 7, 2023<br><br>Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, __Vipin P. Varghese__ :

    ☒ represent __IUOE Local 825 Benefit Funds__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __February 28, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __February 28, 2023__   /s/ Vipin P. Varghese
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joseph J. DiPasquale, Esq.<br>Fox Rothschild, LLP<br>49 Market Street<br>Morristown, NJ 07960 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott S. Rever<br>Genova Burns, LLC<br>110 Allen Road, Ste. 304<br>Basking Ridge, NJ 07920 | Subchapter V Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Margaret Mcgee<br>U.S. Dept. of Justice<br>Office of the U.S. Trustee<br>One Newark Center<br>1085 Raymond Blvd., Ste. 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |