| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>CONNELL FOLEY LLP<br>Philip W. Allogramento III<br>56 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone: (973) 535-0500<br>Facsimile: (973) 535-9217<br>pallogramento@connellfoley.com<br>Counsel to County of Essex | |
| In Re:<br><br>Assuncao Bros. Inc., Debtor | Case No.: 22-16159-CMG<br>Chapter: 11 (Subchapter V)<br>Adv. No.:<br>Hearing Date: March 7, 2023<br>Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Philip W. Allogramento III :

   ☒ represent County of Essex in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On February 28, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   1. Limited Objection of County of Essex to Debtor's Subchapter V Plan of Reorganization.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 1, 2023         /s/ Philip W. Allogramento III
                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Allen J Barkin<br>abarkin@sbmesq.com, sandyr@sbmesq.com | Creditor Nobel Equipment & Supplies, Inc. | Via Notice of Electronic Filing |
| Michael A. Baselice<br>mbaselice@decotiislaw.com | Creditor IUOE Local 825 Benefit Funds | Via Notice of Electronic Filing |
| Justin Baumgartner<br>jbaumgartner@becker.legal, mambrose@becker.legal | Creditor Black Rock Enterprises LLC | Via Notice of Electronic Filing |
| Justin Baumgartner<br>jbaumgartner@becker.legal, mambrose@becker.legal | Creditor Horizon Blue Cross Blue Shield of New Jersey | Via Notice of Electronic Filing |
| Gary D. Bressler<br>gbressler@mdmc-law.com, scarney@mdmc-law.com; dprimack@mdmc-law.com; bkleban@mdmc-law.com | Creditor NGM Insurance Company | Via Notice of Electronic Filing |
| Joseph A. Caneco<br>jcaneco@foxrothschild.com | Debtor Assuncao Bros., Inc. | Via Notice of Electronic Filing |
| William E. Craig<br>ecfmail@mortoncraig.com, mortoncraigecf@gmail.com | Creditor AmeriCredit Financial Services, Inc. dba GM Financial | Via Notice of Electronic Filing |
| Cameron Deane<br>cdeane@weltman.com | Creditor Volvo Car Financial Services LLC | Via Notice of Electronic Filing |
| Joseph J. DiPasquale<br>Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com, msteen@foxrothschild.com | Debtor Assuncao Bros., Inc. | Via Notice of Electronic Filing |
| Joseph J. DiPasquale<br>Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com, msteen@foxrothschild.com | Other Prof. KCP Advisory Group, LLC | Via Notice of Electronic Filing |
| Michael R. Herz<br>mherz@foxrothschild.com, brown@foxrothschild.com | Debtor Assuncao Bros., Inc. | Via Notice of Electronic Filing |
| Douglas G. Leney<br>dleney@archerlaw.com, ahuber@archerlaw.com | Interested Party Lisa Assuncao | Via Notice of Electronic Filing |

| | | |
|---|---|---|
| Douglas G. Leney<br>dleney@archerlaw.com, ahuber@archerlaw.com | Interested Party Martin Assuncao | Via Notice of Electronic Filing |
| Jonathan J. Lerner<br>JLerner@starrgern.com, LCrogier@starrgern.com | Interested Party Extech Building Materials, Inc. | Via Notice of Electronic Filing |
| Scott Aaron Levin<br>slevin@mdmc-law.com | Creditor NGM Insurance Company | Via Notice of Electronic Filing |
| Margaret Mcgee<br>maggie.mcgee@usdoj.gov | U.S. Trustee U.S. Trustee | Via Notice of Electronic Filing |
| Louis A. Modugno<br>lmodugno@tm-firm.com | Other Prof. Vollers Excavating and Contractors, Inc. | Via Notice of Electronic Filing |
| John R. Morton, Jr.<br>ecfmail@mortoncraig.com, mortoncraigecf@gmail.com | Creditor AmeriCredit Financial Services, Inc. dba GM Financial | Via Notice of Electronic Filing |
| John R. Morton, Jr.<br>ecfmail@mortoncraig.com, mortoncraigecf@gmail.com | Creditor Santander Consumer USA Inc. dba Chrysler Capital | Via Notice of Electronic Filing |
| Timothy P. Neumann<br>timothy.neumann25@gmail.com, btassillo@aol.com; geoff.neumann@bnfsbankruptcy.com; geoff.neumann@gmail.com | Creditor Ralph Clayton & Sons, LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete | Via Notice of Electronic Filing |
| Edward H. O'Hare<br>eohare@zazzali-law.com | Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY | Via Notice of Electronic Filing |
| Eric R. Perkins<br>eperkins@becker.legal, tcolombini@becker.legal; mambrose@becker.legal; jlawrence@becker.legal | Creditor Black Rock Enterprises LLC | Via Notice of Electronic Filing |
| Eric R. Perkins<br>eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal; jlawrence@becker.legal | Creditor Horizon Blue Cross Blue Shield of New Jersey | Via Notice of Electronic Filing |

| | | |
|---|---|---|
| Curtis M Plaza<br>cplaza@riker.com, sdechoyan@riker.com | Creditor Manasquan Bank | Via Notice of Electronic Filing |
| Seth Ptasiewicz<br>sptasiewicz@krollfirm.com | Creditor Northeast Carpenters Benefit Funds | Via Notice of Electronic Filing |
| Joshua H. Raymond<br>jraymond@msbnj.com | Creditor Middlesex County Utilities Authority | Via Notice of Electronic Filing |
| Scott S. Rever<br>srever@wjslaw.com | | Via Notice of Electronic Filing |
| Scott S. Rever<br>srever@genovaburns.com, srever@ecf.inforuptcy.com; dmendez@genovaburns.com; dmendez@ecf.inforuptcy.com | Trustee Scott S. Rever | Via Notice of Electronic Filing |
| Richard M. Schlaifer<br>rschlaifer@earpcohn.com, vbromley@earpcohn.com | Creditor J.M. Ahle Co., Inc. | Via Notice of Electronic Filing |
| Virginia T. Shea<br>vshea@mdmc-law.com, gbressler@mdmc-law.com | Creditor NGM Insurance Company | Via Notice of Electronic Filing |
| Ryan Richard Sweeney<br>rsweeney@cjtlaw.org | Creditor Iron Workers District Council Philadelphia and Vicinity Benefit Funds | Via Notice of Electronic Filing |
| Ryan Richard Sweeney<br>rsweeney@cjtlaw.org | Creditor Iron Workers Local 11 Benefit Funds | Via Notice of Electronic Filing |
| Ryan Richard Sweeney<br>rsweeney@cjtlaw.org | Creditor Iron Workers Local 399 Benefit Funds | Via Notice of Electronic Filing |
| U.S. Trustee<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | Via Notice of Electronic Filing |
| Vipin Varghese<br>vvarghese@decotiislaw.com, kcaufield@decotiislaw.com; rmcgowan@decotiislaw.com; mdiaz@decotiislaw.com | Creditor IUOE Local 825 Benefit Funds | Via Notice of Electronic Filing |

| | | |
|---|---|---|
| Fleming Ware<br>fware@vedderprice.com | Creditor Komatsu Financial Limited Partnership | Via Notice of Electronic Filing |
| Charles Allen Yuen<br>cyuen@cyuen-law.com | Creditor Knickerbocker Bed Company | Via Notice of Electronic Filing |
| Charles Allen Yuen<br>cyuen@cyuen-law.com | Creditor Wiggins Plastics, Inc. | Via Notice of Electronic Filing |
| Robert Cook<br>Levinson Axelrod, P.A.<br>654 Lacey Road<br>Forked River, NJ 08731 | Creditor Theresa Kraemer | Via Regular Mail |
| Garry Masterson<br>Weltman, Weinberg & Reis Co. LPA<br>965 Keynote Circle<br>Cleveland, OH 44131 | Creditor Volvo Car Financial Services LLC | Via Regular Mail |

4