| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **FOX ROTHSCHILD LLP** <br> 49 Market Street <br> Morristown, NJ 07960 <br> Joseph J. DiPasquale, Esq. <br> Michael R. Herz, Esq. <br> Joseph A. Caneco, Esq. <br> jdipasquale@foxrothschild.com <br> mherz@foxrothschild.com <br> jcaneco@foxrothschild.com <br> Telephone:  (973) 992-4800 <br> Facsimile:   (973) 992-9125 <br> *Counsel to the Debtor and Debtor in Possession* |
| In Re: <br><br> ASSUNCAO BROS., INC., <br><br>                Debtor. |

Chapter 11 -Subchapter V

Case No. 22-16159-CMG

Judge:  Hon. Christine M. Gravelle

**CERTIFICATION OF BALLOTING**

143227902.1

| | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Percentage of Ballots Rejecting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | % of Dollar Amount Accepting | % of Dollar amount Rejecting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 1 (Manasquan Bank) | Yes | 1 | 1 | 0 | 100% | 0% | $359,232.14 | 0 | 100% | 0 | Yes |
| Class 2 (Small business Administration ) | Yes | 0 | 0 | 0 | 0 | 0% | $0.00 | 0 | 0 | 0 | N/A |
| Class 3 (NGM Insurance Company) | Yes | 1 | 1 | 0 | 100% | 0% | see claim # 60 | 0 | 100% | 0 | Yes |
| Class 4 (Americredit Financial Services, Inc.) | No | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Class 5 (Santander Consumer Services USA Inc. d/b/a Chrysler Capital) | No | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Class 6 (Wells Fargo Equipment Vendor Financial Services LLC) | No | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Class 7 (Wells Fargo Equipment Finance, Inc.) | No | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Class 8 (Kubota Credit Corporation ) | No | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Class 9 (Hedinger & Lawless, LLC) | Yes | 0 | 0 | 0 | 0 | 0% | $0.00 | 0 | 0 | 0 | N/A |
| Class 10 (Tiffany Electric) | Yes | 0 | 0 | 0 | 0 | 0% | $0.00 | 0 | 0 | 0 | N/A |
| Class 11 (Trench Technologies LLC) | Yes | 0 | 0 | 0 | 0 | 0% | $0.00 | 0 | 0 | 0 | N/A |
| Class 12 (Diamond Sand and Gravel) | Yes | 0 | 0 | 0 | 0 | 0% | $0.00 | 0 | 0 | 0 | N/A |
| Class 13 (Zuccaro Inc.) | Yes | 0 | 0 | 0 | 0 | 0% | $0.00 | 0 | 0 | 0 | N/A |
| Class 14 (United States Internal Revenue Service) | Yes | 0 | 0 | 0 | 0 | 0% | $0.00 | 0 | 0 | 0 | N/A |
| Class 15 (Komatsu Financial Limited Partnership) | No | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | 0 | N/A |
| Class 16 (VFS UC LLC) | No | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0 | 0 | N/A |
| Class 17 (Priority Unsecured Claims) | Yes | 0 | 0 | 0 | 0 | 0% | $0.00 | 0 | 0 | 0 | N/A |
| Class 18 (General Unsecured Claims) | Yes | 18 | 15 | 3 | 83.33% | 16.67% | $11,458,638.64 | $254,490.33 | 97.83% | 2.17% | Yes |

If any ballots have not been included in this tally, provide an explanation:  N/A

I, Joseph J. DiPasquale, the  X  attorney for the Debtor and Debtor in Possession, or ___ self-represented plan proponent in this case, certify under penalty of perjury that the above is true.

Date: March 2, 2023

/s/    *Joseph J. DiPasquale*
Joseph J. DiPasquale
Counsel to Debtor and Debtor in Possession

143227902.1