**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Sari B. Placona (splacona@msbnj.com)
*Plan Administrator for the Reorganized Debtor*

| | |
|---|---|
| In re: | Chapter 11 |
| ASSUNCAO BROS., INC., | Case No. 22-16159 (CMG) |
| Reorganized Debtor. | |

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned

enters an appearance in this bankruptcy case as Plan Administrator for the Reorganized Debtor.

Request is made that the documents filed in this case and identified below be served on the undersigned

at this address:

Sari B. Placona, Esq.
**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue – 2nd Floor
Roseland, New Jersey 07068
Telephone: (973) 622-1800
Email: splacona@msbnj.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

*/s/ Sari B. Placona*
Sari B. Placona

Dated:  March 8, 2023