|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**McManimon, Scotland & Baumann, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>*Counsel for Sari B. Placona, Plan Administrator*<br>*for the Reorganized Debtor* | |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>            Reorganized Debtor. | Chapter 11<br><br>Case No. 22-16159 (CMG) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this bankruptcy case on behalf of Sari B. Placona, Plan Administrator for the Reorganized Debtor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Anthony Sodono, III, Esq.<br>
<strong>McMANIMON, SCOTLAND & BAUMANN, LLC</strong><br>
75 Livingston Avenue – 2nd Floor<br>
Roseland, New Jersey 07068<br>
Telephone: (973) 622-1800<br>
Email: asodono@msbnj.com

DOCUMENTS:

      ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
      ☒ All documents and pleadings of any nature.

                                                                 */s/ Anthony Sodono, III*
                                                                        Anthony Sodono, III

Dated: March 8, 2023