**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**CHARLES ALLEN YUEN LLC**
(Mail/Deliveries) 300 Main St., Suite 21 PMB650
Madison, NJ 07940
Charles Allen Yuen, Esq.
cyuen@cyuen-law.com
Tel: 862-350-4300
Fax: 862-350-4235
*Attorneys for Wiggins Plastics, Inc. and Knickerbocker Bed Company*

**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ 07960
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
Joseph A. Caneco, Esq.
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
jcaneco@foxrothschild.com
Telephone:  (973) 992-4800
Facsimile:   (973) 992-9125
*Counsel to the Debtor and Debtor in Possession*

Order Filed on March 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ASSUNCAO BROS., INC.,

   Debtor.

Chapter 11 (Subchapter V)

Case No. 22-16159-CMG

Judge:  Hon. Christine M. Gravelle

**CONSENT ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY
FOR WIGGINS PLASTICS, INC. AND KNICKERBOCKER BED COMPANY**

The relief set forth on the following pages numbered two (2) through five (5) is hereby **ORDERED**.

**DATED: March 8, 2023**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

142950823.2

Page 2
Debtor:      Assuncao Bros., Inc.
Case No.:    22-16159-CMG
Caption:     Consent Order Granting Limited Relief from Automatic Stay for Wiggins Plastics, Inc. and Knickerbocker Bed Company

**THIS MATTER** having been brought before the Court upon the joint application of Wiggins Plastics, Inc. ("Wiggins") and Knickerbocker Bed Company ("Knickerbocker") (together, Wiggins/Knickerbocker) and Assuncao Bros., Inc. (the "Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11, subchapter v case, for entry of the within Consent Order granting relief from the automatic stay so that Wiggins/Knickerbocker may commence and prosecute litigation claims against the Debtor as provided for in this Consent Order, by way of filing of a motion for leave to file and serve an amended complaint in *Wiggins Plastics, Inc. and Knickerbocker Bed Company v. County of Passaic, et al.*, No. PAS-L-002441-22 (the "Action"), pending in Passaic County, New Jersey, adding the Debtor as a party to that Action; and Wiggins having filed an unliquidated unsecured proof of claim, as amended, in the amount of $11,053,938.63 designated as claim number 56-2, and Knickerbocker having filed an unliquidated unsecured proof of claim in the amount of $267,772.49 designated as claim number 57-1 (together, the "Wiggins/Knickerbocker Claims"); and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay pursuant to 11 U.S.C. § 362(a) is hereby modified to permit Wiggins/Knickerbocker to proceed with the Action with respect to claims against the Debtor subject to the terms of this Consent Order; and it is further

**ORDERED,** that the Debtor shall fulfill and perform its obligations under the Debtor's policies of insurance and shall cooperate with Wiggins/Knickerbocker in connection with the efforts of Wiggins/Knickerbocker to recover from the Debtor's insurance carriers; and it is further

**ORDERED**, that the Debtor shall only be required to defend the Action or any other proceeding commenced by Wiggins/Knickerbocker related to the claims underlying the Action to the extent required under any applicable insurance policy, and Wiggins/Knickerbocker shall seek recovery in the Action and from any claims related to the Action solely against non-debtor defendants and the

142950823.2

Page 3
Debtor:     Assuncao Bros., Inc.
Case No.:   22-16159-CMG
Caption:    Consent Order Granting Limited Relief from Automatic Stay for Wiggins Plastics, Inc. and Knickerbocker Bed Company

proceeds of any insurance coverage applicable to the Debtor and not against the Debtor's bankruptcy estate; and it is further

**ORDERED**, that the Debtor shall, within three (3) days of the entry of this Consent Order, provide to Wiggins/Knickerbocker true, complete, and unredacted copies of insurance policies with nos. GY90756148 issued by Pennsylvania National Security Insurance Co. for the policy period June 7, 2021 to June 7, 2022 and UL90756148 issued by Pennsylvania National Mutual Casualty Company; and it is further

**ORDERED,** that within thirty (30) days of the entry of this Consent Order, the Debtor shall serve on the appearing counsel for Wiggins/Knickerbocker an answer on behalf of the Debtor, sworn by a legal representative of the Debtor, to the following standard New Jersey state court interrogatory:

> "Pursuant to R. 4:10-2(b), state whether there are any insurance agreements including excess policies under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgement. YES ( ) or NO ( ). If the answer is "yes", attach a copy of each insurance agreement or policy, or in the alternative state:  If the answer is "yes", attach a copy of each insurance agreement or policy, or in the alternative state: (a) number; (b) name and address of insurer or issuer; (c) inception and expiration dates; (d) names and addresses of all persons insured thereunder; (e) personal injury limits; (f) property damage limits; (g) medical payment limits; (h) name and address of person who has custody and possession thereof; and (i) where and when each policy or agreement can be inspected and copied." (New Jersey state court uniform interrogatory Form C, interrogatory no. 13)"

and it is further

**ORDERED** that upon the receipt and acceptance by Wiggins/Knickerbocker of the Debtor's positive ("Yes") answer and supporting detail to the foregoing interrogatory, the Wiggins/Knickerbocker Claims shall be deemed automatically withdrawn without need for further filing or order of the Court,

142950823.2

Page 4
Debtor:     Assuncao Bros., Inc.
Case No.:   22-16159-CMG
Caption:    Consent Order Granting Limited Relief from Automatic Stay for Wiggins Plastics, Inc. and Knickerbocker Bed Company

and the Debtor's estate shall have no corporate or personal liability as a result of any judgment that may be entered in Wiggins/Knickerbocker's favor, and Wiggins and Knickerbocker each shall be deemed to waive any and all claims they might hold against the Debtor or the Debtor's estate, including the right to receive any distribution from the Debtor's estate, and Wiggins/Knickerbocker's right to recover from the Debtor and the Debtor's estate shall be limited to amounts recoverable from the Debtor's applicable liability insurance limits (without limiting any amounts which may be recovered by Wiggins/Knickerbocker from any other non-debtor third parties); and it is further

**ORDERED**, that except as stated above herein, including in the event the Wiggins/Knickerbocker Claims are deemed automatically withdrawn as provided in the preceding paragraph, nothing in this Consent Order or any plan shall be deemed to compromise the Wiggins/Knickerbocker Claims, and the Debtor's right to object to said claims is expressly preserved; and it is further

**ORDERED**, that if the answer to the interrogatory served and filed is anything other than an unqualified "Yes," with the supporting detail as stated above, then the parties shall have twenty-one (21) days from the date of this Consent Order to file any supplemental applications concerning the issues and the Debtor's right to object to the Wiggins/Knickerbocker Claims are preserved; and it is further

**ORDERED**, that the entry of this Consent Order shall not be deemed to be a waiver of (a) the Debtor's right to contest any claims asserted against the Debtor's estate in any action arising from any findings, legal conclusions or decisions rendered in the Action or any related proceeding, or (b) the Debtor's right to assert any affirmative claims that the Debtor's estate may hold against any party to the Action or any related proceeding; and it is further

142950823.2

Page 5
Debtor: Assuncao Bros., Inc.
Case No.: 22-16159-CMG
Caption: Consent Order Granting Limited Relief from Automatic Stay for Wiggins Plastics, Inc. and Knickerbocker Bed Company

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Consent Order.

The undersigned hereby consent to the substance
and entry of this Consent Order.

                        FOX ROTHSCHILD, LLP
                        Attorneys for Debtor

                        By:/s/*Joseph J. DiPasquale*
Dated:  February 28, 2023        Joseph J. DiPasquale, Esq.

                        CHARLES ALLEN YUEN LLC
                        Attorneys for Wiggins and Knickerbocker

                        By:*/s/Charles Allen Yuen*
Dated:  February 28, 2023        Charles Allen Yuen, Esq.

142950823.2

United States Bankruptcy Court
District of New Jersey

In re:  
Assuncao Bros., Inc.  
    Debtor

Case No. 22-16159-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 09, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Assuncao Bros., Inc., 29 Wood Avenue, Edison, NJ 08820-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen J Barkin | on behalf of Creditor Nobel Equipment & Supplies Inc. abarkin@sbmesq.com, sandyr@sbmesq.com |
| Anthony Sodono, III | on behalf of Other Prof. Sari B. Placona asodono@msbnj.com |
| Cameron Deane | on behalf of Creditor Volvo Car Financial Services LLC cdeane@weltman.com |
| Charles Allen Yuen | on behalf of Creditor Wiggins Plastics Inc. cyuen@cyuen-law.com |
| Charles Allen Yuen | on behalf of Creditor Knickerbocker Bed Company cyuen@cyuen-law.com |
| Curtis M Plaza | on behalf of Creditor Manasquan Bank cplaza@riker.com sdechoyan@riker.com |

Case 22-16159-CMG    Doc 219    Filed 03/11/23    Entered 03/12/23 00:15:43    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Douglas G. Leney
    on behalf of Interested Party Martin Assuncao dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Interested Party Lisa Assuncao dleney@archerlaw.com  ahuber@archerlaw.com

Edward H. O'Hare
    on behalf of Creditor HEAVY AND GENERAL LABORERS' FUNDS OF NEW JERSEY eohare@zazzali-law.com

Eric R. Perkins
    on behalf of Creditor Black Rock Enterprises LLC eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins
    on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal
    tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Fleming Ware
    on behalf of Creditor Komatsu Financial Limited Partnership fware@vedderprice.com

Gary D. Bressler
    on behalf of Creditor NGM Insurance Company gbressler@mdmc-law.com
    scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

John R. Morton, Jr.
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
    mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Jonathan J. Lerner
    on behalf of Interested Party Extech Building Materials  Inc. JLerner@starrgern.com, LCrogier@starrgern.com

Joseph A. Caneco
    on behalf of Debtor Assuncao Bros.  Inc. jcaneco@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Other Prof. KCP Advisory Group  LLC Jdipasquale@foxrothschild.com,
    cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Debtor Assuncao Bros.  Inc. Jdipasquale@foxrothschild.com,
    cbrown@foxrothschild.com;msteen@foxrothschild.com

Joshua H. Raymond
    on behalf of Creditor Middlesex County Utilities Authority jraymond@msbnj.com

Justin Baumgartner
    on behalf of Creditor Horizon Blue Cross Blue Shield of New Jersey jbaumgartner@becker.legal  mambrose@becker.legal

Justin Baumgartner
    on behalf of Creditor Black Rock Enterprises LLC jbaumgartner@becker.legal  mambrose@becker.legal

Louis A. Modugno
    on behalf of Other Prof. Vollers Excavating and Contractors  Inc. lmodugno@tm-firm.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Michael A. Baselice
    on behalf of Creditor IUOE Local 825 Benefit Funds mbaselice@decotiislaw.com

Michael R. Herz
    on behalf of Debtor Assuncao Bros.  Inc. mherz@foxrothschild.com, cbrown@foxrothschild.com

Philip William Allogramento
    on behalf of Creditor County of Essex pallogramento@connellfoley.com  mcaggiano@connellfoley.com

Richard M. Schlaifer
    on behalf of Creditor J.M. Ahle Co.  Inc. rschlaifer@earpcohn.com, vbromley@earpcohn.com

Ryan Richard Sweeney
    on behalf of Creditor Iron Workers District Council Philadelphia and Vicinity Benefit Funds rsweeney@cjtlaw.org

Ryan Richard Sweeney
    on behalf of Creditor Iron Workers Local 11 Benefit Funds rsweeney@cjtlaw.org

Ryan Richard Sweeney
    on behalf of Creditor Iron Workers Local 399 Benefit Funds rsweeney@cjtlaw.org

Sari Blair Placona
    on behalf of Other Prof. Sari B. Placona splacona@msbnj.com

District/off: 0312-3      User: admin      Page 3 of 3
Date Rcvd: Mar 09, 2023      Form ID: pdf903      Total Noticed: 1

Scott Aaron Levin
     on behalf of Creditor NGM Insurance Company slevin@mdmc-law.com

Scott S. Rever
     srever@wjslaw.com

Scott S. Rever
     on behalf of Trustee Scott S. Rever srever@genovaburns.com
     srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Seth Ptasiewicz
     on behalf of Creditor Northeast Carpenters Benefit Funds sptasiewicz@krollfirm.com

Timothy P. Neumann
     on behalf of Creditor Ralph Clayton & Sons  LLC a/k/a Ralph Clayton & Sons and/or Clayton Concrete
     timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

Vipin Varghese
     on behalf of Creditor IUOE Local 825 Benefit Funds vvarghese@decotiislaw.com
     kcaufield@decotiislaw.com;rmcgowan@decotiislaw.com;mdiaz@decotiislaw.com

Virginia T. Shea
     on behalf of Creditor NGM Insurance Company vshea@mdmc-law.com  gbressler@mdmc-law.com

William E. Craig
     on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
     mortoncraigecf@gmail.com

TOTAL: 41