| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>jdipasquale@foxrothschild.com<br>Telephone: 973-992-4800<br>Facsimile: 973-992-9125<br>*Counsel to the Debtor and Debtor in Possession* | |
| In Re:<br><br>ASSUNCAO BROS., INC.,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159-CMG<br><br>Judge: Hon. Christine M. Gravelle |

## CERTIFICATE OF SERVICE

1. I, Karen Chase

    ☒ am an Operations Assistant employed by KCP Advisory Group, LLC, financial advisors to Debtor in the above-captioned matter.

2. On March 13, 2023, I sent a copy of the following pleadings and/or documents to the parties listed on the attached service list via first class mail, postage pre-paid:

    - Order Confirming Consensual Subchapter V Plan [Doc. No. 213]

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 16, 2023

*/s/ Karen Chase*
KAREN CHASE

| | | |
|---|---|---|
| Allen G. Kadish, Esq.<br>Archer & Greiner, PC<br>1211 Avenue of the Americas<br>New York, NY  10036 | Allen J. Barkin, Esq.<br>Schwartz Barkin & Mitchell<br>1110 Springfield Road<br>PO Box 1339<br>Union, NJ  07083-1339 | Anhony Ricciardi<br>Dept of Transportation<br>PO Box 600<br>Trenton, NJ  08625-0600 |
| Anselmi & DeCicco Inc.<br>1977 Springfield Ave<br>Maplewood, NJ  07040 | Armento Kirkland<br>Dept of Transportation<br>PO Box 600<br>Trenton, NJ  08625-0600 | Charles Allen Yuen, Esq.<br>Charls Allen Yuen LLC<br>300 Main Street<br>Suite 21 PMB650<br>Madison, NJ  07940 |
| Chrysler Capital<br>PO Box 916275<br>Fort Worth, TX  76161 | Conti Construction<br>Kyle Conti<br>749 Clawson Ave<br>Hillsborough Twp, NJ  08844 | County Concrete Corp<br>Macce & Cresti PC<br>c/o John Macce, Esq.<br>17 East Main Street<br>Clinton, NJ  08809 |
| County of Essex<br>465 Dr.Martin Luther King Jr. Blvd<br>Newark, NJ  07102 | County of Hunterdon<br>71 Main Street<br>PO Box 2900<br>Flemington, NJ  08822 | County of Ocean<br>101 Hooper Avenue<br>Toms River, NJ  08753 |
| Diamond Sand and Gravel Inc. d/b/a Spart Redimix<br>c/o McElroy Deutsch Mulvaney Carpenter<br>Michael R. Morano, Esq.<br>1300 Mt. Kemble Avenue - PO box 2075<br>Morristown, NJ  07960 | Diamond Sand and Gravel Inc. d/b/a Spart Redimix<br>c/o McElroy Deutsch Mulvaney CarpenterJames J. Tarnofsky, Esq.<br>1300 Mt. Kemble Avenue - PO box 2075<br>Morristown, NJ  07960 | Douglas G. Leney, Esq.<br>Archer & Greiner, PC<br>Three Logan Square - 1717 Arch Street<br>Suite  3500<br>Philadelphia, PA  19103 |
| Eammon O'Hagan<br>US Attorney's Office, District of NJ<br>970 Broad Street<br>Newark, NJ  07102 | Earle Asphalt<br>1800 Rout 34<br>Building 2, Suite 205<br>Wall, NJ  07719 | Edward H.O'Hare, Esq.<br>Zazzali, Fagella, Nowack, Kleinbaum & Freidman<br>570 Broad Street<br>Suite 1402<br>Newark, NJ  07102 |
| Eric R. Perkins, Esq.<br>Becker LLC<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ  07039 | Essex County Sheriff's Office<br>attn:  James Spango<br>Special Services<br>50 West Market Street  - Room 201<br>Newark, NJ  07102 | Fleming Ware<br>Vedder Price<br>1633 Broadway<br>Suite 31st Floor<br>New York, NY  10019 |
| Garry Masterson<br>Weltman Weinberg & Reis Co<br>965 Keynote Circle<br>Cleveland, OH  44131 | Hudson County<br>583 Newark Avenue<br>Jersey City, NJ  07306 | John R. Morton, Esq.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ  08057 |
| Joshua H. Raymond, Esq.<br>McManimon, Scotland & Baumann, LLC<br>75 Livinston Avenue<br>Suite 200<br>Roseland, NJ  07068 | Justin Baumgartner, Esq.<br>Becker LLC<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ  07039 | Knickerbocker Bed Co<br>770 Commercial Ave<br>Carlstadt, NJ 07072 |

142179871.1

Konkus Corporation
60 Old Camplain Rd
Hillsborough Twp, NJ  08844

Louis A Modugno, Esq.
Trif & Modugno, LLC
89 Headquarters Plaza North Tower
Suite 1201
Morristtown, NJ  07960

Maggie McGee, Esq.
United States Trustee
One Newark Center
1085 Raymond Blvd - 21st Floor
Newark, NJ  07102

Heavy and General Laborers Fund of NJ
c/o Zazzalli Fagella Nowak  Kleinbaum
570 Broad Street – Suite 1402
Newark, NJ  07102

White Cap
c/o Bart Kein
Law Office of Bark Klein
2066 Milburn Ave
Maplewood, NJ   07040

Eastern Concrete
c/o Tesser & Cohen
946 Main Steret
Hackensack, NJ  07601

KCP Advisory Group LLC
700 Tchnology Park Drive
Billerica, MA  01821

142179871.1

Michael A. Baselice, Esq.
DeCotiis, Fitzpatrick, Cole & Giblin LLP
61 South Paramus Road
Suite 250
Paramus, NJ  07652

Michael Herz, Esq
Fox Rothschild LLP
49 Market Street
Morristown, NJ  07960

Middlesex County Utilities Authority
2571 Main Street Extension
PO box 159
Sayreville, NJ  08872

Middlesex Coutnty
75 Bayard Street
New Brunswick, NJ  08901

Monmouth County
One East Main Street
PO Box 1255
Freehold, NJ  07728

Morristown Township
200 South Street
1st Floor
Morristown, NJ  07960

NGM Insurance Company
c/o McElroy Deutsch Mulvaney Carpenter
Adam R. Schwartz, Esq.
1300 Mt. Kemble Avenue - PO box 2075
Morristown, NJ  07960

NGM Insurance Company
c/o McElroy Deutsch Mulvaney Carpenter
Gary D. Bressler, Esq.
1300 Mt. Kemble Avenue - PO box 2075
Morristown, NJ  07960

NGM Insurance Company
c/o McElroy Deutsch Mulvaney Carpenter
Scott A. Levin, Esq.
1300 Mt. Kemble Avenue - PO box 2075
Morristown, NJ  07960

NGM Insurance Company
c/o McElroy Deutsch Mulvaney Carpenter
Virginia T. Shea, Esq.
1300 Mt. Kemble Avenue - PO box 2075
Morristown, NJ  07960

Northwest Carpenters Funds
c/o Steve Shaefer
Raritan Plaza II
91 Fieldcrest Ave - 3rd floor
Edison NJ  08837

Passaic County Admin Bldg
401 Grand Street
Paterson, NJ  07505

Philip W. Allogramento, III
Connell Foley LLP
56 Livingston Avenue
Roseland, NJ  07068

Raritan Pipe and supply
301 Meadow Rd
#B
Edison, NJ  08817

Richard M. Schlaifer, Esq.
Earp Cohn, PC
20 Brace Road -
Suite 400
Cherry Hill, NJ  08034

Ritacco Construction Inc.
10 Lawrence St
Belleville, NJ  07109

Ryan Richard Sweeney, Esq.
Cleary Josem & Trignani LLP
325 Chestnut Street
Suite 200
Philadelphia, PA  19106

Schiavone Construction Co.
c/o Mark Revello
150 Meadowlands Pkwy
2nd Floor
Secaucus, NJ  07094

Scott Rever, Esq.
Genova Burns
110 Allen Road
Basking Ridge, NJ  07920

Seth Ptasiewicz, Esq.
Kroll Heineman Ptasiewicz & Parsona LLC
99 Wood Avenue South
Suite 307
Iselin, NJ  07226

Small Business Administration
2 North 20th Street
Suite 320
Birmingham, AL  35203

Somerset Public Worls
20 Grove Street
Somerville, NJ  08874

South State Inc.
202 Reeves Rd
Bridgeton, NJ  08302

Susan McElhare
Dept of Transportation
PO Box 600
Trenton, NJ  08625-0600

Timothy P. Neumann, Esq.
Broege, Neumann, Fischer & Shaver LLC
25 AbeVoorhees Drive
Manasquan, NJ  08736

Township of Monroe
1 Municipal Plaza
Monroe, NJ 08831

Township of Piscataway
455 Hoes Lane
Piscataway, NJ  08854

142179871.1

Union Paving & Construction
1140 Globe Ave
Mountainside, NJ  07092

Vicki Tilghman-Ansley
Dept of Transportation
PO Box 600
Trenton, NJ  08625-0600

Vipin Varghese, Esq.
DeCotiis, Fitzpatrick, Cole & Giblin LLP
61 South Paramus Road
Suite 250
Paramus, NJ  07652

142179871.1

Volvo Car Financial Services
PO Box 91300
Mobile Al  36691-1300

Wells Fargo Equipment Fiannce
420 Montgomery Street
San Francisco, ca 94104

Wells Fargo Vendor Financial Services
600 South 4th Steet
MAC N900-10
Minneapolis, MN  55415

Wiggins Plastics Inc.
182 Kingsland Rd
Clifton NJ  07014

William E. Craig, Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ  08057

Z Brothers Concrete Contractors
304 Jernee Mill Rd
Sayreville, NJ  08872

142179871.1

```
Label Matrix for local noticing          AmeriCredit Financial Services, Inc. dba GM   Assuncao Bros., Inc.
0312-3                                   4000 Embarcadero Drive                        29 Wood Avenue
Case 22-16159-CMG                        Arlington, TX 76014-4101                      Edison, NJ 08820-3503
District of New Jersey
Trenton
Tue Jan 24 11:43:18 EST 2023

Black Rock Enterprises LLC               Horizon Blue Cross Blue Shield of New Jersey  IUOE Local 825 Benefit Funds
c/o Becker LLC                           c/o Becker LLC                                65 Springfield Avenue 2nd Floor
345 Eisenhower Parkway                   354 Eisenhower Parkway                        Springfield, NJ 07081-1308
Plaza Two, Suite 1500                    Plaza Two,Suite 1500
Livingston, NJ 07039-1722                Livingston, NJ 07039-1022

Iron Workers District Council Philadelphia a   Iron Workers Local 11 Benefit Funds    Iron Workers Local 399 Benefit Funds
1807 Spring Garden Street                12 Edison Place                               26 W. Fleming Pike
Philadelphia, PA 19130-3916              Springfield, NJ 07081-1310                    Hammonton, NJ 08037

J.M. Ahle Co., Inc.                      KCP Advisory Group, LLC                       Manasquan Bank
c/o Richard M. Schlaifer, Esq.           700 Technology Park Drive                     c/o Riker Danzig LLP
Earp Cohn PC 20 Brace Road               Suite 212                                     One Speedwell Avenue
Suite 400                                Billerica, MA 01821-4134                      Morristown, NJ 07960-6838
Cherry Hill, NJ 08034

Nobel Equipment & Supplies, Inc.         Santander Consumer USA Inc. dba Chrysler Cap  U.S. Bankruptcy Court
1920 E Edgar Rd                          2860 Patton Rd.                               402 East State Street
Linden, NJ 07036-1515                    Roseville, MN 55113-1100                      Trenton, NJ 08608-1507

A. Azevedo Trucking                      ABC Supply Co. Inc.                           AIRGAS USA, LLC
2730 Killian Place                       700 E. Lincoln Ave.                           PO Box 734445
Union, NJ 07083-6458                     Rahway, NJ 07065-5712                         Chicago, IL 60673-4445

AMEX                                     ANS Consultants, Inc.                         ASCO
PO Box 1270                              4405 South Clinton Ave.                       Acetylene Supply Company
Newark, NJ 07101-1270                    South Plainfield, NJ 07080-1230               475 Route 9 South
                                                                                       Woodbridge, NJ 07095

AVS DESIGN INC.                          Abeco Limited Liability Company               Abreu Truck Service
228 Lackawanna Ave                       Martin Assuncao                               283-299 Frelinghuysen Ave
Roosevelt Roads, PR 00742-4000           7 Hazelwood Court                             Newark, NJ 07114-1415
                                         Warren, NJ 07059-6799

Accredited Analytical Resources, LLC     Acrow Corporation of America                  Advanced Testing Company, Inc.
20 Pershing Avenue                       181 New Road                                  3348 Route 208
Carteret, NJ 07008-3318                  Parsippany, NJ 07054-5645                     Campbell Hall, NY 10916-3508

Allegiance Trucks                        Ally Bank                                     Ally Financial
525 W Linden Ave                         PO Box 9001948                                P.O. Box 380901
Linden, NJ 07036-6507                    Louisville, KY 40290-1948                     Minneapolis, MN 55438-0901
```

| | | |
|---|---|---|
| (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| American Express National Bank<br>c/o Doyle & Hoefs, LLC<br>2043 Springwood Road<br>Attn: Michael J. Hoefs, Esq.<br>York, PA 17403-4836 | American Forensic Engineering<br>3030 North Rocky Point Dr. West<br>Tampa, FL 33607-5803 | American Forest Products dba Tulnoy Lumber<br>1620 Webster Ave<br>Bronx, NY 10457-8074 |
| Anchor an Oldcastle Company<br>331 Newman Springs Rd Ste 236<br>Red Bank, NJ 07701-6769 | Anthony Lucciola<br>51 Brookwood Road<br>Spotswood, NJ 08884-1707 | Anthony Philip Enterprises<br>21 Dead River Road<br>Warren, NJ 07059-6797 |
| Apple Coring & Sawing, LLC<br>350 Market Street<br>Kenilworth, NJ 07033-2034 | Atlantic Health System<br>PO Box 21385<br>New York, NY 10087-1385 | B2W Software<br>99 Bow Street Suite 500<br>Portsmouth, NH 03801-3846 |
| BCI Truck, Inc.<br>356 Highway 31<br>Flemington, NJ 08822-5741 | BJR Trucking LLC<br>363 Freehold Rd<br>Jackson, NJ 08527-4670 | Barclay Brand Ferdon<br>PO Box 341<br>South Plainfield, NJ 07080-0341 |
| Barclay Card<br>PO Box 1337<br>Philadelphia, PA 19105 | Belleville Police Department<br>152 Washington Ave<br>Belleville, NJ 07109-2589 | Bernards Township Police<br>1 Collyer Lane<br>Basking Ridge, NJ 07920-1442 |
| Black Rock Enterprises LLC<br>c/o Becker LLC<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039-1022 | Black Rock Enterprises, LLC<br>1316 Englishtown Road<br>Old Bridge, NJ 08857-1577 | Boa Hora Trucking, LLC<br>45 Charles Street<br>South River, NJ 08882-1605 |
| Boro of South Bound Brook<br>12 Main Street<br>South Bound Brook, NJ 08880-1407 | Borough Of Bernardsville<br>166 Minebrook Road<br>Bernardsville, NJ 07924-2103 | Boss Landscaping, LLC<br>14 Maxim Court<br>Jackson, NJ 08527-3894 |
| (p)BOSWELL ENGINEERING<br>ATTN LEGAL DEPARTMENT<br>330 PHILLIPS AVENUE<br>SOUTH HACKENSACK NJ 07606-1722 | Bowco Laboratories<br>75 Freeman Street<br>PO Box 1219<br>Woodbridge, NJ 07095-7219 | (p)BRENT MATERIAL COMPANY<br>325 COLUMBIA TURNPIKE SUITE 308<br>FLORHAM PARK NJ 07932-1212 |
| Bruce R Koerner Cranes & Equipment<br>400 Franklin Ave<br>Rockaway, NJ 07866-4050 | Brucelli Advertising Co., Inc.<br>310 S. Blakely Street<br>Scranton, PA 18512-2233 | Builders General<br>PO Box 95<br>Little Silver, NJ 07739-0095 |

Burlington County Regional Chamber of Commerce
520 Fellowship Road, E-502
Mount Laurel, NJ 08054-3417

Buy Wise
301 Vauxhall
Vauxhall, NJ 07088

C&H Bonding
783 Riverview Drive
P.O. Box 324
Totowa, NJ 07511-0324

CB Tech Support
1253 Springfield Ave. PMB 182
New Providence, NJ 07974-2931

CCLENJ
1670 NJ 34
Farmingdale, NJ 07727

CHRYSLER CAPITAL
P.O. BOX 961275
FORT WORTH, TX 76161-0275

CMC Truck Repair
1500 Seymour Street South
South Plainfield, NJ 07080-1483

CME Associates
3141 Bordentown Ave.
Parlin, NJ 08859-1162

Cambria Companies
PO BOX 51061
Newark, NJ 07101-5161

Campbell Foundry Company
800 Bergen St.
Harrison, NJ 07029-2034

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital Pix, LLC
22 Fifth St.
South River, NJ 08882-2419

Caspert Managment CO.,Inc
11 Oxford Rd North
Caldwell, NJ 07006-4215

Cedar Hill Topsoil
127 Cedar Grove Lane
Somerset, NJ 08873-4718

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Cesario Construction Company Inc.
18 Birchwood Court
East Hanover, NJ 07936-3140

Charles D. Mueller
The Equitable Building
120 Broadway, 28th Floor
New York, NY 10271-2901

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

City Of East Orange
15 South Munn Avenue
East Orange, NJ 07018-3829

Clayton Block
PO Box 3015
Lakewood, NJ 08701-9015

Cohen Seglias
1600 Market Street 32nd floor
Attn: Accounts Receivable
Philadelphia, PA 19103-7210

Colliers Engineering & Design, Inc
331 Newman Springs Road Suite 203
Red Bank, NJ 07701-5691

Comenity-Williams-Sonoma
PO Box 659705
San Antonio, TX 78265-9705

Construction Information Syst
170 Kinnelon Road
Butler, NJ 07405-2316

Contech Engineered Solutions, LLC
PO Box 936362
Atlanta, GA 31193-6362

County Concrete Corp.
PO BOX F
Kenvil, NJ 07847-1005

County Of Hudson
Office of the Sheriff
567 Pavonia Ave. FL .3
Jersey City, NJ 07306-1803

County of Essex
Purchasing Dept.
465 Dr. Martin Luther King Blvd
Newark, NJ 07102

County of Hunterdon
71 Main Ttreet Bldg.1
2nd FL
Flemington, NJ 08822-2900

County of Ocea
Dept of Purchasing
101 Hooper Ave
Gaylordsville, CT 06755

| | | |
|---|---|---|
| Custom Bandag Inc.<br>401 East Linden Ave.<br>Linden, NJ 07036-2411 | D&R Industrial Saw Co.<br>148 Rome Street<br>Newark, NJ 07105-3488 | DNJ Transport, LLC<br>PO Box 6819<br>Elizabeth, NJ 07206-6819 |
| Dan Swayze & Son Inc.<br>2351 Waldheim Ave<br>Scotch Plains, NJ 07076-2151 | Dayton Inspection Services, Inc.<br>118 Burrs Road C-1<br>Mount Holly, NJ 08060-4415 | Detectable Warning Products, Inc.<br>4600 Summerlin Rd C-2/ 421<br>Fort Myers, FL 33919-3005 |
| Diamond Sand and Gravel<br>33 Demarest Road<br>Sparta, NJ 07871-3441 | Dock Builders Local 1556<br>NYC & Vicinity Dist. Council of Carpente<br>395 Hudson Street 9th Floor<br>New York, NY 10014-7450 | Down's Tree Service<br>65 Royal Ave<br>Hawthorne, NJ 07506-1916 |
| Drobach Equipment Rental Co<br>2240 Route 22 East<br>Union, NJ 07083-8406 | EBF Enterprises LL<br>PO Box 142<br>Hope, NJ 07844-0142 | EIC Group, LLC<br>420 Route 46 East Suite 1<br>Fairfield, NJ 07004-1952 |
| EP Henry Corp<br>PO Box 822589<br>Philadelphia, PA 19182-2589 | EZ Auto Glass<br>322 US HWY 1<br>Edison, NJ 08817-4489 | EZ PASS<br>PO Box 52009<br>Newark, NJ 07101-8209 |
| East Trading West Investments LL<br>DBA American Traffic & Street Sign<br>200 South Jefferson Street<br>Orange, NJ 07050-1409 | East Trading West Investments LLC<br>1919 Duffield Lane<br>Alexandria, VA 22307-1177 | Eastern Concrete Materials Inc<br>250 Pehle Ave Plaza One, Suite 503<br>Saddle Brook, NJ 07663 |
| Elizabethtown Gas<br>PO Box 603<br>Bellmawr, NJ 08099-0603 | Elph Stone, Inc.<br>PO Box 228<br>High Bridge, NJ 08829-0228 | Extra Duty Solution<br>Seacoast Business Funding<br>PO Box 60479<br>Charlotte, NC 28260-0479 |
| FAI-GON Electric, Inc.<br>140 Eleventh Street<br>Piscataway, NJ 08854-1952 | Ferriero Engineering, Inc.<br>180 Main St.<br>Chester, NJ 07930-2537 | Ficor Company, Inc<br>PO Box 65<br>Ogdensburg, NJ 07439-0065 |
| Fitzgerald Formliners<br>1500 E. Chestnut Ave<br>Santa Ana, CA 92701-6321 | FleetPride Truck & Trailer Parts<br>PO Box 847118<br>Dallas, TX 75284-7118 | Floor Coverings International<br>178 Route 206<br>Hillsborough, NJ 08844-4149 |
| French & Parrello<br>1800 Route 34 Suite 101<br>Belmar, NJ 07719-9144 | GM Financial<br>PO Box 183593<br>Arlington, TX 76096-3593 | Gamka Equipment,Inc.<br>983 New Durham Road<br>Edison, NJ 08817-2253 |

```
Garden State Bob Cat                Garden State Precast Ins          Garden State Precast, Inc.
999 Route 33                        PO Box 702                        c/o Kelley O'Malley
Freehold, NJ 07728-8440             Farmingdale, NJ 07727-0702        PO Box 702
                                                                      Farmingdale, NJ 07727-0702


George Logan Towing                 (p)GREATAMERICA FINANCIAL SERVICES CORPORATIO   GreenRock Recycling, LLC
371 Old Georges Road North          PO BOX 609                        3 Frontage Road
North Brunswick, NJ 08902-4818      CEDAR RAPIDS IA 52406-0609        Clinton, NJ 08809


HD Supply                           HRRG                              Hedinger & Lawless L.L.C.
PO Box 4852                         PO Box 8486                       23 Vreeland Road, Suite 150
Orlando, FL 32802-4852              Pompano Beach, FL 33075-8486      Florham Park, New Jersey 07932-2199


High Tech Landscapes, Inc           Highway Equipment Co of NJ        Highway Equipment Co, of New Jersey, Inc
10 Culnen Drive                     615 STATE ROUTE 33                PO Box 645866
Somerville, NJ 08876-5400           MILLSTONE TOWNSHIP, NJ 08535-8105 Pittsburgh, PA 15264-5256


Highway Traffic Control Inc.        Hodge Landscaping                 Holt Machinery Company
60 Moore Place                      7 Hickory Lane                    504 Raritan St.
Belleville, NJ 07109-1914           North Brunswick, NJ 08902-1311    Sayreville, NJ 08872-1429


Hoover Truck Centers                Horizon Blue Cross / Blue Shield of N   IJA SOLUTIONS,LLC
P.O. Box 719                        PO Box 10130                      5 Lyons Mall PMB 185
Flanders, NJ 07836-0719             Newark, NJ 07101-3130             Humacao, PR 00792


(p)INTERNAL REVENUE SERVICE         IRS - Department of Treasury      Icon Equipment Distrubitors
CENTRALIZED INSOLVENCY OPERATIONS   PO Box 7346                       300 Ryders Lane
PO BOX 7346                         Philadelphia, PA 19101-7346       East Brunswick, NJ 08816-2051
PHILADELPHIA PA 19101-7346


Insurance Office of America         International Bronze Plaque Co.   Iron Workers Distict Local 399
1451 Route 34, Suite 101            17031 Alico Commerce Court #3     Council Benefit and Pension Fund
Farmingdale, NJ 07727-1614          Fort Myers, FL 33967-2508         26 East Fleming Pike
                                                                      Hammonton, NJ 08037-2410


Ironworkers District Council Benefit Funds   Ironworkers Local 399 Benefit Funds   Ironworkers Local No. 11 Benefits Fundsr
1807 Spring Garden Street           26 W. Fleming Pike                12 Edison Place
Philadelphia, PA 19130-3916         Hammonton, NJ  08037              Springfield, NJ 07081-1310


J.J. Keller & Associates, Inc.      J.M. Santos Trucking, LLC         J.W. Goodlife & Son,Inc.
P.O. 6609                           24 North 9th Street               PO Box 69034
Carol Stream, IL 60197-6609         Kenilworth, NJ 07033-1540         Baltimore, MD 21264-9034
```

JCP&L
Box 3687
Akron, OH 44309-3687

JL Landscaping, LLC
630 Main Street, Suite C
Sayreville, NJ 08872-1338

JL Services
630 Main Street Suite C
Sayreville, NJ 08872-1338

JM Ahle, Inc.
190 William St Suite 2D
South River, NJ 08882-1100

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jerry's Towing and Diesel Repair
1156 Toms River Road
Jackson, NJ 08527-5242

Jersey Coast Fire Equip
377 Asbury Road
Farmingdale, NJ 07727-3604

Jesco, Inc
118 St.Nicholas Avenue South
South Plainfield, NJ 07080-1892

John Deere Credit
PO Box 4450
Carol Stream, IL 60197-4450

John Deere Financial, f.s.b.
c/o Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Cleveland, OH 44131-1829

Jomig Investments
224C Forsgate Drive
Spotswood, NJ 08884

K&M Construction Services, LLC
6 Wilcox Ave
South River, NJ 08882-1951

KIll Surveying & Construction Services
4 Margo Place
Trenton, NJ 08620-2434

KTS Heavy Hauling Inc.
9 Pace Drive
Edison, NJ 08820-2208

Kenco Corp.
170 PA -271
Ligonier, PA 15658

Knickerbocker Bed Company
770 Commercial Avenue
Carlstadt, NJ 07072-2678

KobelCo Financial / Wells Fargo
Wells Fargo Vendor Financial Services
PO Box 07024
Philadelphia, PA 19149-0024

(p)KOMATSU AMERICA CORP
ATTN BEA BARRY
8770 W BRYN MAWR AVENUE STE 100
CHICAGO IL 60631-3782

Komatsu Financial Limited Partnership
c/o Mitchell D. Cohen, Esq.
Vedder Price P.C
1633 Broadway, 31st Floor
New York, NY 10019-6764

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Kubota Credit Corporation, U.S.A.
P.O. Box 2046
Grapevine, TX 76099-2046

LC Equipment, Inc
PO Box 595
394 Route 49
Tuckahoe, NJ 08250-0595

Lakewood Township Police
231 3rd Street
Lakewood, NJ 08701-3220

Lawson Products Inc.
PO BOX 734922
Chicago, IL 60673-4922

Leisure Village Association
19 Buckingham Drive
Lakewood, NJ 08701-6297

Leon S. Avakian, Inc.
788 Wayside Road
Neptune, NJ 07753-2766

Liberty Building Products
193 Christie Street
Newark, NJ 07105-3915

Lincoln Benefit Life Company
PO Box 856764
Minneapolis, MN 55485-6764

Lisa Assuncao
29 Wood Ave
Edison, NJ 08820-3503

Lisbon Contractors
40 Coyle Street
Parlin, NJ 08859-1006

| | | |
|---|---|---|
| Lisbon Trucking<br>40 Coyle Street<br>Parlin, NJ 08859-1006 | Lopes Trucking<br>390 Spring Valley Road<br>Old Bridge, NJ 08857-3510 | Lorco Petroleum Services<br>450 South Front Street<br>Elizabeth, NJ 07202-3009 |
| M&A Tree Service Inc.<br>150 West End Ave.<br>Somerville, NJ 08876-1834 | M. Olivera Trucking, Inc<br>794 Parker Street<br>Newark, NJ 07104-2318 | Manasquan Bank<br>2221 Landmark Place<br>Attn:  Erin Pensabene<br>Manasquan, NJ 08736-1051 |
| Mandelbaum Barrett<br>3 Becker Farm Road Suite 105<br>Roseland, NJ 07068-1726 | Mario's Heavy Equipment<br>78 Battleground Rd<br>Millstone Township, NJ 08535-1023 | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 |
| Martin Assuncao<br>29 Wood Ave<br>Edison, NJ 08820-3503 | Martin Contracting<br>PO Box 15<br>Verona, NJ 07044-0015 | Metropolitan Staple Corp<br>11 Brown Ave.<br>Springfield, NJ 07081-2901 |
| Michaels Towing Service<br>1153 Rahway Avenue<br>Avenel, NJ 07001-2116 | Mid-Atlantic Truck Center<br>525 W. Linden Ave<br>Aguas Buenas, PR 00703-6000 | Middlesex County Utilities Authority<br>Solid Waste Division<br>53 Edgeboro Road<br>East Brunswick, NJ 08816-1636 |
| Middlesex County Utilities Authority<br>c/o Joshua Raymond, Esq.<br>McManimon, Scotland & Baumann, LLP<br>75 Livingston Ave, 2nd Floor<br>Roseland, NJ 07068-3701 | Middlesex Water Company<br>PO Box 826538<br>Philadelphia, PA 19182-6538 | Miller GMC<br>920 US -1<br>Woodbridge, NJ 07095 |
| Morris County, Purchasing Division<br>10 Court Street<br>Morristown, NJ 07960 | Motor Carrier Services<br>IRP Section<br>120 South Stockton Street<br>PO Box 178<br>Trenton, NJ 08666-0178 | NGM Insurance Company<br>c/o MCELROY, DEUTSCH, MULVANEY, et al<br>1300 Mount Kemble Avenue<br>Attn: ADAM R. SCHWARTZ<br>Morristown, NJ 07960-8009 |
| NJ American Water<br>1 Water Street<br>Camden, NJ 08102-1658 | NJ Department of the Treasury<br>Div of Purchase & Property Contract<br>Compliance Audit Unit<br>Trenton, NJ 08625-0206 | NJ Dept. of Labor<br>Division Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379 |
| NJ Dept. of Labor, Div Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379 | (p)STATE OF NEW JERSEY   DIVISION OF TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08695-0245 | (p)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245 |
| NJM Insurance Group<br>PO Box 1228<br>Trenton, NJ 08628-0277 | NJMVC Revenue Processing Center<br>PO Box 008<br>Trenton, NJ 08646-0008 | NYP Corp<br>805 East Grand St.<br>Elizabeth, NJ 07201-2794 |

```
Najarian Associates                Napco                              National Fence Systems, Inc
1 Industrial Way                   P.O. BOX 234                       1033 Route 1
Eatontown, NJ 07724-4227           Lyndhurst, NJ 07071-0234           Avenel, NJ 07001


New Jersey American Water          New Jersey Dept of Labor           New Jersey Family Support Payment Center
Box 371331                         1 John Fitzh Way                   PO Box 4880
Pittsburgh, PA 15250-7476          Trenton, NJ 08611-1760             Trenton, NJ 08650-4880


(p)NJ EZPASS                       New Jersey Turnpike Authority      Newark Police Department
ATTN NJ EZPASS/ MARISOL ALVARADO   PO Box 24778                       Outside Employment Unit
375 MCCARTER HIGHWAY               Tampa, FL 33623-4778               22 Franklin Street, 3rd Floor
SUITE 200                                                             Newark, NJ 07102-3536
NEWARK NJ 07114-2562


Newark Steel Ironworks             Nischwitz Ashbrook Energies Inc    Nobel Equipment & Supplies
41 Frelinghuysen Ave               223 Front Street                   1920 US Hwy# 1
Newark, NJ 07114                   South Plainfield, NJ 07080-3431    Linden, NJ 07036


Northeast Carpenters Funds         Northwestern Mutual Life Ins.      OCA Benefit Services
c/o Seth Ptasiewicz, Esq.          1201 Troy Schenectady Rd. Ste. 120 3705 Quakerbridge Rd Suite 216
Kroll Heineman                     Latham, NY 12110-1028              Trenton, NJ 08619-1288
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830-2715

Ocean County Engineering           Oldcastle Infracture               Oldcastle Infrastructure, Inc.
129 Hooper Ave 2nd Floor           P.O. BOX 416951                    7000 Central Parkway, Suite 800
Toms River, NJ 08753-7605          Boston, MA 02241-6951              Atlanta, GA 30328-4579


Oli & Sons Trucking                Operating Engineers Local 825      Optimum
51 King George Road                65 Springfield Ave                 P.O. Box 371378
Warren, NJ 07059-7026              Springfield, NJ 07081-1308         Pittsburgh, PA 15250-7378


P.M. Construction Corp.            POWERPAK                           PSE&G
1310 Central Ave                   225 N. Route 303                   PO Box 14444
Hillside, NJ 07205-2614            Congers, NY 10920-3001             New Brunswick, NJ 08906-4444


Peapack & Gladstone Police Department  Peckham Road Corp              Penafiel Transport, LLC
1 School Street                        375 Bay Rd. Suite 201          14 La France Avenue
PO Box 218                             Queensbury, NY 12804-3013      Bloomfield, NJ 07003-5632
Peapack, NJ 07977-0218


Penn National Insurance            Pennsylvania Jersey Concrete       Photo Dynamics & Maintenance Corp.
PO BOX 13746                       2819 Fire Road                     367 Central Park Ave
Philadelphia, PA 19101-3746        Egg Harbor Township, NJ 08234-4071 Yonkers, NY 10704-2907
```

| | | |
|---|---|---|
| Piscataway Police Department<br>555 Sidney Road<br>Piscataway, NJ 08854-4180 | Piscataway Twp Municipal Court<br>555 Sidney Road<br>Piscataway, NJ 08854-4180 | Poland Spring<br>PO Box 856192<br>Louisville, KY 40285-6192 |
| Precast Systems, Inc<br>57 Sharon Station Road<br>Allentown, NJ 08501-1902 | Precision Concrete Pumping, Inc.<br>PO Box 6970<br>Albany, NY 12206-0970 | Pro Green Management<br>36 Pergola Ave<br>Monroe Township, NJ 08831-1455 |
| Progressive<br>PO Box 7247-0311<br>Philadelphia, PA 19170-0311 | Progressive Hydraulics Inc.<br>2201 S. Clinton Ave<br>South Plainfield, NJ 07080-1473 | Property Fence LLC<br>IND<br>Hillside, NJ 07205 |
| Pumping Services, Inc.<br>21 Lincoln Blvd.<br>PO Box 117<br>Middlesex, NJ 08846-0117 | Quantum Software Solutions, Inc.<br>4228 St Lawrence Ave. #B<br>Reading, PA 19606-2894 | ROAD SAFETY SYSTEMS, LLC<br>12 Park Drive<br>Shamong, NJ 08088-8994 |
| Ralph Clayton & Sons<br>PO Box 3015<br>Lakewood, NJ 08701-9015 | Reis Trucking LLC<br>116 Coolidge Ave<br>Carteret, NJ 07008-2140 | Reme And Associates, LLC<br>20 Church Street<br>Allentown, NJ 08501-1623 |
| Rent-A-Fence, Inc.<br>1033 Route One<br>Avenel, NJ 07001 | Republic - Abeco CC<br>5 Industrial Dr.<br>New Brunswick, NJ 08901-3633 | Riva Trucking LLC<br>43 Wilson Ave<br>South River, NJ 08882-1548 |
| Riverside Supply Co.<br>6 Washington Rd<br>Sayreville, NJ 08872-1794 | Road Safety Systems LLC<br>12 Park Drive<br>Vincentown, NJ 08088-8994 | Roche Miseo Barchetto, LLC<br>99 Cherry Hill Road Suite 110<br>Parsippany, NJ 07054-1102 |
| Rockborn Trucking & Excavation, Inc<br>12 Taylor Road<br>Wharton, NJ 07885-1502 | Roman Asphalt Corp.<br>32 O'Brien Street<br>Kearny, NJ 07032-4211 | S&S Fleet Services<br>1156 Toms River Road<br>Jackson, NJ 08527-5242 |
| S. Komma & Company, LLC<br>4 Strawberry Lane<br>Monroe Township, NJ 08831-2374 | SAMUELS, INC. T/A BUY WISE AUTO PARTS<br>2091 Springfield Avenue<br>Vauxhall, NJ 07088-1298 | SBA Office of Disaster Assistance<br>14925 Kingsport RD<br>Fort Worth, TX 76155-2243 |
| SF Systems Corporation<br>PO Box 2455<br>Edison, NJ 08818-2455 | SKY-HY Erectors & Equipment, Inc<br>456 Hollywood Avenue<br>South Plainfield, NJ 07080-4203 | Safety Improvements, LLC<br>11925 Chesterville Road<br>Kennedyville, MD 21645-3565 |

Samson Metal Service
P.O. Box 421
Dayton, NJ 08810-0421

Selective Insurance Company
Box 371468
Pittsburgh, PA 15250-7468

Serg Construction LLC
2 Camelot Drive
Monroe, NJ 08831-8602

Serv - US, LLC
PO Box 325
Hackettstown, NJ 07840-0325

Service Tire Truck Centers, Inc
3 Sutton Place
Edison, NJ 08817-2223

Shore Systems Group, LLC
PO Box 188
Clarksburg, NJ 08510-0188

Silva Recycling & Container Service
100 Riverside Ave.
Newark, NJ 07104-4202

Somerset-Union Soil Conservation Distric
Somerset County 4-H Center
308 Milltown Rd.
Bridgewater, NJ 08807-3551

SouthEastern Stick Inc.
610 Quail Run
Oneonta, AL 35121-5644

StanleyPaving LLC
27 Erickson Ave.
Monroe Township, NJ 08831-8318

State of NJ - DCA BFCE DORES
PO Box 663
Trenton, NJ 08604-0663

State of NJ Dept of Labor Div of Employer Ac
P O Box 379
Trenton, NJ 08625-0379

State of NJ Dept. of Community Affairs
Bureau of Fire Code Enforcement
PO Box 809
Trenton, NJ 08625-0809

State of New Jersey
Division of Taxation Bankruptcy
PO Box 245
Trenton, NJ 08695-0245

State of New Jersey Department of Labor
& WF Development Div Of Employer Account
PO Box 929
Trenton, NJ 08646-0929

Statewide Striping Corp.
499 Pomeroy Rd
Parsippany, NJ 07054-2811

Stavola Asphalt
PO Box 482
Red Bank, NJ 07701-0482

Stavola Construction
PO Box 482
Red Bank, NJ 07701-0482

Stavola Flemington Asphalt
PO Box 482
Red Bank, NJ 07701-0482

Structural Services Inc.
3735 Kim St
Bethlehem, PA 18017-1027

Supra Construction, LLC
PO Box 521
South River, NJ 08882-0521

Swenson Granite Works
292 South Main Street
Newtown, CT 06470-2781

T & M Associates
11 Tindall Road
Middletown, NJ 07748-2792

T.R. Weniger, Inc.
1900 New Brunswick Ave.
Piscataway, NJ 08854-2008

TD Banknorth N.A.
PO Box 5700
Lewiston, ME 04243-5700

TMT Transportation LLC
805 Dutchess Ln
Woodbridge, NJ 07095-3856

Taylor Oil Co.
77 Second Street
PO Box 974
Somerville, NJ 08876-0974

The Sherwin Williams Co.
226 Talmadge Rd.
Edison, NJ 08817-2824

Thermal Foams / Syracuse, Inc
PO Box 1981
Cicero, NY 13039-1981

Tiffany Electric
5 Eastmans Rd
Parsippany, NJ 07054-3721

| | | |
|---|---|---|
| Tiffany Electric, Inc.<br>5 Eastmans Road<br>Suite 3<br>Parsippany, NJ 07054-3721 | Tiffany Electrical Company Signal<br>Control Products, Inc.<br>199 Evans Way<br>Somerville, NJ 08876-4600 | Tilcon New York Inc.<br>9 Entin Road<br>Parsippany, NJ 07054-5000 |
| Tonacchio, Spina & Compitello<br>788 Shrewsbury Ave., Suite 2209<br>Attn: Amber Delaney, Esq.<br>Tinton Falls, NJ 07724-3080 | Town of Kearney<br>402 Kearney Ave.<br>Kearny, NJ 07032-2696 | Township Of East Brunswick<br>1 Jean Walling Civic Center<br>East Brunswick, NJ 08816-3529 |
| Township Of Irvington Police Department<br>1 Civic Square<br>Irvington, NJ 07111-2997 | Township Of Maplewood Police Department<br>4 Valley Street<br>Maplewood, NJ 07040 | Township Of Millburn Engineering Dept<br>75 Millburn Avenue<br>Millburn, NJ 07041 |
| Township of Edison Division of Fire<br>100 Municipal Blvd<br>Edison, NJ 08817-3369 | Township of Jackson<br>95 West Veterans Highway<br>Jackson, NJ 08527-3409 | Township of Monroe Department of Police<br>Municipal Complex 3 Municipal Plaza<br>Monroe Township, NJ 08831-1900 |
| Township of Montgomery<br>2261 Rt 206 Belle Mead<br>Belle Mead, NJ 08502 | Township of Piscataway<br>455 Hoes Lane<br>Piscataway, NJ 08854-5097 | Traffic Lines, Inc.<br>5100 Asbury Rd<br>Farmingdale, NJ 07727-4042 |
| Traffic Safety Services LLC<br>601 Hadley Road<br>PO Box 615<br>South Plainfield, NJ 07080-0615 | TransEdge Truck Sales and Service<br>1407 Bulldog Drive<br>Allentown, PA 18104-1972 | Trench Technologies<br>PO Box 1854<br>Livingston, NJ 07039-7454 |
| Trench Technologies LLC<br>100 Dorsa Avenue<br>Livingston, NJ 07039-1051 | Tulnoy Lumber<br>1620 Webster Ave<br>Bronx, NY 10457-8092 | U.S. Small Business Administration<br>2 North 20th Street, Suite 320<br>Birmingham, AL 35203-4002 |
| U.S. Small Business Administration<br>200 West Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 | U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | ULMA Form Works, Inc.<br>16-00 Route 208 Suite LL4<br>Fair Lawn, NJ 07410-2503 |
| USTP<br>231 St.Nicholas Avenue<br>South Plainfield, NJ 07080-1809 | UVM Medical Center<br>Payment Deptartmen<br>O BOX 1854<br>Brattleboro, VT 05302-1854 | Union Carpenters<br>91 Fieldcrest Ave<br>Edison, NJ 08837-3662 |
| Union Local- 472 Laborers<br>700 Raymond Blvd<br>Newark, NJ 07105-2909 | United Rentals North America,Inc<br>PO Box 100711<br>Atlanta, GA 30384-0711 | United Site Services<br>PO Box 130<br>Keasbey, NJ 08832-0130 |

| | | |
|---|---|---|
| VFS US LLC<br>P.O. Box 26131<br>Greensboro, NC 27402-6131 | VOLVO CAR FINANCIAL SERVICES LLC<br>c/o Weltman, Weinberg & Reis Co LPA<br>965 KEYNOTE CIRCLE<br>CLEVELAND, OH 44131<br>bronationalecf@weltman.com 44131-1829 | Vail Industrial & Supply<br>3606 Kennedy Rd<br>South Plainfield, NJ 07080-1802 |
| Verizon<br>PO Box 16801<br>Newark, NJ 07101-6801 | Verizon Connect NWF, Inc.<br>PO Box 975544<br>Dallas, TX 75397-5544 | Verizon Wireless Inc.<br>P.O. Box 408<br>Newark, NJ 07101-0408 |
| Visual Computer Solutions<br>4400 US 9 South Suite 3500<br>Freehold, NJ 07728-4232 | Vitelli Trucking Inc.<br>617 Joyce Kilmer Ave<br>New Brunswick, NJ 08901-3307 | Volvo/Mack Financial<br>PO Box 7247-0236<br>Philadelphia, PA 19170-0236 |
| Wayne's Tree Service<br>314 Grove Street<br>Somerville, NJ 08876-1606 | Weldon Asphalt Inc.<br>141 Central Avenue<br>Westfield, NJ 07090-2189 | Wells Fargo Equipment Finance, Inc.<br>Attn.: Kimberly Park<br>800 Walnut Street<br>Des Moines, IA 50309-3891 |
| Wells Fargo Vendor Financial Services LL<br>P.O BOX 35701<br>Billings, MT 59107-5701 | Wells Fargo Vendor Financial Services, LLC<br>Attn.: Kimberly Park<br>800 Walnut Street<br>Des Moines, IA 50309-3891 | White Cap L.P.<br>PO Box 4852<br>Orlando, FL 32802-4852 |
| Wiggins Plastics, Inc.<br>180-182 Kingsland Road<br>Clifton, New Jersey 07014-1915 | Wright Express<br>PO BOX 6293<br>Carol Stream, IL 60197-6293 | York Fence Construction Co, Inc<br>100 Dukes Parkway East<br>Hillsborough, NJ 08844-4204 |
| Zuccaro Inc.<br>64 Commerce St.<br>Garfield, NJ 07026-3025 | Joseph A. Caneco<br>Fox Rothschild LLP<br>101 Park Ave, 17th Floor<br>New York, NY 10178-1700 | Joseph J. DiPasquale<br>Fox Rothschild, LLP<br>49 Market Street<br>Morristown, NJ 07960-5122 |
| Michael R. Herz<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960-5122 | Scott S. Rever<br>Genova Burns, LLC<br>110 Allen Road<br>Ste 304<br>Basking Ridge, NJ 07920-4500 | Theresa Kraemer<br>1881 Route 37 Lot 224<br>Toms River, NJ 08757-0902 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Boswell Engineering<br>330 Phillips Ave<br>South Hackensack, NJ 07606 | Brent Material Company<br>325 Columbia Turnpike Suite 308<br>Florham Park, NJ 07932-1213 |

```
Chase                                   Great America Financial Services     IRS - Department of Treasury
Card Member Services                    PO Box 660831                        PO Box 145595
PO Box 1423                             Dallas, TX 75266                     Cincinnati, OH 45250
Charlotte, NC 28201


Komatsu Financial Limited Partnership   NJ Division of Taxation              NJ Division of Taxation
8770 W Bryn Mawr Ave., Suite 100        Bankruptcy Section                   Deferred Pmt Control Center
Chicago, IL 60631                       PO Box 295                           PO Box 190
                                        Trenton, NJ 08695-0245               Trenton, NJ 08695-0190


New Jersey Turnpike Authority
1 Turnpike Plaza, P.O. Box 5042
Woodbridge, NJ 07095
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)County of Essex                      (u)HEAVY AND GENERAL LABORERS' FUNDS OF NE   (u)Knickerbocker Bed Company


(u)Komatsu Financial Limited Partnership (u)Middlesex County Utilities Authority    (u)NGM Insurance Company


(u)Northeast Carpenters Benefit Funds   (u)Ralph Clayton & Sons, LLC a/k/a Ralph Clay (u)Vollers Excavating and Contractors, Inc.


(u)Volvo Car Financial Services LLC     (u)Wiggins Plastics, Inc.            (u)Anselmi & DiCiccio, Inc.


(d)Cesario Construction Company, Inc    (u)Chrysler Capital                  (u)Conti Construction
18 Birchwood Court
East Hanover, NJ 07936-3140


(u)Diamond Sand and Gravel, Inc.        (u)Earle Asphalt Inc.                (u)Essex County Sheriff's Office
c/o McELROY, DEUTSCH, MULVANEY                                               Special Services
1300 Mount Kemble Ave.                                                       50 West Market St. Room 201
Attn: Michael R. Morano                                                      Attn: James Spango
                                                                             PR 00710-2000
```

| | | |
|---|---|---|
| (u)Essex County, NJ | (u)Heavy and General Laborers Fund of New Jer | (u)Hudson County, NJ |
| (u)Hunterdon County, NJ | (d)IUOE Local 825 Benefit Funds<br>65 Springfield Ave, 2nd Floor<br>Springfield, NJ 07081-1308 | (d)KCP Advisory Group<br>700 Technology Park Drive Suite 212<br>Billerica, MA 01821-4134 |
| (u)Komatsu Financial | (u)Konkus Corporation | (u)Kyle Conti |
| (u)Middlesex County, NJ | (u)Monmouth County, NJ | (u)Monroe Township, NJ |
| (u)Morristown Township, NJ | (d)Nischwitz Ashbrook Energies, Inc.<br>223 Front Street<br>South Plainfield, NJ 07080-3431 | (u)Northeast Carpenters Funds<br>C/O Steve Schaefer<br>Raritan Plaza II<br>91 Fieldcrest Ave.<br>NJ 08839 |
| (u)Ocean County, NJ | (u)Passaic County, NJ | (u)Piscataway Township, NJ |
| (u)Raritan Pipe & Supply Co<br>Raritan Group Branch<br>100 Raritan Pipe & Supply Co<br>P.O. Box 10120 | (u)Ritacco Construction Inc. | (u)Schiavone |
| (u)Somerset County P.W. | (u)South State, Inc. | (u)Union Paving<br>Schiavone Construction |
| (u)Wells Fargo Equiment Finance | (u)Z Brothers Concrete Contractors, Inc. | (u)Lisa Assuncao |
| (u)Martin Assuncao | End of Label Matrix<br>Mailable recipients   353<br>Bypassed recipients    46<br>Total                 399 | |