| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq.<br>Michael R. Herz, Esq.<br>Joseph A. Caneco, Esq.<br>jdipasquale@foxrothschild.com<br>mherz@foxrothschild.com<br>jcaneco@foxrothschild.com<br>Telephone:  (973) 992-4800<br>Facsimile:   (973) 992-9125<br><br>*Counsel to the Debtor and Debtor in Possession* | Order Filed on March 21, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ASSUNCAO BROS., INC.,<br><br>                        Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-16159<br><br>Judge:  Hon. Christine M. Gravelle |

### ORDER GRANTING SECOND INTERIM APPLICATION OF FOX ROTHSCHILD LLP AS COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2022, THROUGH JANUARY 31, 2023

The relief set forth on the following page numbered 2 is hereby **ordered**.

**DATED: March 21, 2023**

*[Signature]*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

142781916.2

In re: Assuncao Bros., Inc.
Case No: 22-16159 (CMG)
TITLE: ORDER GRANTING SECOND INTERIM APPLICATION OF FOX ROTHSCHILD LLP AS COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2022, THROUGH JANUARY 31, 2023

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED, that the compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Fox Rothschild LLP<br>Counsel to the Debtor | $83,364.00 | $94.70 |

IT IS FURTHER ORDERED, that the Debtor shall pay the above amount to Applicant forthwith.

IT IS FURTHER ORDERED, that notwithstanding the entry of this Order or anything set forth herein or in the Application, NGM Insurance Company's ("NGM") claims and rights against Fox Rothschild LLP, if any, as a transferee of any trust funds are preserved, and nothing herein shall affect such rights and claims. The rights and defenses of Fox Rothschild LLP with respect to any rights and claims preserved for NGM under this paragraph are preserved.