Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

              Case No.:  22−16159−CMG
              Chapter:  11
              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Assuncao Bros., Inc.
   29 Wood Avenue
   Edison, NJ 08820

Social Security No.:

Employer's Tax I.D. No.:
   22−1643306

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 21, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 222 − 197
Order Granting Application For Compensation for KCP Advisory Group, LLC, fees awarded: $74,364.00, expenses awarded: $2,297.05 (Related Doc # 197). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/21/2023. (rms)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 21, 2023
JAN: rms

                                                                       Jeanne Naughton
                                                                       Clerk