UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on March 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 21, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

<u>APPLICANTS</u>               <u>COMMISSION/FEES</u>            <u>EXPENSES</u>

*rev.8/1/15*