Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22–16159–CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Assuncao Bros., Inc.
29 Wood Avenue
Edison, NJ 08820

Social Security No.:

Employer's Tax I.D. No.:
22–1643306

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 21, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 223 – 198
Order Granting Application For Compensation for Scott S. Rever, fees awarded: $6,435.00, expenses awarded: $135.00 (Related Doc # 198). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/21/2023. (rms)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 21, 2023
JAN: rms

Jeanne Naughton
Clerk