# Notice Recipients

District/Off: 0312–3 | User: admin | Date Created: 3/21/2023
Case: 22–16159–CMG | Form ID: orderntc | Total: 1

**Recipients of Notice of Electronic Filing:**
tr          Scott S. Rever          srever@wjslaw.com

TOTAL: 1