**Fill in this information to identify the case:**

Debtor Name ASSUNCAO BROS, iNC.

United States Bankruptcy Court for the: District of New Jersey

Case number: 22-16159

☐ Check if this is an
amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11           12/17

Month:            February 2023                    Date report filed:      03/21/2023
                                                                          MM / DD / YYYY

Line of business:   Road&Bridge Construction         NAISC code:            2373

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Martin Assuncao

Original signature of responsible party   _____

Printed name of responsible party        Martin Assuncao

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Case 22-16159-CMG   Doc 224   Filed 03/23/23   Entered 03/23/23 08:39:19   Desc Main
Document      Page 2 of 16

| Debtor Name | ASSUNCAO BROS, iNC. | Case number | 22-16159 |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 6,461.48

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 898,736.90

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 895,703.04

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 3,033.86

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 9,495.34

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 4,254,644.0

Debtor Name  ASSUNCAO BROS, iNC.

Case number  22-16159

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 3,724,134.0

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    23

27. What is the number of employees as of the date of this monthly report?    1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $    0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 208,368.00

30. How much have you paid this month in other professional fees?    $    0.00

31. How much have you paid in total other professional fees since filing the case?    $    0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 500,000.00 | − | $ 898,741.46 | = | $ 398,741.46 |
| 33. **Cash disbursements** | $ 500,000.00 | − | $ 895,703.04 | = | $ 395,703.04 |
| 34. **Net cash flow** | $ 0.00 | − | $ 3,038.42 | = | $ 3,038.42 |

35. Total projected cash receipts for the next month:    $ 1,400,000.0

36. Total projected cash disbursements for the next month:    − $ 1,400,000.0

37. Total projected net cash flow for the next month:    = $ 0.00

Debtor Name  ASSUNCAO BROS, iNC.                              Case number 22-16159

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Assuncao Brothers Inc
Exhibits C and D
As of Febuary 28, 2023

| Date | Num | Name | Memo | Cash Received | Disbursement | Balance |
|------|-----|------|------|--------------:|-------------:|--------:|
| | | | | | | 4,816.93 |
| 02/02/2023 | 34345 | Payroll | | | 1,575.16 | |
| 02/06/2023 | Deposit | Insurance - IOA | Deposit | 2,197.01 | | |
| 02/09/2023 | 34347 | Payroll | | | 1,575.16 | |
| 02/10/2023 | E-pay | State of New Jersey | 221643306/000 QB Tracking # -1241906114 | | 91.35 | |
| 02/10/2023 | E-pay | United States Treasury | 22-1643306 QB Tracking # -1241679114 | | 474.00 | |
| 02/14/2023 | Vollers | Vollers | Rec. Vollers CK#114772 | 9,398.89 | | |
| 02/16/2023 | 34346 | Payroll | | | 1,575.16 | |
| 02/20/2023 | E-pay | State of New Jersey | 221643306/000 QB Tracking # -756005114 | | 91.35 | |
| 02/20/2023 | E-pay | United States Treasury | 22-1643306 QB Tracking # -755949114 | | 474.00 | |
| 02/22/2023 | E-pay | State of New Jersey | 221643306/000 QB Tracking # -593523114 | | 91.35 | |
| 02/22/2023 | E-pay | United States Treasury | 22-1643306 QB Tracking # -593426114 | | 474.00 | |
| 02/22/2023 | E-pay | State of New Jersey | 221643306/000 QB Tracking # -593344114 | | 88.65 | |
| 02/22/2023 | E-pay | United States Treasury | 22-1643306 QB Tracking # -593279114 | | 454.00 | |
| 02/23/2023 | 34348 | Payroll | | | 1,597.86 | |
| | | | | 11,595.90 | 8,562.04 | 7,850.79 |
| | | | | | | 1,644.55 |
| | | ...ble collections received by Vollers | | 887,141.00 | | |
| | | ...counts receivable collections to Vollers accounts payable | | | 887,141.00 | |
| | | **TOTALS** | | 6,461.48  898,736.90 | 895,703.04 | 9,495.34 |
| | | ...w items | | | | |
| | | ...on Cash held by KCP | | 4.56 | | |
| | | **TOTALS** | | 898,741.46 | 895,703.04 | |

# Assuncao Brothers, Inc.
## A/P Aging Summary
## Exhibit E
### As of February 28, 2023

| Current | 1 – 30 | 31 – 60 | 61 – 90 | > 90 | TOTAL |
|--------:|-------:|--------:|--------:|-----:|------:|
| 0 | 6,570 | 0 | 0 | 0 | 6,570 |
| 812,267 | 321,567 | 846,240 | 1,228,603 | 1,039,398 | 4,248,074 |
| **812,267** | **328,137** | **846,240** | **1,228,603** | **1,039,398** | **4,254,644** |

*Assuncao Brothers, Inc*
*Accounts Receivable*
*Exhibit F*
*Febuary 28, 2023*

| | Current | 0-30 | 31 - 60 | 61 - 90 | > 90 | Retainage | TOTAL |
|---|---|---|---|---|---|---|---|
| | - | - | - | - | 7,124 | 2,596 | 9,720 |
| | - | - | - | - | 92,938 | 22,147 | 115,085 |
| | | | | | | 152,082 | 152,082 |
| | - | - | - | - | 61,792 | | 61,792 |
| | | | | | | 25,923 | 25,923 |
| | - | - | - | 9,054 | 266,417 | | 275,471 |
| | - | 55,850 | - | - | 158,340 | | 214,190 |
| | - | - | - | - | 94,082 | | 94,082 |
| | | | | | | 2,453 | 2,453 |
| | | | | | | 23,276 | 23,276 |
| | | | | | | 16,209 | 16,209 |
| | | | | | | 4,464 | 4,464 |
| | | | | | | 20,589 | 20,589 |
| | | | | | | 22,463 | 22,463 |
| | | | | | | | - |
| | - | - | - | 45,637 | - | | 45,637 |
| rnpike | - | - | - | - | 2,089 | | 2,089 |
| h Second | | | - | - | 21,633 | | 21,633 |
| c. | | | - | 45,637 | 23,722 | | 69,359 |
| | | | | | | | - |
| on | 124,100 | 254,201 | 82,731 | 211,047 | 585,491 | | 1,257,569 |
| | 522,748 | 376,285 | - | 367,857 | - | | 1,266,890 |
| | | | 87,178 | - | - | 5,340 | 92,518 |
| | 646,848 | 686,336 | 169,909 | 633,593 | 1,289,905 | 297,543 | 3,724,134 |

**TD Bank**

America's Most Convenient Bank®

E      STATEMENT OF ACCOUNT

ASSUNCAO BROTHERS INC
DIP CASE 22-1643306 DIST NJ
29 WOOD AVE
EDISON NJ  08820

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2023-Feb 28 2023 |
| Cust Ref #: | :-*** |
| Primary Account #: | ;707 |

## Chapter 11 Checking

ASSUNCAO BROTHERS INC
DIP CASE 22-1643306 DIST NJ

Account #      8707

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,644.55 | Average Collected Balance | 1,644.55 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 1,644.55 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

**America's Most Convenient Bank®**

E    STATEMENT OF ACCOUNT

ASSUNCAO BROTHERS INC
DIP CASE 22-16159 DIST NJ
29 WOOD AVE
EDISON NJ  08820-

| Page: | 1 of 4 |
|---|---|
| Statement Period: | Feb 01 2023-Feb 28 2023 |
| Cust Ref #: | |
| | 7430 |

## Chapter 11 Checking

ASSUNCAO BROTHERS INC
DIP CASE 22-16159 DIST NJ

Account #          7430

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Statement Balance as of 02/01 | | | 5,423.03 |
| Plus | 2 | Deposits and Other Credits | 11,595.90 |
| Less | 11 | Checks and Other Debits | 8,470.69 |
| Statement Balance as of 02/28 | | | 8,548.24 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 02/01 | Check #34345 | 1,575.16 | | 3,847.87 |
| 02/06 | DEPOSIT | | 2,197.01 | 6,044.88 |
| 02/10 | Check #34346 | 1,575.16 | | 4,469.72 |
| 02/14 | DEPOSIT | | 9,398.89 | 13,868.61 |
| 02/14 | CCD DEBIT, IRS USATAXPYMT 225344504838202 | 474.00 | | 13,394.61 |
| 02/14 | CCD DEBIT, NEW JERSEY EFT T NJWEB45 091000012851895 | 91.35 | | 13,303.26 |
| 02/17 | Check #34347 | 1,575.16 | | 11,728.10 |
| 02/22 | CCD DEBIT, IRS USATAXPYMT 225345350006726 | 474.00 | | 11,254.10 |
| 02/22 | CCD DEBIT, NEW JERSEY EFT T NJWEB45 091000012942423 | 91.35 | | 11,162.75 |
| 02/24 | Check #34348 | 1,597.86 | | 9,564.89 |
| 02/24 | CCD DEBIT, IRS USATAXPYMT 225345551391455 | 474.00 | | 9,090.89 |
| 02/24 | CCD DEBIT, IRS USATAXPYMT 225345502599535 | 454.00 | | 8,636.89 |
| 02/24 | CCD DEBIT, NEW JERSEY EFT T NJWEB45 091000012963407 | 88.65 | | 8,548.24 |

**Checks Paid**    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 02/01 | 34345 | 1,575.16 | 02/17 | 34347 | 1,575.16 |
| 02/10 | 34346 | 1,575.16 | 02/24 | 34348 | 1,597.86 |

**12:42 PM**

**03/21/23**

# Assuncao Brothers Inc
## Reconciliation Detail
### 1003 · TD - Payroll, Period Ending 02/28/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 5,423.03 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 11 items** | | | | | | |
| Paycheck | 02/02/2023 | 34345 | Bruno Simonelli | X | -1,575.16 | -1,575.16 |
| Paycheck | 02/09/2023 | 34347 | Bruno Simonelli | X | -1,575.16 | -3,150.32 |
| Liability Check | 02/10/2023 | E-pay | United States Treas... | X | -474.00 | -3,624.32 |
| Paycheck | 02/16/2023 | 34346 | Bruno Simonelli | X | -1,575.16 | -5,199.48 |
| Liability Check | 02/20/2023 | E-pay | United States Treas... | X | -474.00 | -5,673.48 |
| Liability Check | 02/20/2023 | E-pay | State of New Jersey | X | -91.35 | -5,764.83 |
| Liability Check | 02/22/2023 | E-pay | United States Treas... | X | -474.00 | -6,238.83 |
| Liability Check | 02/22/2023 | E-pay | United States Treas... | X | -454.00 | -6,692.83 |
| Liability Check | 02/22/2023 | E-pay | State of New Jersey | X | -91.35 | -6,784.18 |
| Liability Check | 02/22/2023 | E-pay | State of New Jersey | X | -88.65 | -6,872.83 |
| Paycheck | 02/23/2023 | 34348 | Bruno Simonelli | X | -1,597.86 | -8,470.69 |
| Total Checks and Payments | | | | | -8,470.69 | -8,470.69 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 02/06/2023 | Deposit | Insurance - IOA | X | 2,197.01 | 2,197.01 |
| General Journal | 02/14/2023 | Vollers | Vollers | X | 9,398.89 | 11,595.90 |
| Total Deposits and Credits | | | | | 11,595.90 | 11,595.90 |
| Total Cleared Transactions | | | | | 3,125.21 | 3,125.21 |
| Cleared Balance | | | | | 3,125.21 | 8,548.24 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Liability Check | 09/28/2022 | E-pay | United States Treas... | | -423.40 | -423.40 |
| Liability Check | 10/26/2022 | E-pay | State of New Jersey | | -91.35 | -514.75 |
| Liability Check | 12/16/2022 | E-pay | State of New Jersey | | -91.35 | -606.10 |
| Liability Check | 02/10/2023 | E-pay | State of New Jersey | | -91.35 | -697.45 |
| Total Checks and Payments | | | | | -697.45 | -697.45 |
| **Deposits and Credits - 2 items** | | | | | | |
| Liability Check | 11/16/2022 | 34139 | State of New Jersey | | 0.00 | 0.00 |
| Bill Pmt -Check | 11/16/2022 | 34334 | State of New Jersey | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -697.45 | -697.45 |
| Register Balance as of 02/28/2023 | | | | | 2,427.76 | 7,850.79 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Paycheck | 03/02/2023 | 34349 | Bruno Simonelli | | -1,597.86 | -1,597.86 |
| Liability Check | 03/08/2023 | E-pay | United States Treas... | | -454.00 | -2,051.86 |
| Liability Check | 03/08/2023 | E-pay | State of New Jersey | | -88.65 | -2,140.51 |
| Paycheck | 03/09/2023 | 34350 | Bruno Simonelli | | -1,597.86 | -3,738.37 |
| Paycheck | 03/16/2023 | 34351 | Bruno Simonelli | | -1,597.86 | -5,336.23 |
| Liability Check | 03/21/2023 | E-pay | United States Treas... | | -454.00 | -5,790.23 |
| Liability Check | 03/21/2023 | E-pay | United States Treas... | | -454.00 | -6,244.23 |
| Liability Check | 03/21/2023 | E-pay | State of New Jersey | | -88.65 | -6,332.88 |
| Liability Check | 03/21/2023 | E-pay | State of New Jersey | | -88.65 | -6,421.53 |
| Paycheck | 03/23/2023 | 34352 | Bruno Simonelli | | -1,597.86 | -8,019.39 |
| Total Checks and Payments | | | | | -8,019.39 | -8,019.39 |
| Total New Transactions | | | | | -8,019.39 | -8,019.39 |
| **Ending Balance** | | | | | **-5,591.63** | **-168.60** |



P.O. Box 15284
Wilmington, DE 19850

**BANK OF AMERICA**
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

KCP ADVISORY GROUP, LLC
700 TECHNOLOGY PARK DR STE 212
BILLERICA, MA  01821-4134

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Savings
# Preferred Rewards for Bus Platinum Honors

for February 1, 2023 to February 28, 2023                     Account number: ████ 4881

**KCP ADVISORY GROUP, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on February 1, 2023 | $0.33 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 28 |
| Service fees | -0.00 | Average ledger balance: $0.33 |
| **Ending balance on February 28, 2023** | **$0.33** | Average collected balance: $0.33 |

*Interest Paid Year To Date: $0.33.*

---

SMALL BUSINESS RESOURCES

# Get valuable information on a wide range of business topics
Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.



Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QRC feature certain information is collected from your mobile device for business purposes.          SSM-09-22-0050.B | 4925153



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

KCP ADVISORY GROUP, LLC
700 TECHNOLOGY PARK DR STE 212
BILLERICA, MA  01821-4134

---

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Savings
# Preferred Rewards for Bus Platinum Honors

for February 1, 2023 to February 28, 2023                    Account number: ████ 4894

**KCP ADVISORY GROUP, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2023 | $148,775.95 | # of deposits/credits: 1 |
| Deposits and other credits | 4.56 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 28 |
| Service fees | -0.00 | Average ledger balance: $148,776.11 |
| **Ending balance on February 28, 2023** | **$148,780.51** | Average collected balance: $148,776.11 |

*Annual Percentage Yield Earned this statement period: 0.04%.*
*Interest Paid Year To Date: $9.89.*

---

SMALL BUSINESS RESOURCES

# Get valuable information on a wide range of business topics
Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.



Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QRC feature certain information is collected from your mobile device for business purposes.        SSM-09-22-0050.B | 4925153

 **BANK OF AMERICA**

# Your savings account

KCP ADVISORY GROUP, LLC   |   Account # ▓▓▓▓▓ 4894   |   February 1, 2023 to February 28, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 02/28/23 | Interest Earned | 4.56 |
| **Total deposits and other credits** | | **$4.56** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|------------:|------|-----------:|
| 02/01 | 148,775.95 | 02/28 | 148,780.51 |



BANK OF AMERICA BUSINESS ADVANTAGE

## Security you can see

Our security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in Business Advantage 360 to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter.**



Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.                    SSM-06-22-0009.B  |  4762393

# Assuncao Brothers Inc

## Balance Sheet

**As of February 28, 2023**

| | Feb 28, 2023 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Total Checking/Savings | 10,011 |
| Total Accounts Receivable | 3,724,134 |
| Other Current Assets | |
| Funds held by others | 148,781 |
| 1200 · Costs in Excess of Billings | 1,378,709 |
| **Total Current Assets** | 5,261,635 |
| **Total Fixed Assets** | 28,465 |
| **TOTAL ASSETS** | **5,290,099** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | 4,254,644 |
| Prepetition Liabilities | 4,968,604 |
| 2080 · Manasquan Bank (LOC) | 359,232 |
| 2100 · Billings in Excess of Cost | 0 |
| 2715 · Chrysler – Jeep 2019 – $999.93 | 15,127 |
| 2731 · Komatsu – D39 Doz – $3524.16 | 91,628 |
| 2740 · SBA Loan | 500,000 |
| **Total Liabilities** | 10,189,235 |
| **Total Equity** | –4,899,136 |
| **TOTAL LIABILITIES & EQUITY** | **5,290,099** |

Costs in Excess of Billings were last updated as of December 31, 2022

-0

# Assuncao Brothers Inc.
## Profit & Loss
### August 2 through February 28, 2023

|  |  | Aug 2, '22 - Feb 28, 23 | February |
|---|---|---:|---:|
| **Ordinary Income/Expense** |  |  |  |
| **Income** |  |  |  |
|  | 4000 · Construction Income | 5,067,187 | 666,573 |
|  | 4001 · Work In Progress Adjustment | 671,385 | 819,292 |
|  | Interest and expense reimbursement | 48,296 | 9,404 |
| **Total Income** |  | 5,786,867 | 1,495,269 |
| **Cost of Goods Sold** |  |  |  |
|  | 5020 · Labor | 165,219 | 0 |
|  | Total 5030 · Materials | 58,360 | 0 |
|  | 5040 · Subcontractor | 6,172,418 | 812,266 |
|  | 5050 · Trucking / Hauling | 52 | 0 |
|  | 5090 · Insurance and Bonds | -2,197 | -2,197 |
|  | 5250 · Union Benefits Expense | 119,054 | 0 |
|  | 6040 · Insurance - Workers Comp | 11,019 | 9 |
| **Total COGS** |  | 6,523,926 | 810,078 |
| **Gross Profit** |  | -737,058 | 685,191 |
| **Expense** |  |  |  |
|  | 6000 · Officer Salary | 18,400 | 0 |
|  | 6005 · Payroll Expenses | 17,854 | 0 |
|  | 6010 · Office Salaries | 73,689 | 8,000 |
|  | 6018 · Payroll Taxes | 32,056 | 1,181 |
|  | 6020 · Insurance-General Liability | -8,504 | 0 |
|  | 6050 · Insurance - Health | 4,180 | 0 |
|  | 6105 · Insurance - Officer | -177 | 0 |
|  | 6110 · Office Supplies | 177 | 0 |
|  | 6130 · Office - Rent Expense | 2,750 | 0 |
|  | 6140 · Office - Utilities / Phone | 1,240 | 0 |
|  | 6170 · Legal Fees / Accounting | 293,105 | 0 |
|  | 6180 · Consulting | 122,957 | 0 |
|  | 6270 · Bank Service Charges | 133 | 0 |
|  | 6300 · Auto Repairs & Maintenance | 527 | 0 |
|  | 6320 · Equipment Repairs & Maintenance | 194 | 0 |
|  | 6325 · Fuel - Vehicle | 136 | 0 |
|  | 6328 · Fuel - Equipment | 6,490 | 0 |
|  | 6400 · Interest - Line Of Credit | 9,515 | 0 |
| **Total Expense** |  | 574,723 | 9,181 |
| **Net Ordinary Income** |  | -1,311,781 | 676,010 |
| **Other Income/Expense** |  |  |  |
|  | Cure Payments | 425,749 | 0 |
|  | Vollers Sale | -1,268,909 | 0 |
| **Total Other Income** |  | -843,160 | 0 |
| **Net Other Income** |  | -843,160 | 0 |
| **Net Income** |  | **-2,154,941** | **676,010** |

Costs in Excess of Billings were last updated as of December 31, 2022

Budget

**Receipts**

| | | |
|---|---|---:|
| Accounts receivable collections | $ | 1,243,000 |
| Vollers expense Reimbursement | | 9,000 |
| Transfer from Cash held by KCP | | 148,000 |
| Total | $ | 1,400,000 |

**Disbursements**

| | | |
|---|---|---:|
| Payroll | $ | 9,000 |
| Voller post petition AP | | 1,243,000 |
| Professional fees | | 148,000 |
| Total | $ | 1,400,000 |